UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381 |

**LCvR 26.1 CORPORATE DISCLOSURE CERTIFICATE**

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, Plaintiff Hesai Inc. is a wholly owned subsidiary of Plaintiff Hesai Technology Co., Ltd., which is a wholly owned subsidiary of Hesai Hong Kong Limited, which is a wholly owned subsidiary of Hesai Group. Hesai Group is a NASDAQ-traded company that has outstanding securities in the hands of the public. There are no other parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Hesai Inc., Hesai Technology Co., Ltd., Hesai Hong Kong Limited, or Hesai Group which have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: May 13, 2024

Respectfully submitted,

*/s/* James E. Tysse
James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar. No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.

Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Zhen He Tan
  *Pro hac vice pending*
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 765-9500
Facsimile:  (415) 765-9501

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*

2