UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al., *Plaintiffs*, v. U.S. DEPARTMENT OF DEFENSE, et al., *Defendants*. | Civ. Action No. 1:24-cv-01381 |

**NOTICE OF APPEARANCE OF COUNSEL**

**To the Clerk of Court and all parties of record:**

Notice is hereby given that Caroline L. Wolverton of the law firm Akin Gump Strauss Hauer & Feld LLP enters her appearance as counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.

Dated: May 13, 2024

Respectfully submitted,

/s/ Caroline L. Wolverton
Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4107
Fax: (202) 887-4288
cwolverton@akingump.com

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*