UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381 |

**NOTICE OF APPEARANCE OF COUNSEL**

**To the Clerk of Court and all parties of record:**

Notice is hereby given that Lide E. Paterno of the law firm Akin Gump Strauss Hauer & Feld LLP enters his appearance as counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.

Dated: May 13, 2024

Respectfully submitted,

*/s/* Lide E. Paterno
Lide E. Paterno
D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4078
Fax: (202) 887-4288
lpaterno@akingump.com

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*