UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

**MOTION FOR ADMISSION OF ATTORNEY ZHEN HE TAN *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc., by and through undersigned counsel, hereby move for the admission and appearance of attorney Zhen He Tan *pro hac vice* in the above-captioned action. This Motion is supported by the Declaration of Zhen He Tan filed herewith. As set forth in Mr. Tan's Declaration, he is a member in good standing of the bar of the State of California and is also admitted to practice before the United States Court of Appeals for the Ninth Circuit.

This application is sponsored and signed by James E. Tysse, an active member of the Bar of this Court.

Dated: May 14, 2024

Respectfully submitted,

*/s/* James E. Tysse
James E. Tysse, D.C. Bar No. 978722
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4571
Fax: (202) 887-4288
jtysse@akingump.com

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*