# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD., et al.,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

    *Defendants*.

Civ. Action No. 1:24-cv-01381-PLF

## DECLARATION OF ZHEN HE TAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Zhen He Tan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, located at 100 Pine Street, Suite 3200, San Francisco, CA 94111-5218, and my phone number is (415) 765-9509.

2. I submit this Declaration in support of my Motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I have been admitted to practice and am a member in good standing with the bar of the State of California, and I am admitted to practice before the United States Court of Appeals for the Ninth Circuit.

4. I have not been disciplined by any bar and there are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been admitted *pro hac vice* in this Court.

6. I am not a member of the District of Columbia Bar nor do I have an application pending.

7.  Wherefore your Declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.

Dated: May 14, 2024

Respectfully submitted,

_____
Zhen He Tan
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111-5218
Tel: (415) 765-9509
Fax: (415) 765-9501
ztan@akingump.com

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

May 3, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ZHEN HE TAN, #329303 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records