## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

### [PROPOSED] ORDER

Upon review and consideration of Plaintiffs' Motion for Admission of Attorney Zhen He Tan *Pro Hac Vice*, it is this _____ day of _____ 2024, by the United States District Court for the District of Columbia, hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Zhen He Tan may appear and participate in the above-captioned matter on behalf of Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.

**SO ORDERED.**

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge