UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>*Defendants*. | Civ. Action No. No. 1:24-cv-01381-PLF |

**NOTICE OF APPEARANCE OF COUNSEL**

**To the Clerk of Court and all parties of record:**

Notice is hereby given that Zhen He Tan of the law firm Akin Gump Strauss Hauer & Feld LLP enters his appearance as counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.

Dated: May 15, 2024

Respectfully submitted,

*/s/* Zhen He Tan
Zhen He Tan, *admitted pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111-5218
Tel: (415) 765-9509
Fax: (415) 765-9501
ztan@akingump.com

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*