AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01381-PLF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, Attorney General of the United States
was received by me on *(date)* 05/14/2024 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Sent via Certified U.S. Mail on 5/14/2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/22/2024

/s/ Camille Schoonmaker
*Server's signature*

Camille Schoonmaker, Paralegal
*Printed name and title*

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70051820000319924865

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:07 am on May 21, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 21, 2024, 5:07 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

HESAI TECHNOLOGY CO., LTD.; and HESAI INC.,

*Plaintiff(s)*

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

*Defendant(s)*

Civil Action No. 24-cv-01381-PLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Merrick Garland
Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Tysse, Caroline L. Wolverton, Lide E. Paterno
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/14/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*