UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

### JOINT MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to Local Rule 7, the parties jointly request entry of the attached scheduling order setting a briefing schedule for the parties' cross-motions for summary judgment.

This is an action for review on an administrative record challenging Defendants' designation of Plaintiffs as a "Chinese Military Company" pursuant to Section 1260H of the William M. ('Mac') Thornberry National Defense Authorization Act for Fiscal year 2021 (Public Law 116-283).

The parties have conferred and jointly request that Defendants be permitted to file a motion for summary judgment in lieu of an answer, and jointly move the Court to enter the following schedule:

| Event | Deadline |
|---|---|
| Defendants' Certified List of Contents of Administrative Record | June 21, 2024 |
| Plaintiffs' Motion for Summary Judgment | July 3, 2024 |
| Defendants' Cross-Motion for Summary Judgment & Opposition to Plaintiffs' Motion for Summary Judgment | July 24, 2024 |

1

| | |
|---|---|
| Plaintiffs' Combined Reply & Opposition to Defendants' Motion for Summary Judgment | August 14, 2024 |
| Defendants' Reply | August 28, 2024 |
| Plaintiffs' Submission of the Parties' Joint Appendix | August 30, 2024 |
| Hearing on Cross-motions for Summary Judgment | Any time on or after September 4, 2024, at the Court's preference. |

June 11, 2024

Respectfully submitted,

    /s James E. Tysse
James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Zach ZhenHe Tan
  *Admitted Pro Hac Vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Counsel to Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director


*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-0889
Fax:  (202) 616-8470
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2024, I served a copy of the foregoing via email and overnight mail on the following:

Stephen M. Elliott
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 353-0889
Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

                                                   /s James E. Tysse
                                                 James E. Tysse