UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

        *Defendants*.

Civ. Action No. 1:24-cv-01381

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion for Summary Judgment Briefing Schedule, it is hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendants shall file a motion for summary judgment in lieu of an answer; and it is further

ORDERED that the following schedule is set:

| Event | Deadline |
|---|---|
| Defendants' Certified List of Contents of Administrative Record | June 21, 2024 |
| Plaintiffs' Motion for Summary Judgment | July 3, 2024 |
| Defendants' Cross-Motion for Summary Judgment & Opposition to Plaintiffs' Motion for Summary Judgment | July 24, 2024 |
| Plaintiffs' Combined Reply & Opposition to Defendants' Motion for Summary Judgment | August 14, 2024 |
| Defendants' Reply | August 28, 2024 |
| Plaintiffs' Submission of the Parties' Joint Appendix | August 30, 2024 |

1

2

| Hearing on Cross-motions for Summary Judgment | Any time on or after September 4, 2024, at the court's preference. |

Dated: _____, 2024

                                       _____
                                       HONORABLE PAUL L. FRIEDMAN
                                       United States District Judge