UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HESAI TECHNOLOGY CO., LTD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 24-1381 (PLF) |

SCHEDULING ORDER

On May 13, 2024, the plaintiffs filed a complaint challenging action taken by the U.S. Department of Defense. See Complaint for Declaratory and Injunctive Relief [Dkt. No. 1]. On June 11, 2024, the plaintiffs and defendants filed a joint motion requesting that this matter proceed to summary judgment in lieu of the defendants filing an answer. Joint Motion for Summary Judgment Briefing Schedule [Dkt. No. 12]. Upon consideration of this motion, it is hereby

ORDERED that the parties' Joint Motion for Summary Judgment Briefing Schedule [Dkt. No. 12] is GRANTED; it is

FURTHER ORDERED that the defendants shall file a motion for summary judgment in lieu of an answer to the plaintiffs' complaint; and it is

FURTHER ORDERED that filings in this matter shall be made on or before the following dates, as proposed by the parties:

| Deadline | Filing |
| --- | --- |
| June 21, 2024 | Defendants' Certified List of Contents of Administrative Record |
| July 3, 2024 | Plaintiffs' Motion for Summary Judgment |
| July 24, 2024 | Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| August 14, 2024 | Plaintiffs' Combined Reply and Opposition to Defendants' Motion for Summary Judgment |
| August 28, 2024 | Defendants' Reply |
| August 30, 2024 | Plaintiffs' Submission of the Parties' Joint Appendix |

In addition, it is

FURTHER ORDERED that the parties shall appear for oral argument on their motions for summary judgment on September 24, 2024, at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 6/13/24