IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF APPEARANCE**

Please take notice that by this filing, Attorney Stephen M. Elliott, U.S. Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of Defendants in the above-captioned case.

Dated: June 21, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel:  (202) 353-0889  Fax:  (202) 616-8470
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*