**Certified List of the Contents of the Administrative Record**
*Hesai Technology, Co., Ltd, et al. v. U.S. Dep't of Def., et al.*, No. 1:24-cv-01381 (D.D.C.)

| | BATES No(s). |
|---|---|
| Action Memo for Deputy Secretary of Defense from Radha Iyengar Plumb, DUSD(A&S), re Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters and Entities List) | Hesai AR 00001-00006 |
| Notice of Availability of Designation of Chinese Military Companies, 89 Fed. Reg. 22698 (April 2, 2024) | Hesai AR 00007-00008 |
| Hesai Group Report | Hesai AR 00009-00017 |
| Pitchbook; *Hesai Technology (NAS: HSAI)* | Hesai AR 00018-00031 |
| Hesai Website; *About Us* | Hesai AR 00032-00035 |
| Hesai SEC Form F-1 for Hesai Group | Hesai AR 00036-00335 |
| Hesai Technology Co., Ltd.; *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board* | Hesai AR 00336-00761 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Committee* | Hesai AR 00762-00774 |
| National Technical Committee of Automotive Standardization Website; *The 6th International Exchange Conference on Intelligence Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* | Hesai AR 00775-00784 |
| National Public Service Platform for Standards Information Website; *Automotive LiDAR Performance Requirements and Test Methods* | Hesai AR 00785-00790 |
| Hesai Website; *Hesai Ranks No. 1 in Global Automotive LiDAR for the 2nd Year in a Row* | Hesai AR 00791-00797 |
| S&P Capital IQ; *Cruise LLC Private Company Profile* | Hesai AR 00798-00800 |
| S&P Capital IQ; *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile* | Hesai AR 00801-00803 |

| | |
|---|---|
| Motional Inc. Website; *Our Offices* | Hesai AR 00804-00812 |
| Motional Inc. Website; *Who We Are* | Hesai AR 00813-00818 |
| Bloomberg.com Article; *China's 'Little Giants' are Its Latest Weapon in the U.S. Tech War* | Hesai AR 00819-00822 |
| Ministry of Industry and Information Technology "Little Giants" Announcement | Hesai AR 00823-00961 |
| Pitchbook; *Oxigraf* | Hesai AR 00962-00966 |