UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.* <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

**PROPOSED ORDER**

This matter is before the Court on Plaintiffs' Motion to Complete or Supplement the Record. Upon consideration of the Motion and record thereon, it is hereby ORDERED that the Motion is GRANTED.

Dated: _____, 2024

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge