UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*

        *Defendants*.

Civ. Action No. 1:24-cv-01381-PLF

**DECLARATION OF LIDE E. PATERNO IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Lide E. Paterno, hereby declare the following:

1. I am an attorney at the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently to them.

2. Attached to this declaration are certified translations of portions of the administrative record that originally appeared in Chinese, along with the signed certificates of translation. The certified translations were prepared by TransPerfect, an independent company that contracted with Akin Gump for this matter.

3. Exhibit A is the certified translation of AR490-494.

4. Exhibit B is the certified translation of AR578-580.

5. Counsel for Defendants have stated that they do not oppose the submission of these certified translations, though they reserve the right to object to the accuracy of the certified translations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of July, 2024, in Washington, DC.

/s/   Lide E. Paterno

Lide E. Paterno

# EXHIBIT A

The sewage discharge unit does not need to apply for a sewage discharge permit, and the sewage discharge registration form should be completed on the national sewage discharge permit management information platform. On October 9, 2020, the issuer had, in accordance with the provisions of relevant laws and regulations and the relevant requirements of the environmental supervision and management department, completed the sewage discharge registration and obtained the "Sewage Discharge Registration Receipt for Fixed Pollution Sources", with a valid period from October 9, 2020 to October 8, 2025.

The production and construction projects of the issuer had handled the environmental impact assessment of construction projects in accordance with the provisions of the "Environmental Protection Law of the People's Republic of China", the "Environmental Impact Assessment Law of the People's Republic of China", the "Regulations on the Environmental Protection Management of Construction Projects" and other relevant laws and regulations, and obtained the record and approval of the relevant environmental protection departments. The issuer has a sound internal control system for environmental protection and a good operation of environmental protection facilities, and has not been subject to relevant administrative penalties due to environmental protection issues during the reporting period.

In the future, the issuer will actively strengthen environmental management, constantly improve its own environmental protection related systems, continue to promote the supporting construction of wastewater, exhaust gas and solid waste treatment facilities, properly dispose of all types of hazardous waste and general waste in strict accordance with the requirements of the environmental protection department, and achieve continuous compliance discharge of pollutants.

II. Basic situation and competitive situation of industry in which the issuer is located

(1) Industry to which it belongs and basis for determining industry to which it belongs

The company's main business is to develop, manufacture and sell high-resolution 3D lidar and laser gas sensor products applied to generalized robots, among which lidar is the core product of the company. Lidar is an intelligent sensor that combines opticals, electronics, mechanical engineering, software, chips, devices and other technologies, and can be used for environmental detection and data processing and transmission. According to the China Securities Regulatory Commission's regulations in "Guidelines on Industry Classification of Listed Companies (2012 Revision)", the industry to which the company belongs is the subcategory "C39 manufacturing industry of computers, communications and other electronic equipment" in "C manufacturing industry".

According to the "Classification of National Economic Industries" (GB/T4754-2017) issued by the National Bureau of Statistics, the industry to which the company belongs is "C3983 manufacturing of

sensitive components and sensor" in the category of "C39 manufacturing industry of computers, communications and other electronic equipment" in "C manufacturing industry", which refers to the manufacturing of sensitive components and sensors that convert perceived information into electrical signals or other required forms of information output according to certain laws.

According to the "Recommendation Guidelines for Listed Companies of Science and Technology Innovation Board of Shanghai Stock Exchange", the company belongs to a technology innovation company in the technical field of new generation information. The technical field of new generation information mainly includes semiconductors and integrated circuits, electronic information, next generation information networks, artificial intelligence, big data, cloud computing, emerging software, Internet, Internet of Things and intelligent hardware.

**(2) Industry competent departments, industry supervision systems and major industry laws, regulations and policies of industry to which it belongs and its impacts on operation and development of issuer**

   1、**Industry competent departments and supervision systems**

The competent government department of the manufacturing industry of computers, communications and other electronic equipment is the Ministry of Industry and Information Technology, with the main responsibilities of formulating and implementing industrial plans, industrial policies and standards; monitoring the daily operation of the industrial sector; promoting the development and independent innovation of major technical equipment; managing the communication industry; guiding and promoting information construction; coordinating and maintaining national information security, etc.

Industry self-regulatory associations mainly include the China Semiconductor Industry Association, the China Electronic Component Industry Association, the China Electronic Instrument Industry Association, etc. Established on November 17, 1990, the China Semiconductor Industry Association was a national industry self-regulatory social organization voluntarily participated by the units engaged in the production, design, scientific research and application of integrated circuits, semiconductor discrete devices, semiconductor materials and equipment and other related enterprises and institutions in the semiconductor field. The China Electronic Component Industry Association is abbreviated as CECA, with the current competent unit of the Central and State Working Committees and the association registration and administration authority of the Ministry of Civil Affairs. The association consists of the Magnetic Material Component Branch, the Sensitive Component and Sensor Branch and other branch organizations. Established in 1988, the China Electronic Instrument Industry Association is the national first-level association approved by the Ministry of Civil Affairs, which is managed and centralized by the Ministry of Industry and Information Technology. The members of the association are mainly research and development, production, sales and service units in the domestic electronic measurement instrument industry.

   2、**Major industry laws, regulations and policies and impacts on operation and development of issuer**

Intelligent sensors are the key for intelligent equipment to perceive external environment information, and play a role in technical traction and scene upgrading for the application of intelligent equipment. In recent years, with the rapid development of the Internet and the Internet of Things, the application of sensors in the emerging fields of smart homes, smart cities, smart mobile terminals (automobiles, robots, etc.) has exploded, greatly expanding the application space. At the same time, integrated circuits are important parts of intelligent sensors, and the development of special chips provides

Shanghai Hesai Technology Co., LTD                                                                 Prospectus

important support for the performance improvement, reliability improvement and cost control of intelligent sensors. The national policies have also given great support, and the details are as follows:

| Time | Issuing | Policy | Content |
|---|---|---|---|
| In 2020 | State Council | "New Energy Automobile Industry Development Plan (2021-2035)" | Implement the intelligent networking technology innovative engineering. Take new energy vehicles as the carrier for the first application of intelligent networking technologies, support enterprises to cooperate across the fields, develop key technologies such as complex environment fusion perception, intelligent networking decision and control and information physics system architecture design, break through core technologies and products such as vehicle-mounted intelligent computing platforms, high-precision maps and positioning, wireless communication (V2X) between vehicles and other equipment outside vehicles, and drive-by-wire execution systems. |

Shanghai Hesai Technology Co., LTD                                                                                           Prospectus

| Time | Issuing | Policy | Content |
|---|---|---|---|
| In 2020 | 8 departments including the Ministry of Commerce | "Guiding Opinions of 8 Departments including the Ministry of Commerce on Promoting Service Outsourcing to Accelerate Transformation and Upgrading" | Incorporate research and development and application of information technologies such as cloud computing, basic software, integrated circuit design and blockchain in the support scope of national science and technology plans (special projects, funds, etc.). |
| In 2020 | 11 ministries including the National Development and Reform Commission | "Intelligent Vehicle Innovative Development Strategy" | Clearly propose to promote the research and development and industrialization of products such as vehicle-mounted high-precision sensors, automobile-grade chips, intelligent operating systems, vehicle-mounted intelligent terminals and intelligent computing platforms, and build industrial clusters for key components of intelligent vehicles. |
| In 2020 | State Council | "Several Policies to Promote High-quality Development of Integrated Circuit Industry and Software Industry in New Era" | 1) On the basis of the existing "five exemptions and five halves" policy, introduce the 10-year income tax exemption policy for the first time to support the development of 28 nm (inclusive) and below advanced process manufacturers; |
| | | | 2) Expand the application scope of the "two exemptions and three halves" policy from past chip design to the entire industry chain of packaging, equipment and materials, and increase the tax incentives for key design and software enterprises; |
| | | | 3) Continue to implement the import tariff exemption policy for production-related raw materials and other products, and clarify the equipment duty-free conditions. In addition, in terms of talent policy, integrated circuits are clearly included in the "first-level discipline" for the first time, and clear tax incentives are proposed for enterprises integrating industry and education. |
| In 2020 | People's Government of Beijing Municipality | "Government Work Report of Beijing Municipality" | The report pointed out that in 2020, Beijing will focus on the development of the integrated circuit industry, with design as the leader, equipment as the basis and general chip and characteristic chip manufacturing as the basis, in order to create an integrated circuit industry chain innovation ecosystem. |
| In 2020 | General Office of People's Government of Guangdong Province | "Several Opinions on Accelerating the Development of Semiconductor and Integrated Circuit Industries in Guangdong Province" | Focus on the development of characteristic process manufacturing, supplement industrial shortcomings, actively develop packaging and testing, equipment and materials, and improve the integrated circuit industrial chain, etc. |

| | | | |
|---|---|---|---|
| In 2020 | Guangzhou Bureau of Industry and Information Technology | "Several Measures to Accelerate the Development of Integrated Circuit Industry in Guangzhou" | It is pointed out that for 5G, Internet of Things, high-end equipment, automobile electronics, intelligent terminals, rail transit, finance, electric power and other industries, the focus is on intelligent sensors, power semiconductors, logics, optoelectronic devices, mixed signals, radio frequency circuits and other fields, so as to form capacity scale as soon as possible. |
| In 2019 | Ministry of Finance and General Administration of Taxation | "Announcement on Corporate Income Tax Policy for Integrated Circuit Design and Software Industry" | For qualified integrated circuit design enterprises and software enterprises, the preferential period is calculated from the profit year before December 31, 2018, the corporate income tax is exempt from the first year to the second year, the corporate income tax is halved from the third year to the fifth year at a statutory rate of 25%, and the policy will be enjoyed until its expiration. |
| In 2019 | National Development and Reform Commission | "Guidance Catalogue for Industrial Restructuring (2019 edition, exposure draft)" | It is clearly proposed to develop key components and technologies such as intelligent vehicle sensors, accelerate the development of advanced manufacturing and modern service industries, promote the digitalization, networking and intelligent upgrading of the manufacturing industry, and promote the deep integration of advanced manufacturing and modern service industries. |
| In 2019 | 8 departments including the Economic Commission of Jiading District in Shanghai | "Opinions on Further Encouraging the Development of Intelligent Sensor Industry in Jiading District" | It is clear that by 2025, the output value of intelligent hardware-related industries in Jiading with intelligent sensor chips as the core will exceed 100 billion yuan, achieving rapid expansion of industrial scale, significant enhancement of innovation ability and basic improvement of the ecosystem. |
| In 2019 | People's Government of Jiashan County in Zhejiang Province | "Several Policy Opinions of People's Government in Jiashan County on Accelerating the Development of Intelligent Sensor Industry" | The opinions put forward specific measures from six aspects: increasing the financial support for industrial development, effectively guaranteeing the space for industrial development, accelerating the introduction of the main body of industrial development, vigorously supporting industrial research and development innovation, gradually improving the supporting facilities for industrial development and optimizing the environment for industrial development. Including the establishment of 10 billion yuan sensor fund, the overall arrangement of 500 million yuan special fund support, rent relief, etc. |

| Time | Issuing | Policy | Content |
|---|---|---|---|
| In 2018 | Ministry of Industry and Information Technology | "Action Plan for the Development of Internet of Vehicles (Intelligent Connected Vehicles) Industry" | It clearly pointed out that the joint development and achievement transformation of vehicle-mounted vision systems, laser/millimeter wave radars, multi-domain controllers, inertial navigation and other sensing devices should be accelerated. The research and development of key components such as intelligent vehicle-mounted terminals and automobile-grade chips are accelerated, and the industrial application of technologies such as new generation artificial intelligence, high-precision positioning and dynamic maps in intelligent connected vehicles is promoted. |
| In 2018 | Economic and Information Commission of Changsha City in Hunan | "Several Policies to Accelerate the Development of New High-end Automotive Intelligent Sensor Industry in Changsha City" | The policy focuses on guiding the intelligent sensor industry agglomeration, strengthening the research and development of intelligent sensor key core technologies, improving the integrated innovation capability of the intelligent sensor industry, and expanding the scale of the intelligent sensor industry. It focuses on supporting new high-end automobile intelligent sensors, automobile pressure sensors, inertial sensors and other products applied in the field of autonomous driving, with the supporting directions of 24/77/79GHz millimeter wave radar, vision sensors, infrared sensors, lidar sensors, high-precision/low-cost navigation sensor module components and embedded software. |
| In 2017 | Ministry of Industry and Information Technology, National Development and Reform Commission and Ministry of Science and Technology | "Medium and Long Term Development Plan for Automobile Industry" | It is pointed out in the plan to focus on breaking through the bottlenecks of engineering and industrialization of power batteries, automobile sensors, vehicle-mounted chips, electronic control systems and lightweight materials. By 2020, a number of auto part enterprise groups with a scale of more than 100 billion yuan will be formed, and by 2025, a number of auto part enterprise groups entering the world's top ten will be formed. The focus is to overcome core key technologies such as environmental perception, intelligent decision-making and collaborative control, and promote the research and development and industrial application of sensors, vehicle-mounted terminals and operating systems. |
| In 2017 | Ministry of Industry and Information Technology | "Guideline on Three-year Action of Intelligent Sensor Industry (2017-2019)" | It is clearly pointed out that the two main tasks are: (1) Complete the shortcomings of design and manufacturing key links, and promote the upgrade of intelligent sensors to the mid-to-high end; (2) Carry out application demonstrations of intelligent sensors for key industries such as consumer electronics, automobile electronics, industrial control and health care. |

| In 2017 | National Development and Reform Commission | "Industrialization Implementation Plan for Intelligent Vehicle Key Technology" | It is clearly pointed out that one of the main tasks is to improve the level of key hardware and software of intelligent vehicles, "focus on the research and development of intelligent vehicle technology, and focus on strengthening the development and industrialization of sensors, vehicle-mounted chips, central processors, vehicle-mounted operating systems, wireless communication equipment and Beidou high-precision positioning devices and other products". |
|---|---|---|---|
| In 2016 | State Council | "13th Five-Year Plan for the Development of National Strategic Emerging Industries" | It is clearly pointed out to improve the level of key chip design and develop chips for new applications. Promote research and development and industrialization of key technologies in intelligent sensors, power electronics, printed electronics, semiconductor lighting, inertial navigation and other fields. |
| In 2014 | State Council | "Program of Promoting the Development of National Integrated Circuit Industry" | Focus on the development of integrated circuit design, focus on the industrial chain of key fields, and strengthen integrated circuit design, software development, system integration, content and service collaborative innovation. Recently, focus on mobile intelligent terminal chips, digital TV chips and network communication chips, and improve the overall competitiveness of the information technology industry. |
| In 2013 | Ministry of Industry and Information Technology, Ministry of Science and Technology, Ministry of Finance, National Standards Management Committee | "Action Plan for Accelerating the Development of Sensor and Intelligent Instrument Industry" | The plan pointed out the overall goals for 2013-2025: The overall level of the sensor and intelligent instrument industry has entered the world's advanced ranks, and the industrial form has changed from "production-oriented manufacturing" to "service-oriented manufacturing", involving sensors and intelligent instrumentation required for national defense and key industrial security and major projects to achieve independent manufacturing and autonomous control, with the market share of high-end products and services increased to more than 50%. |
| In 2005 | State Council | "Outline of National Program for Medium and Long Term Scientific and Technological Development (2006-2020)" | In the plan, "core electronic devices, high-end general purpose chips and basic software products" (referred to as "nuclear high base major projects") were listed as the first of 16 major scientific and technological projects, also known as "01 project". |

Data source: Official websites of governments at all levels and official websites of various ministries and commissions

The state strongly supports the manufacturing industry of computers, communications and other electronic equipment, and has introduced a series of policies

to continuously promote the high-speed and efficient development of the intelligent sensor and integrated circuit industries. Since 2017, with the development of intelligent vehicles and vehicle networking industry, governments at all levels have issued a number of policies to clearly develop the vehicle-mounted sensor technology and form an industrial scale, which has played a positive role in promoting the company's business development. On the other hand, in the policy formulation, the state insists on supporting the good and the strong and driving enterprises to enhance their competitiveness. In the future, the company will continue to rely on leading technical strength, constantly improve and improve product performance, continue to create products to meet market requirements, and achieve stable and rapid development.

**(3) Development of industry to which the issuer belongs**

The issuer mainly develops and manufactures lidar and laser gas sensors. The laser gas sensor is mainly used in the field of gas detection, the product market applying this technology architecture is relatively concentrated, and the total amount is small. According to the company's development strategy, the company focuses on the development of lidar business, the future research and development investment in the field of laser gas sensing and market expectations will be far lower than the lidar business, so the following mainly introduces the development of the lidar industry.

**1、Development of lidar in new technologies, new industries, new formats and new models**

**(1) Overview of lidar industry**

The world's first laser was born in 1960, and since then, with the development of laser technology, the lidar using laser for detection has also been developed. The early lidar was mainly used for scientific research and mapping projects, meteorological detection, and topographic mapping of oceans, forests and land surfaces. In the 1980s and 1990s, lidar applications were no longer limited to scientific research, and commercial products such as laser rangefinders began to take off. The addition of scanning structures has expanded the field of view of lidar and expanded its application areas: manufacturers such as RIEGL and FARO have introduced scanning structures, focusing on laser airborne mapping and industrial measurement: manufacturers such as Sick and Hokuyo launched 2D scanning single-line lidar products which were used in industrial measurements and early unmanned research projects.

Before 2000, the commercial technology of lidar was in its infancy, and its application in the vehicle-mounted field was limited. Since 2000, the system architecture of lidar has been expanded and was

gradually developed from single-line scanning to multi-line scanning, the application advantages of lidar for three-dimensional high-precision reconstruction of the environment have been gradually recognized, and the obstacle avoidance and navigation technology based on lidar has been gradually developed in the unmanned driving application. The DARPA Grand Challenge, which began in 2004, promoted the rapid development of unmanned driving technologies and led to the application of high-line lidar in unmanned driving. Velodyne's 64-line lidar, introduced in 2005, received a lot of attention at the second DARPA Challenge, and at the third Challenge in 2007,

Case 1:24-cv-01381-PLF   Document 17-1   Filed 07/03/24   Page 14 of 19

I, Melissa Xie, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the documents entitled "Footnote 10", "Footnote 11", "Footnote 12", and "Hesai Prospectus", from Chinese to English.

*Melissa Xie*

_____
[name]

# EXHIBIT B

| Hesai Technology Co., Ltd. | Prospectus |
|---|---:|

[continued from the previous page] positioning and high-definition map to construct algorithms as well as an efficient perception data management platform and a performance assessment and test system.

With respect to perception algorithms, the Company combines deep learning and traditional mode recognition methods to synchronously optimize the customized highly parallel computing, so as to realize the whole lidar-based perception solution on the low power consumption FPGA embedded system. The features include detection, identification and tracking of obstacles, and zoning of region available for driving, and the overall perception category involves various types of motor vehicles, non-motor vehicles, pedestrians and other obstacles, with the perception range covering a distance of more than 100m. On the other hand, the Company also invests in the research and development of multi-sensor time synchronization and space calibration solution, data-level pre-fusion perception solution and object-level post-fusion perception solution, in order to solve the fusion perception problem in the synergy between lidar and camera.

With respect to the real-time positioning and high-definition map construction algorithms, the Company conducts the researches such as the lidar-based real-time odometer, joint real-time positioning based on lidar and high-definition map, and construction of high-definition map based on lidar and high precision GNSS inertial navigation fusion, to achieve the centimeter-level precision real-time positioning and to produce a high-definition map for L4-level automatic driving scenarios. In the meantime, in terms of semantic contents of high-definition map, the Company develops a semi-automatic semantic recognition and production system for the map, with the contents involving high-definition traffic lanes, intersections, traffic lights and other information, for efficient production and low-cost update of high-definition map.

In regard to perception data management platform and performance assessment and test system, the Company invests in the development of data collection and storage system based on multi-sensor source, semi-automatic truth value labelling system based on multi-sensor fusion, and virtual lidar scenario simulation system, for efficient production and management and secure storage of a mass of high-quality perception data sets. The annual throughput of production of ground truth boxes in real scenarios can approach the level of million, providing supervised training and data authentication for perception algorithm based on deep learning. The software-in-the-loop and hardware-in-the-loop test systems developed simultaneously guarantee that perception algorithms and derivative products have reliable performance in both general scenarios and complex scenarios.

### VII. Qualifications obtained by the Issuer
### (I) Main qualifications related to production and operation

As of the signing date of the Prospectus, the main qualifications related to production and operation owned by the Issuer and its domestic subsidiaries are as follows:

| SN | Name | Issuing authority | Certificate No. | Unit certified | Issuing date | Period of validity |
|---|---|---|---|---|---|---|
| 1 | High-tech enterprise certificate | Science and Technology Commission of Shanghai Municipality, Shanghai Municipal Finance Bureau, Shanghai Municipal Tax Service, State Taxation Administration | GR201931005928 | The Issuer | December 6, 2019 | 3 years |

Hesai AR 00578

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Registration certificate of customs declaration unit | Jiading Customs, P.R.China | 3114965559 | The Issuer | March 29, 2017 | Long term |
| 3 | Registration receipt of customs import and export commodity consignee and consigner | Jiading Customs, P.R.China | 31149309A5 | The Issuer | September 1, 2020 | Long term |
| 4 | Registration receipt of customs import and export commodity consignee and consigner | Jiading Customs Office in Export Processing Zone, People's Republic of China | 311466000W | Hesai Trading | December 15, 2020 | Long term |
| 5 | Foreign trade operator registration form | / | 04015275 | The Issuer | August 25, 2020 | / |
| 6 | Foreign trade operator registration form | / | 04002164 | Hesai Trading | May 31, 2019 | / |
| 7 | Registration receipt of pollutant discharge of fixed pollution source | National Pollutant Discharge Permits Administration Information Platform of the Ministry of Ecology and Environment of the PRC | 91310114320742767K001W | The Issuer | December 22, 2020 (modification registration) | From October 9, 2020 to October 8, 2025 |

**(II) Main qualifications related to products**

As of the signing date of the Prospectus, the main domestic qualifications related to products owned by the issuer and its subsidiaries are as follows:

| SN | Name | Product model | Unit certified | Issuing authority | Certificate number | Period of validity |
|---|---|---|---|---|---|---|
| 1 | Type Approval Certificate of Measuring Instruments | HS4000 | The Issuer | Shanghai Administration for Market Regulation | 2019C238-31 | / |
| 2 | Radio Transmission Equipment Model Approval Certificate | HS4000 | The Issuer | Ministry of Industry and Information Technology of PRC | 2020-13617 | Until June 21, 2024 |

Note: As of the signing date of the Prospectus, the Issuer has submitted an application for replacement of the Measuring Instruments Type Approval Certificate in respect of the modification of some of the content of the Certificates.

As of the signing date of the Prospectus, certain models of the Issuer's laser gas sensor products are still under application for the Measuring Instruments Type Approval Certificate and the Radio Transmission Equipment Model Approval Certificate, and the sales revenues of such products accounted for a relatively low percentage during the reporting period. The Issuer is now actively applying for the Measuring Instruments Type Approval Certificate and the Radio Transmission Equipment Model Approval Certificate for such products in accordance with the requirements.

Except for some of the Issuer's products that are still under application for the Measuring Instruments Type Approval Certificate and the Radio Transmission Equipment Model Approval Certificate, the Issuer has obtained the business license necessary for the operation of the Issuer's principal business in accordance with the laws and regulations of China.

Hesai AR 00579

| Hesai Technology Co., Ltd. | Prospectus |
|---|---:|

In addition to the above-mentioned main domestic product qualifications, as of the signing date of the Prospectus, the Issuer has obtained the laser product grade certification, IECEx, FCC, ATEX, CE-EMC, RoHS, REACH, WEEE and other product certifications in the United States, the European Union and other major overseas sales regions for its major lidar and laser gas detection products, respectively, depending on the target sales regions and product types.

**VIII. Sharing of resource elements by the Issuer with others**

As of the signing date of the Prospectus, the Issuer has used others' patents as a licensee and licensed others to use its patents as a licensor, mainly through a cross-licensing agreement with Velodyne, as described below:

In August 2019, Velodyne filed a lawsuit with the United States District Court, Northern District of California and the United States International Trade Commission, respectively, alleging that Hesai Technology infringed upon its U.S. registered patents related to rotating lidar. In the same year, Hesai Technology filed a lawsuit with the Higher Regional Court of Frankfurt am Main (Germany), alleging that Velodyne infringed upon its German registered patents related to rotating lidar. In the following year, Hesai Technology filed a lawsuit with the Shanghai Intellectual Property Court of China, alleging that Velodyne infringed upon its China registered patents related to rotating lidar.

On June 24, 2020, Hesai Technology and Velodyne entered into the Litigation Settlement and Patent Cross-licensing Agreement, pursuant to which, Hesai Technology and Velodyne both denied infringement upon the other party's patents, and agreed to cross-license their existing and future patents on a worldwide basis. Taking into account the expenses and opportunity costs of initiating and responding to international litigation, Hesai Technology agreed to pay Velodyne settlement fees, including one-time patent licensing reimbursement and subsequent royalties on an annual basis. The agreement is valid until February 26, 2030, and both parties undertake not to file any patent lawsuits against each other in the field of rotating lidar during the term of the agreement. Upon the expiration of the validity period of the agreement, the term of protection of the Issuer's U.S. registered patent related to rotating lidar allegedly infringed according to Velodyne will also expire, therefore Velodyne will not be able to continue to accuse the Issuer of infringement based on the patent.

As of the signing date of the Prospectus, all legal proceedings in respect of all above-mentioned patent disputes have been terminated, and the Issuer has paid patent licensing reimbursement and patent licensing royalties to Velodyne in accordance with the Litigation Settlement and Patent Cross-licensing Agreement, which has been properly performed without any breaches.

**IX. Issuer's overseas operations and assets**

The Issuer is headquartered in Shanghai, China and has two wholly-owned subsidiaries, namely Oxigraf, Inc. and HESAI INC., in the United States. For the basic information, principal business and major financial information of the Issuer, please refer to "(1) The Issuer [continued on the next page]" of "VI. Information about the Issuer's subsidiaries and invested companies" in the "Section V. Basic Information about the Issuer" of the Prospectus.

Hesai AR 00580

I, Alex Wong, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled AR578-580-Non-Parsable-en-US#TR_CKRPGY# from Chinese to English.

_____
Alex Wong