IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**NOTICE OF FILING THE RE-CERTIFIED LIST OF
THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), attached hereto is a Re-certified List of the Contents of the Administrative Record. Defendants, through counsel, also transmitted the revised Administrative Record to Plaintiffs' counsel on July 17, 2024.

Dated: July 17, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 353-0889  Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*