CUI



**DEPUTY UNDER SECRETARY OF DEFENSE**
3015 DEFENSE PENTAGON
WASHINGTON, DC 20301-3015

## ACTION MEMO

**ACQUISITION AND SUSTAINMENT**

**FOR:** DEPUTY SECRETARY OF DEFENSE

**FROM:** Radha Iyengar. Plumb, DUSD(A&S) *RKIP*

**SUBJECT:** (CUI) Public Reporting of Chinese Military Companies Operating in the United States

- **(CUI) Purpose.** Request your signature on the attached letters to the House Armed Services Committee (HASC) and Senate Armed Services Committee (SASC) (TAB A).

- **(CUI) Background.** Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act (NDAA) for Fiscal Year 2021 (Section 1260H) (TAB B), directs the Secretary of Defense to identify entities determined to be Chinese military companies operating directly or indirectly in the United States or any of its territories and possessions.

  - (CUI) China pursues its Military-Civil Fusion Development Strategy to "fuse" its economic and social development strategies with its security strategy in support of its national rejuvenation goals.

  - (CUI) This fusion is critical to China's effort to strengthen all instruments of national power, with the goal of becoming a world leader in science and technology, as well as to develop a "world-class" military.

  - (CUI) The Department of Defense conducted due diligence on 93 entities and identified 73 qualifying entities to be listed. The list of companies identified as meeting the requirements of 1260H is in TAB C. Analysis of each entity is at TAB D.

  - (CUI) Section 1260H requires the submission of the list identifying Chinese Military Companies operating in the United States to be submitted to the HASC and SASC. Notification letters requiring your signature are at TAB A.

**(CUI) RECOMMENDATION:** Sign the letters to the HASC and SASC at TAB A.

**Attachments:**
TAB A – Notification Letters to HASC and SASC
TAB B – NDAA 2021 Sec. 1260H
TAB C – Entities Identified as Chinese Military Companies Operating in the United States
TAB D – Company Reports
TAB E – Coordination Sheet

Prepared by: Nicoletta S. Giordani, OUSD(A&S)/IBP/GIES
Contact: ███

Controlled by: OUSD(A&S)/IBP/GIES
CUI Category: MERGERS
Limited Dissemination Control: FEDCON
POC: Nicoletta S. Giordani ███

CUI

Hesai AR 00001



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JAN 1 8 2024

The Honorable Jack Reed
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

    Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law No. 116-283) directs the Secretary of Defense to annually identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute and provide a list of those entities (enclosed). On December 31, 2023, the Department of Defense (DoD) released the names of 73 "Chinese military companies" in accordance with section 1260H. The listing or delisting of a company on the 1260H list is without prejudice to other efforts by the administration to sanction People's Republic of China-owned entities.

    In our review of entities, DoD has identified three entities that no longer qualify as Chinese military companies under section 1260H(b)(1) and (d). China International Engineering Consulting Corporation and Fujian Electron Technology Co., Ltd. have no apparent nexus to the United States. Thus, they are no longer operating directly or indirectly in the United States. SMIC Hong Kong International Company Limited is no longer owned by the Semiconductor Manufacturing International Corporation and thus does not qualify under 1260H subsection (d).

    I am sending an identical letter to the House Armed Services Committee.

Sincerely,

*[signature]*

Enclosure:
As stated

cc:
The Honorable Roger F. Wicker
Ranking Member

The estimated cost of this report or study for the Department of Defense is approximately $85,000 for the 2023 Fiscal Year. This includes $0 in expenses and $85,000 in DoD labor.

Hesai AR 00002



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JAN 1 8 2024

The Honorable Mike D. Rogers
Chairman
Committee on Armed Services
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

    Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law No. 116-283) directs the Secretary of Defense to annually identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute and provide a list of those entities (enclosed). On December 31, 2023, the Department of Defense (DoD) released the names of 73 "Chinese military companies" in accordance with section 1260H. The listing or delisting of a company on the 1260H list is without prejudice to other efforts by the administration to sanction People's Republic of China-owned entities.

    In our review of entities, DoD has identified three entities that no longer qualify as Chinese military companies under section 1260H(b)(1) and (d). China International Engineering Consulting Corporation and Fujian Electron Technology Co., Ltd. have no apparent nexus to the United States. Thus, they are no longer operating directly or indirectly in the United States. SMIC Hong Kong International Company Limited is no longer owned by the Semiconductor Manufacturing International Corporation and thus does not qualify under 1260H subsection (d).

    I am sending an identical letter to the Senate Armed Services Committee.

Sincerely,

Kathleen H. Hicks

Enclosure:
As stated

cc:
The Honorable Adam Smith
Ranking Member

The estimated cost of this report or study for the Department of Defense is approximately $85,000 for the 2023 Fiscal Year. This includes $0 in expenses and $85,000 in DoD labor.

Hesai AR 00003

**Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)\*\***

360 Security Technology Inc. (Qihoo 360)\*

Advanced Micro-Fabrication Equipment Inc. China (AMEC)

Aerospace CH UAV Co., Ltd (S-SEA)\*

Aviation Industry Corporation of China Ltd. (AVIC)\*
- AVIC Aviation High-Technology Company Limited (AVIC Aviation Hi-Tech)\*
- AVIC Heavy Machinery Company Limited (AVIC Heavy Machinery)\*
- AVIC Jonhon Optronic Technology Co., Ltd. (AVIC Jonhon)\*
- AVIC Shenyang Aircraft Company Limited (AVIC Shenyang)\*
- AVIC Xi'an Aircraft Industry Group Company Ltd. (AVIC Xi'an)\*
- Jiangxi Hongdu Aviation Industry Co., Ltd. (Hongdu Aviation)\*
- Zhonghang Electronic Measuring Instruments Company Limited (ZEMIC)\*

Beijing Megvii Technology Co., Ltd. (Megvii)

Beijing Zhidao Chuangyu Information Technology Co., Ltd. (Knownsec)\*

BGI Genomics Co., Ltd. (BGI)\*

Chengdu JOUAV Automation Tech Co., Ltd. (JOUAV)

Chengdu M&S Electronics Technology Co., Ltd. (M&S Electronics)

China Aerospace Science and Industry Corporation Limited (CASIC)\*
- Aerosun Corporation (Aerosun)\*

China Communications Construction Group (Limited) (CCCG)\*
- China Communications Construction Company Limited (CCCC)\*

China Construction Technology Co., Ltd. (CCTC)

China Electronics Corporation (CEC)\*

China Electronics Technology Group Corporation (CETC)\*
- Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)\*

China General Nuclear Power Corporation (CGN)\*

China Mobile Communications Group Co., Ltd. (China Mobile Comm)\*
- China Mobile Limited (China Mobile)\*

China National Chemical Corporation Ltd. (ChemChina)*

China National Chemical Engineering Group Corporation (CNCEC)

China National Nuclear Corporation (CNNC)*

China National Offshore Oil Corporation (CNOOC)*
    CNOOC Limited*

China North Industries Group Corporation Limited (Norinco Group)*
    Inner Mongolia First Machinery Group Co., Ltd. (Inner Mongolia)*

China Railway Construction Corporation Limited (CRCC)*

China South Industries Group Corporation (CSGC)*
    Costar Group Co., Ltd. (Costar)*

China SpaceSat Co., Ltd. (China SpaceSat)*

China State Construction Engineering Corporation Limited (CSCEC)
    China State Construction Group Co.*

China State Shipbuilding Corporation Limited (CSSC)*
    China Marine Information Electronics Company Limited (China Marine Info Elec)*

China Telecom Group Co., Ltd. (China Telecom)
    China Telecom Corporation Limited*
    China Telecommunications Corporation*

China Three Gorges Corporation (CTG)

China United Network Communications Group Co., Ltd. (China Unicom)*
    China Unicom (Hong Kong) Limited (China Unicom HK)*

CloudWalk Technology Co., Ltd (CloudWalk)*

CRRC Corporation Limited (CRRC)*

Dawning Information Industry Co., Ltd. (Sugon)*

Global Tone Communication Technology Co Ltd. (GTCOM)*

Guizhou Aviation Technical Development Co., Ltd. (Guizhou Aviation Tech)

Hesai Technology Co., Ltd. (Hesai)

Huawei Investment & Holding Co., Ltd. (Huawei Holding)*
    Huawei Technologies Co., Ltd. (Huawei)*

IDG Capital Partners Co., Ltd. (IDG Capital)

Inspur Group Co., Ltd. (Inspur)*

NetPosa Technologies, Ltd. (NetPosa)

Semiconductor Manufacturing International Corporation (SMIC)*
    Semiconductor Manufacturing International (Beijing) Corporation (SMIC Beijing)*
    Semiconductor Manufacturing International (Shenzhen) Corporation (SMIC Shenzhen)*
    Semiconductor Manufacturing International (Tianjin) Corporation (SMIC Tianjin)*
    Semiconductor Manufacturing South China Corporation (SMIC South China)*
    SMIC Holdings Limited (SMIC Holdings)*
    SMIC Northern Integrated Circuit Manufacturing (Beijing) Co., Ltd (SMIC NICM)*
    SMIC Semiconductor Manufacturing (Shanghai) Co., Ltd (SMIC Shanghai)*

Shanghai Yitu Network Technology Co., Ltd. (Yitu)

ShenZhen Consys Science & Technology Co., Ltd. (Consys)*

Shenzhen DJI Innovation Technology Co., Ltd. (DJI)*

Wuhan Geosun Navigation Technology Co., Ltd. (Geosun)

Yangtze Memory Technologies Co., Ltd. (YMTC)

Zhejiang Dahua Technology Co., Ltd. (Dahua)*

\* Denotes entities identified as Chinese Military Companies operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)

\*\* Parent Companies with Listed Subsidiaries (indented names.) Subsidiary information is included in parent company's report.

### The Following Entities Did Not Meet Some or All of the Requirements of Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal 2021 (Public Law 116-283)

China International Engineering Consulting Corporation (CIECC) *Note: No apparent U.S. nexus*
SMIC Hong Kong International Company Limited (SMIC HK) *Note: No longer owned by SMIC*
Fujian Torch Electron Technology Co., Ltd. (Torch Electron) *Note: No apparent U.S. nexus*

Hesai AR 00006