Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**James E. Tysse**
+1 202.887.4571/fax: +1 202.887.4288
jtysse@akingump.com

March 13, 2024

Stephanie Carr
Chief
OSD/JS FOIA Requester Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

Re:   **Freedom of Information Act Request**

Dear Ms. Carr:

I represent Hesai Technology Co., Ltd. ("Hesai") and write to request that the Department of Defense (the "Department") produce the following record pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Department of Defense's implementing regulations, 32 C.F.R. pt. 286:

The decision memorandum or other document finalizing the Department's decision to include Hesai on the list of "Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ('Mac') Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)."

Because Hesai is suffering irreparable harm as a result of its inclusion in the above-referenced list, including serious reputational injury, a significant drop in stock price, and lost business opportunities, we expect the Department's response within the 20-day statutory period, 5 U.S.C. § 552(a)(6)(A)(i), and production of the requested record promptly thereafter.

Thank you for your prompt consideration and response.

Sincerely,

James E. Tysse