

**DEPARTMENT OF DEFENSE**
**FREEDOM OF INFORMATION DIVISION**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

Ref: 24-F-0932
May 29, 2024

Mr. James Tysse
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC, 20006

Dear Mr. Tysse:

    This is a final response to your March 13, 2024 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on March 13, 2024, and assigned it FOIA case number 24-F-0932. We ask that you use this number when referring to your request.

    The Office of the Under Secretary of Defense for Acquisition & Sustainment (OUSD(A&S)), a component of the Office of the Secretary of Defense, conducted a search of their records systems and located 15 pages determined to be responsive to your request. Dr. Maureen A. Raley, Associate Director, Organizational Compliance to Director, Executive Operations (DBO) for (A&S), in her capacity as an Initial Denial Authority, has determined that portions of the 15 responsive pages are exempt from release pursuant to 5 U.S.C. § 552 (b)(6), information which, if disclosed, would constitute a clearly unwarranted invasion of the personal privacy of individuals. Please note that we have considered the foreseeable harm standard when reviewing records and applying exemptions under the FOIA in the processing of this request.

    In this instance, fees for processing your request were below the threshold for requiring payment. Please note that fees may be assessed on future requests.

    If you have any questions or concerns about the foregoing or about the processing of your request, please do not hesitate to contact the Action Officer assigned to your request, Kayla Webster, at kayla.n.webster2.civ@mail.mil or 571-372-0440. Additionally, if you have concerns about service received by our office, please contact a member of our Leadership Team at 571-372-0498 or Toll Free at 866-574-4970.

    Should you wish to inquire about mediation services, you may contact the OSD/JS FOIA Public Liaison, Toni Fuentes, at 571-372-0462, or by email at OSD.FOIALiaison@mail.mil. You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

        Office of Government Information Services
        National Archives and Records Administration
        8601 Adelphi Road-OGIS
        College Park, MD 20740
        E-mail: ogis@nara.gov
        Telephone: 202-741-5770
        Fax: 202-741-5769
        Toll-free: 1-877-684-6448

You have the right to appeal to the appellate authority, Ms. Joo Chung, Assistant to the Secretary of Defense for Privacy, Civil Liberties, and Transparency (PCLT), Office of the Secretary of Defense, at the following address: 4800 Mark Center Drive, ATTN: PCLFD, FOIA Appeals, Mailbox #24, Alexandria, VA 22350-1700.

Your appeal must be postmarked within 90 calendar days of the date of this response. Alternatively, you may email your appeal to osd.foia-appeal@mail.mil. If you use email, please include the words "FOIA Appeal" in the subject of the email. Please also reference FOIA case number 24-F-0932 in any appeal correspondence.

We appreciate your patience in the processing of your request. As stated previously, please contact the Action Officer assigned to your request, Kayla Webster, and reference FOIA case number 24-F-0932, if you have any questions or concerns.

        Sincerely,

        *Stephen L. Fisher*
      *For*  Stephanie L. Carr
        Chief

Enclosures:
As stated



~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~



# Hesai Group






~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~

# Contents

Document Framework ..................................................................................................................... 3

Entity Background ......................................................................................................................... 4

Summary Findings ......................................................................................................................... 4

Hesai is Affiliated with the MIIT via Partnerships and Projects ................................................... 5

Hesai Manufactures and Exports Automotive LiDAR Sensor Products ....................................... 6

Chinese Military Company Determination ................................................................................... 6

Hesai is a Chinese Military Company Operating Both Directly and Indirectly in the United States ........... 7

Source Citations ............................................................................................................................. 8



~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~

## Document Framework

The Secretary of Defense is statutorily required to identify entities that are Chinese military companies and that are operating directly or indirectly in the United States or any of its territories and possessions.[1] A Chinese military company is an entity that is either (1) directly or indirectly owned, controlled, or beneficially owned by, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army or any other organization subordinate to the Central Military Commission of the Chinese Communist Party or (2) identified as a military-civil fusion contributor to the Chinese defense industrial base.[2] In addition to its ownership or military-civil fusion contributor status, the entity must be engaged in providing commercial services, manufacturing, producing, or exporting.[3]

This report analyzes and documents the ownership or military-civil fusion contributor status of the profiled entity; whether the profiled entity is engaged in providing commercial services, manufacturing, producing, or exporting; and whether the profiled entity operates directly or indirectly in the United States. While each of the factors and subfactors set forth in Pub. L. No. 116-283, Section 1260H were examined, this report only addresses the statutory provisions that apply to the profiled entity.

~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~

## Entity Background



**Hesai Group (Hesai)**

禾赛科技集团

Nasdaq: HSAI

www.hesaitech.com

Shanghai, China

**Business Summary:**

Hesai Group (Hesai) develops, manufactures, and sells three-dimensional Light Detection and Ranging (LiDAR) solutions. Hesai's LiDAR products enable a broad spectrum of applications across passenger or commercial vehicles, such as Advanced Driver Assistance Systems (ADAS) autonomous vehicle fleets that provide passenger and freight mobility services or autonomous mobility. Its LiDAR products are also used in robotics, including last-mile delivery robots, street sweeping robots, and logistics robots in restricted areas. It organized its operations into two segments: the LiDAR segment and the gas sensing and detection segment. Hesai is also known as Hesai Technology Co., Ltd. and is incorporated in the Cayman Islands.[4]

**Also/Previously Known As:**

- Hesai Technology[5]

### Summary Findings

Hesai is a military-civil fusion contributor to the Chinese defense industrial base through its affiliation with the Chinese Ministry of Industry and Information Technology (MIIT). It is engaged in providing commercial services, manufacturing, producing, or exporting because it manufactures and exports automotive three-dimensional LiDAR devices for using in vehicle fleets and autonomous robotics. Based on the foregoing, the Secretary of Defense determines that Hesai is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[6]



~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~

As a Chinese military company, Hesai operates both directly and indirectly in the United States through its 100% ownership of a U.S.-based subsidiary, its establishment of a U.S. office, its listing on a U.S. stock exchange, and its exports to U.S. companies.[7]

### Hesai is Affiliated with the MIIT via Partnerships and Projects

Hesai is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] due to its affiliation with the Chinese MIIT, including research partnerships and projects [Pub. L. No. 116-283, § 1260H(d)(2)(B)].

- In its prospectus for its Initial Public Offering on the Shanghai Stock Exchange, Hesai Technology Co., Ltd., a wholly owned subsidiary of Hesai,[8] identified the following four programs and projects on which it is working that are administered under the Chinese MIIT. These programs and projects demonstrate that Hesai is affiliated with the Chinese MIIT through its subsidiary.[9]
    - The Internet of Vehicles (Intelligence Connected Automobiles) Industry Development Action Plan (车联网（智能 网联汽车）产业 发展行动计划)
    - The Medium- and Long-Term Development Plan for the Automobile Industry (汽车产业中 长期发展规划)
    - The Three-Year Action Guide for the Smart Sensor Industry (2017-2019) (智能传感器产业三年行动指南（2017-2019 年）)
    - The Action Plan to Accelerate the Development of Sensors and Intelligent Instruments (加快推进传感器及智能化仪器仪表产业发展行动计划)
- Hesai Technology Co., Ltd. acts as part of the National Automotive Standardization Technical Committee, an industry partnership intended to promote standardization in China's automotive industry. The Chinese MIIT established and oversees the National Automotive Standardization Technical Committee. Therefore, Hesai is affiliated with the Chinese MIIT via its subsidiary.[10]
    - Hesai Technology Co., Ltd. participated in the 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (联汽车技术及标准法规国际交流会), organized under the Medium-



and Long-Term Development Plan for the Automobile Industry and the Internet of Vehicles (Intelligence Connected Automobiles) Industry Development Action Plan, which demonstrates that Hesai is affiliated with MIIT via an industry partnership.[11]

- o Hesai Technology Co., Ltd. was one of the main drafting organizations of a standard titled "Automotive LiDAR performance requirements and test methods" (车载激光雷达性能要求及试验方法), under the jurisdiction of the National Automotive Standardization Technical Committee.[12]

- Hesai Technology Co., Ltd. applied for and received the Radio Transmitting Equipment Model Approval (线电发射设备型号核准) administrative license from the Chinese MIIT.[13]

### Hesai Manufactures and Exports Automotive LiDAR Sensor Products

Hesai is engaged in providing commercial services, manufacturing, producing, or exporting [Pub. L. No. 116-283, § 1260H(d)(1)(B)(ii)].

- Hesai specializes in manufacturing LiDAR sensor products for automobiles.[14]
- Hesai supplies LiDAR sensors for use in commercial vehicles to the following companies:[15]
    - o Cruise LLC, a subsidiary of General Motors, headquartered in San Francisco, CA[16]
    - o Aurora Innovation, Inc. (Nasdaq: AUR, headquartered in Pittsburgh, PA)[17]
    - o Motional, Inc., a joint venture between Aptiv and Hyundai, with offices in the U.S., Europe, Singapore, and Seoul, South Korea[18, 19]

### Chinese Military Company Determination

Hesai is a military-civil fusion contributor to the Chinese defense industrial base through its affiliation with the Chinese MIIT. It is engaged in providing commercial services, manufacturing, producing, or exporting because it manufactures and exports automotive three-dimensional LiDAR devices. Based on the foregoing, the Secretary of Defense determines that Hesai is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[20]



~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~

- China's Ministry of Industry and Information Technology (MIIT) is the government body in charge of the 'Little Giants' program.[21] MIIT has announced that officially recognized companies in the 'Little Giants' program would be guaranteed subsidies, tax cuts and other grants.[22]
    - Hesai was included in Batch 4 of 'Little Giants' announced in August 2022.[23]

**Hesai is a Chinese Military Company Operating Both Directly and Indirectly in the United States**

Hesai operates both directly and indirectly in the United States [Pub. L. No. 116-283, § 1260H(a)] through its ownership of a U.S.-based subsidiary, its establishment of a U.S. office, its listing on a U.S. stock exchange, and its exports to U.S. companies.

- Hesai acquired Oxigraf, which is headquartered in Sunnyvale, CA, for $2 million in March 2019.[24] Oxigraf manufactures and sells laser diode oxygen analyzers and oxygen sensors in the United States and globally.
- Hesai established an office in Palo Alto, CA.[25]
- Hesai is listed on the U.S. NASDAQ stock exchange (Nasdaq: HSAI).[26]
- Hesai sells automotive LiDAR sensor products[27] to U.S.-headquartered companies Cruise LLC (San Francisco, CA)[28] and Aurora Innovation, Inc. (Pittsburgh, PA).[29]
- Motional, Inc., a joint venture between Aptiv and Hyundai, operates and maintains offices in the U.S., Europe, Singapore, and Seoul, South Korea.[30, 31]


~~CUI~~
~~DRAFT~~
~~PRE-DECISIONAL~~

## Source Citations

[1] Pub. L. No. 116-283, § 1260H(a)

[2] Pub. L. No. 116-283, Section 1260H(d)(1)(B)(i)

[3] Pub. L. No. 116-283, Section 1260H(d)(1)(B)(ii)

[4] Pitchbook; *Hesai Technology (NAS: HSAI)*; https://my.pitchbook.com/profile/125781-31/company/profile#overview; Accessed 26 October 2023

[5] Hesai Website; *About Us*; https://www.hesaitech.com/about/; Accessed 26 October 2023

[6] *See* TAB B for the full text of Pub. L. No. 116-283, § 1260H

[7] *See* TAB B for the full text of Pub. L. No. 116-283, § 1260H

[8] *See* page 79 of Hesai's SEC Form F-1: Hesai (via SEC Website); Securities and Exchange Commission Form F-1 for Hesai Group; https://www.sec.gov/Archives/edgar/data/1861737/000110465923009861/tm2120356-22_f1a.htm; 2 February 2023; Accessed 26 October 2023

[9] Hesai Technology Co., Ltd.; *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board (开发行股票并在科创板上市招股说明书)*; https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; 31 December 2020; Accessed 26 October 2023

[10] National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee (TC114 车标准化技术委员会)*; https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114; Accessed 26 October 2023

[11] National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings (联汽车技术及标准法规国际交流会 (ICV 2020 动交流会)*; http://www.catarc.org.cn/wl_yantaohui_icvhuigu_show/2234.html; 25 May 2021; Accessed 26 October 2023

[12] National Public Service Platform for Standards Information Website; Automotive LiDAR performance requirements and test methods *(车载激光雷达性能要求及试验方法)*; https://std.samr.gov.cn/gb/search/gbDetailed?id=F77AFB62AF52406CE05397BE0A0A57C1; Accessed 26 October 2023

[13] Hesai Technology Co., Ltd.; *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board (开发行股票并在科创板上市招股说明书)*; https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; 31 December 2020; Accessed 26 October 2023

[14] Pitchbook; *Hesai Technology (NAS: HSAI)*; https://my.pitchbook.com/profile/125781-31/company/profile#overview; Accessed 26 October 2023

[15] Hesai Website; *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row*; https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/; 25 July 2023; Accessed 26 October 2023

AS OF: 2 NOVEMBER 2023



CUI
DRAFT
PRE-DECISIONAL

[16] S&P Capital IQ; *Cruise LLC Private Company Profile*; https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True; Accessed 26 October 2023

[17] S&P Capital IQ; *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile*; https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705; Accessed 26 October 2023

[18] Motional, Inc. Website; *Our Offices*; https://motional.com/our-offices; Accessed 26 October 2023

[19] Motional Inc. Website; *Who We Are*; https://motional.com/who-we-are; Accessed 26 October 2023

[20] *See* TAB B for the full text of Pub. L. No. 116-283, § 1260H

[21] Bloomberg article summarizing "Little Giant" program; *China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War*; https://www.bloomberg.com/news/articles/2022-01-23/china-us-xi-jinping-backs-new-generation-of-startups-in-tech-war; 23 January 2022; Accessed 31 October 2023

[22] Ibid

[23] See MITT "Little Ginats" announcement in table, number 103; https://web.archive.org/web/20221004032711/http://www.cinn.cn/zt/jjjzgzzzjtx/202208/t20220809_259738.shtml; Released 10 August 2022; Accessed (through archive) on 31 October 2023

[24] PitchBook; *Oxigraf*; https://my.pitchbook.com/profile/519839-56/company/profile#deal-history; Accessed 26 October 2023

[25] Hesai Website; *About Us*; https://www.hesaitech.com/about/; Accessed 26 October 2023

[26] Pitchbook; *Hesai Technology (NAS: HSAI)*; https://my.pitchbook.com/profile/125781-31/company/profile#overview; Accessed 26 October 2023

[27] Hesai Website; *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row*; https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/; 25 July 2023; Accessed 26 October 2023

[28] S&P Capital IQ; *Cruise LLC Private Company Profile*; https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True; Accessed 26 October 2023

[29] S&P Capital IQ; *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile*; https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705; Accessed 26 October 2023

[30] Motional, Inc. Website; *Our Offices*; https://motional.com/our-offices; Accessed 26 October 2023

[31] Motional Inc. Website; *Who We Are*; https://motional.com/who-we-are; Accessed 26 October 2023



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JAN 1 8 2024

The Honorable Jack Reed
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

    Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law No. 116-283) directs the Secretary of Defense to annually identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute and provide a list of those entities (enclosed). On December 31, 2023, the Department of Defense (DoD) released the names of 73 "Chinese military companies" in accordance with section 1260H. The listing or delisting of a company on the 1260H list is without prejudice to other efforts by the administration to sanction People's Republic of China-owned entities.

    In our review of entities, DoD has identified three entities that no longer qualify as Chinese military companies under section 1260H(b)(1) and (d). China International Engineering Consulting Corporation and Fujian Electron Technology Co., Ltd. have no apparent nexus to the United States. Thus, they are no longer operating directly or indirectly in the United States. SMIC Hong Kong International Company Limited is no longer owned by the Semiconductor Manufacturing International Corporation and thus does not qualify under 1260H subsection (d).

    I am sending an identical letter to the House Armed Services Committee.

Sincerely,

*[signature]*

Enclosure:
As stated

cc:
The Honorable Roger F. Wicker
Ranking Member

---

The estimated cost of this report or study for the Department of Defense is approximately $85,000 for the 2023 Fiscal Year. This includes $0 in expenses and $85,000 in DoD labor.



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JAN 1 8 2024

The Honorable Mike D. Rogers
Chairman
Committee on Armed Services
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

　　Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law No. 116-283) directs the Secretary of Defense to annually identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute and provide a list of those entities (enclosed). On December 31, 2023, the Department of Defense (DoD) released the names of 73 "Chinese military companies" in accordance with section 1260H. The listing or delisting of a company on the 1260H list is without prejudice to other efforts by the administration to sanction People's Republic of China-owned entities.

　　In our review of entities, DoD has identified three entities that no longer qualify as Chinese military companies under section 1260H(b)(1) and (d). China International Engineering Consulting Corporation and Fujian Electron Technology Co., Ltd. have no apparent nexus to the United States. Thus, they are no longer operating directly or indirectly in the United States. SMIC Hong Kong International Company Limited is no longer owned by the Semiconductor Manufacturing International Corporation and thus does not qualify under 1260H subsection (d).

　　I am sending an identical letter to the Senate Armed Services Committee.

Sincerely,

Kathl H. Hicks

Enclosure:
As stated

cc:
The Honorable Adam Smith
Ranking Member

---

The estimated cost of this report or study for the Department of Defense is approximately $85,000 for the 2023 Fiscal Year. This includes $0 in expenses and $85,000 in DoD labor.

**Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)\*\***

360 Security Technology Inc. (Qihoo 360)\*

Advanced Micro-Fabrication Equipment Inc. China (AMEC)

Aerospace CH UAV Co., Ltd (S-SEA)\*

Aviation Industry Corporation of China Ltd. (AVIC)\*
    AVIC Aviation High-Technology Company Limited (AVIC Aviation Hi-Tech)\*
    AVIC Heavy Machinery Company Limited (AVIC Heavy Machinery)\*
    AVIC Jonhon Optronic Technology Co., Ltd. (AVIC Jonhon)\*
    AVIC Shenyang Aircraft Company Limited (AVIC Shenyang)\*
    AVIC Xi'an Aircraft Industry Group Company Ltd. (AVIC Xi'an)\*
    Jiangxi Hongdu Aviation Industry Co., Ltd. (Hongdu Aviation)\*
    Zhonghang Electronic Measuring Instruments Company Limited (ZEMIC)\*

Beijing Megvii Technology Co., Ltd. (Megvii)

Beijing Zhidao Chuangyu Information Technology Co., Ltd. (Knownsec)\*

BGI Genomics Co., Ltd. (BGI)\*

Chengdu JOUAV Automation Tech Co., Ltd. (JOUAV)

Chengdu M&S Electronics Technology Co., Ltd. (M&S Electronics)

China Aerospace Science and Industry Corporation Limited (CASIC)\*
    Aerosun Corporation (Aerosun)\*

China Communications Construction Group (Limited) (CCCG)\*
    China Communications Construction Company Limited (CCCC)\*

China Construction Technology Co., Ltd. (CCTC)

China Electronics Corporation (CEC)\*

China Electronics Technology Group Corporation (CETC)\*
    Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)\*

China General Nuclear Power Corporation (CGN)\*

China Mobile Communications Group Co., Ltd. (China Mobile Comm)\*
    China Mobile Limited (China Mobile)\*

- China National Chemical Corporation Ltd. (ChemChina)*

China National Chemical Engineering Group Corporation (CNCEC)

China National Nuclear Corporation (CNNC)*

China National Offshore Oil Corporation (CNOOC)*
    CNOOC Limited*

China North Industries Group Corporation Limited (Norinco Group)*
    Inner Mongolia First Machinery Group Co., Ltd. (Inner Mongolia)*

China Railway Construction Corporation Limited (CRCC)*

China South Industries Group Corporation (CSGC)*
    Costar Group Co., Ltd. (Costar)*

China SpaceSat Co., Ltd. (China SpaceSat)*

China State Construction Engineering Corporation Limited (CSCEC)
    China State Construction Group Co.*

- China State Shipbuilding Corporation Limited (CSSC)*
    China Marine Information Electronics Company Limited (China Marine Info Elec)*

China Telecom Group Co., Ltd. (China Telecom)
    China Telecom Corporation Limited*
    China Telecommunications Corporation*

China Three Gorges Corporation (CTG)

China United Network Communications Group Co., Ltd. (China Unicom)*
    China Unicom (Hong Kong) Limited (China Unicom HK)*

CloudWalk Technology Co., Ltd (CloudWalk)*

CRRC Corporation Limited (CRRC)*

Dawning Information Industry Co., Ltd. (Sugon)*

Global Tone Communication Technology Co Ltd. (GTCOM)*

Guizhou Aviation Technical Development Co., Ltd. (Guizhou Aviation Tech)

- Hesai Technology Co., Ltd. (Hesai)

Huawei Investment & Holding Co., Ltd. (Huawei Holding)*
    Huawei Technologies Co., Ltd. (Huawei)*

IDG Capital Partners Co., Ltd. (IDG Capital)

Inspur Group Co., Ltd. (Inspur)*

NetPosa Technologies, Ltd. (NetPosa)

Semiconductor Manufacturing International Corporation (SMIC)*
    Semiconductor Manufacturing International (Beijing) Corporation (SMIC Beijing)*
    Semiconductor Manufacturing International (Shenzhen) Corporation (SMIC Shenzhen)*
    Semiconductor Manufacturing International (Tianjin) Corporation (SMIC Tianjin)*
    Semiconductor Manufacturing South China Corporation (SMIC South China)*
    SMIC Holdings Limited (SMIC Holdings)*
    SMIC Northern Integrated Circuit Manufacturing (Beijing) Co., Ltd (SMIC NICM)*
    SMIC Semiconductor Manufacturing (Shanghai) Co., Ltd (SMIC Shanghai)*

Shanghai Yitu Network Technology Co., Ltd. (Yitu)

ShenZhen Consys Science & Technology Co., Ltd. (Consys)*

Shenzhen DJI Innovation Technology Co., Ltd. (DJI)*

Wuhan Geosun Navigation Technology Co., Ltd. (Geosun)

Yangtze Memory Technologies Co., Ltd. (YMTC)

Zhejiang Dahua Technology Co., Ltd. (Dahua)*

\* Denotes entities identified as Chinese Military Companies operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)

\*\* Parent Companies with Listed Subsidiaries (indented names.) Subsidiary information is included in parent company's report.

### The Following Entities Did Not Meet Some or All of the Requirements of Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal 2021 (Public Law 116-283)

China International Engineering Consulting Corporation (CIECC) *Note: No apparent U.S. nexus*
SMIC Hong Kong International Company Limited (SMIC HK) *Note: No longer owned by SMIC*
Fujian Torch Electron Technology Co., Ltd. (Torch Electron) *Note: No apparent U.S. nexus*

CUI



**DEPARTMENT OF DEFENSE**
3015 DEFENSE PENTAGON
WASHINGTON, DC 20301-3015

ACQUISITION
AND SUSTAINMENT

## ACTION MEMO

**FOR:** DEPUTY SECRETARY OF DEFENSE  (b)(6)

**FROM:** Radha Iyengar. Plumb, DUSD(A&S)

**SUBJECT:** (CUI) Public Reporting of Chinese Military Companies Operating in the United States

- (CUI) **Purpose.** Request your signature on the attached letters to the House Armed Services Committee (HASC) and Senate Armed Services Committee (SASC) (TAB A).

- (CUI) **Background.** Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act (NDAA) for Fiscal Year 2021 (Section 1260H) (TAB B), directs the Secretary of Defense to identify entities determined to be Chinese military companies operating directly or indirectly in the United States or any of its territories and possessions.

    - (CUI) China pursues its Military-Civil Fusion Development Strategy to "fuse" its economic and social development strategies with its security strategy in support of its national rejuvenation goals.

    - (CUI) This fusion is critical to China's effort to strengthen all instruments of national power, with the goal of becoming a world leader in science and technology, as well as to develop a "world-class" military.

    - (CUI) The Department of Defense conducted due diligence on 93 entities and identified 73 qualifying entities to be listed. The list of companies identified as meeting the requirements of 1260H is in TAB C. Analysis of each entity is at TAB D.

    - (CUI) Section 1260H requires the submission of the list identifying Chinese Military Companies operating in the United States to be submitted to the HASC and SASC. Notification letters requiring your signature are at TAB A.

- (CUI) **RECOMMENDATION:** Sign the letters to the HASC and SASC at TAB A.

**Attachments:**
TAB A – Notification Letters to HASC and SASC
TAB B – NDAA 2021 Sec. 1260H
TAB C – Entities Identified as Chinese Military Companies Operating in the United States
TAB D – Company Reports
TAB E – Coordination Sheet

Prepared by: Nicoletta S. Giordani, OUSD(A&S)/IBP/GIES
Contact: (b)(6)

Controlled by: OUSD(A&S)/IBP/GIES
CUI Category: MERGERS
Limited Dissemination Control: FEDCON
POC: Nicoletta S. Giordani, (b)(6)

CUI