IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY, CO., LTD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | No. 1:24-CV-01381 (PLF) |

## **DECLARATION OF LIBBI FINELSEN**

Pursuant to 28 U.S.C. § 1746, I, Libbi Finelsen, declare and state as follows:

1. I, Libbi Finelsen, am an Associate General Counsel with the Department of Defense (DoD), Office of General Counsel, Acquisition and Logistics (OGC(A&L)). As part of my duties, I prepared the administrative record for the above captioned case.

2. The Deputy Secretary of Defense's January 18, 2024, determination to include Hesai Technology Co., Ltd. (Hesai) on the list mandated by section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act (NDAA) for Fiscal Year 2021, Pub. L. No. 116-283, was based on a report dated 2 November 2023.

3. During the final stages of preparing the administrative record, I inadvertently included a version of the report dated 9 February 2024 instead of the November 2023 report. The February 2024 report was generated as the first step in DoD's statutorily mandated annual review in 2024 to determine whether entities who currently appear on the 2023 list should be removed from the 2024 list. The February 2024 report was not part of the decision-making process for the 2023 list and has not been presented to the Deputy Secretary of Defense.

4. After I learned of my inadvertent error, I conducted a manual visual inspection of the two reports as well as an electronic comparison using the Adobe Acrobat compare function and determined that the substance of both the November 2023 and February 2024 reports is identical. There are only three differences between the reports: (1) the February 2024 report corrects a typo located on page 9 of the November 2023 report, (2) the word "TAB" on pages 8-

9 of the November 2023 report was changed to "Tab" on pages 8-9 of the February 2024 report, and (3) the source citations in the February 2024 report included updated accessed dates for websites.

5. I have revised the administrative record by replacing the February 2024 report with the November 2023 report, which was reviewed by the Deputy Secretary of Defense. I transmitted the revised administrative record to Peter F. Atherton, Division Director – Investments and Economic Analysis Division, Global Investment and Economic Security (GIES) Directorate (GIES IEA), Office of the Assistant Secretary of Defense for Industrial Base Policy, Office of the Under Secretary of Defense for Acquisition and Sustainment, Department of Defense (DoD or the Department). I understand that he has reviewed the revised administrative record and re-certified its contents.

6. While the Deputy Secretary of Defense transmitted the list of Chinese military companies list to the Senate and House Committees on Armed Services on January 18, 2024, the Department of Defense did not publish the Federal Register notice with the section 1260H list until April 2, 2024. Federal Register notices are reviewed by multiple offices within the Department, including the Office of the Under Secretary of Defense for Acquisition and Sustainment, the Office of the Deputy Under Secretary of Defense for Acquisition and Sustainment, and the Office of the Assistant Secretary of Defense (Industrial Base Policy).

7. During the period the Federal Register notice with the section 1260H list was being reviewed, the Office of the Under Secretary of Defense for Acquisition and Sustainment was in the middle of a team turnover, resulting in the office being short staffed. The team email inbox to which the Federal Register notice was sent swelled to over 200 emails with up to 60 new emails arriving daily. Moreover, there were competing responsibilities, including Posture Hearings before the Senate and House Committees on Armed Services, that diverted attention from addressing taskings such as the Federal Register notice. As a result of these staffing and workload problems, the review process took an extended period, which delayed publication.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 10th day of July 2024 in Arlington, Virginia.

_____
Libbi Finelsen