IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Complete or, in the Alternative, Supplement the Administrative Record and Defendants' Opposition to Plaintiffs' Motion to Complete or, in the Alternative, Supplement the Administrative Record, it is hereby:

ORDERED Plaintiffs' Motion to Complete or, in the Alternative, Supplement the Administrative Record is DENIED;

IT IS SO ORDERED.

Dated: _____

_____
HON. PAUL L. FRIEDMAN
United States District Judge