IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, | | |
| Defendants. | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants U.S. Department of Defense, *et al.* ("Defendants"), respectfully ask the Court for a 7-day extension of time to file their cross-motion for summary judgment and opposition to the motion for summary judgment submitted by Plaintiffs Hesai Technology Co., LTD, *et al.* ("Plaintiffs").

1.	On July 3, 2024, Plaintiffs filed their Motion to Complete or, In the Alternative, Supplement the Administrative Record, ECF. No. 16, in conjunction with their Motion for Summary Judgment, ECF No. 17.  On July 17, 2024, Defendants filed their timely opposition to Plaintiffs' Motion to Complete, ECF No. 19, as well as the Re-certified List of the Contents of the Administrative Record, ECF No. 18.

2.	The parties' agreed upon briefing schedule, however, did not contemplate Plaintiffs' Motion to Complete.  *See* Joint Mot. for Scheduling Order, ECF No. 13. Consequently, Defendants spent considerable time preparing their opposition to the Motion to Complete that ordinarily would have been used to craft their cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.  Defendants, therefore, ask

the Court for a 7-day extension to afford them sufficient time to finalize a comprehensive response to Plaintiffs' Motion for Summary Judgment. This modest extension will not affect the oral argument scheduled for September 24, 2024.

3. The parties have conferred and agree that if the Court grants Defendants' request, a commensurate 7 days should be allotted for all of the remaining deadlines. Accordingly, the modified schedule would be as follows:

- **July 31, 2024**: Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment

- **August 21, 2024**: Plaintiffs' Reply and Opposition to Defendants' Cross-Motion for Summary Judgment

- **September 4, 2024**: Defendants' Reply

- **September 6, 2024**: Plaintiffs' Submission of the Parties' Joint Appendix

4. Pursuant to Local Rule 7(m), counsel for Defendants contacted counsel for Plaintiffs to ascertain Plaintiffs' position on the requested relief. Counsel for Plaintiffs has informed the undersigned that Plaintiffs do not oppose the requested relief, on the condition that any extension does not cause the September 24, 2024 hearing date to be rescheduled.

A proposed order is attached.

Dated: July 22, 2024                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        LAUREN A. WETZLER
                                        Deputy Director, Federal Programs Branch


                                        */s/ Stephen M. Elliott*
                                        STEPHEN M. ELLIOTT (PA Bar# 203986)
                                        Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 353-0889  Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*