IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEP'T OF DEFENSE, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:24-cv-01381 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is hereby:

ORDERED Defendants' Unopposed Motion for Extension of Time is GRANTED; it is

FURTHER ORDERED that filings in this matter shall be made on or before the following revised dates:

- **July 31, 2024**: Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment

- **August 21, 2024**: Plaintiffs' Reply and Opposition to Defendants' Cross-Motion for Summary Judgment

- **September 4, 2024**: Defendants' Reply

- **September 6, 2024**: Plaintiffs' Submission of the Parties' Joint Appendix

SO ORDERED.

Dated: _____

_____
HON. PAUL L. FRIEDMAN
United States District Judge