IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, ) ) Plaintiffs, ) ) v. ) ) U.S. DEP'T OF DEFENSE, *et al.*, ) ) Defendants. ) | Civil Action No. 1:24-cv-01381 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment, it is hereby:

ORDERED Plaintiffs' Motion for Summary Judgment is DENIED; it is

FURTHER ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated: _____

_____
HON. PAUL L. FRIEDMAN
United States District Judge