IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment, it is hereby:

ORDERED Plaintiffs' Motion for Summary Judgment is DENIED; it is

FURTHER ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated: _____

_____
HON. PAUL L. FRIEDMAN
United States District Judge