# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:24-cv-01381-PLF |

## PROPOSED ORDER

This matter is before the Court on Defendants' Cross-Motion for Summary Judgment, ECF No. 24. Upon consideration of the Motion, the briefing thereon, and the entire record, it is hereby

**ORDERED** that Defendants' Motion is **DENIED**.

**SO ORDERED**.

Dated: _____, 2024

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge