UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>          Defendants. | Civ. Action No. 1:24-cv-01381-PLF |

**JOINT APPENDIX PURSUANT TO LOCAL CIVIL RULE 7(n)**

   Pursuant to Local Civil Rule 7(n), Plaintiffs submit the attached Joint Appendix containing the "portions of the administrate record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." LCvR 7(n)(1). The Parties have conferred and agreed to the contents of this filing.

Dated: September 6, 2024      Respectfully submitted,

                         /s/ James E. Tysse
                       James E. Tysse, D.C. Bar No. 978722
                       Caroline L. Wolverton, D.C. Bar No. 496433
                       Lide E. Paterno, D.C. Bar No. 166601
                       AKIN GUMP STRAUSS HAUER & FELD LLP
                       2001 K Street, N.W.
                       Washington, D.C. 20006
                       Telephone: (202) 887-4000

                       Zach ZhenHe Tan (*admitted pro hac vice*)
                       AKIN GUMP STRAUSS HAUER & FELD LLP
                       100 Pine Street, Suite 3200
                       San Francisco, CA 94111
                       Telephone: (415) 765-9500

                       *Counsel for Plaintiffs Hesai Technology Co., Ltd.*
                       *and Hesai Inc.*