## Joint Appendix Index

| | Bates No. |
|---|---|
| Action Memo for Deputy Secretary of Defense from Radha Iyengar Plumb, DUSD (A&S), re Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters and Entities List) | Hesai AR 00001–00006 |
| Notice of Availability of Designation of Chinese Military Companies, 89 Fed. Reg. 22698 (April 2, 2024) | Hesai AR 00007–00008 |
| Hesai Group Report (November 2, 2023) | Hesai AR 00009–00017 |
| Pitchbook; *Hesai Technology (NAS: HSAI)* | Hesai AR 00018–00031 |
| Hesai Website; *About Us* | Hesai AR 00032–00035 |
| Hesai Technology Co., Ltd.; *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board* (Excerpts) | Hesai AR 00336<br>Hesai AR 00490–00494<br>Hesai AR 00578–00580<br>Hesai AR 00758–00759 |
| National Public Service Platform for Standards Information Website; *TC 114 National Automotive Standardization Committee* | Hesai AR 00762–00774 |
| National Technical Committee of Automotive Standardization Website; *The 6th International Exchange Conference on Intelligence Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* | Hesai AR 00775–00784 |
| National Public Service Platform for Standards Information Website; *Automotive LiDAR Performance Requirements and Test Methods* | Hesai AR 00785–00790 |
| Hesai Website; *Hesai Ranks No. 1 in Global Automotive LiDAR for the 2nd Year in a Row* | Hesai AR 00791–00797 |
| Bloomberg.com Article; *China's 'Little Giants' are its Latest Weapon in the U.S. Tech War* | Hesai AR 00819–00822 |
| Ministry of Industry and Information Technology "Little Giants" Announcement | Hesai AR 00823–00961 |