IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**MOTION TO POSTPONE THE SEPTEMBER 24, 2024 HEARING**

Defendants U.S. Department of Defense, *et al.* ("Defendants"), respectfully ask the Court for a brief postponement of the September 24, 2024 hearing.

1. On January 18, 2024, the Deputy Secretary of Defense notified Congress that the Department of Defense ("DoD") identified, among others, Hesai Technology Co., Ltd., ("Hesai") as a "Chinese military company," pursuant to Section 1260H of the National Defense Authorization Act for Fiscal Year 2021. Hesai and its wholly owned subsidiary Hesai Group, Inc. (collectively, "Plaintiffs") subsequently filed the instant lawsuit. *See* Compl., ECF No. 1. The parties have filed their respective dispositive motions, and the Court has scheduled a hearing for September 24, 2024. *See* Scheduling Order, ECF No. 13

2. Consistent with Congress' directive, DoD continues to engage in its ongoing review of the identification of all companies, including Hesai. *See* Section 1260H(b)(3) (providing that DoD "shall make additions or deletions to the most recent list . . . on an ongoing basis based on the latest information available").

3. In light of additional information obtained during its review, DoD expects that it will make a new decision regarding Hesai's placement on the Section 1260H List, and is working to have such a decision made by October 8, 2024. A new decision will render the original determination inoperative.

4. Defendants respectfully ask the Court to postpone the hearing by twenty-one (21) days, at the Court's convenience. A postponement of these proceedings will conserve the resources of the Court and the parties by obviating the Court's need to assess the merits of dispositive briefs that will be superseded when DoD issues a new decision.

5. Pursuant to Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiffs to ascertain Plaintiffs' position on this motion. Plaintiffs' counsel informed the undersigned that Plaintiffs oppose this motion and will respond accordingly.

A proposed order is attached.

Dated: September 13, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 353-0889  Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*