IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Postpone the September 24, 2024 Hearing, it is hereby:

ORDERED Defendants' Motion to Postpone the September 24, 2024 Hearing is GRANTED.

SO ORDERED.

Dated: _____

_____
HON. PAUL L. FRIEDMAN
United States District Judge