## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>　　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*<br><br>　　　　　　　　　　　*Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

## PROPOSED ORDER

This matter is before the Court on Defendants' Motion to postpone the scheduled September 24, 2024 hearing on parties' cross-motions for summary judgment. Upon consideration of the Motion and record thereon, it is hereby ORDERED that the Motion is DENIED.

Dated: _____, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　United States District Judge

1