IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 1:24-cv-01381<br>) |
| U.S. DEP'T OF DEFENSE, *et al.*, | )<br>) |
| Defendants. | )<br>)<br>) |

**REPLY MEMORANDUM IN SUPPORT OF
MOTION TO POSTPONE THE SEPTEMBER 24, 2024 HEARING**

Pursuant to the Court's September 16, 2024 Minute Order, Defendants U.S. Department of Defense, *et al.* ("Defendants") respectfully submit their reply in support of the Government's motion to postpone the September 24, 2024 hearing. *See* Defs.' Mot. to Postpone, ECF No 30. As noted by Plaintiffs, the parties agreed to the September 24, 2024 hearing date, and the Government appreciates that the Court and the parties have been preparing accordingly. Plaintiffs, however, minimize the utility of a short postponement given Defendants' representation to the Court that the Department of Defense is working to have a new decision made by October 8, 2024. *See* Pls.' Opp'n to Defs.' Mot to Postpone, ECF No. 31.

Although Plaintiffs would like to challenge the original, soon-to-be outdated decision, the new determination will render the original decision inoperative. Accordingly, the September 24, 2024 hearing will be an unnecessary expenditure of this Court's time and resources.

Defendants recognize that they filed the instant motion relatively close in time to the scheduled hearing, and they apologize for any inconvenience this motion has caused the Court or Plaintiffs. However, the Government has been diligently reviewing relevant information to

address Hesai's challenge, while at the same time adhering to the overall statutory demands of Section 1260H, which require DoD to engage in "ongoing revisions" to the List "based on the latest information available." Section 1260H(b)(3). A short postponement of the scheduled hearing would conserve the Court's and the parties' time and resources in light of these efforts.

Dated: September 17, 2024        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 353-0889  Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*