UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), notice is hereby given that Zach ZhenHe Tan, of the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"), withdraws his appearance as counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc. After October 2, 2024, Mr. Tan will no longer be associated with Akin. James E. Tysse, Caroline L. Wolverton, and Lide E. Paterno of Akin will continue to represent Plaintiffs.

Dated: October 2, 2024

Respectfully submitted,

*/s/ Zach ZhenHe Tan*
Zach ZhenHe Tan, *admitted pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 765-9509
Fax: (415) 765-9501
ztan@akingump.com

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*