## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.* <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

### PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE

Plaintiffs respectfully seek an order to show cause why the Court should not promptly adjudicate the parties' fully briefed cross-motions for summary judgment in light of the government's failure to make a new decision on Hesai's listing status by the October 8, 2024 deadline.

On September 13, 2024, several months after the Court entered the parties' agreed-to schedule for expedited resolution of this case, and shortly before the long-planned September 24 hearing on the parties' cross-motions for summary judgment, Defendants requested a three-week postponement of that hearing.  Dkt. 30.  Defendants sought that relief based on their sudden assertion that the Department of Defense "will make a new decision regarding Hesai's placement on the Section 1260H List" that "will render the original determination inoperative."  *Id.* at ¶ 3. "[G]iven Defendants' representation to the Court that the Department of Defense [was] working to have a new decision made by October 8, 2024," Dkt. 32, at 1, the Court granted the opposed motion and rescheduled the hearing for November 26, 2024.  *See* Sept. 17, 2024 Minute Order; Sept. 23, 2024 Minute Order.

1

Earlier today, Defendants' counsel informed Plaintiffs' counsel that Defendants did not, in fact, issue a new decision by October 8; had not issued a new decision by today (three days later); and could provide no specific assurance about when Defendants might issue a new decision. All the while, Plaintiffs continue to languish on the Section 1260H List pursuant to a final decision that Defendants apparently no longer wish to defend, and continue to suffer severe ongoing harm as a result of that erroneous designation. *See* Dkt. 31, at 3 (discussing severe prejudice from additional delay).

In light of Defendants' unexplained failure to meet their own October 8 deadline, there is no reason for the Court to further delay resolving the parties' live dispute on the record currently before it. That is especially true because, as Defendants have previously argued, any new decision will be a "distinct final agency action" that can be separately challenged at a future date. Dkt. 19, at 12-13. Accordingly, Plaintiffs respectfully ask the Court to issue an order directing Defendants to show cause why the Court should not adjudicate the fully briefed motions for summary judgment promptly in light of the government's failure to issue a new decision by October 8, and/or why the Court should not re-set the hearing date on those motions at the Court's earliest opportunity.

Pursuant to Local Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants to ascertain Defendants' position on the motion. Defendants oppose the motion.

Respectfully submitted,

Dated:  October 11, 2024

/s James E. Tysse

James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
jtysse@akingump.com

*Counsel to Plaintiffs Hesai Technology Co., Ltd.
and Hesai Inc.*