UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

**PROPOSED ORDER**

This matter is before the Court on Plaintiffs' Motion For An Order To Show Cause. Upon consideration of the Motion and record thereon, the Court hereby ORDERS Defendants to show cause why the Court should not adjudicate the fully briefed motions for summary judgment promptly in light of the government's failure to issue a new decision on Hesai's placement on the Section 1260H List by October 8, and/or why the Court should not re-set the hearing date on those motions at the Court's earliest opportunity.

Dated: _____, 2024

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge