IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>U.S. DEP'T OF DEFENSE, *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:24-cv-01381 |

**DEFENDANTS' RESPONSE TO MOTION FOR AN ORDER TO SHOW CAUSE**

Defendants U.S. Department of Defense, *et al.* ("Defendants"), respectfully respond to the Court's October 15, 2024 Minute Order and the Motion for an Order to Show Cause filed by Hesai Technology Co., Ltd, *et al.* ("Plaintiffs"), ECF No. 34.

Consistent with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021, the Department of Defense ("DoD") reviews the companies that have been listed as Chinese military companies based on the latest information available.  *See* Public Law 116-283, § 1260H(b)(3), 134 Stat. 3388 (2021) (providing that DoD "shall make additions or deletions to the most recent list . . . based on the latest information available").  In accordance with this requirement, Defendants earlier represented: "DoD expects that it will make a new decision regarding Hesai's placement on the Section 1260H List, and is working to have such a decision made by October 8, 2024."  *See* Defs.' Mot. to Postpone ¶ 3, ECF No. 30.

Defendants apologize to the Court and Plaintiffs for the unforeseen delay in meeting that original target timetable.  Defendants, however, have now made a new decision.  DoD has delisted Hesai Technology Co., Ltd on the basis of the original listing record and then relisted Hesai on a

new record based on the latest information available after determining that Hesai continues to meet the requirements for inclusion on the Section 1260H List.  DoD will issue Federal Register notices of the decision in the coming days.

Defendants regret the short delay.  But the basis for asking the Court to postpone the originally scheduled hearing has not changed—the new decision has rendered the original decision inoperative.  *See* Defs.' Mot. to Postpone ¶ 3.  Upon request by Plaintiffs, DoD will promptly transmit the analysis underlying the new decision to Plaintiffs.

Accordingly, the Government respectfully asks the Court to deny Plaintiffs' motion and instruct the parties to meet and confer about how best to proceed with the litigation.

Dated: October 16, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel:  (202) 353-0889   Fax:  (202) 616-8470
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*