IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-01381 |
| U.S. DEP'T OF DEFENSE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for an Order to Show Cause, it is hereby:

ORDERED Plaintiffs' Motion for an Order to Show Cause is DENIED.

SO ORDERED.

Dated: _____

                                                                                           HON. PAUL L. FRIEDMAN
                                                                                          United States District Judge