UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HESAI TECHNOLOGY CO., LTD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 24-1381 (PLF) |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on Plaintiffs' Motion for an Order to Show Cause ("Mot.") [Dkt. No. 34]. On September 17, 2024, the Court granted the defendants' motion to postpone the September 24, 2024 hearing that was scheduled to address the parties' pending motions for summary judgment. See Motion to Postpone the September 24, 2024 Hearing [Dkt. No. 30]. The decision to grant the motion was based primarily on the defendants' representation that by October 8, 2024, the Department of Defense ("DoD") would issue a new decision pertaining to Hesai's placement on a list of "Chinese military compan[ies]" pursuant to Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021.

On October 11, 2024, plaintiffs filed their motion for an order to show cause on the ground that the DoD had not issued a new decision by October 8, 2024. Plaintiffs requested the Court to order the defendants to show cause why the Court "should not adjudicate the fully briefed motions for summary judgment promptly" and "re-set the hearing date on those motions at the Court's earliest opportunity." Mot. at 2. The defendants have now filed their opposition to

plaintiffs' motion, arguing that the motion should be denied because the DoD has now issued a new decision pertaining to plaintiffs. See Defendants' Response to Motion for an Order to Show Cause [Dkt. No. 35]. The defendants explain that the new decision "delisted [plaintiffs] on the basis of the original listing record and then relisted [plaintiffs] on a new record based on the latest information available . . . ." Id. The defendants contend that this new decision renders the original decision – the decision that is the subject of the pending summary judgment motions – "inoperative." See id. at 2. The defendants further state that it can "promptly transmit the analysis underlying the new decision to Plaintiffs" and recommend that the parties meet and confer about how best to proceed in light of DoD's new decision. See id. On consideration of the parties' filings, it is hereby

ORDERED that Plaintiffs' Motion for an Order to Show Cause [Dkt. No. 34] is DENEID; it is

FURTHER ORDERED that the defendants shall "transmit the analysis underlying the [DoD's] new decision" to plaintiffs on or before October 29, 2024; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report on or before November 5, 2024. The joint status report shall include the parties' positions on: (1) the mootness of the pending motions for summary judgment in light of the DoD's new decision; (2) the need for any supplemental briefing in light of the DoD's new decision in the event the motions are not fully mooted; (3) a proposed schedule for any supplemental briefing; and (4) whether the Court should leave in place the hearing currently scheduled for November 26, 2024 at 10:00 a.m.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 10/22/24