**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>         *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>         *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

**JOINT STATUS REPORT**

Pursuant to the Court's October 22, 2024 Order (Dkt. 36), the parties submit the following joint status report and request entry of the attached scheduling order setting deadlines for filing of an amended complaint and renewed cross-motions for summary judgment.

This is an action for review of Defendants' designation of Hesai Technology Co., Ltd as a "Chinese military company" pursuant to Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283). On January 31, 2024, Defendants designated Hesai Technology Co., Ltd as a Chinese military company by including it on the Department of Defense's Section 1260H List. Thereafter, Plaintiffs initiated the instant action. On June 13, 2024, this Court granted the parties' joint motion for a briefing schedule, under which cross-motions for summary judgment would be fully briefed by August 30, 2024 (later extended to September 6, *see* Dkt. 21), and oral argument would take place on September 24, 2024, *see* Dkt. 13.

On September 13, 2024, Defendants filed an opposed motion to postpone oral argument so the Department could issue a new decision that would render its original Section 1260H listing inoperative. After this Court's September 17, 2024 grant of Defendants' motion, the Department

then, on October 16, 2024, de-listed and immediately re-listed Hesai Technology Co., Ltd as a

Chinese military company based on a modified record and modified rationale, including certain

factors not originally included in the Department's initial Section 1260H decision memorandum.

Given the change in circumstances, the Court ordered the parties to meet, confer, and

submit no later than November 5, 2024, a joint status report addressing: (1) the mootness of the

parties' currently pending motions for summary judgment given the Department's new decision

regarding Hesai Technology Co., Ltd's placement on the Section 1260H List; (2) the need for any

supplemental briefing in the event the motions are not fully mooted; (3) a proposed briefing

schedule; and (4) whether the Court should leave in place the hearing currently scheduled for

November 26, 2024.  Dkt. 36.  The parties' positions are as follows:

1.       **The parties' pending cross-motions for summary judgment are moot.**  The

parties agree that their currently pending cross-motions for summary judgment are now moot in

light of the Department's new Section 1260H listing decision, which modifies the basis for listing

Hesai Technology Co., Ltd as a Chinese military company.

2.       **Supplemental briefing on the parties' pending cross-motions for summary**

**judgment is unnecessary.**  Given that the pending motions for summary judgment are moot, the

parties agree that new summary judgment briefing, rather than supplemental briefing, is

appropriate.

3.       **The parties jointly request a schedule for an amended complaint and renewed**

**cross-motions for summary judgment.**  In light of the Department's new Section 1260H listing

decision, the parties agree and jointly request that Plaintiffs be permitted to file an amended

complaint and the parties be permitted to file renewed cross-motions for summary judgment in

lieu of supplemental briefing.[1]  The parties therefore jointly move the Court to enter the following

schedule:

| Event | Deadline |
|---|---|
| Defendants' Certified List of Contents of Administrative Record | November 8, 2024 |
| Plaintiffs' Amended Complaint | November 15, 2024 |
| Plaintiffs' Motion for Summary Judgment | December 9, 2024 |
| Defendants' Cross-Motion for Summary Judgment & Opposition to Plaintiffs' Motion for Summary Judgment | January 8, 2025 |
| Plaintiffs' Combined Reply & Opposition to Defendants' Motion for Summary Judgment | January 29, 2025 |
| Defendants' Reply | February 12, 2025 |
| Plaintiffs' Submission of the Parties' Joint Appendix | February 14, 2025 |
| Hearing on Cross-motions for Summary Judgment | Any time on or after February 14, 2025, at the Court's preference. |

4.      **The Court Should Reschedule the November 26, 2024 Hearing.**  In light of the

foregoing proposed schedule, the parties agree that the hearing currently scheduled for November

26, 2024, should be rescheduled to take place on or after February 14, 2025.

---

[1] The Court previously excused Defendants from filing an answer, allowing Defendants' summary judgment brief to serve in its place.  *See* Dkt. 13.  In the interests of time and conservation of the parties' resources, the parties respectfully request that the Court's scheduling order clarify that Defendants will not be required to file an answer to the amended complaint in this Administrative Procedure Act case.

November 5, 2024

Respectfully submitted,

    /s James E. Tysse

James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
jtysse@akingump.com

*Counsel to Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

*/s/* Stephen M. Elliott
STEPHEN M. ELLIOTT (PA Bar# 203986)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-0889
Fax:  (202) 616-8470
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*

4