UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD, *et al.*,

                    *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

                    *Defendants*.

Civ. Action No. 1:24-cv-01381-PLF

**PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties' currently pending cross-motions for summary judgment are DENIED AS MOOT; and it is further

ORDERED that the following schedule is set:

| Event | Deadline |
|---|---|
| Defendants' Certified List of Contents of Administrative Record | November 8, 2024 |
| Plaintiffs' Amended Complaint[2] | November 15, 2024 |
| Plaintiffs' Motion for Summary Judgment | December 9, 2024 |
| Defendants' Cross-Motion for Summary Judgment & Opposition to Plaintiffs' Motion for Summary Judgment | January 8, 2025 |
| Plaintiffs' Combined Reply & Opposition to Defendants' Motion for Summary Judgment | January 29, 2025 |
| Defendants' Reply | February 12, 2025 |

---

[2] Defendants are not required to file an answer to the Amended Complaint.

1

2

| Plaintiffs' Submission of the Parties' Joint Appendix | February 14, 2025 |
|---|---|
| Hearing on Cross-Motions for Summary Judgment | Any time on or after February 14, 2025, at the Court's preference. |

Dated: _____, 2024

_____

HONORABLE PAUL L. FRIEDMAN
United States District Judge