UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 24-1381 (PLF) |
| U.S. DEPARTMENT OF DEFENSE, et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the parties' Joint Status Report [Dkt. No. 37], it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment [Dkt. No. 17] and Defendants' Cross-Motion for Summary Judgment [Dkt. No. 24] are DENIED as moot; it is

FURTHER ORDERED that the hearing currently scheduled for November 26, 2024 at 10:00 a.m. is VACATED; and it is

FURTHER ORDERED that filings in this matter shall be made on or before the following dates, as proposed by the parties:

| Deadline | Filing |
| --- | --- |
| November 8, 2024 | Defendants' Certified List of Contents of Administrative Record |
| November 15, 2024 | Plaintiffs' Amended Complaint[1] |
| December 9, 2024 | Plaintiffs' Motion for Summary Judgment |
| January 8, 2025 | Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| January 29, 2025 | Plaintiffs' Combined Reply and Opposition to Defendants' Motion for Summary Judgment |
| February 12, 2025 | Defendants' Reply |
| February 14, 2025 | Plaintiffs' Submission of the Parties' Joint Appendix |

The Court will reschedule the hearing at a later date.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/5/24

---

[1] The parties agreed that defendants are not required to file an answer to the amended complaint. See Proposed Order [Dkt. No. 37-1].