UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter the appearance of Daniel Riess as additional counsel for Defendants in this action.

Dated: November 8, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

 */s/ Daniel Riess*
STEPHEN M. ELLIOTT (PA Bar # 203986)
DANIEL RIESS (TX Bar #24037359)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
E-mail: daniel.riess@usdoj.gov