UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>       *Defendants*. | Civ. Action No. 1:24-cv-01381 |

## NOTICE OF FILING THE CERTIFIED LIST OF
## THE CONTENTS OF THE ADMINISTRATIVE RECORD

  Pursuant to the Court's Scheduling Order, ECF No. 38, and Local Rule 7(n)(1), attached hereto is a certified list of the contents of the Administrative Record. Defendants, through counsel, also transmitted the Administrative Record to Plaintiffs' counsel on November 7, 2024.

Dated: November 8, 2024      Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                LAUREN WETZLER
                Deputy Branch Director

                 /s/ Daniel Riess
                STEPHEN M. ELLIOTT (PA Bar # 203986)
                DANIEL RIESS (TX Bar #24037359)
                Trial Attorneys
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street NW
                Washington, DC 20005
                Tel: (202) 353-3098
                Fax: (202) 616-8460
                E-mail: daniel.riess@usdoj.gov