**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

HESAI TECHNOLOGY CO., LTD, *et al.*,

                     *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*

                     *Defendants*.

Civ. Action No. 1:24-cv-01381-PLF

---

**<u>DECLARATION OF JAMES E. TYSSE IN SUPPORT OF</u>**
**<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

I, James E. Tysse, hereby declare the following:

1.      I am an attorney at the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.  I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently to them.

2.      Attached to this declaration as Exhibit A is the September 17, 2024 decision memorandum of the U.S. Department of Defense, which appears in the administrative record at NDAR6-24.

3.      Also attached to this declaration are certified translations of materials that appeared originally in Chinese, along with the signed certificates of translation.  The certified translations were prepared by TransPerfect, an independent company that contracted with Akin for this matter.

4.      Exhibit B is the certified translation of NDAR1525-1536.

5.      Exhibit C is the certified translation of NDAR735-736.

6.      Exhibit D is the certified translation of the source cited at n.17 of Plaintiffs' Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December 2024, in Washington, D.C.

/s/      James E. Tysse
James E. Tysse

# EXHIBIT A

CUI
DRAFT
~~Predecisional and Deliberative — Privileged from Disclosure~~



# Hesai Group



**AS OF: 17 SEP 2024**



CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

## Contents

Document Framework ........................................................................................................... 3

Entity Background .............................................................................................................. 4

Summary Findings .............................................................................................................. 5

Contributions to the Chinese Defense Industrial Base........................................................ 6

Hesai Group Knowingly Receives Assistance from the Government of China ................... 6

Hesai Group is Affiliated with MIIT through "Little Giant" Designation, Research Projects, and
Certificates ........................................................................................................................ 8

Hesai Group Resides in or is Affiliated with Military-Civil Fusion Enterprise Zones............... 10

Hesai Group's Products are Advertised on Military Equipment Procurement Platforms.......... 11

Hesai Group Manufactures and Exports Automotive LiDAR Sensor Products ...................... 12

Chinese Military Company Determination ............................................................................ 12

Hesai Group is a Chinese Military Company Operating Directly in the United States ............. 13

Source Citations ................................................................................................................. 14

Hesai ND AR 00007



CUI

DRAFT

Predecisional and Deliberative — Privileged from Disclosure

## Document Framework

The Secretary of Defense is statutorily required to identify entities that are Chinese military companies and that are operating directly or indirectly in the United States or any of its territories and possessions.[1] A Chinese military company is an entity that is (1) directly or indirectly owned, controlled, or beneficially owned by, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army (PLA) or any other organization subordinate to the Central Military Commission (CMC) of the Chinese Communist Party (CCP) (ownership status) or (2) identified as a military-civil fusion contributor to the Chinese defense industrial base (military-civil fusion contributor status); and that is engaged in providing commercial services, manufacturing, producing, or exporting.[2]

This report analyzes and documents the basis for concluding that the profiled entity meets the statutory criteria, relying on the latest information available.[3]

3

Predecisional and Deliberative — Privileged from Disclosure

AS OF: 17 SEP 2024

Hesai ND AR 00008



CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

## Entity Background

**Hesai Group**

禾赛科技集团

**NASDAQ: HSAI**

**www.hesaitech.com**

**Shanghai, China**



**Business Summary:**

Hesai Group develops, manufactures, and sells three-dimensional (3D) Light Detection and Ranging (LiDAR) solutions. Hesai Group's operations are organized into two segments: LiDAR and gas sensing. Hesai Group's LiDAR products enable a broad spectrum of applications across passenger and commercial vehicles, such as Advanced Driver Assistance Systems (ADAS) autonomous vehicle fleets that provide passenger and freight mobility services or autonomous mobility. Hesai Group's LiDAR products also have military applications and are used in robotics, including last-mile delivery robots, street sweeping robots, and logistics robots in restricted areas.[4]

**Business History:**

Founded in October 2014, Hesai Photonics Technology Co., Ltd., which has also been known as Hesai Technology Co., Ltd. and Shanghai Hesai, was headquartered in China. In October 2017, Shanghai Hesai established HESAI INC., a U.S.-based subsidiary that serves as its United States sales platform. In April 2021, Shanghai Hesai established Hesai Group, a Cayman Island-based holding company, to facilitate offshore financing. Shortly following its incorporation, Hesai Group reorganized the corporate structure, establishing Hesai Hong Kong Limited as a wholly owned Hong Kong-based subsidiary with direct control of Shanghai Hesai. In February 2023, Hesai Group was listed on the Nasdaq stock exchange under the symbol HSAI.[5] This report will refer to the company as Hesai Group.

Predecisional and Deliberative — Privileged from Disclosure
AS OF: 17 SEP 2024

Hesai ND AR 00009



**Also/Previously Known As:**

- Hesai Technology Co., Ltd.[6]
- Hesai Technology[7]
- Hesai Photonics Technology Co., Ltd.[8]
- Shanghai Hesai[9]

### Additional Information Presented to the Department by Hesai Group

Following its inclusion on the 2023 Section 1260H List, Hesai Group provided information for the Department's consideration in a March 8, 2024 request for reconsideration and in a Motion for Summary Judgment filed in in the lawsuit Hesai initiated in the United States District Court for the District of Columbia.[10] The Department considered this information during its analysis.

### Summary Findings

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base because (1) it receives assistance from the Government of China through science and technology efforts initiated under the Chinese military industrial planning apparatus; (2) it is affiliated with the Ministry of Industry and Information Technology[1] (MIIT) through research partnerships and projects; (3) it resides in or is affiliated with military-civil fusion enterprise zones; and (4) its products are advertised on a nongovernmental military equipment procurement platform. Hesai Group provides commercial services, manufacturing, producing, or exporting by manufacturing and exporting autonomous robotics and automotive 3D LiDAR devices for use in vehicle fleets. This information thus provides a reasonable basis for the Secretary of Defense (or the Deputy Secretary of Defense, acting as his designee) to determine that Hesai Group is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[11]

---

[1] MIIT oversees China's industrial planning, policies, and standards to promote the development of communications technology and innovation and to safeguard the country's information security. MIIT was established in 2008 as a department under the State Council. China's State Council is the country's chief administrative authority and is also known as the Central People's Government. The State Council is responsible for executing laws, supervising the government bureaucracy, and carrying out the administrative functions of the Chinese government.

**AS OF: 17 SEP 2024**



CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

As a Chinese military company, Hesai Group operates indirectly in the United States through a U.S.-based subsidiary and operates directly in the United States through a U.S.-based office, a listing on a U.S. stock exchange, and partnerships with U.S.-based companies.[12]

### Contributions to the Chinese Defense Industrial Base

Hesai Group develops LiDAR products that enable applications across passenger and commercial vehicles and that are used in robotics.[13] LiDAR, including Hesai Group's products, is recognized as a dual-use technology with substantial applications in the civilian and military sectors.[14] In the military sphere, LiDAR improves navigation, situational awareness, targeting systems, and surveillance capabilities, making it a valuable asset for the Chinese military.[15] LiDAR's dual-use nature aligns with China's policy of military-civil fusion, which is aimed at modernizing its defense capabilities.[16] For example, the PLA uses LiDAR in its development of autonomous vehicles, which can have military applications.[17] Thus, Hesai Group contributes to the Chinese defense industrial base through its development of LiDAR products which are used in military equipment.

### Hesai Group Knowingly Receives Assistance from the Government of the People's Republic of China

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because it knowingly receives assistance from the Government of the People's Republic of China through science and technology efforts initiated under the Chinese military industrial planning apparatus. [Pub. L. No. 116-283, § 1260H(d)(2)(A)].

- Between 2017 and 2021, Hesai Group received over RMB 77 million in subsidies from the Chinese government, such as a Shanghai Commission of Commerce Fair Trade Project Subsidy, and an Intellectual Property Patent Subsidy.[18]

- Hesai Group has worked on two national-level projects related to the defense industrial base that were supported by the Chinese government:

    o Hesai Group worked on the first project, a low-cost, high-speed LiDAR signal-processing module project for the National Development and Reform Commission

Predecisional and Deliberative — Privileged from Disclosure
AS OF: 17 SEP 2024

Hesai ND AR 00011



(NDRC) and the Shanghai Development and Reform Commission from November 2017 to June 2020.[19]

- In its 2020 Intelligent Vehicle Innovation and Development Strategy, the NDRC called for developing autonomous driving systems for the country's national defense and military industries and for the military and civilian sectors to jointly tackle key problems.[20]

- According to the NDRC's report on implementing the 2023 plan for National Economic and Social Development and the 2024 draft plan for National Economic and Social Development for the second session of the 14th National People's Congress of the People's Republic of China, the NDRC will improve the system of defense-related science, technology, and industry efforts and strengthen related capacity building.[21] NDRC also indicated that it actively supports defense and military modernization; enhances military civilian coordination on major infrastructure construction; and consolidates and enhances the integration of national strategies and strategic capabilities.[22]

o Hesai Group worked on the second project, an autonomous driving mechanical rotating and solid-state multi-line LiDAR project for the China Ministry of Science and Technology (MST) (also known as MOST) from May 2018 to February 2021.[23]

- In 2017, the MST issued guidelines on the development of Chinese military-civil fusion in science and technology. Under the guidelines, the MST can implement key special projects related to military-civil fusion in science and technology.[24]

- According to its website, MST endeavors to promote military-civilian integration, improve the national research and development (R&D) system, facilitate the reform and development of research institutes, enhance the innovation capabilities of enterprises, and develop the consulting system for major national science and technology decision-making.[25] Additionally, MST works with other government departments to advance policy recommendations for optimizing the allocation of science and technology (S&T) resources; building a diversified system for S&T investment; and coordinating, managing, and overseeing the implementation of S&T programs (projects and funds) financed by the central government.[26]

Hesai ND AR 00012



**CUI**
**DRAFT**
~~Predecisional and Deliberative — Privileged from Disclosure~~

- In its 2023 SEC Form F-1 Registration Statement, under the "*Risks Related to Doing Business in China"* section, Hesai Group states that "the PRC government has significant oversight and discretion over our business operation, and it may influence or intervene in our operations at any time as part of its efforts to enforce PRC law."[27]  As a result, the PRC Government could assist the Hesai Group make decisions or provide guidance, which would help the company achieve its operational goals.

### Hesai Group is Affiliated with MIIT through "Little Giant" Designation, Research Projects, and Certificates

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because it is affiliated with the MIIT.  Hesai Group has: (1) been identified as a "Little Giant" company by MIIT; (2) participated in research partnerships and research projects with MIIT; (3) acted as part of the National Automotive Standardization Technical Committee; and (4) received certificates from MIIT. [Pub. L. No. 116-283, § 1260H(d)(2)(B)].

- Hesai Group was included in Batch 4 of the "Little Giants" program, announced by the Shanghai Municipal Economic and Informatization Commission in August 2022.[28]
  - The MIIT is the governmental body in charge of the "Little Giants" program.[29] The MIIT has announced that officially recognized companies in the "Little Giants" program are guaranteed subsidies, tax cuts, and other grants.[30] The Shanghai Municipal Economic and Informatization Commission is a provincial-level functional agency of the MIIT. [31]
  - In 2019, the Shanghai Economic and Informatization Commission selected Hesai Group as a Shanghai "Specialized, Refined, and Innovative" Medium-Small Enterprise and a "Made in China Hidden Champion."[32] In 2020, as part of the "Little Giant" program, Hesai Group received a RMB 300,000 reward from the MIIT.[33]
- Since 2018, Hesai Group has worked with Tsinghua University on the National Key Research and Development Program project titled "Key Technologies and Applications of Intelligent Vehicle Environmental Perception."[34] The MIIT and the MST's 13th Five-Year Plan Special Project support the project.[35]

8



**CUI**
**DRAFT**
~~Predecisional and Deliberative — Privileged from Disclosure~~

o The project was used at the 2022 Beijing Olympics and won the 2023 Society of Automotive Engineer's (SAE)-China Science and Technology Award.[36]

o SAE-China is part of the China Association for Science and Technology (CAST).[37] CAST is funded by the CCP and is "the bridge and link between the CCP and science and technology (S&T) workers and is an important force for the country to promote the development of S&T and to build China into a world S&T powerhouse."[38]

o Tsinghua University is considered China's leading university in science and technology. It engages in a range of military research, operates eight major national defense laboratories, and is linked to espionage or misconduct on behalf of the Chinese government worldwide.[39]

• In 2021, Hesai Group and Datang Mobile Communication Equipment Co., Ltd. performed in-depth testing at the Shanghai Jiading Intelligent Connected Vehicle Demonstration Zone on a vehicle-road collaboration "intersection blind spot detection" scenario and achieved important results in improving the accuracy of laser radar scanning.[40]

o The MIIT, as well as the NDRC, the Standardization Administration of China, the Ministry of Public Security, and the Ministry of Transport have issued policies to promote road testing of intelligent connected vehicles in demonstration areas.[41] As a part of this effort, the Electronic Information Department of MIIT provided key support to the National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone to encourage enterprises to strengthen the technical research and development as well as the promotion and use of automotive electronic products.[42] In 2016, the first closed testing area of the "National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone" approved by MIIT was officially put into operation in the Jiading Shanghai International Automobile City to carry out intelligent connected vehicle testing and verification and smart transportation demonstrations.[43] It is in this MIIT-approved Zone that Hesai tested its above-referenced technology.

• Hesai Technology Co., Ltd. acts as part of the National Automotive Standardization Technical Committee, an industry partnership intended to promote standardization in China's automotive industry. The Chinese MIIT established and oversees the National

**9**



**CUI**
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~

Automotive Standardization Technical Committee. Therefore, Hesai is affiliated with the Chinese MIIT via its subsidiary.[44]

- o Hesai Technology Co., Ltd. participated in the 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (联汽车技术及标准法规国际交流会), organized under the Medium- and Long-Term Development Plan for the Automobile Industry and the Internet of Vehicles (Intelligence Connected Automobiles) Industry Development Action Plan, which demonstrates that Hesai is affiliated with MIIT via an industry partnership.[45]

- Hesai Technology Co., Ltd. was one of the main drafting organizations of a standard titled "Automotive LiDAR performance requirements and test methods" (车载激光雷达性能要求及试验方法), under the jurisdiction of the National Automotive Standardization Technical Committee.[46]

- Hesai received a Radio Transmitter Equipment-Type Approval Certificate from MIIT (certificate number 2020-13617) that was valid from October 2014 until June 2024.[47]

**Hesai Group Resides in or is Affiliated with Military-Civil Fusion Enterprise Zones**

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because it resides in or is affiliated with military-civil fusion enterprise zones [Pub. L. No. 116-283, § 1260H(d)(2)(E)].

- Hesai Group resides in or is affiliated with the Chongqing Economic and Technology Development Zone (Chongqing Economic Development Zone) and the Jiading Industrial Zone.

- o In March 2023, Hesai Group and the Chongqing Economic Development Zone executed an agreement in which Hesai agreed to build facilities in the zone.[48]

  - ▪ Pursuant to the agreement, Hesai Group agreed to build its Technology Software Global Development Headquarters, establish an innovation incubation center, and create a LiDAR industrial park in Chongqing's Economic Development Zone.[49]

**10**
~~Predecisional and Deliberative — Privileged from Disclosure~~
**AS OF: 17 SEP 2024**



- In 2022, the Nan'an District Science and Technology Bureau issued a plan to promote the scientific and technological innovation work in the Chongqing Economic Development Zone. A key task in the plan is to promote scientific and technological military-civil fusion and innovation.[50]

- In 2023, Hesai Group completed construction on the Maxwell Intelligent Manufacturing Center in the Jiading Industrial Park with operations expected to start by the end of that year.[51]

  - On 11 August 2023, Hesai Group announced that the construction of the Hesai Group's Maxwell Intelligent Manufacturing Center project in Jiading Industrial Zone had reached its final stages.[52]

    - By April 2024, Hesai Group completed the Maxwell Intelligence Manufacturing Center. The Maxwell Intelligence Manufacturing Center includes the world's leading LiDAR R&D and intelligent manufacturing technology, which consists of more than 100 LiDAR function and performance tests and more than 50 vehicle-level tests. The Maxwell Intelligence Manufacturing Center includes an indoor long-range measurement range of up to 200 meters, which creates a smooth transition from design to production.[53]

  - In 2019, the Jiading Industrial Zone established the Jiading Industrial Zone Military-Civil Fusion Industrial Alliance with 24 key industry projects. This Industrial Alliance was described as a "specific measure to connect with the country's military-civil fusion national strategy."[54]

**Hesai Group's Products are Advertised on Military Equipment Procurement Platforms**

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base [Pub. L. No. 116-283, § 1260H(d)(1)(B)(i)(II)] because Hesai advertises its products on Beijing Huawei Testing Technology Co., Ltd.'s (Beijing Huawei Testing) website [Pub. L. No. 116-283, § 1260H(d)(2)(G)].

- Hesai Group's LiDAR products, including the OT128, AT128, Pandora, and a range of Pandar products, are advertised on Beijing Huawei Testing's website.[55]

**AS OF: 17 SEP 2024**



- o Beijing Huawei Testing promotes, sells, and provides technical service to hi-tech products which are mainly used in aviation, aerospace, weapons, electronics, ships, transportation, and university systems.[56]
- o After Hesai Group's products were advertised on the platform, Beijing Huawei Testing sold three Hesai Group LiDARs to the Beihang University Artificial Intelligence Research Institute in August 2023.[57] Beihang University is one of the Seven Sons of National Defense, which is a group of leading universities with roots in the military and defense industry.[58] The Seven Sons of National Defense universities are closely affiliated with MIIT, which oversees China's defense industry.[59]

**Hesai Group Manufactures and Exports Automotive LiDAR Sensor Products**

Hesai Group provides commercial services, manufacturing, producing, or exporting [Pub. L. No. 116-283, § 1260H(d)(1)(B)(ii)].

- Hesai Group specializes in manufacturing LiDAR sensor products for automobiles.[60]
- Hesai Group supplies LiDAR sensors for use in commercial vehicles to the following companies:[61]
  - o Cruise LLC, a subsidiary of General Motors, headquartered in San Francisco, California[62]
  - o Aurora Innovation, Inc. (Nasdaq: AUR), headquartered in Pittsburgh, Pennsylvania[63]
  - o Motional, Inc., a joint venture between Aptiv and Hyundai, headquartered in Boston, Massachusetts, with offices in Pittsburgh, Pennsylvania, and Las Vegas, Nevada.[64]

**Chinese Military Company Determination**

Hesai Group is a military-civil fusion contributor to the Chinese defense industrial base because it receives assistance from the Government of China through science and technology efforts initiated under the Chinese military industrial planning apparatus; it is affiliated with the MIIT; it resides in or is affiliated with military-civil fusion enterprise zones; and its products are advertised on a non-governmental military equipment procurement platform. Hesai Group provides commercial

Hesai ND AR 00017



Case 1:24-cv-01381-PLF   Document 42-1   Filed 12/09/24   Page 16 of 43
CUI
DRAFT
Predecisional and Deliberative — Privileged from Disclosure

services, manufacturing, producing, or exporting by manufacturing and exporting autonomous robotics and automotive 3D LiDAR devices for use in vehicle fleets. The foregoing information provides a reasonable basis for the Secretary of Defense (or the Deputy Secretary, as his designee) to determine that Hesai Group is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H.[65]

### Hesai Group is a Chinese Military Company Operating Directly in the United States

Hesai Group operates indirectly in the United States through a U.S.-based subsidiary and operates directly in the United States through a U.S.-based office, a listing on a U.S. stock exchange, and partnerships with U.S.-based companies [Pub. L. No. 116-283, § 1260H(a)].

- In October 2017, Hesai Group established HESAI INC., a California-based subsidiary that currently serves as its U.S. sales platform.[66]
- Hesai Group has a U.S.-based office in Palo Alto, CA.[67]
- Since February 2023, Hesai Group has been listed on the United States NASDAQ stock exchange under the ticker HSAI.[68]
- Hesai Group has multiple partnerships with U.S.-based companies.
  - Since 2019, Hesai Group has partnered with semiconductor firm NVIDIA, which has an office in Santa Clara, California.[69] In August 2023, the two companies announced a collaboration to integrate Hesai Group's LiDAR sensors into NVIDIA's DRIVE and Omniverse autonomous driving systems.[70]
  - In May 2023, Hesai Group and CRATUS Technology, a Silicon Valley-based Internet of Things (IoT) system solutions company,[71] announced a strategic partnership to develop autonomous warehouse solutions using Hesai Group's 3D LiDAR technology.[72]
  - In September 2021, Hesai Group and LiDAR USA (also known as Fagerman Technologies), an Alabama-based photogrammetry and LiDAR mapping systems and services company,[73] announced a distribution agreement under which LiDAR USA would distribute Hesai Group's sensors across the United States, Canada, and Mexico.



CUI
DRAFT
~~Predecisional and Deliberative — Privileged from Disclosure~~

o   Hesai Group sells automotive LiDAR sensor products[74] to U.S.-based companies Cruise LLC (San Francisco, California),[75] Aurora Innovation, Inc. (Pittsburgh, Pennsylvania),[76] and Motional, Inc. (headquartered in Boston, Massachusetts with offices in Pittsburgh, Pennsylvania, and Las Vegas, Nevada).[77]

**Source Citations**

[1] Pub. L. No. 116-283, § 1260H(a).

[2] Pub. L. No. 116-283, Section 1260H(d)(1)(B)(i) & (ii).

[3] The New York Times, "*As China's Internet Disappears, 'We Lose Parts of Our Collective Memory,'*" https://www.nytimes.com/2024/06/04/business/china-internet-censorship.html, published 04 June 2024, accessed 06 September 2024; The New York Times, "*China's Censors Dragnet Target Critics of the Economy,*" https://www.nytimes.com/2024/01/31/business/china-censorship-economy-markets.html, published 31 January 2024, accessed 13 September 2024; Wall Street Journal, "*Negative Takes on China's Economy are Disappearing from the Internet,*" https://www.wsj.com/world/china/china-economy-censorship-internet-4d0372b8, published 31 January 2024, accessed 13 September 2024.

[4] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[5] SEC, *Hesai Group Form 20-F 2023 Annual Report*, p. 57, https://investor.hesaitech.com/static-files/223d39f0-0a21-4d9a-9830-a7b2ef9332bc, published 25 April 2024, accessed 18 June 2024.

[6] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[7] Hesai Website, *About Us,* https://www.hesaitech.com/about/, accessed 19 June 2024.

[8] SEC, *Hesai Group Form 20-F 2023 Annual Report*, p. 57, https://investor.hesaitech.com/static-files/223d39f0-0a21-4d9a-9830-a7b2ef9332bc, published 25 April 2024, accessed 18 June 2024.

[9] Ibid.

[10] Letter from James Tysse, Akin Gump Strauss Hauer & Field LLP, to Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, dated March 8, 2024; Pls' Mot. For Summ. J., Hesai Technology Co., Ltd., et al. v. U.S. Dep't of Defense, et al., Civil Action No. 1:24-cv-01381 (D.D.C.), ECF No. 17.

[11] See Tab B for the full text of Pub. L. No. 116-283, § 1260H.

[12] See Tab B for the full text of Pub. L. No. 116-283, § 1260H.

[13] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

~~Predecisional and Deliberative — Privileged from Disclosure~~
AS OF: 17 SEP 2024

Hesai ND AR 00019


---

[14] AZO Optics website, *Understanding LiDAR: The Evolution, Applications and Essential Optics for High-Performance Systems,* https://www.azooptics.com/Article.aspx?ArticleID=2606, published 18 June 2024; accessed 09 September 2024.

[15] Ibid

[16] Ibid

[17] Ibid

[18] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 336, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 16 September 2024. (Machine translated with Google Translate)

[19] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 225, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 16 September 2024. (Machine translated with Google Translate)

[20] National Development and Reform Commission; *智能汽车创新发展战略, [Intelligent Vehicle Innovation and Development Strategy],* p. 5; https://www.ndrc.gov.cn/xxgk/zcfb/tz/202002/P020200224573058971435.pdf; published February 2020; accessed 16 September 2024 (Machine translated with Google Translate)

[21] National Development and Reform Commission; *Report on the Implementation of the 2023 Plan for National Economic and Social Development and on the 2024 Draft Plan for National Economic and Social Development*; https://npcobserver.com/wp-content/uploads/2024/03/2024-NDRC-Report_EN.pdf; published 05 March 2024; accessed 06 September 2024.

[22] Ibid

[23] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 336, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 16 September 2024. (Machine translated with Google Translate)

[24] People's Daily; *"十三五"科技军民融合发展专项规划发布, ["The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology*]; https://www.gov.cn/xinwen/2017-08/25/content_5220249.htm; published 25 August 2017; accessed 16 September 2024. (Machine translated with Google Translate)

[25] Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology;* https://en.most.gov.cn/organization/; accessed 09 September 2024 (Machine translated with Google Translate)

[26] Ibid

[27] SEC Website; *Form F-1: Hesai Group,* p. 7; https://us-east-1-029060369-inspect.menlosecurity.com/safeview-fileserv/tc_download/fa7b4a2793dd3e9bcff1f8ff72b91e3d7b678e0bb469ca42e84217305f37b7e5/?&cid=N2919DCC034E0_&rid=423c63bfc4649752ba75ba30839a68e8&file_url=https%3A%2F%2Finvestor.hesaitech.com%2Fstati



c-files%2Fa52326dc-263e-4565-b9d9-3c765859f49f&type=original; published 17 January 2023; accessed 09 July 2024

[28] CBDIO Website, *Full list of the fourth batch of national specialized, sophisticated and innovative "little giants"*, https://www-cbdio-com.translate.goog/BigData/2022-08/22/content_6170295.htm?_x_tr_sch=http&_x_tr_sl=auto&_x_tr_tl=en&_x_tr_hl=en-US&_x_tr_pto=wapp, published 22 August 2022, accessed 19 June 2024. See second table (上海, English translation: Shanghai), number 103. 上海禾赛科技有限公司 translates to Shanghai Hesai Technology Co., Ltd. See also Attachment 1, number 103, Shanghai Municipal Commission of Economy and Information Technology, *Announcement of the list of the fourth batch of Shanghai's specialized, sophisticated and innovative "little giants" enterprises*, https://app.sheitc.sh.gov.cn/gg/693156.htm, published 08 August 2022, accessed 19 June 2024.

[29] Bloomberg, *China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War*, https://www.bloomberg.com/news/articles/2022-01-23/china-us-xi-jinping-backs-new-generation-of-startups-in-tech-war, published 23 January 2022, accessed 19 June 2024.

[30] Yahoo, *Which Tech Firms Qualify as "Little Giants"? Beijing Releases Criteria for the Ideal Industrial Enterprise;* https://finance.yahoo.com/news/tech-firms-qualify-little-giants-093000661.html?guccounter=1&guce_referrer=aHR0cHM6Ly9zdGF0aWNzLmRvZC50ZWFtcy5taWNyb3NvZnQudXMv&guce_referrer_sig=AQAAAEIzaanqt9KqnDxfKUzOlrtKzUQBEZWkjoRSgCEWlDctpYAEW1mWqgphiqHscJMqRhzbi2Nm97Bpq0gYQLc__4bYPfr_hjZQKA8QWas7tL4QPUSv-BHxDN0wJQo7W-8LIRWh06FmSsnZcFWSIPtz7XWn90gli8uaOz8FAlGPH1Fx; published 28 June 2022; accessed 09 September 2024.

[31] Ibid.

[32] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 224, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 19 June 2024. (Machine Translated with Google Translate)

[33] Ibid., p. 336.

[34] Hesai Website, *World Intellectual Property Day | Hesai's ten years of independent innovation and global patent layout*, https://www.hesaitech.com/cn/newsdetails/128, published 26 April 2024, accessed 18 June 2024.

[35] Ibid.

[36] Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award*, https://www.sohu.com/a/731529176_120773109, published 26 October 2023, accessed 18 June 2024. (Machine translated with Google Translate)

[37] SAE-China Website, *Constitution of the Society of Automotive Engineers of China*, http://www.sae-china.org/base/constitution.html, accessed 18 June 2024.

[38] CSET, *China Association of Science and Technology 2022 Budget* 中国科学技术协会 2022 年部门预算, https://cset.georgetown.edu/wp-content/uploads/t0450_CAST_budget_2022_EN.pdf, published 24 March 2022, accessed 18 June 2024.

Hesai ND AR 00021



CUI
DRAFT
~~Predecisional and Deliberative — Privileged from Disclosure~~

---

[39] Australian Strategic Policy Institute, *China Defence Universities Tracker: Tsinghua University,* https://unitracker.aspi.org.au/universities/tsinghua-university/, accessed 18 June 2024.

[40] Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests,* https://www.sohu.com/a/447585149_256868, Published 30 January 2021, accessed 04 September 2024 (Machine translated with Google Translate)

[41] National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1),* https://hatchip.com/?list_31/570.html, Published 13 April 2020, accessed 04 September 2024 (Machine translated with Google Translate)

[42] China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry,* http://www.caam.org.cn/chn/9/cate_93/con_5209803.html, accessed 04 September 2024 (Machine translated with Google Translate)

[43] China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading,* http://www.caam.org.cn/chn/38/cate_436/con_5230880.html, published 28 June 2020, accessed 04 September 2024 (Machine Translated with Google Translate)

[44] National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee (TC114 国家汽车标准化技术委员会);* https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114; Accessed 19 September 2024 (Machine Translated with Google Translate); Hesai Website, *China takes the lead in establishing ISO automotive LiDAR working group, with Hesai expert as group leaders;* published 23 June 2022, accessed 19 September 2024.

[45] National Technical Committee of Auto Standardization Website; T*he 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings (联汽车技术及标准法规国际交流会（ICV 2020 动交流会）;* http://www.catarc.org.cn/wl_yantaohui_icvhuigu_show/2234.html; 25 May 2021; Accessed 19 September 2024 (Machine Translated with Google Translate)

[46] National Public Service Platform for Standards Information Website; Automotive LiDAR performance requirements and test methods *(车载激光雷达性能要求及试验方法);* https://std.samr.gov.cn/gb/search/gbDetailed?id=F77AFB62AF52406CE05397BE0A0A57C1; Accessed 19 September 2024 (Machine Translated with Google Translate)

[47] Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board,* p. 243, (开发行股票并在科创板上市招股说明书), https://pdf.dfcfw.com/pdf/H2_AN202101071448531255_1.pdf; Published 31 December 2020; Accessed 19 June 2024. (Machine Translated with Google Translate)

[48] Chongqing Daily, *Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder Li Yifan and Witnesses the Signing of the Contract,* https://cq.gov.cn/ywdt/jrcq/202303/t20230327_11811690.html, published 27 March 2023, accessed 04 September 2024

~~Predecisional and Deliberative — Privileged from Disclosure~~

**AS OF: 17 SEP 2024**

Hesai ND AR 00022



CUI
~~DRAFT~~
~~Predecisional and Deliberative — Privileged from Disclosure~~

[49] CNEVPOST, *LiDAR-maker Hesai to set up software R&D headquarters in Chongqing;* https://cnevpost.com/2023/03/27/hesai-to-set-up-software-rd-headquarters-in-chongqing/; published 27 March 2023, accessed 09 September 2024

[50] Nan'an District Science and Technology Bureau, *Interpretation of the "14th Five-Year Plan" for the development of scientific and technological innovation in Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing*, https://jkq.cq.gov.cn/zwgk/zcjd/202203/t20220324_10545618_wap.html, published 17 March 2022, accessed 04 September 2024

[51] Sohu website, *With an investment of over 1 billion yuan, the Hesai Maxwell Intelligent Manufacturing Center project has been basically completed*, https://www.sohu.com/a/710611442_121123912, published 10 August 2023, accessed 04 September 2024

[52] Gasgoo website; *Hesai's Maxwell Intelligence Manufacturing Center nears completion in Jiading District;* https://autonews.gasgoo.com/m/70027019.html; published 11 August 2023, accessed 9 September 2024.

[53] Smartautoclub website; *Hesai Technology will Bring a Variety of Latest High-performance LiDAR Models to the 2024 Beijing Auto Show;* https://www.smartautoclub.com/en/p/74379/; published 22 April 2024; accessed 09 September 2024.

[54] Wenhui website, *Jiading Industrial Zone Military-Civilian Integration Industry Alliance was established and 24 key industrial projects were signed*, https://wenhui.whb.cn/third/baidu/201904/13/255864.html, published 13 April 2019, accessed 04 September 2024

[55] CNSENS website, *Radar Vision > Hesai*, http://www.cnsens.com/hesai, accessed 04 September 2024

[56] CNSENS website, *About Us*, http://www.cnsens.com/gywm, accessed 04 September 2024

[57] Beihang University, *Announcement of the bidding results of Hesai 32-line LiDAR of AI Research Institute*, https://zbcg.buaa.edu.cn/info/1048/46282.htm, published 15 August 2023, accessed 04 September 2024

[58] Australian Strategic Policy Institute, *The China Defence Universities Tracker Report*, https://www.aspi.org.au/report/china-defence-universities-tracker, accessed 19 September 2024.

[59] Ibid.

[60] Pitchbook, *Hesai Technology (NAS: HSAI)*, https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[61] Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row*, https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/, published 25 July 2023, accessed 19 June 2024

[62] S&P Capital IQ, *Cruise LLC Private Company Profile*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True, accessed 19 June 2024

[63] S&P Capital IQ, *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile*, https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705, accessed 19 June 2024.

[64] Motional Website, *About Us*, https://motional.com/who-we-are, accessed 19 June 2024.

~~Predecisional and Deliberative — Privileged from Disclosure~~

AS OF: 17 SEP 2024

Hesai ND AR 00023


---

[65] See Tab B for the full text of Pub. L. No. 116-283, § 1260H.

[66] SEC, *Hesai Group Form 20-F 2023 Annual Report*, p. 57, https://investor.hesaitech.com/static-files/223d39f0-0a21-4d9a-9830-a7b2ef9332bc, published 25 April 2024, accessed 18 June 2024.

[67] Hesai Website, *About Us,* https://www.hesaitech.com/about/, accessed 19 June 2024.

[68] Pitchbook, *Hesai Technology (NAS: HSAI),* https://my.pitchbook.com/profile/125781-31/company/profile#overview, accessed 19 June 2024.

[69] Nvidia Website, Contact the Board, https://investor.nvidia.com/governance/contact-the-board/default.aspx, accessed 14 September 2024.

[70] Hesai Website, *Hesai Technology Advances Autonomous Vehicle Lidar Integration with NVIDIA DRIVE and Omniverse,* https://www.hesaitech.com/hesai-technology-advances-autonomous-vehicle-lidar-integration-with-nvidia-drive-and-omniverse/, published 1 August 2023, accessed 18 June 2024.

[71] CRATUS Website, *About Us,* https://www.cratustech.com/about-us/, accessed 19 June 2024.

[72] PR Newswire, Hesai Technology and CRATUS Technology Announce Strategic Partnership to Develop Autonomous Warehouse Solutions Using Safety Rated 3D Lidar, https://www.prnewswire.com/news-releases/hesai-technology-and-cratus-technology-announce-strategic-partnership-to-develop-autonomous-warehouse-solutions-using-safety-rated-3d-lidar-301830372.html, published 22 May 2023, accessed 19 June 2024.

[73] LiDAR USA Website, *Contact Us,* https://www.lidarusa.com/contact.html, accessed 19 June 2024.

[74] Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row,* https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/, published 25 July 2023, accessed 19 June 2024.

[75] S&P Capital IQ, *Cruise LLC Private Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=275174904&fromSearchProfiles=True, accessed 19 June 2024.

[76] S&P Capital IQ, *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?fromSearchProfiles=True&companyId=424226705, accessed 19 June 2024.

[77] Motional Website, *About Us,* https://motional.com/who-we-are, accessed 19 June 2024.

# EXHIBIT B

● 

(https://hatchip.com/)

# The Current Status of the Development of the Smart Connected (Internet of Vehicles) Demonstration Area - East China (Part 1)

Industry Analysis 2020/04/13 Source:

The National Development and Reform Commission, the Ministry of Industry and Information Technology, the National Standards Committee, the Ministry of Public Security, the Ministry of Transport, etc. have successively issued relevant policies to promote the road testing work of the smart connected (Internet of Vehicles) demonstration area. In April 2018, the Ministry of Industry and Information Technology, the Ministry of Public Security, and the Ministry of Transport jointly issued the "Smart Connected Vehicle Road Test Management Specifications (Trial)", which clearly stipulates the test subject, test driver and test vehicle, test application and review, test management, traffic violations and accident handling. Supported by the Ministry of Industry and Information Technology, **ten (10) national level smart connected vehicle (Internet of Vehicles) test demonstration areas** have been launched, including the National Smart Transportation Comprehensive Test Base (Wuxi), the National Smart Connected Vehicle (Shanghai) Pilot Demonstration Area, the Zhejiang 5G Internet of Vehicles Application Demonstration Area, the National Smart Connected Vehicle (Changsha) Test Area, the Wuhan Smart Connected Vehicle Demonstration Area, the National Smart Vehicle and Smart Transportation (Beijing-Hebei) Demonstration Area, the National Smart Connected Vehicle Application (North) Demonstration Area, the Guangzhou Smart Connected Vehicle and Smart Transportation Application Demonstration Area, the Smart Vehicle Integrated System Experimental Area (i-VISTA), and the Sino-German Cooperation Smart Connected Vehicle Internet of Vehicles Sichuan Test Base. In addition, there are **more than 30 city-level and enterprise-level test demonstration sites** in East China, Central China, North China, Northeast China, South China, Southwest China and Northwest China, which have initially formed an smart connected vehicle field test verification system consisting of closed test areas, semi-open roads and open roads. In addition, there are **more than 10 smart highways** carrying out smart connected pilot work. This series of articles will analyze and introduce the development status of smart connected (Internet of Vehicles) demonstration areas. It is mainly divided into East China, Central China, North China, Northeast China, South China, Southwest China and Expressway.

Hesai ND AR 01525

DISA

   

(https://hatchip.com/)

# 01 Overall situation of East China smart connected (Internet of Vehicles) demonstration areas

East China includes Shanghai, Jiangsu Province, Zhejiang Province, Anhui Province, Fujian Province and Jiangxi Province. In September 2019, Shanghai, Jiangsu, Zhejiang and Anhui jointly signed the "Yangtze River Delta Region Smart Connected Vehicle Road Test Mutual Recognition Cooperation Agreement". Zhejiang Geely, Anhui Jianghuai, and Jiangsu Zhongzhixing were awarded the first batch of Yangtze River Delta integrated test licenses, which achieved the interconnection and interoperability of Yangtze River Delta tests, effectively standardized test behaviors, strengthened the coordination and cooperation of inspection agencies, improved comprehensive testing capabilities, promoted data sharing and mutual recognition of test results of smart connected vehicle road tests in the region, accelerated the technical research and development process of smart connected vehicles, and promoted the rapid implementation of vehicle connection applications.

Overall, the smart connected (vehicle connection) demonstration areas in East China mainly include:

**Jiangsu National Smart Transportation Comprehensive Test Base (Wuxi), Nanjing Qinhuai District/Lishui District/Jiangning District Smart Connected Open Test Area, Suzhou Industrial Park and Xiangcheng District Smart Connected Vehicle Public Test Road, Changshu China Smart Vehicle Comprehensive Technology R&D and Testing Center, National Smart Transportation Test and Application Promotion Base (Changzhou), Yancheng Automobile Test Field, etc.;**

**Shanghai National Smart Connected Vehicle (Shanghai) Pilot Demonstration Area, Tongji University Smart Connected Vehicle Test Evaluation Base, Lingang Smart Connected Vehicle Comprehensive Test Demonstration Area, etc.;**

**Zhejiang's 5G Internet of Vehicles Application Demonstration Area (Hangzhou Yunqi Town and Tongxiang Wuzhen), Hangzhou Yuhang District Future Science and Technology City and Xiaoshan District, Ningbo Hangzhou Bay New Area Smart Connected Vehicle Test Platform, Jiaxing Jiashan Industrial New City Smart Connected Vehicle Test Field, Huzhou Deqing Autonomous Driving and Smart Travel Demonstration Area, etc.;**

**Anhui's Hefei Autonomous Driving 5G Demonstration Operation Line, Wuhu Chery Automobile V2X Demonstration Site, New Energy and Smart Connected Vehicle Comprehensive Test and R&D Base (Chizhou), etc.;**

**Fuzhou Pingtan County Unmanned Vehicle Test Base, Fuzhou Luoyuan County 5G Vehicle-Road Collaborative Autonomous Driving Joint Experimental Base, Xiamen BRT 5G Bus Station System, etc.;**

**Jiangxi's Nanchang City, Shangrao City, Ganzhou City, Jiujiang City, Yingtan City, Xinyu City, Jingdezhen City and Ganjiang New District and other places have carried out smart connected vehicle pilot projects.**

The number of smart connected (Internet of Vehicles) demonstration areas in East China leads all other regions in the country.

# 02 Jiangsu

Hesai ND AR 01526

   

DISA

(https://hatchip.com/)

## 1. Wuxi

The National Smart Transportation Comprehensive Test Base (Wuxi) began to select a small area to carry out Internet of Vehicles communication technology verification and application scenario testing in 2017. It covers 6 intersections of 3.7km open roads around Wuxi Taihu Expo Center, covering 9 V2I scenarios and 3 V2V scenarios.

In 2018, a city-level LTE-V2X Internet of Vehicles application test and verification environment was built to carry out platform construction and large-scale application verification. The roadside control and communication facilities of 240 intersections have been renovated on a large scale, covering nearly 170 square kilometers of the main urban area and Taihu New City, with a total road length of 280 kilometers. Information services covering 12 categories and 26 application scenarios, including traffic light signal information push, traffic event reminders, active safety warnings, and real-time acquisition of surrounding traffic conditions, are provided to ordinary users. For social service vehicles such as ambulances, fire trucks, and buses throughout the city, the priority passage service scenario has been tested and verified. Developed about 12,000 front and rear-mounted vehicle users, mobile phone APP users, and industry users.



Small-scale test and verification phase of Internet of Vehicles communication technology

Urban-level LTE-V2X scale verification and application phase

Source: "White Paper on Pilot Application Demonstration of Internet of Vehicles in Wuxi"

In May 2019, the General Office of the Ministry of Industry and Information Technology officially approved the support for Wuxi to create the first national Internet of Vehicles pilot area in the country, which will deploy 1 provincial highway, 1 expressway, 5 main urban viaducts, 400 intersections roadside control and communication facilities, covering an area of 260 square kilometers. It is determined that the 6 square kilometers of key areas such as Wuxi Citizen Center and Taihu Expo Center will be the core innovation demonstration area, providing enhanced scenario services based on C-V2X openness, and designing 3 centralized application test areas and multiple special test lines. Specifically, it includes forward collision warning, intersection collision warning, emergency braking warning, vehicle blind spot/lane change warning, abnormal vehicle condition reminder, traffic sign digitization, bus priority autonomous speed control scenario, V2X shuttle bus, etc.

Hesai ND AR 01527

(https://hatchip.com/)

From 2020 to the first half of 2021, it will enter a large-scale construction phase, and plans to complete 1,000 intersection roadside control and communication facilities, covering an area of 500 square kilometers. Complete the dual-mode (Uu + PC5) upgrade of all C-V2X RSUs, carry out 5G vehicle connection verification in specific scenarios, and cover narrowband Internet of Things such as NB-loT at key nodes such as bridges and roads. Carry out 5G-V2X test verification for specific scenarios such as collision warning, vehicle speed guidance, and platoon driving. Further open up data sharing, carry out large-scale V2X applications, and achieve a penetration rate of more than 30%, and basically complete the construction of an urban smart transportation system based on the collaboration of "human-vehicle-road-cloud".

From the second half of 2021 to the end of 2022, we will enter the full regional coverage phase. The plan is to complete the roadside control and communication facilities of 2,000 intersections, covering an area of 1,200 square kilometers. All 5G base stations will be deployed, and large-scale Internet of Vehicles will be started, with a penetration rate of more than 50%, and the interactive coordination of "city-to-city" highways, expressways, national and provincial roads will be achieved (Wuxi Xinwu District-Suzhou Xiangcheng District). Guide social capital investment in insurance, financing, travel, etc., cultivate upstream Internet of Vehicles companies, strengthen and refine the Internet of Vehicles industry ecosystem, and prepare for nationwide promotion.

As the first national level Internet of Vehicles pilot area in the country, Wuxi has made a lot of innovations and practices in all aspects of the development of the Internet of Vehicles industry.

① **The public security traffic management information communication data pipeline has been opened.** The Wuxi Public Security Traffic Management Department shared and opened more than 40 traffic management information items. Through the upgrade of the central platform capabilities, the transformation of roadside control equipment, and the addition of RSU equipment, the communication channels between the public security traffic management center platform, roadside control equipment and the Internet of Vehicles were opened up, covering data such as vehicles, drivers, traffic control, traffic events, traffic control, signal light color, and traffic status;

② **Improve the level of travel services.** Provide drivers with more accurate, real-time, and proactive road conditions information through vehicle-road collaboration, dynamically obtain the road conditions and road construction conditions ahead, and obtain dynamic information such as variable lanes, tidal lanes, and variable speed limits before or during travel. Achieve priority passage for special vehicles such as buses and 120 ambulances;

Hesai ND AR 01528

(https://hatchip.com/)

③ **Assist in autonomous driving.** By pushing traffic light information, it guides the vehicle speed and serves as an auxiliary support information for autonomous driving; the camera on the zebra crossing on the side of the road detects pedestrians and immediately pushes information to the vehicle to make avoidance decisions in advance; obtains information on traffic accidents and other events in advance to choose the best route; sends warning information when meeting or changing lanes in the blind spot of the intersection to provide support for vehicle autonomous driving;

④ **The terminal types are diverse and the application scenarios are rich.** Multiple manufacturers, channels and types of terminals, including pre-installed terminals, post-installed vehicle-mounted smart terminals, mobile phone V2X-APP and customized versions of Internet travel services, are adapted to different types of V2X application occasions, service objects and business scenarios.

## 2. Nanjing

The Nanjing Municipal Bureau of Industry and Information Technology, the Municipal Public Security Bureau and the Municipal Transportation Bureau jointly issued a notice on the issuance of the "Nanjing Smart Connected Vehicle Road Test Management Rules (Trial)" to promote the research and industrial application of autonomous driving technology in Nanjing, promote the transformation and upgrading of transportation, and standardize the management of smart connected vehicle road tests.

**Qinhuai District** will build C-V2X communication facilities in the Daxiao Airport area and the South High-speed Railway Station area, with a total length of 65 kilometers and a coverage area of 19.8 square kilometers, to achieve the commercial application of autonomous driving in public transportation, sanitation operations, tourism and factory logistics. A test base with a total length of 2.6 kilometers and an area of 0.52 square kilometers was built in the runway park of Daxiao Airport.

**Lishui District** has built a demonstration test track for smart connected vehicles on Luojiabian Road, the core area of the Industrial New City, with a total length of 1.62 kilometers and 5 intersections. It has obtained the i-VISTA Smart Connected Vehicle Test Demonstration East China Base. In addition to meeting the testing needs of unmanned vehicles, the track will also build a 5G application demonstration area in synchronization with China Mobile. In the future, vehicles can conduct 5G automatic remote driving tests, as well as add highways, rural roads, tunnels, simulated rain and fog weather and other scenes.

**Jiangning District** The test road of the Future Science and Technology City is equipped with high-precision sensors and roadside perception equipment to detect the surrounding road environment in real time and provide unmanned vehicles with surrounding traffic environment perception data.

Hesai ND AR 01529

(https://hatchip.com/)

### 3. Suzhou

**Industrial Park** On November 18, the Jiangsu Provincial Department of Industry and Information Technology issued the "Announcement on Suzhou Smart Connected Vehicle Public Test Road", clarifying the opening of the 8.8-kilometer-long smart connected vehicle public test road in Suzhou Industrial Park. The test road area extends from Jinji Lake Avenue in the north to Xinghua Street in the west, Dushu Lake Avenue in the south, and Changyang South Street in the east, with a total of 15 intersections and an area of 2.2 square kilometers. It is the first smart connected open demonstration area in Jiangsu to achieve full 5G coverage. The area is designed in accordance with the requirements of the national vehicle-road collaboration strategic planning, equipped with multi-mode communication roadside equipment, edge computing, management and control platforms and other smart equipment, with a total of 14 5G base stations, and the average coverage radius of each base station is 200 to 300 meters, which can achieve smart connected vehicle testing in complex environments.

The subsequent industrial park will comprehensively build an urban-level vehicle-road collaborative application system based on the C-V2X communication network, build an smart connected vehicle test area covering an area of about 13.9 square kilometers in phases, and deploy demonstration application projects such as autonomous driving minibuses, sanitation vehicles, and logistics vehicles.

**Xiangcheng District** issued the "Xiangcheng District Smart Connected Vehicle Demonstration Application Guidance (Trial)", and the approved public test roads (Phase I) are composed of Xiangcheng District Shuijing Road (Beitiancheng Road-Taidong Road), Xigongtian Road (Xiangrong Road-Shuijing Road) and Xiangrong Road (Taidong Road-Beitiancheng Road), with a total length of 8.4 kilometers and a total of 13 intersections. It has a real urban test lane environment such as long straight roads, curved roads, and traffic hub roads, which can meet the needs of 27 sub-test items and 65 test scenarios for autonomous driving vehicles. All intersections are equipped with sensing devices such as millimeter-wave radars, lidars, and various monitoring probes. The collected data uses the 150 Mbps uplink bandwidth of the 5G network to push real-time road conditions to nearby vehicles, cloud control centers, and other terminals. The regional edge computing capacity reaches 100 trillion CPU computing times per second and 2880 trillion GPU computing times per second, and has 50 times the backup computing power, which can meet the computing power requirements of L4 and even higher-level and more complex road conditions for autonomous driving road testing.

In the future, Xiangcheng District will continue to improve the new transportation infrastructure, plan to build 1,500 5G base stations, and take the lead in achieving full coverage of 5G and narrowband Internet of Things in the Yangtze River Delta International R&D Community located in the high-speed rail new city. In the next two years, Xiangcheng will also cover the test roads to national and provincial roads and urban main and secondary roads to meet the different testing needs of smart driving companies.

Hesai ND AR 01530



(https://hatchip.com/)

### 4. Changshu

**China Smart Vehicle Comprehensive Technology R&D and Testing Center** was established by Changshu Municipal People's Government in conjunction with Xi'an Jiaotong University, Institute of Automation of Chinese Academy of Sciences, Chang'an University and Qingdao Smart Industry Technology Research Institute. It serves the smart connected connection testing of passenger cars, commercial vehicles and sanitation vehicles in the province and the Yangtze River Delta region on urban street roads. It is 5 kilometers long, covers an area of 0.44 square kilometers, and has 15 intersections, including scheduled departure cruise, arrival station, automatic emergency braking, obstacle recognition, intersection traffic, C-V2X and other scenarios.

In 2019, the "Changshu City Internet of Vehicles (Smart Connected Vehicles) Industry Development Action Plan (2019-2022)" was released, and it has hosted seven consecutive "China Smart Vehicle Future Challenges". There are two contents: urban and rural road competition and elevated road competition. The urban and rural road environment competition has 16 traffic scenarios, including sanitation vehicle encounter, traffic control guidance and traffic congestion; the elevated road environment competition has 10 traffic scenes, including operation vehicle encounter, emergency avoidance of falling objects from the front vehicle and construction section processing.

### 5. Changzhou

**Promote the pilot project of the new generation national traffic control network (Changzhou). The National Smart Transportation Testing and Application Promotion Base (Changzhou) has built the "National Smart Commercial Vehicle Quality Supervision and Inspection Center"**, which is the second national level testing center in the automotive field in the transportation industry except Beijing Tongzhou, and the only national level testing center in the field of smart commercial vehicles. The inspection center has planned to build a 2,000-acre closed test field in Taixing, and the first phase of 600 acres has been completed. Build a 1 square kilometer semi-open test field and a 3 square kilometer open test field in Changzhou. Deploy V2X vehicle-mounted and roadside equipment, variable information boards, smart signal machines, environmental monitoring and other smart equipment, focusing on three types of key operating vehicles: buses, logistics vehicles, and hazardous chemicals vehicles, to create an smart connected vehicle industry application demonstration.

### 6 Yancheng

Hesai ND AR 01531

(https://hatchip.com/)

**CATARC Yancheng Automotive Test Field** Create a first-class domestic third-party technical service platform for the industry, serving [illegible] automotive product finalization test, compulsory inspection test and R&D test, the test model is mainly passenger cars, supplemented by commercial vehicles. Covering an area of about 6,300 acres, it is a national motor vehicle testing center, a public inspection vehicle test field authorized by the Ministry of Industry and Information Technology, and a road transport vehicle fuel consumption test field of the Ministry of Transport. The total length of the test road is 60 kilometers, including a high-speed loop with a maximum speed of more than 300km/h, a 300-meter diameter dynamic square for high-speed turning and control experience, a 2.7km performance road that meets high-speed straight-line racing, and a dry and wet control road with a variety of corner combinations for vehicle driving experience & control state testing. At the same time, the site is built with braking roads with various adhesion coefficients, off-road tracks and fatigue test roads.

**Yancheng Economic and Technological Development Area** has built a vehicle-road cooperative autonomous driving smart urban road "Yancheng Zhilu", with a total length of about 8 kilometers in the first phase. The trial operation section is Xiangjiang Road (Jiuhuashan Road to Putuoshan Road) ---- Jiuhuashan Road (Lijiang Road to Xiangjiang Road). It displays more than a dozen complex vehicle-road cooperative autonomous driving open road test environments covering elevated roads, ramps, elevated underpasses, intersections, etc.

### 7. Overview of Jiangsu

Jiangsu Province has made great efforts in promoting the work of smart connected (Internet of Vehicles) demonstration area, and has achieved remarkable results. **The "Action Plan for Promoting the Development of Internet of Vehicles (Smart Connected Vehicles) Industry in Jiangsu Province (2019-2021)" proposes that** ① **Accelerate the construction of smart vehicle R&D and manufacturing system,** formulate and implement the "Implementation Plan for the Cultivation of Advanced Manufacturing Clusters for Automobiles and Parts (Including New Energy Vehicles)", focusing on Nanjing, Wuxi, Changzhou, Suzhou, Yancheng, etc.; ② **Break through key technical bottlenecks,** aim at the needs of high-level smart bicycles, break through 77GHz radar antennas, signal processing and algorithm chips, accelerate the research and development of lidar software and hardware technology, promote the development and commercialization of automotive-grade artificial intelligence chips, and open up C-V 2X end-to-end full industry chain technical bottlenecks, promote the industrialization and application of products such as chips, modules, vehicle communication units, roadside equipment, and data center platforms; ③ **Improve the coverage level of C-V2X network,** strive to promote the basic coverage of LTE-V2X network in key cities such as Nanjing, Wuxi, and Suzhou in 2021, deploy C-V2X network on highways and key areas, and gradually expand the scale of pilot applications; ④ **Expand the scale of Internet of Vehicles users,** strive to achieve a new car driving assistance system (L2) installation rate of more than 30% by 2021, and a new car installation rate of connected vehicle information service terminals of more than 60%.

301 central status demonstration area the | East Road 612/09/24 ry Arrange Standard of Medium and High
smart connected (Internet of Vehicles) | Frequency Device Innovation Center
demonstration area

(https://hatchip.com/)

**03 Shanghai**

## 1. National Smart Connected Vehicle (Shanghai) Pilot Demonstration Area

In June 2016, the closed road test area of the National Smart Connected Vehicle (Shanghai) Pilot Demonstration Area, located at No. 2155 Yining Road, Jiading District, Shanghai, was officially opened. The Closed Test Zone (F-Zone) is based on the testing and demonstration of two key technologies, namely, service smart cars and V2X network communication, covering four major application scenarios, including security, efficiency, information, and new energy vehicles. Simulated traffic facilities such as tunnels, boulevards, refueling/charging stations, underground parking lots, intersections, T-junctions, and roundabouts have also been built in the park, which can provide more than 100 scenarios for testing and verification of autonomous driving, V2X connected vehicles, etc.

Located in the general experience area of the Department of Internal Medicine (E-Zone) of Shanghai Auto Expo Park, it is a public-facing intelligent networked automotive science experience area. It is the main hosting platform for the popularization, experience and communication of intelligent networked vehicles, smart energy, smart transportation and smart city. The Shanghai Auto Expo Park covers an area of 1,200 acres, including various roads, a hydrogen refueling station, an integrated photovoltaic storage and charging station and a V2G-V2H cabin. The Science and Technology Experience Area mainly experiences autonomous driving and connected V2X, including platoon driving, lane keeping assist, adaptive cruise control, automatic emergency braking, green wave speed guidance and other scenarios.

In January 2017, the Shanghai Municipal Commission of Economy and Information Technology issued the "Implementation Plan for the Shanghai Smart Connected Vehicle Industry Innovation Project", which regards the development of smart connected vehicles as a strategic pilot project for Shanghai's industrial transformation and upgrading. In March 2018, the "Shanghai Smart Connected Vehicle Road Test Management Measures (Trial)" was officially released.

In 2019, Shanghai will continue to promote the opening of public road testing on a larger scale. Jiading plans to open 47.8 kilometers of urban roads for autonomous driving testing (5.8 kilometers of national roads, 9.8 kilometers of provincial roads, 7.2 kilometers of urban main roads, 14.7 kilometers of urban secondary roads, 7.2 kilometers of urban branch roads, and 3.1 kilometers of rural roads), 4 kilometers of roads in Shanghai Auto Expo Park, and 20 kilometers of highway from Hongqiao Airport to Auto City. The test scenarios will increase from 350 to 1,580, extending the scope of activities of smart connected vehicles to various scenarios in life, including industrial areas, commercial areas, transportation hubs, residential areas, etc.

Hesai ND AR 01533

10/25/24, 10:02 AM    The current status of China's intelligent    East China Laboratory Arranged Nationally-Medium and High
Case 1:24-cv-01381-RLF    Document 42-1    Filed 12/09/24    Page 33 of 43
smart connected (Internet of Vehicles)    Frequency Device Innovation Center
demonstration area

(https://hatchip.com/)

The Shanghai Auto City demonstration project includes ① **closed test area,** ② **open road 5G + MEC + V2X demonstration area, and** ③ **open road 4G + MEC + V2X demonstration area.** Among them, the closed test area is used to develop and verify the latest technological achievements; the open road 5G + MEC + V2X demonstration area has a total length of 11.1 kilometers, providing an open road technology verification environment for smart connected vehicles in urban, community, and rural roads; the open road 4G + MEC + V2X demonstration area has a total length of 56.7 kilometers, which is used to put technological achievements into commercial applications and provide safety, efficiency and other services for vehicles.

In September 2019, SAIC, BMW and Didi obtained the first batch of Shanghai demonstration application licenses.

## 2. Tongji University Smart Connected Vehicle Test and Evaluation Base

The smart connected vehicle test base, covering an area of 170 acres, is located in the Jiading campus of Tongji University. It has been completely redesigned in terms of traffic environment, traffic participation and information and communication elements, and is equipped with a 5G communication system. The base was jointly established by Tongji University and SAIC Group and consists of "three areas and one ring". Among them, the "one ring" refers to the 1.3-kilometer loop design; the "three areas" are based on geographical locations. The eastern area is mainly used for testing low-automation driving; the western area simulates various structured roads in the city, including parking lots, straight roads, circular roads, ramps, etc.; the southern area simulates rural roads and some off-road environments.

## 3. Lingang Smart Connected Vehicle Comprehensive Test Demonstration Area

Hesai ND AR 01534

(https://hatchip.com/)

According to the development and verification needs of autonomous driving and vehicle-road collaboration technology, the Lingang Smart Connected Vehicle Closed Test Area Road [illegible] two phases, the first phase uses 4.7 kilometers of roads and D08-02 plots within the 32 square kilometers of the Lingang Science and Technology City Park to build a closed test road and a core test square, and deploys roadside control and communication facilities at 9 intersections. The second phase is linked to the core test square to expand to the 4 square kilometers of the Lingang Science and Technology Park, and the length of the test road is extended by 5-10 kilometers. Including expressways, urban roads, 500-meter simulated tunnels (satellite and communication signal shielding, night light and low light environment), 500-meter controllable rainfall simulation roads, etc.

## 4. Overview of Shanghai

Shanghai provides an innovative environment for the development of the smart connected vehicle industry, and promotes Shanghai to become a pilot area for the demonstration application and exploration of commercial operation of smart connected vehicles. Shanghai is building a world-class automotive industry cluster. In the future, it will rely on Jiading, Pudong Jinqiao, and Lingang New Area to accelerate the high-quality development of the automotive industry and lead the innovation and transformation of the global automotive industry.

In addition to the Jiading Smart Connected Open Road Test Area and the Lingang Smart Connected Comprehensive Test Demonstration area, Fengxian District has also been approved and started to build the Shanghai Fengxian Smart Connected Vehicle Special Scenario Road Test Area. Relying on Lingang Nanqiao Science and Technology City, the test area will build a test area and demonstration experience area for key core technologies of smart connection and autonomous driving in specific scenarios such as the park ground, super-large underground parking garage, rural roads, and environmental adaptability.

| Note: Relevant information comes from forum public speeches, white papers, news public information, etc.

Source: 5G industry applications

Author: Dr. Wu Dongsheng, Southeast University

10/25/24, 10:02 AM

Case 1:24-cv-01381-PLF Document 42-1 Filed 12/09/24 Page 35 of 43

Son central status of the development of the East China International Arena National 5G Medium and High smart connected (Internet of Vehicles) demonstration area
Frequency Device Innovation Center

(https://hatchip.com/)

Statement:

1. [illegible] article and pictures are from the Internet. If you have any questions, please contact us in time.

2. The copyright of all articles, pictures, audio, video and other file materials involved in the reprint belongs to the copyright owner.

3. If the content of the article inadvertently infringes on the intellectual property rights of the media or individuals, please contact us to delete it immediately.



Phone: 0755 82778186

Address: 10th Floor, Building 4, New Generation Industrial Park, No. 136, Zhongkang Road, Futian District, Shenzhen

Postal code: 518036

E-mail: hatchip@hatchip.com

Copyright © National 5G Medium and High Frequency Device Innovation Center Shenzhen Huixin Communication Technology Co., Ltd. ICP Registration Number: Yue ICP Bei No. 19084717 1

(https://beian.miit.gov.cn/#/Integrated/index) 🔰 Yue Gong Wang An Be No. 44030402005592

(http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=44030402005592)

Hesai ND AR 01536



I, Karen Lee, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "NDAR1525-36_Radio Frequency Website" from Chinese to English.

Karen Lee

_11/18/2024_____
[DATE]

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# EXHIBIT C

Shanghai Hesai Technology Co., LTD                                    Prospectus

### 2. Asset impairment losses and credit impairment losses

Unit: Ten thousand yuan

| Item | January to September 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| **Asset impairment losses** | | | | |
| Bad debt losses on accounts receivable | - | - | 232.17 | 19.65 |
| Losses from inventory depreciation | 500.69 | 419.48 | 5.61 | - |
| **Credit impairment losses** | | | | |
| Credit impairment losses on accounts receivable | 356.03 | -23.02 | - | - |
| **Total** | **856.73** | **396.45** | **237.78** | **19.65** |

Note: According to the new financial instrument standards and the Notice of the Ministry of Finance on Revising and Issuing the Format of General Enterprise Financial Statements for 2019, bad debt losses have been accounted for through credit impairment losses since 2019.

During the reporting period, the company's asset impairment losses and credit impairment losses totaled RMB 196,500 yuan, RMB 2.3778 million, RMB 3.9645 million and RMB 8.5673 million, respectively, accounting for 1.01% of operating income, 1.79% of operating income, 1.14% of operating income and 3.38% of operating income, respectively.

In 2018, as the company's revenue scale expanded, the amount of accounts receivable at the end of the year also increased, and the amount of bad debt losses on accounts receivable was correspondingly high. In 2020, affected by the epidemic in the first half of the year, the company's operating income was mainly concentrated in the third quarter. The book balance of accounts receivable increased as of the end of September, and the impairment losses also increased.

In terms of inventory, with the expansion of business scale and the company's advance stocking, the company's inventory balance increased at the end of 2019 and the end of September 2020, and the inventory depreciation losses increased to RMB 4.1948 million and RMB 5.0069 million, respectively.

### 3. Other income and non-operating income

Unit: Ten thousand yuan

| Item | January to September 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| **Other income** | | | | |
| Government subsidies | 563.75 | 646.34 | 379.08 | 144.75 |
| Amortization of deferred income | - | 460.00 | - | 79.58 |
| Others | - | - | - | 0.01 |
| **Total other income** | **563.75** | **1,106.34** | **379.08** | **224.34** |
| **Non-operating income** | | | | |
| Compensation | 4.57 | 3.22 | 0.67 | 0.11 |
| Others | 3.49 | 0.85 | - | - |
| **Total non-operating income** | **8.06** | **4.07** | **0.67** | **0.11** |

Note: According to the "Enterprise Accounting Standard No. 16 - Government Grants"

Hesai ND AR 00735

revised in May 2017, the company will include government grants related to daily operating activities in other income or offset related costs and expenses, and report them separately in the income statement; the company will include government grants unrelated to the company's daily operating activities in non-operating income.  According to the requirements of the revised standards, the government grants newly added between January 1, 2017 and the implementation date of this standard will be retroactively adjusted and included in other income, and government grants incurred before 2017 will no longer be retroactively adjusted.

During the reporting period, the company's other income was RMB 2.2434 million, RMB 3.7908 million, RMB 11.0634 million and RMB 5.6375 million, accounting for 11.52%, 2.85%, 3.17% and 2.23% of operating income respectively.  Other income mainly consists of government subsidies and amortization of deferred income.

During the reporting period, the specific details of government subsidies are shown in the following table:

Unit: Ten thousand yuan

| Item | January to September 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| Shanghai Municipal Commission of Commerce-Fair Trade Project Subsidy | 100.00 | - | - | - |
| Jiading Industrial Zone Science and Technology Committee-High Growth Funding | 80.00 | - | - | - |
| Jiading Industrial Zone Financial Support Fund | 94.20 | 56.60 | 15.90 | 1.50 |
| Jiading Industrial Zone Management Committee-High-level/Shortage Talent Subsidy | 76.16 | 355.95 | 320.45 | 141.70 |
| Intellectual Property Patent Subsidy | 42.85 | - | 0.37 | - |
| Little Giant Program Award | 30.00 | - | - | - |
| Jiading Industrial Zone Science and Technology Committee-Equity Investment Funding | 18.00 | - | - | - |
| Smart City Special Subsidy | - | 100.00 | - | - |
| Shanghai Municipal Commission of Commerce-Shanghai Enterprise Market Diversification Special Fund | 9.94 | 85.92 | - | - |
| Intellectual Property Office-Patent Pilot Project Grant | - | 28.00 | - | - |
| Jiading Industrial Zone Science and Technology Progress Award | - | 6.25 | - | - |
| Others | 112.60 | 13.62 | 42.36 | 1.55 |
| **Total** | **563.75** | **646.34** | **379.08** | **144.75** |

During the reporting period, the government subsidies obtained by the Company were respectively RMB 1.4475 million, RMB 3.7908 million, RMB 6.4634 million and RMB 5.6375 million, accounting for 7.43%, 2.85%, 1.85% and 2.23% of the operating revenue, respectively, which accounted for a relatively low proportion.

The breakdown of deferred revenue amortization in other income during the reporting period is shown in the following table:

Unit:  Ten thousand yuan

| Item | January to September 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|

Hesai ND AR 00736



I, Karen Lee, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "NDAR735-36_Prospectus" from Chinese to English.

Karen Lee

_11/18/2024_____
[DATE]

# EXHIBIT D



"Clarification Statement Regarding the Unauthorized Agency Relationship between the Company and Hesai Technology"-Beijing CNSENS Co., Ltd.

| Company news | Industry trends | | Please enter keywords | 🔍 |

## "Clarification Statement Regarding the Unauthorized Agency Relationship between the Company and Hesai Technology"

November 7, 2024 10:17          👁 Views: 17

-------------------------------------------------------------------------------------------------------------------------------------

The company solemnly clarifies: There is no direct cooperative relationship between our company and Hesai Technology. Hesai Technology has never sold to our company, authorized our company to sell any Hesai Technology products, and has never entrusted our company to do any advertising or sales for Hesai Technology's products on our official website or platform. All relevant products, materials and promotion have now been removed. Users can directly log in to the official website of Hesai Technology (https://www.hesaitech.com/cn/) for consultation and purchase. Thanks for the support!

Beijing CNSENS Co., Ltd.
November 7, 2024






← Previous: None                                                                                    → Next: None





I, Karen Lee, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "Hauwei_Clarification Statement" from Chinese to English.

Karen Lee

_11/18/2024_____
[DATE]