# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*<br><br>                              *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

## PROPOSED ORDER

This matter is before the Court on Plaintiffs' Motion for Summary Judgment. Upon consideration of the Motion and record thereon, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Department of Defense's decision to designate Hesai Technology Co., Ltd. as a Chinese military company is declared unlawful and hereby set aside; and it is further

ORDERED that Defendants shall remove Hesai Technology Co., Ltd. and any parent, subsidiary, and affiliated companies from the list of "Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ('Mac') Thornberry National Defense Authorization Act for Fiscal year 2021 (Public Law 116-283)."

Dated: _____

                                                                              _____
                                                                              HONORABLE PAUL L. FRIEDMAN
                                                                              United States District Judge