UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

        *Defendants*.

Civ. Action No. 1:24-cv-01381

### DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Defendants hereby move to exceed this Court's page-limit requirement with respect to their forthcoming combined brief in support of their cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment ("Defendants' brief"). Defendants' brief will not exceed 55 pages. In support of this motion, Defendants state the following:

1. Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment is due January 8, 2025.

2. In order to respond fully to the arguments presented in Plaintiffs' motion for summary judgment, Defendants respectfully request an extension of page limits.

3. Plaintiffs do not oppose the requested extension.

Based on the foregoing, Defendants request that their unopposed motion to exceed page limits be granted. In accordance with the Local Rules of this Court, a proposed order is attached.

Dated: December 31, 2024        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

 /s/ *Daniel Riess*
STEPHEN M. ELLIOTT (PA Bar # 203986)
DANIEL RIESS (TX Bar #24037359)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-3098
Fax:  (202) 616-8460
E-mail:  daniel.riess@usdoj.gov