UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

        *Defendants*.

Civ. Action No. 1:24-cv-01381

## ORDER

Upon consideration of Defendants' unopposed motion to exceed page limits, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment shall not exceed 55 pages.

12/31/24
Date

Paul L. Friedman
United States District Judge