UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

**NOTICE OF FILING OF AMENDED CERTIFIED LIST
OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to the Court's Scheduling Order, ECF No. 38, and Local Rule 7(n)(1), attached hereto is an amended certified list of the contents of the Administrative Record. As explained in the attached certification, due to an administrative error during preparation of the administrative record, three documents were inadvertently omitted from the record. Defendants, through counsel, transmitted these three documents to Plaintiffs' counsel on December 31, 2024.

Dated: January 6, 2024            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

 /s/ Daniel Riess
DANIEL RIESS (TX Bar #24037359)
SAMSON COHEN (DC Bar No. 9004821)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-3098
Fax:  (202) 616-8460
E-mail:  daniel.riess@usdoj.gov

1