**Certified List of the Contents of the Administrative Record**
*Hesai Technology, Co., Ltd, et al. v. U.S. Dep't of Def., et al.*, No. 1:24-cv-01381(D.D.C.)

| | BATES No(s). |
|---|---|
| Action Memo for Deputy Secretary of Defense from William A. LaPlante, USD(A&S), re Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters) | Hesai ND AR 00001-00004 |
| Notice of Designation of Chinese Military Company, 89 Fed. Reg. 86230 (October 29, 2024) | Hesai ND AR 00005 |
| Hesai Group Report (September 17, 2024) | Hesai ND AR 00006-00024 |
| The New York Times, "*As China's Internet Disappears, We Lose Parts of Our Collective Memory*" | Hesai ND AR 00025-00029 |
| The New York Times, "*China's Censorship Dragnet Target Critics of the Economy*" | Hesai ND AR 00030-00034 |
| Wall Street Journal, "*Negative Takes on China's Economy Are Disappearing from the Internet*" | Hesai ND AR 00035-00040 |
| Pitchbook, *Hesai Technology (NAS: HSAI)* | Hesai ND AR 00041-00077 |
| SEC, *Hesai Group Form 20-F, 2023 Annual Report* | Hesai ND AR 00078-00366 |
| Hesai Website, *About Us* | Hesai ND AR 00367-00370 |
| Letter from James Tysse, Akin Gump Strauss Hauer & Field To Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, dated March 8, 2024 | Hesai ND AR 00371-00395 |
| Azo Optics website, *Understanding LiDAR: The Evolution, Applications and Essential Optics for High-Performance Systems* | Hesai ND AR 00396-00399 |
| Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board* (Mandarin) | Hesai ND AR 00400-00825 |
| Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board* (English Translation) | Hesai ND AR 00826-01085 |

| | |
|---|---|
| National Development and Reform Commission, *Intelligent Vehicle Innovation and Development Strategy* (Mandarin) | Hesai ND AR 01086-01095 |
| National Development and Reform Commission, *Intelligent Vehicle Innovation and Development Strategy* (Mandarin) | Hesai ND AR 01096-01105 |
| National Development and Reform Commission, *Report on the Implementation of the 2023 Plan for National Economic and Social Development and on the 2024 Draft Plan for National Economic and Social Development* | Hesai ND AR 01106-01179 |
| People's Daily, "*The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology* (Mandarin) | Hesai ND AR 01180-01181 |
| People's Daily, "*The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology* (English Translation) | Hesai ND AR 01182-01183 |
| Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology* | Hesai ND AR 01184-01186 |
| SEC, *Form F-1: Hesai Group* | Hesai ND AR 01187-01189 |
| CBDIO, *Full List of the fourth batch of national specialized, Sophisticated and innovative "little giants"* (Mandarin) | Hesai ND AR 01190-01298 |
| CBDIO, *Full List of the fourth batch of national specialized, Sophisticated and innovative "little giants"* (English Translation) | Hesai ND AR 01299-01408 |
| Shanghai Municipal Commission of Economy and Information Technology, *Announcement of the list of the fourth batch of Shanghai's specialized, sophisticated and innovative "little giants" enterprises* | Hesai ND AR 01409-01427 |
| Bloomberg, *China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War* | Hesai ND AR 01428-01431 |
| Yahoo, *Which Tech Firms Qualify as "Little Giants"? Beijing Releases Criteria for the Ideal Industrial Enterprise* | Hesai ND AR 01432-01437 |
| Hesai Website, *World Intellectual Property Day | Hesai's ten years of independent innovation and global patent layout* | Hesai ND AR 01438-01445 |

| | |
|---|---|
| Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award* (Mandarin) | Hesai ND AR 01446-01449 |
| Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award* (English Translation) | Hesai ND AR 01450-01453 |
| SAE-China Website, *Constitution of the Society of Automotive Engineers of China* | Hesai ND AR 01454-01467 |
| CSET, *China Association of Science and Technology 2022 Budget* | Hesai ND AR 01468-01502 |
| Australian Strategic Policy Institute, *China Defence Universities Tracker: Tsinghua University* | Hesai ND AR 01503-01507 |
| Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests* (Mandarin) | Hesai ND AR 01508-01511 |
| Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests* (English Translation) | Hesai ND AR 01512-01524 |
| National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1)*(Mandarin) | Hesai ND AR 01525-01536 |
| National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1)*(English Translation) | Hesai ND AR 01537-01555 |
| China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry* (Mandarin) | Hesai ND AR 01556 |
| China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry* (English Translation) | Hesai ND AR 01557-01558 |
| China Association of Automobile Manufacturers, *Shanghai's* | Hesai ND AR 01559-01560 |

| | |
|---|---|
| *large-scale demonstration application of intelligent connected vehicles was launched in Jiading* (Mandarin) | |
| China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading* (English Translation) | Hesai ND AR 01561-01563 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee* (Mandarin) | Hesai ND AR 01564-01572 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee* (English Translation) | Hesai ND AR 01573-01581 |
| Hesai Website, *China takes the lead in establishing ISO automotive LiDAR working group, with Hesai expert as group leaders* | Hesai ND AR 01582-01585 |
| National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* (Mandarin) | Hesai ND AR 01586-01590 |
| National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* (English Translation) | Hesai ND AR 01591-01599 |
| National Public Service Platform for Standards Information Website; *Automotive LiDAR performance requirements and test methods* (Mandarin) | Hesai ND AR 01600-01607 |
| National Public Service Platform for Standards Information Website; *Automotive LiDAR performance requirements and test methods* (English Translation) | Hesai ND AR 01608-01613 |
| Chongqing Daily, *Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder Li Yifan and Witnesses the Signing of the Contract* | Hesai ND AR 01614-01615 |
| CNEVPOST, *LiDAR-maker Hesai to set up software R&D Headquarters in Chongqing* | Hesai ND AR 01616-01621 |

| | |
|---|---|
| Nan'an District Science and Technology Bureau, *Interpretation of the "14th Five-Year Plan" for the development of scientific and technological innovation in Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing* | Hesai ND AR 01622-01628 |
| Sohu website, *With an investment of over 1 billion yuan, the Hesai Maxwell Intelligent Manufacturing Center project has been basically completed* | Hesai ND AR 01629-01640 |
| Gasgoo website; *Hesai's Maxwell Intelligence Manufacturing Center nears completion in Jiading District* | Hesai ND AR 01641-01642 |
| Smartautoclub website; *Hesai Technology will Bring a Variety of Latest High-performance LiDAR Models to the 2024 Beijing Auto Show* | Hesai ND AR 01643-01649 |
| Wenhui website, *Jiading Industrial Zone Military-Civilian Integration Industry Alliance was established and 24 key industrial projects were signed* | Hesai ND AR 01650-01651 |
| CNSENS website, *Radar Vision > Hesai* | Hesai ND AR 01652-01653 |
| CNSENS website, *About Us* | Hesai ND AR 01654-01655 |
| Beihang University, *Announcement of the bidding results of Hesai 32-line LiDAR of AI Research Institute* | Hesai ND AR 01656-01659 |
| Australian Strategic Policy Institute, *The China Defence Universities Tracker Report* | Hesai ND AR 01660-01667 |
| Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row* | Hesai ND AR 01668-01673 |
| S&P Capital IQ, *Cruise LLC Private Company Profile* | Hesai ND AR 01674-01676 |
| S&P Capital IQ, *Aurora Innovation, Inc. (NasdaqGS:AUR) Public Company Profile* | Hesai ND AR 01677-01679 |
| Motional Website, *About Us* | Hesai ND AR 01680-01685 |
| Hesai Website, *About Us* | Hesai ND AR 01686-01687 |
| Nvidia Website, Contact the Board | Hesai ND AR 01688-01691 |
| Hesai Website, *Hesai Technology Advances Autonomous* | Hesai ND AR 01692-01695 |

*Vehicle Lidar Integration with NVIDIA DRIVE and Omniverse*

| | |
|---|---|
| CRATUS Website, *About Us* | Hesai ND AR 01696 |
| PR Newswire, Hesai Technology and CRATUS Technology Announce Strategic Partnership to Develop Autonomous Warehouse Solutions Using Safety Rated 3D Lidar | Hesai ND AR 01697-01699 |
| LiDAR USA Website, *Contact Us* | Hesai ND AR 01700-01701 |
| Email from James Tysse, Akin Gump Strauss Hauer & Feld LLP to HON Laura Taylor-Kale, Assistant Secretary of Defense (Industrial Base Policy) re Hesai Technology Co., Ltd.'s Erroneous and Improper Designation as a "Chinese Military Company" dated April 12, 2024 | Hesai ND AR 01702-01710 |
| Email from HON Laura Taylor-Kale, Assistant Secretary of Defense (Industrial Base Policy) to James Tysse, Akin Gump Strauss Hauer & Feld LLP re Hesai Technology Co., Ltd.'s Erroneous and Improper Designation as a "Chinese Military Company" dated April 18, 2024 | Hesai ND AR 01711-01713 |
| Defense One, *China Claims Breakthroughs in Autonomous Vehicles* | Hesai ND AR 01714-01716 |