IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY, CO., LTD, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

No. 1:24-CV-01381 (PLF)

**AMENDED CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Peter F. Atherton, certify as follows:

1. I currently serve as the Division Director – Investments and Economic Analysis Division, Global Investment and Economic Security (GIES) Directorate (GIES IEA), Office of the Assistant Secretary of Defense for Industrial Base Policy, Office of the Under Secretary of Defense for Acquisition and Sustainment, Department of Defense (DoD or the Department).

2. I have been with GIES as either a contractor or a GIES government employee since 2018. As a contractor, I served as the contract Deputy, Non-Notified Team (Committee on Foreign Investment in the United States (CFIUS)) and then as the contract Team Leader, Non-Notified Team (CFIUS). In September 2020, I was hired as government civilian employee and served as the Team Leader, CFIUS Non-Notified Team. In May 2021, I was named the Deputy Director for the CFIUS Non-Notified Team. GIES consolidated workload in June 2023. At that time, I was selected for my current position as Division Director – Investments and Economic Analysis Division. In my present role, I supervise the research and production of the list the Department prepares in compliance with Section 1260H of Public Law No. 116-283, the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Section 1260H list). The Section 1260H list identifies entities that are operating directly or indirectly in the United States that are a Chinese military company. As

such, I am authorized to certify as to the documents that were referenced by GIES in its analysis of companies that are listed on the Section 1260H list.

3. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4. Due to an administrative error during preparation of the administrative record that was provided to Plaintiffs' counsel on November 7, 2024, three documents directly or indirectly considered in connection with DoD's new decision to identify Plaintiffs on the Section 1260H list were inadvertently omitted from the administrative record.

5. I hereby certify to the best of my knowledge and belief that the documents in the attached revised administrative record and described in the attached amended certified list of the contents of the administrative record constitute a true, correct, and complete copy of the documents that were directly or indirectly considered in connection with DoD's new decision to identify Plaintiffs on the Section 1260H list.

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:

> Peter F. Atherton
> Division Director – Investments and Economic Analysis Division
> Global Investment and Economic Security (GIES) Directorate
> OASD for Industrial Base Policy, OUSD for Acquisition and Sustainment
> Pentagon 3C759
> Peter.F.Atherton.civ@mail.mil
> Office: 703.692-7660
> Mobile: 703.623-1554