UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the United States Department of Defense; Lloyd J. Austin III, Secretary of Defense, in his official capacity; and Laura D. Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, in her official capacity, respectfully move this Court to enter summary judgment for Defendants. This motion is accompanied by a statement of the specific points of law and authority that support the motion and a proposed order.

Dated: January 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

 /s/ Daniel Riess
DANIEL RIESS (TX Bar No. 24037359)
SAMSON COHEN (DC Bar No. 9004821)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 353-3098
E-mail: daniel.riess@usdoj.gov

1