UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' cross-motion for summary judgment, the opposition and reply thereto, and the applicable record, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that summary judgment is **ENTERED** for Defendants.

_____          _____
Date                                                                     Paul L. Friedman
                                                                              United States District Judge