# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.* <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc. hereby move to exceed this Court's reply-specific page limit with respect to their forthcoming combined reply in support of their motion for summary judgment and response to Defendants' cross-motion for summary judgment.

1. Pursuant to this Court's scheduling order, ECF No. 38, Plaintiffs intend to file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment on January 29, 2025.

2. This Court's rules prescribe separate page limits for an opposition and a reply absent prior approval of the Court. LCvR 7(e).

3. Defendants sought and obtained permission to exceed the page limit with respect to their combined cross-motion for summary judgment and opposition to Plaintiffs' motion. ECF No. 44. Although Plaintiffs are able to respond adequately to Defendants' cross-motion within the 45-page limit for an opposition, in order to file a single combined brief Plaintiffs respectfully request an extension of the 25-page limit for a reply.

4. Plaintiffs' combined brief will not exceed 40 pages.

5. Defendants consent to the requested extension.

Respectfully submitted,

Dated: January 23, 2025

   *s/ James E. Tysse*
James E. Tysse
  D.C. Bar No. 978722
Caroline L. Wolverton
  D.C. Bar No. 496433
Lide E. Paterno
  D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

*Counsel to Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*