## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.* <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

## PROPOSED ORDER

Upon consideration of Plaintiffs' unopposed motion to exceed page limits, it is hereby ORDERED that the motion is GRANTED. Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment shall not exceed 40 pages.

Dated: _____

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge