UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>                                  *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*<br><br>                                  *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' Cross-Motion for Summary Judgment, ECF No. 46. Upon consideration of the Cross-Motion, the briefing thereon, and the applicable record, it is hereby

**ORDERED** that Defendants' Cross-Motion is **DENIED**.

**SO ORDERED**.


Dated: _____, 2025


                                                            _____
                                                            HONORABLE PAUL L. FRIEDMAN
                                                            United States District Judge

1