UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Defendants hereby move to exceed this Court's page-limit requirement with respect to their forthcoming reply brief in support of their cross-motion for summary judgment ("Defendants' brief"). Defendants' brief will not exceed 30 pages. In support of this motion, Defendants state the following:

1. Defendants' brief is due February 12, 2025.

2. In order to respond fully to the arguments presented in Plaintiffs' opposition to Defendants' cross-motion for summary judgment, Defendants respectfully request an extension of page limits.

3. Plaintiffs do not oppose the requested extension.

Based on the foregoing, Defendants request that their unopposed motion to exceed page limits be granted. In accordance with the Local Rules of this Court, a proposed order is attached.

Dated: February 10, 2025          Respectfully submitted,

                                                         BRETT A. SHUMATE
                                                         Acting Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

 /s/ Daniel Riess
STEPHEN M. ELLIOTT (PA Bar # 203986)
DANIEL RIESS (TX Bar #24037359)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-3098
Fax:  (202) 616-8460
E-mail:  daniel.riess@usdoj.gov