UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion to exceed page limits, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants' reply brief in support of their cross-motion for summary judgment shall not exceed 30 pages.

_____        _____
Date                                                    Paul L. Friedman
                                                              United States District Judge