# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>         Defendants. | Civ. Action No. 1:24-cv-01381-PLF |

## JOINT APPENDIX PURSUANT TO LOCAL CIVIL RULE 7(n)

Pursuant to Local Civil Rule 7(n), Plaintiffs submit the attached Joint Appendix containing the "portions of the administrate record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion."  LCvR 7(n)(1).  The parties have conferred and agreed to the contents of this filing.

Dated:  February 14, 2025

Respectfully submitted,

 /s/ James E. Tysse
James E. Tysse, D.C. Bar No. 978722
Caroline L. Wolverton, D.C. Bar No. 496433
Lide E. Paterno, D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000

*Counsel for Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc.*