# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HESAI TECHNOLOGY CO., LTD, et al., | |
| Plaintiffs, | |
| v. | Civ. Action No. 1:24-cv-01381-PLF |
| U.S. DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

## JOINT APPENDIX

### Volume II of IV (Hesai ND AR 00367–01105)

BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

DANIEL RIESS (TX Bar No. 24037359)
SAMSON COHEN (DC Bar No. 9004821)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 353-3098
Email:  daniel.riess@usdoj.gov

*Counsel for Defendants*

James E. Tysse, D.C. Bar No. 978722
Caroline L. Wolverton, D.C. Bar No. 496433
Lide E. Paterno, D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Email:  jtysse@akingump.com

*Counsel for Plaintiffs*

**Joint Appendix Index**

                                                                **Bates No.**

**Volume I**

Action Memo for Deputy Secretary of Defense
from William A. LaPlante, USD(A&S), re Public
Reporting of Chinese Military Companies                 Hesai ND AR 00001–00004
Operating in the United States (including Attached
Notification Letters)

Notice of Designation of Chinese Military
Company, 89 Fed. Reg. 86230 (October 29, 2024)         Hesai ND AR 00005

Hesai Group Report (September 17, 2024)                 Hesai ND AR 00006–00024

Pitchbook, *Hesai Technology (NAS: HSAI)*               Hesai ND AR 00041–00077

SEC, *Hesai Group Form 20-F, 2023 Annual
Report*                                                 Hesai ND AR 00078–00366

**Volume II**

Hesai Website, *About Us*                               Hesai ND AR 00367–00370

Letter from James Tysse, Akin Gump Strauss
Hauer & Field, to Dr. Laura Taylor-Kale,
Assistant Secretary of Defense for Industrial Base      Hesai ND AR 00371–00395
Policy, dated March 8, 2024

Azo Optics website, *Understanding LiDAR: The
Evolution, Applications and Essential Optics for         Hesai ND AR 00396–00399
High-Performance Systems*

Hesai Technology Co., Ltd., *Prospectus for Initial
Public Offering of Stock and Listing on the*            Hesai ND AR 00400
*Science and Technology Innovation Board*               Hesai ND AR 00736
(Mandarin) (Excerpts)

Hesai Technology Co., Ltd., *Prospectus for Initial
Public Offering of Stock and Listing on the*
*Science and Technology Innovation Board*               Hesai ND AR 00826–01085
(English Translation)

National Development and Reform Commission,
*Intelligent Vehicle Innovation and Development*        Hesai ND AR 01086
*Strategy* (Mandarin) (Excerpts)                        Hesai ND AR 01090

1

| | |
|---|---|
| National Development and Reform Commission, *Intelligent Vehicle Innovation and Development Strategy* (English Translation) | Hesai ND AR 01096–01105 |

**<u>Volume III</u>**

| | |
|---|---|
| National Development and Reform Commission, *Report on the Implementation of the 2023 Plan for National Economic and Social Development and on the 2024 Draft Plan for National Economic and Social Development* | Hesai ND AR 01106–01179 |
| People's Daily, *"The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology* (Mandarin) | Hesai ND AR 01180–01181 |
| People's Daily, *"The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology* (English Translation) | Hesai ND AR 01182–01183 |
| Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology* | Hesai ND AR 01184–01186 |
| SEC, *Form F-1: Hesai Group* | Hesai ND AR 01187–01189 |
| CBDIO, *Full List of the fourth batch of national specialized, Sophisticated and innovative "little giants"* (Mandarin) | Hesai ND AR 01190–01298 |
| CBDIO, *Full List of the fourth batch of national specialized, Sophisticated and innovative "little giants"* (English Translation) | Hesai ND AR 01299–01408 |

**<u>Volume IV</u>**

| | |
|---|---|
| Shanghai Municipal Commission of Economy and Information Technology, *Announcement of the list of the fourth batch of Shanghai's specialized, sophisticated and innovative "little giants" enterprises* | Hesai ND AR 01409–01427 |
| Bloomberg, *China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War* | Hesai ND AR 01428–01431 |

| | |
|---|---|
| Yahoo, *Which Tech Firms Qualify as "Little Giants"? Beijing Releases Criteria for the Ideal Industrial Enterprise* | Hesai ND AR 01432–01437 |
| Hesai Website, *World Intellectual Property Day \| Hesai's ten years of independent innovation and global patent layout* | Hesai ND AR 01438–01445 |
| Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award* (Mandarin) | Hesai ND AR 01446–01449 |
| Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award* (English Translation) | Hesai ND AR 01450–01453 |
| SAE-China Website, *Constitution of the Society of Automotive Engineers of China* | Hesai ND AR 01454–01467 |
| CSET, *China Association of Science and Technology 2022 Budget* | Hesai ND AR 01468–01502 |
| Australian Strategic Policy Institute, *China Defence Universities Tracker: Tsinghua University* | Hesai ND AR 01503–01507 |
| Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests* (Mandarin) | Hesai ND AR 01508–01511 |
| Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests* (English Translation) | Hesai ND AR 01512–01524 |
| National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1)* (Mandarin) | Hesai ND AR 01525–01536 |
| National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1)* (English Translation) | Hesai ND AR 01537–01555 |

| | |
|---|---|
| China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry* (Mandarin) | Hesai ND AR 01556 |
| China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry* (English Translation) | Hesai ND AR 01557–01558 |
| China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading* (Mandarin) | Hesai ND AR 01559–01560 |
| China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading* (English Translation) | Hesai ND AR 01561–01563 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee* (Mandarin) | Hesai ND AR 01564-01572 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee* (English Translation) | Hesai ND AR 01573–01581 |
| Hesai Website, *China takes the lead in establishing ISO automotive LiDAR working group, with Hesai expert as group leaders* | Hesai ND AR 01582–01585 |
| National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* (Mandarin) | Hesai ND AR 01586–01590 |
| National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* (English Translation) | Hesai ND AR 01591–01599 |

| | |
|---|---|
| National Public Service Platform for Standards Information Website; *Automotive LiDAR performance requirements and test methods* (Mandarin) | Hesai ND AR 01600–01607 |
| National Public Service Platform for Standards Information Website; *Automotive LiDAR performance requirements and test methods* (English Translation) | Hesai ND AR 01608–01613 |
| Chongqing Daily, *Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder Li Yifan and Witnesses the Signing of the Contract* | Hesai ND AR 01614–01615 |
| CNEVPOST, *LiDAR-maker Hesai to set up software R&D Headquarters in Chongqing* | Hesai ND AR 01616–01621 |
| Nan'an District Science and Technology Bureau, *Interpretation of the "14th Five-Year Plan" for the development of scientific and technological innovation in Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing* | Hesai ND AR 01622–01628 |
| Sohu website, *With an investment of over 1 billion yuan, the Hesai Maxwell Intelligent Manufacturing Center project has been basically completed* | Hesai ND AR 01629–01640 |
| Gasgoo website; *Hesai's Maxwell Intelligence Manufacturing Center nears completion in Jiading District* | Hesai ND AR 01641–01642 |
| Smartautoclub website; *Hesai Technology will Bring a Variety of Latest High-performance LiDAR Models to the 2024 Beijing Auto Show* | Hesai ND AR 01643–01649 |
| Wenhui website, *Jiading Industrial Zone Military-Civilian Integration Industry Alliance was established and 24 key industrial projects were signed* | Hesai ND AR 01650–01651 |
| CNSENS website, *Radar Vision > Hesai* | Hesai ND AR 01652–01653 |
| CNSENS website, *About Us* | Hesai ND AR 01654–01655 |

5

| | |
|---|---|
| Beihang University, *Announcement of the bidding results of Hesai 32-line LiDAR of AI Research Institute* | Hesai ND AR 01656–01659 |
| Australian Strategic Policy Institute, *The China Defence Universities Tracker Report* | Hesai ND AR 01660–01667 |
| Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row* | Hesai ND AR 01668–01673 |
| Email from James Tysse, Akin Gump Strauss Hauer & Feld LLP to HON Laura Taylor-Kale, Assistant Secretary of Defense (Industrial Base Policy) re Hesai Technology Co., Ltd.'s Erroneous and Improper Designation as a "Chinese Military Company" dated April 12, 2024 | Hesai ND AR 01702–01710 |
| Email from HON Laura Taylor-Kale, Assistant Secretary of Defense (Industrial Base Policy) to James Tysse, Akin Gump Strauss Hauer & Feld LLP re Hesai Technology Co., Ltd.'s Erroneous and Improper Designation as a "Chinese Military Company" dated April 18, 2024 | Hesai ND AR 01711–01713 |
| Defense One, *China Claims Breakthroughs in Autonomous Vehicles* | Hesai ND AR 01714–01716 |

**HESAI**

中/ EN

About Us          Our Leadership          Milestones

Hesai Technology (Nasdaq: HSAI) is a global leader in lidar solutions. The company's lidar products enable a broad spectrum of applications including passenger and commercial vehicles with Advanced Driver Assistance Systems (ADAS), autonomous driving vehicles, and robotic applications such as last-mile delivery robots and AGVs. Hesai seamlessly integrates its in-house manufacturing process with lidar R&D and design, enabling rapid product iteration while ensuring high performance, high quality and affordability. The company has superior R&D capabilities across optics, mechanics, electronics, and software. Hesai has established offices in Shanghai, Palo Alto and Stuttgart, with customers spanning over 40 countries.

We use cookies to enhance your browsing experience, serve personalized content, and analyze our traffic. By clicking "Accept All", you consent to our use of cookies.

Customize    Reject All    Accept All

Hesai ND AR 00367



**5**

Offices in China, U.S., Germany

**1,020**

Employees

**70%**

R&D and Manufacturing Engineers

**400**

Granted Patents

**800**

Pending Patents

**90** Cities

**40** Countries

Awards

We use cookies to enhance your browsing experience, serve personalized content, and analyze our traffic. By clicking "Accept All", you consent to our use of cookies.

Hesai ND AR 00368

CAPA 2022 Mass-Produced Electronic Appliances Golden Award

**2022-12-24**

21st Century The Most Innovative Companies 50 in China 2022

**2022-12-12**

2022 EqualOcean China Top 100 Globalization Brand pioneers

Forbes China - Top 50 Innovative Company

We use cookies to enhance your browsing experience, serve personalized content, and analyze our traffic. By clicking "Accept All", you consent to our use of cookies.

Hesai ND AR 00369

Fortune China 2022 – 84 Most Socially Influential Startups in China

2022-07-29

KPMG China Leading Autotech 50 - 5th Edition - Autonomous Driving Field

2022-04-18

Learn More

Downloads    Newsroom    Investors    Company    Careers    Contact    Support    中文 / English



Copyright © 2023 Hesai Group. All Rights Reserved.    Privacy Policy  |  Warranty Policy

沪公网安备 31011802004149号 | 沪ICP备15056851号-2



We use cookies to enhance your browsing experience, serve personalized content, and analyze our traffic. By clicking "Accept All", you consent to our use of cookies.

Hesai ND AR 00370

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**James E. Tysse**
+1 202.887.4571/fax: +1 202.887.4288
jtysse@akingump.com

**CONFIDENTIAL**
March 8, 2024

**VIA E-MAIL TO ALL RECIPIENTS**

Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
   Industrial Base Policy
United States Department of Defense
3050 Defense Pentagon
Washington, D.C. 20301

Re:     **Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"**

Dear Assistant Secretary Taylor-Kale:

On behalf of Hesai Technology Co., Ltd. ("Hesai"), I am writing regarding the Department of Defense's harmful and erroneous January 31, 2024 inclusion of Hesai on the list of "Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)" ("1260H List" or the "List").[1]  Hesai requests both prompt notice of the Department's reasons for including Hesai on the 1260H List and, given the lack of any basis for that action, prompt removal from the List.

Regarding notice, Hesai received no warning or opportunity to be heard before being added to the 1260H List.  More than a month since publishing the List, the Department has provided neither a reasoned basis for its decision to include Hesai nor any specific and articulable facts supporting that decision.  Hesai requests the purported basis for the Department's action without delay so that it may assess whether the Department's listing decision was based on "the most recent information available," as Section 1260H(a) requires, or instead on faulty, inaccurate, or otherwise insufficient information.

As for removal, under Section 1260H(b)(3), the Department must make, on an "ongoing basis," "deletions" from its "most recent list" based on "the latest information available."  As demonstrated below and in the appended declaration of Hesai's CEO, there was and is no factual or legal basis for Hesai to be designated as a "Chinese military company."  Unless that error is promptly corrected, Hesai will have no choice but to pursue a judicial determination that the Department has acted contrary to Section 1260H, the Administrative Procedure Act, and the U.S. Constitution.

---

[1] https://media.defense.gov/2024/Jan/31/2003384819/-1/-1/0/1260H-LIST.PDF.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 2

## I.    BACKGROUND

### a.   Hesai's Founding and Growth in the United States

Hesai was started in San Jose, California in 2013 by three American-educated entrepreneurs.  To honor the company's American roots, the company's founders chose the name Hesai, a phonetic translation of "Jose" in Chinese.

Hesai is a publicly traded, privately controlled company.  Since February 9, 2023, Hesai has been publicly listed on NASDAQ: HSAI.  Hesai's major shareholders include companies and institutional investors in the United States, Germany, and other Western nations.  Hesai's founders maintain a 23% ownership stake in the company and hold super-voting shares which provide 75% of the voting power and control over the company's strategic decisions.  Neither the Chinese government nor the People's Liberation Army has any "golden" share or veto right over the company's decisionmaking.  As detailed further below and in the appended declaration, Hesai does not receive sovereign money or government benefits (beyond the treatment generally available to other technology companies, foreign and domestic), and does not sell or provide its technology to any military entity (Chinese or otherwise).

As a NASDAQ-listed company, Hesai's financials and its corporate leadership are open and transparent.  At the time of its IPO, Hesai's due diligence was led by Goldman Sachs, Morgan Stanley, and Credit Suisse (UBS).  Hesai utilizes Skadden Arps as its general corporate counsel and Deloitte, a PCAOB-approved outside auditing firm, to ensure that U.S. financial regulators have a continued level of transparency into the company's finances.

Hesai has sold its technology to over one thousand customers in the United States and around the world, including most major producers of, or contributors to, commercial and passenger vehicles, such as General Motors, Amazon's Zoox, Aurora, Nvidia, Nuro, and many more.[2]

Given that global reach, Hesai has established offices around the world.  Reflecting its client relationships with the American automotive industry, Hesai's U.S. subsidiary, Hesai Inc., employs over a dozen workers at locations in Palo Alto, California, and Detroit, Michigan.  Additionally, Hesai has been in advanced discussions to build a manufacturing facility in the United States—plans that are unfortunately now on hold due to the company's erroneous addition to the 1260H List.

---

[2] *See, e.g.*, Hesai Group, Form F-1, Registration Statement under the Securities Act of 1933, at 112 n.1 (Jan. 17, 2023), https://investor.hesaitech.com/static-files/a52326dc-263e-4565-b9d9-3c765859f49f; Nikkei Asia, *China extends lead in lidar tech crucial to self-driving cars*, Jan. 8, 2024, https://asia.nikkei.com/Business/Automobiles/China-extends-lead-in-lidar-tech-crucial-to-self-driving-cars (describing customers).



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
 Industrial Base Policy
March 8, 2024
Page 3

### b.  Hesai's Technology: Designed to Ensure Data Security and Privacy

LiDAR, or Light Detection and Ranging, is a method for determining the distance of an object or surface via lasers.  Its primary application is in autonomous vehicles or Advanced Driver Assistance Systems (ADAS), where LiDAR allows the vehicle system to create a three-dimensional picture to facilitate safe maneuvering and avoid crashes.

Hesai operates in, and leads, the LiDAR industry with a 47% share of the global market.[3]  Hesai's share of the global market for robotic cars (*i.e.*, "robotaxis") is even higher, at 67%.[4]  Indeed, 12 of the world's top 15 autonomous driving companies have used Hesai's technology as their primary LiDAR solution.[5]

Hesai's competitors include both U.S. and Chinese LiDAR companies.  Hesai's market position can be attributed to its strengths in innovation and safety, which are the result of the company's deep commitment to research and development.  Hesai's LiDAR technology offers best-in-class performance and quality, and has been fully certified to international automotive safety standards.

Notably, Hesai's LiDAR products do not—and indeed cannot—store or wirelessly transmit any images or information, ensuring data security.  Hesai's products do not have wireless, cellular, or Bluetooth capabilities.  Nor can Hesai's LiDAR store information through a cloud or be controlled remotely.  Rather, akin to a camera, Hesai's LiDAR images and other data are collected and then transmitted by a secure cable to the vehicle's onboard computer, and all images and other data are owned, stored, and controlled by the vehicle owner or manufacturer.  Neither Hesai nor any third party has access to those images and data.  In light of these and other safeguards, Hesai is the first LiDAR company to have been certified to international cybersecurity engineering standards for road vehicles by TÜV Rheinland, an international authoritative third-party testing and certification institution in Germany.[6]  Hesai's technology features have also been certified through a separate cybersecurity report by TÜV Rheinland and a teardown report by Dekra, the world's largest independent expert organization in the testing, inspection, and certification sector.[7]

---

[3]  Hesai, *Forbes: Hesai Dominates The Automotive LiDAR Market*, July 26, 2023, https://www.hesaitech.com/hesai-dominates-the-automotive-lidar-market/.

[4] Hesai, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row*, July 25, 2023, https://www.hesaitech.com/hesai-ranks-no-1-in-global-automotive-lidar-for-the-2nd-year-in-a-row/.

[5] Hesai Group, Form F-1, Registration Statement under the Securities Act of 1933, at 112 (Jan. 17, 2023), https://investor.hesaitech.com/static-files/a52326dc-263e-4565-b9d9-3c765859f49f.

[6] Hesai, *Hesai Becomes the First Lidar Company to Obtain ISO/SAE 21434 Automotive Cybersecurity Management Certification,* May 15, 2023, https://www.hesaitech.com/hesai-becomes-the-first-lidar-company-to-obtain-iso-sae-21434-automotive-cybersecurity-management-certification/.

[7] Hesai, *Hesai's Lidars Get Top Marks for Data Security*, Nov. 7, 2023, https://www.hesaitech.com/hesais-lidars-get-top-marks-for-data-security/.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 4

    The infographic below explains how all data from Hesai's LiDAR products are securely transmitted only to the vehicle to which the product is attached:



Further, Hesai's LiDAR products do not capture personally identifiable information such as human facial features, biometric data, or license plates, as shown below in the sample of an actual image taken with Hesai's LiDAR:

Hesai ND AR 00374



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 5



### c.  Hesai's Commitment to Freedom from State or Military Involvement

Because Hesai sells to the consumer market, Hesai's technology has never been designed for, evaluated for, or validated to military specifications.  In fact, the U.S. Department of Commerce's Bureau of Industry and Security has given Hesai's technology the classification of EAR99—meaning that it falls into the same category as most commercial and consumer goods and does not require a license for exports in most situations.[8]

Hesai's leadership is committed to doing everything within its power to ensure that its technology cannot be transferred to military entities (Chinese or otherwise).  Beyond not selling to the Chinese government or the People's Liberation Army, in recent years Hesai has taken aggressive steps to strengthen its sales-compliance framework more broadly.  For example, well before its addition to the 1260H List, Hesai implemented, with the assistance of U.S. counsel, a robust customer screening process to ensure that it does not sell its products to any entities on U.S. restricted parties lists or to any military end-user.  As noted above, Hesai's leadership is fully committed to independence from government control from any country, including China.  And the only benefits (such as tax breaks) the company accepts from the governments of the United States, China, and other countries are those generally available to any technology company, foreign or domestic.

---

[8] U.S. Department of Commerce, Bureau of Industry and Security, Office of Exporter Services, *Frequently Asked Questions to Export Licensing Requirements* at 5-6, 11 (revised Nov. 2018), https://www.bis.doc.gov/index.php/documents/pdfs/286-licensing-faq/file#:~:text=EAR99%20is%20a%20 classification%20designation,%2C%E2%80%9D%20is%20a%20shipment%20designation.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 6

### d. Hesai's Surprise Addition to the 1260H List

On January 31, 2024, the Department designated Hesai as a "Chinese military company" on the 1260H List without any prior notice or opportunity to be heard. Since then, the Department has provided no public explanation that allows Hesai, its investors, or anyone else to understand the basis of the Department's decision. In fact, while Section 1260H(b)(2) mandates that the Department "publish the unclassified portion of [the 1260H List] in the Federal Register" "[c]oncurrent" with its release of the List, the Department appears to have failed to comply with even that threshold statutory command.

Significantly, Hesai's listing comes during a sustained, malicious lobbying campaign by Hesai's competitors to falsely smear the company as associated with the Chinese military. For example, the "Lidar Coalition," a group made up mostly of U.S. LiDAR companies and Hesai's competitors,[9] has openly stoked fears of—and lobbied against—Chinese LiDAR companies, especially Hesai. One of Hesai's chief U.S. competitors, Ouster, spent over $800,000 on lobbying in 2023 alone.[10] This commercially driven campaign even led to baseless letters from senators representing the home state of another of Hesai's competitors, Luminar. Mainstream media outlets have reported that purported national-security concerns over companies like Hesai may simply be the result of a "self-interested attempt to handicap overseas rivals" by the "struggling" U.S. LiDAR industry.[11]

Hesai has suffered serious reputational injury, a significant drop in stock price, and lost business opportunities in the weeks since the listing. The company's placement on the List has jeopardized ongoing contract negotiations and disrupted existing and potential customer relationships at a particularly sensitive period for the industry, when automobile companies are making crucial decisions about the technology to be used in future models. Hesai's share price fell over 30% in a single day following the listing,[12] and its share price remains well below its historical value—at a time when the values of other NASDAQ technology companies have been surging. Hesai has also been subject to sustained and damaging press attention that now falsely describes Hesai as an entity that is "helping" and "aiding" the Chinese military.[13]

---

[9] *See, e.g.*, Velodyne Lidar, *Velodyne Lidar Founding Member of Lidar Coalition to Enhance Roadway Safety*, June 9, 2022, https://velodynelidar.com/blog/velodyne-lidar-founding-member-of-lidar-coalition-to-enhance-roadway-safety/.

[10] Open Secrets, *Client Profile: Ouster, Inc.*, https://www.opensecrets.org/federal-lobbying/clients/summary?cycle=2023&id=D000096601 (last visited Mar. 7, 2024).

[11] Bloomberg, *Fears of Chinese Self-Driving Car Tech Are on the Rise*, July 26, 2023, https://www.bloomberg.com/news/newsletters/2023-07-26/fears-of-chinese-self-driving-car-tech-are-on-the-rise.

[12] MarketWatch, *Hesai Group Shares Drop 30% After Addition to 'Chinese Military Companies' List*, Feb. 1, 2024, https://www.marketwatch.com/story/hesai-group-shares-drop-30-after-addition-to-chinese-military-companies-list-94d9f343

[13] Reuters, *Pentagon calls out Chinese companies it says are helping Beijing's military*, Feb. 1, 2024, https://www.reuters.com/technology/pentagon-adds-companies-chinese-military-list-us-official-says-2024-01-31/; Bloomberg, *US Accuses Chinese Memory Chipmaker, AI Firms of Aiding PLA*, Feb. 1, 2024,



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 7

These and related harms underscore the urgency of Hesai's request, and the critical need for prompt correction of the Department's egregious mistake.

Beyond the harm to Hesai, the listing threatens the public interest. Hesai is the industry leader because the established and certified safety of its LiDAR technology is far superior to, and more reliable than, its competitors' unproven products. Until corrected, Hesai's continued presence on the 1260H List risks leaving the U.S. public with only unsafe, unreliable, and unsuitable alternatives at a time when LiDAR technology is becoming increasingly critical to the future of the American automotive industry. American roads will be more dangerous if Hesai's technology is restricted.

The listing also harms free and fair competition in the LiDAR market. Hampering a major supplier and innovator in the LiDAR space will increase costs and impede technological advancement. U.S. consumers will ultimately bear those consequences.

## II.    HESAI'S IMPROPER DESIGNATION AS A "CHINESE MILITARY COMPANY"

By law, the Department must justify its placement of Hesai on the 1260H List "based on the most recent information available." Hesai thus requests that the Department immediately provide to Hesai whatever information it relied on in placing the company on the List. In addition, Section 1260H(b)(3) commands that the Department make "ongoing revisions," including "deletion[s] to the most recent list . . . based on the latest information available." As explained below, the information described in (and appended to) this letter establishes that there is no justification for Hesai's continued designation as a "Chinese military company." The Department therefore has a statutory duty to remove Hesai from the 1260H List without delay.

### a.    Statutory Definition of a "Chinese Military Company"

Section 1260H provides an express statutory definition of a "Chinese military company," consisting of two distinct prongs. *First*, Section 1260H(d)(1)(B)(i)(I) defines a Chinese military company as "an entity that is . . . directly or indirectly owned, or beneficially owned by, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army or any other organization subordinate to the Central Military Commission of the Chinese Communist Party."

*Second*, Section 1260H defines a Chinese military company as an entity "identified as a military-civil fusion contributor to the Chinese defense industrial base." Section 1260H(d)(2), in turn, defines a "military-civil fusion contributor" as:

---

https://www.bloomberg.com/news/articles/2024-02-01/us-accuses-chinese-memory-chipmaker-ai-firms-of-aiding-military.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 8

(A)    Entities knowingly receiving assistance from the Government of China or the Chinese Communist Party through science and technology efforts initiated under the Chinese military industrial planning apparatus.

(B)    Entities affiliated with the Chinese Ministry of Industry and Information Technology, including research partnerships and projects.

(C)    Entities receiving assistance, operational direction or policy guidance from the State Administration for Science, Technology and Industry for National Defense.

(D)    Any entities or subsidiaries defined as a "defense enterprise" by the State Council of the People's Republic of China.

(E)    Entities residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from the Government of China through such enterprise zone.

(F)    Entities awarded with receipt of military production licenses by the Government of China, such as a Weapons and Equipment Research and Production Unit Classified Qualification Permit, Weapons and Equipment Research and Production Certificate, Weapons and Equipment Quality Management System Certificate, or Equipment Manufacturing Unit Qualification.

(G)    Entities that advertise on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China.

(H)    Any other entities the Secretary determines is appropriate.

As explained below, neither prong of the statutory definition provides any basis to designate Hesai as a "Chinese military company."

### b.    Hesai is Neither Owned by Nor an Agent of the People's Liberation Army or the Chinese Communist Party

The Department had no basis to determine that Hesai is directly, indirectly, or beneficially owned by, or an agent of, any arm of the People's Liberation Army, or any other organization subordinate to the Central Military Commission of the Chinese Communist Party.

With regard to ownership, Hesai is a publicly listed company on NASDAQ, and there is no evidence that a majority, or even a substantial portion, of its shares are directly or beneficially owned by entities that have any relationship to the People's Liberation Army or the Central Military Commission of the Chinese Communist Party.  Again, Hesai's founders own a substantial share—23%—of the company.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 9

Hesai's founders' shares are super-voting shares, affording them 75% dominant control over the company. The rest of Hesai's shares are owned by institutional and commercial investors, including from the United States and other Western countries. And as also noted, neither the Chinese government nor the Chinese military has any "golden" share or veto right over Hesai's actions.

Any allegation that Hesai (or its U.S.-educated leadership) is an "agent" of the People's Liberation Army or the Chinese Communist Party is entirely meritless. While Section 1260H does not define the term "agent," courts interpreting the same term in the context of other statutes regulating "agent[s] of a foreign government" have held that there must be—at the very least—an agreement by the agent to act on behalf, or subject to the control, of the foreign government. *E.g.*, *United States v. Rafiekian*, 991 F.3d 529, 539 (4th Cir. 2021).

As noted, Hesai has made deliberate efforts to operate independently of any governmental control and military influence, Chinese or otherwise: it does not accept non-generally available subsidies from the Chinese government (or any government), and it engages in a robust screening process to prevent sales to any military end-users or any entity on a U.S. restricted-parties list. Hesai has made no agreement with the Chinese government and is not subject in any way to its control. Thus, Hesai—a publicly traded company responsible to its board and shareholders (including countless U.S. shareholders)—cannot be deemed an "agent" of the People's Liberation Army or any other organization subordinate to the Central Military Commission of the Chinese Communist Party.

### c. Hesai is Not a "military-civil fusion contributor to the Chinese defense industrial base"

Nor is there any basis to conclude that Hesai is a "military-civil fusion contributor to the Chinese defense industrial base" under Section 1260H(d)(1)(B)(i)(II). The plain text and structure of Section 1260H demonstrate that an entity can be a "military-civil fusion contributor" only if it either (1) takes proactive steps to be involved in the Chinese government's military-civil fusion strategy,[14] or (2) receives some substantial amount of assistance, direction, or guidance from the Chinese government in an effort to aid the latter's military-civil fusion strategy. Hesai, however, has taken affirmative steps to *avoid* either form of involvement.

To start, while the term "contributor" is not defined in Section 1260H, courts have understood the term "contribute" to mean "lend assistance or aid in the common purpose" and to require proof of an "active role" in the conduct or effect that the statute is targeting. *See, e.g.*, *Hinds Investments, L.P. v. Angioli*, 654 F.3d 846, 850-851 (9th Cir. 2011). Accordingly, for an entity to be a "military-civil fusion contributor,"

---

[14] The Department has described the Chinese government's military-civil fusion strategy as "systematically reorganizing the Chinese science and technology enterprise to ensure that new innovations simultaneously advance economic and military development." U.S. Department of State, *The Chinse Communist Party's Military-Civil Fusion Policy*, https://2017-2021.state.gov/military-civil-fusion/.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 10

the entity must take an active role in some way—whether it be in the form of providing technology, services, expertise, or assistance—that furthers the Chinese government's military-civil fusion strategy.

The enumerated list of examples provided in Section 1260H confirms this understanding of "contributor." Each of these examples falls into one of two clear buckets. In the first are entities that themselves are providing or attempting to provide assistance to the Chinese government's military-civil fusion strategy. *See* Section 1260H(d)(2)(D) ("entities or subsidiaries defined as a 'defense enterprise' by the State Council of the People's Republic of China"), (E) ("[e]ntities residing in or affiliated with a military-civil fusion enterprise zone"), (G) ("[e]ntities that advertise on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China"). The second bucket contains entities that are all in a mutually beneficial relationship with the Chinese defense industrial base, such that they can be expected to play an active role in the military-civil fusion strategy. *See* Section 1260H(d)(2)(A) ("knowingly receiving assistance" from Chinese government or Chinese Communist Party), (B) ("affiliated with the Chinese Ministry of Industry and Information"), (E) ("residing in or affiliated with a military-civil fusion enterprise zone"), (F) ("awarded with receipt of military production licenses" from Chinese government).[15]

Section 1260H(d)(2)(H)'s grant of residual authority to the Department to designate other entities "the Secretary determines is appropriate" does not alter this conclusion. As a matter of law, the interpretation of a "residual phrase" must "give independent effect to the statute's enumeration of the specific categories" that precede that residual clause. *Circuit City Stores, Inc. v. Adams*, 532 U.S. 105, 114 (2001). Put another way, a "residual clause should be read to give effect to the terms" preceding it and "should itself be controlled and defined by reference to the enumerated categories . . . recited just before it." *Id.* at 115. As described above, the enumerated categories preceding the residual clause in Section 1260H(d)(2), like the common understanding of the term "contributor," all establish that the Department may designate as "military-civil fusion contributors" only those entities actively involved in furthering the Chinese government's military civil fusion strategy or receiving some amount of assistance, direction, or guidance from the Chinese government that furthers the China's military-civil fusion strategy.[16]

---

[15] In this context, the phrase "affiliated with" refers to "a company effectively controlled by another or associated with others under common ownership or control." *Xiaomi Corp. v. Dep't of Def.*, No. CV 21-280 (RC), 2021 WL 950144, at *6 (D.D.C. Mar. 12, 2021) (holding that "[t]he overwhelming weight of authority," including Department regulations, "supports this definition") (citing, *inter alia*, 32 C.F.R. § 232.3 (Defense regulation stating that an "affiliate" is "any person that controls, is controlled by, or is under common control with another person")).

[16] Constitutional avoidance principles support this interpretation, too. *See Zadvydas v. Davis*, 533 U.S. 678, 689 (2001) (describing this "cardinal principle" of statutory interpretation). The nondelegation doctrine prevents Congress from affording the Department unlimited listing discretion. Construing the seven enumerated examples as informing the scope of the Secretary's residual discretion to determine what listings are "appropriate" would provide the intelligible principle necessary to overcome nondelegation concerns. Even if there were any doubt, Section 1260H(d)(2) must be construed narrowly to avoid the constitutional question.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 11

Under the proper definition, Hesai cannot be considered a military-civil fusion contributor.  For one, Hesai does not fall within any of the seven enumerated examples of what constitutes a "military-civil fusion contributor," as it is not: (i) "knowingly receiving" any "assistance" from the Chinese government, much less assistance "initiated under the Chinese military industrial planning apparatus," Section 1260H(d)(2)(A); (ii) "affiliated with the Chinese Ministry of Industry and Information Technology," either officially or through any other informal relationships, Section 1260H(d)(2)(B); (iii) "receiving assistance, operational direction or policy guidance from the State administration for Science, Technology and Industry for National Defense," Section 1260H(d)(2)(C); (iv) "defined as a 'defense enterprise' by the State Council of the People's Republic of China," Section 1260H(d)(2)(D); (v) "residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from the Government of China through such enterprise zone," Section 1260H(d)(2)(E); (vi) "awarded with receipt of military production licenses by the Government of China," Section 1260H(d)(2)(F); or (vii) "advertis[ing] on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China," Section 1260H(d)(2)(G).

Nor does the residual clause provide a basis for classifying Hesai as a "military-civil fusion contributor."  Far from assisting the Chinese government's military-civil fusion strategy,  Hesai is a U.S.-traded public company that has taken deliberate steps to ensure that (1) it does not receive assistance, financial or otherwise, from any arm of the Chinese defense industrial base, (2) its leadership is unaffiliated with the Chinese military (or any arm of the Chinese government), and (3) its products are not sold, and may not be resold, to the Chinese military.  Indeed, Hesai has made conscious efforts to avoid any wrongful and reputationally devastating listing such as this one.  The Department has no basis to conclude that Hesai provides or attempts to provide assistance to the Chinese government's military-civil fusion strategy or is in any form of mutually beneficial relationship with the Chinese defense industrial base.

Finally, Hesai is not a contributor "to the Chinese defense industrial base."  That term, which is not defined in the statute, must have some meaning independent of "military-civil fusion contributor."  *See, e.g.*, *Duncan v. Walker*, 533 U.S. 167, 174 (2001) (explaining "duty" to "give effect, if possible to every clause and word of a statute" so no term is rendered "superfluous").  Because Hesai does not supply its technology to either the Chinese military or the Chinese defense industry more broadly, it does not contribute "to the Chinese defense industrial base"—yet another reason it cannot be considered a "Chinese military company" under Section 1260H.

### d.  No Evidence Supports A Contrary Determination

Because the Department has given Hesai no opportunity to be heard regarding its 1260H designation and has provided no reasoned basis for its decision, it is unclear what information, if any, the Department relied upon in erroneously determining that Hesai is a "Chinese military company."  Accordingly, Hesai has been forced to comb through publicly available information—some of which may have been planted or fomented by Hesai's competitors—and speculate as to the possible basis of the listing.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 12

    To the extent the Department may have relied on any of the publicly available sources described below to make its determination, none justifies the Department's January 31, 2024 designation decision. If the Department instead relied on different information, Hesai again requests that information immediately, so that Hesai can correct the record. Either way, the factual clarifications provided in this letter constitute the "latest information available" that the Department must address in abiding by its statutory responsibility to make "ongoing revisions," including "deletions," to its list of Section 1260H entities.

*i.  2023 Congressional Research Service Report*

    First, Hesai is aware of an August 14, 2023 report by the Congressional Research Service, titled "U.S.-China Competition in Emerging Technologies: LiDAR" ("CRS Report"). The majority of this two-page report speaks in general terms about the competitive dynamics between U.S. and Chinese LiDAR companies and the fact that LiDAR has both "civilian and military uses." Notably, the federal judiciary has held that such general concerns about a given industry or technology are not, without more, a sufficient basis for designating a Chinese competitor in that industry as an entity involved in the Chinese government's military-civil fusion strategy. *See Xiaomi Corp. v. Department of Defense*, 2021 WL 950144, at *8 (D.D.C. Mar. 12, 2021); *Luokung Technology Corp. v. Department of Defense*, 538 F. Supp. 3d 174, 189 (D.D.C. 2021).

    Apart from these general concerns about the Chinese LiDAR industry, the CRS Report also makes three specific assertions about Hesai. None of these statements is evidence, much less credible proof, that Hesai is in any way involved in the Chinese government's military-civil fusion strategy:

    (1)  "Hesai has a $98.4 million credit line to expand production in Shanghai and says it will use earnings from its 2023 U.S. initial public offering for acquisitions, research, and manufacturing."

    That Hesai, a company with operations in both the U.S. and China, has a credit line to expand its production capabilities in China is irrelevant to Section 1260H. The CRS Report does not assert that this credit line is provided by the Chinese government. In fact, and as noted above, Hesai has not taken any non-generally available subsidies or other money from governmental entities, Chinese or otherwise, and has no plans to do so.

    (2)  "Hesai makes autonomous warfighting vehicles for the miliary and is reportedly tied to the military's China Electronics Technology Group Corporation."

    The unfounded, uncited statement that Hesai "makes autonomous warfighting vehicles" is utterly false (and absurd). Hesai does not make any form of "autonomous warfighting vehicles"; it is solely a LiDAR supplier for *commercial and passenger* vehicles. Although neither Hesai nor any other LiDAR company (foreign or domestic) can completely control products on the re-sale market, as noted, Hesai's products are classified by BIS as EAR99, which means its products are not specially designed for military



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 13

use, and its technical parameters do not meet the standards to be export-controlled by the Department of Commerce.  Moreover, as previously explained, Hesai has strong controls in place to prevent sales of its technology to military end-users.

The CRS Report's vague and unsubstantiated statement that Hesai is "reportedly tied to the military's China Electronics Technology Group Corporation" ("CETC") is severely misleading (and outdated).  While the CRS Report provides no further detail or citation, Hesai believes that this statement refers to the fact that a CETC research institute was once one of more than 2,000 suppliers that Hesai previously contracted with for component parts.  That supply agreement with the CETC research institute was limited to optoelectronic parts purchased on the open market, and represented less than 0.5% of Hesai's total volume of component parts in 2022.  Immediately upon learning that CETC appeared on restricted lists, Hesai ended its relationship with the supplier in the first half of 2023.  Today, Hesai has no business relationship with CETC.

(3) <u>"PRC LiDAR firm Hesai has led China's efforts to develop national and global LiDAR standards."</u>

This statement is also deeply misleading.  The CRS Report appears to suggest that Hesai is cooperating with the Chinese government's "efforts to develop national and global LiDAR standards."  But as already stated, Hesai is not affiliated with the Chinese government and never applied for or took non-generally applicable financial subsidies or other payments from the government.  While Hesai readily acknowledges that it plays a key role in the development of national and global *commercial* LiDAR standards, this work is part and parcel of its business as a commercial market leader in LiDAR technology and is independent of any government influence.

*ii.  Hesai's 2023 F-1 Statement to the Securities and Exchange Commission*

Aside from the CRS Report, Hesai is also aware that specific SEC-required standard "risk factor" language in its financial filings regarding the Chinese government's authority has been taken out of context by third parties seeking to challenge Chinese LiDAR companies on an industry-wide level.  In particular, in an F-1 risk-factor statement filed with the U.S. Securities and Exchange Commission, Hesai represented that "the PRC government has significant authority in regulating our operations and may influence or intervene in our operations at any time."[17]  But this statement, which is required by the SEC for Chinese-listed companies, merely informs investors of the general risks of investing in companies based in China.[18]  Indeed, in the past few years, numerous other Chinese companies (across a variety of industries) were required by the SEC to include the same standard risk factor disclosure language in their reporting

---

[17] Hesai Group, Form F-1, Registration Statement under the Securities Act of 1933, at 7 (Jan. 17, 2023), https://investor.hesaitech.com/static-files/a52326dc-263e-4565-b9d9-3c765859f49f.

[18] *See* U.S. Securities & Exchange Commission, Sample Letter to China-Based Companies (modified Dec. 20, 2021), https://www.sec.gov/corpfin/sample-letter-china-based-companies.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 14

documents.[19]  To determine that Hesai is a "Chinese military company" based on this statement would effectively render every publicly traded Chinese company subject to such a designation—a position that the federal courts have decisively rejected.  *See, e.g.*, *Xiaomi*, 2021 WL 950144, at *8.  Moreover, it bears repeating that the Chinese government has *not* intervened in Hesai's operations or management decisions.

### III.    STATUTORY & CONSTITUTIONAL GROUNDS FOR REMOVAL

Based on the facts and information provided above, Hesai requests that the Department not only share the basis for its listing, but also remove Hesai from the 1260H List immediately.  Otherwise, given the ongoing harms Hesai is suffering, Hesai will have no choice but to seek judicial review to enjoin the Department's unwarranted designation of Hesai as a "Chinese military company."  In particular, Hesai will show that the Department's designation decision—and subsequent failure to remove Hesai based on the latest available information—violates Section 1260H, the Administrative Procedure Act, and the U.S. Constitution.

#### a.    The Department's Failure to Remove Hesai Would Violate Its Statutory Mandate

As described above, Section 1260H(b)(3) imposes on the Department the statutory responsibility to make "[o]ngoing revisions" to its listing decisions, including by making "deletions . . . based on the latest information available."  This direct statutory command requires the Department to remain continually responsive to new information and to correct or revise its prior designation decisions where appropriate. Here, the information provided in this letter constitutes the "latest information available" to the Department, and affirmatively demonstrates why any prior information that the Department may have relied upon no longer justifies Hesai's designation as a "Chinese military company."  The Department's failure to make the corresponding "deletion[]" from the Section 1260H List would thus be a violation of its statutory mandate.

#### b.    The Department's January 31, 2024 Designation of Hesai and Failure to Remove Hesai Violate the Administrative Procedure Act

As the Department is well aware, its listing decisions are subject to judicial scrutiny pursuant to the Administrative Procedure Act.  *E.g., Xiaomi*, 2021 WL 950144, at *8; *Luokung*, 538 F. Supp. 3d at 189. Accordingly, where the Department acts arbitrarily and capriciously, contrary to law, or without substantial evidence, its listing decisions will be set aside.  Here, the Department has provided neither a reasoned basis

---

[19] *See, e.g.*, New Ruipeng Pet Group Inc., Form F-1 (Jan. 23, 2023); Zepp Health Corporation, Form 20-F (April 24, 2023), Jayud Global Logistics Limited, Form 20-F (May 15, 2023); Lixiang Education Holding Co., Ltd., Form F-1 (Amended) (Sept. 27, 2023) (all using identical language); *see also, e.g.*, Clean Energy Technologies, Inc., Form S-3 (Amended) (Dec. 15, 2023); Quhuo Limited, Form F-3 (June 30, 2023); ECARX Holdings Inc., Form F-1 (May 12, 2023); ZEEKR Intelligent Technology Holding Limited, Form F-1 (Nov. 9, 2023) (all using materially similar language).

Hesai ND AR 00384



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 15

nor any evidence (much less substantial evidence) for its decision.  Given that Hesai has now provided the Department with facts clarifying previously available information and demonstrating why it is not a "Chinese military company," the Department's failure to address these facts would only exacerbate its errors.  *Genuine Parts Co. v. EPA*, 890 F.3d 304, 313 (D.C. Cir. 2018) (agencies cannot "ignore[e]" evidence "that is at odds with its conclusion").

      Further, as established above, because Hesai does not fall within the statutory meaning of a "Chinese military company," the Department has acted contrary to law and outside the scope of its authority.  Additionally, the Department's failure to explain its disparate treatment of Hesai compared to similarly situated competitors is yet another ground for setting aside its decision.  *See Baltimore Gas & Elec. Co. v. Federal Energy Regul. Comm'n*, 954 F.3d 279, 283 (D.C. Cir. 2020) (agency must "provide some reasonable justification for any adverse treatment relative to similarly situated competitors").

     **c.  The Department's Process and Claimed Statutory Authority Are Constitutionally Infirm**

      Hesai will also demonstrate the constitutional infirmities in both the specific manner by which the Department made its designation determination over Hesai and the broader authority that the Department purports to exercise over these listing decisions.  As to process, it is undeniable that Hesai was not given any notice or opportunity to be heard before the Department made its decision that formally prevents Hesai from bidding on Department contracts.[20]  *See Trifax Corp. v. D.C.*, 314 F.3d 641, 643-644 (D.C. Cir. 2004) (formal debarment "unquestionably constituted a deprivation of liberty" triggering due process protections); *Old Dominion Dairy Products v. Secretary of Defense*, 631 F.2d 953 (D.C. Cir. 1980) (Department's official blacklisting of corporation without process violated liberty interests); *see also Ralls Corp. v. Comm. on Foreign Inv. in the United States*, 758 F.3d 296, 312-321 (D.C. Cir. 2014) (entities have procedural due process rights even in context of national security determinations).  Separately, to the extent that the Department claims open-ended discretion to determine what entities constitute a "Chinese military company," such a claim would violate various constitutional principles, including the void-for-vagueness principle and the non-delegation doctrine.

<div align="center">***</div>

      Thank you in advance for your prompt consideration of the above information.  Hesai is available to work with the Department to facilitate the removal of Hesai from the 1260H List, including by meeting

---

[20] Beginning in 2026, Section 805 of the National Defense Authorization Act for Fiscal Year 2024 (Public Law 118-31) prohibits the Department from entering into contracts "for the procurement of goods, services, or technology" from any Section 1260H listed entity.  In 2027, that prohibition extends to contracts "for the procurement of goods or services that include goods of services produced or developed by" any Section 1260H listed entity.



Dr. Laura D. Taylor-Kale
Assistant Secretary of Defense for
  Industrial Base Policy
March 8, 2024
Page 16

at your earliest convenience.  In light of the ongoing harm Hesai is suffering, we respectfully request that you respond as soon as possible and no later than March 22, 2024.

Sincerely,

James E. Tysse


Enclosure: Declaration of David Yifan LI

CC:    Halimah Najieb-Locke
       Acting Principal Deputy Assistant Secretary of Defense for Industrial Base Policy
       United States Department of Defense

       Nicoletta Giordani
       Director of Global Investment and Economic Security
       United States Department of Defense

       I.K. Blanton
       Division Director, Policy and Engagement, Global Investment and Economic Security
       United States Department of Defense

       Caroline D. Krass
       General Counsel
       United States Department of Defense

## DECLARATION OF DAVID YIFAN LI

I, David Yifan LI, declare:

1.      I am a co-founder and the Chief Executive Officer of Hesai Technology and have been with the company since its start in California in 2013.  I received my Master's and Ph.D. degrees in mechanical engineering from the University of Illinois at Urbana-Champaign.

2.      This declaration is based on personal knowledge and information provided to me in my official capacity.

### History of Hesai and Its Present-Day Operations

3.      Along with two other American-educated entrepreneurs, Kai Sun and Shaoqing Xiang (each of whom has multiple degrees from Stanford University), we formed the idea of Hesai in San Jose, California in 2013.  My co-founders and I chose the name "Hesai," a phonetic translation of "Jose" in Chinese, to honor the company's American roots.  In 2014, my co-founders and I moved to Shanghai, where we formally incorporated the company.  All three of us remain directors of Hesai today.

4.      While the company's initial focus was on high-performance laser sensors used in natural gas and other industries, we shifted our primary business to the development, manufacturing, and sale of LiDAR products for the consumer automotive industry in 2016.

5.      Today, Hesai leads the LiDAR industry, with a 47% share of the global market as of 2022 and an even higher share of the L4 autonomous mobility market.[1]  The company's competitors include global players from the U.S., E.U., and Asia.

---

[1]  *See* Yole Intelligence, *LiDAR for Automotive 2023*, July 2023, https://www.yolegroup.com/product/report/lidar-for-automotive-2023/.

1

6. Hesai has sold its technology to over one thousand customers in the United States and around the world, including household names and most other major producers of, or contributors to, commercial and passenger vehicles globally.

7. Since February 9, 2023, Hesai has been publicly listed on NASDAQ.

8. Together, my co-founders and I maintain a 23% ownership stake in the company and also hold super-voting shares that provide approximately 75% of the aggregate voting power and control over the company's strategic decisions.

9. Hesai's major shareholders include companies and institutional investors in the United States, Germany, and other Western nations. As a publicly traded company, Hesai also has Chinese private investors, but these investors do not make up a majority of the company's shareholding, nor do they hold sufficient shares to exert control over the company's strategic decisions.

10. Hesai has several offices around the world. Its U.S. subsidiary, Hesai Inc., employs over a dozen workers at locations in Palo Alto, California, and Detroit, Michigan. Additionally, Hesai has been in advanced discussions to build a manufacturing facility in the United States—plans that are unfortunately on hold due to Hesai's wrongful addition to the 1260H List.

**Hesai's Commitment to Security and Transparency**

11. As a NASDAQ-listed company, Hesai's financials and corporate leadership are open and transparent. At the time of its IPO, Hesai engaged Goldman Sachs, Morgan Stanley, and Credit Suisse (UBS) to lead due diligence efforts. Currently, Hesai retains Skadden Arps as its general corporate counsel, and engages Deloitte, a PCAOB-approved auditing firm, to ensure that U.S. financial regulators have a continued level of transparency into the company's financials.

Hesai ND AR 00388

12.     Hesai is committed to ensuring data security and privacy with respect to its technology.  Hesai's LiDAR products do not—and indeed cannot—store or wirelessly transmit any images or information, capture personally identifiable information, or be controlled remotely. Neither Hesai nor any third party has access to the images and data collected by Hesai's LiDAR, which are transmitted by a secure cable to the vehicle's onboard computer.  These technology features have been certified by a cybersecurity report conducted by TÜV Rheinland (the leading international independent testing organization based in Germany, with expertise in safety, efficiency, and quality) and a teardown report conducted by Dekra (the world's largest independent expert organization in the testing, inspection, and certification sector).[2]

13.     Additionally, Hesai was the first LiDAR company to have obtained the ISO/SAE 21434 automotive cybersecurity management certification from TÜV Rheinland.[3]    That certification confirms the company's compliance with global regulatory requirements regarding information security and cybersecurity.

**Hesai's Deliberate Efforts to Avoid Military and Governmental Involvement**

14.     From Hesai's founding, Hesai's leadership has been committed to independence from governmental control and military influence (Chinese or otherwise).  Neither the Chinese government, the People's Liberation Army, nor any other organization subordinate to the Central Military Commission of the Chinese Communist Party has interfered with, or had any control over, Hesai's operations and management.

---

[2] Hesai, *Hesai's Lidars Get Top Marks for Data Security*, Nov. 7, 2023, https://www.hesaitech.com/hesais-lidars-get-top-marks-for-data-security/.

[3] Hesai, *Hesai Becomes the First Lidar Company to Obtain ISO/SAE 21434 Automotive Cybersecurity Management Certification*, May 15, 2023, https://www.hesaitech.com/hesai-becomes-the-first-lidar-company-to-obtain-iso-sae-21434-automotive-cybersecurity-management-certification/.

3

Hesai ND AR 00389

15.     For one, Hesai's technology has never been designed for, evaluated for, or validated to military specifications.  In fact, its products have been designated as EAR99 by the U.S. Department of Commerce, a category consisting of mostly consumer goods that do not require an export license in most situations.[4]

16.     Hesai has never sold its products to the Chinese government or the People's Liberation Army.  Hesai does not receive sovereign money or government benefits beyond the treatment generally available to other technology companies, foreign and domestic.

17.     In recent years Hesai has taken aggressive steps to strengthen its sales-compliance framework more broadly.  For example, well before its addition to the 1260H List, Hesai implemented, with the assistance of U.S. counsel, a robust customer screening process to ensure that it does not sell its products to any entities on U.S. restricted parties lists or to any military end-user.

18.     I have reviewed Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283).  Based on my extensive understanding of Hesai, its history, and its operations, I can state that the company does not meet any of the statutory listing criteria.

**Lobbying Against Hesai by Competitors**

19.     Despite Hesai's commitments to safety and security, I am aware that Hesai's competitors, especially those in the United States, including Ouster and Cepton, have resorted to

---

[4] U.S. Department of Commerce, Bureau of Industry and Security, Office of Exporter Services, *Frequently Asked Questions to Export Licensing Requirements* at 5-6, 11 (revised Nov. 2018), https://www.bis.doc.gov/index.php/documents/pdfs/286-licensing-faq/file#:~:text=EAR99%20is%20a%20 classification%20designation,%2C%E2%80%9D%20is%20a%20shipment%20designation.

4

Hesai ND AR 00390

stoking fears about Chinese LiDAR companies in general, and Hesai specifically—including by forming a self-named "LiDAR Coalition."[5]

20.    In my view, these competitors are blatantly exploiting anti-China sentiment in an attempt to paint Chinese LiDAR companies as a national security threat in order to obtain a competitive advantage against Hesai.  And indeed, these efforts have been publicly reported in mainstream media as an apparent attempt by Hesai's competitors to stop the "hemorrhaging" of their own business losses,[6] and a "self-interested attempt to handicap overseas rivals."[7]

21.    I am also aware that Hesai's competitors have directly lobbied American government officials.  For example, I am aware that a lobbying and communications firm sent an open letter to congressional staffers in November 2023 encouraging members of Congress to urge various federal departments to investigate Chinese LiDAR technology companies.

22.    Based on my observations, the public relations campaign and lobbying tactics have focused on two erroneous facts.

23.    First, seizing on the possibility that an unauthorized third-party recipient of LiDAR technology could potentially install LiDAR units on military vehicles—in the same way they may be used on civilian or commercial ones—U.S. competitors have insinuated that Hesai develops LiDAR devices for military uses.  As detailed above, that is simply not true.  Hesai is committed to ensuring that it does not sell its products to any military, it has instituted robust screening processes to ensure that restricted entities do not obtain its technology, and its products have

---

[5] *See, e.g.*, Hesai, *Hesai Technology, Lidars – The Active Seat Belt to Save Lives*, Nov. 2023, https://investor.hesaitech.com/static-files/2ae76546-a3f1-45b7-96fa-87e642712854.

[6]Politico, *The sensors in those self-driving cars have become an international dispute*, Dec. 28, 2023, https://www.politico.com/news/2023/12/28/auto-safety-tech-is-the-newest-front-of-the-u-s-china-trade-war-00130848.

[7] Bloomberg, *Fears of Chinese Self-Driving Car Tech Are on the Rise*, July 26, 2023, https://www.bloomberg.com/news/newsletters/2023-07-26/fears-of-chinese-self-driving-car-tech-are-on-the-rise.

Hesai ND AR 00391

received the same EAR99 designation by the Department of Commerce that is applied to a majority of commercial products.  Moreover, to the extent that such unauthorized installations occur, they could happen with any LiDAR manufacturer's technology—including that of Hesai's U.S. competitors.

24.    Second, U.S. competitors have also mischaracterized certain standard "risk factor" language included in Hesai's prior public filings.  For example, I am aware that they have mischaracterized a statement in Hesai's F-1 filing with the U.S. Securities and Exchange Commission, in which the company stated that "the PRC government has significant authority in regulating our operations and may influence or intervene in our operations at any time."  I have been informed by those involved in preparing this statement that it is standard language required by the SEC for Chinese-listed companies, and it merely informs investors of the general risks of investing in companies based in China.  To be clear, the Chinese government has not intervened in Hesai's operations or management decisions.

25.    The commercially driven smear campaign by Hesai's competitors has resulted in other misinformation in the public record.  For example, I am aware that a 2023 Congressional Research Service report states, without citation, that Hesai "makes autonomous warfighting vehicles."  That unsubstantiated assertion is utterly false (and absurd): Hesai does not make any form of "autonomous warfighting vehicles"; it only makes LiDAR for passenger and commercial vehicles.

26.    The same Congressional Research Service report states that Hesai is "reportedly tied to the military's China Electronics Technology Group Corporation" ("CETC").  That statement is severely misleading.  While a CETC research institute was once one of more than 2,000 suppliers from which Hesai had purchased products, that supply agreement (limited to

Hesai ND AR 00392

optoelectronic parts purchased on the open market) represented less than 0.5% of Hesai's total volume of component parts in 2022.  Immediately upon learning that CETC appeared on restricted lists, Hesai ended its relationship with the supplier in the first half of 2023.  Today, Hesai has no business relationship with CETC.

**Hesai's Placement on the Section 1260H List**

27.    On January 31, 2024, I learned that Hesai had been placed on the Department of Defense's January 31, 2024 list of "Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)" ("List").

28.    Hesai did not receive any prior notice or opportunity to be heard with regard to its placement on this List.

29.    As of the date of this declaration, Hesai still has not been provided with any information or explanation for the Department's decision to designate it a "Chinese military company"—and has had no opportunity to assess what credible information, if any, the Department has relied upon in making its decision.

30.    Hesai's current and potential investors have expressed concern to me and others about Hesai's placement on the List.  Because of the complete absence of information about the Department's decision, however, Hesai has not been able to explain to these parties why it has been included or what steps it can take to facilitate its removal.

31.    The listing is causing Hesai serious reputational injury.  For example, Hesai has been subject to sustained and damaging press attention that now falsely describes Hesai as an entity that is "helping" and "aiding" the Chinese military.

7

32.    Hesai's share price fell over 30% in a single day following the listing, and its share price remains well below its historical value—at a time when the values of other NASDAQ technology companies have been surging.

33.    The listing has also threatened Hesai's business opportunities in the weeks since the listing.  The company's placement on the List has jeopardized ongoing contract negotiations and disrupted existing and potential customer relationships at a particularly sensitive period for the industry, when automobile companies are making crucial decisions about the technology to be used in future models.

34.    As noted, the listing has forced plans for a Hesai manufacturing facility in the United States to be put on pause.

*****

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of March 2024, in Shanghai, China.

David Yifan LI

An AZoNetwork Site

About    News    Articles    Equipment    Videos    Directory    Interviews    More...

Search...

Ask our AI Assistant

# Understanding LiDAR: The Evolution, Applications, and Essential Optics for High-Performance Systems

Download PDF Copy    View Supplier Profile    Request Quote

Sponsored by Avantier Inc.                                            Jun 18 2024
Reviewed by Andrea Salazar

**Optics for LIDAR and sensing have become much more affordable over the past decade, with this useful technology currently accessible to almost anyone. The newer iPhone Pro can even function as a handheld LiDAR system, though this is currently less of a practical tool and more of a novelty application.**

Light Detection and Ranging (LiDAR) was introduced in 1961, shortly after the invention of the laser. LiDAR was initially developed to track satellites by measuring the time taken for a laser signal to return to the source device.

In 1971, a LiDAR altimeter was employed in mapping the surface of the moon, but this device was huge, costly, and did not provide accurate results.

This key photonic technology is now utilized in thousands of applications, with improved LiDAR technology seeing uses in map creation, the investigation of archaeological sites, and as a means of detecting the surroundings of autonomous vehicles.

This article explores the fundamental principles of LiDAR and outlines the requirements of a successful, high-performance LiDAR system.

## What is LiDAR?

A LiDAR system is a photonic analogy of radar. Where radar uses soundwaves to detect objects, LiDAR uses light from a precisely directed, rapidly firing laser being bounced off terrain or a specific object.

As the light returns, time of flight calculations are performed to determine the exact distance between two points. This information can then be used to generate detailed topographical maps or three-dimensional models.



Hesai ND AR 00396

## Trending News Stories



**All-Optical Switch Enables Faster Fiber-Optic Communication**



**MKS Announces Ophir® Helios Pro Industrial Power Meter for Optimizing Li-Ion Battery Welding and Other High Power Laser Production Applications**



**Quantum Leap in Sensor Technology**



**Laser Oscillator Achieves Unprecedented Power and Precision**



**Revolutionizing Diagnostics: Laser-Enhanced Lateral Flow Assays**



Non-scientific applications will generally utilize 800–1000 nm lasers, but these wavelengths can be damaging to the human eye, so extra care must be taken under these circumstances.

Er-doped fiber 1550 nm lasers are the most commonly used option for a range of military applications, because these are fairly harmless to the human eye and cannot be seen by night vision goggles.

These lasers are also a popular choice in topography mapping, distance measuring, and obstacle avoidance, but their reliance on InGaAs sensors makes them less affordable than lower-wavelength lasers used in other LiDAR applications.



*LiDAR can use eye safe Er -doped fiber 1550 nm lasers to generate topographic maps like these. Image Credit: Avantier Inc.*

Underwater and bathymetry applications necessitate the use of a laser that exhibits sufficient transmission in pure water and limited backscattering from the small particles found in seawater.

For these applications, 534 nm frequency-doubled diode-pumped YA lasers are a good choice. These lasers are able to penetrate water with minimal attenuation.

Airborne topographic mapping applications benefit from the use of 1064 nm diode-pumped YAG lasers.

A number of other laser parameters are particularly relevant to LiDAR setups, including laser power consumption, pulse repetition rate, and beam divergence.

Users will also need to choose between flash LiDAR - whereby the whole field of view is illuminated at once - or more traditional scanning LiDAR, which surveys the field of view on a point-by-point basis.

## Controlling the Spectral Width with Bandpass Filters

A laser at 1064 nm is typically used for long-range airborne LiDAR systems, but this presents a particular challenge due to the high levels of background noise generated by the sun's radiance. Signal to noise ratio can be improved in this setting by fitting a narrow bandpass filter to the LiDAR receiver.

A robust filter that is able to perform consistently and reliably is necessary when working in harsh environmental conditions. Multilayer thin film coatings that are able to accommodate transmission and narrowly match the laser wavelength are typically utilized.

Hesai ND AT 00397



About    News    Articles    Equipment    Videos    Directory    Interviews    More...

An AZoNetwork Site

Ask our AI Assistant

Avantier focuses on custom optics solutions that are tailor-made to meet customers' exact specifications. There is no one-size-fits-all option in the LiDAR field, with ready-made solutions rarely proving suitable for a given application.

In most cases, it is advisable to work with experienced optical engineers and designers to develop a custom-made system to meet precise specifications.

## Acknowledgments

Produced from materials originally authored by Avantier Inc.



This information has been sourced, reviewed and adapted from materials provided by Avantier Inc.

For more information on this source, please visit Avantier Inc.

Download PDF Copy    View Supplier Profile    Request Quote

Citations

Ask A Question

Do you have a question you'd like to ask regarding this article?

Leave your feedback

Login

Public Question    Private Question to Supplier

Submit

**More Content from Avantier Inc.**



**Understanding Achromatic Lenses: Benefits, Drawbacks and When to Use Them**



**Precision Engineered Optical Domes for Demanding Applications**



**Understanding Chief Ray Angle**

**Other Sites from AZoNetwork**

AZoM                AZoSensors
AZoNano             AZoQuantum
AZoRobotics         AZoAi
AZoCleantech        News Medical

**Useful Links**

News        Books        About
Articles     Events       Search
Equipment    Materials     Become a Mer
Videos       Applications   Newsletters

Hesai ND AR 00398



An AZoNetwork Site



Ask our AI Assistant

 

AZoOptics.com - An AZoNetwork Site
Owned and operated by AZoNetwork,

Hesai ND AR 00399

> **科创板风险提示**
>
> 本次股票发行后拟在科创板市场上市，该市场具有较高的投资风险。科创板公司具有研发投入大、经营风险高、业绩不稳定、退市风险高等特点，投资者面临较大的市场风险。投资者应充分了解科创板市场的投资风险及本公司所披露的风险因素，审慎作出投资决定。

# 上海禾赛科技股份有限公司

（Hesai Technology Co., Ltd.）

上海市嘉定区新徕路 468 号园区二号楼



# 首次公开发行股票并在科创板上市

# 招股说明书

# （申报稿）

保荐机构（主承销商）



（深圳市前海深港合作区南山街道桂湾五路128号前海深港基金小镇(B7栋401)）

| 项目 | 2020 年 1-9 月 | 2019 年度 | 2018 年度 | 2017 年度 |
|---|---|---|---|---|
| 营业外收入合计 | 8.06 | 4.07 | 0.67 | 0.11 |

注：根据 2017 年 5 月修订后的《企业会计准则第 16 号——政府补助》，公司将与日常经营活动相关的政府补助计入其他收益或冲减相关成本费用，并在利润表中单独列报；公司将与企业日常经营活动无关的政府补助，计入营业外收入。根据修订后准则的要求，对 2017 年 1 月 1 日至本准则施行日之间新增的政府补助进行追溯调整计入其他收益，对 2017 年以前发生的政府补助不再进行追溯调整。

报告期内，公司其他收益分别为 224.34 万元、379.08 万元、1,106.34 万元及 563.75 万元，占营业收入比例分别为 11.52%、2.85%、3.17% 及 2.23%。其他收益主要由政府补助、递延收益摊销构成。

报告期内，政府补助的具体情况如下表所示：

单位：万元

| 项目 | 2020 年 1-9 月 | 2019 年度 | 2018 年度 | 2017 年度 |
|---|---|---|---|---|
| 上海市商务委员会-公平贸易项目补贴 | 100.00 | - | - | - |
| 嘉定工业区科学技术委员会-高增长资助 | 80.00 | - | - | - |
| 嘉定工业区财政扶持资金 | 94.20 | 56.60 | 15.90 | 1.50 |
| 嘉定工业区管理委员会-高层次/紧缺人才补贴 | 76.16 | 355.95 | 320.45 | 141.70 |
| 知识产权专利资助费 | 42.85 | - | 0.37 | - |
| 小巨人计划奖励 | 30.00 | - | - | - |
| 嘉定工业区科学技术委员会-股权投资资助 | 18.00 | - | - | - |
| 智慧城市专项补贴 | - | 100.00 | - | - |
| 上海市商务委员会-上海企业市场多元化专项资金 | 9.94 | 85.92 | - | - |
| 知识产权局-专利试点项目拨款 | - | 28.00 | - | - |
| 嘉定工业区科技进步奖 | - | 6.25 | - | - |
| 其他 | 112.60 | 13.62 | 42.36 | 1.55 |
| 合计 | 563.75 | 646.34 | 379.08 | 144.75 |

报告期内，公司取得的政府补助分别为 144.75 万元、379.08 万元、646.34 万元及 563.75 万元，占营业收入的比例分别为 7.43%、2.85%、1.85% 及 2.23%，占比较低。

报告期内，其他收益中的递延收益摊销的具体情况如下表所示：

单位：万元

| 项目 | 2020 年 1-9 月 | 2019 年度 | 2018 年度 | 2017 年度 |
|---|---|---|---|---|

Hesai ND AR 00736

科创板风险提示

本次股票发行后拟在科创板市场上市，该市场具有较高的投资风险。科创板公司具有研发投入大、经营风险高、业绩不稳定、退市风险高等特点。投资者面临较大的市场风险。投资者应充分了解科创板市场的投资风险及本公司所披露的风险因素，审慎作出投资决定。

# 上海禾赛科技股份有限公司

（Hesai Technology Co., Ltd.）

上海市嘉定区新徕路215号同嘉国际二号楼



# 首次公开发行股票并在科创板上市

# 招股说明书

# （申报稿）

## 保荐机构（主承销商）



（深圳市前海深港合作区南山街道桂湾五路128号前海深港基金小镇B7栋401）

Hesai ND AR 00826

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

---

Statement: The company's issuance application is still subject to the relevant procedures of the Shanghai Stock Exchange and the China Securities Regulatory Commission.

This prospectus does not have the legal effect of issuing stocks and is only for pre-disclosure purposes.

The investment decision should be based on the formally announced prospectus.

---

## Statement

The issuer and all directors, supervisors and senior management personnel undertake that the prospectus and other information disclosure materials

The information does not contain any false records, misleading statements or major omissions, and the authenticity, accuracy and completeness of the information are guaranteed.

Bear individual and joint legal liability.

The controlling shareholder and actual controller of the issuer promise that this prospectus does not contain any false or misleading statements.

Any misrepresentation or major omission shall be strictly prohibited and the Company shall bear individual and joint legal responsibility for its authenticity, accuracy and completeness.

The person in charge of the company, the person in charge of accounting work, and the person in charge of the accounting agency shall ensure that the financial statements in the prospectus are

Financial accounting information is true and complete.

The issuer and all directors, supervisors, senior management, the issuer's controlling shareholders, and actual controllers

As well as the sponsor and the underwriting securities company's commitment to the issuer's prospectus and other information disclosure materials contain false

False records, misleading statements or major omissions that cause investors to suffer losses in securities issuance and trading.

Investors' losses will be compensated according to law.

The sponsor and the securities service agency promise that the documents they prepared and issued for the issuer's public offering are

If false records, misleading statements or major omissions cause losses to investors, investors will be compensated according to law.

loss.

Any decision or opinion made by the China Securities Regulatory Commission or the Exchange on this issuance does not constitute any

The authenticity, accuracy and completeness of the application documents and the information disclosed in them are not guaranteed, nor are they warranted by the

The profitability of the person, the value of the investment, or any substantive judgment or guarantee on the investor's return.

Any statement to the contrary is false and misleading.

According to the Securities Law, after the issuance of stocks, the changes in the issuer's operations and earnings shall be determined by the issuer.

Investors independently judge the investment value of the issuer, make investment decisions independently, and bear the

Bear the investment risks caused by changes in the issuer's operations and profits or changes in stock prices after the stocks are issued in accordance with the law.

Hesai ND AR 00827

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

## Important matters reminder

The Company particularly reminds investors to read this prospectus carefully before making investment decisions.

Please read the main text of the book and pay special attention to the following items.

## 1. Risk of accumulated unrecovered losses and continued losses when the company undergoes overall change and currently exists

During the reporting period, the company's net profit was -24.2723 million yuan, 16.1123 million yuan, -149.7335 million yuan respectively.

The net profit attributable to the shareholders of the parent company after deducting the non-recurring gains and losses was RMB 93.7975 million and RMB -93.7975 million respectively.

In 2018 and 2019, the total revenue was RMB-28,270,600, RMB7,874,600, RMB9,496,500 and RMB-109,099,000 respectively.

The net profit attributable to the parent company's shareholders after deducting non-recurring gains and losses in 2018 was positive.

As of the end of April 2020, the parent company's accumulated unrecovered losses were -222.6123 million yuan.

At the end of the year, the accumulated unrecovered losses at the consolidated level were -38.7385 million yuan.

The main reason is that the amount of R&D expenditure is high, and in 2020, due to the impact of the COVID-19 pandemic, some customers' purchases

Demand has temporarily slowed down. The company may continue to suffer losses and face the following risks in the future:

(I) Risk of not being able to make profits or distribute profits in a certain period of time in the future

As of September 30, 2020, the company's accumulated undistributed profits were -38.7385 million yuan.

The fifth extraordinary general meeting of shareholders in 2020 resolved that the company's accumulated unrecovered losses before the completion of this issuance and listing

The losses will be borne by the new and old shareholders after the issuance according to the shareholding ratio after the issuance is completed.

If the company fails to make a profit within a certain period after issuing shares and listing, it will not be able to distribute cash dividends, which may have a negative impact on shareholders.

This has had a certain degree of adverse impact on the investment returns of the Company.

2. Risk of revenue not growing as planned

During the reporting period, the company's operating income was RMB19.474 million, RMB132.8701 million and RMB348.4741 million respectively.

The company's future sales revenue growth mainly depends on the domestic and foreign unmanned driving,

The growth in demand for LiDAR in areas such as advanced driver assistance, robotics and connected vehicles, and the market for the company's products

competitiveness and the progress of strategic customer development, and the company has accumulated unrecovered losses and continued losses.

This may result in the company's financial situation being unable to meet its own needs in product development, marketing and sales.

If the market demand cannot maintain growth in the future, the company's products are replaced by competitors or strategic customers

If customer expansion is not as expected, the company's sales revenue will not be able to grow as planned, which will have a negative impact on the company's profits.

Beneficial impact.

1-1-2

Hesai ND AR 00828

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

(III) The company cannot guarantee profitability in the next few years and may face the risk of delisting after listing

The company may face continued losses and continued expansion of accumulated unrecovered losses in the short term after listing.

This may lead to the triggering of Article 12.4.2 of the Sci-Tech Innovation Board Listing Rules, i.e. the most recent accounting

The audited net profit before or after deducting extraordinary gains and losses for the year (including retrospective restatements) is negative, and the

The audited operating income (including retrospective restatements) for the most recent fiscal year is less than RMB 100 million, or the most recent

The audited net assets (including retroactive restatements) for the fiscal year are negative, which triggers the delisting conditions of the company.

According to the "Measures for Continuous Supervision of Listed Companies on the Science and Technology Innovation Board (Trial)", if a company meets the criteria for delisting, its stock

Directly terminate the listing.

(IV) Risk of product failure to gain customer recognition

In the future, the company will continue to carry out research and development activities and continuously develop products that meet customer needs, but if the company

The company's R&D activities fail or the operating conditions cannot support the company's continued R&D investment, and the products cannot meet customer needs,

The company's continued operations may be adversely affected by the lack of demand and recognition from customers, thus leading to losses.

The losses increased further.

(V) Restrictions on funding, business expansion, talent introduction, team stability, and R&D investment

Risk of or impact

If the company continues to make losses in the future and its external financing channels are restricted, it will affect its daily production and operations.

The cash flow required will help the company expand its business, market, talent, team stability, and research and development.

This will have an adverse impact on development investment, financial status and other aspects.

## II. Risks of special voting rights shares or similar special corporate governance arrangements

The company's joint controlling shareholders and actual controllers are Sun Kai, Li Yifan and Xiang Shaoqing.

The direct shareholding ratio is 30.03%, and through the employee shareholding platform Shanghai Leyi Technology Partnership (Limited Partnership)

The issuer controls 7.13% of the company's shares and together controls 37.16% of Hesai Technology's shares.

The third extraordinary general meeting of shareholders in 2020 held in September 2020 reviewed and approved the relevant proposals on setting up special voting rights.

The 108,120,166 shares held by Sun Kai, Li Yifan and Xiang Shaoqing are set as Class A shares.

The number of voting rights held by each Class B share is 5 times the number of voting rights held by each Class B share.

The company's joint actual controllers Sun Kai, Li Yifan and Xiang Shaoqing directly hold 68.21% of the company's voting rights.

The voting rights of the company jointly controlled by the actual controllers are 71.45%.

Voting rights or other means may have an adverse impact on the company's finances, personnel, development strategy, business decisions, etc.

Hesai ND AR 00829

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                            Prospectus

The interests of other shareholders may be harmed.

Under the special voting rights mechanism, the controlling shareholder and actual controller can decide the ordinary

Resolutions can also play a similar decisive role in special resolutions of shareholders' meetings, limiting the number of shareholders who are not shareholders of the controlling shareholder.

The influence of shareholders other than the actual controller on the issuer's major decisions through the shareholders' meeting.

If small and medium shareholders, including public investors, are not directly involved in the issuer's major decisions and are not in line with the controlling shareholders and actual

If the controller holds a different opinion and objects to the vote at the shareholders' meeting, there is a high possibility that the corresponding voting rights per share will be

The relatively significant difference in quantity without sufficient ability to have a substantial impact on the voting results of the shareholders' meeting.

In special circumstances, the interests of the company's controlling shareholder or actual controller may conflict with other shareholders of the company, especially

In particular, the interests of small and medium-sized shareholders are inconsistent, and there is a possibility of damaging the interests of other shareholders, especially small and medium-sized shareholders.

Specific settings related to special voting rights, prevention of abuse of special voting rights mechanism and protection of investors' rights

For details on measures to improve the interests of investors and the impact of special voting rights, please read Section 7 of this prospectus.

"Corporate Governance and Independence" - "Second, Situation of the Issuer's Special Voting Rights Shares".

## III. Risk of failure to meet the expected market value and financial indicators for listing

According to Article 11 of the Shanghai Stock Exchange Science and Technology Innovation Board Stock Issuance and Underwriting Implementation Measures,

"The issuer estimates that the total market value after the offering does not meet the market value and financial indicators clearly selected in the prospectus.

If the listing standards of the tender offer are not met, the issuance shall be suspended.

Article 24, Paragraph 1 of the Listing Standards of the Stock Exchange's Science and Technology Innovation Board Stock Issuance and Listing Review Rules states that "estimated market value"

If the total market value calculated after the company's preliminary inquiry is less than RMB 10 billion, then

There is a risk that the issuance may be suspended.

## IV. Profit distribution plan for accumulated profits before issuance

According to the resolution of the company's fifth extraordinary general meeting of shareholders in 2020, if the company's public offering of RMB

The application for ordinary shares (A shares) was approved by the Shanghai Stock Exchange and approved by the China Securities Regulatory Commission.

If the company completes the registration with the Management Committee and successfully issues the shares, the accumulated undistributed profits or accumulated

The unmade-up losses will be borne by all shareholders after the completion of this offering in proportion to their respective shareholdings in the company at that time.

Shared.

## V. Related Commitments

The Company reminds investors to read the following information:

Hesai ND AR 00830

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                   Prospectus

The technical personnel of the center, the sponsor of this issuance and the securities service institutions, etc., have made the commitments related to this issuance.

For the relevant specific commitments, please refer to Section 10 Investor Protection, Section 6.

Issuers, shareholders, actual controllers, directors, supervisors, senior managers, and core technical personnel of issuers

The important commitments made by the members, the sponsors of this issuance and the securities service institutions, and the failure to fulfill the promised covenants

The implementation of the binding measures and the commitments that have triggered the performance conditions.

## VI. Special reminder to investors to pay attention to the risk factors of the company and this issuance

The Company reminds investors to pay special attention to the following risks in the "Risk Factors" and read this prospectus carefully.

All contents of "Section 4 Risk Factors" in the Instructions for Use.

1. Patent-related litigation risks

In August 2019, Velodyne filed a lawsuit in the U.S. District Court for the Northern District of California and the U.S. District Court for the Northern District of California.

The International Trade Commission accused Hesai Technology of infringing its patents related to rotating LiDAR registered in the United States;

In 2017, Hesai Technology filed a lawsuit against Velodyne in the Regional Court of Frankfurt/Main, Germany, accusing Velodyne of

Infringement of its patents related to rotating laser radar registered in Germany; the following year, Hesai Technology

The Intellectual Property Court accused Velodyne of infringing its patents related to rotating lidar registered in China (hereinafter referred to as

referred to as "patent disputes").

On June 24, 2020, Hesai Technology and Velodyne signed the Litigation Settlement and Patent Cross-Licensing Agreement.

According to the Litigation Settlement and Patent Cross-License Agreement, Hesai Technology and Velodyne both

Deny infringement of the other party's patents and agree to cross-license the parties' existing and future patents worldwide

Taking into account the costs and opportunity costs of initiating and responding to international litigation, Hesai Technology agreed to file

Velodyne to pay settlement fee, including one-time patent license compensation and subsequent annual patent license payments

The agreement is valid until February 26, 2030. During the validity period of the agreement, both parties promise not to

The issuer shall not file any patent lawsuit against the other party in the field of rotating laser radar.

The protection period of the rotating lidar-related patent in the United States that Velodyne has accused of infringing will also expire, and Velodyne will

no longer be able to continue to accuse the issuer of infringement based on this patent.

As of the signing date of this prospectus, all legal proceedings for the aforementioned patent disputes have been terminated.

Pedestrian has paid patent license compensation and

Patent licensing fees: the agreement was performed normally and there was no breach of contract.

According to the legal opinion issued by foreign lawyers, Velodyne and Hesai Technology signed the Litigation Settlement and Patent Agreement.

Hesai ND AR 00831

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                        Prospectus

The Cross-Licensing Agreement does not have any provisions that would be deemed invalid due to violation of California or federal laws.

If Velodyne violates the agreement and unilaterally terminates the authorization during the term of the Litigation Settlement and Patent Cross-License

Agreement, the Issuer has the right to request the court or arbitration institution to require Velodyne to continue to perform the

line agreement.

Although the patent dispute between the company and Velodyne has been settled, with the rapid development of the lidar industry,

With rapid development and intensified competition, the possibility of the company having patent disputes or conflicts with other parties in the future cannot be ruled out.

If the company is ultimately found to be the party at fault in the relevant dispute or controversy or the relevant claim is not supported,

May have an adverse impact on the company's business development.

2. Technical risks

1. Risks of product technology route

According to the difference in ranging methods, laser radar is mainly divided into time-of-flight ranging method, coherent ranging method and

Triangulation ranging method; According to the difference in technical architecture, LiDAR is mainly divided into mechanical LiDAR, semi-solid

If the downstream industry market has a demand for laser radar technology route

This is significantly different from the technical route chosen by the company, which will have a certain impact on the downstream market demand for the company's products.

At the same time, if the company fails to timely and effectively develop and launch products that are compatible with future mainstream technology routes,

The new products will have an adverse impact on the company's competitive advantage and profitability.

2. Risk of R&D failure and inability to industrialize R&D results

During the reporting period, the company's R&D investment continued to increase, reaching RMB 29.4099 million, RMB 61.8393 million, and

168.3923 million and 163.1293 million, accounting for 151.02%, 46.54% and 48.32% of the operating income respectively

and 64.43%. The company is currently developing many projects with large investments. If the R&D projects

Unfavorable situations such as failure and inability to industrialize R&D results will have an adverse impact on the company's operating performance.

3. Risk of loss of core technical talents

The LiDAR industry is a technology-intensive industry, and the core competitiveness of enterprises lies in new technologies and new products.

The continuous independent innovation capability, continuous improvement of production technology, and efficiency improvement of production lines.

Employees are of great significance for the company to maintain its technological leadership and enhance its overall competitiveness.

If the company loses its core technical personnel in the future, or fails to attract qualified core technical personnel in time,

The addition of talented people will weaken the company's technological advantages and competitiveness in innovation, causing adverse effects on the company's production and operation.

Beneficial impact.

Hesai ND AR 00832

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

(III) Operational risks

1. Risk of market demand fluctuations

The LiDAR industry market is in its infancy. Although it has begun to be used in the field of autonomous driving,

The operation and development of the fleet and the market demand for lidar in ADAS, robotics, V2X and other fields.

If the growth rate of demand is slower than expected, it may lead to a decline in the demand for lidar, which will have a negative impact on the company's production and sales.

adversely affecting production operations.

Because many of the markets for LiDAR applications are new and growing rapidly, it is difficult to accurately predict the

The company is also looking to measure long-term customer adoption and demand for lidar products.

LiDAR will become the industry standard for automotive and other emerging markets, but its market adoption rate is uncertain.

If the market adoption rate achieved does not continue to grow, or does not develop as fast as the company expects, the company's business will

Be adversely affected.

2. Risk of industry competition

Faced with the good market prospects of LiDAR, there are many companies engaged in LiDAR at home and abroad.

If the company fails to continuously improve its core competitiveness, it may be at a disadvantage in future market competition.

There is a risk of declining market share due to intensified market competition.

Autonomous solutions for multiple industries including driverless driving, advanced driver assistance, robotics, and Internet of Vehicles

The sensor technology market is highly competitive, and the company has many competitors, either by providing lidar products directly

directly, or indirectly by attempting to use other technological solutions to achieve environmental perception.

The company faces competition from LiDAR companies, visual sensor companies, and first-tier suppliers in the automotive industry.

competition from other high-tech companies. Intense competition can lead to pricing pressure and reduced profits, and may cause the company to

Product sales were lower than expected.

(IV) Risk of declining gross profit margin

During the reporting period, the company's main business gross profit margins were 74.87%, 75.62%, 76.24% and 71.19% respectively.

During the reporting period, the company's main business gross profit margin was mainly affected by changes in product sales prices, raw materials

The impact of changes in material purchase prices, market competition, and product upgrades.

If there is a major adverse change in the factors, or the overall price of LiDAR decreases as it goes into mass production, the company's gross profit will

There is a risk that interest rates may decline, which could adversely affect the company's profitability.

Hesai ND AR 00833

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                    Prospectus

5. Risks caused by the novel coronavirus pneumonia epidemic

Since January 2020, outbreaks of novel coronavirus pneumonia have occurred in various parts of China and abroad. In the short term,

The company's operations were negatively affected, mainly due to production downtime losses, temporary slowdown in customer orders, and logistics delays.

As of the signing date of this prospectus, the company's various

Production and operation activities have been carried out normally and orderly. However, the company's operating performance from January to September 2020 was somewhat

The company has been affected to some extent by the epidemic, and the epidemic will further have a certain negative impact on its operating performance for the whole year of 2020.

Hesai ND AR 00834

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Overview of this offering

| | |
|---|---|
| Type of issued stock: | RMB common shares (A shares) |
| Number of shares issued: | The number of shares issued this time shall not exceed 63,600,000 shares (excluding over-allotment shares). The number of shares issued by the option (the number of shares issued by the option) shall not be less than the total number of shares after the completion of this issuance. 15%. The issuer and the lead underwriter have the right to exercise the over-allotment option. The number of shares issued by option shall not exceed the number of shares issued this time (excluding the number of shares issued by over 15% of the number of shares issued under the additional allotment option This offering does not involve the public sale of shares by the company's shareholders |
| Par value per share: | RMB1.00 |
| Issue price per share: | ÿÿYuan |
| Expected release date: | ÿÿYear ÿÿMonth ÿÿDay |
| Proposed listing stock exchange and board: Shanghai Stock Exchange Science and Technology Innovation Board |
| Total share capital after issuance: | Not more than 423.6 million shares (excluding over-allotment option) |
| Sponsor (Lead Underwriter): Huatai United Securities Co., Ltd. |
| Date of signing of prospectus: [year] [month] [day] | |

Hesai ND AR 00835

Shanghai Hesai Technology Co., Ltd.                                          Prospectus

Table of contents

**statement** ................................................. ................................................. ....................1

Important matters reminder .................................................................................2

   1. Risk of accumulated unrecovered losses and continued losses when the company undergoes overall change and currently exists................2

   II. Risks of special voting rights shares or similar special corporate governance arrangements...................................................................3

   III. Risk of failure to meet the expected market value and financial indicators listing conditions....................................................................4

   IV. Profit distribution plan accumulated before issuance...................................................4

   V. Related Commitments...................................................................................4

   VI. Special reminder to investors to pay attention to the risk factors of the company and this issuance.......................................................5

Overview of this issuance .................................................................................9

**Contents** ...........................................................................................10

Section 1 Interpretation .................................................................................15

Section 2 Overview .................................................................................22

   I. Basic Information of the Issuer and the Intermediary Institutions of this Issuance.................................................................22

   II. Overview of this issuance...................................................................22

   III. Issuer's main financial data and financial indicators during the reporting period....................................................24

   IV. Operation of the Issuer's Main Business....................................................25

   5. The issuer's technological advancement, model innovation, R&D technology industrialization and future development strategy

   .................................................................................................26

   VI. Issuer's compliance with the Sci-Tech Innovation Board's positioning.....................................................................................39

   VII. Specific listing standards selected by the issuer....................................................40

   8. Special arrangements for the issuer's corporate governance and other important matters...................................40

   IX. Use of raised funds...................................................................40

Section 3 Overview of this issuance .................................................................42

   I. Basic Information of This Issuance....................................................................42

   II. Parties involved in this issuance of shares.................................................................43

   III. Relationship between the Issuer and the Intermediary Institutions Related to the Issuance.................................................................44

   IV. Important dates for this issuance and listing..................................................44

Section 4 Risk Factors .................................................................................46

Hesai ND AR 00836

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

1. Risk of accumulated unrecovered losses and continued losses when the company is undergoing overall change and currently exists........46

2. Business Risks..............................................................................47

3. Technical Risks..............................................................................49

IV. Management and internal control risks................................................................50

V. Financial Risks..............................................................................51

VI. Legal Risks..............................................................................53

VII. Risks of special voting rights shares or similar special corporate governance arrangements.........................................................................................55

8. Risks Related to Investment Projects of Raised Funds....................................................56

IX. Risk of Failure of Issuance..............................................................................56

10. Other risks..............................................................................57

Section 5 Basic Information of the Issuer ....................................................59

I. Basic Information of the Issuer..............................................................................59

II. Establishment of the Issuer..............................................................................59

III. Major asset restructuring of the issuer during the reporting period......................................................85

IV. Listing/Quotation of Issuers in Other Securities Markets..............................................................85

V. Equity structure of the issuer..............................................................................85

VI. Information on the Issuer's Controlling Subsidiaries and Shareholding Companies.........................................................................................86

VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares.........................................................89

8. Issuer's Share Capital..............................................................................97

IX. Brief Introduction of Directors, Supervisors, Senior Management and Key Technical Personnel.........................................................................106

10. Directors, supervisors, senior managers and core technical personnel holding part-time jobs in other units........ 111

XI. Family Relationships among Directors, Supervisors, Senior Managers and Key Technical Personnel...........113

12. Significant agreements signed by directors, supervisors, senior management and key technical personnel and their implementation

Situation..............................................................................113

13. Changes and changes in directors, supervisors, senior management and key technical personnel in the last two years

Causes of Action..............................................................................113

14. Directors, supervisors, senior managers and key technical personnel and the issuer and its business related matters

Foreign Investment Situation..............................................................................115

15. Directors, supervisors, senior managers, key technical personnel and their spouses, parents, and spouse's father

Shares held by mother, children, and children's spouses in the issuer................................................116

Hesai ND AR 00837

Shanghai Hesai Technology Co., Ltd.                                                           Prospectus

16. Remuneration of Directors, Supervisors, Senior Management and Key Technical Personnel........117

XVII. Equity Incentive and Other Institutional Arrangements and Implementation Status....................................................118

18. Issuer's Employees.................................................................................127

Section 6 Business and Technology ...................................................................132

I. Issuer's main business, main products or services................................................................132

II. Basic information and competition situation of the issuer's industry....................................................154

3. Sales and Main Customers....................................................................193

IV. Procurement and Main Suppliers................................................................196

V. Issuer's Main Fixed Assets and Intangible Assets....................................................198

VI. The Issuer's Core Technology and R&D Status....................................................213

VII. Qualifications of the Issuer.................................................................242

8. Resource elements shared between the issuer and others.................................................................244

IX. Overseas operations and overseas assets of the issuer....................................................244

Section 7 Corporate Governance and Independence ....................................................246

I. Establishment of the issuer's general meeting of shareholders, board of directors, board of supervisors, independent directors and board secretary system

Health and Operation Status.................................................................246

II. Special Voting Rights Shares of the Issuer.................................................................250

III. Issuer's Agreement Control Structure.................................................................256

IV. Internal Control of the Issuer...................................................................256

V. Illegal and irregular behaviors of the issuer during the reporting period and the major penalties imposed on it....................................257

VI. The issuer's capital occupation and external guarantees during the reporting period....................................................................258

VII. The issuer has the ability to operate independently and continuously directly facing the market....................................................................258

8. Competition among peers.................................................................259

IX. Related parties and related transactions.................................................................261

Section 8 Financial Accounting Information and Management Analysis ....................................................273

I. Financial accounting statements.................................................................273

II. Audit Opinion of Accountants.................................................................277

III. Criteria for determining significant matters or materiality levels.................................................................277

IV. Factors Affecting the Issuer's Profitability or Financial Condition in the Reporting Period and in the Future....................................278

V. Basis of preparation of financial statements, scope of consolidated financial statements and changes....................................................................279

Hesai ND AR 00838

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

VI. Division Information..................................................................................280

VII. Significant Accounting Policies and Accounting Estimates.................................................280

8. Main tax policies, main taxes and tax rates paid..................................................313

IX. Statement of Non-recurring Profit and Loss..................................................................315

X. Main financial indicators of the issuer during the reporting period...................................316

XI. Profitability Analysis...............................................................................318

12. Financial Status Analysis.........................................................................340

13. Analysis of Debt-paying Capacity, Liquidity and Sustainable Operation Capacity..............................................355

XIV. Post-balance sheet events, contingencies, commitments and other significant events...........362

15. Future operating conditions and profitability development trends of the company..................................................363

Section 9 Utilization of raised funds and future development plan ...................................................366

I. Overview of Investment Projects of Raised Funds.................................................................366

II. Specific details of the projects invested with raised funds...................................................367

3. Corporate Strategic Planning....................................................................370

Section 10 Investor Protection ...............................................................373

I. Main arrangements for investor relations.................................................................373

II. Profit distribution policy after this issuance and listing..................................................374

III. Distribution Arrangement of Accumulated Profits before the Issuance of the Current Issue.........................................................................................377

IV. Establishment of the Issuer's Shareholder Voting Mechanism........................................................................................................377

V. Protection of investors with special voting rights, unprofitable shares, or accumulated unrecovered losses

Measures.....................................................................................378

VI. Issuers, shareholders, actual controllers, directors, supervisors, senior management personnel, core

The important commitments made by the technical staff, the sponsors of this issue and the securities service institutions, etc., have not been fulfilled.

Constraints of commitments and performance of commitments that have triggered performance conditions........378

VII. There are accumulated unrecovered losses, and various measures are implemented to protect the legitimate rights and interests of investors........410

Section 11 Other Important Matters ..............................................................412

I. Major Contracts.....................................................................................412

II. External Guarantees...............................................................................413

III. Major litigation and arbitration matters.....................................................413

IV. The controlling shareholder and actual controller of the issuer did not commit any major illegal acts during the reporting period................414

Hesai ND AR 00839

Shanghai Hesai Technology Co., Ltd.                                                                                                Prospectus

Section 12 **Statements of Directors, Supervisors, Senior Management and Relevant Intermediary Institutions.........415**

I. Statements of all directors, supervisors and senior management of the issuer...............................................................................................415

II. Statement of the Issuer's Controlling Shareholder and Actual Controller.................................................416

III. Sponsor (Lead Underwriter) Statement..................................................................417

IV. Issuer's Lawyer's Statement....................................................................419

V. Statement of Accounting Firm..................................................................420

VI. Statement of the Asset Appraisal Agency..................................................................421

VII. Statement of the Capital Verification Agency..................................................................422

8. Statement of the capital verification and review agency.................................................................423

Section 13 Annex ......................................................................424

1. Documents for inspection......................................................................424

II. Time and Place for Document Inspection..................................................................424

Hesai ND AR 00840

Shanghai Hesai Technology Co., Ltd.        Prospectus

## Section 1 Interpretation

| I. Basic terminology | | |
|---|---|---|
| issuer, company, Hesai Technology | Refers to | Shanghai Hesai Technology Co., Ltd. |
| Hesai Limited | Refers to | Shanghai Hesai Optoelectronics Technology Co., Ltd. |
| Hesai Instruments | Refers to | Shanghai Hesai Instrument Co., Ltd. |
| Ruigan Investment | Refers to | Shanghai Ruigan Investment Management Co., Ltd. |
| Shanghai Fermat | Refers to | Shanghai Fermat Enterprise Management Consulting Partnership (Limited Partnership) |
| Hedao Optoelectronics | Refers to | Shanghai Hedao Optoelectronics Technology Co., Ltd. |
| Shanghai Yazhan | Refers to | Shanghai Yazhan Enterprise Management Consulting Partnership (Limited Partnership) |
| Yazhan Technology | Refers to | Shanghai Yazhan Technology Co., Ltd. |
| Shanghai Linyi | Refers to | Shanghai Linyi Enterprise Management Consulting Partnership (Limited Partnership) |
| Linyi Optoelectronics | Refers to | Shanghai Linyi Optoelectronics Technology Co., Ltd. |
| Shanghai Leyi | Refers to | Shanghai Leyi Technology Partnership Enterprise (Limited Partnership) |
| Blue Dragon Consulting | Refers to | Shanghai Lanlong Enterprise Consulting Partnership (Limited Partnership) |
| Panda Consulting | Refers to | Shanghai Panda Enterprise Consulting Partnership (Limited Partnership) |
| Ningbo Leili | Refers to | Ningbo Leili Technology Venture Capital Center (Limited Partnership) |
| Jiangmen Venture Capital | Refers to | Ningbo Meishan Bonded Port Area Jiangmen Venture Capital Center (Limited Partnership) |
| Long-term investment | Refers to | Yuanzhan Equity Investment Management (Shanghai) Co., Ltd. |
| Far-sighted Huayao | Refers to | Hangzhou Yuanzhan Huayao Venture Capital Partnership (Limited Partnership) |
| Looking ahead to Fengyuan | Refers to | Ningbo Yuanzhan Fengyuan Equity Investment Fund Partnership (Limited Partnership) |
| Lightspeed Opportunity ÿ Lightspeed Opportunity Fund, L.P. | | |
| Lightspeed HS | ÿ | Lightspeed HSÿHKÿLimited |
| Light Select | ÿ | Light Select HS HK Limited |
| Guangyi Investment | Refers to | Shanghai Guangyi Investment Management Center (Limited Partnership) |
| Baidu China | Refers to | Baidu (China) Co., Ltd. |
| Bosch China | Refers to | Bosch (China) Investment Co., Ltd. |
| Gundam Investment | ÿ | Forward Sight Investment Limited |
| Rice Ventures | Refers to | Shenzhen Qianhai Rice Growth Venture Capital Fund Enterprise (Limited Partnership) |
| Moonstone | ÿ | Moonstone Investments Limited |
| Detong Investment | refer to | Suzhou Detong Hexin Venture Capital Partnership (Limited Partnership), formerly known as Shanghai Detong Hexin Equity Investment Fund Center (Limited Partnership) |
| QM116 | Refers to | QM116 Limited |
| Qiming Rongke | Refers to | Suzhou Industrial Park Qiming Rongke Equity Investment Partnership (Limited Partnership) |

Hesai ND AR 00841

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| | | |
|---|---|---|
| Qiming Rongying | Refers to | Suzhou Qiming Rongying Venture Capital Partnership (Limited Partnership) |
| Hexu Investment | Refers to | Tianjin Hexu Guyu Investment Partnership (Limited Partnership) |
| ZhenFund | ÿ | Zhen Partners IVÿHKÿLimited |
| Knollwood | ÿ | Knollwood Investment Fund LLC |
| A5J | Refers to | A5J Ltd |
| ON Semiconductor ÿ ON Semiconductor Benelux B.V. | | |
| BOCOM International | ÿ | BOCOM International Holdings Company Limited |
| Feiyu Investment | Refers to | Shanghai Feiyu Xinyan Investment Management Partnership (Limited Partnership) |
| Dinghe Investment | Refers to | Shenzhen Dinghe Chuangzhi Investment Partnership (Limited Partnership) |
| MC2 | Refers to | MC2 (Hong Kong) Limited |
| Hesai Trading | Refers to | Shanghai Hesai Trading Co., Ltd. |
| Suzhou Kunjie | Refers to | Suzhou Kunjie Optoelectronics Technology Co., Ltd. |
| Velodyne | Velodyne | Lidar USA, Inc. (formerly Velodyne Lidar, Inc.) |
| Stanford | ÿ | The Board of Trustees of the Leland Stanford Junior University |
| Robert Bosch GmbH ÿ Robert Bosch Limited Liability Company | | |
| Foreign lawyers | ÿ | Quinn Emanuel Urquhart & Sullivan, LLP/ K&L Gates LLP |
| Litigation Settlements and Patent Cross-Examination License Agreement | refer to | *LITIGATION* signed between the Issuer and Velodyne on June 24, 2020 *SETTLEMENT AND PATENT CROSS LICENSE AGREEMENT* |
| SEC | Securities | and Exchange Commission |
| CSRC/CSRC refers to China Securities Regulatory Commission | | |
| Shanghai Stock Exchange/Exchange/Securities Exchange Exchange | Refers to | Shanghai Stock Exchange |
| State Council | means the | State Council of the People's Republic of China |
| National Development and Reform Commission | Refers to | the National Development and Reform Commission of the People's Republic of China |
| Ministry of Industry and Information Technology | Ministry of | Industry and Information Technology of the People's Republic of China |
| Ministry of Finance | Ministry of | Finance of the People's Republic of China |
| Ministry of Commerce | Ministry of | Commerce of the People's Republic of China |
| Ministry of Science and Technology | Ministry of | Science and Technology of the People's Republic of China |
| Ministry of Ecology and Environment | Ministry of | Ecology and Environment of the People's Republic of China |
| General Administration of Customs | Refers to the | General Administration of Customs of the People's Republic of China |
| General meeting | The State | Administration of Taxation of the People's Republic of China |
| of shareholders, board of directors, supervisory Board of Directors | Refers to the | company's general meeting of shareholders, board of directors, and board of supervisors |
| Company Law | Refers to | the Company Law of the People's Republic of China |
| Securities Law | Refers to | the Securities Law of the People's Republic of China |
| Registration Management Measures | Refers to the | "Regulations on the Registration Administration of Initial Public Offering of Stocks on the Science and Technology Innovation Board (Trial Implementation)" |

Hesai ND AR 00842

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| | | |
|---|---|---|
| "Sci-Tech Innovation Board Listing Rules" refers to the "Shanghai Stock Exchange Science and Technology Innovation Board Stock Listing Rules" | | |
| This issue | Refers to the issuer's application for the initial public offering of A shares | |
| The prospectus for this | Refers to the issuer's application for the initial public offering of A shares and listing on the Science and Technology Innovation Board | |
| offering/the prospectus<br>Book | refer to | Shanghai Hesai Technology Co., Ltd.'s initial public offering and listing in the Science and Technology Innovation Listing Prospectus (Draft) |
| Articles of Association | Refers to the issuer's currently effective "Articles of Association of Shanghai Hesai Technology Co., Ltd." | |
| Articles of Association (Draft) | The Shanghai Hesai Technology Co., Ltd.<br>Articles of Association (Draft for Listing) | |
| A shares | refer to | Issued in China, listed on domestic stock exchanges and subscribed for in RMB<br>Common stock traded |
| Reporting period/last three years refers to 2017, 2018, 2019 and January to September 2020 | | |
| At the end of each reporting period | refer to | As of December 31, 2017, December 31, 2018, December 31, 2019<br>31 December 2020 and 30 September 2020 |
| Sponsor/Underwriter<br>Distributor/Huatai United | Refers to Huatai United Securities Co., Ltd. | |
| Commercial Law Firm/Issuer's Law Firm refers to Beijing Commercial Law Firm | | |
| Deloitte Touche Tohmatsu/Issuer Accounting<br>Analyst/Issuer's capital verification agency | Refers to Deloitte Touche Tohmatsu CPA Ltd. (Special General Partnership) | |
| Shenwei/Assessment Agency | Refers to Shanghai Shenwei Asset Appraisal Co., Ltd. | |
| Yuan, 10,000 yuan, 100 million yuan | Refers to RMB yuan, RMB ten thousand, RMB one hundred million | |
| 2. Professional Terminology | | |
| unmanned | refer to | The vehicle's onboard sensing system senses the road and other traffic participants' information.<br>The system automatically plans the driving route and controls the vehicle to reach the predetermined destination.<br>The technology does not require the driver's participation during the vehicle's driving. |
| RoboTaxi/RoboTruck ÿ | Driverless taxis/driverless trucks, renting out vehicles through driverless technology<br>The industry of vehicle passenger service or freight service. | |
| ADAS, Advanced Driver Assistance | Advanced Driving Assistance System, which is the pre-installed<br>Advanced driver assistance. By using laser radar, camera, millimeter wave radar,<br>Ultrasonic radar and other on-board sensors enable advanced driver assistance during vehicle driving<br>Functions include emergency automatic braking, adaptive cruise control, automatic following, etc. | |
| OEM, vehicle manufacturer | Refers to companies that assemble and produce complete vehicles, such as SAIC, GM, Toyota, etc. | |
| Tier 1 Companies | refer to | Tier 1 suppliers, who directly provide products to vehicle manufacturers<br>Companies such as Bosch, Valeo, Delphi, etc. |
| Original Equipment Market | refer to | The auto parts market that is already equipped when the vehicle leaves the factory is more<br>For auto parts that are installed later, the original equipment market needs to cooperate with the vehicle manufacturer or Tier 1 company.<br>Companies for collaborative development. |
| V2X, Internet of Vehicles | refer to | Vehicle to Everything, short for Internet of Vehicles, is a network of vehicles and external traffic environments.<br>The interactive objects include vehicles, infrastructure, the Internet,<br>People etc. |
| 2D LiDAR | refer to | Generally refers to a single-line laser radar that can obtain the target image on a horizontal plane with a single field of view.<br>The target object's orientation information and the target object's radial distance information. |
| 3D LiDAR | refer to | Generally refers to a multi-line laser radar that can obtain multiple horizontal planes with different field of view angles.<br>The target's orientation information and radial distance information. |
| ToF Ranging | refer to | Time of Flight, that is, time of flight ranging method. By recording a laser beam<br>The time difference between the pulse and the detector receiving the echo signal can directly calculate the distance between the target and the detector. |

Hesai ND AR 00843

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

| | | |
|---|---|---|
| | | Method for detecting the distance between sensors. |
| Triangulation | refer to | The system emits laser light at a certain angle to illuminate the target object, and then emits laser light at another angle to illuminate the target object. The reflected light is used to form an image, and the position of the object on the camera's photosensitive surface is determined by three The detection method of the target distance is derived based on the principle of angular geometry. |
| FMCW LiDAR | refer to | FMCW is the abbreviation of Frequency Modulated Continuous Wave, that is, FMCW laser radar refers to the use of frequency modulated continuous wave technology to A laser system with coherent detection. |
| MEMS Mirror | refer to | MEMS is the abbreviation of Micro-Electro-Mechanical System, which means microcomputer The MEMS micro-vibration mirror is a resonant scanning Scanning mirror, integrating micro-mirrors, MEMS actuators, and MEMS sensors Optical micro-electromechanical devices together. |
| OPA | refer to | Optical Phase Array is short for optical phase array, which is a method of The phase of each phase shifter in the device is adjusted, and the interference principle is used to realize the laser according to the characteristics Directional launch technology. |
| SenseTime Lingang Smart | Refers to | Shanghai SenseTime Lingang Intelligent Technology Co., Ltd. |
| Laser radar line number | refer to | Generally refers to the number of measurement lines in the vertical direction of the laser radar. The more lines, the higher the angular resolution. The stronger the ability to distinguish. |
| Distance measurement capability | Generally | refers to the maximum detection distance of the laser radar for targets with a low reflectivity of 10%. |
| The closest measurement distance | Refers to | the closest distance at which the LiDAR can output reliable detection data. |
| Ranging blind area | refer to | The range from the lidar housing to the nearest measuring distance. The optical radar cannot obtain effective measurement signals and cannot reflect the target information. Feedback. |
| Angle blind spot | refer to | The system cannot obtain information about areas that are not covered by the laser radar field of view. Target information within the domain. |
| Angular resolution | refer to | The angular interval between two adjacent detection points of the laser radar is divided into horizontal angle The smaller the angle interval between adjacent detection points, the better the resolution. The better the detail resolution of the target object. |
| Distance measurement accuracy | refer to | The difference between the data obtained by multiple tests of the laser radar on the object at the same distance The higher the precision, the smaller the random error of the measurement. |
| Distance measurement accuracy | refer to | The difference between the distance data detected by the laser radar and the true value, the higher the accuracy, the greater the difference. The higher the degree of consistency between the measurement results and the real data. |
| Dot frequency | Refers to | the number of detection points completed and acquired by the laser radar per second. |
| Anti-interference | refer to | Laser radar works in the same environment and uses other lasers of the same laser band The radar's ability to resist interference signals. The stronger the anti-interference ability, the more The lower the noise rate generated when the light radar works together. |
| Power consumption | Refers to | the electrical power consumed by the LiDAR system when it is in operation. |
| Multi-sensor calibration | refer to | Convert the measurement data obtained by multiple sensors in their respective local space coordinates to A unified spatial coordinate system process. |
| Multi-sensor synchronization | refer to | Align the local time coordinates of multiple sensors into a unified time coordinate process. |
| Wafer | refer to | The substrate for manufacturing integrated circuit chips. Because it is a crystalline material, its shape is round. Therefore, it is called a wafer. According to its diameter, it is mainly divided into 4 inches, 5 inches, 6 inches, 8 inches, Inch, 12 inches and other specifications. |
| Foundry | refer to | Wafer foundry is responsible for chip production, not chip design. Provide services to many design companies, such as TSMC, SMIC, etc. |
| CMOS Process | Refers to | the production process for manufacturing complementary metal oxide semiconductors. |

Hesai ND AR 00844

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| Term | | Definition |
|---|---|---|
| Chip packaging and testing | refer to | Packaging refers to the process of processing wafers into independent chips according to product models and functional requirements.<br>Process, testing refers to the testing process after packaging. |
| IC, integrated circuit, chip refers to | | Integrated Circuit is short for Integrated Circuit, which is a microelectronic device or component.<br>Semiconductor manufacturing process, which combines the transistors, resistors, and capacitors required in a circuit<br>The components such as the inductor and the connecting wires between them are all made in a small semi-<br>Conductor chip such as silicon wafer or dielectric substrate, then welded and packaged in a tube shell<br>Inside, it becomes an electronic device with the required circuit function. |
| Laser radar dedicated chip | | Chips designed and developed for LiDAR applications that can perform specific functions<br>It has strong specialization. |
| Multi-channel analog front-end chip | | A dedicated chip integrating multi-channel transimpedance amplifiers and high-speed analog switches.<br>It has functions such as independently adjustable channel bias, safety monitoring and protection, and saturation signal optimization. |
| SoC | refer to | SoC is the abbreviation of System on Chip, which means system on chip.<br>Detector, front-end circuit, waveform digitization, waveform algorithm processing and other modules can<br>It can realize photon input and point cloud output. |
| Laser | refer to | Refers to a device that emits laser light and can stimulate the emission and amplify light. |
| EEL | refer to | Edge Emitting Laser is short for edge emitting laser.<br>A semiconductor laser whose emission direction is parallel to the wafer surface. |
| VCSEL | refer to | Vertical Cavity Surface Emitting Laser<br>Laser. It is a semiconductor laser that emits lasers perpendicular to the surface of the wafer.<br>Optical device. |
| Luminous efficiency | | Refers to the electro-optical conversion efficiency of the laser. |
| detector | refer to | The photoelectric effect is used to convert optical signals into electrical signals to detect optical signals.<br>Measuring device. |
| APD | refer to | Avalanche Photo Diode is short for avalanche photodiode.<br>in the linear gain range. |
| SPAD | refer to | Single Photon Avalanche Diode is short for single photon avalanche diode.<br>Working in Geiger mode, it has single photon detection capability. |
| SiPM | refer to | Silicon Photo-Multiplier is short for silicon photomultiplier tube.<br>Hundreds or thousands of single-photon avalanche diode photodetector devices. |
| PDE | refer to | Photon Detection Efficiency is the abbreviation of photon detection efficiency. Definition<br>It is the detection count divided by the number of incident photons, which is used to characterize the detection of single-photon detectors.<br>efficiency. |
| LOVE | refer to | Trans-Impedance Amplifier is short for transimpedance amplifier.<br>After that, the current signal is converted into a voltage signal and amplified. |
| Discrete Devices | refer to | An independent component with a single function. Discrete devices and integrated circuits, sensors, and optical devices<br>The four major categories of semiconductors. |
| Parasitic parameters | refer to | When physically implementing the interconnection lines of electronic circuits or devices, non-ideal parameters are generated.<br>Quantities mainly include parasitic capacitance, parasitic resistance, parasitic inductance, etc. |
| Modulator | refer to | By using the electro-optical effect of the device to modulate the signal onto the optical carrier, it can be realized according to<br>A device that outputs optical signals with special regular changes. |
| Linear frequency modulated light source | refer to | Different from the fixed wavelength light source, by applying certain changes to the light source,<br>The frequency of light output by the light source varies linearly with the applied physical quantity. |
| External Cavity Lasers | refer to | A laser with a special structure, which adds<br>A resonator structure without gain can achieve better performance than ordinary lasers.<br>Superior performance, such as narrower line width, etc. |
| Silicon Photonics | refer to | The technology of using silicon-based platforms to prepare integrated optoelectronic devices is more<br>Optical components made from discrete devices or other semiconductor platforms have the advantages of cost, integration and<br>Advantages in speed, reliability, etc. |

Hesai ND AR 00845

Shanghai Hesai Technology Co., Ltd.                                                           Prospectus

| | | |
|---|---|---|
| Balanced Photodetector | refer to | By connecting two detectors with the same performance parameters, common mode noise can be eliminated. A sound detector. |
| Automotive Grade | Refers to | product standards that meet automotive requirements, including environmental requirements, safety requirements, etc. |
| reliability | refer to | Generally refers to product reliability, which is the reliability of components, products, and systems within a certain period of time. The ability or possibility to perform specified functions without failure under certain conditions. |
| Security | refer to | During the use, storage, transportation and sales of products, human health and personal The ability or likelihood of property being safe from harm or loss, including functional safety, Network security, laser safety, etc. |
| AECQ | refer to | AEC is the abbreviation of Automotive Electronics Council, which means automotive electronics Association, AECQ refers to the standards for automotive electronic parts formulated by the association, usually including Including: AEC-Q100, AEC-Q101, AEC-Q200, etc. |
| IPC | refer to | The abbreviation of Institue of Printed Circuits, the predecessor of Association Connecting Electronics Industries, namely the International Electronics Industry Connection Association. |
| USCAR | refer to | The United States Council for Automotive Research American Automotive Research Council. |
| ISO | refer to | International Organization for Standardization Standardization organization. |
| IEC | refer to | International Electrotechnical Commission, short for International Electrotechnical Commission Committee. |
| SAE | refer to | The abbreviation of Society of Automotive Engineers, which is the American Society of Automotive Engineers Teachers Association. |
| GB | Refers to | the abbreviation of Guobiao, the National Standard of the People's Republic of China. |
| FMEA | refer to | Failure Mode and Effects Analysis Analysis. It is the process of analyzing the components that make up the product during the product design and process design stages. systems, parts, and analyze each process one by one to find out Identify potential failure modes and analyze their possible consequences so as to take necessary measures in advance. The measures to improve the quality and reliability of products are systematic. |
| FTA | refer to | Fault Tree Analysis is the abbreviation of Fault Tree Analysis. It is mainly used in safety engineering. The field of reliability engineering is used to understand the causes of system failures and find to determine the best way to reduce risk or to identify a security incident or a specific system failure. The incidence of effectiveness. |
| FMEDA | refer to | Failure Modes Effects and Diagnostic Analysis Mode impact and diagnostic analysis. Failure risk of functional safety products, whether Qualitative analysis of the diagnosis is also performed for average failure probability and safety integrity, etc. Provide data basis for level calculation. |
| STPA | refer to | Systems-Theoretic Process Analysis is the abbreviation of Systems-Theoretic Process Analysis. Process analysis. It is a proactive analysis method that analyzes the potential causes of accidents during the development process. At the cause, thereby eliminating or controlling the source of danger. |
| Laser Product Grade Certification Index | | The IEC/EN 60825-1 standard is usually used, which is the International Electrotechnical Commission/European Union Electrotechnical Commission. Optical products - safety level certification. |
| IECEx | refer to | IEC Scheme for Certification to Standards for Electrical Equipment for Explosive Atmospheres is the abbreviation of International Electrotechnical Commission Explosion-proof electrical product certification system. |
| FCC | refer to | Federal Communications Commission, short for Electronic and Electrical Equipment FCC certification is required to enter the US market. |
| ATEX | refer to | ATmosphères EXplosiblese, the abbreviation of the European Union's "Potentially Explosive Equipment and protective systems for use in the environment Directive. |
| CE-EMC | refer to | Conformite Europeenne -Electro Magnetic Compatibility ÿÿ It is called the Electromagnetic Compatibility Directive issued by the European Union. |

Hesai ND AR 00846

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| RoHS | refer to | The abbreviation of Restriction of the use of certain Hazardous Substances is the Directive on the restriction of the use of certain hazardous substances in electrical and electronic equipment issued by the European Union. |
| REACH | refer to | Registration, Evaluation, Authorization and Restriction of Chemicals is the abbreviation of Registration, Evaluation, Authorization and Restriction of Chemicals issued by the European Union. |
| WEEE | refer to | The abbreviation of Waste Electrical and Electronic Equipment is the "Directive on Waste Electrical and Electronic Equipment" issued by the European Union. |

Special note: Some of the totals in this prospectus have a difference in the last digit between them and the sum of the addends.

There are differences in the mantissa between the results of direct calculation of some proportion indicators and the relevant values. These differences are caused by

This is caused by rounding.

Hesai ND AR 00847

# Section 2 Overview

This overview only provides a brief summary of the full text of the prospectus. Investors should read it carefully before making an investment decision.

Read the full prospectus.

## I. Basic information of the issuer and the intermediary institutions for this issuance

### (I) Basic information of the issuer

| Basic information of the issuer | | | |
|---|---|---|---|
| Chinese name | Shanghai Hesai Technology Co., Ltd. | Limited company established on October 22, 2014 | |
| English Name | CompanyHesai Technology Co., Ltd. | Date of establishment of the joint stock company: August 14, 2020 | |
| Registered capital: RMB360,000,000 Address: 468 Xinlai | | Legal representative | Li Yifan |
| Registered Address | Road, Jiading District, Shanghai Building No. 2, Park | Main production and operation address | Xinlai Road, Jiading District, Shanghai Building 2, Park 468 |
| Controlling shareholders Sun Kai, Li Yifan, Xiang Shaoqing Actual controller Computer, communication | | | Sun Kai, Li Yifan, Xiang Shaoqing |
| Industry Classification | and other electronic Equipment Manufacturing | On other exchanges (application) Listing or listing situation | none |

### (II) Relevant intermediary institutions for this issuance

| The intermediary institutions involved in this issuance | | | |
|---|---|---|---|
| Sponsor | Huatai United Securities Co., Ltd. company | Lead Underwriter | Huatai United Securities Co., Ltd. |
| Issuer's lawyer Beijing Tongshang Law Firm Other underwriters None | | | |
| Auditing Agency | Deloitte Touche Tohmatsu CPA Ltd. (Special General Partnership) | Assessment Agency | Shanghai Shenwei Asset Appraisal Co., Ltd. |
| Sponsor Lawyer Shanghai Fangda Law Firm | | | |

## II. Overview of this offering

### (I) Basic Information of This Issuance

| Basic information of this issuance | | | |
|---|---|---|---|
| Stock Types | RMB common shares (A shares) | | |
| Par value per share | 1.00 Yuan | | |
| Number of shares issued | The number of shares issued this time is not More than 63,600,000 shares (not Including the use of over-allotment option the number of shares issued), and No less than after the completion of this issuance 15.00% of the total number of shares. The banker and the lead underwriter have the right to | Percentage of total share capital after issuance example | Not less than the total after issuance 15% of share capital |

Hesai ND AR 00848

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

| | | | |
|---|---|---|---|
| | The over-allotment option is used. The number of shares issued under the over-allotment option shall not exceed 15% of the number of shares issued this time (excluding the number of shares issued using the over-allotment option). This issuance does not involve the public sale of shares by the company's shareholders, which shall not exceed 63,600,000 shares (excluding the over-allotment option). | | |
| Including: Number of new shares issued | | Proportion of total share capital after issuance | Not less than 15% of the total share capital after issuance |
| The issuer's senior executives and employees intend to participate in the strategic placement | ÿÿ | | |
| Participation of the strategic placement by the relevant subsidiaries legally established by the sponsor or other relevant subsidiaries legally established by the securities company that actually controls the sponsor | The sponsor will arrange for relevant subsidiaries established in accordance with the law or other relevant subsidiaries established in accordance with the law by the securities company that actually controls the sponsor to participate in the strategic placement of this issuance, which will be implemented in accordance with the relevant regulations of the Shanghai Stock Exchange. The sponsor and its relevant subsidiaries established in accordance with the law or other relevant subsidiaries established in accordance with the law by the securities company that actually controls the sponsor will further clarify the specific plan for participating in the strategic placement of this issuance as required, and submit relevant documents to the Shanghai Stock Exchange in accordance with regulations. | | |
| Number of shares offered to shareholders for public sale | Not applicable | Proportion of total share capital after issuance | not applicable |
| Total share capital after issuance | Not more than 423.6 million shares (excluding over-allotment option) | | |
| Issue price per share | ÿÿYuan ÿÿ | | |
| Issue price-earnings ratio | times (calculated based on the lower of the net profit before and after deducting non-recurring gains and losses and the fully diluted total share capital after issuance) | | |
| Net asset value per share before issuance | ÿÿOriginal/Crotch | Earnings per share before issuance [] yuan/share | |
| Net asset value per share after issuance | ÿÿOriginal/Crotch | Earnings per share after issuanceÿÿyuan/share | |
| Issue price-to-book ratio | ÿÿ(Calculated by dividing the issue price per share by the net asset value per share after the issue) | | |
| Distribution method | This issuance adopts a combination of targeted allotment to strategic investors, quotation allotment to qualified investors offline, and pricing issuance to public investors holding non-restricted A-shares and non-restricted depositary receipts in the Shanghai market. The issuance is open to qualified strategic investors, quotation objects, and domestic natural persons, legal persons and other investors in the | | |
| Issued to | Science and Technology Innovation Board market who have opened a Shanghai Stock Exchange stock account and opened Science and Technology Innovation Board trading, except for participants prohibited by laws, regulations and the business rules of the Shanghai Stock Exchange. Balance underwriting | | |
| Underwriting method | | | |
| Shareholders of proposed public offering | not applicable | | |
| Principles for allocating issuance costs | The underwriting fees, sponsorship fees, audit fees, legal fees, information disclosure fees, issuance fees and other issuance-related expenses of this issuance shall be borne by the issuer. | | |
| Total Funds Raised | ÿÿ million yuan, determined by multiplying the issue price by the number of shares issued | | |
| Net proceeds raised | ÿÿ million yuan, determined by deducting the issuance expenses from the total raised funds | | |
| Raised funds investment projects | Intelligent Manufacturing Center Project | | |
| | LiDAR dedicated chip project | | |
| | LiDAR algorithm research and development project | | |

Hesai ND AR 00849

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

| Estimated issuance costs | 1. Underwriting fee [ ];<br>2. Sponsorship fee [ ];<br>3. Audit fee [ ];<br>4. Assessment fee [ ];<br>5. Attorney fees [ ];<br>6. Issuance fee |
|---|---|

(II) Important dates for this issuance and listing

| Important dates for this offering |
|---|
| Date of publication of issuance announcement: [year] [month] [day] |
| Start inquiry and promotion date [year] [month] [day] |
| Date of publication of pricing announcement: [year] [month] [day] |
| Subscription date and payment date [year] [month] [day] |
| Stock listing date   ÿÿYear ÿÿMonth ÿÿDay |

III. Key financial data and financial indicators of the issuer during the reporting period

| project | January - September 2020/2020<br>September 30 | 2019/2019<br>December 31 | 2018/2018<br>December 31 | 2017/2017<br>December 31 |
|---|---|---|---|---|
| Total assets (ten thousand yuan) | 131,754.88 | 124,236.05 | 41,183.36 | 21,091.62 |
| Attributable to the parent company<br>Equity (10,000 yuan) Asset- | 115,365.78 | 92,931.15 | 30,846.23 | 18,977.52 |
| liability ratio (parent<br>Company) | 12.44% | 24.92% | 25.10% | 10.02% |
| Operating income (10,000 yuan) | 25,320.52 | 34,847.41 | 13,287.01 | 1,947.40 |
| Net profit (10,000 yuan) | -9,379.75 | -14,973.35 | 1,611.23 | -2,427.23 |
| attributable to the parent company<br>Net profit of the owner<br>(10,000 yuan) | -9,379.75 | -14,973.35 | 1,611.23 | -2,427.23 |
| Deduction of extraordinary losses<br>The benefit belongs to the mother<br>Net profit to owners of the company<br>Profit (10,000 yuan) | -10,909.90 | 949.65 | 787.46 | -2,827.06 |
| Basic earnings per share<br>(Yuan/share) | -0.27 | -0.50 | 0.06 | -0.11 |
| Diluted earnings per share<br>(Yuan/share) | not applicable | not applicable | not applicable | not applicable |
| Weighted average net assets<br>Return on | -10.62% | -24.95% | 6.68% | -24.30% |
| operating activities<br>Net cash flow<br>(10,000 yuan) | -35,300.77 | 3,249.43 | 593.15 | -1,257.98 |
| Cash dividend (10,000 yuan) R&D | · | · | · | · |
| investment as a percentage of operating income<br>Proportion of income | 64.43% | 48.32% | 46.54% | 151.02% |

Hesai ND AR 00850

## IV. Operation of the Issuer's Main Business

The company's main business is the research and development, manufacturing and sales of high-resolution 3D lidar and laser gas sensors.

Among them, the laser radar for general robot applications is the company's core product.

It includes cars with unmanned driving functions, which can also be called wheeled robots, and also includes unmanned cleaning,

New service robots with functions such as unmanned transportation. During the reporting period, the company's laser radar market was mainly concentrated in the unmanned

The company's laser gas sensor products are mainly used in the field of human driving and gradually expand to the field of service robots.

In the field of gas detection, it mainly includes laser methane telemeters and laser oxygen sensors.

Unmanned vehicles and unmanned logistics robot technology are the deep application of artificial intelligence in the field of robotics.

The development of information and materials will bring about a global technological revolution.

The Internet technology has greatly improved the timeliness and cost of information transmission, and has changed the way human beings live.

The way of life and work has changed, and a number of trillion-dollar companies have emerged. Similarly, driverless technology will

Improve the timeliness of material transmission, reduce transmission costs, and further enhance social

The benefits of future operations will be beyond our imagination today.

The global automotive industry, Internet companies, and technology companies are all in a battleground, with Google among the players.

(Google), Amazon, Apple, Baidu, Huawei and other technology companies, GM (

Automotive companies such as BMW, Bosch, and Uber and Didi

There are also many autonomous driving unicorn companies.

LiDAR is widely used in driverless cars and robots, and is known as the "eyes" of robots in a broad sense.

The "eye" is an active measurement device that measures the precise distance between an object and a sensor by emitting laser light.

LiDAR uses a transceiver array consisting of lasers and detectors, combined with beam scanning, to detect generalized machines.

Real-time perception of the environment in which people are located, obtaining accurate distance and contour information of surrounding objects to achieve obstacle avoidance

At the same time, combined with the pre-collected high-precision map, the robot can accurately locate itself in the environment through the laser radar.

It can reach centimeter level to achieve autonomous navigation.

In April 2018, Science and Technology Daily launched a series of columns titled "Core Technologies to be Conquered".

35 core technologies that are "stuck in the neck" for China were cited, including lithography machines, chips, heavy gas

Among them, LiDAR ranked tenth. At that time, Velodyne of the United States was the leader in the field of unmanned LiDAR.

The company has been deeply involved in the field for more than 10 years and has occupied nearly 80% of the market share.

The company mainly develops laser radar and gradually enters the field of unmanned driving laser radar. The company's products have served customers including

Hesai ND AR 00851

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

Including: two of the three largest automakers in North America, one of the four largest automakers in Germany, and California in 2019

More than half of the top 15 autonomous driving companies in terms of DMV road test mileage in 2018, and most of China's leading autonomous driving companies

These include two of the world's three largest mobile travel service companies, the world's largest

The automotive parts supplier Bosch Group, one of the world's largest self-driving truck companies and the world's largest

Based on its performance in technology, products and market, the company

In September 2017, it received a B round of financing led by Baidu Group, a leading domestic driverless car company.

In May, it received a Series C financing led by Bosch Group, the world's largest automotive parts supplier.

5. The issuer's technological advancement, model innovation, R&D technology industrialization and future

Development Strategy

### 1. Technological advancement

The company's technological advancement is reflected in the laser radar complete system, chip research results, laser radar communication

As of September 30, 2020,

The company and its subsidiaries own 177 patents, including 167 domestic patents and 10 foreign patents.

Among the 167 domestic patents, 38 are invention patents, 88 are utility model patents, and 41 are appearance design patents.

Hesai Technology is a high-tech enterprise and was recognized as a Shanghai Science and Technology Little Giant Enterprise in December 2019.

In June 2019, it was selected as a pilot enterprise for patent work in Shanghai.

In the past year, the company has undertaken 7 scientific research projects, including 2 national projects, covering the technical contents of laser radar, laser

Optical gas sensors and other fields.

### 1. LiDAR complete system

(1) Main technical parameters of LiDAR

LiDAR products can be evaluated and

Compare.

ÿExplicit parameters

Explicit parameters refer to the information listed in the product parameter table, mainly including distance measurement capability, point frequency, angular resolution

rate, field of view, ranging accuracy, power consumption, integration (volume and weight), etc. The main parameters correspond to

The performance is described in the following table:

Hesai ND AR 00852

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| parameter | describe | illustrate |
|---|---|---|
| Distance measurement capability | generally refers to the farthest target reflectivity that affects the detection distance. | The stronger the laser radar's distance measurement capability, the wider the distance coverage, which At the same distance, the lower the reflectivity, the more difficult it is to detect. |
| Dot frequency | The number of detection points obtained by the laser radar per second. | The higher the point frequency, the more detection points there are in the same time. The more favorable the target detection and identification. |
| Angular resolution | The angular interval between two adjacent detection points of the laser radar is divided into horizontal angle resolution and vertical angle resolution. The stronger the resolution, the more conducive it is to target identification. | The smaller the angle interval between adjacent detection points, the more accurate the detection of the target object. |
| Field of view | The larger the angle of view, the wider the angle of view of the laser radar detection is. It is divided into horizontal field of view and vertical field of view. | |
| Distance measurement accuracy | The more accurate the description of the shape and position of the data obtained by the laser radar for multiple measurements of an object at the same distance, the more beneficial it is for target detection. | The higher the accuracy, the smaller the random error of the measurement, and the more accurate the shape of the object. |
| Distance measurement accuracy | The degree of consistency between the measured value and the true value. The more accurate the description of the state and position, the more beneficial it is for target detection. | The higher the accuracy, the smaller the system error of the measurement, and the better the shape of the object. |
| Power consumption | The electric power consumed by the LiDAR system when it is working. The higher the energy utilization rate, the smaller the heat dissipation burden. | In the case of similar detection performance, the lower the power consumption, the better the system |
| Integration | on a vehicle or service robot. | Under similar detection performance, the higher the integration level, the more flexible it is when mounted |

ÿ Actual measured performance

The measured performance refers to the detection performance that is concerned during the actual use of the lidar, such as the actual detection

The distance measurement, point cloud density of vehicles and pedestrians at different distances, this information determines the autonomous vehicle and

The effective sensing distance of the service robot to the surrounding environment. Compared with the information in the above parameter table, users will be more

Pay more attention to the measured performance, but 3D LiDAR products are emerging products that have only been actively marketed in recent years.

There is limited public test data available for reference.

In July 2020, the Core Research for Evolutional

Science and Technology (CREST) and Japan Open Innovation Platform with

LiDAR supported by Enterprises, Research Institute and Academia (OPERA)

Evaluation Group (Since the agency was unable to buy the company's latest product Pandar128 on the open market, the evaluation

Only Pandar64 was selected as the representative of the company's highest performance lidar) to publish a review article and test

The range includes 10 LiDAR products from 4 manufacturers, which is the most comprehensive range of manufacturers and models.

Hesai ND AR 00853

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

Radar evaluation data, including the company's Pandar64 and Pandar40P. Pandar64 and Pandar40P

It is also the company's main source of revenue during the reporting period.

The company's Pandar64 and Pandar40P in the evaluation have good performance in actual distance measurement, number of target point clouds, and total distance.

Range accuracy, detection consistency of targets with different reflectivity over the entire range, noise and loss control,

For example, in the evaluation, different models of LiDAR were compared at multiple distances.

The number of point clouds detected for the same car at different distances (the figure below is the test result in the original text).

It directly reflects the driverless vehicle's ability to recognize objects at different distances and is the most core indicator of lidar.



Pandar64, VLS-128 (Velodyne product), HDL-64 (Velodyne product), OS1-64

(Ouster products) The number of channels is greater than or equal to 64, and the test results are comparable.

Note: HDL-64 detection range is only 85 m, OS1-64 detection range is only 35 m, Pandar64 detection range is

The distance is up to 180 m; from the perspective of angular resolution, Pandar64 has less point clouds than the product manual indicators.

VLS-128, however, in the test, Pandar64 performed better than VLS-128 with twice the number of lines.

The comparison results are shown in the figure below.



Hesai ND AR 00854

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

The same is true for Pandar40P, VLP-32C (Velodyne product), RS-LiDAR-32 (RobotSense

According to the product manual, the number of point clouds of the tested vehicles obtained by these laser radars per frame should be approximately

The actual test results show that the detection distance of RS-LiDAR-32 is less than expected, only up to 50 m, while Pandar40P

It can detect up to 180 m. In addition, the number of VLP-32C point clouds is generally lower than Pandar40P.

The result is shown in the figure below.



Due to their outstanding performance in actual tests, Pandar64 and Pandar40P are considered to be the best choice for such scenarios.

Ideal for object detection and identification. This is why these two products have been recognized in the driverless market.

Among them, Pandar64 is one of the most influential LiDARs in the global autonomous driving market in 2019.

The single product generated sales of 224 million yuan.

ÿ Hidden indicators

Hidden indicators include the reliability, safety, service life, cost control, scalability, etc. of LiDAR products.

These indicators are more difficult to quantify and lack public information. They can only be measured by whether the product is applied to the industry.

This can be seen in test fleets or production projects of industry-leading companies.

(2) Technological advancement of the complete LiDAR system

Based on the wide market recognition of Pandar64 and Pandar40P, the company launched

The flagship product Pandar128, which uses a new generation of optical integration technology, has a pixel frequency three times that of Pandar64.

However, the increase in weight and volume does not exceed 10%. The company launched the mid-range LiDAR in October 2020.

PandarXT, using the company's chip V1.0 technology accumulation, uses self-developed multi-channel transmitting and receiving chips.

While performance indicators have been consolidated, product costs have been reduced and the company's product categories have been enriched.

The technical advancement of Pandar128 and PandarXT and their comparison with similar products on the market are as follows:

Hesai ND AR 00855

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

ÿPandar128 is the flagship mechanical LiDAR with the best performance in the market

Pandar128 is a long-range mechanical LiDAR product with leading comprehensive performance in the current market.

The competitive advantages of Pandar128 are as follows: ÿ In terms of ranging capability, it can detect objects under strong sunlight (100 klux).

Under the condition of 1000 m, Pandar128 can achieve stable detection of 10% reflectivity targets within the range of 0.3~200 m.

As a long-range LiDAR product, Pandar128 also takes into account the short-range detection performance.

The detection distance is 0.3 m. ÿ In terms of angular resolution, the vertical angular resolution of the central area of Pandar128 is 0.125°.

The horizontal angular resolution is 0.1° at a frame rate of 10 Hz, which has a higher point cloud density than similar products.

For the same target at the same distance, the number of effective detection points is greater. ÿ Considering the point frequency, power consumption and volume,

The size and weight of Pandar128 are less than 50% of the 128-line product of a certain American company, and it only uses about 23% of the power.

The increase in power consumption has achieved a 44% increase in frequency, and the integration has obvious advantages.

The parameter comparison between Pandar128 and other companies' 128-line flagship products on the market is shown in the following table:

|  | Comparison of the technical level of Hesai Technology products [1] | | Main competitors | |
| --- | --- | --- | --- | --- |
| Manufacturer & Model | Hesai Technology Pandar128 | / | An American company 128 Line Products | A Chinese company 128 Line Productb |
| Line number | 128 | Flat | 128 | 128 |
| Distance measurement capability | 200 m @10% mesh Reflectivity of target | Basically the same | 220 m @10% mesh Reflectivity of target | 160 m @10% mesh Reflectivity of target |
| Minimum measuring distance | 0.3 m has an absolute advantage. Not specified. Minimum range 2 m | | | |
| Point frequency (single echo) | 3.456M points/second has competitive advantage | | 2.4M points/second | ~2.304M points/second |
| Power consumption | 27 In | Compared with product a, The frequency of the combined point is basically sustained Same; compared with product b Has an absolute advantage | 22 W | 45 W |
| Horizontal angular resolution | 0.1°@10 Hz (minimum) | Absolute advantage 0.2°@10 Hz | | 0.2°@10 Hz |
| Vertical angular resolution | 0.125° (minimum) about the same as 0.11° (minimum) | | | 0.1° (minimum) |
| Vertical field of view | 40° | Flat | 40° | 40° |
| weight | 1.63 kg has an absolute advantage over 3.5 kg | | | 3.75 kg |
| Volume (D×H) | ÿ118×123.7 mm has an absolute advantage | | F165.5×141.3 mm | ÿ166×148.5 mm |

Hesai ND AR 00856

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

| | Comparison of the technical level of Hesai Technology products [1] | | Main competitors | |
|---|---|---|---|---|
| Parameters are quoted from version 128-en-2003A1 | / | | 63-9679 Rev-1 | v2.0.0 |

Note 1: Being on par means that the parameters are the same. Being basically on par means that the difference between the parameters is less than or equal to 20%. Having a competitive advantage means that the parameters

The difference between the indicators is between 20% and 50%. Absolute advantage means that the difference between the parameters is more than 50%.

Same applies.

Note 2: The above data comes from the product user manuals on the official websites of various companies, and the selection standard is the competitor's 128-line products.

ÿPandarXT is a mid-range LiDAR with high cost performance as its core design feature

PandarXT is a medium-range rotating laser mine based on chip architecture released by the company in October 2020.

The target market is the application field of low-speed service robots, which has higher cost requirements than unmanned driving.

The product is based on the company's chip V1.0 technology accumulation, and the transceiver modules use self-developed laser radar

Dedicated chip. It has the following advantages in comprehensive indicators: ÿ From the perspective of ranging capability, for 10% reflectivity

The detection distance can reach 80 m, which can cover the perception of closed scenes in parks and low-speed logistics scenes.

The innovative light-receiving and light-emitting circuit architecture achieves "zero blind zone" for distance measurement even if the object is close to the

The mask can still output point cloud information. ÿ From the perspective of ranging accuracy, the typical value of PandarXT ranging accuracy is

The accuracy can reach ±1 cm, and the typical value of distance measurement accuracy can reach 0.5 cm. Compared with similar products, it can provide

Provide more accurate distance information. ÿ From the advantages of self-developed dedicated chips, self-developed multi-channel transmission chips make

The cost of the transmitter drive circuit is reduced by about 70%, and the self-developed multi-channel analog front-end chip makes the receiver analog circuit

The cost is reduced by about 80%. At the same time, the use of self-developed chips also enables PandarXT to improve performance consistency, integration,

It is competitive in terms of mass production and other aspects.

The following table shows the parameters of PandarXT compared with similar competing products on the market:

| | Comparison of the technical level of Hesai Technology products | | Main competitors | |
|---|---|---|---|---|
| Manufacturer & Model | Hesai Technology PandarXT | / | An American company Mid-range LiDAR | A Chinese company Mid-range LiDAR |
| Line number | 32 | Has an absolute advantage | 16 | 16 |
| Distance measurement capability | 80 m @10% target Object reflectivity | Basically the same | 100 m (No target specified Object reflectivity | 80 m @10% target Object reflectivity |
| Minimum measuring distance | 0.05 m (corresponding to light Cover radius) | Has an absolute advantage | No recent measurement indicated Process | 0.4 m |
| Point frequency (single echo) 640k points/second has an absolute advantage~300k points/second~300k points/second | | | | |
| Horizontal resolution 0.09°@5 Hz, about the same as 0.1°@5 Hz | | | | 0.1°@5 Hz |

Hesai ND AR 00857

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

|  | Comparison of the technical level of Hesai Technology products |  | Main competitors |  |
|---|---|---|---|---|
| Vertical resolution | 1° | Has an absolute advantage | 2° | 2° |
| Vertical field of view | 31° | Basically the same | 30° | 30° |
| Distance measurement accuracy | 0.5 cm (Typical value 1) | Has an absolute advantage | THAT | THAT |
| Distance measurement accuracy ±1 cm (typical value 1) | | Has an absolute advantage | ±3 cm (typical) 2ÿ | ±2 cm (typical value 3) |
| Power consumption | 10 in | Basically the same | 8 In | 12 In |
| weight | 800 g | Basically the same | ~830 g | ~870 g |
| Volume (D×H) ÿ103×76 mm | basically the same | | F103.3x71.7 mm | ÿ109×80.7 mm |
| Parameters quoted from version number X01-en-2002A1 | | / | 63-9229 Rev-K | Revision: 2020/03/06 |

Note 1: Distance measurement accuracy: may be affected by the distance to the target, ambient temperature and reflectivity of the target. Typical values are

The average value of each channel measured in the range of 0.5~70m, outdoor ambient temperature 30ÿ, and target reflectivity 50%.

Note 2: The above data comes from the product user manuals on the official websites of various companies. The selection criteria are the mid-range applications launched by competitors.

The 32-line product of a US company and the 32-line product of a Chinese company are in the same price range as PandarXT.

The company's 32-line product is positioned in long-distance scenarios, and its price is not in the same range as PandarXT.

2. LiDAR chip technology

The company established a chip department at the end of 2017 to carry out the research and development of laser radar chips.

The research on dedicated chips for optical radar includes laser driver chips, analog front-end chips, digital technology and chips.

The functions of the LiDAR system are shown in the figure below.

The laser driver chip and multi-channel analog front-end chip have been mass-produced and applied to the development of multiple laser radars.

Project and PandarXT mass production project. High-precision digital technology has been applied to the company's products, analog digital

The conversion chip has entered the late stage of development, and technical reserves have also been made in the field of SoC chips.

Hesai ND AR 00858

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus



Figure Schematic diagram of laser radar dedicated chip and functional module

(1) Self-developed multi-channel laser driver chip



Figure 1. Self-developed multi-channel driver chip

Its technological advancements are as follows:

| name | Main features: It |
|---|---|
| High current narrow pulse driving capability | can drive GaN to generate current pulses with a pulse width of less than 3 ns and a peak current of more than 30 A, and control the laser to generate optical pulse signals with high peak power and narrow pulse width, which is beneficial to improve the distance measurement capability and ranging accuracy of laser radar products. It can realize |
| Enhanced coded pulse function | the pulse coding function, increase the coding types and enhance the anti-interference ability by configuring the pulse intensity and pulse width. It has monitoring and active |
| Laser safety protection function | protection functions, and will not emit laser pulses exceeding the laser safety threshold in the case of single-point failure. It can integrate the functions of multiple channels. |
| High integration | effectively reducing the number of components and improving the integration and reliability of laser radar. |

The comparison with similar products also used in the LiDAR market is shown in the following table:

Hesai ND AR 00859

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

| Compare Projects (Test conditions) | Self-developed multi-channel Optical driver chip | TI (Texas Instruments) **UCC27611** | illustrate |
|---|---|---|---|
| Number of channels | 4 | 1 | Related to integration, the higher the value, the better |
| Rising edge (1 nF load) 1.6 ns | | 5 ns | Related to the ranging accuracy, the lower the value The better |
| Falling edge (1 nF load) 1.5 ns | | 5 ns | Related to the ranging accuracy, the lower the value The better |
| Peak drive current -6/+8 A | | -4/+6 A | With ranging accuracy and distance measurement capability Off, the higher the absolute value, the better |
| Light intensity adjustment function | | none | Special features can improve the detector dynamics state range and improve the reflectivity measurement accuracy |

(2) Self-developed multi-channel analog front-end chip



Figure 1: Self-developed multi-channel analog front-end chip

Its technological advancements are as follows:

| name | Main Features |
|---|---|
| High Dynamic Range | Able to adapt to the signal strength of targets at different distances and with different reflectivity, improving the accuracy of distance measurement and reflectivity Accuracy. |
| High integration | Ability to integrate multiple channel functions, effectively reducing the number of components and improving the integration of LiDAR degree and manufacturability. |
| Low power consumption: The power consumption per channel is only 10.5 mW, which significantly reduces the overall power consumption of the detection end. | |

The comparison with similar products also used in the LiDAR market is shown in the following table:

| Compare Projects (Test conditions) | Self-developed multi-channel module Front-end chip | ADI **LTC6561** | illustrate |
|---|---|---|---|
| Number of channels | 16 | 4 | Related to the integration level, the higher the value, the better good |
| Power consumption per channel ÿINP=INN=1.3 Vÿ | 10.5 mW | 50 mW | Related to power consumption and operating temperature range, The lower the value, the better |
| Pulse width stretching (10 mA input peak current flow) | 20 ns | 130 ns | And ranging accuracy, coding anti-interference Function related, the lower the value, the better |

Hesai ND AR 00860

Shanghai Hesai Technology Co., Ltd.                                                                                     Prospectus

| Compare Projects (Test conditions) | Self-developed multi-channel module Front-end chip | ADI LTC6561 | illustrate |
|---|---|---|---|
| Adjacent channel isolation | 57 dB | 45 dB | With immunity to crosstalk between channels and close proximity The higher the value, the better |
| Detector voltage regulation | have | none | Special features to improve laser Radar receiver channel consistency |

(3) High-speed and high-precision waveform digitization technology and chips

The laser radar system needs to sample and digitize the received photoelectric signal waveform.

The waveform digitization technology is advanced because it can extract the time, distance, reflectivity and other information of the waveform through algorithms.

The degree of advancement will directly affect the performance of LiDAR.

Now as follows:

In terms of high-speed analog to digital converters (ADC), the company has

The company has the ability to design circuits and chips. The high-speed ADC chip has entered the late stage of development, and the current version has achieved 1 GSPS

Sampling rate, 10 bit resolution, the measured performance indicators meet the requirements of LiDAR, and have low power consumption,

The following table shows the advantages of small size and other advantages compared with similar products also used in the LiDAR market:

| Compare Projects (Test conditions) | Self-developed high-speed ADC chip | TI (Texas Instruments) ADC08D1000 | illustrate |
|---|---|---|---|
| Sampling rate | 1 GSPS | 1 GSPS | Related to the distance measurement accuracy, the higher the value, the better good |
| Resolution | 10 bit | 8 bit | Related to ranging accuracy and dynamic range, The higher the value, the better |
| Power consumption per channel | 290 mW | 800 mW | Related to power consumption and operating temperature range, the number The lower the value, the better |
| SNR Signal to Noise Ratio ÿFIN=200MHzÿ | 51.0 dB | 47.1 dB | And ranging accuracy, distance measurement capability, detection Dynamic range related, the higher the value, the better |
| Built-in PLL phase-locked loop is | | no | Special features, conducive to cost control and collection Degree |

In terms of high-precision time to digital converter (TDC), the company has

The company has developed circuit and chip design capabilities and has developed circuit IP with a timing accuracy better than 50 ps. The circuit IP has been used in

The company has a variety of lidar products.

In terms of digital waveform algorithms, the company has made significant progress in this technology since it started its LiDAR business in 2016.

Through full waveform algorithm, multi-threshold TDC algorithm and other technologies, it can achieve better than 1 cm

The ranging accuracy reaches the industry-leading level.

3. General technology of LiDAR

The accumulation of general technology will provide the company with products with different technical routes, such as mechanical rotary, semi-solid,

1-1-35

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

It provides a foundation for the research and development and production of solid-state lidar products.

(1) LiDAR hardware system design

The company has mature LiDAR hardware system design capabilities and platform technology reserves, which can effectively support

It supports rapid and risk-controlled R&D of LiDAR products. Its technological advancement is reflected in the following aspects:

| name | Main Features |
|---|---|
| LiDAR Model | The company has a verified laser radar system-level model (including device and circuit response model, signal processing algorithm, 3D scene simulation environment, etc.), which can design and simulate system parameters based on the model to optimize the overall detection efficiency of the laser radar. The company has a |
| LiDAR prototype platform | mature laser radar hardware prototype platform (including FPGA, data acquisition system, part of the optical-mechanical system, firmware tool chain, etc.), which can use the prototype platform to actually verify the feasibility of the system solution design in the early stage of product development and reduce the risk of product development. The company |
| LiDAR signal chain | has mastered the core technical reserves and hardware design technologies (such as weak signal detection technology, high-speed and high-power drive technology, analog-to-digital hybrid circuit design technology, etc.), which can improve the signal-to-noise ratio and various key indicators of the laser |
| Power supply | radar. The company's power supply system design and simulation technology reserves can achieve non-wireless power supply system efficiency> 95%, wireless power supply system efficiency> 90%, and achieve low power consumption and low heat |
| design High-speed data communication | generation of the laser radar. The company has system-level signal integrity design and simulation technology, and has independently developed high-speed wireless communication technology reserves, which realizes high-speed and stable data communication inside the laser radar and with the outside world. |

(2) Optoelectronic integration process

Since the company started developing LiDAR, it has been continuously exploring and optimizing optoelectronic integration technology.

As the number of lines and system complexity increase, the advancement of optoelectronic integration technology is reflected, specifically in the laser radar

Compared with similar products on the market, our products have advantages in integration, overall performance, cost control, etc.

The specific manifestations of advancement are as follows:

| name | Main Features |
|---|---|
| Machine integration | Compared with a 64-wire product of a certain American company, Pandar64 has a diameter of only about 50% and a height of only about 40%, but its distance measuring capability is far superior to that product.<br>The volume and weight of Pandar128 are less than 50% of the 128-line product of a certain American company, and its distance measurement performance is comparable. It has achieved a 44% increase in point frequency with only about |
| Integrated process | 23% increase in power consumption. The transmitter has a precision of micrometers, which enables the optimization of laser beam divergence angle regulation, pointing control, and output light energy distribution; the receiver has achieved high-precision array arrangement and aperture packaging, and all processes use surface processes that can be mass-produced; for the entire transmitting and receiving module, the spatial alignment precision reaches the micrometer level, and the angle change under high and low temperatures is less than 0.02°. |

(3) Coding anti-interference

When multiple lidars with the same wavelength work together, the lidar system may mistakenly receive other lasers.

The radar signal will generate a large number of noise points in the point cloud, which will cause errors in subsequent obstacle judgment and obstacle avoidance decisions.

Judgement.

The company applied coding technology and released a multi-line mechanical rotary laser with anti-interference function in early 2018.

Hesai ND AR 00862

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

The optical radar product Pandar40P and subsequent product models have adapted this function. Application of coding technology

Ensure that the echo information will be recognized by the system only when it matches the transmitted signal, effectively reducing the

Noise generated by interference from other laser radars. Taking PandarXT as an example, the two laser radars do not control the phase of the beam.

Under random conditions, the single-frame noise rate (noise point number/total output point number) is lower than $5\times10^{-4}$, and the average noise rate of 10 frames is

The point rate is less than $1.5\times10^{-4}$.

(4) Reliability, vehicle regulation and testing standards

The company not only focuses on optimizing the performance of the LiDAR system, but also pays attention to the reliability of the product and the system

In addition, the company actively participates in the international standardization of LiDAR and its applications.

The advanced features are as follows:

| name | Main Features |
|---|---|
| Vehicle reliability | For components, on the basis of considering the compliance of components with AECQ, IPC, JEDEC and LV (Volkswagen) standards are incorporated into the design; for the whole machine, mainstream OEM, ISO, IEC, Based on SAE, ASTM, and GB standards, it covers reliability test items such as electrical, mechanical, climate, protection, and electromagnetic compatibility. At the same time, durability verification tests are carried out on the whole machine and key components (such as lasers, motors, and bearings) to meet the higher reliability requirements of the vehicle- |
| System security | mounted system for LiDAR. Design is carried out in accordance with failure analysis methods such as FMEA, FTA, FMEDA, and STPA, and electrical safety, thermal safety, laser safety, hacker attacks, and other aspects are comprehensively considered to form nearly 10 safety goals. According to different device failure characteristic curves, a series of fault detection technologies have been developed to effectively ensure the |
| LiDAR and its application industry standards | confidence of each line of LiDAR point cloud. As a member unit of the National Technical Committee for Standardization of Optical Radiation Safety and Laser Equipment, the company participates in the discussion and formulation of laser safety standards. In July 2020, the company successfully established the international LiDAR system safety standard UL4700 <Standard for Safety for LiDAR and LiDAR Systems>. Previously, ISO/IEC/SAE/IEEE/GB did not have this technical direction standard. In September 2020, the international automotive lidar test standard IEEE P2936 <Standard for Test Methods of Automotive Lidar Performance> was successfully established, and the company assumed the responsibilities of a committee unit. Previously, ISO/IEC/SAE/IEEE/ GB did not have such a technical standard. In November 2020, as one of the initiators, the China Association of Automobile Manufacturers group standard "Automotive Lidar Detection Technology" was established. |

4. Laser gas sensor technology

The company was engaged in the development of laser gas sensors in the early days. The laser methane telemetry product is based on tunable diode lasers.

The principle of TDLAS is an echo reflection telemetry method, which can measure methane and methane-containing components.

The whole machine is compact in structure and weighs only 0.76 kg (including battery).

The product has high sensitivity and low false alarm rate. The drone-mounted laser methane telemeter was shortlisted in the 2017

The finalists of the Prism Award. The technological advancement of the laser methane telemeter is reflected in the following aspects:

| Name: | Main features: |
|---|---|
| Balance of response speed and sensitivity | Adopts self-developed core algorithm to dynamically adjust sampling integration time based on signal quality. When the signal-to-noise ratio is high, the signal sampling integration time is reduced to obtain a fast response speed. When the signal-to-noise ratio is low, the sampling integration time is increased. |

Hesai ND AR 00863

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| name | Main features: |
|------|----------------|
|  | Increase signal sampling integration time to improve signal quality and obtain more accurate measurement results, achieving both fast response speed (0.1 s at the fastest) and high sensitivity (5 ppm*m). Use waveform |
| Low false alarm rate | correlation technology to evaluate spectral distortion quality, avoid signal distortion caused by detector saturation or circuit switching, reduce the false alarm rate of laser methane telemeter, and no false alarm will occur in indoor no-leak situations. Through interference |
| Window detection possible | noise suppression technology, reduce the probability of false alarms caused by optical interference of window glass surface, and indoor leak detection can be performed through windows. |

2. Industrialization of R&D technologies

Since its establishment, the company has focused on the fields of laser radar and laser gas sensors.

In 2019 and January-September 2020, the company's core technology products accounted for 98.32% and 98.66% of its operating income, respectively.

99.95%, 99.86% and 99.85%.

From 2015 to 2016, the company's main product was laser gas sensors.

In April 2017, the company launched the 40-line laser radar product Pandar40.

After its launch, it received widespread attention in the industry and was gradually applied to multiple unmanned driving projects around the world.

In April 2018, the company launched the upgraded Pandar40P, and in January 2019, it launched the 64-line laser radar.

Pandar40P and Pandar64 have been widely recognized by leading unmanned driving companies around the world.

Widely recognized, by 2020, the company's customers have spread across 23 countries around the world.

More than half of the top 15 companies in terms of driverless test mileage in 2018 chose our products as their

The main lidar for human-driven fleets.

(III) Future development strategy

When the company entered the LiDAR market in its early stages, it considered the long development cycle of the passenger vehicle market and the

Optical radar has strict requirements on integration, reliability, cost and large-scale production; the service robot market is cost-sensitive.

The driverless market is highly sensitive to cost and has relatively low performance requirements, and its customers are scattered.

High performance requirements, concentrated customers and mostly head technology companies, which is conducive to improving the quality of products based on customer feedback and technology iteration.

Deep understanding of the system and forming a technical moat. Combined with the technical accumulation and scale at that time, the company chose to start from scratch.

Starting with the human-driven driving market, we will focus on polishing high-line-count mechanical rotating laser radar products, and accumulate system design and

Core module development experience, achieve high gross profit margin sales revenue and occupy the market with outstanding product performance

market share and accumulate brand reputation.

The company has accumulated core technologies of high-performance LiDAR by developing unmanned high-line LiDAR

Finally, it is predicted that the high performance, low cost and high reliability of LiDAR will be the key to the development of robots and mass production in the industry.

Hesai ND AR 00864

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

The most important core capability of the automotive ADAS market is to achieve high performance, low cost and high reliability.

The way is chipization. So at the end of 2017, the company deployed the chip technology development direction and established a chip department.

Define chip parameters based on system requirements accumulated on products and design chips independently.



Figure Company Development Strategy

The company has completed the development of V1.0 chip-based lidar architecture, and its technical achievements include multi-channel driver chip

The chips and multi-channel analog front-end chips have been applied to multiple R&D projects and PandarXT's mass production projects.

The use of chips brings competitive advantages to products in terms of performance, integration and cost. The company plans to develop multiple generations of chips.

Each generation of chip architecture can improve the performance of LiDAR products while reducing costs.

This structure can be used not only in mechanical rotating laser radar products, but also in products with rotating mirrors or galvanometers as scanning

Semi-solid-state LiDAR products based on the same principle. Diversified products will serve unmanned driving, ADAS, and service machines.

On the basis of achieving leading laser radar hardware system, the company has invested in the research and development of laser-based

Radar perception algorithms, real-time positioning and high-precision map construction, perception data management platform and other technologies are used as technical

Technology reserves to provide the market with more in-depth solutions (such as Internet of Vehicles).

In the future, the company will further increase its R&D investment in chips and algorithms and strengthen its large-scale production capabilities.

Lay a solid foundation for the explosion of market demand for lidar.

## VI. Issuers' compliance with the Sci-Tech Innovation Board's positioning

1. The company meets the requirements of the industry



Industry sector

Hesai ND AR 00865

Shanghai Hesai Technology Co., Ltd.                                                                          Prospectus

| Industry sector | |
|---|---|
| ÿNew generation information technology | The company's main business is the research and development, manufacturing and sales of high-resolution 3D laser radar and laser gas sensor products. According to the China Securities Regulatory Commission's "Guidelines for Industry Classification of Listed Companies (Revised in 2012)", the company's industry belongs to the subcategory "C39 Computer, Communication and Other Electronic Equipment Manufacturing" in the "C Manufacturing Industry". According to the "National Economic Industry Classification" (GB/T4754-2017) issued by the National Bureau of Statistics, the company's industry belongs to the "C3983 Sensitive Components and Sensor Manufacturing" in the major category "C39 Computer, Communication and Other Electronic Equipment Manufacturing" in the category "C Manufacturing". According to the "Shanghai Stock Exchange Science and Technology Innovation Board Enterprise Issuance and Listing Application and Recommendation Interim Provisions", the company belongs to the "Electronic Information" field in the "New Generation Information Technology Field". |
| ÿHigh-end equipment | |
| ÿNew Materials | |
| New energy sources | |
| ÿEnergy saving and environmental protection | |
| ÿBiological Medicine | |
| ÿOther fields that meet the positioning of the Science and Technology Innovation Board | |

(II) The company meets the requirements of scientific and technological innovation

| Evaluation Standards for Scientific and Technological Innovation Attributes 1 | Compliance | Indicator status |
|---|---|---|
| The cumulative R&D investment in the last three years accounts for ÿ5% of the cumulative operating income in the last three years, or the cumulative R&D investment in the last three years is ÿ RMB 60 million. | ÿYesÿNo | The company's cumulative R&D investment in the past three years accounted for 51.84% of its cumulative operating income in the past three years; the cumulative R&D investment in the past three years was 259.6415 million yuan. |
| ÿ5 invention patents (including national defense patents) that generate main business income | ÿYesÿNo | The company has 48 invention patents that generate main business income. The compound |
| The compound growth rate of operating income in the last three years is ÿ 20%, or the operating income in the last year is ÿ 300 million yuan | ÿYesÿNo | growth rate of operating income in the past three years was 323.02%; the operating income in the most recent year was 348 million yuan. |

In summary, the company's industry field and scientific and technological attributes meet the positioning requirements of the Science and Technology Innovation Board.

## VII. Specific listing criteria selected by the issuer

The issuer complies with and chooses to apply the Rules of the Shanghai Stock Exchange for the Review of the Issuance and Listing of Stocks on the Science and Technology Innovation Board.

Article 24, paragraph 1, listing standards: estimated market capitalization of not less than RMB 10 billion.

8. Special arrangements for corporate governance of the issuer and other important matters

On September 20, 2020, the Issuer held the third extraordinary general meeting of shareholders in 2020 and voted to approve the

In the proposal of Shanghai Hesai Technology Co., Ltd. on setting up special voting rights shares,

Special voting shares.

For details on the special voting rights arrangement, please refer to Section 7 "Corporate Governance and Independence" and "2. Situation of the issuer's special voting shares".

## IX. Use of raised funds

The company intends to apply for a public offering of no more than 63,600,000 shares.

Hesai ND AR 00866

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

After deducting the issuance expenses, the funds will be invested in the following projects according to their priority:

Unit: Ten thousand yuan

| Serial number | Raised funds investment projects | Implementation Entity | Project Investment lump sum | Planned use of raised funds Amount |
|---|---|---|---|---|
| 1 | Intelligent Manufacturing Center Project | Hesai Technology | 133,147.34 | 120,000.00 |
| 2 | LiDAR dedicated chip project | Hesai Technology | 65,524.00 | 65,000.00 |
| 3 | LiDAR algorithm research and development project | Hesai Technology | 15,000.00 | 15,000.00 |
| total | | | **213,671.34** | **200,000.00** |

For details on the use of raised funds, please refer to Section 9 "Use of Raised Funds and

Future development plan".

Hesai ND AR 00867

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

## Section 3 Overview of this issuance

## I. Basic Information of This Issuance

| | |
|---|---|
| Stock Types | RMB common shares (A shares) |
| Par value per share | RMB1.00 |
| Number of shares issued | The number of shares issued this time shall not exceed 63,600,000 shares (excluding over-allotment shares). <br><br> The number of shares issued by the Company after the issuance of this share option shall not be less than the total number of shares of the Company after the issuance of this share option <br><br> The company and the lead underwriter may use the over-allotment option to <br><br> The number of shares issued by the put option shall not exceed the number of shares issued this time (excluding the number of shares issued by the put option). <br><br> The total number of shares issued under the over-allotment option is 15%. <br><br> Issue new shares without conducting a public offering of shares to shareholders |
| Proportion of total share capital after issuance <br> (Over-allotment not considered) Issue | Not less than 15.00% |
| price per share Issuer | ÿÿYuan |
| executives and employees intend to participate <br> Strategic placement | ÿÿ |
| The sponsor's related subsidiaries participated in the war <br> Slightly allocated | The sponsor institution shall arrange for the relevant subsidiary established in accordance with the law or the person who actually controls the sponsor institution to <br><br> Other related subsidiaries established by securities companies of relevant institutions in accordance with the law participated in the strategic allocation of this issuance. <br><br> The specific implementation shall be in accordance with the relevant regulations of the Shanghai Stock Exchange. <br><br> The relevant subsidiary or the securities company that actually controls the sponsoring institution shall establish <br><br> His related subsidiaries will further clarify their participation in the strategic placement of this issuance as required. <br><br> and submit relevant documents to the Shanghai Stock Exchange in accordance with regulations. |
| Issue price-earnings ratio | not applicable |
| EPS after issuance | not applicable |
| Net asset value per share before issuance | ÿÿYuan/share (based on the audited net assets attributable to the parent company as of September 30, 2020) <br> Equity divided by total share capital before this issuance) |
| Net asset value per share after issuance | ÿÿyuan/share (based on the audited total equity attributable to the parent company on ÿÿyear ÿÿmonth ÿÿday <br> The sum of the shareholders' equity plus the net proceeds of this offering divided by the total share capital after this offering <br> calculate) |
| Issue price-to-book ratio | ÿÿ times (determined by dividing the issue price by the net asset value per share after the issue) |
| Price to Book Ratio | ÿÿ times |
| Distribution method | This issuance adopts the method of private placement to strategic investors and offline placement to qualified investors. <br><br> Inquiry placement and online distribution to holders of non-restricted A shares and non-restricted deposits in the Shanghai market <br><br> The issuance is carried out by combining the market value of the receipts with the pricing of the public investors |
| Issued to | Qualified strategic investors, inquiry targets and listed companies on the Shanghai Stock Exchange <br><br> Domestic natural persons, legal persons and other Sci-Tech Innovation Board market entities that have stock accounts and have opened Sci-Tech Innovation Board trading <br><br> Investors, but are prohibited from participating by laws, regulations and the Shanghai Stock Exchange's business rules <br><br> Except |
| Underwriting method | Balance underwriting |
| Estimated issuance costs | ÿÿ 10,000 yuan |
| Net proceeds raised | ÿÿ 10,000 yuan |
| Estimated issuance costs | 1. Underwriting fee [ ]; <br> 2. Sponsorship fee [ ]; |

Hesai ND AR 00868

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

|  | 3. Audit fee [ ]; |
|  | 4. Assessment fee [ ]; |
|  | 5. Attorney fees [ ]; |
|  | 6. Issuance fee |

II. Relevant parties involved in this stock issuance

(I) Issuer: Shanghai Hesai Technology Co., Ltd.

| Legal representative | Li Yifan |
|---|---|
| residence | Building 2, No. 468 Xinlai Road, Jiading District, Shanghai |
| Contact Number | 021-31588240 |
| fax | 021-31588240 |
| Contact | Yang Cailian |
| Mail | Info@hesaitech.com |
| Internet URL | https://www.hesaitech.com/zh |

(II) Sponsor and Lead Underwriter: Huatai United Securities Co., Ltd.

| Legal representative | Jiang Yu |
|---|---|
| residence | Qianhai Shenzhen-Hong Kong Fund, No. 128, Guiwan 5th Road, Nanshan Street, Qianhai Shenzhen-Hong Kong Cooperation Zone, Shenzhen Town B7 Building 401 |
| Contact Number | 010-56839300 |
| fax | 010-56839500 |
| Sponsor Representative | Zhang Congzhan, Xie Jin |
| Project Co-organizer | Wang Siyu |
| Other members of the project team | Tian Lai, Liu Jun, Da Yidan |

(III) Issuer's law firm: Beijing Tongshang Law Firm

| Person in charge | Kong Xin |
|---|---|
| Contact Address | 6th Floor, Xinhua Insurance Building, No. 12, Jianguomenwai Street, Chaoyang District, Beijing |
| Contact Number | 010-65693399 |
| fax | 010-65693836 |
| Lawyer | Liu Tao, Dai Lingyun, Liao Xueyong |

(IV) Accounting firm: Deloitte Touche Tohmatsu Certified Public Accountants LLP (Special General Partnership)

| Managing Partner | Fu Jianchao |
|---|---|
| Contact Address | 30th Floor, Bund Center, 222 Yan'an East Road, Shanghai |
| Contact Number | 021-61418888 |
| fax | 021-63350177 |

Hesai ND AR 00869

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

| Certified Public Accountant | Tang Lianjiong, Gu Yiping |
|---|---|

(V) Asset Appraisal Agency: Shanghai Shenwei Asset Appraisal Co., Ltd.

| Legal representative | Ma Lihua |
|---|---|
| Contact Address | Room 202, Building 2, No. 860, Dongtiyuhui Road, Hongkou District, Shanghai |
| Contact Number | 021-31273006 |
| fax | 021-31273013 |
| Registered Appraiser | Chen Yifu, Li Haoguang |

(VI) Sponsor Law Firm: Shanghai Fangda Law Firm

| Person in charge | Qi Xuanting |
|---|---|
| Contact Address | 24/F, Tower 2, HKRI Centre, 288 Shimen 1st Road, Shanghai, China |
| Contact Number | 021-22081166 |
| fax | 021-52985599 |
| Lawyer | Wang Mengjie, Chen Tongji, Chang Jichao |

(VII) Stock registration institution: China Securities Depository and Clearing Corporation Limited Shanghai Branch

| Contact Address | No. 166, Lujiazui East Road, Pudong New Area, Shanghai |
|---|---|
| Contact Number | 021-58708888 |
| fax | 021-58899400 |

(VIII) Sponsor (Lead Underwriter) Receiving Bank: Shenzhen Branch of Industrial and Commercial Bank of China Limited

Hua Branch

| Account Name | Huatai United Securities Co., Ltd. |
|---|---|
| Bank | Industrial and Commercial Bank of China Limited Shenzhen Branch Zhenhua Branch |
| Account Number | 4000010209200006013 |

## III. Relationship between the Issuer and the Intermediaries Related to the Issuance

As of the signing date of this prospectus, there is no direct or indirect relationship between the Company and the intermediary institutions of this offering.

The equity relationship and other rights and interests relationship between the intermediary institutions, senior managers and handling personnel have not

Holding shares of the company, and having no other interest relationship with the company.

## IV. Important dates for this issuance and listing

| Work Arrangement | date |
|---|---|
| Date of publication of the issuance announcement | ÿÿYear ÿÿMonth ÿÿDay |

Hesai ND AR 00870

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

| Work Arrangement | date |
|---|---|
| Date of start of RFQ | ÿÿYear ÿÿMonth ÿÿDay |
| Date of publication of pricing announcement | ÿÿYear ÿÿMonth ÿÿDay |
| Subscription date and payment date | ÿÿYear ÿÿMonth ÿÿDay |
| Stock listing date | After the issuance is completed, the company will arrange for listing as soon as possible |

Hesai ND AR 00871

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

# Section 4 Risk Factors

### 1. Risk of accumulated unrecovered losses and continued losses when the company undergoes overall change and currently exists

During the reporting period, the company's net profit was -24.2723 million yuan, 16.1123 million yuan, -149.7335 million yuan respectively.

The net profit attributable to the shareholders of the parent company after deducting the non-recurring gains and losses was RMB 93.7975 million and RMB -93.7975 million respectively.

In 2018 and 2019, the total revenue was RMB-28,270,600, RMB7,874,600, RMB9,496,500 and RMB-109,099,000 respectively.

The net profit attributable to the parent company's shareholders after deducting non-recurring gains and losses in 2018 was positive.

As of the end of April 2020, the parent company's accumulated unrecovered losses were -222.6123 million yuan.

At the end of the year, the accumulated unrecovered losses at the consolidated level were -38.7385 million yuan.

The main reason is that the amount of R&D expenditure is high, and in 2020, due to the impact of the COVID-19 pandemic, some customers' purchases

Demand has temporarily slowed down. The company may continue to suffer losses and face the following risks in the future:

(I) Risk of not being able to make profits or distribute profits in a certain period of time in the future

As of September 30, 2020, the company's accumulated undistributed profits were -38.7385 million yuan.

The fifth extraordinary general meeting of shareholders in 2020 resolved that the company's accumulated unrecovered losses before the completion of this issuance and listing

The losses will be borne by the new and old shareholders after the issuance according to the shareholding ratio after the issuance is completed.

If the company fails to make a profit within a certain period after issuing shares and listing, it will not be able to distribute cash dividends, which may have a negative impact on shareholders.

This has had a certain degree of adverse impact on the investment returns of the Company.

2. Risk of revenue not growing as planned

During the reporting period, the company's operating income was RMB19.474 million, RMB132.8701 million and RMB348.4741 million respectively.

The company's future sales revenue growth mainly depends on the domestic and foreign unmanned driving,

The growth in demand for LiDAR in areas such as advanced driver assistance, robotics and connected vehicles, and the market for the company's products

competitiveness and the progress of strategic customer development, and the company has accumulated unrecovered losses and continued losses.

This may result in the company's financial situation being unable to meet its own needs in product development, marketing and sales.

If the market demand cannot maintain growth in the future, the company's products are replaced by competitors or strategic customers

If customer expansion is not as expected, the company's sales revenue will not be able to grow as planned, which will have a negative impact on the company's profits.

Beneficial impact.

(III) The company cannot guarantee profitability in the next few years and may face the risk of delisting after listing

The company may face continued losses and continued expansion of accumulated unrecovered losses in the short term after listing.

Hesai ND AR 00872

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

This may lead to the triggering of Article 12.4.2 of the Sci-Tech Innovation Board Listing Rules, i.e. the most recent accounting

The audited net profit before or after deducting extraordinary gains and losses for the year (including retrospective restatements) is negative, and the

The audited operating income (including retrospective restatements) for the most recent fiscal year is less than RMB 100 million, or the most recent

The audited net assets (including retroactive restatements) for the fiscal year are negative, which triggers the delisting conditions of the company.

According to the "Measures for Continuous Supervision of Listed Companies on the Science and Technology Innovation Board (Trial)", if a company meets the criteria for delisting, its stock

Directly terminate the listing.

(IV) Risk of product failure to gain customer recognition

In the future, the company will continue to carry out research and development activities and continuously develop products that meet customer needs, but if the company

The company's R&D activities fail or the operating conditions cannot support the company's continued R&D investment, and the products cannot meet customer needs.

The company's continued operations may be adversely affected by the lack of demand and recognition from customers, thus leading to losses.

The losses increased further.

(V) Restrictions on funding, business expansion, talent introduction, team stability, and R&D investment

Risk of or impact

If the company continues to make losses in the future and its external financing channels are restricted, it will affect its daily production and operations.

The cash flow required will help the company expand its business, market, talent, team stability, and research and development.

This will have an adverse impact on development investment, financial status and other aspects.

## II. Operational Risks

1. Risk of market demand fluctuations

The LiDAR industry market is in its infancy. Although it has begun to be used in the field of autonomous driving,

The operation and development of the fleet and the market demand for lidar in ADAS, robotics, V2X and other fields.

If the growth rate of demand is slower than expected, it may lead to a decline in the demand for lidar, which will have a negative impact on the company's production and sales.

adversely affecting production operations.

Because many of the markets for LiDAR applications are new and growing rapidly, it is difficult to accurately predict the

The company is also looking to measure long-term customer adoption and demand for lidar products.

LiDAR will become the industry standard for automotive and other emerging markets, but its market adoption rate is uncertain.

If the market adoption rate achieved does not continue to grow, or does not develop as fast as the company expects, the company's business will

Be adversely affected.

Hesai ND AR 00873

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

(II) Risks of industry competition

Faced with the good market prospects of LiDAR, there are many companies engaged in LiDAR at home and abroad.

If the company fails to continuously improve its core competitiveness, it may be at a disadvantage in future market competition.

There is a risk of declining market share due to intensified market competition.

Autonomous solutions for multiple industries including driverless driving, advanced driver assistance, robotics, and Internet of Vehicles

The sensor technology market is highly competitive, and the company has many competitors, either by providing lidar products directly

directly, or indirectly by attempting to use other technological solutions to achieve environmental perception.

The company faces competition from LiDAR companies, visual sensor companies, and first-tier suppliers in the automotive industry.

competition from other high-tech companies. Intense competition can lead to pricing pressure and reduced profits, and may cause the company to

Product sales were lower than expected.

(III) Product quality risks

As a new type of sensor, LiDAR will be used in autonomous driving, advanced driver assistance, robotics, and connected vehicles.

The quality level of environmental perception will directly affect the safety of related fields, so laser

The quality standards of radar products are relatively high. At the same time, laser radar involves many production links, such as on-site operation.

Improper or lax management and control will lead to quality problems, which will cause direct economic losses to the company and damage the company's brand.

and negatively impact their reputation.

4. Risk of failure in customer expansion

At present, the company is actively expanding its customers in the field of advanced driver assistance, such as first-tier domestic and foreign vehicle manufacturers

or first-tier suppliers of complete vehicles; however, the market development cycle and effectiveness are affected by the customer's overall strategic planning, market

If the company's customer development work progresses slower than expected or customers

Failure of expansion will have an adverse impact on the company's future operating performance.

(V) Risk of fluctuations in major customer layout planning

The investment of customers in the field of autonomous driving in autonomous driving fleets will be affected by macroeconomic policies, economic situation, supporting

The impact of factors such as supplier supply capacity.

When the layout planning of human-driven fleet fluctuates due to certain factors, if the company focuses on other fields

If the radar has not yet achieved large-scale sales, it will have a significant impact on the issuer's current operating performance.

Hesai ND AR 00874

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

(VI) Risks of changes in international politics and trade policies

During the reporting period, the company's overseas revenue accounted for a high proportion of its main business revenue.

Trade frictions, mutual sanctions such as additional tariffs were adopted, and the issuer's lidar products were subject to additional tariffs in the United States.

The tariff list will cause the company or customers to bear additional tariff costs, which will have a negative impact on the company's profitability.

If trade frictions further expand in the future, it may lead to disputes between the Company and relevant overseas customers.

The reduction or even interruption of cooperation with customers may have an adverse impact on the company's operating results.

Other countries further increase tariff rates on the issuer's lidar and other products (the current tariff rate in the United States is

25%), the company will face the choice of raising product prices or bearing the tariffs itself, which may lead to its own competition

Competitiveness or profitability has declined.

## 3. Technical Risks

1. Risks of product technology route

According to the difference in ranging methods, laser radar is mainly divided into time-of-flight ranging method, coherent ranging method and

Triangulation ranging method; According to the difference in technical architecture, LiDAR is mainly divided into mechanical LiDAR, semi-solid

If the downstream industry market has a demand for laser radar technology route

This is significantly different from the technical route chosen by the company, which will have a certain impact on the downstream market demand for the company's products.

At the same time, if the company fails to timely and effectively develop and launch products that are compatible with future mainstream technology routes,

The new products will have an adverse impact on the company's competitive advantage and profitability.

(II) Risks of R&D failure and inability to commercialize R&D results

During the reporting period, the company's R&D investment continued to increase, reaching RMB 29.4099 million, RMB 61.8393 million, and

168.3923 million and 163.1293 million, accounting for 151.02%, 46.54% and 48.32% of the operating income respectively

and 64.43%. The company is currently developing many projects with large investments. If the R&D projects

Unfavorable situations such as failure and inability to industrialize R&D results will have an adverse impact on the company's operating performance.

3. Risk of loss of core technical talents

The LiDAR industry is a technology-intensive industry, and the core competitiveness of enterprises lies in new technologies and new products.

The continuous independent innovation capability, continuous improvement of production technology, and efficiency improvement of production lines.

Employees are of great significance for the company to maintain its technological leadership and enhance its overall competitiveness.

If the company loses its core technical personnel in the future, or fails to attract qualified core technical personnel in time,

The addition of talented people will weaken the company's technological advantages and competitiveness in innovation, causing adverse effects on the company's production and operation.

Hesai ND AR 00875

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Beneficial impact.

(IV) Risk of core technology leakage

The company attaches great importance to the protection of core technologies and has adopted relatively strict measures to keep core technologies confidential.

The company promptly conducts effective research and development of core technologies through patent applications, signing confidentiality agreements with technical personnel, etc.

However, it is still possible that the loss of core technical personnel, personal work omissions of employees, external theft, etc.

There is a risk of the company's core technology being leaked, which in turn will have an adverse impact on the company's business operations.

(V) Risks of the Company's Intellectual Property Rights

As a R&D-driven, technologically innovative enterprise, the company's intellectual property is the key to achieving competitive advantage and maintaining

The Company cannot guarantee the existence of its patents, proprietary technologies or trade secrets during the course of business expansion.

The risk that the company's intellectual property rights will be declared invalid or revoked cannot be ruled out.

The possibility of other intellectual property disputes between the company and its competitors cannot be ruled out.

At the same time, although the company has maintained a high level of R&D investment, insisted on independent innovation, and attached importance to intellectual property protection

protection to avoid infringement of third-party intellectual property rights, but it cannot be ruled out that a few competitors may take malicious actions in the future

The infringement is caused by factors such as the market strategy of the lawsuit and the deviation of the company's employees' understanding of intellectual property rights.

Risks of third-party intellectual property rights.

## IV. Management and internal control risks

1. Management risks caused by the rapid development of the company's business scale

As the company's business scale continues to expand, the scale of personnel and assets has grown rapidly, the company has been developing markets,

Resource integration, technology research and development, product quality management, financial management, internal risk control, human resources management, etc.

The various aspects of business management need to be more efficient and rigorous, and the coordination and close cooperation between departments are required.

If the company's management cannot adapt to the rapid expansion of the company's scale,

The organizational model and management system have not been adjusted and improved in time with the expansion of business scale, which will affect

The company's overall operating conditions and market competitiveness.

(II) Risks in the management of overseas subsidiaries

During the reporting period, the issuer had overseas subsidiaries HESAI INC. and Oxigraf, Inc.

There are certain differences between the operating environment of the country and the operating environment of the country, and the company's management of its overseas subsidiaries is

There are risks in regulation, exchange rate fluctuations, local politics and laws; if the company cannot adapt to multiple countries

Hesai ND AR 00876

Shanghai Hesai Technology Co., Ltd.                                                                              Prospectus

and the regulatory environment in the region, establish an effective overseas subsidiary management and control system, and

Adverse effects.

## 5. Financial Risks

1. Risk of declining gross profit margin

During the reporting period, the company's main business gross profit margins were 74.87%, 75.62%, 76.24% and 71.19% respectively.

During the reporting period, the company's main business gross profit margin was mainly affected by changes in product sales prices, raw materials

The impact of changes in material purchase prices, market competition, and product upgrades.

If there is a major adverse change in the factors, or the overall price of LiDAR decreases as it goes into mass production, the company's gross profit will be

There is a risk that interest rates may decline, which could adversely affect the company's profitability.

(II) Risks of changes in tax incentive policies

The company obtained the "High-tech Enterprise Certificate" in 2016 and 2019 (certificate numbers are

GR201631001772, GR201931005928), valid for three years. According to relevant regulations, during the reporting period

As a high-tech enterprise, the company enjoys a preferential corporate income tax rate of 15%.

The General Administration of Taxation issued the Notice on the Value Added Tax and Consumption Tax Policies for Exported Goods and Services (Caishui [2012] No. 39) and the

According to the provisions of the Notice on Adjusting the Value Added Tax Rate (Caishui [2018] No. 32) and other documents, during the reporting period, the company

Export products enjoy the preferential VAT tax policies of "exemption, deduction and refund".

During the reporting period, the parent company did not pay corporate income tax, and the preferential tax rate of 15% did not affect the company's operating income.

However, if the company realizes profits in the future, it will no longer be recognized as enjoying tax benefits.

high-tech enterprises, which may have an adverse impact on the company's operating performance.

(III) Risks of changes in government subsidy policies

During the reporting period, the company recognized government subsidies of RMB 2.2434 million and RMB 3.7908 million as current profits and losses respectively.

RMB, RMB11,063,400 and RMB5,637,500, accounting for 11.52%, 2.85% and 1.66% of the current period's operating income respectively.

The government subsidies enjoyed by the company are based on relevant regulations of government departments and the actual economic situation of the company.

If the relevant policies change in the future and the company cannot continue to receive government subsidies, it may have an impact on the company's

Adverse impact on operating performance.

4. Risk of rising labor costs

Affected by objective factors such as economic development and inflation, the average salary of company employees may continue to

Hesai ND AR 00877

Shanghai Hesai Technology Co., Ltd.                                                                                 Prospectus

Gradually increase, the company's labor costs will rise accordingly. At the same time, in order to ensure the company's R&D strength and technical level

Leading the way, the company will also continue to strengthen the support for R&D personnel by steadily increasing their salaries and remuneration.

If per capita output does not increase accordingly, rising labor costs may have a negative impact on the company's operating performance.

Have an adverse effect.

(V) Risk of bad debts in accounts receivable

At the end of each reporting period, the book value of the company's accounts receivable was RMB 3,733,700, RMB 47,846,200,

43.456 million and 107.0349 million, accounting for 1.87%, 12.57% and 3.71% of current assets respectively.

and 8.88%, the amount and proportion of accounts receivable are high, and the overall trend is upward.

The aging of accounts receivable is good, and the risk of bad debts is low. The aging of accounts receivable is mainly within 1 year.

Income growth, if the operating conditions of major customers change significantly in the future, the company may face accounts receivable

There is a risk of bad debts occurring, which in turn may have an adverse impact on the company's operating performance.

(VI) Risk of high inventory balance

As the business scale expands, the number of new orders of the company continues to increase, and the operating income and raw material procurement

The purchase amount increased simultaneously, and the unfulfilled orders also formed a large amount of work-in-progress and inventory, resulting in the company's inventory

At the end of each reporting period, the book value of the company's inventory was RMB 5.46 million, RMB 33.9278 million, and RMB 1.336 million, respectively.

RMB, RMB 70,243,300 and RMB 113,453,400, accounting for 2.59%, 8.24% and 5.65% of the total assets respectively.

and 8.61%, with a high amount and proportion, and an overall upward trend. At the end of each period of the reporting period, the company's inventory depreciated

The provisions were RMB 0.00, RMB 56,100, RMB 4,250,900 and RMB 9,257,900 respectively, accounting for 1.3% of the inventory at the end of each period.

The proportions of the par balance were 0.00%, 0.17%, 5.71% and 7.54% respectively.

The Company's operating results may be adversely affected by the impact of changes in the market or intensified competition leading to inventory backlogs.

(VII) Risk of exchange rate fluctuations

During the reporting period, the company's products were exported and sold more, and the main business income was 1,056.23

RMB10,481.64 million, RMB22,231.76 million and RMB15,304.10 million, accounting for % of the main business income of the year.

The proportions are 55.17%, 78.92%, 63.89% and 60.53% respectively, and the US dollars and euros are mainly used for settlement.

During the reporting period, the exchange rates of the US dollar against the RMB and the euro against the euro decreased due to the impact of multiple factors such as domestic and foreign economic and political factors.

The exchange rate against RMB fluctuated to a certain extent in each year. The exchange gains in the company's financial expenses were

-2.0678 million, 4.8546 million, 9.6172 million and -6.9793 million.

Larger fluctuations may cause the company to face the risk of foreign exchange losses.

Hesai ND AR 00878

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

(VIII) Risk of the implementation of the option incentive plan affecting future profits

The company has an option incentive plan formulated before the initial public offering and implemented after listing, involving approximately

1.40% of the total number of shares of the company (not taking into account the number of shares issued this time).

It is expected that share-based payment expenses will be recognized during 2020-2023, with each period being RMB 9.7775 million, RMB 2.33 million and RMB 1.67 million, respectively.

RMB47,961,500, RMB21,718,800 and RMB8,101,900, which will reduce the issuer's net profit in future periods.

# VI. Legal risks

1. Patent-related litigation risks

In August 2019, Velodyne filed a lawsuit in the U.S. District Court for the Northern District of California and the U.S. District Court for the Northern District of California.

The International Trade Commission accused Hesai Technology of infringing its patents related to rotating LiDAR registered in the United States;

In 2017, Hesai Technology filed a lawsuit against Velodyne in the Regional Court of Frankfurt/Main, Germany, accusing Velodyne of

Infringement of its patents related to rotating laser radar registered in Germany; the following year, Hesai Technology

The Intellectual Property Court accused Velodyne of infringing its rotating lidar-related patents registered in China.

On June 24, 2020, Hesai Technology and Velodyne signed the Litigation Settlement and Patent Cross-Licensing Agreement.

According to the Litigation Settlement and Patent Cross-License Agreement, Hesai Technology and Velodyne both

Deny infringement of the other party's patents and agree to cross-license the parties' existing and future patents worldwide

Taking into account the costs and opportunity costs of initiating and responding to international litigation, Hesai Technology agreed to file

Velodyne to pay settlement fee, including one-time patent license compensation and subsequent annual patent license payments

The agreement is valid until February 26, 2030. During the validity period of the agreement, both parties promise not to

The issuer shall not file any patent lawsuit against the other party in the field of rotating laser radar.

The protection period of the rotating lidar-related patent in the United States that Velodyne has accused of infringing will also expire, and Velodyne will

no longer be able to continue to accuse the issuer of infringement based on this patent.

As of the signing date of this prospectus, all legal proceedings for the aforementioned patent disputes have been terminated.

Pedestrian has paid patent license compensation and

Patent licensing fees: the agreement was performed normally and there was no breach of contract.

According to the legal opinion issued by foreign lawyers, Velodyne and Hesai Technology signed the Litigation Settlement and Patent Agreement.

The Cross-Licensing Agreement does not have any provisions that would be deemed invalid due to violation of California or federal laws.

If Velodyne enters into the Litigation Settlement and Patent Cross-License Agreement within the term of the Litigation Settlement and Patent Cross-License Agreement,

If the issuer unilaterally terminates the authorization in violation of the agreement, the issuer has the right to request the court or arbitration institution to require Velodyne to continue to perform the contract.

Hesai ND AR 00879

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

line agreement.

Although the patent dispute between the company and Velodyne has been settled, with the rapid development of the lidar industry,

With rapid development and intensified competition, the possibility of the company having patent disputes or conflicts with other parties in the future cannot be ruled out.

If the company is ultimately found to be the party at fault in the relevant dispute or controversy or the relevant claim is not supported,

May have an adverse impact on the company's business development.

(II) Risks of resuming enforcement of special rights clauses

In July 2020, the issuer and all shareholders at that time jointly signed the "Notice on the Registration of Shanghai Hesai Optoelectronics Technology Co., Ltd."

Joint Venture Contract between the Company and the Company (the "Joint Venture Contract")

Special rights clauses such as liquidation clauses and equity redemption clauses.

On August 1, 2020, the promoters of the joint-stock company signed the Promoter Agreement, which stipulated that:

Articles of Association of Haihesai Optoelectronics Technology Co., Ltd., the Joint Venture Contract and the establishment and continuation of Hesai Limited,

Any agreement between shareholders and the company concerning the rights and obligations of shareholders since Hesai Limited was registered as a shareholder

The company shall be terminated on the date when it becomes a limited liability company.

On August 2, 2020, Sun Kai, Li Yifan, Xiang Shaoqing and Baidu China and Bosch China signed

Supplemental agreement on specific matters such as the issuer's withdrawal of the listing application, the issuer's listing application being terminated or rejected

The Baidu and Bosch special

The relevant provisions of the rights will automatically resume and remain in effect; Sun Kai, Li Yifan, and Xiang Shaoqing should immediately take

Take all necessary actions and cooperate in signing relevant documents to enable the company to restore such

The validity of the clauses and the promotion and cooperation of the company in fulfilling the corresponding internal decision-making procedures and external approval/registration/filing

Procedures to ensure that such restoration procedures are legally effective and fully restored until such special rights clauses are required to be terminated

On December 11, 2020, Bosch China signed the "Confirmation of

All parties unanimously confirmed that the relevant supplementary agreement of Bosch China has no legal binding force on the company.

If the issuer encounters a specific event as agreed upon, there may be a risk of resuming the execution of the relevant clauses of the special rights.

risk.

(III) Risks of real estate used for production and operation being acquired through leasing

As of the date of signing of this prospectus, the company's production and office space are obtained through leasing.

As a technologically innovative enterprise in a rapid development stage, it has been leasing properties for production and manufacturing.

Maximize its competitive advantages in R&D, innovation and marketing.

Hesai ND AR 00880

Machine Translated by Google

The production and operation site is leased and affects normal production and operation.

When the property can no longer be rented after the expiration of the lease and no alternative place is rented in time, the company

The production and operation during the period will be adversely affected.

(IV) Risks of production safety and environmental protection

The company's laser radar and laser gas sensor production process will produce a small amount of waste gas, waste water, and waste residue.

If handled improperly, it may have an adverse impact on the surrounding environment.

As the company's business scale expands, the pressure on production safety and environmental protection is also increasing. There may be equipment failure, human error, etc.

Risks of production safety and environmental accidents caused by force majeure events such as improper operation and natural disasters.

In the event of a major production safety accident, the company may face administrative penalties, suspension of production for rectification and other regulatory measures.

It will have an adverse impact on the company's normal production and operation.

## VII. Risks of special voting rights shares or similar special corporate governance arrangements

The company's joint controlling shareholders and actual controllers are Sun Kai, Li Yifan and Xiang Shaoqing.

The direct shareholding ratio is 30.03%, and through the employee shareholding platform Shanghai Leyi Technology Partnership (Limited Partnership)

The issuer controls 7.13% of the company's shares and together controls 37.16% of Hesai Technology's shares.

The third extraordinary general meeting of shareholders in 2020 held in September 2020 reviewed and approved the relevant proposals on setting up special voting rights.

The 108,120,166 shares held by Sun Kai, Li Yifan and Xiang Shaoqing are set as Class A shares.

The number of voting rights held by each Class B share is 5 times the number of voting rights held by each Class B share.

The company's joint actual controllers Sun Kai, Li Yifan and Xiang Shaoqing directly hold 68.21% of the company's voting rights.

The voting rights of the company jointly controlled by the actual controllers are 71.45%.

Voting rights or other means may have an adverse impact on the company's finances, personnel, development strategy, business decisions, etc.

The interests of other shareholders may be harmed.

Under the special voting rights mechanism, the controlling shareholder and actual controller can decide the ordinary

Resolutions can also play a similar decisive role in special resolutions of shareholders' meetings, limiting the number of shareholders who are not shareholders of the controlling shareholder.

The influence of shareholders other than the actual controller on the issuer's major decisions through the shareholders' meeting.

If small and medium shareholders, including public investors, are not directly involved in the issuer's major decisions and are not in line with the controlling shareholders and actual

If the controller holds a different opinion and objects to the vote at the shareholders' meeting, there is a high possibility that the corresponding voting rights per share will be

The relatively significant difference in quantity without sufficient ability to have a substantial impact on the voting results of the shareholders' meeting.

In special circumstances, the interests of the company's controlling shareholder or actual controller may conflict with other shareholders of the company, especially

Hesai ND AR 00881

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

In particular, the interests of small and medium-sized shareholders are inconsistent, and there is a possibility of damaging the interests of other shareholders, especially small and medium-sized shareholders.

## 8. Risks related to investment projects with raised funds

(I) Risk of not having acquired land for fundraising and investment projects

The "Smart Manufacturing Center" project, one of the projects to be funded by the issuer, involves newly acquired land and construction of

The address is Plot 2001, Jiading Industrial Zone. On November 11, 2020, the Issuer has obtained the Shanghai Jiading District Economic and Trade Co., Ltd.

Economic Committee Jiajing Letter [2020] No. 48 "Confirmation of Transfer of Plot 2001 with Industrial Project in Jiading Industrial Zone, Jiading District"

Letter of Acknowledgement.

The Issuer will construct and put into production the manufacturing center after acquiring the land.

This has resulted in a delay in the construction of the intelligent manufacturing center and has had an adverse impact on the issuer's lidar manufacturing capacity.

(II) Risk that the benefits of the fundraising and investment projects fail to meet expectations after implementation

The company's raised funds will be mainly used for the "intelligent manufacturing center project", "LiDAR exclusive chip project" and other projects.

project", "LiDAR algorithm research and development project". The feasibility analysis of the project with raised funds is based on the current

The implementation of the project is based on factors such as market environment, existing technological foundation, and forecasts of future market trends.

It is closely related to national industrial policies, market supply and demand, industry competition, technological progress, etc.

Any change in one factor will directly affect the economic benefits of the project.

Investment projects using raised funds may fail to achieve expected returns.

(III) Risk of dilution of immediate returns from this offering

During the reporting period, the weighted average net asset income attributable to shareholders of the parent company after deducting non-recurring gains and losses was

The profit margins were -28.30%, 3.27%, 1.58% and -12.35% respectively; after deducting the extraordinary gains and losses, the net profit attributable to the parent company was

The basic earnings per share of the company's shareholders were -0.13 yuan/share, 0.03 yuan/share, 0.03 yuan/share and -0.32 yuan/share respectively.

After the completion of this issuance, the company's net assets and total share capital will increase significantly in a short period of time, but the funds raised

Investment projects have a certain construction period, and it will take some time for the project to generate benefits. The net profit may be difficult to compare with the net profit.

Assets keep growing synchronously. Therefore, the company faces the risk of declining return on equity and earnings per share in the short term.

## IX. Risk of Failure of Issuance

1. Risk of Undersubscription

Investors in this public offering subscribed to the company's shares mainly based on their current market value and future development of the company.

Due to different investment preferences and understandings of industries and company businesses among investors,

Hesai ND AR 00882

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

If the company's value and future development prospects cannot be recognized by investors, there may be a situation where the subscription of this offering

Risk of insufficiency.

(II) Risk of failure to meet the expected market capitalization and financial indicators for listing

According to Article 11 of the Shanghai Stock Exchange Science and Technology Innovation Board Stock Issuance and Underwriting Implementation Measures,

"The issuer estimates that the total market value after the offering does not meet the market value and financial indicators clearly selected in the prospectus.

If the listing standards of the tender offer are not met, the issuance shall be suspended.

Article 24, Paragraph 1 of the Listing Standards of the Stock Exchange's Science and Technology Innovation Board Stock Issuance and Listing Review Rules states that "estimated market value"

If the total market value calculated after the company's preliminary inquiry is less than RMB 10 billion, then

There is a risk that the issuance may be suspended.

# 10. Other risks

1. Risks caused by the novel coronavirus pneumonia epidemic

Since January 2020, outbreaks of novel coronavirus pneumonia have occurred in various parts of China and abroad. In the short term,

The company's operations were negatively affected, mainly due to production downtime losses, temporary slowdown in customer orders, and logistics delays.

As of the signing date of this prospectus, the company's various

Production and operation activities have been carried out normally and orderly. However, the company's operating performance from January to September 2020 was somewhat

The company has been affected to some extent by the epidemic, and the epidemic will further have a certain negative impact on its operating performance for the whole year of 2020.

(II) Information citation risk and forward-looking description risk

The relevant industry information and future product information related to the company's business cited in this prospectus

Market demand and other related information or data are all from the official websites of research institutions, industry organizations or related entities

Since the company and the above-mentioned institutions mainly based their industry descriptions and future forecasts on the market conditions at the time,

The current status and development trend of the industry are subject to certain uncertainties due to factors such as the macro-economy and upstream and downstream industries.

Therefore, the information or data cited by the company should timely, accurately and fully reflect the industry, technology or

There may be a certain lag in the current state of competition and future development trends.

The company's forward-looking information is based on speculation and is subject to significant uncertainty.

Investors should use caution when making investment decisions.

Make investment decisions independently based on the latest market changes, rather than relying solely on the information cited in the prospectus.

Used information and data.

Hesai ND AR 00883

Machine Translated by Google

(III) Securities market risks

After the initial public offering and listing, in addition to the company's operating and financial conditions, the company's stock price will also

Affected by the domestic and international macroeconomic situation, industry conditions, capital market trends, market psychology and various major emergencies

When considering investing in a company's stocks, investors should anticipate the impact of the above factors.

factors and make prudent judgments.

Hesai ND AR 00884

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

Section 5 Basic Information of the Issuer

I. Basic Information of the Issuer

| | |
|---|---|
| Company Name | Shanghai Hesai Technology Co., Ltd. |
| English Name | Hesai Technology Co., Ltd. |
| Registered capital | RMB 360,000,000 |
| Legal representative | Li Yifan |
| Company Type | Joint-stock company limited (invested by Hong Kong, Macao and Taiwan, unlisted) |
| Unified social credit code | 91310114320742767K |
| Date of Establishment | October 22, 2014 |
| address | Building 2, No. 468 Xinlai Road, Jiading District, Shanghai |
| post code | 201815 |
| Telephone | 021-31588240 |
| fax | 021-31588240 |
| Company website | https://www.hesaitech.com/zh |
| Email | Info@hesaitech.com |
| Department responsible for information disclosure and investor relations Board Office | |
| Yang Cailian, Head of Information Disclosure and Investor Relations | |
| Information disclosure and investor relations person in charge Tel: 021-31588240 | |

II. Establishment of the Issuer

1. Establishment of a limited company

The predecessor of the Issuer, Hesai Limited, was jointly established in 2014 by Hesai Instruments, Ruigan Investment and Yuanzhan Investment.

The company was established with the name of "Shanghai Hesai Optoelectronics Technology Co., Ltd." and the legal representative is Li Yi

The registered capital of the company is RMB 1 million, of which Hesai Instruments contributed RMB 860,000 in cash, accounting for 20% of the registered capital.

86%; Ruigan Investment invested RMB 100,000 in cash, accounting for 10% of the registered capital; Yuanzhan Investment invested RMB

40,000 yuan, accounting for 4% of the registered capital.

On October 22, 2014, Hesai Limited obtained the Shanghai Municipal Administration for Industry and Commerce Jiading Branch's

"Business License" (Registration Number: 310114002802857).

On November 17, 2014, Shanghai Xusheng Certified Public Accountants (General Partnership) issued the Xushenghui Verification Certificate

The Capital Verification Report No. 022 (2014) confirmed that as of November 13, 2014, Hesai Limited had

Hesai ND AR 00885

Shanghai Hesai Technology Co., Ltd.                                                              Prospectus

The company has received a total of RMB 1 million in registered capital from shareholders including Hesai Instruments, Ruigan Investment and Yuanzhan Investment.

When Hesai Limited was established, the equity structure was as follows:

| Serial number | Shareholder Name | Investment method | Investment amount (ten thousand yuan) | Investment ratio (%) |
|---|---|---|---|---|
| 1 | Hesai Instruments | currency | 86.00 | 86.00 |
| 2 | Ruigan Investment | currency | 10.00 | 10.00 |
| 3 | Long-term investment | currency | 4.00 | 4.00 |
| total | | | 100.00 | 100 |

(II) Establishment of joint-stock companies

Hesai Technology is led by Sun Kai, Li Yifan, Xiang Shaoqing, Lightspeed Opportunity, Baidu China,

Bosch China, Shanghai Leyi, Lightspeed HS, Yuanzhan Fengyuan, Light Select, Gaoda Investment, QM116,

Rice Ventures, Hang Xiaoming, Ai Min, Moonstone, Yuanzhan Investment, Guangyi Investment, Detong Investment, Zhu De

Ming, Qiming Rongke, Yuanzhan Huayao, Hexu Investment, ZhenFund, Knollwood, A5J, Qiming Rongying,

ON Semiconductor and Feiyu Investment (hereinafter referred to as "all sponsors") jointly initiated and

A joint stock limited company established through overall change.

On June 22, 2020, the board of directors of Hesai Limited made a resolution to agree that Hesai Limited will be

The company was changed into a joint stock limited company as a whole, and April 30, 2020 was determined as the date of establishment of a joint stock limited company

The audit base date and evaluation base date of the company (hereinafter referred to as the "overall change"); agree to hire Shenwei

As the asset appraisal agency for this overall change, we agree to hire Deloitte China as the auditing agency for this overall change.

On June 25, 2020, the shareholders' meeting of Hesai Limited made a resolution to agree to the above matters.

According to the Deloitte Touche Tohmatsu CLP Report (Review) No. (20) S00385 issued on July 31, 2020

No. "Financial Statements and Special Audit Report of Shanghai Hesai Optoelectronics Technology Co., Ltd." as of April 2020

As of the 30th, the audited net asset value of Hesai Limited was RMB 874,716,277.33.

According to the Shanghai Shenwei Evaluation Report No. [2020] 1361 issued by Shenwei on July 31, 2020,

All the assets of Shanghai Hesai Optoelectronics Technology Co., Ltd. involved in the proposed shareholding reform of Hesai Optoelectronics Technology Co., Ltd.

According to the Asset and Liability Valuation Report, as of April 30, 2020, the net assets of Hesai Limited were valued at

970,862,942.00 Yuan.

On July 31, 2020, Hesai Limited passed a resolution of the board of directors to confirm the above audit and evaluation results.

Agree that Hesai Limited will use the audited book net assets of RMB 874,716,277.33 as of April 30, 2020

Hesai ND AR 00886

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

1:0.0607 ratio is converted into 53,126,790 shares of the joint-stock company, and the remaining 821,589,487.33 yuan

The capital reserve was deposited, and all shareholders of Hesai Limited were appointed as sponsors to change Hesai Limited into a joint-stock limited company.

The Company agreed to terminate the original Articles of Association and the Joint Venture Contract on the date of establishment of the joint stock company.

On January 1, the shareholders' meeting of Hesai Limited made a resolution to agree to the above matters.

On August 1, 2020, all the founders of Hesai Technology signed the "Shanghai Hesai Optoelectronics Technology

The Promoter Agreement on the Overall Change of the Company into Shanghai Hesai Technology Co., Ltd. on the Establishment of Hesai Technology

An agreement was reached on the matter.

On August 5, 2020, the company held the founding meeting of the joint-stock company and the first shareholders' meeting to review the

The meeting passed the "Report on the Preparation of Shanghai Hesai Technology Co., Ltd." and the "Report on the Preparation of Shanghai Hesai Technology Co., Ltd."

Proposal on the Establishment Expenses of Shanghai Hesai Technology Co., Ltd. and Articles of Association (Draft) of Shanghai Hesai Technology Co., Ltd.

Proposal on the election of the first board of directors and Proposal on the election of the first board of supervisors

Resolution" and other related resolutions.

On August 14, 2020, the Shanghai Municipal Administration for Market Regulation issued a business license to Hesai Technology.

The company type is "Limited Liability Company (Hong Kong, Macao and Taiwan Investment, Unlisted)", and the unified social credit code is

91310114320742767Kÿ

On August 17, 2020, Deloitte Touche Tohmatsu issued the Shanghai

Hesai Technology Co., Ltd. Capital Verification Report, the verification and confirmation deadline is August 2, 2020, all the sponsors

Hesai Limited's audited net assets as of April 30, 2020 were converted into shares, and the registered capital paid was RMB 53,126,790.00

The remaining amount of RMB 821,589,487.33 was included in the capital reserve.

When the joint-stock company was established, Hesai Technology's share capital structure was as follows:

| Serial number | Name of sponsor | Number of shares held (shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Sun Kai | 5,683,681 | 10.70 |
| 2 | Li Yifan | 5,497,500 | 10.35 |
| 3 | Xiang Shaoqing | 5,497,500 | 10.35 |
| 4 | Lightspeed Opportunity | 4,432,359 | 8.34 |
| 5 | Baidu China | 4,376,706 | 8.24 |
| 6 | Bosch China | 4,250,143 | 8.00 |
| 7 | Shanghai Leyi | 3,960,712 | 7.46 |
| 8 | Lightspeed HS | 2,697,680 | 5.08 |

Hesai ND AR 00887

Shanghai Hesai Technology Co., Ltd.                                    Prospectus

| Serial number | Name of sponsor | Number of shares held (shares) | Shareholding ratio (%) |
|---|---|---|---|
| 9 | Looking ahead to Fengyuan | 1,951,408 | 3.67 |
| 10 | Light Select | 1,905,522 | 3.59 |
| 11 | Gundam Investment | 1,678,437 | 3.16 |
| 12 | QM116 | 1,429,142 | 2.69 |
| 13 | Rice Ventures | 1,057,928 | 1.99 |
| 14 | Hang Xiaoming | 999,814 | 1.88 |
| 15 | Ai Min | 956,171 | 1.80 |
| 16 | Moonstone | 952,761 | 1.79 |
| 17 | Long-term investment | 797,572 | 1.50 |
| 18 | Feiyu Investment | 796,902 | 1.50 |
| 19 | Guangyi Investment | 685,512 | 1.29 |
| 20 | Detong Investment | 652,906 | 1.23 |
| 21 | Zhu Deming | 451,858 | 0.85 |
| 22 | Qiming Rongke | 433,202 | 0.82 |
| 23 | Far-sighted Huayao | 430,643 | 0.81 |
| 24 | Hexu Investment | 359,468 | 0.68 |
| 25 | ZhenFund | 291,068 | 0.55 |
| 26 | Knollwood | 285,828 | 0.54 |
| 27 | A5J | 285,828 | 0.54 |
| 28 | Qiming Rongying | 233,263 | 0.44 |
| 29 | ON Semiconductor | 95,276 | 0.18 |
| | total | 53,126,790 | 100 |

(III) Changes in share capital and shareholders during the reporting period

From the establishment of the company on October 22, 2014 to December 31, 2016, there were 3 increases in total.

As of December 31, 2016, the company's equity structure is as follows:

| Serial number | Shareholder Name | Amount of investment (ten thousand yuan) | Investment ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 20.82 |
| 2 | Shanghai Yazhan | 614.40 | 20.21 |
| 3 | Shanghai Linyi | 614.40 | 20.21 |
| 4 | Looking ahead to Fengyuan | 288.73 | 9.50 |
| 5 | Shanghai Leyi | 216.49 | 7.12 |
| 6 | Rice Ventures | 173.19 | 5.70 |

Hesai ND AR 00888

Shanghai Hesai Technology Co., Ltd.                                                            Prospectus

| Serial number | Shareholder Name | Amount of investment (ten thousand yuan) | Investment ratio (%) |
|---|---|---|---|
| 7 | Hang Xiaoming | 144.01 | 4.74 |
| 8 | Ai Min | 115.54 | 3.80 |
| 9 | Zhu Deming | 97.18 | 3.20 |
| 10 | Long-term investment | 86.60 | 2.85 |
| 11 | Ningbo Leili | 28.81 | 0.95 |
| 12 | Far-sighted Huayao | 28.08 | 0.92 |
| | total | 3,040.44 | 100 |

During the reporting period, the changes in the company's share capital and shareholders are as follows:

**1.** In **March** 2017 , Hesai Limited increased its capital for the fourth time

On January 12, 2017, the board of directors and shareholders of Hesai Limited made a resolution to agree to add Gaoda Investment,

Jiangmen Venture Capital and Hexu Investment became new shareholders of Hesai Limited; agreed to increase the registered capital from RMB 30,404,430 to

The newly added registered capital is RMB 34,120,527, and is contributed by Yuanzhan Huayao and new shareholders Gaoda Investment, Jiangmen Venture Capital, and Hexu Investment.

The capital subscription was completed and Hesai Limited was transformed from a domestic joint venture into a Sino-foreign joint venture; it was agreed that the shareholders of Hesai Limited

The new company charter and joint venture contract signed on January 12, 2017.

On the same day, Hesai Limited, Gaoda Investment, Jiangmen Venture Capital, Yuanzhan Huayao, Hexu Investment, Shanghai Fermat,

Shanghai Yazhan, Shanghai Linyi, Sun Kai, Li Yifan and Xiang Shaoqing signed the Capital Increase Subscription Agreement, and all parties agreed

Gaoda Investment subscribed for 23.64789 million yuan of new registered capital of Hesai Limited with USD 7 million; Jiangmen Venture Capital subscribed for 23.64789 million yuan of new registered capital of Hesai Limited with USD 7 million;

1.5 million US dollars or its equivalent in RMB to subscribe for the additional registered capital of RMB 506,740,500 of Hesai Limited;

Zhan Huayao subscribed RMB 50.67405 of the newly added registered capital of Hesai Limited for US$1.5 million or its equivalent in RMB

Hexu Investment subscribed for the additional registered capital of Hesai Limited with USD 1 million or its equivalent in RMB.

337,827 million yuan.

On March 2, 2017, the Shanghai Municipal Commission of Commerce issued the "Notice of the Municipal Commission of Commerce on Approving the Increase of Foreign Investment and

The Approval for the Acquisition of Shanghai Hesai Optoelectronics Technology Co., Ltd. (Shanghai Foreign Investment Approval [2017] No. 66) approved Hesai's acquisition of

With the aforementioned capital increase of Hesai Limited, the nature of Hesai Limited was changed from a domestic enterprise to a Sino-foreign joint venture.

On March 7, 2017, the Shanghai Municipal People's Government issued the "Taiwan and Hong Kong

(Certificate of Approval for Australian Overseas Chinese Investment Enterprises) (Shangwaizihuzhiwuzi [2017] No. 0025).

On March 10, 2017, Hesai Limited completed the change and obtained the Shanghai Administration for Industry and Commerce

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

Hesai ND AR 00889

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

After the completion of this capital increase, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 18.55 |
| 2 | Shanghai Yazhan | 614.40 | 18.01 |
| 3 | Shanghai Linyi | 614.40 | 18.01 |
| 4 | Looking ahead to Fengyuan | 288.73 | 8.46 |
| 5 | Gundam Investment | 236.48 | 6.93 |
| 6 | Shanghai Leyi | 216.49 | 6.34 |
| 7 | Rice Ventures | 173.19 | 5.08 |
| 8 | Hang Xiaoming | 144.01 | 4.22 |
| 9 | Ai Min | 115.54 | 3.39 |
| 10 | Zhu Deming | 97.18 | 2.85 |
| 11 | Long-term investment | 86.60 | 2.54 |
| 12 | Far-sighted Huayao | 78.75 | 2.31 |
| 13 | Jiangmen Venture Capital | 50.67 | 1.49 |
| 14 | Hexu Investment | 33.78 | 0.99 |
| 15 | Ningbo Leili | 28.81 | 0.84 |
| total | | 3,412.05 | 100 |

**2.** In **November** 2017 , Hesai Limited increased its capital for the fifth time

On September 13, 2017, Baidu China, Hesai Limited, Shanghai Yazhan, Li Yifan, Shanghai Fermat,

Sun Kai, Shanghai Linyi, and Xiang Shaoqing signed the Capital Increase Subscription Agreement, and all parties agreed that Baidu China would increase its capital by RMB 104,611,200.

The price of RMB 4,376,706.07 was used to subscribe for the company's newly increased registered capital. Shanghai Leyi will

The company's newly subscribed registered capital is RMB 1,795,817.21.

On September 15, 2017, the board of directors of Hesai Limited made a resolution to approve the aforementioned capital increase.

The registered capital increased from RMB 34,120,527.00 to RMB 40,293,050.28; agreed to approve the revised company articles of association.

Other shareholders have respectively issued "Decision on Waiving the Right of Preemptive Subscription for New Registered Capital".

On September 21, 2017, Hesai Limited filed for the capital increase and obtained the Shanghai Jia

The "Receipt of Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiawai Foreign Investment No. 201700754) issued by the Dingqu Commerce Committee.

On November 1, 2017, Hesai Limited completed the change and obtained the Shanghai Administration for Industry and Commerce

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

Hesai ND AR 00890

Shanghai Hesai Technology Co., Ltd.                                    Prospectus

After the completion of this capital increase, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 15.71 |
| 2 | Shanghai Yazhan | 614.40 | 15.25 |
| 3 | Shanghai Linyi | 614.40 | 15.25 |
| 4 | Baidu China | 437.67 | 10.86 |
| 5 | Shanghai Leyi | 396.07 | 9.83 |
| 6 | Looking ahead to Fengyuan | 288.73 | 7.17 |
| 7 | Gundam Investment | 236.48 | 5.87 |
| 8 | Rice Ventures | 173.19 | 4.30 |
| 9 | Hang Xiaoming | 144.01 | 3.57 |
| 10 | Ai Min | 115.54 | 2.87 |
| 11 | Zhu Deming | 97.18 | 2.41 |
| 12 | Long-term investment | 86.60 | 2.15 |
| 13 | Far-sighted Huayao | 78.75 | 1.95 |
| 14 | Jiangmen Venture Capital | 50.67 | 1.26 |
| 15 | Hexu Investment | 33.78 | 0.84 |
| 16 | Ningbo Leili | 28.81 | 0.71 |
| | total | 4,029.31 | 100 |

**3.** In **June** 2018 , Hesai Limited completed its second equity transfer and sixth capital increase

On January 9, 2018, Hesai Limited, Yuanzhan Investment, Dami Ventures, Hang Xiaoming, Zhu Deming and Zhen

Ge Fund signed the "Equity Transfer Agreement", stipulating that Yuanzhan Investment, Dami Venture Capital, Hang Xiaoming and Zhu Deming will

Transferred its 0.17% equity interest in Hesai Limited to ZhenFund at a price of US$250,000 or RMB equivalent.

On January 10, 2018, the board of directors of Hesai Limited made a resolution to approve the aforementioned equity transfer;

The other shareholders have respectively issued "Notice on Waiving the Exercise of Preferred Rights for the Proposed Transfer of Equity".

Decision on the Right to Purchase.

On January 19, 2018, Hesai Limited filed the equity transfer and obtained the Shanghai

The "Receipt for Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiading District Commerce Committee)

201800065ÿÿ

On April 17, 2018, Lightspeed Zhike HK Limited, ZhenFund, Gaoda Investment, Yuan

Zhan Huayao, Jiangmen Venture Capital, Hexu Investment and Hesai Limited, Shanghai Yazhan, Li Yifan, Shanghai Fermat, Sun Kai,

Hesai ND AR 00891

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

Shanghai Linyi and Xiang Shaoqing signed the Capital Increase Subscription Agreement, and all parties agreed to subscribe to the company's newly increased registered capital.

The body is shown in the following table:

| Serial number | Shareholders who increase capital | Subscribed registered capital | price |
|---|---|---|---|
| 1 | Lightspeed Zhike HK Limited | 2,143,712.56 Yuan | $12,000,000 |
| 2 | ZhenFund | 17,523.43 Yuan | $98,092.03 |
| 3 | Gundam Investment | 151,490.03 Yuan | $848,005.65 |
| 4 | Jiangmen Venture Capital | 32,462.15 Yuan | USD 181,715.50 or its equivalent RMB |
| 5 | Far-sighted Huayao | 214,371.26 Yuan | USD 1,200,000 or its equivalent RMB |
| 6 | Hexu Investment | 21,641.43 Yuan | USD 121,143.66 or its equivalent RMB |

On April 19, 2018, Lightspeed HS and Lightspeed Zhike HK Limited signed the Transfer Agreement.

The Transfer Agreement stipulates that Lightspeed Zhike HK Limited will transfer its

All rights and obligations of the Company shall be transferred to Lightspeed HS, including but not limited to the right to subscribe for the additional registered capital.

On the same day, Lightspeed HS signed the Accession Agreement, confirming that it would

Starting from 19th of July, Lightspeed HS is deemed to be a party to the above-mentioned Capital Increase Subscription Agreement, as if

It has signed the Capital Increase Subscription Agreement; Lightspeed HS fully accepts the Capital Increase Subscription Agreement.

terms and conditions and agree to be bound by them.

On April 20, 2018, the board of directors of Hesai Limited made a resolution to approve the aforementioned capital increase:

The other shareholders have respectively issued the "Notice on Waiving the Priority Exercise of the Additional Registered Capital"

Decision on Subscription Rights.

On April 23, 2018, Hesai Limited filed for the capital increase and obtained the Shanghai Jia

The "Receipt of Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiawai Foreign Investment No. 201800376) issued by the Dingqu Commerce Committee.

On June 6, 2018, Hesai Limited completed the change and obtained the Shanghai Administration for Industry and Commerce

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this capital increase and equity transfer, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 14.76 |
| 2 | Shanghai Yazhan | 614.40 | 14.33 |
| 3 | Shanghai Linyi | 614.40 | 14.33 |

Hesai ND AR 00892

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 4 | Baidu China | 437.67 | 10.21 |
| 5 | Shanghai Leyi | 396.07 | 9.24 |
| 6 | Looking ahead to Fengyuan | 288.73 | 6.73 |
| 7 | Gundam Investment | 251.63 | 5.87 |
| 8 | Lightspeed HS | 214.37 | 5.00 |
| 9 | Rice Ventures | 166.35 | 3.88 |
| 10 | Hang Xiaoming | 137.17 | 3.20 |
| 11 | Ai Min | 115.54 | 2.69 |
| 12 | Far-sighted Huayao | 100.19 | 2.34 |
| 13 | Zhu Deming | 90.34 | 2.11 |
| 14 | Long-term investment | 79.76 | 1.86 |
| 15 | Jiangmen Venture Capital | 53.92 | 1.26 |
| 16 | Hexu Investment | 35.95 | 0.84 |
| 17 | ZhenFund | 29.11 | 0.68 |
| 18 | Ningbo Leili | 28.81 | 0.67 |
| total | | **4,287.43** | **100** |

**4. In November** 2018 , Hesai Limited completed its third equity transfer

On September 26, 2018, the board of directors of Hesai Limited made a resolution to agree that Lightspeed HS would be transferred to Ning

Bo Leili holds 0.67% of the equity of Hesai Limited; agrees that Lightspeed HS will acquire the 0.67% equity held by Rice Ventures

0.62% equity interest in Hesai Limited; agreed that Guangyi Investment would acquire 0.38% equity interest in Hesai Limited held by Dami Ventures

agree to Guangyi Investment to acquire 0.33% of the equity of Hesai Limited held by Ai Min; agree to adopt the revised

The other shareholders have respectively issued the "Decision on Waiving the Right of Preemption for the Proposed Transfer of Equity".

On the same day, Hesai Limited, Lightspeed HS and Ningbo Leili signed the Equity Transfer Agreement, stipulating that Ningbo

Bolei Li transferred its 0.67% stake in Hesai Limited to Lightspeed HS at a price of RMB 14,286,322.14.

Equity; Hesai Limited, Lightspeed HS, Guangyi Investment, Dami Ventures, and Aimin signed the Equity Transfer Agreement

The Agreement stipulates that Dami Ventures will transfer its shares in Hesai to Lightspeed HS at a price of RMB 13,179,346.20.

Limited 0.62% of the equity, Rice Venture Capital transferred its shares in He to Guangyi Investment at a price of RMB 8,077,663.80.

Ai Min transferred his shares in Hesai to Guangyi Investment for RMB 7,014,813.30.

Limited 0.33% equity.

On November 1, 2018, Hesai Limited filed the equity transfer and obtained Shanghai

Hesai ND AR 00893

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

The "Receipt for Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiading District Commerce Committee)

201801073ÿÿ

On November 26, 2018, Hesai Limited completed the change and obtained the approval of Shanghai Administration for Industry and Commerce.

The Business License (Uniform Social Credit Code: 91310114320742767K) reissued by the Administration Bureau.

After the completion of this equity transfer, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 14.76 |
| 2 | Shanghai Yazhan | 614.40 | 14.33 |
| 3 | Shanghai Linyi | 614.40 | 14.33 |
| 4 | Baidu China | 437.67 | 10.21 |
| 5 | Shanghai Leyi | 396.07 | 9.24 |
| 6 | Looking ahead to Fengyuan | 288.73 | 6.73 |
| 7 | Lightspeed HS | 269.77 | 6.29 |
| 8 | Gundam Investment | 251.63 | 5.87 |
| 9 | Hang Xiaoming | 137.17 | 3.20 |
| 10 | Rice Ventures | 123.48 | 2.88 |
| 11 | Ai Min | 101.39 | 2.36 |
| 12 | Far-sighted Huayao | 100.19 | 2.34 |
| 13 | Zhu Deming | 90.34 | 2.11 |
| 14 | Long-term investment | 79.76 | 1.86 |
| 15 | Jiangmen Venture Capital | 53.92 | 1.26 |
| 16 | Hexu Investment | 35.95 | 0.84 |
| 17 | Guangyi Investment | 30.44 | 0.71 |
| 18 | ZhenFund | 29.11 | 0.68 |
| total | | **4,287.43** | **100** |

**5. In May** 2019 , Hesai Limited increased its capital for the seventh time

On March 13, 2019, the board of directors of Hesai Limited made a resolution to increase the registered capital from 42,874,251.13

The registered capital increased from RMB 46,494,743.45 to RMB 46,494,743.45. The newly subscribed registered capital is shown in the following table:

| Serial number | Shareholders who increase capital | Subscribed registered capital | price |
|---|---|---|---|
| 1 | Light Select | 1,429,141.70 Yuan | $15,000,000 |
| 2 | Moonstone | 952,761.14 Yuan | USD 10,000,000 |

Hesai ND AR 00894

Shanghai Hesai Technology Co., Ltd.                                              Prospectus

| Serial number | Shareholders who increase capital | Subscribed registered capital | price |
|---|---|---|---|
| 3 | Knollwood | 285,828.34 Yuan | USD 3,000,000 |
| 4 | BOCOM International | 666,932.80 Yuan | $7,000,000 |
| 5 | A5J | 285,828.34 Yuan | USD 3,000,000 |

The board of directors of Hesai Limited agreed to approve the revised articles of association. Other shareholders submitted their

"Decision on Waiving the Right of Preemptive Subscription for New Registered Capital".

On the same day, Light Select, Moonstone, Knollwood, Bocom International, A5J and Hesai Limited,

Shanghai Yazhan, Li Yifan, Shanghai Ferma, Sun Kai, Shanghai Linyi and Xiang Shaoqing signed the Capital Increase Subscription Agreement.

All parties agree to the aforementioned capital increase.

On April 15, 2019, Hesai Limited filed for the capital increase and obtained the Shanghai Jia

The "Receipt of Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiawai Foreign Investment No. 201900400) issued by the Dingqu Commerce Committee.

On May 27, 2019, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this capital increase, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 13.62 |
| 2 | Shanghai Yazhan | 614.40 | 13.21 |
| 3 | Shanghai Linyi | 614.40 | 13.21 |
| 4 | Baidu China | 437.67 | 9.41 |
| 5 | Shanghai Leyi | 396.07 | 8.52 |
| 6 | Looking ahead to Fengyuan | 288.73 | 6.21 |
| 7 | Lightspeed HS | 269.77 | 5.80 |
| 8 | Gundam Investment | 251.63 | 5.41 |
| 9 | Light Select | 142.91 | 3.07 |
| 10 | Hang Xiaoming | 137.17 | 2.95 |
| 11 | Rice Ventures | 123.48 | 2.66 |
| 12 | Ai Min | 101.39 | 2.18 |
| 13 | Far-sighted Huayao | 100.19 | 2.16 |
| 14 | Moonstone | 95.28 | 2.05 |
| 15 | Zhu Deming | 90.34 | 1.94 |
| 16 | Long-term investment | 79.76 | 1.72 |

Hesai ND AR 00895

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                           Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 17 | BOCOM International | 66.69 | 1.43 |
| 18 | Jiangmen Venture Capital | 53.92 | 1.16 |
| 19 | Hexu Investment | 35.95 | 0.77 |
| 20 | Guangyi Investment | 30.44 | 0.65 |
| 21 | ZhenFund | 29.11 | 0.63 |
| 22 | Knollwood | 28.58 | 0.62 |
| 23 | A5J | 28.58 | 0.62 |
| total | | **4,649.47** | **100** |

**6.** In **June** 2019 , Hesai Limited increased its capital for the eighth time

May 14, 2019, Bosch China, QM116, ON Semiconductor, Light Select,

Guangyi Investment and Hesai Limited, Shanghai Yazhan, Li Yifan, Shanghai Fermat, Sun Kai, Shanghai Linyi, Xiang Shaoqing

Signing the Capital Increase Subscription Agreement, all parties agree to subscribe for the company's newly increased registered capital, as shown in the following table:

| Serial number | Shareholders who increase capital | Subscribed registered capital | price |
|---|---|---|---|
| 1 | Bosch China | 1,143,313.36 RMB 12,000,000 USD or its equivalent in RMB | |
| 2 | QM116 | 1,429,141.70 Yuan | $15,000,000 |
| 3 | ON Semiconductor | 95,276.11 Yuan | USD 1,000,000 |
| 4 | Light Select | 476,380.57 Yuan | $5,000,000 |
| 5 | Guangyi Investment | 381,104.45 RMB 4,000,000 USD or its equivalent in RMB | |

On May 17, 2019, Hesai Limited filed for the capital increase and obtained the Shanghai Jia

The "Receipt of Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiawai Foreign Investment No. 201900530) issued by the Dingqu Commerce Committee.

On May 30, 2019, the board of directors of Hesai Limited made a resolution to approve the aforementioned capital increase.

The registered capital increased from RMB 46,494,743.45 to RMB 50,019,959.64; agreed to approve the revised company articles of association.

Other shareholders have respectively issued "Decision on Waiving the Right of Preemptive Subscription for New Registered Capital".

On June 20, 2019, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this capital increase, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 12.66 |
| 2 | Shanghai Yazhan | 614.40 | 12.28 |

Hesai ND AR 00896

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 3 | Shanghai Linyi | 614.40 | 12.28 |
| 4 | Baidu China | 437.67 | 8.75 |
| 5 | Shanghai Leyi | 396.07 | 7.92 |
| 6 | Looking ahead to Fengyuan | 288.73 | 5.77 |
| 7 | Lightspeed HS | 269.77 | 5.39 |
| 8 | Gundam Investment | 251.63 | 5.03 |
| 9 | Light Select | 190.55 | 3.81 |
| 10 | QM116 | 142.91 | 2.86 |
| 11 | Hang Xiaoming | 137.17 | 2.74 |
| 12 | Rice Ventures | 123.48 | 2.47 |
| 13 | Bosch China | 114.33 | 2.29 |
| 14 | Ai Min | 101.39 | 2.03 |
| 15 | Far-sighted Huayao | 100.19 | 2.00 |
| 16 | Moonstone | 95.28 | 1.91 |
| 17 | Zhu Deming | 90.34 | 1.81 |
| 18 | Long-term investment | 79.76 | 1.59 |
| 19 | Guangyi Investment | 68.55 | 1.37 |
| 20 | BOCOM International | 66.69 | 1.33 |
| 21 | Jiangmen Venture Capital | 53.92 | 1.08 |
| 22 | Hexu Investment | 35.95 | 0.72 |
| 23 | ZhenFund | 29.11 | 0.58 |
| 24 | Knollwood | 28.58 | 0.57 |
| 25 | A5J | 28.58 | 0.57 |
| 26 | ON Semiconductor | 9.53 | 0.19 |
| total | | **5,002.00** | **100** |

**7.** In **July** 2019 , Hesai Limited increased its capital for the ninth time

On June 26, 2019, Bosch China, Hesai Co., Ltd., Shanghai Yazhan, Li Yifan, Shanghai Fermat,

Sun Kai, Shanghai Linyi, Xiang Shaoqing and Hesai Trading signed the Capital Increase and Subscription Agreement, stipulating that Bosch China

The Company invested USD 32,608,696 or its equivalent in RMB to subscribe for the newly increased registered capital of Hesai Limited by RMB 3,106,829.79.

On July 1, 2019, the board of directors of Hesai Limited made a resolution to approve the aforementioned capital increase;

The other shareholders have respectively issued the "Notice on Waiving the Priority Exercise of the Additional Registered Capital"

Hesai ND AR 00897

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                  Prospectus

Decision on Subscription Rights.

On July 3, 2019, Hesai Limited filed the change and obtained the Shanghai Jia

The "Receipt for Registration of Changes in Foreign-Invested Enterprises" (No.: Shanghai Jia Foreign Investment Registration) issued by the Dingqu Commerce Committee

201900710ÿÿ

On July 17, 2019, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this capital increase, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 633.02 | 11.91 |
| 2 | Shanghai Yazhan | 614.40 | 11.56 |
| 3 | Shanghai Linyi | 614.40 | 11.56 |
| 4 | Baidu China | 437.67 | 8.24 |
| 5 | Bosch China | 425.01 | 8.00 |
| 6 | Shanghai Leyi | 396.07 | 7.46 |
| 7 | Looking ahead to Fengyuan | 288.73 | 5.43 |
| 8 | Lightspeed HS | 269.77 | 5.08 |
| 9 | Gundam Investment | 251.63 | 4.74 |
| 10 | Light Select | 190.55 | 3.59 |
| 11 | QM116 | 142.91 | 2.69 |
| 12 | Hang Xiaoming | 137.17 | 2.58 |
| 13 | Rice Ventures | 123.48 | 2.32 |
| 14 | Ai Min | 101.39 | 1.91 |
| 15 | Far-sighted Huayao | 100.19 | 1.89 |
| 16 | Moonstone | 95.28 | 1.79 |
| 17 | Zhu Deming | 90.34 | 1.70 |
| 18 | Long-term investment | 79.76 | 1.50 |
| 19 | Guangyi Investment | 68.55 | 1.29 |
| 20 | BOCOM International | 66.69 | 1.26 |
| 21 | Jiangmen Venture Capital | 53.92 | 1.01 |
| 22 | Hexu Investment | 35.95 | 0.68 |
| 23 | ZhenFund | 29.11 | 0.55 |
| 24 | Knollwood | 28.58 | 0.54 |

Hesai ND AR 00898

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 25 | A5J | 28.58 | 0.54 |
| 26 | ON Semiconductor | 9.53 | 0.18 |
| | total | 5,312.68 | 100 |

**8.** In **September** 2019 , Hesai Limited completed its fourth equity transfer

On August 9, 2019, the board of directors of Hesai Limited made a resolution to agree to the following equity transfer matters:

| Transferor | Transferee | Transfer ratio | Transfer Price |
|---|---|---|---|
| Shanghai Yazhan | Lightspeed Opportunity | 0.72% | USD 4,000,000 |
| Shanghai Fermat | | 0.72% | USD 4,000,000 |
| Shanghai Linyi | | 0.72% | USD 4,000,000 |
| Gundam Investment | | 1.58% | $8,800,000 |
| Yuanzhan Huayao Qiming Rongke | | 0.82% | $4,550,000 |
| Looking ahead to Fengyuan Qiming Rongying | | 0.44% | $2,450,000 |
| Yuanzhan Huayao Detong Investment | | 0.26% | $1,450,000 |
| Long-term Fengyuan Detong Investment | | 0.64% | $3,550,000 |

The board of directors of Hesai Limited agreed to approve the revised articles of association. Other shareholders submitted their

Decision on Waiving the Right of First Refusal for the Proposed Transfer of Equity.

On the same day, Qiming Rongke, Qiming Rongying, Hesai Limited, Yuanzhan Huayao and Yuanzhan Fengyuan signed the Equity Transfer Agreement.

"Transfer Agreement"; Detong Investment, Hesai Limited, Yuanzhan Huayao and Yuanzhan Fengyuan signed the "Equity Transfer Agreement";

Lightspeed Opportunity signed an equity transfer agreement with Hesai Limited and Gaoda Investment; Lightspeed

Opportunity signed the Equity Transfer Agreement with Hesai Limited, Shanghai Yazhan, Shanghai Ferma and Shanghai Linyi.

To agree upon the above equity transfer.

On August 27, 2019, Hesai Limited filed the equity transfer and obtained Shanghai

The "Receipt for Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiading District Commerce Committee)

201900993ÿÿ

On September 30, 2019, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this equity transfer, the equity structure of Hesai Limited is as follows:

Hesai ND AR 00899

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 594.93 | 11.19 |
| 2 | Shanghai Yazhan | 576.31 | 10.84 |
| 3 | Shanghai Linyi | 576.31 | 10.84 |
| 4 | Baidu China | 437.67 | 8.24 |
| 5 | Bosch China | 425.01 | 8.00 |
| 6 | Shanghai Leyi | 396.07 | 7.46 |
| 7 | Lightspeed HS | 269.77 | 5.08 |
| 8 | Looking ahead to Fengyuan | 231.61 | 4.35 |
| 9 | Lightspeed Opportunity | 198.04 | 3.74 |
| 10 | Light Select | 190.55 | 3.59 |
| 11 | Gundam Investment | 167.84 | 3.16 |
| 12 | QM116 | 142.91 | 2.69 |
| 13 | Hang Xiaoming | 137.17 | 2.58 |
| 14 | Rice Ventures | 123.48 | 2.32 |
| 15 | Ai Min | 101.39 | 1.91 |
| 16 | Moonstone | 95.28 | 1.79 |
| 17 | Zhu Deming | 90.34 | 1.70 |
| 18 | Long-term investment | 79.76 | 1.50 |
| 19 | Guangyi Investment | 68.55 | 1.29 |
| 20 | BOCOM International | 66.69 | 1.26 |
| 21 | Jiangmen Venture Capital | 53.92 | 1.01 |
| 22 | Detong Investment | 47.60 | 0.90 |
| 23 | Qiming Rongke | 43.32 | 0.82 |
| 24 | Far-sighted Huayao | 43.06 | 0.81 |
| 25 | Hexu Investment | 35.95 | 0.68 |
| 26 | ZhenFund | 29.11 | 0.55 |
| 27 | Knollwood | 28.58 | 0.54 |
| 28 | A5J | 28.58 | 0.54 |
| 29 | Qiming Rongying | 23.33 | 0.44 |
| 30 | ON Semiconductor | 9.53 | 0.18 |
| total | | 5,312.68 | 100 |

Hesai ND AR 00900

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

**9.** In **February** 2020 , Hesai Limited completed its fifth equity transfer

On December 17, 2019, Hesai Limited, Hang Xiaoming, Zhu Deming, Ai Min, Jiangmen Venture Capital, and Bank of Communications

International, Yuanzhan Fengyuan and Lightspeed Opportunity signed the Equity Transfer Agreement; Hesai Limited, Da

Mi Ventures and Detong Investment signed the Equity Transfer Agreement, agreeing to the following equity transfer matters:

| Transferor | Transferee | Transfer ratio | Transfer Price |
|---|---|---|---|
| Hang Xiaoming | Lightspeed Opportunity | 0.70% | USD 4,550,000.00 |
| Zhu Deming | | 0.85% | USD 5,525,000.00 |
| Ai Min | | 0.11% | USD 706,550.00 |
| Jiangmen Venture Capital | | 1.01% | USD 6,597,080.80 |
| BOCOM International | | 1.26% | $8,159,844.11 |
| Looking ahead to Fengyuan | | 0.69% | $4,461,525.09 |
| Rice Ventures Detong Investment | | 0.33% | USD 2,163,850.00 |

On December 20, 2019, Hesai Limited filed the equity transfer and obtained the approval of the relevant authorities.

The "Receipt for Registration of Changes in Foreign-Invested Enterprises" (Shanghai Jiading District Commerce Committee)

201901492ÿÿ

On December 27, 2019, the board of directors of Hesai Limited made a resolution to agree to the above equity transfer.

The other shareholders have respectively issued the "Notice on Waiver of the Proposed Transfer of Equity"

Decision on the Exercise of the Right of Preemption.

On February 17, 2020, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this equity transfer, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Shanghai Fermat | 594.93 | 11.19 |
| 2 | Shanghai Yazhan | 576.31 | 10.84 |
| 3 | Shanghai Linyi | 576.31 | 10.84 |
| 4 | Lightspeed Opportunity | 443.24 | 8.35 |
| 5 | Baidu China | 437.67 | 8.24 |
| 6 | Bosch China | 425.01 | 8.00 |
| 7 | Shanghai Leyi | 396.07 | 7.46 |
| 8 | Lightspeed HS | 269.77 | 5.08 |

Hesai ND AR 00901

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 9 | Looking ahead to Fengyuan | 195.14 | 3.67 |
| 10 | Light Select | 190.55 | 3.59 |
| 11 | Gundam Investment | 167.84 | 3.16 |
| 12 | QM116 | 142.91 | 2.69 |
| 13 | Rice Ventures | 105.79 | 1.99 |
| 14 | Hang Xiaoming | 99.98 | 1.88 |
| 15 | Ai Min | 95.62 | 1.80 |
| 16 | Moonstone | 95.28 | 1.79 |
| 17 | Long-term investment | 79.76 | 1.50 |
| 18 | Guangyi Investment | 68.55 | 1.29 |
| 19 | Detong Investment | 65.29 | 1.23 |
| 20 | Zhu Deming | 45.19 | 0.85 |
| 21 | Qiming Rongke | 43.32 | 0.82 |
| 22 | Far-sighted Huayao | 43.06 | 0.81 |
| 23 | Hexu Investment | 35.95 | 0.68 |
| 24 | ZhenFund | 29.11 | 0.55 |
| 25 | Knollwood | 28.58 | 0.54 |
| 26 | A5J | 28.58 | 0.54 |
| 27 | Qiming Rongying | 23.33 | 0.44 |
| 28 | ON Semiconductor | 9.53 | 0.18 |
| total | | **5,312.68** | **100** |

**10.** In **March** 2020 , Hesai Limited completed its sixth equity transfer

On February 27, 2020, the board of directors of Hesai Limited made a resolution to transfer Shanghai Yazhan to Li Yifan. The transfer price was RMB 266,123.88; Shanghai Fermat transferred 10.84% of Hesai Limited's equity to Sun Kai transferred 11.19% of Hesai Limited's equity for RMB 274,723.43; Shanghai Linyi Transfer 10.84% of Hesai Limited's equity to Xiang Shaoqing for RMB 266,123.88; Agree The revised Articles of Association were adopted. Other shareholders have respectively submitted "Notice on Waiving the Exercise of the Preferential Decision on the Right of Preemption.

On the same day, Shanghai Yazhan and Li Yifan signed the Equity Transfer Agreement; Shanghai Ferma and Sun Kai signed the Equity Transfer Agreement. Shanghai Linyi and Xiang Shaoqing signed the Equity Transfer Agreement, which stipulated the above equity transfer. Certainly.

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

On March 4, 2020, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this equity transfer, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Sun Kai | 594.93 | 11.19 |
| 2 | Li Yifan | 576.31 | 10.84 |
| 3 | Xiang Shaoqing | 576.31 | 10.84 |
| 4 | Lightspeed Opportunity | 443.24 | 8.35 |
| 5 | Baidu China | 437.67 | 8.24 |
| 6 | Bosch China | 425.01 | 8.00 |
| 7 | Shanghai Leyi | 396.07 | 7.46 |
| 8 | Lightspeed HS | 269.77 | 5.08 |
| 9 | Looking ahead to Fengyuan | 195.14 | 3.67 |
| 10 | Light Select | 190.55 | 3.59 |
| 11 | Gundam Investment | 167.84 | 3.16 |
| 12 | QM116 | 142.91 | 2.69 |
| 13 | Rice Ventures | 105.79 | 1.99 |
| 14 | Hang Xiaoming | 99.98 | 1.88 |
| 15 | Ai Min | 95.62 | 1.8 |
| 16 | Moonstone | 95.28 | 1.79 |
| 17 | Long-term investment | 79.76 | 1.50 |
| 18 | Guangyi Investment | 68.55 | 1.29 |
| 19 | Detong Investment | 65.29 | 1.23 |
| 20 | Zhu Deming | 45.19 | 0.85 |
| 21 | Qiming Rongke | 43.32 | 0.82 |
| 22 | Far-sighted Huayao | 43.06 | 0.81 |
| 23 | Hexu Investment | 35.95 | 0.68 |
| 24 | ZhenFund | 29.11 | 0.55 |
| 25 | Knollwood | 28.58 | 0.54 |
| 26 | A5J | 28.58 | 0.54 |
| 27 | Qiming Rongying | 23.33 | 0.44 |
| 28 | ON Semiconductor | 9.53 | 0.18 |
| total | | 5,312.68 | 100 |

Hesai ND AR 00903

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

**11.** In **July** 2020 , Hesai Limited completed its seventh equity transfer

On July 7, 2020, Li Yifan, Sun Kai, Xiang Shaoqing and Feiyu Investment signed the Equity Transfer Agreement.

It was agreed that Li Yifan, Sun Kai and Xiang Shaoqing would transfer their shares to Feiyu Investment for RMB 34,500,000 respectively.

Held 0.50% equity interest in Hesai Limited.

On July 16, 2020, the board of directors of Hesai Limited made a resolution to approve the aforementioned equity transfer;

The other shareholders have respectively issued "Notice on Waiving the Exercise of Preferred Rights for the Proposed Transfer of Equity".

Decision on the Right to Purchase.

On July 28, 2020, Hesai Limited completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this equity transfer, the equity structure of Hesai Limited is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Sun Kai | 568.37 | 10.69 |
| 2 | Li Yifan | 549.75 | 10.34 |
| 3 | Xiang Shaoqing | 549.75 | 10.34 |
| 4 | Lightspeed Opportunity | 443.24 | 8.35 |
| 5 | Baidu China | 437.67 | 8.24 |
| 6 | Bosch China | 425.01 | 8.00 |
| 7 | Shanghai Leyi | 396.07 | 7.46 |
| 8 | Lightspeed HS | 269.77 | 5.08 |
| 9 | Looking ahead to Fengyuan | 195.14 | 3.67 |
| 10 | Light Select | 190.55 | 3.59 |
| 11 | Gundam Investment | 167.84 | 3.16 |
| 12 | QM116 | 142.91 | 2.69 |
| 13 | Rice Ventures | 105.79 | 1.99 |
| 14 | Hang Xiaoming | 99.98 | 1.88 |
| 15 | Ai Min | 95.62 | 1.80 |
| 16 | Moonstone | 95.28 | 1.79 |
| 17 | Long-term investment | 79.76 | 1.50 |
| 18 | Guangyi Investment | 68.55 | 1.29 |
| 19 | Detong Investment | 65.29 | 1.23 |
| 20 | Zhu Deming | 45.19 | 0.85 |

Hesai ND AR 00904

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 21 | Qiming Rongke | 43.32 | 0.82 |
| 22 | Far-sighted Huayao | 43.06 | 0.81 |
| 23 | Hexu Investment | 35.95 | 0.68 |
| 24 | ZhenFund | 29.11 | 0.55 |
| 25 | Knollwood | 28.58 | 0.54 |
| 26 | A5J | 28.58 | 0.54 |
| 27 | Qiming Rongying | 23.33 | 0.44 |
| 28 | ON Semiconductor | 9.53 | 0.18 |
| 29 | Feiyu Investment | 79.69 | 1.50 |
| | total | 5,312.68 | 100 |

**12.** In **August** 2020 , Hesai Limited carried out equity reform

For details of Hesai Limited's equity reform, please refer to "Section 5 Basic Information of the Issuer" in this prospectus.

"II. Establishment of the issuer" "(II) Establishment of the joint-stock company".

**13.** In **September** 2020 , Hesai Technology increased its capital for the first time

On August 25, 2020, Hesai Technology's 2020 Second Extraordinary General Meeting of Shareholders passed a resolution to agree

Hesai Technology's total share capital increased from 53,126,790 shares to 55,533,814 shares, of which Feiyu Investment

105,599,998 yuan to subscribe for 801,456 new shares of Hesai Technology; Dinghe Investment subscribed for 59,500,000 yuan

Hesai Technology newly issued 451,578 shares; MC2 subscribed for newly issued shares of Hesai Technology at RMB 70,000,000

531,268 shares; Ai Min subscribed for 38,327 new shares of Hesai Technology at RMB 5,050,003; Hu Minglie subscribed for

Subscribed for 584,395 new shares of Hesai Technology for RMB 77,000,000; agreed to approve the revised company articles of association.

On September 7, 2020, Hesai Technology completed the change and obtained the Shanghai Market Supervision and Administration

The Business License reissued by the Bureau (Uniform Social Credit Code: 91310114320742767K).

After the completion of this capital increase, the share capital and equity structure of Hesai Technology are as follows:

| Serial number | Shareholder Name | Number of shares held (10,000 shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Sun Kai | 568.37 | 10.23 |
| 2 | Li Yifan | 549.75 | 9.90 |
| 3 | Xiang Shaoqing | 549.75 | 9.90 |
| 4 | Lightspeed Opportunity | 443.24 | 7.98 |
| 5 | Baidu China | 437.67 | 7.88 |

Hesai ND AR 00905

Shanghai Hesai Technology Co., Ltd.                                           Prospectus

| Serial number | Shareholder Name | Number of shares held (10,000 shares) | Shareholding ratio (%) |
|---|---|---|---|
| 6 | Bosch China | 425.01 | 7.65 |
| 7 | Shanghai Leyi | 396.07 | 7.13 |
| 8 | Lightspeed HS | 269.77 | 4.86 |
| 9 | Looking ahead to Fengyuan | 195.14 | 3.51 |
| 10 | Light Select | 190.55 | 3.43 |
| 11 | Gundam Investment | 167.84 | 3.02 |
| 12 | Feiyu Investment | 159.84 | 2.88 |
| 13 | QM116 | 142.91 | 2.57 |
| 14 | Rice Ventures | 105.79 | 1.91 |
| 15 | Hang Xiaoming | 99.98 | 1.80 |
| 16 | Ai Min | 99.45 | 1.79 |
| 17 | Moonstone | 95.28 | 1.72 |
| 18 | Long-term investment | 79.76 | 1.44 |
| 19 | Guangyi Investment | 68.55 | 1.23 |
| 20 | Detong Investment | 65.29 | 1.18 |
| 21 | Hu Minglie | 58.44 | 1.05 |
| 22 | MC2 | 53.13 | 0.96 |
| 23 | Zhu Deming | 45.19 | 0.81 |
| 24 | Dinghe Investment | 45.16 | 0.81 |
| 25 | Qiming Rongke | 43.32 | 0.78 |
| 26 | Far-sighted Huayao | 43.06 | 0.78 |
| 27 | Hexu Investment | 35.95 | 0.65 |
| 28 | ZhenFund | 29.11 | 0.52 |
| 29 | Knollwood | 28.58 | 0.52 |
| 30 | A5J | 28.58 | 0.52 |
| 31 | Qiming Rongying | 23.33 | 0.42 |
| 32 | ON Semiconductor | 9.53 | 0.17 |
| | total | 5,553.38 | 100 |

**14.** In **September** 2020 , Hesai Technology increased its capital for the second time

On September 20, 2020, Hesai Technology's third extraordinary general meeting of shareholders in 2020 made a resolution to agree

The capital reserve formed by the premium of Hesai Technology's first capital increase was converted into share capital.

The shareholding ratio of shareholders remains unchanged; after the capital reserve is converted into capital stock, the total share capital of Hesai Technology will increase from 55,533,814

Hesai ND AR 00906

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

The number of shares increased to 360,000,000 shares.

On September 27, 2020, Hesai Technology completed the industrial and commercial change registration for this change and obtained the Shanghai

Business License reissued by the Municipal Administration for Market Regulation (Unified Social Credit Code:

91310114320742767Kÿÿ

After the completion of this capital increase, the share capital and equity structure of Hesai Technology are as follows:

| Serial number | Shareholder Name | Number of shares held (10,000 shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Sun Kai | 3,684.47 | 10.23 |
| 2 | Li Yifan | 3,563.77 | 9.90 |
| 3 | Xiang Shaoqing | 3,563.77 | 9.90 |
| 4 | Lightspeed Opportunity | 2,873.29 | 7.98 |
| 5 | Baidu China | 2,837.22 | 7.88 |
| 6 | Bosch China | 2,755.17 | 7.65 |
| 7 | Shanghai Leyi | 2,567.55 | 7.13 |
| 8 | Lightspeed HS | 1,748.78 | 4.86 |
| 9 | Looking ahead to Fengyuan | 1,265.01 | 3.51 |
| 10 | Light Select | 1,235.26 | 3.43 |
| 11 | Gundam Investment | 1,088.05 | 3.02 |
| 12 | Feiyu Investment | 1,036.14 | 2.88 |
| 13 | QM116 | 926.45 | 2.57 |
| 14 | Rice Ventures | 685.81 | 1.91 |
| 15 | Hang Xiaoming | 648.13 | 1.80 |
| 16 | Ai Min | 644.69 | 1.79 |
| 17 | Moonstone | 617.63 | 1.72 |
| 18 | Long-term investment | 517.03 | 1.44 |
| 19 | Guangyi Investment | 444.39 | 1.23 |
| 20 | Detong Investment | 423.25 | 1.18 |
| 21 | Hu Minglie | 378.84 | 1.05 |
| 22 | MC2 | 344.40 | 0.96 |
| 23 | Zhu Deming | 292.92 | 0.81 |
| 24 | Dinghe Investment | 292.74 | 0.81 |
| 25 | Qiming Rongke | 280.82 | 0.78 |
| 26 | Far-sighted Huayao | 279.17 | 0.78 |

Hesai ND AR 00907

Shanghai Hesai Technology Co., Ltd.                                    Prospectus

| Serial number | Shareholder Name | Number of shares held (10,000 shares) | Shareholding ratio (%) |
|---|---|---|---|
| 27 | Hexu Investment | 233.03 | 0.65 |
| 28 | ZhenFund | 188.69 | 0.52 |
| 29 | Knollwood | 185.29 | 0.52 |
| 30 | A5J | 185.29 | 0.52 |
| 31 | Qiming Rongying | 151.21 | 0.42 |
| 32 | ON Semiconductor | 61.76 | 0.17 |
| | total | **36,000.00** | **100** |

(IV) Verification of unrecovered losses in the case of overall change to a joint-stock company

1. Basic situation of unrecovered losses when the company is converted into a joint-stock company

When Hesai Limited was transformed into a joint-stock company, it had accumulated unrecovered losses.

The Deshibao (Review) No. (20) S00385 issued on July 31, 2020, Shanghai Hesai Optoelectronics Technology

Financial Statements and Special Audit Report of Hesai Technology Co., Ltd. As of April 30, 2020,

The total assets, net assets and retained earnings of the parent company are as follows:

Unit: Ten thousand yuan

| project | Amount |
|---|---|
| Total assets | 116,787.30 |
| Net worth | 87,471.63 |
| undistributed profit | -22,261.23 |

As can be seen from the above table, when Hesai Limited was transformed into a joint-stock company, the parent company's undistributed profits were

-222.6123 million yuan, mainly because Hesai Limited invested a lot of R&D in product development and needed

Provide patent litigation settlement compensation, etc.

2. The changes and development trends after the overall change and their impact on the issuer's future profitability

After the company was transformed into a joint-stock company, it benefited from the previous market accumulation and technical precipitation.

The market position and product competitiveness of the company are constantly improving.

It will have a significant adverse impact on the company's future profitability.

3. Specific plan for overall change and corresponding accounting treatment

On August 5, 2020, the company held the founding meeting of the joint-stock company and the first shareholders' meeting.

All shareholders unanimously agreed to act as the sponsor and change Hesai Limited into a joint-stock company.

Hesai ND AR 00908

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

Based on the net assets of RMB 874,716,300 as of April 30, 2018, the shares are converted into 53,126,790 shares (with a par value of RMB 1.00 per share).

The premium is all included in the capital reserve. The corresponding accounting treatment is as follows:

| project | Amount (ten thousand yuan) |
|---|---|
| Debit: Paid-in capital | 5,312.68 |
| Debit: Capital reserve | 104,351.99 |
| Debit: Surplus reserve | 68.19 |
| Debit: Retained earnings | -22,261.23 |
| Credit: Equity | 5,312.68 |
| Credit: Capital reserve - share premium | 82,158.95 |

4. Legality and compliance of overall changes

(1) The issuer's limited liability company shall be converted into a joint stock company through the establishment meeting, board of directors and relevant matters.

The relevant procedures are legal and compliant.

The Issuer was established by Hesai Limited through overall change, and the establishment procedure is as follows:

On June 22, 2020, the board of directors of Hesai Limited made a resolution to agree that Hesai Limited will be

The company was changed into a joint stock limited company as a whole, and April 30, 2020 was determined as the date of establishment of a joint stock limited company

The audit base date and evaluation base date of the company (hereinafter referred to as the "overall change"); agree to hire Shenwei

As the asset appraisal agency for this overall change, we agree to hire Deloitte China as the auditing agency for this overall change.

On June 25, 2020, the shareholders' meeting of Hesai Limited made a resolution to agree to the above matters.

According to the Deloitte Touche Tohmatsu CLP Report (Review) No. (20) S00385 issued on July 31, 2020

No. "Financial Statements and Special Audit Report of Shanghai Hesai Optoelectronics Technology Co., Ltd." as of April 2020

As of the 30th, the audited net asset value of Hesai Limited was RMB 874,716,277.33.

According to the Shanghai Shenwei Evaluation Report No. [2020] 1361 issued by Shenwei on July 31, 2020,

All the assets of Shanghai Hesai Optoelectronics Technology Co., Ltd. involved in the proposed shareholding reform of Hesai Optoelectronics Technology Co., Ltd.

According to the Asset and Liability Valuation Report, as of April 30, 2020, the net assets of Hesai Limited were valued at

970,862,942.00 Yuan.

On July 31, 2020, Hesai Limited passed a resolution of the board of directors to confirm the above audit and evaluation results.

Agree that Hesai Limited will use the audited book net assets of RMB 874,716,277.33 as of April 30, 2020

1:0.0607 ratio is converted into 53,126,790 shares of the joint-stock company, and the remaining 821,589,487.33 yuan

The capital reserve was deposited, and all shareholders of Hesai Limited were appointed as sponsors to change Hesai Limited into a joint-stock limited company.

Hesai ND AR 00909

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

The Company agreed to terminate the original Articles of Association and the Joint Venture Contract on the date of establishment of the joint stock company.

On January 1, the shareholders' meeting of Hesai Limited made a resolution to agree to the above matters.

On August 1, 2020, all the founders of Hesai Technology signed the "Shanghai Hesai Optoelectronics Technology

The Promoter Agreement on the Overall Change of the Company into Shanghai Hesai Technology Co., Ltd. on the Establishment of Hesai Technology

An agreement was reached on the matter.

On August 5, 2020, the company held the founding meeting of the joint-stock company and the first shareholders' meeting to review the

The meeting passed the "Report on the Preparation of Shanghai Hesai Technology Co., Ltd." and the "Report on the Preparation of Shanghai Hesai Technology Co., Ltd."

Proposal on the Establishment Expenses of Shanghai Hesai Technology Co., Ltd. and Articles of Association (Draft) of Shanghai Hesai Technology Co., Ltd.

Proposal on the election of the first board of directors and Proposal on the election of the first board of supervisors

Resolution" and other related resolutions.

On August 14, 2020, the Shanghai Municipal Administration for Market Regulation issued a business license to Hesai Technology.

The company type is "Limited Liability Company (Hong Kong, Macao and Taiwan Investment, Unlisted)", and the unified social credit code is

91310114320742767Kÿ

On August 17, 2020, Deloitte Touche Tohmatsu issued the Capital Verification Report No. 00393 (Deshibao (Verification)) (20)

The report was verified and confirmed as of August 2, 2020. All the sponsors, with Hesai Limited as of April 2020,

The audited net assets on the 30th were converted into shares, and the registered capital paid was 53,126,790.00 yuan, with a balance of 821,589,487.33

Yuan is recorded in capital reserve.

(2) The overall change does not infringe upon the legitimate interests of creditors and there are no disputes with creditors.

Completed the business registration and tax registration procedures

Hesai Limited established a joint-stock company through overall change. According to the sponsor agreement and the resolution of the founding meeting,

All the claims and debts of Hesai Limited will be inherited by Hesai Technology, and there is no adjustment of its own assets or corporate

There are situations where the transfer of inter-bank assets and other acts infringe upon the legitimate interests of creditors, and there are no disputes or potential disputes with the creditors.

(3) The overall change of a limited liability company to establish a joint-stock company is in compliance with the Company Law and other laws and regulations.

Regulation

The "Promoter Agreement" signed by the company's promoters is the true intention of each promoter and complies with relevant laws and regulations.

The company's founding meeting's procedures, agenda and resolutions are in compliance with the provisions of laws, regulations and normative documents;

The provisions of relevant laws, regulations and normative documents; the establishment of the issuer has fulfilled the audit, evaluation, capital verification and necessary

The relevant internal decision-making procedures have been completed and the change registration procedures have been completed; the establishment procedures, qualifications, conditions,

Hesai ND AR 00910

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

The methods and procedures also comply with the provisions of the Company Law and other laws, regulations and normative documents.

In summary, the relevant matters of Hesai Limited's overall change to establish a joint-stock company have been voted on by the board of directors and shareholders.

The relevant procedures are legal and compliant, and there is no infringement of the legitimate rights and interests of creditors in the overall change.

The creditor has a dispute, has completed the relevant procedures for industrial and commercial registration and tax registration, and the overall change of related matters complies with the

The Company Law and other laws and regulations.

## III. Major asset reorganization of the issuer during the reporting period

During the reporting period, the issuer had no major asset reorganization.

## IV. Listing/quotation of the issuer on other securities markets

Since its establishment, the Issuer has not been listed or quoted on any other securities market.

## V. Equity structure of the issuer

As of the date of signing of this prospectus, the share capital structure of the issuer is as follows:

Hesai ND AR 00911

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus



VI. Information on the issuer's holding subsidiaries and joint-stock companies

As of September 30, 2020, the issuer controls 1 domestic subsidiary and 2 overseas subsidiaries;

Invested in 1 domestic company. The details are as follows:

(I) The issuer's controlled subsidiaries

1. Shanghai Hesai Trading Co., Ltd.

Hesai Trading was established on May 17, 2019 with a registered capital of RMB 1 million and a paid-in capital of RMB 1 million.

The legal representative is Xiang Shaoqing, the unified social credit code is 91310114MA1GWAJN47, and the address is

The company is located at Floor 3, Building 2, No. 4500, Baoqian Road, Jiading District, Shanghai. The main production and operation location is Shanghai.

The business scope is "sales of instruments, optomechanical and electrical integration products, computers, software and auxiliary equipment,

Engage in technology development in the fields of optomechanical integration product technology, instrumentation technology, and computer software technology.

Technology transfer, technical consultation, technical services, instruments and meters (if it involves measuring instruments, after obtaining the license

Hesai ND AR 00912

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

Only engaged in business activities), installation and maintenance of optomechanical and electrical integration products (except special equipment), computer system

Integration, marketing planning, import and export of goods and technology, optomechanical integration

Technical testing of products. (Projects that require approval according to law can only be operated after approval by relevant departments.

move)".

As of the date of signing of this prospectus, the equity structure of Hesai Trading is as follows:

| Serial number | Shareholder Name | Amount of investment (ten thousand yuan) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Hesai Technology | 100.00 | 100.00 |
| total | | **100.00** | **100** |

Hesai Trading is the issuer's sales platform. Its main financial data for the most recent year and period are as follows:

Unit: Ten thousand yuan

| project | **September 30 , 2020 / January** - September 2020 | **December 31 , 2019/2019** fiscal year |
|---|---|---|
| Total assets | 1,161.09 | 158.29 |
| Net worth | 73.07 | 74.19 |
| Net Profit | -1.11 | -25.81 |

Note: Hesai Trading has been included in the issuer's consolidated financial statements, which have been audited and issued by Deloitte Touche Tohmatsu.

Standard unqualified audit report.

**2ÿHESAI INC.**

HESAI INC. is a company established on October 11, 2017 under the laws of California, USA.

The company is a validly existing company with company number C4073986. The directors are Li Yifan, Sun Kai and Xiang Shaoqing.

The principal office address is 425 Sherman Avenue, Suite 300, Palo Alto, CA 94306. HESAI INC.

The issued shares are 500,000 common shares.

As of the date of signing of this prospectus, the equity structure of HESAI INC. is as follows:

| Serial number | Shareholder Name | Issued shares (10,000 shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Hesai Technology | 50.00 | 100.00 |
| total | | **50.00** | **100.00** |

HESAI INC. is the issuer's overseas sales platform. Its main financial data for the most recent year and period are as follows:

as follows:

Unit: Ten thousand yuan

| project | **September 30 , 2020 / January** - September 2020 | **December 31 , 2019/2019** fiscal year |
|---|---|---|
| Total assets | 2,447.97 | 3,173.78 |
| Net worth | 2,279.05 | 3,061.71 |

Hesai ND AR 00913

Shanghai Hesai Technology Co., Ltd.                                          Prospectus

| project | September 30 , 2020 / January - September 2020 | December 31 , 2019/2019 fiscal year |
|---------|------------------------------------------------|-------------------------------------|
| Net Profit | -728.30 | -423.72 |

Note: HESAI INC. has been included in the issuer's consolidated financial statements, which have been audited and issued by Deloitte Touche Tohmatsu.

A standard unqualified audit report was issued.

**3ÿOxigraf, Inc.**

Oxigraf, Inc. was incorporated on December 30, 1996 under the laws of the State of California, United States.

A validly existing company with company number C1996892, whose directors are Li Yifan, Sun Kai and Xiang Shaoqing.

The principal office address is 238 E Caribbean Dr, Sunnyvale, CA 94089. Oxigraf, Inc.'s outstanding shares

The shares are 30,000 common shares.

As of the date of this prospectus, the equity structure of Oxigraf, Inc. is as follows:

| Serial number | Shareholder Name | Issued shares (10,000 shares) | Shareholding ratio (%) |
|---------------|------------------|-------------------------------|------------------------|
| 1 | HESAI INC. | 3.00 | 100.00 |
| | total | 3.00 | 100.00 |

Oxigraf, Inc.'s main business is the research and development, manufacturing and sales of laser gas sensors.

The main financial data of the first phase are as follows:

Unit: Ten thousand yuan

| project | September 30 , 2020 / January - September 2020 | December 31 , 2019/2019 fiscal year |
|---------|------------------------------------------------|-------------------------------------|
| Total assets | 5,140.03 | 2,094.13 |
| Net worth | 2,236.40 | 1,736.00 |
| Net Profit | 558.59 | 330.79 |

Note: Oxigraf, Inc. is already included in the Issuer's consolidated financial statements (consolidated since April 2019).

Audited by Deloitte Touche Tohmatsu and issued a standard unqualified audit report.

(II) Companies in which the issuer holds a stake

Suzhou Kunjie was established on June 4, 2019 with a registered capital of RMB 3.1 million and its legal representative is Cheng

Zhengxi, unified social credit code is 91320509MA1YGUQX44, registered address is Wujiang Economic and Technical

On both sides of Shunfeng Road in the development zone.

The issuer invested in Suzhou Kunjie on September 2, 2019. As of the signing date of this prospectus,

Suzhou Kunjie's equity structure is as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---------------|------------------|----------------------------------------------|--------------------------------|
| 1 | Cheng Zhengxi | 234.90 | 75.77 |
| 2 | Hesai Technology | 40.00 | 12.90 |

Hesai ND AR 00914

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 3 | Xu Heliang | 21.60 | 6.97 |
| 4 | Pan Yuan | 13.50 | 4.36 |
| total | | **310.00** | **100** |

The controlling shareholder of Suzhou Kunjie is Cheng Zhengxi, and its main business is the research and development and manufacturing of optoelectronic devices.

## VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares

(I) Joint controlling shareholders and actual controllers

1. Joint controlling shareholders and actual controllers

Prior to this issuance, Sun Kai directly held 36,844,672 shares of the company, accounting for 36,844,672% of the company's total share capital.

10.23%, Li Yifan directly holds 35,637,747 shares of the company, accounting for 9.90% of the company's total share capital.

Shaoqing directly holds 35,637,747 shares of the company, accounting for 9.90% of the company's total share capital; at the same time, Sun Kai,

Li Yifan and Xiang Shaoqing controlled 25,675,462 shares of the company through the employee stock ownership platform Shanghai Leyi, accounting for

Therefore, Sun Kai, Li Yifan and Xiang Shaoqing directly hold 7.13% of the company's total share capital.

30.03%, and indirectly controlled 7.13% of the company's total share capital through the employee stock ownership platform Shanghai Leyi.

Controls 133,795,628 shares of Hesai Technology, accounting for 37.16% of the company's total share capital.

The Company also has special voting rights. Please refer to Section 7 "Corporate Governance and Independent

"Second, the special voting rights of the issuer". Prior to this issuance, according to the Articles of Association

According to the provisions of the Company, Sun Kai, Li Yifan and Xiang Shaoqing are the holders of shares with different voting rights; the Company has set up a special table

The total number of voting shares is 108,120,166 shares ("Class A shares"), of which Sun Kai holds Class A shares.

36,844,672 shares, Li Yifan holds 35,637,747 Class A shares, Xiang Shaoqing holds Class A shares

35,637,747 shares, after deducting the Class A shares, the company has 251,879,834 shares remaining as ordinary shares ("Class B shares").

Except for the voting on specific matters of the general meeting of shareholders, the number of votes each Class A share shall have shall be the same as that of each

Each Class A share has the same number of voting rights as each Class B share.

Each Class A share has five times the number of voting rights it holds, and each Class B share has the same number of voting rights.

Kai holds 184,223,360 shares of voting rights, accounting for 23.25% of the voting rights; Li Yifan holds 184,223,360 shares of voting rights, accounting for 23.25% of the voting rights;

The number of voting rights is 178,188,735 shares, and the voting rights ratio is 22.48%; the number of voting rights held by Xiang Shaoqing is

178,188,735 shares, with a voting rights ratio of 22.48%; at the same time, Sun Kai, Li Yifan, and Xiang Shaoqing

The number of voting rights indirectly controlled by the holding platform Shanghai Leyi is 25,675,462 shares, accounting for 3.24% of the voting rights.

Hesai ND AR 00915

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

After the above special voting rights arrangement, the total voting rights directly held by Sun Kai, Li Yifan and Xiang Shaoqing are

The total voting rights controlled by the two companies are 68.21%, and the total voting rights controlled by the two companies are 71.45%.

Sun Kai, Li Yifan and Xiang Shaoqing are the founders of the company and have served as directors and

Senior management. In the past two years, Sun Kai, Li Yifan, and Xiang Shaoqing have voted on the board of directors of Hesai Technology.

At the same time, in the past two years, Sun Kai, Li Yifan and Xiang Shaoqing have been jointly controlling the issuance of

More than 37% of the shares, Sun Kai and Li Yi have the right to make decisions on the investment, management and other major matters of the issuer.

Fan, Xiang Shaoqing and the entities controlled by them maintained consistent voting at the issuer's shareholders' meeting/general meeting of shareholders.

In order to further consolidate and stabilize the control of the issuer, Sun Kai, Li Yifan and Xiang Shaoqing

On 14th of the same month, the "Agreement on Concerted Action" was signed, which mainly stipulated that Sun Kai, Li Yifan and Xiang Shaoqing would

The strategic planning of Hesai Technology by the directors and supervisors of Hesai Technology that they control and the shares of Hesai Technology that they own/control

Review and make decisions on matters and issues such as business plans, operating strategies, financial policies, personnel plans, etc.

Sun Kai, Li Yifan and Xiang Shaoqing served as directors and supervisors of Hesai Technology.

When exercising their rights as directors and supervisors of Hesai Technology, such as the right to propose, vote, and nominate, they should maintain

Sun Kai, Li Yifan and Xiang Shaoqing exercised their proposal rights, voting rights,

Nomination rights, etc., or when promoting the directors and supervisors under their control to exercise the right to propose, vote, nominate, etc.

When it comes to rights, we should act in a consistent manner.

At the same time, it is confirmed that from the date when each party holds the equity of Hesai Technology (including Hesai Technology's predecessor Hesai Limited),

When the parties exercise their rights as shareholders of Hesai Technology, such as the right to propose, vote, and nominate, and when the parties

The directors and supervisors under their control have consciously maintained their

In order to achieve control over the company through concerted action, the parties

Agree that before exercising the rights of shareholders or directors and supervisors, the parties shall, in person or by means of communication, or

Other methods agreed upon by all parties to take concerted action in exercising shareholder rights or the rights of directors and supervisors

Discuss each item and reach a consensus. If no consensus can be reached, the majority rule shall prevail.

Principle: the same opinion of any two of the three parties shall be deemed as a unanimous opinion when exercising the rights of shareholders, directors and supervisors.

In summary, Sun Kai, Li Yifan and Xiang Shaoqing are the company's joint controlling shareholders and actual controllers.

The basic information of the company's co-controlling shareholders and actual controllers is as follows:

Sun Kai, male, born in June 1985, Chinese nationality, no permanent residence abroad. Graduated in 2007

He received his bachelor's degree in Thermal Energy and Power Engineering from Shanghai Jiao Tong University and graduated from Stanford University in 2009.

Hesai ND AR 00916

Machine Translated by Google

He graduated from the Department of Mechanical Engineering at Stanford University in 2013 with a master's degree.

PhD (and a minor in Electronics). January 2014 to 2014

In June 2014, he conducted postdoctoral research at Stanford University in the United States. From July 2014 to October 2014, he

In 2014, he served as Academic Staff-Research: Physical Science Research Associate at Fudan University.

From October to date, he has served as a director and chief scientist of the company (including its predecessor Shanghai Hesai Optoelectronics Technology Co., Ltd.);

From December 2015 to February 2018, he was appointed as a professor at the School of Automotive Engineering of Tongji University.

Chief Scientist.

Li Yifan, male, born in March 1986, Chinese nationality, no permanent residence abroad. Graduated in 2009

Graduated from Tsinghua University with a bachelor's degree in precision instruments and mechanics, and graduated from Illinois State University in 2009.

in Mechanical Engineering at the University of Illinois at Urbana-Champaign in 2013.

Department of Engineering, received his Ph.D. from August 2013 to September 2014, he worked at Western Digital Corporation (USA)

Served as Principal Engineer and has served as the company's director, general manager and CEO since October 2014.

Xiang Shaoqing, male, born in March 1985, Chinese nationality, no permanent residence abroad. Graduated in 2007

Graduated from Tsinghua University with a bachelor's degree in precision instruments and mechanics, and graduated from Stanford University in 2009.

In 2011, he graduated from the Department of Electrical Engineering at Stanford University with a master's degree.

From June 2011 to November 2014, he worked at iPhone Hardware Systems, Apple Inc. (USA).

Integration Engineer, has served as the company's director and chief technology officer since December 2014.

2. Pledge or other

Controversial situations

As of the signing date of this prospectus, the shares of the common controlling shareholders and actual controllers directly or indirectly held

There is no pledge, freezing or other dispute or controversy regarding the shares of Xingren.

(II) Other major shareholders who directly hold more than 5% of the issuer's shares

As of the signing date of this prospectus, except for the company's joint controlling shareholders and actual controllers Sun Kai, Li Yifan,

In addition to Xiang Shaoqing, other shareholders who directly hold more than 5% of the issuer's shares are as follows:

**1ÿLightspeed Opportunity**

Lightspeed Opportunity directly holds 7.98% of the issuer's shares. Lightspeed Opportunity

The basic situation is as follows:

Hesai ND AR 00917

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Company Name | Lightspeed Opportunity Fund, L.P. |
|---|---|
| Date of Establishment | June 24, 2019 |
| Registered Address | P. O. Box 309 Ugland House, South Church Street, George Town, Grand Cayman KY1-1104 Cayman Islands |
| Registration Number | MC-102390 |
| Main business and its relationship with the issuer<br>Main business relationship | The investment is not identical or similar to the main business of Hesai Technology |

According to the documents provided by Lightspeed Opportunity, the general

Partner is Lightspeed General Partner Opportunity Fund, LP                    ÿ Lightspeed

Opportunity has 49 limited partners in total.

### 2. Baidu China

Baidu China directly holds 7.88% of the issuer's shares. The basic information of Baidu China is as follows:

| Company Name | Baidu (China) Co., Ltd. |
|---|---|
| Unified social credit code | 91310000775785552L |
| Legal representative | Shen trembles |
| Date of Establishment | June 6, 2005 |
| Registered capital | 1,250 million yen |
| address | 3rd Floor, Building 1, No. 701, Naxian Road, China (Shanghai) Pilot Free Trade Zone |
| Main business and its relationship with the issuer<br>Main business relationship | Advertising and marketing are not identical or similar to Hesai Technology's main business |

Baidu China's shareholders and their capital contributions are as follows:

| Serial number | Shareholder Name | Amount of investment (million US dollars) | Investment ratio (%) |
|---|---|---|---|
| 1 | Baidu (Hong Kong) Co., Ltd. | 1,250.00 | 100.00 |
| | total | 1,250.00 | 100 |

### 3. Bosch China

Bosch China directly holds 7.65% of the issuer's shares. The basic information of Bosch China is as follows:

| Company Name | Bosch (China) Investment Co., Ltd. |
|---|---|
| Unified social credit code | 913100007109203974 |
| Legal representative | Yudong Chen |
| Date of Establishment | January 11, 1999 |
| Registered capital | 16,717.3722 million yen |
| address | Floor 6, Building 1, No. 333, Fuquan North Road, Changning District, Shanghai |

Hesai ND AR 00918

Shanghai Hesai Technology Co., Ltd.        Prospectus

| Main business and its relationship with the issuer | Investment management is not identical or similar to Hesai Technology's main business |
|---|---|
| Main business relationship | |

Bosch China's shareholders and their capital contributions are as follows:

| Serial number | Shareholder Name | Amount of investment (million US dollars) | Investment ratio (%) |
|---|---|---|---|
| 1 | Robert Bosch invests in the Netherlands Limited Company | 16,717.37 | 100.00 |
| total | | **16,717.37** | **100** |

### 4. Shanghai Leyi

Shanghai Leyi directly holds 7.13% of the issuer's shares. The basic information of Shanghai Leyi is as follows:

| | |
|---|---|
| Company Name | Shanghai Leyi Technology Partnership (Limited Partnership) |
| Unified social credit code | 91310114MA1GTE5K5T |
| Managing Partner | Shanghai Ruigan Investment Management Co., Ltd. |
| Date of Establishment | June 16, 2016 |
| Principal place of business | Room JT21935, Building 4, Area B, No. 925, Yecheng Road, Jiading Industrial Zone, Shanghai |
| Main business and its relationship with the issuer | It is the employee stock ownership platform of the issuer and has no similar or similar business to Hesai Technology's main business. |
| Main business relationship | Similar situations |

The partners of Shanghai Leyi and their capital contributions are as follows:

| No. | Partner Name/Name | Partner Type | Capital Contribution (10,000 Yuan) | Proportion of Partnership Share Held (%) | |
|---|---|---|---|---|---|
| 1 | Ruigan Investment | General Partner | 147.92 | 37.3475 | |
| 2 | Blue Dragon Consulting | Limited Partners | 200.32 | 50.5777 | |
| 3 | Panda Consulting | Limited Partners | 47.81 | 12.0723 | |
| 4 | Xiang Shaoqing | Limited Partners | 0.01 | 0.0025 | |
| total | | | **396.07** | **100** | |

### 5. Lightspeed HS, Light Select and LightEasy Investment

Lightspeed HS, Light Select and Guangyi Investment, as persons acting in concert, directly hold

9.52% of the shares.

#### ÿ1ÿLightspeed HS

Lightspeed HS directly holds 4.86% of the issuer's shares. The basic information of Lightspeed HS is as follows:

Down:

| | |
|---|---|
| Company Name | Lightspeed HSÿHKÿLimited |
| Registered Address | Suite 603, 6/F, Laws Commercial Plaza, 788 Cheung Sha Wan Road, Kowloon, Hong Kong |

Hesai ND AR 00919

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| | |
|---|---|
| Registration Number | 2679708 |
| Total number of issued shares (shares) 1 | |
| Date of | April 12, 2018 |
| establishment Main business and its relationship with the issuer<br>Main business relationship | Equity investment is not identical or similar to Hesai Technology's main business |

The share capital and equity structure of Lightspeed HS are as follows:

| Serial number | Shareholder Name | Issued shares (shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Lightspeed China Partners III, L.P. | 1.00 | 100.00 |
| | total | **1.00** | **100** |

**ÿ2ÿLight Select**

Light Select directly holds 3.43% of the issuer's shares. The basic information of Light Select is as follows:

| | |
|---|---|
| Company Name | Light Select HS HK Limited |
| Registered Address | Suite 603, 6/F, Laws Commercial Plaza, 788 Cheung Sha Wan<br>Road, Kowloon, Hong Kong |
| Registration Number | 2799432 |
| Total number of issued shares (shares) 1 | |
| Date of Establishment | February 28, 2019 |
| Main business and its relationship with the issuer<br>Main business relationship | Equity investment is not identical or similar to Hesai Technology's main business |

Light Select's share capital and ownership structure are as follows:

| Serial number | Shareholder Name | Issued shares (shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Lightspeed China Partners Select I, L.P. | 1.00 | 100.00 |
| | total | **1.00** | **100** |

(3) Guangyi Investment

Guangyi Investment directly holds 1.23% of the issuer's shares. The basic information of Guangyi Investment is as follows:

| | |
|---|---|
| Company Name | Shanghai Guangyi Investment Management Center (Limited Partnership) |
| Unified social credit code | 91310115MA1H7B0M2F |
| Principal place of business | Room 112A, Building 89, No. 32, Wudong Road, Yangpu District, Shanghai |
| Managing Partner | Shanghai Guangyi Investment Management Partnership (Limited Partnership) |
| Date of | December 30, 2015 |
| establishment Main business and its relationship with the issuer<br>Main business relationship | Equity investment is not identical or similar to Hesai Technology's main business |

The partners of Guangyi Investment and their capital contributions are as follows:

Hesai ND AR 00920

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

| Serial number | Partner Name | Partner Type | Amount of capital contribution (10,000 yuan) | Holding partnership Share ratio ÿ%ÿ |
|---|---|---|---|---|
| 1 | Shanghai Guangyi Investment Management Partnership (Limited Partnership) | General Partner | 600.00 | 1.00 |
| 2 | CICC Qiyuan National Emerging Industry Venture Capital Guidance Fund Shenzhen Merchants | Limited Partner | 14,500.00 | 24.17 |
| 3 | Innovation Investment Fund Center (Limited Partnership) partner) | Limited Partner | 5,000.00 | 8.33 |
| 4 | Tianjin Renai Wanhong Asset Management Co., Ltd. | Limited Partner | 5,000.00 | 8.33 |
| 5 | China Construction Bank Holdings Group Co., Ltd. | Limited Partner | 5,000.00 | 8.33 |
| 6 | Shanghai Yangpu District Financial Development Service Center | Limited Partner | 5,000.00 | 8.33 |
| 7 | Shanghai Zhangjiang Science and Technology Venture Capital Co., Ltd. | Limited Partner | 5,000.00 | 8.33 |
| 8 | Hangzhou Junnuo Investment Management Co., Ltd. | Limited Partner | 3,700.00 | 6.17 |
| 9 | Su Xiaoming | Limited Partner | 3,000.00 | 5.00 |
| 10 | Wuhu Gefei Jingze Investment Center (Limited Partnership) | Limited Partner | 3,000.00 | 5.00 |
| 11 | Hangzhou Qiandai Investment Management Partnership (Limited Partnership) | Limited Partner | 2,000.00 | 3.33 |
| 12 | Yuanhai MSCI (Suzhou) Equity Investment Partnership ( Limited Partnership | Limited Partner | 2,000.00 | 3.33 |
| 13 | Shanghai Fanyin Asset Management Co., Ltd. | Limited Partner | 2,000.00 | 3.33 |
| 14 | Left | Limited Partner | 1,100.00 | 1.83 |
| 15 | Huang Zhongdong | Limited Partner | 1,100.00 | 1.83 |
| 16 | Gongqingcheng Little Cherry Investment Management Partnership (Limited Partnership) partner) | Limited Partner | 1,000.00 | 1.67 |
| 17 | Nancy Liu | Limited Partners | 500.00 | 0.83 |
| 18 | Xinyu Aotuao Investment Management Center (Limited Partnership) | Limited Partner | 500.00 | 0.83 |
| | total | | 60,000.00 | 100 |

6. Hu Minglie, Yuanzhan Fengyuan, Yuanzhan Investment, Yuanzhan Huayao

Hu Minglie, Yuanzhan Fengyuan, Yuanzhan Investment and Yuanzhan Huayao, as persons acting in concert, directly hold shares of the issued

6.78% of the shares.

(1) Hu Minglie

Hu Minglie, ID number 3302221981********, directly holds 1.05% of the issuer's shares.

(2) Looking ahead to Fengyuan

Yuanzhan Fengyuan directly holds 3.51% of the issuer's shares. Yuanzhan Fengyuan's basic information is as follows:

Hesai ND AR 00921

Shanghai Hesai Technology Co., Ltd. | Prospectus

| Company Name | Ningbo Yuanzhan Fengyuan Equity Investment Fund Partnership (Limited Partnership) |
| --- | --- |
| Unified social credit code | 91330201595390975E |
| Principal place of business | Room A122, Xinhecheng Office Building, No. 82, Zhongchuang 1st Road, Hangzhou Bay New Area, Ningbo, Zhejiang Province |
| Managing Partner | Yuanzhan Equity Investment Management (Shanghai) Co., Ltd. |
| Date of Establishment | June 13, 2012 |
| Main business and its relationship with the issuer<br>Main business relationship | Equity investment is not identical or similar to Hesai Technology's main business |

The partners of Yuanzhan Fengyuan and their capital contributions are as follows:

| No. | Partner Name/Name | Partner Type | Amount of Capital Contribution (10,000 Yuan) | Partnership share ratio example(%) |
| --- | --- | --- | --- | --- |
| 1 | Long-term investment | General Partner | 500.00 | 5.00 |
| 2 | Yu Yuesu | Limited Partners | 3,200.00 | 32.00 |
| 3 | Hu Changyuan | Limited Partners | 2,000.00 | 20.00 |
| 4 | Hu Minglie | Limited Partners | 1,630.00 | 16.30 |
| 5 | Zhu Shengmin | Limited Partners | 670.00 | 6.70 |
| 6 | Li Zhe | Limited Partners | 600.00 | 6.00 |
| 7 | Hu Mingda | Limited Partners | 500.00 | 5.00 |
| 8 | Dai Jin | Limited Partners | 500.00 | 5.00 |
| 9 | Yang Lijiao | Limited Partners | 400.00 | 4.00 |
| | total | | 10,000.00 | 100 |

(3) Long-term investment

Yuanzhan Investment directly holds 1.44% of the issuer's shares. The basic information of Yuanzhan Investment is as follows:

| Company Name | Yuanzhan Equity Investment Management (Shanghai) Co., Ltd. |
| --- | --- |
| Unified social credit code | 9131000057552764XQ |
| address | Room 1106A, No. 818, Longhua East Road, Huangpu District, Shanghai |
| Legal representative | Li Zhe |
| Registered capital | 20 million yuan |
| Date of Establishment | May 26, 2011 |
| Main business and its relationship with the issuer<br>Main business relationship | Equity investment is not identical or similar to Hesai Technology's main business |

The shareholders of Yuanzhan Investment and their capital contributions are as follows:

| Serial number | Shareholder Name | Amount of investment (ten thousand yuan) | Investment ratio (%) |
| --- | --- | --- | --- |
| 1 | Hu Minglie | 1,120.00 | 56.00 |

Hesai ND AR 00922

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

| Serial number | Shareholder Name | Amount of investment (ten thousand yuan) | Investment ratio (%) |
|---|---|---|---|
| 2 | Yu Yuesu | 480.00 | 24.00 |
| 3 | Li Zhe | 400.00 | 20.00 |
| | total | 2,000.00 | 100 |

(4) Far-sightedness

Yuanzhan Huayao directly holds 0.78% of the issuer's shares. Yuanzhan Huayao's basic information is as follows:

| | |
|---|---|
| Company Name | Hangzhou Yuanzhan Huayao Venture Capital Partnership (Limited Partnership) |
| Unified social credit code | 91330110MA27WY2J20 |
| Principal place of business | Room 1217, Unit 4, Building 6, No. 1500, Wenyi West Road, Cangqian Street, Yuhang District, Hangzhou |
| Managing Partner | Yuanzhan Equity Investment Management (Shanghai) Co., Ltd. |
| Date of | February 24, 2016 |
| establishment Main business and its relationship with the issuer<br><br>Main business relationship | Equity investment is not identical or similar to Hesai Technology's main business |

The partners of Yuanzhan Huayao and their capital contributions are as follows:

| Serial number | Partner Name | Partner Type | Amount of capital contribution (Ten thousand)<br><br>Yuan) | Holding a partnership<br><br>Amount ratio (%) |
|---|---|---|---|---|
| 1 | General Partner of Yuanzhan Equity Investment Management (Shanghai) Co., Ltd. | | 500.00 | 2.87 |
| 2 | Shanghai Meihua Investment Partnership (Limited Partnership) Limited Partner | 4,000.00 | | 22.99 |
| 3 | Ningbo Jingchi Equity Investment Partnership (Limited Partnership) Limited Partner | 4,000.00 | | 22.99 |
| 4 | Lide Capital Management Co., Ltd. | Limited Partner | 2,100.00 | 12.07 |
| 5 | Beijing Hongchou Investment Management Co., Ltd. | Limited Partners | 1,400.00 | 8.05 |
| 6 | Dai Jin | Limited Partners | 1,300.00 | 7.47 |
| 7 | Li Jia | Limited Partners | 1,100.00 | 6.32 |
| 8 | Liu Chang | Limited Partners | 1,000.00 | 5.75 |
| 9 | Zhang Hualei | Limited Partners | 1,000.00 | 5.75 |
| 10 | Yang Wantao | Limited Partners | 1,000.00 | 5.75 |
| | total | | 17,400.00 | 100 |

# 8. Issuer's share capital

(I) The Company's share capital before and after this issuance

Before and after this issuance, the company's share capital structure is as follows:

Hesai ND AR 00923

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| No. | Shareholder Name | Pre-Issue Equity Structure | | Post-Issue Equity Structure | |
|---|---|---|---|---|---|
| | | Number of shares held (shares) | Shareholding ratio (%) | Number of shares held (shares) | Shareholding ratio ÿ%ÿ |
| 1 | Sun Kai | 36,844,672 | 10.23 | 36,844,672 | 8.70 |
| 2 | Li Yifan | 35,637,747 | 9.90 | 35,637,747 | 8.41 |
| 3 | Xiang Shaoqing | 35,637,747 | 9.90 | 35,637,747 | 8.41 |
| 4 | Lightspeed Opportunity Baidu | 28,732,931 | 7.98 | 28,732,931 | 6.78 |
| 5 | China | 28,372,158 | 7.88 | 28,372,158 | 6.70 |
| 6 | Bosch China | 27,551,709 | 7.65 | 27,551,709 | 6.50 |
| 7 | Shanghai Leyi | 25,675,462 | 7.13 | 25,675,462 | 6.06 |
| 8 | Lightspeed HS | 17,487,810 | 4.86 | 17,487,810 | 4.13 |
| 9 | Looking ahead to Fengyuan | 12,650,074 | 3.51 | 12,650,074 | 2.99 |
| 10 | Light Select | 12,352,617 | 3.43 | 12,352,617 | 2.92 |
| 11 | Gundam Investment | 10,880,530 | 3.02 | 10,880,530 | 2.57 |
| 12 | Feiyu Investment | 10,361,415 | 2.88 | 10,361,415 | 2.45 |
| 13 | QM116 | 9,264,466 | 2.57 | 9,264,466 | 2.19 |
| 14 | Rice Ventures | 6,858,057 | 1.91 | 6,858,057 | 1.62 |
| 15 | Hang Xiaoming | 6,481,331 | 1.80 | 6,481,331 | 1.53 |
| 16 | Ai Min | 6,446,870 | 1.79 | 6,446,870 | 1.52 |
| 17 | Moonstone | 6,176,308 | 1.72 | 6,176,308 | 1.46 |
| 18 | Long-term investment | 5,170,290 | 1.44 | 5,170,290 | 1.22 |
| 19 | Guangyi Investment | 4,443,857 | 1.23 | 4,443,857 | 1.05 |
| 20 | Detong Investment | 4,232,487 | 1.18 | 4,232,487 | 1.00 |
| 21 | Hu Minglie | 3,788,362 | 1.05 | 3,788,362 | 0.89 |
| 22 | MC2 | 3,443,964 | 0.96 | 3,443,964 | 0.81 |
| 23 | Zhu Deming | 2,929,186 | 0.81 | 2,929,186 | 0.69 |
| 24 | Dinghe Investment | 2,927,371 | 0.81 | 2,927,371 | 0.69 |
| 25 | Qiming Rongke | 2,808,248 | 0.78 | 2,808,248 | 0.66 |
| 26 | Far-sighted Huayao | 2,791,659 | 0.78 | 2,791,659 | 0.66 |
| 27 | Hexu Investment | 2,330,265 | 0.65 | 2,330,265 | 0.55 |
| 28 | ZhenFund | 1,886,859 | 0.52 | 1,886,859 | 0.45 |
| 29 | Knollwood | 1,852,891 | 0.52 | 1,852,891 | 0.44 |
| 30 | A5J | 1,852,891 | 0.52 | 1,852,891 | 0.44 |
| 31 | Qiming Rongying | 1,512,136 | 0.42 | 1,512,136 | 0.36 |

Hesai ND AR 00924

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                      Prospectus

| No. Shareholder Name | | Pre-Issue Equity Structure | | Post-Issue Equity Structure | |
|---|---|---|---|---|---|
| | | Number of shares held (shares) | Shareholding ratio (%) | Number of shares held (shares) | Shareholding ratio (%) |
| 32 ON Semiconductor | | 617,630 | 0.17 | 617,630 | 0.15 |
| Public offering of shares | | - | - | 63,600,000 | 15.01 |
| total | | | | 423,600,000 | 100.00 |

(II) Top ten shareholders before this issuance

As of the date of signing of this prospectus, the company has 32 shareholders, among which the top ten shareholders hold

as follows:

| Serial number | shareholder | Number of shares held (shares) | Shareholding ratio (%) | Nature of shares |
|---|---|---|---|---|
| 1 | Sun Kai | 36,844,672 | 10.23 | Domestic Natural Person Shares |
| 2 | Li Yifan | 35,637,747 | 9.90 | Domestic natural person shares |
| 3 | Xiang Shaoqing | 35,637,747 | 9.90 | Domestic natural person shares |
| 4 | Lightspeed Opportunity | 28,732,931 | 7.98 | Foreign legal person shares |
| 5 | Baidu China | 28,372,158 | 7.88 | Domestic non-state-owned corporate shares |
| 6 | Bosch China | 27,551,709 | 7.65 | Domestic non-state-owned corporate shares |
| 7 | Shanghai Leyi | 25,675,462 | 7.13 | Domestic non-state-owned legal person shares |
| 8 | Lightspeed HS | 17,487,810 | 4.86 | Foreign legal person shares |
| 9 | Looking ahead to Fengyuan | 12,650,074 | 3.51 | Domestic non-state-owned legal person shares |
| 10 | Light Select | 12,352,617 | 3.43 | Foreign Legal Person Shares |
| | total | 260,942,927 | 72.47 | - |

(III) The top ten natural person shareholders before this issuance and their positions in the issuer

Prior to this issuance, the issuer's natural person shareholders included Sun Kai, Li Yifan, Xiang Shaoqing, Hang Xiaoming, Ai Min,

Hu Minglie and Zhu Deming. Sun Kai directly holds 10.23% of the company's shares and serves as the company's director, chief scientific officer, and chief

Li Yifan directly holds 9.90% of the company's shares and serves as the company's chairman, general manager and chief executive officer.

Xiang Shaoqing directly holds 9.90% of the company's shares and serves as the company's director and chief technology officer. Hang Xiaoming directly holds

He holds 1.80% of the company's shares and has no position in the company. Ai Min directly holds 1.79% of the company's shares and has no

Hu Minglie directly holds 1.05% of the company's shares and does not hold any position in the company. Zhu Deming directly holds

He holds 0.81% of the company's shares and does not hold any position in the company.

Hesai ND AR 00925

(IV) State-owned or foreign-invested shares in the issuer's equity

1. State-owned shares in the issuer's equity

Prior to this issuance, there were no state-owned shares in the issuer's share capital.

2. Foreign-invested shares in the issuer's share capital

Prior to this issuance, the foreign-invested shares in the issuer's share capital were as follows:

| No. | Name of foreign shareholder | Number of shares held (shares) | Shareholding ratio (%) | Place of Registration |
|---|---|---|---|---|
| 1 | Lightspeed Opportunity | 28,732,931 | 7.98 | Cayman Islands |
| 2 | Lightspeed HS | 17,487,810 | 4.86 | Hongkong |
| 3 | Light Select | 12,352,617 | 3.43 | Hongkong |
| 4 | Gundam Investment | 10,880,530 | 3.02 | Hongkong |
| 5 | QM116 | 9,264,466 | 2.57 | British Virgin Islands |
| 6 | Moonstone | 6,176,308 | 1.72 | Guernsey |
| 7 | MC2 | 3,443,964 | 0.96 | Hongkong |
| 8 | ZhenFund | 1,886,859 | 0.52 | Hongkong |
| 9 | Knollwood | 1,852,891 | 0.52 | USA |
| 10 | A5J | 1,852,891 | 0.52 | Cayman Islands |
| 11 | ON Semiconductor | 617,630 | 0.17 | Netherlands |
| | total | 94,548,897 | 26.27 | . |

(V) New shareholders and strategic investors of the issuer in the most recent year

1. New shareholders of the issuer in the past year and their shareholdings

The number of shares held by new shareholders of the issuer in the most recent year, changes, time of acquisition of shares, and pricing basis

as follows:

(1) Capital increase method

| No. | Date of acquisition of shares | Shareholder name | Number of new shares (shares) | Subscription price (yuan) | Pricing basis |
|---|---|---|---|---|---|
| 1 | | Feiyu Investment | 801,456 | 105,599,998 | Negotiated price |
| 2 | | Dinghe Investment | 451,578 | 59,500,000 | Negotiated price |
| 3 | September 7, 2020 | MC2 | 531,268 | 70,000,000 | Negotiated price |
| 4 | | Ai Min | 38,327 | 5,050,003 | Negotiated price |
| 5 | | Hu Minglie | 584,395 | 77,000,000 | Negotiated price |

Hesai ND AR 00926

Shanghai Hesai Technology Co., Ltd.                                                                                           Prospectus

(2) Equity transfer method

| Serial number | Time to acquire shares | Transferee | Transferor | Transfer Equity Ratio | | Transfer price (yuan) | Pricing basis |
|---|---|---|---|---|---|---|---|
| 1 | March 4, 2020 | Sun Kai | Shanghai Fermat | | 11.19% (corresponding to the registered capital of Hesai Limited of RMB | 274,723.43 | Holding Cost |
| 2 | | Li Yifan | Shanghai Yazhan | 5,949,314.77) | 10.84% (corresponding to the registered capital of Hesai Limited of RMB | 266,123.88 | Holding Cost |
| 3 | | Xiang Shaoqing | Shanghai Linyi | 5,763,133.83) | 10.84% (corresponding to the registered capital of Hesai Limited of RMB | 266,123.88 | Holding Cost |
| 4 | July 28, 2020 | Feiyu Investment | Sun Kai | 5,763,133.83) | 0.50% (corresponding to the registered capital of Hesai Limited of | 34,500,000 | Negotiate pricing |
| 5 | | | Li Yifan | RMB 265,633.95) | 0.50% (corresponding to the registered capital of Hesai Limited of | 34,500,000 | Negotiate pricing |
| 6 | | | Xiang Shaoqing | RMB 265,633.95) | 0.50% (corresponding to the registered capital of Hesai Limited of RMB 265,633.95) | 34,500,000 | Negotiate pricing |

2. Basic information of new shareholders

(1) Sun Kai, Li Yifan, Xiang Shaoqing

For the basic information of Sun Kai, Li Yifan and Xiang Shaoqing, please refer to Section 5 "Basics of the Issuer" of this prospectus.

"Situation of major shareholders and actual controllers holding more than 5% of the issuer's shares"

"(1) Joint controlling shareholders and actual controllers".

(2) Feiyu Investment

The basic situation of Feiyu Investment is as follows:

| Company Name | Shanghai Feiyu Xinyan Investment Management Partnership (Limited Partnership) |
|---|---|
| Unified social credit code | 91310114MA1GT5363T |
| Managing Partner | Shanghai Feijun Investment Management Center (Limited Partnership) |
| Date of Establishment | January 12, 2016 |
| Registered place/Main place of production and operation | Room J309, 2nd floor, Building 1, No. 399, Zhongren Road, Jiading District, Shanghai |
| Business Scope | Investment management, industrial investment, investment consulting (except finance and securities), enterprise management consulting, financial consulting (not allowed to engage in agency accounting). [Projects that require approval according to law can only carry out business activities after approval by relevant departments] |

The basic information of Feiyu Investment's executive affairs partner is as follows:

| Company Name | Shanghai Feijun Investment Management Center (Liited Partnership) |
|---|---|

Hesai ND AR 00927

| Unified social credit code | 91310118324484849M |
|---|---|
| Managing Partner | Shanghai Feiyu Investment Management Co., Ltd. |
| Date of Establishment | January 20, 2015 |
| Business Scope | Investment management, industrial investment, business information consulting, enterprise management consulting. Approved projects can only carry out business activities after approval from relevant departments. |

(3) Dinghe Investment

The basic information of Dinghe Investment is as follows:

| Company Name | Shenzhen Dinghe Chuangzhi Investment Partnership (Limited Partnership) |
|---|---|
| Unified social credit code | 91440300MA5FRE7BXT |
| Managing Partner | Beijing Dinghe Gaoda Investment Management Co., Ltd. |
| Date of Establishment | August 23, 2019 |
| Place of registration/main place of production and operation | Qianhai Excellence Finance, Unit 2, Guiwan Area, Nanshan Street, Qianhai Shenzhen-Hong Kong Cooperation Zone, Shenzhen Center (Phase I) Building 8, 906A-18 |
| Business Scope | The general business projects are: investment in industry (specific projects shall be reported separately); business consulting Consulting, business management consulting, investment consulting, investment advisory, venture capital (excluding (The above items involve items prohibited by laws, administrative regulations, and decisions of the State Council. Except for restricted projects, the licensed business projects are: |

The basic information of Dinghe Investment's executive partners is as follows:

| Company Name | Beijing Dinghe Gaoda Investment Management Co., Ltd. |
|---|---|
| Unified social credit code | 91110111MA01ECX74J |
| Legal representative | Wang Ying |
| Date of Establishment | August 30, 2018 |
| Registered capital | 30 million yuan |
| address | Unit 01, 37th Floor, Building 16, No. 1 Jianguomenwai Street (Phase I), Chaoyang District, Beijing |
| Business Scope | Investment management, asset management, project investment, equity investment management. 1. It is not allowed to raise funds in an open manner without the approval of relevant departments; 2. It is not allowed to conduct securities business in public 3. No loans shall be granted; 4. No 5. No guarantee shall be provided by any enterprise other than the investment enterprise; 5. No investment shall be promised to investors The principal will not be lost or the minimum return will be promised"; market entities shall independently choose to operate in accordance with the law Projects, carry out business activities; projects that require approval according to law, after approval by relevant departments Carry out business activities in accordance with the approved content; do not engage in activities prohibited by national and municipal industrial policies and restricted project operations.) |

ÿ4ÿMC2

The basic situation of MC2 is as follows:

| Company Name | MC2ÿHong KongÿLimited |
|---|---|
| Date of Establishment | July 16, 2019 |

Hesai ND AR 00928

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Total number of issued shares (shares) 1 | |
|---|---|
| Registered Address | Room 902, Wilson House, 19-27 Wyndham Street, Central, Hong Kong |
| Registration Number | 2852684 |
| Main Business | invest |

The share capital and shareholding structure of MC2 are as follows:

| Serial number | Shareholder Name | Issued shares (shares) | Shareholding ratio (%) |
|---|---|---|---|
| 1 | Axiom Asia Co-Investment Fund I, L.P. | 1.00 | 100.00 |
| | total | 1.00 | 100 |

The actual controller of MC2 is Siew Kee LOH.

(5) Hu Minglie

Hu Minglie, ID number: 3302221981********.

3. Shareholding of strategic investors

The issuer's new shareholders added in the past year are not strategic investors.

(VI) The relationship between shareholders and their respective shareholding ratios before this issuance

| Serial number | Shareholder Name/ Name | Number of shares held | Shareholding ratio ÿ%ÿ | Relationship |
|---|---|---|---|---|
| | (Shares) 1 Sun Kai 36,844,672 | | 10.23 | Shanghai LeYi's executive partner RuiGan Investment is led by Sun Kai, Li Yifan and |
| | 2 Li Yifan 35,637,747 | | 9.90 | It was jointly funded by Sun Kai, Li Yifan and |
| | 3 Xiang Shaoqing 35,637,747 | | 9.90 | An enterprise jointly controlled by Xiang Shaoqing. |
| | 4 Shanghai Leyi 25,675,462 | | 7.13 | |
| 5 | Lightspeed HS | 17,487,810 | 4.86 | The actual controllers of Lightspeed HS and Light Select are James Qun Mi and Han |
| 6 | Light Select 12,352,617 | | 3.43 | Yan; the investment decision-making committee of Guangyi Investment is composed of James Qun Mi and Han Yan; James Qun Mi and Han Yan are both |
| 7 | Guangyi Investment 4,443,857 | | 1.23 | Shanghai Guangyi Investment Management Partnership, Executive Partner of Easy Investment Senior management of a limited partnership. |
| | 8 Hu Minglie 3,788,362 | | 1.05 | |
| | 9 Yuanzhan Fengyuan 12,650,074 | | 3.51 | Hu Minglie holds 56% of Yuanzhan Investment's shares and is the actual controller of Yuanzhan Investment. Yuanzhan Investment is the executive partner of Yuanzhan Huayao and Yuanzhan Fengyuan |
| | 10 Yuanzhan Investment 5,170,290 | | 1.44 | Therefore, the final actual |
| | 11 Yuanzhan Huayao 2,791,659 | | 0.78 | The controlling person is Hu Minglie. |
| | 12 Gundam Investment 10,880,530 | | 3.02 | The executive partner of Dinghe Investment is Beijing Dinghe Gaoda Investment Management Co., Ltd. Co., Ltd. (Wang Ying holds 99.67% of its shares, Wang Lan holds |
| | 13 Dinghe Investment 2,927,371 | | 0.81 | 0.33% of the equity), Beijing Dinghe Gaoda Investment Management Co., Ltd. The manager and executive director is Wang Ying, and the person in charge of compliance and risk control is Wang Lan; Dinghe The actual controller of the investment is Wang Ying. |

Hesai ND AR 00929

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Serial number | Shareholder Name/ Name | Number of shares held (share) | Shareholding ratio ÿ%ÿ | Relationship |
|---|---|---|---|---|
|  |  |  |  | Investment Limited Partnership ("Pagoda") is an investment The special investment vehicle established by the Bank and indirectly holds its shares through Forward Sight Holdings Limited ("Forward Holdings") All shares; Wang Lan also serves as the chairman of Gaoda Investment and Forward Holdings and Pagoda's general partner, Pagoda Investment GP ("Pagoda GP"); Wang Ying indirectly holds a 20% stake in Pagoda GP. |
| 14 | Qiming Rongke | 2,808,248 | 0.78 | The actual controllers of Qiming Rongke and Qiming Rongying are Hu Xubo and Yu Jia. |
| 15 | Qiming Rongying | 1,512,136 | 0.42 | |
| 16 | Ai Min | 6,446,870 | 1.79 | Ai Min is the actual controller of Dami Venture Capital. |
| 17. | Rice Ventures | 6,858,057 | 1.91 | |
| 18 | MC2 | 3,443,964 | 0.96 | Siew Kee LOH is a director of both A5J and MC2 and is a |
| 19 | A5J | 1,852,891 | 0.52 | One of the ultimate actual controllers of and the ultimate actual controller of MC2. |

(VII) The impact of the public offering of shares on the issuer's control, governance structure and production and operations

This issuance does not involve the public sale of shares by the issuer's shareholders and will not affect the issuer's control,

It has an impact on the governance structure and production and operation.

(VIII) VAM agreements signed by the issuer in the past and their termination

1. Signing of special rights clauses

The issuer and Sun Kai, Li Yifan, Xiang Shaoqing, Lightspeed Opportunity, Baidu China, Bosch

China, Shanghai Leyi, Lightspeed HS, Yuanzhan Fengyuan, Light Select, Gundam Investment, QM116,

Rice Ventures, Hang Xiaoming, Ai Min, Moonstone, Yuanzhan Investment, Guangyi Investment, Detong Investment, Zhu De

Ming, Qiming Rongke, Yuanzhan Huayao, Hexu Investment, ZhenFund, Knollwood, A5J, Qiming Rongying,

ON Semiconductor and Feiyu Investment jointly signed the Joint Venture Contract in July 2020.

The Operating Contract stipulates special rights clauses such as priority liquidation clauses and equity redemption clauses.

2. Termination of special rights clauses

August 1, 2020, Sun Kai, Li Yifan, Xiang Shaoqing, Lightspeed Opportunity, Baidu

China, Bosch China, Shanghai Leyi, Lightspeed HS, Yuanzhan Fengyuan, Light Select, Gaoda Investment,

QM116, Rice Ventures, Hang Xiaoming, Ai Min, Moonstone, Yuanzhan Investment, Guangyi Investment, Detong Investment

Capital, Zhu Deming, Qiming Rongke, Yuanzhan Huayao, Hexu Investment, ZhenFund, Knollwood, A5J, Qiming

Mingrongying, ON Semiconductor and Feiyu Investment signed the "Sponsor Agreement", which stipulates:

The original "Articles of Association of Shanghai Hesai Optoelectronics Technology Co., Ltd.", "Joint Venture Contract" and the establishment of Hesai Limited

Hesai ND AR 00930

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

Any agreement between shareholders and between shareholders and the Company concerning the existence and continuance of the

The limit shall terminate from the date of registration as a joint stock company.

3. Restoration Clause

On August 2, 2020, Sun Kai, Li Yifan, Xiang Shaoqing and Baidu China signed the Supplementary Agreement ("Supplementary Agreement").

The Supplementary Agreement of the Joint Venture Contract stipulates that: "When any of the following events occurs, the original joint venture contract shall be

The Baidu Special Rights-related clauses that have been terminated will automatically resume their effectiveness and continue to be valid, and shall be deemed

The Founder shall and shall cause all relevant parties to amend the Founder Agreement and

The Articles of Association of the Company shall reflect the relevant provisions of Baidu's special rights: (a) the Company's listing application shall be

The application has not been approved by the China Securities Regulatory Commission or other countries or regions within six (6) months after the formal submission.

The municipal regulatory department (if applicable) accepts the application; (b) the company actively or passively withdraws the application materials for listing on the Science and Technology Innovation Board; (c)

The company's listing application is approved by the China Securities Regulatory Commission or other countries or regions after the initial formal submission.

Termination, withdrawal, invalidation or rejection by the listing regulatory authority of the region (if applicable); (d) by June 2021

As of June 30, 2022, the Company has not yet submitted its application for listing on the Science and Technology Innovation Board to the CSRC; (e) As of June 30, 2022,

The company has not yet completed its listing on the Science and Technology Innovation Board."

On the same day, Sun Kai, Li Yifan, Xiang Shaoqing and Bosch China signed the Supplementary Agreement ("Bosch Supplementary Agreement

The Agreement stipulates that: "If any of the following circumstances occurs, the investor shall be required to terminate the joint venture contract, articles of incorporation,

The priority rights clause under the joint venture contract and articles of association shall be automatically restored immediately, and the investors'

The corresponding rights and interests under each clause are retroactive; the committing party shall immediately take all necessary actions and cooperate with the signing

relevant documents to enable the company to restore the validity of such clauses through a valid resolution of the general meeting of shareholders and to enable and

Cooperate with the company to carry out the corresponding internal decision-making procedures and external approval/registration/filing procedures to ensure the restoration process

The priority rights are legally effective and fully restored to the status before the termination of the priority rights: (1)

The listing application is not approved by the stock exchange/China Securities Regulatory Commission within six (6) months after the initial formal submission.

(2) The company withdraws its application voluntarily or involuntarily.

(3) The company's listing application is approved by the stock exchange/China Securities Regulatory Commission after the initial formal submission.

The China Securities Regulatory Commission or other countries or regions' listing regulatory authorities (if applicable) terminate, withdraw,

Invalidation or rejection; (4) As of December 31, 2022 or before, the company has not completed its domestic IPO.

On December 11, 2017, Bosch China, Sun Kai, Li Yifan and Xiang Shaoqing signed the "Confirmation Letter", and all parties agreed

Confirm that the aforementioned Supplementary Agreement has no legal binding force on the Company. Regardless of any contrary provisions in the Supplementary Agreement,

Investors will not in any way require the founder to use Hesai Technology's property to bear liability for compensation to investors.

Hesai ND AR 00931

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

If the founder violates the provisions of the supplementary agreement, the investor will not require the founder to sell, pledge, auction or liquidate the assets.

Dispose of the rights and interests (including but not limited to equity) enjoyed by the founder in the company in order to bear the founder's additional

Responsibilities under the Agreement.

## IX. Brief Introduction of Directors, Supervisors, Senior Management and Key Technical Personnel

1. Members of the Board of Directors

The company has 9 directors, including 3 independent directors. The company's directors are elected by the company's shareholders' meeting.

The current directors of the company are as follows:

| Name | Position | Nominator | Term of office |
|---|---|---|---|
| Li Yifan | Chairman | Promoter | August 2020-August 2023 |
| Sun Kai | director | Promoter | August 2020-August 2023 |
| Xiang Shaoqing | director | Promoter | August 2020-August 2023 |
| Yang Cailian | director | Promoter | August 2020-August 2023 |
| Wang Yunpeng | director | Promoter | August 2020-August 2023 |
| Fang Fang | director | Promoter | August 2020-August 2023 |
| Shomatsu Forest | Independent Director | Promoter | August 2020-August 2023 |
| Wang Yu | Independent Director | Promoter | August 2020-August 2023 |
| Yin Huifang | Independent Director | Promoter | August 2020-August 2023 |

The resumes of the directors of the above-mentioned companies are as follows:

1. Li Yifan

For Li Yifan's personal resume, please refer to Section 5 "Basic Information of the Issuer" of this prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

2. Sun Kai

For Sun Kai's personal profile, please refer to Section 5 "Basic Information of the Issuer" in this prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

3. Xiang Shaoqing

For Xiang Shaoqing's personal profile, please refer to Section 5 "Basic Information of the Issuer" of this Prospectus.

Hesai ND AR 00932

Shanghai Hesai Technology Co., Ltd.                                    Prospectus

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

### 4. Yang Cailian

Yang Cailian, female, born in November 1990, Chinese nationality, no permanent residence abroad.

Bachelor's degree. From November 2012 to September 2014, he worked as an account manager at Shanghai Pudong Development Bank.

From October 2010 to December 2014, he worked as a customer manager at Citibank, and from December 2014 to August 2020, he worked as a

Served as the company's vice president of operations, has served as a director of the company since November 2017, and has served as the company's chief financial officer since August 2020.

Senior Vice President and Secretary of the Board of Directors.

### 5. Wang Yunpeng

Wang Yunpeng, male, born in March 1976, Chinese nationality, no permanent residence abroad. Graduated in 1998

Graduated from Beijing University of Aeronautics and Astronautics with a bachelor's degree in mechanical manufacturing electronic control and testing in 2003.

He received his Ph.D. in Aerospace Manufacturing Engineering from Beijing University of Aeronautics and Astronautics.

From August 2000 to August 2001, he worked as a research and development manager at ArcSoft Technology (Beijing) Co., Ltd. From September 2005 to September 2006, he worked at

From September 2006 to April 2012, he worked at Sony Ericsson as the R&D Director of Yicai Tiandi Network Technology Co., Ltd.

Lixin Mobile Communication Products (China) Co., Ltd., and has worked at Baidu since April 2012.

Senior Director of Autonomous Driving Technology Department at Beijing Line Network Technology Co., Ltd., July 2020 to date

Serve as a company director.

### 6. Fang Fang

Fang Fang, female, born in August 1979, Chinese nationality, no permanent residence abroad. Graduated in 2006

He received his bachelor's degree in Business English from Shanghai Jiao Tong University. From January 2004 to April 2012, he worked at Pukai

He served as a senior accountant and accounting manager in the Shanghai office of the investment fund. From May 2012 to now, he has worked in Lightspeed An

Zhen (Shanghai) Enterprise Management Consulting Co., Ltd. has served as financial manager and financial director since 2016.

Chief Financial Officer of Shanghai Guangyi Investment Management Partnership (Limited Partnership), has served as the company's Chief Financial Officer since August 2020.

director.

### 7. Shoushuu Forest

Zhuang Songlin, male, born in August 1940, Chinese nationality, no permanent residence abroad.

In December 1982, he graduated from the Department of Physics, Fudan University, with a bachelor's degree in optics.

He received his Ph.D. in optoelectronics from Pennsylvania State University. He has worked at Shanghai Optical Instrument Co., Ltd. since January 1983.

Hesai ND AR 00933

Shanghai Hesai Technology Co., Ltd.                                                                              Prospectus

From March 1988 to March 1993, he served as the director/researcher of the Shanghai Laser Technology Research Institute.

Director/Researcher of the Institute, Dean/Professor of the School of Optoelectronics, University of Shanghai for Science and Technology, since February 1995.

Since November 2010, he has served as an independent director of Suzhou Suda Weige Technology Group Co., Ltd. From August 2020 to

Currently serves as the company's independent director.

8. Wang Yu

Wang Yu, male, born on March 21, 1982, Chinese nationality, no permanent residence abroad.

Graduated from Tsinghua University in July 2007 with a bachelor's degree in electronic science and technology.

He holds a PhD in Electronic Science and Technology from Tsinghua University.

Director of the Engineering Department and Vice Dean of the School of Information Science and Technology, he has served as the company's independent director since August 2020.

9. Yin Huifang

Yin Huifang, female, born in August 1985, Chinese nationality, no permanent residence abroad.

In August 2011, he graduated from Tianjin University with a bachelor's degree in business administration. In August 2011, he graduated from Nanyang Technological University in Singapore.

He holds a PhD in Accounting from the University of Science and Technology. He has worked at the School of Accounting, Shanghai University of Finance and Economics since August 2011.

He has served as assistant professor, associate professor, and professor, and has served as the company's independent director since August 2020.

(II) Members of the Supervisory Board

The company's board of supervisors consists of three supervisors, including one employee representative supervisor and two shareholder representative supervisors.

The shareholder representative supervisors of the company are elected by the shareholders' meeting of the company, and the employee representatives supervisors are elected by the employee representatives of the company.

Elected by the General Assembly.

The current supervisors of the company are as follows:

| Name | Position | Nominator | Term of office |
|---|---|---|---|
| Zhu Xuezhou | Chairman of the Board of Supervisors, Employee Representative Supervisor | Workers' Congress August 2020-August 2023 | |
| Wang Rui | Supervisor | Promoter August 2020-August 2023 | |
| Li Na | Supervisor | Promoter August 2020-August 2023 | |

The resumes of the above-mentioned company's supervisors are as follows:

1. Zhu Xuezhou

Zhu Xuezhou, male, born in December 1987, Chinese nationality, no permanent residence abroad. Graduated in 2010

He received his bachelor's degree in Engineering Physics from Tsinghua University and his master's degree in Nuclear Science and Technology from Tsinghua University in 2016.

Hesai ND AR 00934

Shanghai Hesai Technology Co., Ltd.                                                                        Prospectus

He holds a doctorate degree in Computer Science and Engineering. From August 2016 to the end of 2017, he served as the head of the company's electronics department.

He has served as the head of the company's chip department and has served as the company's supervisor since August 2020.

2. Wang Rui

Wang Rui, male, born in May 1980, Chinese nationality, no permanent residence abroad.

Graduated from Beijing Institute of Technology with a bachelor's degree in optoelectronics in March 2005.

He graduated from Tsinghua University with a master's degree in optoelectronic engineering in June 2010.

He received his Ph.D. from August 2010 to June 2012, he worked at the Institute of Semiconductors, Chinese Academy of Sciences, on integrated optoelectronics.

From August 2012 to April 2015, he worked as a postdoctoral fellow at Suzhou Slake Precision Equipment Co., Ltd.

He worked as an engineer in the Intelligent Detection Department of the company and has been the director of the company's Optical Department since May 2015.

Served as the company's supervisor from August 2020 to date.

3. Li Na

Li Na, female, born in March 1991, Chinese nationality, no permanent residence abroad.

Graduated from Shanghai University of Technology with a bachelor's degree in electronic information engineering in April 2015.

From May 2015 to July 2015, he worked at Shanghai Lingyun Tian

Bo Optoelectronics Technology Co., Ltd. has been a hardware test engineer and has been the company's optical engineer since July 2015.

He has served as the company's supervisor since August 2020.

(III) Senior Management Personnel

The company's senior management includes the company's general manager and CEO, chief scientist, chief technology officer,

The company currently has 5 senior executives, including:

Down:

| Name | Position | Term of office |
|---|---|---|
| Li Yifan | Managing Director and Chief Executive Officer | August 2020 - August 2023 |
| Sun Kai | Chief Scientist | August 2020 - August 2023 |
| Xiang Shaoqing | Chief Technology Officer | August 2020 - August 2023 |
| Yang Cailian | Senior Vice President, Secretary of the Board | August 2020 - August 2023 |
| Yan Pu | Financial Director | August 2020 - August 2023 |

The resumes of the senior executives of the above-mentioned companies are as follows:

Hesai ND AR 00935

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                        Prospectus

1. Li Yifan

For Li Yifan's personal resume, please refer to Section 5 "Basic Information of the Issuer" of this prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

2. Sun Kai

For Sun Kai's personal profile, please refer to Section 5 "Basic Information of the Issuer" in this prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

3. Xiang Shaoqing

For Xiang Shaoqing's personal profile, please refer to Section 5 "Basic Information of the Issuer" of this Prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

4. Yang Cailian

For Yang Cailian's personal profile, please refer to Section 5 "Basic Information of the Issuer" in this prospectus.

"IX. Brief introduction of directors, supervisors, senior management and key technical personnel" - "(I) Members of the board of directors".

5. Yan Pu

Yan Pu, male, born in December 1981, Chinese nationality, no permanent residence abroad. Graduated in 2003

Bachelor of Science in Computer Science and Technology from Fudan University.

Served as a manager at Deloitte Touche Tohmatsu CPA Ltd. (Special General Partnership) from November 2013 to 2014

In October 2014, he worked as a senior manager at Zhonghua Certified Public Accountants (Special General Partnership) from November 2014 to 2018.

In November 2010, he served as a partner in Zhongzhun Certified Public Accountants (Special General Partnership). From December 2018 to date, he

Served as the company's financial director.

(IV) Core technical personnel

As of the signing date of this prospectus, the company has 5 core technical personnel, as follows:

| Name | Position |
|---|---|
| Sun Kai | Chief Scientist, Director |
| Xiang Shaoqing | Chief Technology Officer, Director |

Hesai ND AR 00936

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                     Prospectus

| Name | Position |
|---|---|
| Zhu Xuezhou | Head of Chip Department, Chairman of the Supervisory Board, Employee Representative Supervisor |
| Wang Rui | Head of Optical Department, Supervisor |
| Li Na | Engineer and Supervisor of Optical Department |

The resumes of the core technical personnel of the above-mentioned companies are as follows:

1. Sun Kai

For Sun Kai's personal profile, please refer to Section 5 "Basic Information of the Issuer" in this prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

2. Xiang Shaoqing

For Xiang Shaoqing's personal profile, please refer to Section 5 "Basic Information of the Issuer" of this Prospectus.

"VII. Major shareholders and actual controllers holding more than 5% of the issuer's shares" "(I) Common

Controlling shareholder and actual controller".

3. Zhu Xuezhou

For Zhu Xuezhou's personal profile, please refer to Section 5 "Basic Information of the Issuer" in this prospectus.

"IX. Brief introduction of directors, supervisors, senior management and key technical personnel" - "(II) Members of the Supervisory Board".

4. Wang Rui

For Wang Rui's personal resume, please refer to "Section V Basic Information of the Issuer" in this prospectus, "IX.

"Introduction to Directors, Supervisors, Senior Management and Key Technical Personnel" - "(II) Members of the Supervisory Board".

5. Li Na

For Li Na's personal resume, please refer to "Section V Basic Information of the Issuer" in this prospectus, "IX.

"Introduction to Directors, Supervisors, Senior Management and Key Technical Personnel" - "(II) Members of the Supervisory Board".

## 10. Part-time employment of directors, supervisors, senior managers and key technical personnel in other units

As of the date of signing of this prospectus, the directors, supervisors, senior management personnel and core technical personnel of the issuer

The part-time jobs of the staff in other units other than the issuer and its subsidiaries are as follows:

| Name | Position | Part-time unit | Relationship between part-time position and company |
|---|---|---|---|

Hesai ND AR 00937

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Name | Director, | Part-time unit | Relationship between part-time position and company | |
|---|---|---|---|---|
| Sun Kai | Chief Scientific Officer | The main situation of the part-time jobs of scholars Sun Kai, Li Yifan and Xiang Shaoqing in other companies besides our company | | |
| Li Yifan | Chairman and General Manager<br>Manager and Chief Executive Officer<br>Executive Officer | For details, please refer to Section 7 Corporate Governance and Independence of this Prospectus, Section 9.<br>Related parties and related transactions", "(I) Main related parties and related relationships"<br>"1. Controlling shareholders, actual controllers and their directors or senior managers | | |
| Xiang Shaoqing | Director, Chief Technology Officer<br>Technical Officer | Other enterprises of members | | |
| Zhu Xuezhou | Chairman of the Supervisory Board,<br>Workers Representative Supervisor<br>case | Suzhou Kunjie | director | Issuer's equity-holding companies |
| Yang Cailian | Director, Senior Vice President<br>President, Board of Directors<br>secretary | Ruigan Investment | Supervisor | Controlled by the actual controller<br>Other companies |
| | | Suzhou Kunjie | Supervisor | Issuer's equity-holding companies |
| Fang Fang | director | Lightspeed Anzhen (Shanghai) Enterprise<br>Management Consulting Co., Ltd. | Financial Director | Issuer directors serve as senior<br>Senior management companies |
| | | Shanghai Guangyi Investment Management Co., Ltd.<br>Partnership (Limited Partnership) | Financial Director | Issuer directors serve as senior<br>Senior management companies |
| Wang Yunpeng Director | | Baidu Online Network Technology (Beijing<br>Beijing) Co., Ltd. | Autonomous Driving Technology Department<br>Senior Director | Shareholders holding more than 5% of the issuer<br>Related parties |
| | | Baidu Zhixing Information Technology (Henan<br>Beijing Jingshenxiang | director | Directors of the issuer serve as directors<br>Business |
| | | Technology Co., Ltd.<br>Zhejiang | director | Directors of the issuer serve as directors<br>Business |
| Yin Huifang Independent Director | | Taimei Medical Technology Co., Ltd.<br>Limited Company | Independent directors have no related relationships | |
| | | Professor of the School of Accounting of Shanghai University of Finance and Economics has no affiliation | | |
| Wang Yu Independent Director | | Tsinghua University | Department of Electronic Engineering<br>Information Science and Technology<br>Vice Dean of the School of Arts | No association |
| Zhuang Songlin Independent Director | | Suzhou University Weige Technology Center<br>Group Co., Ltd. | Independent directors have no related relationships | |
| | | University of Shanghai for Science and Technology | Dean of the School of Optoelectronics/<br>Professor | No association |
| | | Shanghai Institute of Optical Instruments | Legal Representative,<br>Director, Researcher, | No association |
| | | Shanghai Kewei Optical Technology Co., Ltd. | Legal Representative,<br>manager | No association |
| | | Hefei Livermore Instruments<br>Shanghai Shangli | Chairman | No association |
| | | Terahertz Technology Co., Ltd.<br>Huatai Aurora | Chairman | No association |
| | | Optoelectronics Technology Co., Ltd.<br>Shanghai | Chairman | No association |
| | | Lijing Optical Technology Co., Ltd.<br>Shanghai | Supervisor | No association |
| | | Youna Optoelectronics Technology Co., Ltd.<br>Limited Company | director | No association |

Hesai ND AR 00938

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

| Name | Position | Part-time unit | Relationship between part-time position and company | |
|------|----------|----------------|------|------|
| | | Shanghai Optical Instrument Factory No. 5 Shanghai | director | No association |
| | | Lixin Optical Technology Co., Ltd. Shanghai | director | No association |
| | | Yidian Scientific Instrument Co., Ltd. Kunshan University of Science | director | No association |
| | | and Technology Optoelectronic Information Technology Co., Ltd. Applied Technology Research Institute Limited company | director | No association |

As of the signing date of this prospectus, except for the above circumstances, other directors, supervisors and senior managers of the issuer

None of the staff and core technical personnel have part-time jobs in other units.

XI. Family Relationships among Directors, Supervisors, Senior Managers and Key Technical Personnel

As of the date of signing of this prospectus, the directors, supervisors, senior management and core technical personnel of the issuer

There is no family relationship between the members.

12. Significant agreements signed by directors, supervisors, senior management and key technical personnel

and its implementation

As of the signing date of this prospectus, the Company and the current non-independent directors, supervisors,

Senior management and core technical personnel have signed labor contracts, confidentiality agreements and non-competition agreements.

The Company has signed a "Employment Agreement" with the Company's current independent directors, and the above agreements are being implemented normally.

In addition to the above agreements, the company has not signed any other important

Big deal.

13. Changes in directors, supervisors, senior management and key technical personnel in the last **two** years

Situation and reasons for change

(I) Changes in directors in the last two years

From the beginning of 2018 to the date of signing of this prospectus, the changes in the directors of the Issuer are as follows:

| Serial number | time | Board members: | Number of board members | Reason for change |
|------|------|----------------|------|------|
| 1 | From the beginning of 2018 to March 2019 | Sun Kai, Li Yifan, Xiang Shaoqing, Xiong Chenguang, Yang Cailian, Hu Minglie, Shang Guobin | 7 | . |
| 2 | March 2019 to July 2019 | Sun Kai, Li Yifan, Xiang Shaoqing, James Qun Mi, Yang Cailian, Hu Minglie, Shang Guobin | 7 | Gaoda Investment will no longer appoint directors. Lightspeed HS appointed Director By James Qun Mi |

Hesai ND AR 00939

Shanghai Hesai Technology Co., Ltd.          Prospectus

| Serial number | time | Board members: Sun | Number of board members | Reasons for the |
|---|---|---|---|---|
| 3 | July 2019 to July 2020 | Kai, Li Yifan, Xiang Shaoqing, James Qun Mi, Yang Cailian, Hu Minglie, Shang Guobin, Chen Liming, Zhu Xuezhou, Sun Kai, Li Yifan, Xiang | 9 | change: Introducing external shareholders and expanding the board of directors, adding Chen Liming and Zhu Xuezhou as directors, with Chen Liming appointed by Bosch China |
| 4 | July 2020 - August 2020 | Shaoqing, James Qun Mi, Yang Cailian, Hu Minglie, Chen Liming, Zhu Xuezhou, Wang Yunpeng | 9 | The director appointed by Baidu China was changed from Shang Guobin to Wang Yunpeng |
| 5 | August 2020 to present | Sun Kai, Li Yifan, Xiang Shaoqing, Yang Cailian, Wang Yunpeng, Fang Fang, Zhuang Songlin, Wang Yu, Yin Huifang | 9 | Hesai Limited was changed into a joint stock company and elected the first board of directors. At the same time, in order to improve the corporate governance structure, the issuer established an independent director work system and appointed Zhuang Songlin, Wang Yu and Yin Huifang as independent directors of the company. |

(II) Changes in Supervisors in the Last Two Years

From the beginning of 2018 to the date of signing of this prospectus, the changes in the issuer's supervisors are as follows:

| Serial number time: early 2018 to | | member | Number of Supervisors | Reason for change |
|---|---|---|---|---|
| 1 | August 2020 | Li Zhe | 1 | - |
| 2 | August 2020 to present | Zhu Xuezhou, Li Na, Wang Rui | 3 | Hesai Limited was changed into a joint stock company and elected the first non-employee representative supervisor of the Board of Supervisors. At the same time, in order to improve the corporate governance structure, the Employee Representative Assembly of Hesai Limited made a resolution to elect Zhu Xuezhou as the employee representative supervisor |

(III) Changes in senior management personnel in the last two years

From the beginning of 2018 to the date of signing of this prospectus, the changes in the Issuer's senior management are as follows:

| Serial number time | | member | Number of senior management personnel | Reason for change |
|---|---|---|---|---|
| 1 | Early 2018 to August 2020 | Sun Kai, Li Yifan, Xiang Shaoqing | 3 | - |
| 2 | August 2020 to present | Sun Kai, Li Yifan, Xiang Shaoqing, Yang Cailian, Yan Pu | 5 | In order to improve the corporate governance structure, the issuer appointed Yan Pu as the chief financial officer and Yang Cailian as the senior vice president and secretary of the board of directors. |

(IV) Changes in core technical personnel in the last two years

From the beginning of 2018 to the date of signing of this prospectus, there has been no change in the issuer's core technical personnel.

In summary, in the past two years, the company's directors, senior managers and core technical personnel have not

Material Adverse Change.

Hesai ND AR 00940

Shanghai Hesai Technology Co., Ltd.                                                                          Prospectus

## 14. Directors, Supervisors, Senior Management and Key Technical Personnel and the Issuer and Its Business

Related outbound investment

As of the date of signing of this prospectus, in addition to directly or indirectly holding shares of the Company, the Company's directors, supervisors,

The outbound investments of senior management and key technical personnel related to the issuer and its business are as follows:

| Serial number name | Position | Name of investment unit | Main business of investment units | Shareholding ratio/ partnership share ratio (%) |
|---|---|---|---|---|
| 1 Li Yifan | Chairman, Managing Director and Chief | For details of Li Yifan, Sun Kai and Xiang Shaoqing's external investments other than the Company, please refer to "Section 7 Corporate Governance and Independence", "IX. Related Parties and Related Transactions", "(I) Major Related Parties and Related Relationships", "1. Controlling Shareholders, Actual Controllers and Other Enterprises Controlled by Them or Serving as Directors or Senior Managers" of this Prospectus. | | |
| 2 Sun Kai | Executive Officer Director, Chief | | | |
| 3 Xiang Shaoqing | Scientist Director, Chief Technology Officer | | | |
| 4 | Zhuang Songlin Independent Director | Shanghai Feichang Optoelectronics Technology Partnership (Limited Partnership) | Technology development in the fields of optoelectronic technology, detection technology, and | 10.00 |
| 5 | | Shanghai Lijing Optical Technology Co., Ltd. | intelligent technology Technology development in the fields of optical technology and | 3.00 |
| 6 | | Shanghai Shangli Terahertz Technology Co., Ltd. | computer technology Technical consulting in the fields of terahertz technology and | 17.99 |
| 7 | | Shanghai Lixin Optical Technology Co., Ltd. | electromechanical technology Technology development in the fields of optical technology, instrumentation, and biotechnology | 3.43 |
| 8 | | Shanghai Youna Optoelectronics Technology Co., | Optoelectronics Technology | 10.00 |
| 9 | | Ltd. Shanghai Youyi Electronics Technology Co., | Electronic Technology | 3.17 |
| 10 | | Ltd. Hefei Shanghe Optoelectronics Technology Co., Ltd. | Optical instruments, equipment, optoelectronic products | 80.00 |
| 11 | Wang Yu Independent Director | Beijing Super Star Future Technology Co., Ltd. | technology development, technology promotion, technology transfer, technology consulting, technical services; software services; basic software services; application software services; computer system services; software development, etc. | 4.78 |
| 12 | | Beijing Jijia Technology Co., Ltd. | AI Vision Civilian Security Service Platform Project | 1.00 |

Except as shown in the table above, the directors, supervisors, senior management and key technical personnel of the issuer have no other

Hesai ND AR 00941

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

The issuer and its business-related outbound investments, directors, supervisors, senior management and core technical personnel

The employees do not have any foreign investment that may cause a conflict of interest with the company.

## 15. Directors, supervisors, senior managers, key technical personnel and their spouses, parents,

## Shares held by the spouse's parents, children, and children's spouses in the issuer

As of the date of signing of this prospectus, except for Sun Kai, Li Yifan and Xiang Shaoqing, the other directors,

Supervisors, senior managers, key technical personnel and their spouses, parents, spouses' parents, children, and children's

The spouse does not directly hold shares of the issuer, but other directors, supervisors, and senior managers of the issuer

There is a situation where the staff and core technical personnel indirectly hold the issuer's shares through Shanghai Leyi.

The above-mentioned persons indirectly hold the shares of the issuer through Shanghai Leyi as follows:

| Serial number | name | Position | Shareholding |
|---|---|---|---|
| 1 | Yang Cailian | Director, Senior Vice President, Secretary to the Board | By holding 8.97% of the partnership share of Blue Dragon Consulting, Holds 0.32% of the issuer's shares |
| 2 | Zhu Xuezhou | Chairman of the Supervisory Board | By holding 14.57% of the partnership share of Blue Dragon Consulting, Holds 0.53% of the issuer's shares |
| 3 | Wang Rui | Supervisor | By holding a 12.27% partnership share in Blue Dragon Consulting, Holds 0.44% of the issuer's shares |
| 4 | Li Na | Supervisor | By holding a 2.44% partnership share in Blue Dragon Consulting, Holds 0.09% of the issuer's shares |
| 5 | Yan Pu | Financial Director | By holding a 4.40% partnership share in Panda Consulting, Holds 0.04% of the issuer's shares |

For details of the shares held by Sun Kai, Li Yifan and Xiang Shaoqing in the Issuer, please refer to Section 5 of this Prospectus.

"Basic Information of the Issuer" - "VII. Information on major shareholders and actual controllers holding more than 5% of the shares of the issuer"

"(i) Jointly controlling shareholders and actual controllers".

As of the signing date of this prospectus, except for the above, the company's other directors, supervisors, senior managers

The management personnel, core technical personnel and their spouses, parents, spouse's parents, children, and children's spouses do not exist.

Any direct or indirect holding of company shares in any manner.

As of the signing date of this prospectus, the above directors, supervisors, senior management personnel, and key technical personnel

The company shares held by their spouse, parents, spouse's parents, children, and children's spouse are not pledged,

Freezing or litigation disputes.

Hesai ND AR 00942

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                              Prospectus

## 16. Remuneration of Directors, Supervisors, Senior Management and Key Technical Personnel

(I) Salary composition, determination basis and implementation procedures

As of the date of signing of this prospectus, the independent directors of the issuer receive independent director allowances from the issuer.

The non-independent directors, supervisors, senior managers and key technical personnel who work for the company are all employed by the issuer.

The remuneration consists of basic salary and performance bonus, among which the basic salary is determined by job requirements,

The performance bonus is determined by comprehensive factors such as job responsibilities, work experience, and personal education.

Operational status confirmed.

The remuneration of directors and senior executives of the issuer shall be determined by the remuneration and appraisal committee of the issuer's board of directors in accordance with

After the provisions of its working rules are reviewed and approved, they shall be reviewed and approved by the issuer's board of directors, and the remuneration of the issuer's directors shall be

The remuneration of the issuer's supervisors must also be reviewed and approved by the issuer's general meeting of shareholders.

The core technical personnel of the issuer are composed of directors and supervisors, and their remuneration is in accordance with the procedures for the aforementioned directors and supervisors.

to confirm.

(II) The proportion of total remuneration to the issuer's total profit in each period

During the reporting period, the issuer's current directors, supervisors, senior management and key technical personnel

The total amount of remuneration received and its proportion to the issuer's total profit are as follows:

Unit: Ten thousand yuan

| project | January - September 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| Total compensation | 466.70 | 767.87 | 520.58 | 257.07 |
| Total Profit | -9,397.40 | -14,880.31 | 1,611.23 | -2,427.23 |
| Proportion | -4.97% | -5.16% | 32.31% | -10.59% |

(III) Remuneration received from the issuer and its affiliated companies in the most recent year

In 2019, the current directors, supervisors, senior managers and key technical personnel of the Issuer

The salary received by the Company and its affiliated companies is as follows:

Unit: Ten thousand yuan

| Name | Position | 2019 Self-issued salary | Is it in 2019 ? Salary from affiliated companies |
|---|---|---|---|
| Li Yifan | Chairman, General Manager and Chief Executive Officer | 112.90 | no |
| Sun Kai | Director, Chief Scientist | 113.94 | no |
| Xiang Shaoqing | Director, Chief Technology Officer | 113.02 | no |
| Yang Cailian | Director, Senior Vice President, Secretary of the Board | 73.01 | no |

Hesai ND AR 00943

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

| Name | Position | 2019 Self-issued salary | Is it in 2019 ?<br>Salary from affiliated companies |
|---|---|---|---|
| Wang Yunpeng | director | · | no |
| Fang Fang | director | · | no |
| Shomatsu Forest | Independent Director | · | no |
| Wang Yu | Independent Director | · | no |
| Yin Huifang | Independent Director | · | no |
| Zhu Xuezhou | Chairman of he Supervisory Board | 106.75 | no |
| Wang Rui | Supervisor | 92.04 | no |
| Li Na | Supervisor | 63.65 | no |
| Yan Pu | Financial Director | 92.56 | no |

Note: Zhuang Songlin, Wang Yu and Yin Huifang began serving as independent directors of the issuer in August 2020.

(IV) Other benefits and pension plans enjoyed by the issuer

As of the date of signing of this prospectus, the number of directors who are employed by the company and receive salary (excluding independent directors who receive allowances)

Directors, supervisors, senior managers and key technical personnel shall enjoy social insurance protection and

In addition, the above-mentioned persons who work in the company and receive salary (excluding independent directors who receive allowances)

The above-mentioned personnel did not enjoy any other benefits and pension plans in the company.

## 17. Equity incentive and other institutional arrangements and implementation

(I) Equity incentives that have been implemented by the issuer before this public offering

In order to motivate the company's employees, on August 31, 2016, Ruigan Investment (an enterprise jointly controlled by the actual controller)

The company transferred its 7.934% equity interest in the issuer to Shanghai Leyi for RMB 100,000 to be used for employee

In order to provide incentives to employees, the shareholders' meeting of Hesai Limited made a decision to agree to the aforementioned equity transfer.

The incentive recipients subscribed to the limited partnership shares of two employee stock ownership platforms, Panda Consulting and Blue Dragon Consulting.

Panda Consulting and Blue Dragon Consulting subscribed for the limited partnership shares of Shanghai Leyi. Therefore, the incentive objects

Haile indirectly holds shares in the company.

1. Basic content

The specific situation and investment structure of Shanghai Leyi are as follows:

Hesai ND AR 00944

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                      Prospectus

(1) Basic information

| name | Shanghai Leyi Technology Partnership (Limited Partnership) |
|------|-----------|
| Unified social credit code | 91310114MA1GTE5K5T |
| type | Limited Partnership |
| Principal place of business | Room JT21935, Building 4, Area B, No. 925, Yecheng Road, Jiading Industrial Zone, Shanghai |
| Managing Partner | Shanghai Ruigan Investment Management Co., Ltd. |
| Date of Establishment | June 16, 2016 |
| Business Scope | General projects: information technology consulting services, information system integration services, marketing strategies Sales of computer hardware and software and auxiliary equipment. (Except for projects that require approval according to law In addition, the company shall independently carry out business activities in accordance wi h the law with a business license) |

(2) Capital contribution structure

As of the signing date of this prospectus, the partners of Shanghai Leyi and their capital contributions are as follows:

| Serial number | Name | Partner's capital contribution (ten thousand yuan) | | Holding a partnership share Proportion(%) |
|---|---|---|---|---|
| 1 | Ruigan Investment | General Partner | 147.92 | 37.3475 |
| 2 | Xiang Shaoqing | Limited Partners | 0.01 | 0.0025 |
| 3 | Panda Consulting | Limited Partners | 47.81 | 12.0723 |
| 4 | Blue Dragon Consulting | Limited Partners | 200.32 | 50.5777 |
| | total | | 396.07 | 100 |

Ruigan Investment was established on October 8, 2014 and currently holds a

The business license issued by the Company is 91310114312419230C with a unified social credit code.

On the signing date, the share capital and equity structure of Ruigan Investment are as follows:

| Serial number | Shareholder Name | Amount of capital contribution (10,000 yuan) | Capital contribution ratio (%) |
|---|---|---|---|
| 1 | Sun Kai | 10.22 | 34.04 |
| 2 | Li Yifan | 9.90 | 32.98 |
| 3 | Xiang Shaoqing | 9.90 | 32.98 |
| | total | 30.02 | 100 |

Panda Consulting was established on December 2, 2019 and currently holds a

Business license with unified social credit code 91310114MA1GWNB86X.

On the date of signing, the executive partner of Panda Consulting was Ruigan Investment.

Blue Dragon Consulting was established on November 22, 2019 and currently holds the Shanghai Jiading District Market Supervision and Administration

The Business License with the unified social credit code of 91310114MA1GWMP66Q issued by the Bureau.

Hesai ND AR 00945

On the date of signing of the prospectus, the executive partner of Blue Dragon Consulting was Ruigan Investment.

2. Lock-up period of incentive shares

For the lock-up period commitment of Shanghai Leyi's shares held by the Issuer, please refer to "Section 10 Investment

"Protection of Investors" "VI. Issuers, shareholders, actual controllers, directors, supervisors, and senior management of issuers

Important commitments made by the personnel, core technical personnel, the sponsors of this issuance and the securities service institutions,

"Restrictive measures for failure to perform commitments and performance of commitments that have triggered performance conditions" (I)

The restricted sale arrangements of the shares held by shareholders before this issuance, voluntary lock-up of shares, and shareholders' holdings and reduction intentions, etc.

promise".

3. Whether the issuer's employee stock ownership platform is subject to the "closed loop principle"

Shanghai Leyi, Blue Dragon Consulting and Panda Consulting have issued a letter of commitment, promising to

Within 36 months from the date of the issuance and listing, the company shall not transfer or entrust others to manage the company's direct or

Indirect holdings of company shares do not require the issuer to repurchase such shares.

According to the partnership agreement and the equity incentive agreement between Panda Consulting and Panda Consulting, the incentive shares held by the grantee

If the rights are to be transferred and exited, they can only be transferred to other partners in the employee stock ownership platform or other qualified public shareholders of the company.

Company employee transfer.

Therefore, Shanghai Leyi, Blue Dragon Consulting and Panda Consulting apply the "closed loop principle".

4. Filing status of the issuer's employee stock ownership platform

Shanghai Leyi is held by Ruigan Investment, a holding platform of the actual controller of the issuer, Xiang Shaoqing and employees of the issuer.

The stock platform was jointly funded by Panda Consulting and Blue Dragon Consulting. Since its establishment, there has been no private fundraising.

There is no company established for investment activities or

There is no situation of being a partnership enterprise, nor is there a situation of being a private equity fund manager.

The investment is decided by its shareholders independently, and there is no entrustment of a third party or acceptance of entrustment by a third party for asset management;

The funds used by Shanghai Leyi to make equity investment in the issuer are its own funds, and the shares held by it in the issuer do not exist.

Directly or indirectly, entrust holding, trust holding or other interest arrangements. In addition to holding the issuer's shares,

Shanghai LeYi has not invested in other companies or enterprises, nor has it served as a manager of other private equity funds.

Leyi does not fall under the Securities Investment Fund Law, the Interim Measures for the Supervision and Administration of Private Investment Funds and the Private Investment

Private investment fund managers or private equity fund managers regulated by the "Regulations on Registration of Private Investment Fund Managers and Fund Filing (Trial)"

Investment funds do not need to go through the registration procedures for private investment fund managers and private investment fund

1-1-120

Hesai ND AR 00946

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                      Prospectus

Gold filing procedures.

Blue Dragon Consulting and Panda Consulting are employee shareholding platforms of the issuer, which are funded by some employees of the issuer.

The Company has been established and indirectly holds the shares of the Issuer through it. There has been no non-public fundraising since its establishment.

There are companies or partnerships established for investment activities whose assets are managed by fund managers or general partners

In the case of enterprises, except for holding Shanghai Leyi shares, Blue Dragon Consulting and Panda Consulting have not invested in other companies or enterprises.

The external investments of Blue Dragon Consulting and Panda Consulting are made by their partners.

 Independent decision-making, no entrustment to a third party or acceptance of a third party's entrustment for asset management; Blue Dragon Consulting and

The partnership property shares held by all partners of Panda Consulting do not exist in the form of direct or indirect entrustment.

Blue Dragon Consulting and Panda Consulting do not fall under the Securities Investment Fund Law.

   The Interim Measures for the Supervision and Administration of Private Investment Funds and the Registration and Filing of Private Investment Fund Managers

Private equity fund managers or private equity funds regulated by the Law (Trial) do not need to follow the above provisions.

Handle the registration procedures for private investment fund managers and the filing procedures for private investment funds.

5. Impact on the company's operating conditions, financial status, and changes in control rights

Equity incentives fully mobilize the work enthusiasm of outstanding employees and enhance their enthusiasm for achieving the company's stability.

A sense of responsibility and mission for stable, sustainable and rapid development.

The company recognized share-based payment expenses of 577.44 in 2017, 2018 and 2019 respectively.

RMB 6,259,000, RMB 6,259,000 and RMB 29,510,200, which increased the current period expenses and reduced the current period operating profit and net

profit.

Before and after the implementation of the equity incentive, the company's controlling shareholder and actual controller did not change.

There is no impact on changes in the company's control.

6. Accounting treatment of share-based payment expenses

For the accounting treatment of share-based payments, please refer to Section 8 "Financial Accounting Information and Management Information" of this prospectus.

"Management Analysis", "VII. Significant Accounting Policies and Accounting Estimates", "(XXIII) Share-based Payment".

(II) The option plan formulated by the issuer to be implemented after listing

In order to establish and improve a long-term incentive mechanism, management that has a direct impact on the company's operating performance and sustainable development

In order to effectively motivate the management and technical backbones, the issuer decided to implement a stock option incentive plan, namely the Shanghai Hesai

Technology Co., Ltd. 2020 Stock Option Incentive Plan (hereinafter referred to as the "Stock Option Incentive Plan").

Hesai ND AR 00947

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

1. Basic content

The issuer implemented a stock option incentive plan in October 2020, granting a total of 131 incentive targets

5,054,138 stock options, involving a total of 5,054,138 underlying shares, accounting for 10% of the total number of shares in the plan under consideration by the Board of Directors.

The total share capital of the company is 1.40% of 360 million shares at the time of the plan, which does not exceed 10% of the total share capital of the company.

The underlying assets of the options are the company's A-share common stocks, which are derived from the company's private placement of its own shares to the incentive targets.

The exercise price of this stock option is RMB 3.25 per share, the grant date is October 25, 2020, and the stock option

The rights are valid for 60 months from the date of grant.

2. Procedures for formulating stock option incentive plans

The Remuneration and Appraisal Committee of the Issuer's Board of Directors has drafted the 2020 Remuneration and Appraisal Plan of Shanghai Hesai Technology Co., Ltd.

Stock Option Incentive Plan (Draft) for 2020 Shanghai Hesai Technology Co., Ltd.

Measures for the Implementation and Assessment of the Stock Option Incentive Plan of Shanghai Hesai Technology Co., Ltd. in 2020

The issuer shall prepare and submit to the issuer's board of directors for review.

On October 10, 2020, the Issuer held the Fourth Meeting of the First Board of Directors and reviewed and approved the

Proposal on the 2020 Stock Option Incentive Plan (Draft) of Shanghai Hesai Technology Co., Ltd.

In the <Shanghai Hesai Technology Co., Ltd. 2020 Stock Option Incentive Plan Implementation Assessment Management Measures>

Proposal on requesting the company's general meeting of shareholders to authorize the board of directors to handle matters related to stock option incentives

etc.

On October 10, 2020, the Issuer held the second meeting of the first board of supervisors and reviewed and approved the

Proposal on the 2020 Stock Option Incentive Plan (Draft) of Shanghai Hesai Technology Co., Ltd.

In the <Shanghai Hesai Technology Co., Ltd. 2020 Stock Option Incentive Plan Implementation Assessment Management Measures>

Proposal on Verifying the 2020 Stock Option Incentive Plan of Shanghai Hesai Technology Co., Ltd.

Such proposals include the proposal on the list of items>" and other proposals.

On October 20, 2020, the Supervisory Board of the Issuer issued the "Notice on the 2020 Stock Option Incentive Plan"

"Review opinions and public disclosure of the list of option incentive recipients".

On October 25, 2020, the Issuer held the Fourth Extraordinary General Meeting of Shareholders in 2020 and approved the

Proposal on the 2020 Stock Option Incentive Plan (Draft) of Shanghai Hesai Technology Co., Ltd.

"About the Implementation and Assessment Management of the 2020 Stock Option Incentive Plan of Shanghai Hesai Technology Co., Ltd."

The proposal includes the proposal on authorizing the board of directors to handle matters related to stock option incentives, etc.

Hesai ND AR 00948

Shanghai Hesai Technology Co., Ltd.                                                   Prospectus

3. Main contents and implementation of the issuer's stock option incentive plan

(1) Scope of incentive targets

The stock option incentive plan granted incentives to a total of 131 people, including: 1) middle-level managers; 2)

Other key staff.

The incentive recipients of the stock option incentive plan do not include independent directors, supervisors and

Shareholders or actual controllers who hold 5% or more of the issuer's shares and their spouses, parents and children.

(2) Source and quantity of target stocks

The target stocks involved in the stock option incentive plan come from the issuer issuing the company's shares to the incentive targets.

A shares. The stock option incentive plan intends to grant 5,054,138 stock options to the incentive targets, involving

The target stock type is RMB A-share common stock, accounting for approximately

1.40% of the total share capital of the issuer at the time of the meeting. Of which 5,054,138 stock options were granted in one go and 1,054,138 reserved stock options were granted in one go.

0 stock options. If the exercise conditions are met, each stock option granted to the incentive object has

The right to purchase one share of the issuer's stock at the exercise price during the exercise period.

It may be transferred, sold, exchanged, mortgaged, used as collateral, recorded in accounts, or used to repay debts.

(3) Distribution of stock options granted to incentive recipients

| No. Position | Number (persons) | Stock options granted Quantity (portions) | Total number of stock options granted Proportion (%) | Current total share capital Proportion (%) |
|---|---|---|---|---|
| 1 | Middle Management Other | 34 | 1,716,574 | 33.96 | 0.48 |
| 2 | key personnel Total | 97 | 3,337,564 | 66.04 | 0.93 |
| employees | | **131** | **5,054,138** | **100** | **1.40** |

(4) Validity period, grant date, waiting period, exercise date, lock-up period,

Exercise price and exercise conditions

1) Validity period

The stock option incentive plan is valid from the date of stock option grant to the date of stock option grant to the incentive recipient.

The term shall be until the date on which all rights are exercised or cancelled, and shall not exceed 60 months.

2) Grant date and waiting period

The grant date of the stock option incentive plan is the date on which the stock option incentive plan is approved by the issuer's general meeting of shareholders.

Hesai ND AR 00949

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                     Prospectus

Day.

The stock options under the stock option incentive plan are exercised in three batches. The waiting period for the first batch of stock options is

12 months from the date of grant. If the issuer fails to complete its initial public offering and list the shares on the stock exchange within 12 months from the date of grant,

If the issuer goes public, the waiting period for the first batch of stock options will be extended to the date of the issuer's listing (the "first waiting period");

The vesting period for the second batch of stock options is the first vesting period plus 12 months after the expiration of the first vesting period.

  (the "Second Waiting Period"); the waiting period for the third batch of stock options is the first and second waiting periods plus

12 months after the expiration of the second waiting period (the "third waiting period").

The corresponding stock options granted under the stock option incentive plan shall not be exercised.

   3) Exercise date

   After the corresponding waiting period expires, if the exercise conditions stipulated in the stock option incentive plan are met, the incentive object can

The stock options granted are exercised in three batches according to the following arrangement. The exercisable period of each batch of stock options is

The starting date of the next term shall not be earlier than the expiry date of the previous term:

| Exercise Arrangement | Exercise time | Exercise ratio |
|---|---|---|
| The first exercise period is | within 12 months from the day after the first waiting period expires. | 33% |
| The second exercise period is | within 12 months from the day after the expiration of the second waiting period. | 33% |
| The third exercise period is | within 12 months from the day after the expiration of the third waiting period. | 34% |

   After the expiration of each waiting period, the stock options granted to the incentive objects that have not met the exercise conditions will be

When the issuer cancels the stock option and the conditions for exercising the stock option are not met, the relevant rights and interests shall not be deferred to the next period.

   If the incentive object fails to exercise the stock option incentive plan within the exercisable period, the

The exercised stock options will be cancelled by the issuer after the expiration of the exercise period.

   The exercisable date must be a trading day within the exercise period, but the option cannot be exercised during the following periods:

   A. During the decision-making process of a major transaction or major event until 2 trading days after the announcement of the event;

   B. From the date of occurrence of other major events that may affect the stock price to 2 trading days after the announcement.

   The above-mentioned "major transactions", "major events" and "major events that may affect the stock price" are

Granted before listing but after the issuer is listed, according to the "Registration Management Measures", "Sci-Tech Innovation Board Listing Rules" and

Other relevant laws, regulations, and regulatory documents may have an impact on the issuer's listing or the exercise of rights and stock options after listing.

Matters that have a significant impact on value.

   4) Blackout period

Hesai ND AR 00950

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                          Prospectus

The prohibition on the sale of shares obtained by the incentive recipients under the stock option incentive plan is regulated by the Company Law and the Securities Law.

The Company Law and other relevant laws, regulations, normative documents and the Articles of Association are implemented, and the specific provisions are as follows:

A. The incentive object shall promise not to reduce the shares subscribed by exercising the option after the issuer goes public within three years from the date of exercising the option.

The Company shall not use the shares of he Company for guarantee or debt repayment, and shall also promise that he shares of the Company shall be held in the same manner as those of directors, supervisors and senior managers after the expira ion of the above-mentioned period.

The relevant provisions on share reduction of management personnel shall be implemented;

B. In addition to the above restrictions, if the incentive recipients are directors or senior managers of the issuer, during their tenure

The number of shares transferred each year shall not exceed 25% of the total number of shares held by the issuer; within six months after leaving the company,

may transfer the issuer's shares held by it;

C. In addition to the above restrictions, if the incentive recipients are directors or senior managers of the issuer, the shares held by them shall be

The profit from selling the stock within 6 months of purchase or buying it again within 6 months of sale is

Belongs to the issuer, and the issuer's board of directors will recover the proceeds;

D. During the validity period of the stock option incentive plan, if the Company Law, Securities Law, and Articles of Association

Or other laws, regulations, or regulatory agencies have new requirements for the lock-up period of incentive objects, then the incentive objects will be transferred to

The issuer's shares held by them must comply with the above new requirements when transferred.

5) Exercise price

The exercise price of the issuer's stock option incentive is RMB 3.25 per share.

Under the following conditions, each stock option granted to the incentive object has the right to be redeemed at 3.25 per share during its exercise period.

The right to purchase 1 share of the company's stock for RMB.

6) Exercise conditions

According to the stock option incentive plan, the waiting period is 12 months from the date of stock option grant.

If the person fails to complete the initial public offering and listing within 12 months from the date of grant, the first batch of stock options will be

The waiting period shall be postponed to the date of listing of the issuer.

During the listing review period, the issuer will not add any other option incentive plans.

The stock options granted to the incentive recipients can only be exercised if the exercise conditions are met.

The following are the documents:

The issuer's personnel department shall implement the incentive plan in accordance with the issuer's current internal performance appraisal system and regulations.

The comprehensive evaluation of the target in each assessment year is scored, and the incentive target's performance completion rate is determined according to the incentive target's performance completion rate.

Hesai ND AR 00951

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

The proportion of exercise rights, the actual exercise amount of the incentive object in the current period = the standard coefficient at the individual level × the individual current period calculation

Set the exercise amount.

The performance evaluation results of the incentive targets are divided into excellent (A), good (B), qualified (C) and unqualified

(D) There are four levels, and the assessment evaluation form is applicable to the assessment object. At that time, the incentive object will be determined according to the following table to exercise the right

Ratio:

| Evaluation Criteria | Excellent (A) | Good (B) | Pass (C) | Failure (D) |
|---|---|---|---|---|
| Standard coefficient | 1.0 | 0.75 | 0.5 | 0.0 |

If the individual performance evaluation rating of the incentive object in the assessment year is excellent, good or qualified, the incentive

If the individual performance appraisal of the incentive object "meets the standard", the incentive object can be confirmed in accordance with the proportion stipulated in the stock option incentive plan.

The proportion of exercisable rights in each period shall be determined, and the non-exercisable part shall be invalidated or cancelled.

If the audit result is unqualified, the individual performance appraisal of the incentive object in the previous year is "unsatisfactory", and the issuer will

According to the provisions of the stock option incentive plan, the current exercisable quota of the incentive object shall be cancelled, and the stock options shall be invalidated or cancelled.

pin.

4. Principles for determining the exercise price of options and the difference between the audited net assets or the assessed value in the most recent year.

Abnormality and Causes

The exercise price of this option is 3.25 yuan per share, and the audited net asset value per share at the end of 2019 is 2.70

The difference is 0.55 yuan per share. The main reason for the difference is that exercise price is based on the September 2020

The post-investment valuation of the ten capital increases was determined at 16%, and the capital increase valuation was significantly higher than the net assets per share.

5. Impact on the company's operating conditions, financial status, and changes in control rights

This stock option plan is based on the company's long-term development considerations and is intended to provide stock options to the company's directors and senior management personnel.

As well as effectively motivating management and technical personnel who have a direct impact on the company's operating performance and sustainable development.

Help the company's long-term and stable development.

The equity incentive costs of this incentive plan are recorded in the company's recurring profit and loss, and the amortization of equity incentive costs is

This will have some impact on the company's net profit in each year during the validity period of this incentive plan, but will not affect the company's cash flow and

Directly reduce the company's net assets. This stock option incentive plan is expected to be confirmed between 2020 and 2023.

The share-based payment expenses for each period were RMB 9.7775 million, RMB 47.9615 million, RMB 21.7188 million and RMB 8.1019 million respectively.

If we consider that the equity incentive plan will effectively promote the company's development, the company's performance improvement brought by the incentive plan

The increase will be much higher than the cost increase it will bring.

Hesai ND AR 00952

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

If all 5,054,138 stock options granted in this equity incentive are exercised, the company's share capital will increase by

5,054,138 shares, which has little impact on the actual controller's shareholding ratio and is not expected to cause the actual controller to

Changes will not affect the stability of the actual controller.

6. Accounting treatment of share-based payment expenses

For the accounting treatment of share-based payments, please refer to Section 8 "Financial Accounting Information and Management Information" of this prospectus.

"Management Analysis", "VII. Significant Accounting Policies and Accounting Estimates", "(XXIII) Share-based Payment".

# 18. Issuer's Employees

1. Number of employees and changes

As of September 30, 2020, the total number of employees of the Issuer and its subsidiaries was 502.

The changes in the number of employees of the Issuer and its subsidiaries are as follows:

| project | 2020.9.30 | 2019.12.31 | 2018.12.31 | 2017.12.31 |
|---|---|---|---|---|
| Total number of employees (person) | 502 | 367 | 194 | 70 |

2. Staff structure

As of September 30, 2020, the employee structure of the Issuer and its subsidiaries is as follows:

1. Professional structure of employees

| Job Category | Number of people | Proportion of total population |
|---|---|---|
| Management Personnel | 75 | 14.94% |
| Research and Development Staff | 270 | 53.78% |
| Marketing Staff | 52 | 10.36% |
| Production staff | 94 | 18.73% |
| Financial staff | 11 | 2.19% |
| total | **502** | **100%** |

2. Education structure of employees

| Education | Number of people | Proportion of employees |
|---|---|---|
| PhD | 58 | 11.55% |
| master | 192 | 38.25% |
| Undergraduate | 155 | 30.88% |
| College degree and below | 97 | 19.32% |

Hesai ND AR 00953

Shanghai Hesai Technology Co., Ltd.      Prospectus

| Education | Number of people | Proportion of employees |
|---|---|---|
| total | **502** | **100%** |

3. Age distribution of employees

| age | Number of people | Proportion of employees |
|---|---|---|
| Under 25 years old | 33 | 6.57% |
| 25-35 years old | 383 | 76.29% |
| 36-45 years old | 69 | 13.75% |
| 45 years and above | 17 | 3.39% |
| total | **502** | **100%** |

3. Social insurance and housing provident fund payment

1. Social insurance payment

The Issuer and its domestic subsidiaries shall, in accordance with the Labor Law of the People's Republic of China and other laws and regulations,

The company signs labor contracts with employees and arranges social insurance and housing provident fund for them.

During the reporting period, the number of employees of the issuer and its domestic subsidiaries, and the number of employees paying social insurance

The situation is as follows:

Unit: Person

| time | Number of employees | Number of contributors | Reasons for the difference |
|---|---|---|---|
| September 30, 2020 | 486 | 481 | Difference 5 people (Joined in the current month and paid in the next month 6 people; foreign 3 employees; 4 employees resigned this month and returned the following month) |
| December 31, 2019 | 351 | 345 | Difference 6 people (5 people joined in the current month and paid in the next month; foreign 2 employees; 1 person resigned this month and returned the payment next month) |
| December 31, 2018 | 194 | 189 | Difference 5 people (Joined in the current month and paid in the next month 6 people; foreign 2 employees; 3 employees resigned this month and returned the payment next month) |
| December 31, 2017 | 70 | 66 | Difference 4 people (3 people joined in the current month and paid in the next month; foreign 1 employee; 1 employee resigned in the same month and returned the payment the next month; Other units pay 1 person) |

Note: The number of employees of the issuer's overseas subsidiaries at the end of each reporting period is as follows: Overseas subsidiaries at the end of 2017 and 2018

The number of employees was 0, and the number of employees in overseas subsidiaries was 16 at the end of 2019 and September 30, 2020.

2. Housing Provident Fund Payment

During the reporting period, the number of employees of the issuer and its domestic subsidiaries and the number of employees paying housing provident funds

The details are as follows:

Unit: Person

| time | Number of employees | Number of contributors | Reasons for the difference |
|---|---|---|---|

Hesai ND AR 00954

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| time | Number of employees | Number of contributors | Reasons for the difference |
|---|---|---|---|
| September 30, 2020 | 486 | 479 | Difference 7 people (6 people joined in the current month and paid in the next month; foreign 3 employees, 2 employees in Taiwan; 4 people will be refunded next month) |
| December 31, 2019 | 351 | 345 | Difference 6 people (4 people joined in the current month and paid in the next month; foreign Staff 2 people) |
| December 31, 2018 | 194 | 189 | Difference 5 people (5 people who joined in the current month and paid in the next month; foreign nationals 2 employees; 2 resigned this month and returned the following month) |
| December 31, 2017 | 70 | 64 | Difference 6 people (4 people joined in the current month and paid in the next month; foreign 1 person in other units) |

Note: The number of employees of the issuer's overseas subsidiaries at the end of each reporting period is as follows: Overseas subsidiaries at the end of 2017 and 2018

The number of employees was 0, and the number of employees in overseas subsidiaries was 16 at the end of 2019 and September 30, 2020.

3. Compliance of employee social security

According to the relevant social insurance and housing provident fund management departments where the issuer and its domestic subsidiaries are located,

The issuer and its domestic subsidiaries have not been subject to any administrative sanctions in respect of social insurance and housing provident funds during the reporting period.

Punishment.

(IV) Labor dispatch and labor outsourcing

1. Labor dispatch employment

During the reporting period, the company had labor dispatch employment. The number of labor dispatch employees at the end of each period and

The employment ratio is as follows:

Unit: Person

| time | Number of labor dispatch workers | Total number of workers | Proportion |
|---|---|---|---|
| September 30, 2020 | 0 | 990 | 0% |
| December 31, 2019 | 0 | 611 | 0% |
| December 31, 2018 | 169 | 372 | 45.43% |
| December 31, 2017 | 56 | 126 | 44.44% |

In 2017 and 2018, based on the needs of production and operation, the Issuer used labor services in some positions.

Dispatched personnel mainly include those in auxiliary and replaceable positions such as assembly and testing.

And in 2018, the proportion of labor dispatch employment exceeded the 10% stipulated in the "Interim Provisions on Labor Dispatch".

According to the Shanghai Public Credit Service Platform, provided by the Shanghai Municipal Human Resources and Social Security Bureau

According to the "Credit Report on Administrative Penalty of Labor Supervision for Legal Persons" provided by Hesai Technology from January 1, 2017 to 2020

There was no labor inspection administrative penalty credit record during the period from September 30, 2019 to May 2019.

From November 17 to November 30, 2020, there is no labor supervision administrative penalty credit record.

Hesai ND AR 00955

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

During the reporting period, the proportion of dispatched workers to the total number of employees of the issuer exceeded 10%.

Since 2019, the issuer has carried out rectification and standardization.

The Shanghai Jiading District Human Resources and Social Security Bureau issued a written confirmation on December 21, 2020.

After verification by the labor supervision system, no major violations of labor and social security laws and regulations were found on the issuer.

The issuer's co-controlling shareholders and actual controllers Sun Kai, Li Yifan and Xiang Shaoqing have issued written commitments:

"1. If the issuer and its holding subsidiaries have irregularities in their employment and affect all related

The relevant enterprises are engaged in normal business operations. I will actively take effective measures to promote the business operations of the relevant enterprises.

Continue to operate normally to reduce or eliminate adverse effects.

2. If the issuer and its holding subsidiaries are found to have failed to comply with the relevant laws and regulations in their employment practices,

The relevant government authorities shall impose any form of punishment or bear any form of legal responsibility, or

I am responsible for any losses or expenses incurred by the Issuer and its holding subsidiaries as a result of the rectification of any violations of the regulations.

any losses, damages, claims, costs and expenses caused, suffered or incurred by you.

Pedestrian and its controlled subsidiaries are protected from losses.

3. I will actively urge the issuer and its holding subsidiaries to standardize labor employment in the future to ensure business

The continuity and stability of operations."

In summary, the issuer has rectified and standardized labor dispatch in accordance with the law, and there are no labor and social security issues.

During the reporting period, the issuer had the number of labor dispatch employees exceeding 10% of the total number of employees.

The circumstances do not constitute major illegal or irregular behavior and do not constitute a substantial obstacle to this issuance and listing.

2. Labor outsourcing situation

During the reporting period, the company had outsourced labor. The number of outsourced laborers at the end of each period and

The employment ratio is as follows:

Unit: Person

| time | Number of workers employed in labor outsourcing | Total number of workers employed | Proportion |
|---|---|---|---|
| September 30, 2020 | 488 | 990 | 49.29% |
| December 31, 2019 | 244 | 611 | 39.93% |
| December 31, 2018 | 9 | 372 | 2.42% |
| December 31, 2017 | 0 | 126 | 0% |

Since 2018, according to the needs of production and operation, the company has used outsourced labor in auxiliary positions.

Machine Translated by Google

Hesai ND AR 00956

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

The package mainly includes auxiliary jobs such as assembly and testing. According to the contract signed between the company and the relevant labor outsourcing companies

The labor outsourcing company is responsible for providing qualified labor outsourcing personnel and related labor outsourcing services.

Hesai ND AR 00957

Section 6 Business and Technology

# 1. The issuer's main business, main products or services

1. Main Business

The company's main business is the research and development, manufacturing and sales of high-resolution 3D lidar and laser gas sensors.

Among them, the laser radar for general robot applications is the company's core product.

It includes cars with unmanned driving functions, which can also be called wheeled robots, and also includes unmanned cleaning,

New service robots with functions such as unmanned transportation. During the reporting period, the company's laser radar market was mainly concentrated in the unmanned

The company's laser gas sensor products are mainly used in the field of human driving and gradually expand to the field of service robots.

In the field of gas detection, it mainly includes laser methane telemeters and laser oxygen sensors.

Unmanned vehicles and unmanned logistics robot technology are the deep application of artificial intelligence in the field of robotics.

The development of information and materials will bring about a global technological revolution.

The Internet technology has greatly improved the timeliness and cost of information transmission, and has changed the way human beings live.

The way of life and work has changed, and a number of trillion-dollar companies have emerged. Similarly, driverless technology will

Improve the timeliness of material transmission, reduce transmission costs, and further enhance social

The benefits of future operations will be beyond our imagination today.

The global automotive industry, Internet companies, and technology companies are all in a battleground, with Google among the players.

(Google), Amazon, Apple, Baidu, Huawei and other technology companies, GM (

Automotive companies such as BMW, Bosch, and Uber and Didi

There are also many autonomous driving unicorn companies.

LiDAR is widely used in driverless cars and robots, and is known as the "eyes" of robots in a broad sense.

The "eye" is an active measurement device that measures the precise distance between an object and a sensor by emitting laser light.

LiDAR uses a transceiver array consisting of lasers and detectors, combined with beam scanning, to detect generalized machines.

Real-time perception of the environment in which people are located, obtaining accurate distance and contour information of surrounding objects to achieve obstacle avoidance

At the same time, combined with the pre-collected high-precision map, the robot can accurately locate itself in the environment through the laser radar.

It can reach centimeter level to achieve autonomous navigation.

In April 2018, Science and Technology Daily launched a series of columns titled "Core Technologies to be Conquered".

35 core technologies that are "stuck in the neck" for China were cited, including lithography machines, chips, heavy gas

Hesai ND AR 00958

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                      Prospectus

Among them, LiDAR ranked tenth. At that time, Velodyne of the United States was the leader in the field of unmanned LiDAR.

The company has been deeply involved in the field for more than 10 years and has occupied nearly 80% of the market share.

The company mainly develops laser radar and gradually enters the field of unmanned driving laser radar. The company's products have served customers including

Including: two of the three largest automakers in North America, one of the four largest automakers in Germany, and California in 2019

More than half of the top 15 autonomous driving companies in terms of DMV road test mileage in 2018, and most of China's leading autonomous driving companies

These include two of the world's three largest mobile travel service companies, the world's largest

The automotive parts supplier Bosch Group, one of the world's largest self-driving truck companies, and the world's largest

 Based on its performance in technology, products and market, the company

In September 2017, it received a B round of financing led by Baidu Group, a leading domestic driverless car company.

In May, it received a Series C financing led by Bosch Group, the world's largest automotive parts supplier.

        In addition to the field of unmanned driving, the application areas of LiDAR are also expanding, including automobile manufacturers,

Advanced driver assistance systems represented by Tier 1, obstacle avoidance and navigation systems represented by intelligent service robots,

As 5G technology becomes more and more popular, intelligent traffic vehicle-road collaborative applications will also bring great benefits to LiDAR.

 The company has built a wider market with its laser radar technology in the field of autonomous driving.

 Based on the characteristics and needs of the industry, we have developed multiple product lines, such as Pandar128 for unmanned driving,

PandarQT, etc., for ADAS field PandarGT, etc., for robotics field PandarXT,

PandarMind, which is applicable to the field of Internet of Vehicles, continues to enrich its product types and application scenarios.

        1. Basic information of main products

        The company's main products include lidar and laser gas sensors, as follows:

         (1) LiDAR

        During the reporting period, the company's laser radar products were mainly mechanical rotating and

Semi-solid laser radar and mechanical rotating laser radar products have been widely used in the field of unmanned driving.

The semi-solid-state LiDAR is mainly used for advanced driver assistance in mass-produced passenger cars.

According to the prediction of the future market, the company has also carried out solid-state research on FMCW laser radar and electronic scanning solutions.

The company has accumulated a lot of experience in the technical layout and accumulation of laser radar, and has the product development capabilities of new technology solutions such as laser radar.

In other words, the differences in different application fields put forward different requirements on the comprehensive indicators of LiDAR.

Product performance stratification and the coexistence of different architectural solutions will become the norm.

        Laser radar can be divided into time of flight (ToF) ranging method,

Hesai ND AR 00959

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

FMCW ranging method based on coherent detection, and triangulation ranging method, among which ToF and FMCW can

It can achieve a longer range (100~250 m) in outdoor sunlight, which is the preferred solution for vehicle-mounted LiDAR.

 At present, the mainstream solution of medium and long-range laser radar in the market will be FMCW laser radar in the future.

As the tourism industry chain matures, ToF and FMCW lidar will coexist in the market.

| Distance measurement method | Main Features |
|---|---|
| ToF method | By directly measuring the time difference between the emitted laser and the echo signal, the distance information of the target object is obtained based on the propagation speed of light in the air, which is the advantages of fast response speed and high detection |
| FMCW method | accuracy. The optical frequency of the emitted laser is linearly modulated, and the frequency difference is obtained by coherently beating the echo signal with the reference light, thereby indirectly obtaining the flight time to infer the distance of the target object. FMCW laser radar has the advantages of directly measuring speed information and resisting interference (including ambient light and other laser radars). |

The ToF laser radar system mainly includes a transmitting module, a receiving module, a control and signal processing module, and a scanning module.

Scanning module (if any).



Figure Schematic diagram of ToF LiDAR core module

According to the technical architecture, it can be divided into mechanical laser radar with overall rotation and semi-solid laser radar with stationary transceiver module.

LiDAR and solid-state LiDAR.

| Technical | Main Features |
|---|---|
| architecture<br>Mechanical<br>rotating laser radar | The motor drives the transceiver array to rotate as a whole, realizing the scanning of the horizontal 360° field of view in space. The ranging capability remains consistent within the horizontal 360° field of view. |
| Semi-solid-state<br>LiDAR | The semi-solid solution is characterized by the decoupling of the transceiver unit from the scanning component, and the transceiver unit (such as laser, detector) no longer performs mechanical movement, including micro-vibration mirror solution, rotating mirror solution, etc. It is suitable for realizing detection of partial field of view angles (such as forward), and its volume is more compact than that of mechanical rotating radar. |

Hesai ND AR 00960

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Technical Architecture | Main Features |
|---|---|
| Solid State Laser Lidar | The solid-state solution is characterized by no longer containing any mechanical moving parts, including optical phased array (OPA) solution, flash solution, electronic scanning solution, etc. Suitable for achieving partial field of view<br><br>The detection of the angle (such as the forward direction) is the most compact compared to other architectures because it does not contain mechanical scanning devices.<br><br>Get together. |

Compared with semi-solid and solid-state laser radars, the advantage of mechanical rotating laser radar is that it can

The surrounding environment can be scanned with a 360° horizontal field of view, while semi-solid-state and solid-state LiDARs can only scan

It can achieve 120° horizontal field of view scanning, and the uniformity of ranging capability within the field of view is worse than that of mechanical rotation.

The operating environment of driverless cars is complex and requires the same 360° environment.

Perception capability: Mechanical rotating laser radar has the advantages of 360° horizontal field of view and long-range measurement capability.

Currently, mainstream unmanned driving projects have adopted mechanical rotating lidar as the main perception sensor.

The company combines its own technical characteristics, industry cycle and market demand to focus on the field of autonomous driving as a laser radar product.

The products that generated revenue during the reporting period also mainly came from this market.

In addition to unmanned driving, advanced driver assistance systems (ADAS) for passenger cars, service robots,

Fields such as vehicle-to-everything (V2X) are also important markets for LiDAR at present or in the near future.

There are obvious differences in the carriers equipped with LiDAR (driverless cars, passenger cars, robots, etc.).

The market has different requirements for LiDAR performance, price, size and other dimensions. The comparison results are shown in the following table:

As shown. The application of Internet of Vehicles started recently, and its usage scenarios are diverse, including autonomous driving, advanced driver assistance,

There will be corresponding demand for lidar in the field of robotics.

| | Compare Items | Autonomous driving | Advanced driver assistance | robot |
|---|---|---|---|---|
| application Scenario illustrate | High scene complexity (L4/L5) | | Medium (L2/L3, function Limited opening scenarios) | Low/Medium (enclosed park, Many applications)<br>High (urban roads, should Use less) |
| | Carrying device travel speed Degree | Medium (urban roads) | Medium (urban roads) | Low (enclosed parks) |
| | | High (high-speed scene) | High (high-speed scene) | Medium (urban road) |
| Stimulus Light Thunder Da Require | The maximum distance measurement requirement is far | | Medium/Long (depending on ADAS functions) | Medium/long distance (depending on the application Use scenario) |
| | External to the load-bearing device Observation Integration* | Low | high | middle |
| | Low price sensitivity to LiDAR supply | | high | Medium/High |
| | The algorithm requirement of the business | Low | high | Low |
| | Vehicle Regulation Requirements | Medium (current) /High (expected) | high | Low |

*Often expressed in terms of volume and shape.

Hesai ND AR 00961

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

The fields of unmanned driving and advanced driver assistance usually refer to autonomous driving technology according to the International Society of Automotive Engineers

The classification is based on the engineering recommendation J3016 issued by SAE International.

Control) to L5 (fully autonomous driving), the higher the level, the higher the degree of automation of the vehicle and the more dynamic driving

The lower the driver's involvement in the process, the greater the reliance on the environmental perception system composed of on-board sensors.

The stronger it is.

| grade | name | definition | Environmental monitoring subject | Decision-making party | Is the scene limited? |
|---|---|---|---|---|---|
| L0 | No Automation<br>No Driving Automation | The driver must have full control | The driver is | | |
| L1 | Driving Assistance<br>Driver Assistance | Driving support is provided for one of the steering and acceleration and deceleration, and the rest is operated by the driver. | The driver is | | |
| L2 | Partial Automation<br>Partial Driving Automation | Driving support is provided for multiple items of steering and acceleration and deceleration, and the rest is operated by | The driver is | | |
| L3 | Conditional Automation<br>Conditional Driving Automation | the driver. The system completes all driving operations, and the driver provides appropriate operations based on the system's request. | System/ Driver | System/ Driver | yes |
| L4 | High degree of automation<br>High Driving Automation | The system completes all driving operations in limited roads and environments | System system is | | |
| L5 | Full Driving Automation | The system performs all driving operations on all roads and in all environments | System System No | | |

Level 3 is the watershed in the level of autonomous driving, and the definition of driving responsibility is the most complicated:

In the scenario where the driving function is turned on, the main body of environmental monitoring is changed from the driver to the sensor system, and the driving decision-making responsibility is

Fang transitioned from the driver to the car system.

The current L2 autonomous driving perception system mainly consists of ultrasonic radar, millimeter wave radar, camera and other vehicle sensors.

The vehicle-mounted ultrasonic radar is low-cost, but its effective detection distance is usually less than 5 m and cannot detect

Measuring medium and long distance objects; millimeter wave radar has the function of measuring distance and speed at the same time, effectively detecting distance

The range can reach 200 m, but the angular resolution of a single vehicle-mounted millimeter-wave radar is usually weak, such as the Continental

(Mainland) 77 GHz high-end millimeter wave radar ARS 408-21 has an optimal horizontal angular resolution of

1.6°, the details of the object cannot be identified, and the detection sensitivity of millimeter-wave radar to metal is much higher than that non-metallic materials.

The camera has excellent angle of view.

However, it is greatly affected by light, and the detection effect is poor in the dark and strong light. In addition, the camera

The identification of objects and their distances relies on deep learning algorithms and cannot be completely accurate.

It has the characteristics of long-range, excellent angular resolution, and little influence of ambient light, and can directly obtain

Hesai ND AR 00962

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Obtain the distance and orientation information of the object. These advantages compared to other sensors can significantly improve autonomous driving

The reliability of the system is considered by most OEMs and Tier 1 to be L3 and above autonomous driving (function

The responsible party is the car system) which is a necessary sensor.

Level 4/L5 autonomous driving functions are usually defined as unmanned driving, and the driving responsibility belongs entirely to the car.

system, so the detection performance of LiDAR is the highest, but because the owner of the vehicle is often an unmanned

Driving operation companies (Robotaxi/Robotruck), so the price of LiDAR and the degree of integration with the vehicle body are required

Relatively low; L2/L3 autonomous driving functions are usually defined as advanced assisted driving, and the owner of the vehicle is

Individual consumers have high requirements for the aesthetics of the integration of lidar with the car body and are price sensitive.

For non-automotive applications, service robots move slowly and the scene complexity is low, which puts great demands on the performance of lidar.

Moderate requirements but sensitive to price; Internet of Vehicles applications may use LiDAR to complete high-precision map data

Collect data, or install LiDAR on the roadside for real-time traffic monitoring, and regulate and integrate LiDAR

The accuracy requirement is relatively low, but the road-side application needs to realize the target objects (vehicles, pedestrians, bicycles) based on the lidar point cloud.

Therefore, it places high demands on the ability of LiDAR suppliers to provide supporting perception algorithms.

requirements.

The company started from the unmanned driving field, which has the highest requirements for LiDAR performance, and insisted on optimizing product performance.

Continue to accumulate core module development experience, proactively deploy chip development strategies, and deeply explore different technologies

In the face of the diverse demands for LiDAR in different fields, the company adheres to the principle of "long, medium and short distance, mechanical,

Solid-state solutions go hand in hand" to develop and launch a variety of LiDAR products, such as

The following table shows:

| Application Areas | Main products of the company | Product release/external sales time |
|---|---|---|
| Unmanned driving (mechanical rotation) | Pandar40 | April 2017 |
| | Pandar40P | April 2018 |
| | Pandar40M | January 2020 |
| | Pandar64 | January 2019 |
| | Pandar128 | September 2020 |
| | PandarQT | January 2020 |
| | Pandora | December 2017 |
| Advanced Driving Assistance (Semi-solid) PandarGT | | January 2019 |
| Robot (mechanical rotation) PandarXT | | October 2020 |
| Internet of Vehicles (Mechanical Rotation) PandarMind | | August 2020 |

Hesai ND AR 00963

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

A. Autonomous driving applications

The realization of L4/L5 autonomous driving applications depends on the perception information provided by LiDAR.

Users need to face complex and changing driving environments, and have the highest requirements for LiDAR performance.

The horizontal scanning range should be such that the maximum distance measurement capability for low reflectivity objects should reach 200 m.

Higher line counts and denser point cloud resolution are required; at the same time, in order to reduce noise, the laser radar also needs to have

To meet the above requirements, the company has launched a series of laser radars with gradually improved performance.

The Pandar40 (April 2017), Pandar40P (April 2018), Pandar64 (January 2019)

2020) and Pandar128 (September 2020).



Figure: Generation of angular blind spots and PandarQT blind spot detection effect

Angular blind spots are a problem that sensors used in unmanned driving systems need to solve. LiDAR is placed on the vehicle.

The limited vertical field of view will create blind spots at close range, that is, areas that cannot be detected.

In January 2020, the company launched a blind spot detection system with a vertical field of view of 104.2° and a detection distance of up to 0.1 m.

In addition, facing the difficulty of multi-sensor calibration and synchronization of autonomous driving companies,

The company and Baidu Apollo jointly released the multi-sensor fusion perception suite Pandora in December 2017.

The specific product information mainly for the unmanned driving field is shown in the following table:

| Product Model | Product Legend | Technical features |
|---|---|---|
| Pandar40 | Released in April 2017 | Main parameters of **40-** line medium- and long-range mechanical rotating laser radar Ranging range: 0.3 m~200 m (20% reflectivity target) Field of view: 360° (horizontal) × 23° (-16°~7°, vertical) Resolution: 0.2° (10 Hz, horizontal) × 0.33° (minimum, vertical) Outstanding features |

Hesai ND AR 00964

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

| Product Model | Product Legend | Technical |
|---|---|---|
| | | features At the time of release, the product's ranging range, angular resolution and other |
| | | performance indicators are leading. Adopting innovative non-uniform line number distribution: The line number distribution is optimized for road target detection, and the core area resolution capability is enhanced, which can achieve better |
| Pandar40P | Released in April 2018 | detection effect with the same number of channels. Main parameters of **40-** line long-range mechanical rotating laser radar Ranging range: 0.3 m~200 m (10% reflectivity target) Field of view: 360° (horizontal) × 40° (-25°~15°, vertical) Resolution: 0.2° (10 Hz, horizontal) × 0.33° (minimum, vertical) Outstanding features It has the function of resisting multi-laser radar interference: The problem of mutual interference between multiple laser radars is solved through laser pulse encoding. Better distance measurement capability: For targets with a low reflectivity of 10%, the maximum detection distance can reach 200 m. Support PTP (Precision Time Protocol) high-precision |
| Pandar40M | Released in January 2020 | time synchronization protocol. Main parameters of **40-** line medium-range mechanical rotating laser radar Ranging range: 0.3 m~120 m (10% reflectivity target) Field of view: 360° (horizontal) × 40° (-25°~15°, vertical) Resolution: 0.2° (10 Hz, horizontal) × 0.33° (minimum, vertical) Outstanding features Pandar40M is designed and optimized for medium and low-speed application scenarios. After fully understanding customer needs, the company has balanced the ranging capability and price based on Pandar40P, providing customers with a more economical choice. Main |
| Pandar64 | Released in January 2019 | parameters of **64-** line long-range mechanical rotating laser radar Ranging range: 0.3 m~200 m (10% reflectivity target) Field of view: 360° (horizontal) × 40° (-25°~15°, vertical) Resolution: 0.2° (10 Hz, horizontal) × 0.167° (minimum, vertical Highlights: denser vertical line number distribution: minimum vertical angular resolution 0.167°, better performance in long-distance object detection and stronger resolution. |
| Pandar128 | Released in September 2020 | Main parameters of **128-** line long-range mechanical rotating laser radar Ranging range: 0.3 m~200 m (10% reflectivity target) Field of view: 360° (horizontal) × 40° (-25°~15°, vertical) Resolution: 0.1° (10 Hz, core area, horizontal) × 0.125° (minimum, vertical) Outstanding features Angular resolution: The vertical resolution is the densest 0.125°, and the horizontal resolution core area can reach 0.1° (10 Hz), which is better than the 0.2° horizontal resolution of similar products on the market, with better target detail resolution. The system is compact, and its weight and volume are less than that of similar products on the market. The product adopts reliability design and has passed a number of rigorous reliability tests. Its operating temperature range can reach -40°C to 85°C. |

Hesai ND AR 00965

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Product Model | Product Legend | Technical |
| --- | --- | --- |
| | | features: Functional safety design is adopted to develop a series of active fault detection technologies.<br><br>Technology. With network security design, system data is protected and has the function of resisting<br><br>hacker attacks. Main parameters |
| PandarQT | <br><br>Released in January 2020 | of **64-** line short-range mechanical rotating laser radar<br>Ranging range:<br>0.1 m~20 m (10% reflectivity target) Field of view: 360° (horizontal) × 104.2°<br>(-52.1°~52.1°, vertical<br>straight)<br>Resolution: 0.6° (horizontal) × 1.45° (minimum, vertical) Outstanding features Near-field detection<br>capability: The minimum detectable distance is 0.1 m, which can accurately perceive close objects. Field of view: On the basis of<br>maintaining a horizontal field of view of 360°, the vertical field of view reaches 104.2°, which can cover a wide range of close-range blind spots. Low power consumption: According to the product manual,<br>similar blind spot laser radars on the market<br>The power consumption of the sensor is usually more than 10 W, while the power consumption of PandarQT is about 8 W. It is compact |
| Pandora | <br><br>Released in December 2017 | and easy to install. Multi-sensor fusion<br>perception kit Multi-sensor fusion perception kit, integrating lidar, surround view camera<br>The module is integrated.<br>Sensor layout optimized for autonomous driving: 1 40-line LiDAR collects point cloud information within 360°, 4 wide-angle cameras cover 360° image acquisition around the vehicle body, and 1 forward-facing color camera obtains farther and richer forward target details. Pixel-level synchronization of LiDAR and camera is achieved at the firmware level,<br>solving common problems in the autonomous driving industry such as sensor calibration and multi-sensor synchronization. The integrated design is compact and plug-and-play, which can lower the user's R&D<br>threshold and promote the rapid popularization of autonomous driving technology.<br>Pandora won the Red Dot Award for Industrial Design in April 2018. |

B. Advanced driver assistance applications

The demand for lidar for L2/L3 advanced driver assistance is similar to that for L4/L5 autonomous driving applications.

Different from the previous example, LiDAR with forward field of view (horizontal field of view covering 60° to 120°) is usually the preferred option.

The program can realize functions such as automatic following or high-speed adaptive cruise control, but the performance of distance measurement and angle resolution is poor.

The requirements are consistent with those of autonomous driving; in addition, vehicle manufacturers and Tier 1 companies pay more attention to the form of LiDAR.

Whether the size is easy to embed into the car body, the bumper, front windshield, rearview mirror and other places that are easy to hide are the best places to place it.

The preferred choice of LiDAR, these locations are often small and thus limit the size of LiDAR;

Customers in this field also require LiDAR to pass electromagnetic compatibility, reliability (including vibration and shock, waterproof and dustproof), etc.

A series of strict vehicle regulations tests; due to the large number of passenger car purchases for consumers, customers in this field are very interested in

The price sensitivity of lidar is also higher than that in the field of autonomous driving.

Hesai ND AR 00966

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

To this end, the company used the practical experience gained in the technical architecture pre-research process to weigh performance, size, and reliability.

and mass production, and sought suitable technical solutions for this application field, and launched the

PandarGT, a long-range forward-facing laser radar based on a micro-vibration mirror solution. Currently, the company is developing dedicated chips

Research results in development, low-cost solutions based on micro-vibration mirror architecture and PandarST based on rotating mirror solution

It will be equipped with the company's self-developed V1.0 multi-channel laser driver chip and multi-channel analog front-end chip to ensure

As of the signing date of this prospectus, the relevant products are in the prototype stage.

Iteration and OEM negotiation stage.

The specific product information mainly for the field of advanced driver assistance is shown in the following table:

| Product Model | Product Legend | Technical |
|---|---|---|
| PandarGT | <br><br>Released in January 2019 | Features Main parameters of long-range forward-facing semi-solid-state laser radar Ranging range: 0.5 m~300 m (target with 10% reflectivity) Field of view: 60° (horizontal) × 20° (vertical, configurable) Resolution: 0.1° (horizontal) × 0.16° (10 Hz, vertical) Outstanding Features Ranging capability: For targets with a low reflectivity of 10%, the maximum detection distance of the center can reach 300 m, which can be used for forward warning detection in high-speed driving scenarios. Independently developed high-speed two-dimensional galvanometer system and fiber laser Two core components. The vertical field of view range is dynamically adjustable from 20° to 5°, and can achieve an overall bias of ±5°, which can adapt to the detection needs of different scenes and realize encrypted detection of local details. |

C. Robotic Application

The application scope of robots includes unmanned delivery vehicles, automatic cleaning vehicles, shuttle buses within the park, ports, etc.

Or unmanned vehicles in mining areas, drones performing monitoring or line inspection tasks, etc. The main features of these scenarios are

The route is relatively fixed, the environment is relatively simple, and the driving speed is relatively low (usually no more than 30 km/h).

Compared with unmanned driving applications, robot applications have relatively higher requirements on detection performance such as laser radar range and resolution.

The company adopted Hesai V1.0 self-developed chip architecture and developed a

The PandarXT product was launched in October 2020 as a mid-range mechanical rotating lidar for the robotics market.

PandarXT uses a self-developed multi-channel laser driver chip for the transmitter and a self-developed

Multi-channel analog front-end chip, the application of dedicated chip brings optimization of product performance: higher ranging accuracy

speed, better anti-interference ability, lower power consumption, etc., and it also makes PandarXT in performance consistency,

It has advantages in system integration, cost control, and mass manufacturability.

Hesai ND AR 00967

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                      Prospectus



Note: Screenshot of point cloud obtained by the issuer's actual scene test

Figure PandarXT achieves zero ranging blind spot

The specific product information mainly for the robotics field is shown in the following table:

| Product Model | Product Legend | Technical |
|---|---|---|
| PandarXT | Released in October 2020 | features Main parameters of **32-** line medium-range mechanical<br><br>rotating laser radar Ranging range: 0.05 m~80 m (10% reflectivity target, 0.05 m corresponds to the mask radius)<br><br>Field of view: 360° (horizontal) × 31° (-16°~15°, vertical) Resolution: 0.09° (5 Hz, horizontal) × 1° (vertical) Outstanding features Long-distance measurement capability to<br><br>meet various scenarios: For targets with a reflectivity of 10%, the detection distance can reach 80 m, which can cover the perception needs of closed park scenes, low-speed logistics scenes, and drone application scenes.<br><br>High ranging accuracy: The typical value of ranging accuracy is ±1 cm, and the typical value of ranging precision is 0.5 cm.<br><br>Zero blind zone: Through the innovative optical path transceiver system architecture, combined with precise adjustment, zero blind zone detection is achieved, that is, when the object is close to the photomask, point cloud<br><br>information can still be output. High cost performance: Using the company's chip V1.0 research and development results, the transmitter uses a self-developed multi-channel driver chip, and the receiver uses a self-developed multi-channel analog front-end chip, which reduces the cost of components and adjustment costs. The cost of the driver circuit at the transmitter is reduced by about 70%, and the cost of the analog circuit at the receiver is reduced by about 80%. |

* Ranging accuracy: may be affected by the distance to the target, ambient temperature and reflectivity of the target. Typical values are distance

Hesai ND AR 00968

Shanghai Hesai Technology Co., Ltd.                                                                              Prospectus

The average value of each channel measured in the range of 0.5–70 m, outdoor ambient temperature of 30ÿ, and target reflectivity of 50%.

D. Internet of Vehicles Applications

Vehicle-road collaboration uses advanced wireless communications and the next generation of Internet technology to implement all-round vehicle-to-vehicle and vehicle-to-road collaboration.

Dynamic real-time information interaction, and carry out vehicle active safety control based on dynamic traffic information collection and integration

Its main application scenarios include: blind spot warning, multi-vehicle coordinated lane change, intersection collision

Emergency avoidance, pedestrian and non-motor vehicle collision avoidance, emergency vehicle priority, speed guidance, convoy control, convoy coordination

Same as passing through a signalized intersection, etc.

Effective coordination among people, vehicles and roads requires accurate identification and tracking of traffic participants and effective control of their routes.

In order to achieve efficient prediction, the target clustering and tracking algorithm based on LiDAR point cloud data can meet this requirement.

PandarMind series products can directly output the target object recognition results obtained through deep learning algorithms.

Compared with the traditional solution of external algorithm processing unit of LiDAR, PandarMind has internally integrated computing power.

It has the advantage of not requiring additional software to be ported and deployed. In addition, compared to the ÿ100 ms required by traditional algorithm solutions,

Typical time delay, PandarMind effectively reduces the typical time delay, providing vehicles with longer reaction time

Used for driving decision-making, it is conducive to fully realizing the effective coordination of people, vehicles and roads, ensuring traffic safety and improving traffic efficiency.

Rate.

The specific information of products mainly targeting the field of Internet of Vehicles is shown in the following table:

| Product Model | Product Legend | Technical |
|---|---|---|
| PandarMind | <br>Available for sale in August 2020 | features Mechanical rotating LiDAR with built-in perception algorithm<br><br>Algorithm parameters Algorithm<br><br>Perception categories: small cars, large cars, non-motor vehicles and pedestrians people<br><br>Algorithm sensing range: up to 120 m in one direction Sensing<br><br>frequency: 10 Hz Maximum<br><br>number of sensing: 300 Detection<br><br>information of each object: object ID, timestamp, category, orientation angle, length, width, height, center position, speed, acceleration, confidence, etc. Outstanding features Based<br><br>on the hardware<br><br>of Pandar40P, Pandar40M, and Pandar64, the target recognition and tracking module is added. The algorithm is internally integrated, and no<br><br>additional software and external computing unit transplantation and deployment are required. Point<br><br>cloud information and algorithm information are output at the same time, road traffic information is displayed in real time, and the original information algorithm fusion is supported. |

Note: The perception algorithms embedded in the PandarMind product line come from third-party algorithm suppliers.

Hesai ND AR 00969

Shanghai Hesai Technology Co., Ltd.                                          Prospectus

(2) Laser gas sensor

During the reporting period, the company developed, manufactured and sold laser gas sensor products and other laser gas detection products.

It mainly includes laser methane telemeter and laser oxygen sensor.

The detection principle of the company's laser methane remote sensing products is tunable diode laser absorption spectroscopy (TDLAS):

The laser emits modulated continuous light, which passes through the area to be tested and is absorbed by the gas in the area and then reflected by the wall and other background surfaces.

The system receives and analyzes the reflected light signal from the scene, thereby obtaining the information of the gas to be tested on the light path.

TDLAS has the characteristics of good accuracy, high sensitivity, strong resistance to interference from other gases and long service life.

The product information of laser methane remote detector is shown in the following table:

| Product Model | Product Legend | Technical features |
|---|---|---|
| HS4000 | Released in 2016 | Main parameters of handheld laser methane remote detector<br><br>Sensitivity: 5 ppm*m (actual measurement)<br><br>Detection range: 0~99999 ppm*m Detection accuracy:<br><br>±10% (100~50000 ppm*m) Remote detection distance: 160 m (background reflectivity 75%, slow measurement quantity)<br><br>Response speed: 0.1 s (fastest) Outstanding features<br><br>Waveform correlation technology is used to evaluate the quality of spectral distortion, and the product has a low false alarm rate. The product obtained China explosion-proof certification in January 2017 and Obtained IECEX explosion-proof certification and ATEX explosion-proof certification. |

The company's wholly-owned subsidiary Oxigraf, Inc. is mainly engaged in the research and development, manufacturing and sales of laser gas sensors.

During the 2020 epidemic outbreak, the demand for laser oxygen sensors used in ventilators increased, product information

As shown in the following table:

| Product Model | Product Legend | Technical features |
|---|---|---|
| X3014 | Subsidiary Oxigraf, Inc. Products | Laser oxygen sensor main parameters<br><br>Oxygen concentration detection range: 2~100% Flow rate range: 0~350 ml/minute Pressure range:<br><br>250~1200 mBar Response time: 9.2 ms (fastest)<br><br>Stability (24 h): ±0.2% (low noise mode), ±0.4%<br><br>(high sensitivity mode) Description Products of wholly owned subsidiary Oxigraf, Inc. |

2. Main components of operating income

During the reporting period, the composition of the issuer's operating income is as follows:

Hesai ND AR 00970

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

Unit: Ten thousand yuan

| project | January - September 2020 | | 2019 | | 2018 | | 2017 | |
|---|---|---|---|---|---|---|---|---|
| | Amount | Proportion ÿ%ÿ | Amount | Proportion ÿ%ÿ | Amount | Proportion ÿ%ÿ | Amount | Proportion ÿ%ÿ |
| LiDAR Product | 19,058.89 | 75.27 | 32,843.12 | 94.24 | 12,840.80 | 96.64 | 1,433.57 | 73.61 |
| gas detection Other | 6,224.52 | 24.58 | 1,955.43 | 5.62 | 440.05 | 3.31 | 481.10 | 24.70 |
| Products | 37.11 | 0.15 | 48.86 | 0.14 | 6.16 | 0.05 | 32.73 | 1.68 |
| Total | 25,320.52 | 100.00 | 34,847.41 | 100.00 | 13,287.01 | 100.00 | 1,947.40 | 100.00 | | |

(II) Main business model

1. Profit model

During the reporting period, the company's main profit model was to sell products directly to core customers and

The company has achieved profitability by controlling product costs through production processes.

We will also improve the relevant production processes, build a manufacturing system, and provide customers with laser radar products and laser gas sensors.

products and obtain reasonable profits.

The company develops high-performance LiDAR products for customers in the field of unmanned driving and

The process guarantees supply and has obtained a large number of orders from well-known customers in this field.

The company develops a variety of laser radar products and gradually sells them. In addition, the company continues to develop products suitable for high

The laser radar products in the field of advanced driver assistance are expected to be realized through cooperation with vehicle manufacturers and their first-tier suppliers.

At the beginning of its establishment, the company developed laser gas sensors for gas detection.

During the reporting period, we continued to expand our customer base and generate revenue.

2. Procurement model

During the reporting period, the company's main procurement content includes material procurement and administrative procurement. Material procurement is divided into electronic,

There are four categories: machinery, optics, and auxiliary materials. In view of the continuous introduction of new models of the company's products, the product architecture is constantly updated.

Therefore, the company will continue to select suitable suppliers according to the actual business development needs.

The company will comprehensively consider factors such as cost, quality and delivery time and select high-quality suppliers for cooperation.

3. R&D model

First, the company continues to track and pay attention to market conditions and the trend of LiDAR technology evolution, and

Formulate basic technology development plans based on its own characteristics and conduct preliminary research; secondly, the company will

Based on the basic technology reserves, formulate a specific product development plan; then, according to the product development plan,

Hesai ND AR 00971

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

Carry out product concept design, architecture design, subsystem design and testing, R&D prototype production and testing, etc.

Complete product development; Finally, R&D and production departments work closely together to continuously improve product manufacturability and quality

quantity and reduce product costs.

4. Production mode

The company's manufacturing center is responsible for completing the centralized production of products according to customer needs, and the operation flow of the entire supply chain

The process is shown in the figure below.



The production department produces according to the production plan. The production process is divided into: packaging ÿ assembly ÿ calibration ÿ

After the production is completed and passes all the tests,

After quality inspection, the products will enter the finished product warehouse. The logistics department can check the inventory status in the company's internal system.

Based on customer needs, we arrange for external logistics service providers to pick up goods from the company and transport them to the customer's designated location.

5. Marketing model

The company's sales model is direct sales, and product promotion is carried out through exhibitions and visits to potential customers.

The sales market is mainly in China and North America, and also covers Europe, Asia Pacific and other regions.

In addition to developing customers in different regions, the company also focuses on unmanned driving, advanced driver assistance, robots,

We develop customers in a targeted manner by focusing on product demands that customers are concerned about in different market application areas such as the Internet of Vehicles.

Hesai ND AR 00972

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

6. Reasons for adopting the current business model, key factors affecting the business model, business model and its impact

Changes in factors during the reporting period and future trends

Since its establishment, the issuer has been driven by R&D and has achieved success through the sales of laser radars and laser gas sensors.

Products generate revenue.

Key factors that affect the issuer's business model include: (1) the issuer's R&D and technological capabilities; (2)

The fields in which the company's products operate; (3) Downstream demand in the sub-sectors.

During the reporting period, the issuer's business model and key factors affecting the business model have not undergone significant changes.

In the future, as the issuer expands its business in the fields of advanced driver assistance, robotics, and Internet of Vehicles,

Part of the issuer's business may be obtained through the sale of core components and the provision of artificial intelligence algorithms.

income.

(III) The evolution of the main business, main products or services, and main business model since its establishment

At the end of 2014, the company was established in Shanghai, China. Since its establishment, it has focused on R&D, manufacturing and sales.

High-performance laser sensors follow the light and are determined to bring Chinese high-end manufacturing to the world and let technology benefit people.

Class society.

From 2015 to 2016, the company's main products were laser gas sensors, including handheld laser

Methane remote detector and drone-mounted laser methane remote detector have high sensitivity and low false alarm rate.

The product has attracted the attention of the gas industry and was shortlisted for the 2017 Prism Award.

In addition to the natural gas industry, the company is constantly looking for larger application areas that require laser remote sensing in order to become a

Larger high-tech companies.

In 2016, after repeated exploration, the company built on its existing laser gas remote sensing technology.

Expanded a new development direction - unmanned driving laser radar. Laser radar product technology for unmanned driving

The barriers are high, the total market volume is large, the application prospects are broad and highly consistent with the company's development vision.

The optical-mechanical-mechanical system has a strong similarity with the laser gas telemeter, so the company can take full advantage of the optical

The rapid development of products was achieved by leveraging the technical accumulation in circuit design, electronic signal processing, etc.

In October 2016, the company released the first 32-line laser radar road test scanning point cloud video in China.

This product was selected as one of the top ten highlights of domestic optical industry technology in 2016. In April 2017, the company released 40 lines

The laser radar Pandar40 has been deeply engaged in the development of high-end laser radar products and has launched a series of

The products have attracted much attention both at home and abroad, accumulated a large number of high-quality customers, and gained wide recognition in the industry.

Hesai ND AR 00973

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                      Prospectus

The company has accumulated core technologies of high-performance LiDAR by developing unmanned high-line LiDAR

Finally, it is predicted that the high performance, low cost and high reliability of LiDAR will be the key to the development of robots and mass production in the industry.

The most important core capability of the automotive ADAS market is to achieve high performance, low cost and high reliability.

The way is chipization. So at the end of 2017, the company deployed the chip technology development direction and established a chip department.

Define chip parameters based on system requirements accumulated on products and design chips independently.

In the future, the company will not stop the pace of self-improvement and innovation, and will be committed to continuously exploring cutting-edge technologies and

Launch higher-level lidar products, develop algorithm technology and provide perception solutions.

In terms of major products and services, the company continues to invest in two major categories of products: lidar and laser gas sensors.

The company has launched a number of product lines, such as the laser methane telemeter HS4000,

Mechanical laser radar Pandar40, Pandar40P, Pandar64, PandarQT, Pandar40M, Pandar128,

PandarXT, multi-sensor fusion perception kit Pandora, semi-solid-state lidar PandarGT, algorithm internal

The evolution of the company's newly added marketable product models in each year is as follows:



(IV) Process flow chart of main products or flow chart of services

During the reporting period, the company engaged in the research and development, design, production and sales of lidar and laser gas sensors.

The business process diagram of the company's main products is as follows:

Hesai ND AR 00974

Shanghai Hesai Technology Co., Ltd.                                                Prospectus

1. LiDAR

The production process of the company's laser radar products is as follows:



In order to further improve product performance, control mass production costs, and realize the self-

Hesai ND AR 00975

Shanghai Hesai Technology Co., Ltd.                                                                          Prospectus

Master Control established a chip department in 2017. After the self-developed chips were designed, developed and verified,

The specific process is that the company places an order with the foundry, usually each order contains dozens to hundreds of wafers (usually one

wafer contains thousands to tens of thousands of chips), and the foundry provides the wafers and completes the whole process.

After the manufacturing process, the wafer will be sent to the packaging and testing factory to complete the packaging and testing. Finally, the company will package the

The company has completed the V1.0 development of the laser radar transmitter and receiver.

   (including multi-channel laser driver chips and multi-channel analog front-end chips) and gradually

It is gradually applied to multiple internal product projects to improve product performance and reduce costs.

The R&D and mass production process of the company's self-developed chips is shown in the figure below:

1-1-150

Hesai ND AR 00976

Shanghai Hesai Technology Co., Ltd.                                    Prospectus



Hesai ND AR 00977

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

2. Laser gas sensor

The production process of the company's laser gas sensor products is shown in the figure below:



Hesai ND AR 00978

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

(V) Major environmental pollutants involved in production and operation, major treatment facilities and treatment capacity

1. Emission and treatment of major pollutants

The issuer is mainly engaged in high-resolution 3D lidar, laser gas sensor and other products for general robotics applications.

The pollutants generated by the issuer during the reporting period in the production process were mainly waste

Air, wastewater, solid waste, noise, etc. The main contents and treatment status are as follows:

| Category | Major pollutant producing processes | | Main treatment methods | Implementation Standards |
|---|---|---|---|---|
| Exhaust | Non-methane hydrocarbons, particulate matter, tin and its compounds | Gluing, welding, wiping, cutting processes | (1) Non-methane total hydrocarbons are collected by the gas collection hood and introduced into the activated carbon adsorption device for treatment before being discharged from a 20-meter-high exhaust pipe; (2) Particulate matter, tin and its compounds are collected by the gas collection hood (the hood is in a negative pressure state, and the collection efficiency can reach 75%), then processed by filter cotton and discharged from a 20-meter-high exhaust pipe. | Comprehensive Emission Standards for Air Pollutants ﹙DB31/933-2015﹚ |
| Wastewater | Domestic sewage | No production wastewater | Directly into the municipal sewage network for discharge | Comprehensive Wastewater Discharge Standard ﹙DB31/199-2018﹚ |
| Solid waste | Waste glue, welding slag, waste alcohol, waste parts, defective products, waste packaging materials, waste filter cotton, waste activated carbon, waste packaging barrels, domestic garbage | Gluing, welding, wiping, assembly, testing, packaging, waste gas treatment, raw material and auxiliary material use procedures | (1) General solid waste is recycled by legal and compliant enterprises; (2) Hazardous waste is entrusted to qualified units for disposal; (3) Domestic waste is entrusted to the sanitation department for regular removal. | "Hazardous Waste Storage Pollution Control Standards" (GB18597-2001) |
| Noise | Equipment Noise | Generated during equipment operation | Reduce equipment operation noise through building sound insulation (factory sound insulation, sealed doors and windows), and reduce equipment operation noise by selecting low-noise equipment and taking noise reduction measures for noisy equipment (such as sound insulation screens). | "Environmental Noise Emission Standards for Industrial Enterprises" ﹙GB12348-2008﹚ |

2. Treatment capacity and actual operation of environmental protection facilities

The issuer's main environmental protection facilities include filter cotton, filter cartridge dust collector and activated carbon adsorption device.

During the period, the aforementioned environmental protection facilities were in effective operation and the pollutants involved were discharged in compliance with the standards.

The issuer entrusted Shanghai Yimao Environmental Science and Technology Co., Ltd. to collect hazardous waste such as alcohol, waste filter cotton, waste activated carbon, and waste packaging barrels.

The above-mentioned entrusted disposal unit holds the Shanghai Environmental Protection Certificate issued by the Shanghai Ecological Environment Bureau.

"Shanghai Hazardous Waste Operation License" No. Xufang [2020]102.

The issuer is included in the "List of Classification Management of Pollutant Emission Permits for Stationary Pollution Sources (2019)" issued by the Ministry of Ecology and Environment.

Pollutant discharge units subject to registration management as stipulated in Article 2, Paragraph 3 of the 2011 Edition of the Regulations.

Hesai ND AR 00979

Shanghai Hesai Technology Co., Ltd.                                                                     Prospectus

Pollutant discharge units no longer need to apply for a pollutant discharge permit, but should fill in the National Pollutant Discharge Permit Management Information Platform.

On October 9, 2020, the Issuer has completed the following procedures in accordance with the relevant laws and regulations and the environmental supervision

According to the relevant requirements of the supervisory and management department, register the pollutant discharge and obtain the "Registration Receipt for Pollutant Discharge from Fixed Pollution Sources".

The period is from October 9, 2020 to October 8, 2025.

The production and construction projects of the Issuer are all in accordance with the Environmental Protection Law of the People's Republic of China and

According to the relevant laws and regulations such as the Environmental Impact Assessment Law of the People's Republic of China and the Regulations on Environmental Protection Management of Construction Projects,

The environmental impact assessment of the construction project has been completed and the relevant environmental protection departments have registered and approved it.

The internal control system for environmental protection is sound, and the environmental protection facilities are operating well. There were no environmental protection issues during the reporting period.

Subject to relevant administrative penalties.

The issuer will actively strengthen environmental management in the future and continuously improve its own environmental protection related systems.

Continue to promote the construction of supporting facilities for wastewater, waste gas and solid waste treatment, and strictly follow the requirements of the environmental protection department.

Properly dispose of all types of hazardous waste and general waste to achieve continuous and standard emission of pollutants.

## II. Basic information and competition status of the issuer's industry

1. Industry and basis for determining industry

The company's main business is the research and development, manufacturing and sales of high-resolution 3D laser for general robotics applications.

Radar and laser gas sensor products; among them, laser radar is the company's core product.

It combines optics, electronics, mechanics, software, chips, devices and other technologies to perform environmental detection, data processing

According to the China Securities Regulatory Commission's "Guidelines for Industry Classification of Listed Companies (Revised in 2012)"

According to the "Regulations on the Administration of Industry and Commerce", the company's industry belongs to the subcategory "C39 Computers, communications and other industries" in "C Manufacturing Industry".

He Electronic Equipment Manufacturing Industry".

According to the National Economic Industry Classification (GB/T4754-2017) issued by the National Bureau of Statistics, the company is located in

The industry belongs to the category "C Manufacturing" in the major category "C39 Computer, communication and other electronic equipment manufacturing"

"C3983 Sensitive components and sensor manufacturing" refers to converting the sensed information into

The manufacture of sensitive components and sensors that output information as electrical signals or other required forms.

According to the "Shanghai Stock Exchange Science and Technology Innovation Board Recommended Listing Guidelines", the company belongs to the new generation of information technology

The new generation of information technology mainly includes semiconductors and integrated circuits, electrical

Sub-information, next generation information network, artificial intelligence, big data, cloud computing, emerging software, Internet,

Networking and smart hardware, etc.

Hesai ND AR 00980

Shanghai Hesai Technology Co., Ltd.                                                                                                Prospectus

(II) The competent departments of the industry, the industry supervision system, the main laws, regulations and policies of the industry and their impact on the industry;

Impact on the issuer's business development

1. Industry regulatory authorities and supervision system

The government department in charge of the computer, communications and other electronic equipment manufacturing industry is the National Industry and Information Technology Department.

The main responsibilities of the Ministry of Industry and Information Technology are: formulating and implementing industry plans, industrial policies and standards; monitoring

Daily operation of the industrial sector; promoting the development of major technological equipment and independent innovation; managing the communications industry; guiding and promoting

Information construction; coordination and maintenance of national information security, etc.

Industry self-regulatory associations mainly include the China Semiconductor Industry Association, the China Electronic Components Industry Association, and the China

Electronic Instrument Industry Association, etc. The China Semiconductor Industry Association was established on November 17, 1990.

In the semiconductor field of China, we are engaged in the production, design,

A national industry self-regulatory society in which scientific research, application and other related enterprises and institutions voluntarily participate

The China Electronic Components Industry Association is abbreviated as China Electronic Components Association. The current business supervisory unit is the central and national government agencies.

The association has two branches: magnetic materials and components branch, sensitive components branch and magnetic materials and components branch.

The China Electronic Instrument Industry Association was established in 1988 with the approval of the Ministry of Civil Affairs.

The national first-level association is under the management of the Ministry of Industry and Information Technology. The members of the association are domestic electronic measuring instruments.

The company is mainly engaged in the R&D, production, sales and service of the equipment industry.

2. Major laws, regulations and policies in the industry and their impact on the issuer's business development

Smart sensors are the key to smart equipment's perception of external environment information and play a technical role in the application of smart equipment.

In recent years, with the rapid development of the Internet and the Internet of Things, sensors have played an important role in

Emerging applications in smart homes, smart cities, smart mobile terminals (cars, robots, etc.)

At the same time, integrated circuits are an important part of smart sensors.

The development of chips provides important support for the performance improvement, reliability improvement and cost control of smart sensors.

National policies have also provided strong support, as follows:

| Time to publish institutional policies | | | Content: |
|---|---|---|---|
| 2020 State Council | | New Energy Vehicle Industry Development Plan (2021-2035) | Implement the intelligent network technology innovation project. With new energy vehicles as the first carrier for the application of intelligent network technology, support cross-border collaboration among enterprises, develop key technologies such as complex environment fusion perception, intelligent network decision-making and control, and information-physical system architecture design, and break through core technologies and products such as vehicle-mounted intelligent computing platforms, high-precision maps and positioning, wireless communication between vehicles and other devices outside the vehicle (V2X), and wire-controlled execution systems. |

Hesai ND AR 00981

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                      Prospectus

| Time | Release Agency | Policy "Guiding Opinions of the Ministry | content |
|------|------|------|------|
| 2020 | Ministry of Commerce and other 8 departments | of Commerce and 8 Other Departments on Promoting Service Outsourcing to Accelerate Transformation and Upgrading" | The research and development and application of information technologies such as cloud computing, basic software, integrated circuit design, and blockchain by enterprises will be included in the scope of support of national science and technology plans (special projects, funds, etc.). |
| 2020 | NDRC and 11 other ministries and commissions | Smart Car Innovation and Development Strategy | It is clearly proposed to promote the research and development and industrialization of products such as high-precision on-board sensors, automotive-grade chips, intelligent operating systems, on-board intelligent terminals, and intelligent computing platforms, and to build an industrial cluster of key components |
| 2020 State Council | | Several Policies to Promote High-Quality Development of Integrated Circuit Industry and Software Industry in the New Era | for smart cars. 1) On the basis of the existing "five exemptions and five reductions" policy, a ten-year income tax exemption policy is introduced for the first time to support the development of advanced process production enterprises of 28 nm |
| | | | (inclusive) and below; 2) The scope of application of the "two exemptions and three reductions" policy is expanded from the past chip design to the entire industrial chain of packaging, equipment, and materials, and at the same time, tax incentives for key design and |
| | | | software companies are increased; 3) The policy of exemption of import tariffs on raw materials and other products related to production continues to be implemented, and the conditions for equipment tax exemption are clarified. In addition, in terms of talent policies, integrated circuits are clearly listed as a "first-level discipline" for the first time, and clear tax incentives are |
| 2020 | Beijing Municipal People's Government | Beijing Municipal Government Work Report | proposed for enterprises integrating industry and education. The report pointed out that in 2020, Beijing will focus on the development of the integrated circuit industry, with design as the leader, equipment as the support, and general-purpose chips and special chips as the basis, to create an integrated circuit industry chain innovation ecosystem. |
| 2020 | General Office of the People's Government of Guangdong Province | Opinions of Guangdong Province on Accelerating the Development of Semiconductor and | Focus on developing specialty process manufacturing, make up for industry shortcomings, actively develop packaging and testing, equipment and materials, and improve the integrated circuit industry chain. |
| 2020 | Guangzhou Municipal Bureau of Industry and Information Technology | Integrated Circuit Industry Measures of Guangzhou on Accelerating the | It points out that the production capacity scale should be formed as soon as possible in the fields of 5G, Internet of Things, high-end equipment, automotive electronics, smart terminals, rail transportation, finance, electricity, etc., with a focus on smart sensors, power semiconductors, logic, optoelectronic devices, mixed signals, radio frequency circuits, etc. For qualified |
| 2019 | Ministry of Finance, State Administration of Taxation | Development of Integrated Circuit Industry Announcement on Corporate Income Tax | integrated circuit design companies and software companies, the preferential period will be calculated from the profit-making year before December 31, 2018. The corporate income tax will be exempted from the first to the second year, and the corporate income tax will be levied at half the statutory tax rate of 25% from the third to the fifth year, and the preferential treatment will be enjoyed until the expiration of the period. |
| 2019 National Development and Reform Commission | | Policy for Integrated Circuit Design and Software Industry Guidance Catalog for | It clearly proposes to develop key components and technologies such as smart car sensors, accelerate the development of advanced manufacturing and modern service industries, promote the digitalization, networking and intelligent upgrading of manufacturing, and promote the deep integration of advanced manufacturing and modern service industries. |
| 2019 | Shanghai Jiading District Economic Committee and other 8 departments | Industrial Structure Adjustment (2019 Edition, Draft for Comments) Opinions of Jiading | It is clear that by 2025, the output value of Jiading's smart hardware-related industries with smart sensor chips as the core will exceed 100 billion yuan, achieving rapid expansion of industrial scale, significant enhancement of innovation capabilities, and basically improving the ecological system. |
| 2019 | Jiashan County People's Government, Zhejiang Province | District on Further Encouraging the Development of Smart Sensor Industry Opinions of Jiashan County People's Government on Accelerating the Development of Smart Sensor Industry | The opinions put forward specific measures in six aspects: increasing financial support for industrial development, effectively guaranteeing industrial development space, accelerating the introduction and cultivation of industrial development entities, vigorously supporting industrial R&D and innovation, gradually improving industrial development supporting facilities, and optimizing the industrial development environment. These measures include the establishment of a 10 billion yuan sensor fund, the overall |

Hesai ND AR 00982

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

| Time to publish | institutional policies | | The |
|---|---|---|---|
| 2018 Ministry of Industry and Information Technology | | "Internet of Vehicles (Intelligent Connected Vehicles) Industry Development Action Plan" | content clearly points out that the joint development and achievement transformation of sensing devices such as vehicle-mounted vision systems, laser/millimeter-wave radars, multi-domain controllers, and inertial navigation should be accelerated. The research and development of key components such as intelligent vehicle-mounted terminals and automotive-grade chips should be accelerated, and the industrial application of technologies such as new-generation artificial intelligence, high- |
| 2018 | Hunan Changsha Economic and Information Commission | Several policies of Changsha to accelerate the development of new high-end automotive intelligent sensor industry | precision positioning and dynamic maps in intelligent networked vehicles should be promoted. The policy focuses on guiding the development of the intelligent sensor industry, strengthening the research and development of key core technologies of intelligent sensors, improving the integrated innovation capabilities of the intelligent sensor industry, and expanding the scale of the intelligent sensor industry. It focuses on supporting new high-end automotive intelligent sensors, automotive pressure sensors, inertial sensors and other products used in the field of autonomous driving, and supports 24/77/79GHz millimeter-wave radars, visual sensors, infrared sensors, lidar sensors, high-precision/low-cost navigation sensor module components |
| 2017 | Ministry of Industry and Information Technology, National Development and Reform Commission, Ministry of Science and Technology | Medium- and Long-Term Development Plan for the Automobile Industry | and their embedded software. The plan points out that the key breakthroughs are engineering and industrialization bottlenecks such as power batteries, automotive sensors, vehicle-mounted chips, electronic control systems, and lightweight materials. By 2020, several automotive parts enterprise groups with a scale of more than 100 billion will be formed, and by 2025, several automotive parts enterprise groups that are among the top ten in the world will be formed. Focus on mastering core key technologies such as environmental perception, intelligent decision-making, and collaborative control, and promote the research and development and industrial application of sensors, vehicle-mounted terminals, and operating systems. |
| 2017 Ministry of Industry and Information Technology | | Three-Year Action Guide for the Smart Sensor Industry (2017-2019) | The two main tasks are clearly pointed out as follows: (a) to make up for the shortcomings in key design and manufacturing links, and promote the upgrading of smart sensors to mid-to-high-end; (b) to carry out smart sensor application demonstrations in key industry fields such as consumer electronics, automotive electronics, industrial control, and health care. |
| 2017 National Development and Reform Commission | | "Implementation Plan for the Industrialization of Key Technologies for Intelligent Vehicles" | It is clearly pointed out that one of the main tasks is to improve the key software and hardware level of smart cars, "focus on the research and development of smart car technology, focus on strengthening the development and industrialization of products such as sensors, vehicle chips, central processing units, vehicle operating systems, wireless communication equipment, and Beidou high- |
| 2016 State Council | | "13th Five-Year Plan" National Strategic Emerging Industry Development Plan | precision positioning devices". It is clearly pointed out that the design level of key chips should be improved and chips for new applications should be developed. Promote the research and development and industrialization of key technologies in the fields of smart sensors, power electronics, printed |
| 2014 State Council | | National Integrated Circuit Industry Development Promotion Outline | electronics, semiconductor lighting, inertial navigation, etc. Focus on the development of integrated circuit design, focus on the industrial chain of key areas, and strengthen the collaborative innovation of integrated circuit design, software development, system integration, content and services. In the near future, focus on mobile smart terminal chips, digital TV chips, and network communication chips to |
| 2013 | Ministry of Industry and Information Technology, Ministry of Science and Technology, Ministry of Finance, National Standards Administration | Action Plan for Accelerating the Development of Sensor and Intelligent Instrument Industry | enhance the overall competitiveness of the information technology industry. The plan points out the overall goals for 2013-2025: the overall level of the sensor and intelligent instrument industry will enter the world's advanced ranks, the industrial form will realize the transformation from "production-oriented manufacturing" to "service-oriented manufacturing", the sensors and intelligent instruments required for national defense and key industrial security and major projects will be independently manufactured and controlled, and the market share of high-end products and services will be increased to more than 50%. |
| 2005 State Council | | "National Medium- and Long-Term Science and Technology Development Plan (2006-2020)" Source: Government | The plan lists "core electronic devices, high-end general-purpose chips and basic software products" (referred to as "core, high-end and basic major projects") as the first of the 16 major science and technology projects, also known as the "01 project". |

websites at all levels, and government websites of various ministries and commissions

The country strongly supports the computer, communication and other electronic equipment manufacturing industries and has introduced a series of policies to

Hesai ND AR 00983

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

The smart sensor and integrated circuit industry has been continuously promoted to develop rapidly and efficiently.

With the development of the Internet of Vehicles industry, governments at all levels have issued a number of policies to clarify the development of vehicle-mounted sensor technology and the formation of

The scale of industrialization has played a positive role in promoting the company's business development. On the other hand, in terms of policy formulation, the country

The company insists on supporting the best and the strongest, driving enterprises to improve their competitiveness; the company will continue to rely on its leading technological strength in the future.

Continuously enhance and improve product performance, continue to create products that meet market requirements, and achieve stable and rapid development.

(III) Development of the industry to which the issuer belongs

The issuer mainly develops and produces laser radar and laser gas sensors.

To be applied in the field of gas detection, the market for products using this technical architecture is relatively concentrated and the total volume is relatively small;

The company's development strategy layout is to focus on the development of laser radar business and the future development of laser gas sensing field.

R&D investment and market expectations are much lower than those of the LiDAR business. Therefore, the following mainly introduces the LiDAR business.

The development of the industry.

1. Development of LiDAR in new technologies, new industries, new formats and new models

(1) Overview of the LiDAR Industry

The world's first laser was born in 1960. Since then, with the development of laser technology, the use of laser

Laser radar for detection has also been developed. Early laser radars were mainly used in scientific research and surveying projects.

Weather detection and topographic mapping of oceans, forests, and land surfaces.

The application of laser scanning is no longer limited to scientific research, and commercial products such as laser rangefinders have begun to take off.

The addition of RIEGL and FARO has expanded the field of view of LiDAR and expanded its application areas.

Manufacturers such as Sick and Hokuyo introduced scanning structures and focused on laser airborne mapping and industrial measurement;

The 2D scanning single-line laser radar products launched by manufacturers such as Beiyang are used in industrial measurement and early

Unmanned driving research project.

Before 2000, the commercialization technology of LiDAR was in its infancy and had limited applications in the automotive field.

After 2000, the system architecture of LiDAR has been expanded, gradually developing from single-line scanning to multi-line scanning.

The application advantages of LiDAR in high-precision three-dimensional reconstruction of the environment are gradually recognized.

Navigation technology has been gradually developed in unmanned applications. The U.S. Defense Advanced Research Projects Program, which began in 2004,

The DARPA Grand Challenge has promoted the rapid development of driverless technology.

The development of high-line-count LiDAR has driven the application of high-line-count LiDAR in unmanned driving.

The laser radar received wide attention in the second DARPA challenge. In the third challenge in 2007,

Hesai ND AR 00984

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

Five of the six teams that completed the competition used Velodyne's LiDAR.

The application prospects of the DARPA Challenge in human driving have received widespread attention.

Companies and emerging driverless companies are investing in driverless technology research, and LiDAR is widely used in driverless

Test project, at that time, the high-line-count LiDAR market was dominated by Velodyne products.

The development of radar for automotive applications also started at this time. In 2010, Ibeo and Valeo cooperated to develop

The development of SCALA, a 4-line laser radar based on a rotating mirror architecture,

After years of testing and verification, mass production was achieved in 2017.

Driven by the "new four trends" of the automotive industry, namely "electrification, sharing, networking and intelligence",

After the rapid development of the driverless industry, the LiDAR industry also entered a period of rapid development.

The optical radar industry has the following characteristics: ÿ Startups at home and abroad continue to invest in high-line laser radar

In April 2017, Hesai Technology released the 40-line laser radar Pandar40.

ÿLiDAR technology solutions have been innovated and expanded, and semi-solid or solid-state LiDARs such as MEMS,

OPA and other technical solutions have attracted market attention. ÿ The application scope of LiDAR is constantly expanding, and early unmanned driving

The scale of the test project continues to expand, and as the technology matures, driverless fleets are beginning to conduct small-scale

In addition, the application of LiDAR in the field of advanced driver assistance and service robots has also been widely used.

Continuous development.

After 2019, the LiDAR industry entered a new stage of development, which mainly showed the following characteristics:

Features: ÿ From the perspective of technical solutions, the array of transceiver components and the chip-based core modules are high-performance and low-cost.

The high-cost, high-integration, and high-reliability laser radar provides a reliable development direction.

The laser radar technology solution has attracted the attention of the market. ÿ The application scope of laser radar has been further expanded.

The Internet of Vehicles technology in the "infrastructure" has brought new application scenarios for LiDAR. In addition, according to the application field

Different from other companies, LiDAR shows a development trend of performance and price stratification.

Welcome to the completion of the special purpose acquisition company (SPAC)

The listing boom: Velodyne and Luminar have completed NASDAQ listings, and Aeva and Innoviz are expected to list on NASDAQ in 2021.

Ouster expects completion in the first half of 2021.

In the field of consumer electronics, Apple's new iPad Pro, iPhone 12 Pro and

The iPhone 12 Pro Max is equipped with a dToF (direct Time of Flight) lidar module.

It is a laser radar based on the time-of-flight principle, but from the perspective of product requirements and customer groups, consumer electronics

The laser radar on the product is consistent with the company's unmanned driving, advanced driver assistance, robotics, and vehicle networking applications.

Hesai ND AR 00985

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

The laser radars used are quite different. For example, the range of the former is generally within 5 m, which has high requirements on volume and power consumption.

The requirements are very strict.

The development overview and characteristics of the LiDAR industry are briefly summarized in the following table:

| Characteristics of the LiDAR industry during this period | Main application | Landmark Events |
|---|---|---|
| 1960s - 1970s | areas With the invention of lasers, laser-based detection technology began to | Scientific research and mapping projects* | The 1971 Apollo 15 manned lunar mission used lidar to map the lunar surface. |
| 1980s - 1990s | develop. LiDAR commercialization technology started, and single-line scanning LiDAR appeared. | Industrial exploration and early unmanned driving | LiDAR manufacturers such as Sick and Hokuyo have launched single-line scanning 2D LiDAR products. |
| 2000s to early 2010s | High-line-count lidar is beginning to be used for obstacle avoidance and navigation in unmanned driving, and its market is mainly dominated by foreign manufacturers. | Unmanned driving test projects, etc. | The DARPA Autonomous Driving Challenge promoted the application of high-line-count LiDAR in autonomous driving. Since then, Velodyne has been deeply involved in the high-line-count LiDAR market for many years. Ibeo LUX series products include 4-line and 8-line laser radars based on rotating mirror solutions. Based on the 4-line version, Ibeo and French Tier 1 company Valeo began to cooperate in the development of SCALA laser radar products for mass-produced vehicles in 2010. |
| 2016~2018 | Domestic LiDAR manufacturers have entered the market, and their technology level has surpassed that of foreign manufacturers. LiDAR technology solutions are showing a trend of diversification. | Unmanned driving, advanced driver assistance, service robots, etc., and commercial projects are beginning to be implemented downstream | In April 2017, Hesai Technology released the 40-line laser radar Pandar40. Laser radar companies that adopt new technical solutions are also developing rapidly, such as Innoviz based on MEMS solutions and Luminar based on 1550nm wavelength solutions. |
| 2019 to Present | The market is developing rapidly, product performance is continuously optimized, and application areas are continuously expanding. LiDAR technology is developing towards chip-based and array-based development. Overseas LiDAR companies are experiencing a wave of listing, and giant | Unmanned driving, advanced driver assistance, service robots, Internet of Vehicles, etc. | Ouster launched a digital LiDAR based on VCSEL and SPAD array chip technology. Hesai Technology applied its self-designed chipset (transmitter chip and receiver chip) to multi-line mechanical rotary products. Velodyne completed its NASDAQ listing in September 2020, and Luminar completed its NASDAQ listing in December 2020. |

companies are joining the competition in the LiDAR market. *LiDAR used in meteorological detection, airborne/satellite mapping, and vehicle-based and robotics belong to different branches and have different technical requirements.

(2) Development of LiDAR in new technologies, new industries, new formats and new models

A. New Technology

Since its birth, the LiDAR industry has closely followed the cutting-edge development of underlying devices and has shown a high level of technology.

LiDAR manufacturers continue to introduce new technical architectures to improve detection performance and expand application areas.

Field: From the single-point laser radar at the beginning of the invention of laser to the later single-line scanning laser radar, as well as in unmanned

From the multi-line scanning LiDAR that has been widely recognized in driving technology to the solid-state LiDAR with continuous technical innovation

Hesai ND AR 00986

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                    Prospectus

LiDAR, FMCW LiDAR, and the current trend of chip development, LiDAR has always been

They are all representatives of the development and application of emerging technologies.

From the perspective of LiDAR technology solutions, the specific manifestations of the new technology are shown in the following table:

| Classification | name | Technical Features |
|---|---|---|
| Mechanical LiDAR* | High line count mechanical solution | The mechanical laser radar that uses a motor to drive the overall rotation of the optical-mechanical structure is a classic technical architecture of laser radar. The innovations in its technological development are reflected in the increase in the number of system channels, the expansion of the ranging range, the improvement of spatial angle resolution, the improvement of system integration and |
| Semi-solid-state LiDAR* | Rotating mirror solution | reliability, etc. In the rotating mirror solution, the transceiver module remains stationary, and the motor reflects the light beam to a certain range of space while driving the rotating mirror to achieve scanning detection. The rotating mirror is also a relatively mature laser radar technical solution, and its technical innovation is similar to that of the high-line mechanical solution. The micro-vibration |
|  | Micro-mirror solution | mirror solution uses a high-speed vibrating two-dimensional galvanometer to achieve scanning measurement of a certain range of space. The technical innovation of the micro-vibration mirror solution is reflected in the development of galvanometers with larger apertures, higher frequencies, and better reliability, so as to be suitable for the technical solution of laser radar. |
| Solid-state LiDAR* | OPA Solution | OPA, or optical phased array technology, adjusts the phase relationship of each phased unit by applying voltage, and uses the coherence principle to achieve the deflection of the transmitted light beam, thereby completing the system's scanning measurement of a certain range of space. OPA technology eliminates mechanical moving parts and is a development direction for pure solid-state LiDAR. In the electronic |
|  | Electronic scanning solutions | scanning scheme, scanning is achieved by driving the transceiver units of different fields of view in sequence in chronological order. There are no mechanical moving parts in the system, which is a development direction for pure solid-state LiDAR. Its architecture is more advanced than the Flash solid-state LiDAR that exposes all transceiver units as a whole. |
| FMCW LiDAR | Continuous wave frequency modulation scheme | FMCW lidar emits frequency-modulated continuous laser, and obtains the frequency difference by coherently beating the echo signal with the reference light, thereby indirectly obtaining the flight time and inferring the distance of the target object. It can also directly measure the speed of the target object based on the Doppler frequency shift information. Its technical development direction is to use silicon-based optoelectronic technology to realize the chipization of lidar system. |

*Mechanical type refers to the overall 360° rotation, semi-solid type refers to the transceiver module being stationary and only the scanner undergoing mechanical movement, and solid type refers to the absence of any mechanical moving parts.

B. New industries

The development of LiDAR technology has spawned a new industrial chain.

Since then, the global unmanned driving industry has entered a period of rapid development.

The implementation of driverless taxi/driverless truck services depends on the high-precision perception information provided by LiDAR.

In addition, the environmental perception capability of LiDAR can expand the existing assisted driving functions and improve vehicle safety.

It provides important support for the advanced driver assistance industry for vehicle manufacturers and Tier 1 companies.

At the same time, LiDAR technology has also promoted the rise of the service robot industry and the Internet of Vehicles industry.

By giving robots the ability of intelligent perception, they can realize unmanned delivery, unmanned cleaning and other functions.

Through the interconnection between vehicles, vehicles and roads, vehicles and cloud platforms, etc., safer, more comfortable and intelligent transportation services can be achieved.

LiDAR technology has promoted the development of new industries, and the rise of new industries has brought new development points to society.

Hesai ND AR 00987

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

C. New business model

In the past 20 years, with the rapid development of consumer electronics smartphones and urban security industries, cameras have become

The annual shipment of cameras has reached nearly 10 billion pieces, and cameras record the world that the human eye can see into data.

LiDAR can be broadly considered as a camera with 3D depth information and is known as the eyes of robots.

In the next 20 years, as intelligent driving and service robots become more popular, lidar will also be like cameras.

It has become a necessity in life. Companies at the top of the camera industry chain are gradually starting to focus on

With the development of LiDAR, the leading image sensor companies in the field of image sensors, such as Japan's Sony and the United States

ON Semiconductor; an artificial intelligence company in the field of camera vision applications

In the development of corresponding deep learning algorithms based on LiDAR measurement data, such as SenseTime, Waymo, Baidu

With the expansion of LiDAR shipments and market share each year, more camera vision industries will be

Companies in the chain (such as chips, devices, lenses, modules, and algorithms) are integrated into the lidar industry chain.

D. New model

The lidar industry mainly sells hardware or hardware and recognition algorithms and does not involve model innovation.

2. Future development trend of LiDAR

LiDAR has been booming in recent years due to the rising market demand for driverless and service robots.

The new sensors are currently in a stage of rapid development in terms of technology and application.

The changes in demand have high requirements for the rapid iteration of LiDAR technology architecture. Future technology development trends

The development trends of the application market are as follows:

(1) Technological development trends

A. LiDAR based on the principle of time-of-flight (ToF) ranging

ToF LiDAR is the mainstream technology at present. Most ToF LiDAR products use discrete devices.

That is, the transmitting end uses edge emitting laser (EEL) with multi-channel driver and receiver.

The receiving end uses a linear avalanche photodiode (APD) with a multi-channel transimpedance

Amplifier (Trans-Impedance Amplifier, TIA) solution. For product design based on this architecture,

Hesai Technology has fully optimized the process and has achieved remarkable results in terms of integration of optoelectronic devices, alignment accuracy of transceiver units, and assembly.

It has advantages in terms of modulation efficiency, which is reflected in the product's spatial resolution, volume,

However, discrete devices still have many parts, high production costs, and low reliability.

With the popularization of unmanned driving and service robots, the large-scale application of LiDAR requires

Hesai ND AR 00988

Significantly reduce costs and increase product life. Chip-based lidar can integrate hundreds of discrete components

On one chip, it reduces material costs and eliminates the need for independent optical adjustment of each laser.

labor production costs. In addition, the reduction in the number of devices can significantly reduce the risk of failure due to a single device failure.

The probability of system failure is reduced, which improves reliability. LiDAR with chip architecture is the future development direction.

The technology has the following trends:

a) The emission end gradually adopts planarized laser devices

EEL has the advantage of high luminous power density as a detection light source, but EEL laser has a high luminous power density.

The surface is located on the side of the semiconductor wafer and needs to be cut, flipped, coated, and cut again during use.

The process steps are usually limited to single-chip mounting and circuit board integration, and each laser needs

Using discrete optical devices to compress the beam divergence angle and independently adjust it manually greatly relies on production line workers.

Manual assembly and adjustment technology has high production costs and is difficult to ensure consistency.

Cavity Surface Emitting Laser (VCSEL) has a light-emitting surface parallel to the semiconductor wafer and has a

The characteristics of light emission make the laser array formed easy to bond with planar circuit chips, which is very accurate.

Guaranteed by semiconductor processing equipment, no need to adjust each laser individually, and easy to integrate with surface process

Silicon micro lenses are integrated to improve beam quality.



Figure Schematic diagram of EEL and VCSEL light emitting surface

Traditional VCSEL lasers have the disadvantage of low luminous density and power, which results in their use only in applications requiring close range measurement.

There are corresponding laser radar products in the application field (usually <5 m).

Optical device companies have developed multi-layer junction VCSEL lasers, which have increased their luminous power density by 5 to 10 times.

This makes it possible to develop long-range LiDAR using VCSEL.

Due to the benefits in cost and product reliability, VCSEL is expected to gradually replace EEL in the future.

b) Single-photon detectors using CMOS technology are gradually being adopted at the receiving end

Hesai ND AR 00989

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

Single-photon devices have extremely strong photosensitivity and are widely used in the fields of biomedical fluorescence detection and nuclear magnetic resonance imaging.

However, due to the resistance of silicon materials to the near-infrared light band used by lidar,

The absorption coefficient is weak, resulting in the measurement sensitivity at the laser radar receiving end being lower than that currently widely used in laser radars.

The linear avalanche diode detector APD used. In recent years, due to the rise of the laser radar industry, domestic

Many detector companies are constantly optimizing the quantum efficiency of single-photon devices in the near-infrared band.

The sensitivity has gradually surpassed APD. In the next few years, with the further optimization of design and process,

The advantages of single-photon detectors over APD performance will become increasingly apparent.

The development direction of single-photon detectors: the company's PandarQT product series uses VCSEL light source + single

The combination of photon detectors accumulates data for the future application of this architecture in long-range radar.

c) Analog and digital chips developed for VCSEL and single photon devices

According to the application characteristics of LiDAR, customized development of VCESL and dedicated chips for single-photon devices can be carried out.

It can further improve system performance, enhance reliability and reduce costs, and is conducive to the realization of automatic

Master control is the future development trend. VCSEL multi-channel driver chip adopts high-voltage CMOS process.

It can provide tens of amperes of peak current and nanosecond-level narrow pulse width driving capability to meet the needs of laser radar detection.

In the future, the integration of VCSEL array and driver chip packaging level can further reduce

The parasitic inductance of the small driving loop can obtain a narrower pulse width and higher electro-optical conversion efficiency, thereby further improving

Improve the ranging accuracy and distance measurement capability of LiDAR. Single photon receiving end on-chip integrated chip (System on Chip,

SoC) integrates detectors, front-end circuits, algorithm processing circuits, laser pulse control and other modules on the chip.

It can directly output distance and reflectivity information, and can gradually replace the functions of the main control chip FPGA.

As the scale of linear arrays and planar arrays continues to increase, the CMOS process nodes will be gradually upgraded, and the single-photon receiving end will be

SoC will achieve stronger computing power, lower power consumption and higher integration.

The development of dynamic chips and single-photon SoC chips is in progress and has achieved initial results.

Under the guidance of the global development strategy, the research results of dedicated chips will be applied to lidar products.

B. LiDAR based on the FMCW ranging principle

FMCW LiDAR uses coherent detection technology to modulate the laser frequency in time and detect the emitted

The beat signal between the emission and the echo completes the simultaneous detection of the distance and speed (Doppler shift) of the target.

Most FMCW LiDARs in the current market are still in the concept stage, and most of them use discrete optical components.

discrete components are usually larger in size, which brings with it system reliability, production cost, power consumption, etc.

Currently, silicon-based optoelectronic technology based on mature CMOS technology has been widely used in communication systems.

Hesai ND AR 00990

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                      Prospectus

Applying silicon-based optoelectronics technology to FMCW systems can greatly reduce the size of optical signal processing modules.

size and reduce power consumption, improving system performance, integration, consistency and reliability. In addition, mature CMOS

The process ensures that the integrated solution can be mass-produced at low cost. Therefore, FMCW LiDAR based on silicon photonic chips is

A major trend of future development.

The FMCW lidar system mainly consists of three parts: transmitting module, scanning module and receiving module.

According to the current development direction of technology, silicon-based devices can integrate transmitting modules and receiving modules to replace system

Some discrete devices in the middle.

The light source of FMCW LiDAR is different from ToF LiDAR. The narrow linewidth linear frequency modulation light is used to achieve

The basis of coherent detection. At present, the transmitting module of FMCW lidar mainly adopts discrete external cavity laser

and lithium niobate modulators. Commercial lithium niobate modulators are not only large in size but also expensive.

In order to replace these two discrete devices, silicon-based modulators based on plasma dispersion effects can fully meet the needs of the market.

To meet the requirements of FMCW laser radar for linear frequency modulation light source, external cavity laser based on silicon or silicon nitride will be the future

It can be prepared by hybrid integration of silicon and III-V materials.

Micro-vibration mirror is a scanning solution that FMCW LiDAR can rely on. Its technical development points include:

To achieve better transmission and reception efficiency, it is necessary to improve the process to avoid the deterioration of beam quality caused by mirror deformation as much as possible;

In order to pursue longer ranging performance and higher scanning line number, it is necessary to optimize the design to increase the galvanometer aperture and dynamic

Response speed; In order to ensure the stability of the scanning trajectory, high-precision position sensors and anti-shake technology are required to optimize the

Optimized high-precision closed-loop control solution.

At present, the receiving module in FMCW lidar mainly uses discrete balanced light detectors.

(Balance Photo Detector, BPD) array for coherent detection. Using silicon germanium based on silicon photonics technology

The detector can realize a monolithic integrated BPD array, while ensuring the consistency of the receiving module device.

Monolithically integrated with other silicon-based devices in the system, significantly reducing system size and cost.

The company has already achieved FMCW LiDAR prototype system-level integration, silicon photonics technology, and micro-vibration mirror technology.

In-depth accumulation provides a basis for providing FMCW LiDAR chip solutions to the market in the future

Base.

(2) Application market development trends

A. Development Trend of Global LiDAR Market

With the gradual popularization of artificial intelligence and 5G technology, unmanned driving, advanced driver assistance, and service robots are becoming more and more popular.

Hesai ND AR 00991

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Industries such as robots and Internet of Vehicles have broad prospects for development. The realization of these technologies can significantly reduce the risk of human error.

reduce traffic risks, improve transportation efficiency, increase road capacity, and change automobile production and consumption patterns.

Realize the vision of safe, efficient and green development of transportation. At the same time, it can alleviate the labor problems caused by the aging of society.

The problem of power shortage can be solved, productivity can be increased and the quality of life can be improved.

According to Allied Market Research, the global driverless technology market will reach

By 2019, the market value of laser radar will reach US$556.67 billion, a compound annual growth rate of 39.47% compared with 2019.

The key to realizing the level of autonomous driving technology is that according to Sullivan's statistics and forecasts, the scale of the autonomous driving fleet

expansion, increasing penetration of LiDAR in advanced driver assistance, and service robots and smart transportation construction

Driven by the demand in the fields of equipment and other fields, the overall LiDAR market is expected to show a rapid development trend.

The global market size is US$13.54 billion, achieving an average annual compound growth rate of 64.5% compared to 2019.



全球激光雷达市场规模，2017-2025E

Source: Sullivan Research

a) Autonomous driving market

In August 2018, Morgan Stanley, an international financial services company, released an analysis report

The report estimates that Waymo, Google's self-driving car company, will be worth as much as $175 billion.

We are optimistic about its development in the three business areas of driverless taxis, driverless logistics and driverless technology licensing.

The unmanned taxi business is valued at $79 billion, and the unmanned logistics business is valued at $1.

The estimated value is USD 89 billion, based on the expected profit cash flow from driverless taxis and unmanned logistics services.

In traditional travel services, labor costs account for more than 60% of the total operating costs. Autonomous driving travel services can eliminate this labor cost.

Cost, and driverless technology can reduce vehicle idle time, so it has advantages over traditional travel services.

Broad commercial value and profit space.

In the early days, driverless taxis were often operated due to absolute safety considerations and legal and policy restrictions.

Usually, a safety officer is set up as a backup for the system. The labor cost of the safety officer is equivalent to that of the driver.

Hesai ND AR 00992

Shanghai Hesai Technology Co., Ltd.                                                                                      Prospectus

Only unmanned driving of firefighters can achieve true commercialization.

With the maturity of technology and the gradual relaxation of laws and regulations, the safety officer can now be eliminated to achieve true unmanned driving.

Driving is no longer a distant dream. In October 2020, Waymo announced that it would provide driverless driving without a safety officer in Phoenix.

Waymo currently has a fleet of about 400 vehicles and will expand to other cities in the future.

Domestic technology companies are also constantly improving driverless technology and exploring business models.

On the 30th of this month, the "China Autonomous Driving Car Operation Capability Analysis Report (2019-2020)" was released in Guangzhou.

The report said that Guangzhou's driverless service is about to enter the stage of eliminating safety officers and realizing operational-level 5G remote driving.

New stage. In September 2020, during the Baidu World Conference, the head of Baidu's intelligent driving department also pointed out that "5G

"Cloud driving" is a possible business development model for driverless travel services to eliminate safety officers in the next step.

Globally, driverless test projects and fleet sizes are expanding rapidly:

Waymo has signed a contract with Fiat Chrysler to purchase 62,000 Pacifica Hybrids and with Jaguar to purchase 20,000 I-Paces,

and has also signed a contract with Detroit Automotive News to purchase 10,000 Waymo vehicles.

Magna and the world's first AAM factory that manufactures only driverless cars

The factory is currently in mass production to manufacture and purchase vehicles for fleet expansion.

According to the California Department of Motor Vehicles, GM Cruise ranked first in the number of monthly road tests in 2019.

The total number of test mileage is second only to Waymo. Currently, GM Cruise has obtained the license to cancel the safety officer and conduct completely unmanned driving.

GM Cruise's Detroit Hamtramck plant will be based on GM electric vehicles.

The platform produces the Origin model without a steering wheel, brakes and accelerator.

Uber and Volvo have reached an agreement to purchase

24,000 XC90 SUVs for testing autonomous driving technology.

Aptiv currently has 75 test vehicles in Las Vegas, 30 of which are operated by Lyft.

The platform provides driverless taxi services. In March 2020, Aptiv and Hyundai

Completed the establishment of a $4 billion mutual fund, Motional, to develop and mass-produce L4/L5 autonomous driving technology

technology, with mass production scheduled for 2022.

Amazon's self-driving unicorn company Zoox launched a

The company's factory in Fremont, California, can produce 10,000 to 10,000 self-driving electric cars a year without a steering wheel.

Zoox plans to launch driverless ride-hailing services in cities such as San Francisco and Las Vegas.

There are plans to expand this to other countries.

Hesai ND AR 00993

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

TuSimple focuses on L4 autonomous truck technology research and has 50 autonomous trucks in the United States.

Truck fleet, providing self-driving transportation services for McLane, UPS and other customers. Tucson

In the future, it is planned to carry out the first logistics transportation operation without safety personnel in 2021, and to complete the operation by the end of 2024.

Unmanned freight transportation has expanded to major transportation routes in 48 states in the United States. TuSimple has partnered with Navistar

Weisda) has established a cooperative research and development of self-driving trucks, planning to achieve mass production in 2024. In addition, it has also established a cooperation with Volkswagen

Traton, the heavy-duty truck division of Auto, has established a cooperative development of L4 autonomous driving trucks.

Domestic driverless projects are also making continuous progress:

WeRide currently has 100 autonomous driving test vehicles in Guangzhou, and it is expected to

The fleet size will reach 260 units in 2018. WeRide has obtained the first remote testing license for intelligent connected vehicles in China.

However, true driverless driving will be gradually realized with the support of 5G and Internet of Vehicles technologies.

Since 2019, Pony.ai has launched autonomous driving mobile travel services in China and the United States,

Large-scale road tests have been carried out in Guangzhou, Silicon Valley, USA and other places. The company has accumulated millions of kilometers worldwide.

The autonomous driving mileage has reached more than 100 test vehicles. In addition, Xiaoma has cooperated with many top vehicle manufacturers in the world.

We will explore more possibilities in the field of travel, bring safety and convenience to people, and jointly promote the development of mobile

Active social creation.

In August 2019, Didi upgraded its autonomous driving division to an independent company, focusing on autonomous driving research and development.

development, product application and related business expansion. At present, the company has obtained Beijing, Shanghai, Suzhou and California, USA

Didi will also increase the number of public road tests and the number of self-driving cars on the road.

Collaborate and invest in related AI technologies, explore regional implementation, help local "new infrastructure" development, and further strengthen

Deeply cooperate with upstream and downstream automotive industries to accelerate the mass production of autonomous driving and promote the global automotive and transportation industries

of change.

In October 2020, Baidu fully opened its driverless taxi service in Beijing, and passengers can try it for free.

Apollo GO will gradually move towards commercialization and scale in the future. Baidu has currently deployed a total of 13 cities.

The company has 300 test vehicles and has cooperated with FAW Hongqi to realize China's first L4 autonomous driving passenger car

Production line construction with mass production capabilities.

According to ReportLinker research, by 2025, the global L4/L5

The number of self-driving vehicles will reach 535,000. As the self-driving business model is gradually established,

The global LiDAR market in this field will also achieve rapid growth. According to Sullivan's estimates, by 2025,

Hesai ND AR 00994

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.        Prospectus

The LiDAR market size is expected to reach US$3.5 billion, with a CAGR of

The rate reached 80.9%.



Source: Sullivan Research

b) Advanced Driving Assistance Market

The advanced driver assistance market mainly serves vehicle manufacturers and Tier 1 companies. LiDAR has

Based on the requirements of the production vehicle, cost and vehicle regulations are the focus of mass production vehicle projects.

SCALA is currently the only LiDAR product that has been recognized by the market, passed automotive regulations and achieved mass production.

It is installed in Audi's flagship model Audi A8. In 2020, Valeo will

Upgrade to achieve better sensor solutions.

The revision of traffic regulations around the world has brought opportunities for the commercialization of L3 autonomous driving technology.

In 2016, Japan's Road Traffic Act was amended to allow L3 autonomous vehicles to operate on public roads.

In January 2020, the Ministry of Land, Infrastructure and Transport of South Korea issued the "Safety Standards for Autonomous Vehicles" (revised

In June 2020, the United Nations European Economic

The Economic Commission passed the ALKS Lane Keeping System Regulation, the first in the world to target L3

Binding international regulations for Level 1 automated driving.

The global L3 assisted driving mass production vehicle project is currently under rapid development: BMW

The BMW Vision iNEXT with Level 3 autonomous driving capabilities is expected to be launched in 2021;

Mercedes-Benz's first Level 3 autonomous driving system will be available in the new S

Volvo plans to launch a self-driving car equipped with LiDAR in 2022.

Honda plans to produce a production model in 2021, which can achieve high-speed driving without human intervention.

Provide L3 autonomous driving system on its Legend model. Consider the development of global advanced driver assistance projects

According to the progress, the sales of lidar in the ADAS field in 2020 and 2021 will still be mainly contributed by SCALA.

As the cost of LiDAR drops to hundreds of dollars and reaches automotive grade requirements, more and more advanced auxiliary

Hesai ND AR 00995

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

Driving mass production projects will achieve SOP; according to Yole's research report, by 2025, the global passenger car market will

The penetration rate of L3 autonomous driving in the market will reach about 6%, which means that nearly 6 million new cars will be equipped with lidar every year.

The market size of LiDAR in the field of advanced driver assistance will maintain rapid growth in the next five years.

According to Sullivan, the LiDAR market is expected to reach $4.61 billion in 2025.

The compound annual growth rate reached 83.7%.



亿美元                    全球激光雷达在ADAS领域的市场规模，2017-2025E

Source: Sullivan Research

c) Service Robot Market

The main application areas of service robots include unmanned delivery, unmanned cleaning, unmanned warehousing, and unmanned inspection.

With the help of powerful built-in sensing and control systems, service robots can complete a variety of unmanned operations.

This will reduce the reliance on manpower and improve production efficiency. Service robots can not only

Logistics centers deliver goods to consumers' homes and can also provide a large number of new "last mile" services to the entire

The company aims to provide convenience, safety and health to service communities.

It can avoid unnecessary contact between people and reduce the probability of cross infection, which is convenient for community life and prevents the epidemic.

Spread builds a healthy line of defense.

Currently, more and more e-commerce, consumer service giants and start-ups are investing in the development of service robots.

Relatively closed campuses, communities and industrial parks are the preferred places for the implementation of such applications.

This has accumulated valuable experience for expanding the service radius of intelligent robots in the future.

Driving delivery technology company Nuro announced a partnership with retail giant Kroger to provide customers with

In July 2020, the JD Logistics Unmanned Delivery Research Institute project was established in Changshu High-tech Zone.

In October 2020, Meituan officially launched its unmanned delivery vehicle in Beijing Shougang Park.

The district's smart store MAI Shop integrates unmanned micro-warehouse and unmanned delivery services to supplement delivery capacity.

As intelligent service robot technology matures, its business scope and radiation radius will continue to expand.

Advantages of transportation, unmanned cleaning, and unmanned inspection robots in reducing operating costs and improving service efficiency

Hesai ND AR 00996

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

The demand for such equipment will continue to increase.

Growth and the penetration rate of LiDAR in the field of service robots will increase by 2025.

The market segment is expected to reach a market size of US$700 million, with a compound growth rate of 57.9% from 2019 to 2025.



**全球激光雷达在移动机器人领域的市场规模，2017–2025E**

Source: Sullivan Research

d) Internet of Vehicles Market

Globally, China's Internet of Vehicles is developing at the fastest speed and with the highest degree of strategic focus.

The National Development and Reform Commission, the Ministry of Industry and Information Technology, the Ministry of Science and Technology and 11 other ministries and commissions jointly issued the "Smart Car Innovation and Development Strategy"

The Strategy proposes that by 2025, the construction of intelligent transportation systems and smart city related facilities will have made positive progress.

Use wireless communication networks (LTE-V2X, etc.) to achieve regional coverage, a new generation of vehicle wireless communication networks

(5G-V2X) is gradually being applied in some cities and highways, and high-precision space-time reference service network is being implemented.

In March 2020, the Standing Committee of the Political Bureau of the CPC Central Committee held a meeting and proposed to accelerate the construction of 5G network.

In the same month, the National Development and Reform Commission and the Ministry of Industry and Information Technology

The Ministry of Industry and Information Technology issued the "Notice on Organizing and Implementing the 2020 New Infrastructure Construction Project (Broadband Network and 5G Fields)"

The Notice listed "Large-scale verification and application of 5G-based vehicle-road cooperative Internet of Vehicles" as one of the seven 5G innovations.

The Ministry of Industry and Information Technology subsequently issued the "Notice on Promoting the Accelerated Development of 5G", which again raised

To promote the coordinated development of "5G + Internet". In April 2020, the National Development and Reform Commission defined the scope of "new infrastructure" for the first time.

It mainly includes information infrastructure, integrated infrastructure and innovation infrastructure, among which integrated infrastructure includes

Including intelligent transportation infrastructure. Vehicle-road cooperative technology is the foundation and focus of smart cities and intelligent transportation.

At the same time, it also supports and promotes the construction of 5G communications, big data centers, artificial intelligence and other fields.

Compared with single-vehicle intelligence, 5G-based vehicle-road collaboration can greatly improve driving safety and traffic system efficiency.

Improve system operation efficiency and reduce vehicle equipment costs, thereby promoting the rapid implementation of driverless driving.

In this context, cities such as Beijing, Shanghai, Guangzhou, and Chongqing have been carrying out the construction and

Testing, including demonstration areas and pilot areas for many intelligent connected vehicles.

Hesai ND AR 00997

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

LiDAR combined with intelligent algorithms can provide high-precision position, shape, posture and other information to achieve

Precise and global control of traffic conditions is crucial to the realization of vehicle-road collaboration.

With the implementation of urban and intelligent transportation projects, the market demand for lidar will show a steady growth in the future.

By 2025, the global LiDAR market size in this field will exceed US$4.5 billion.

The compound annual growth rate is 48.48%.



全球激光雷达在智慧城市和测绘领域的市场规模，2017–2025E

Source: Sullivan Research

B. Development trend of China's LiDAR market

China is the world's largest new car sales market, with a domestic car ownership of approximately 260 million in 2019.

Statistics show that more than 250,000 people are injured in traffic accidents each year, and about 60,000 people die, including more than

More than 90% of accidents are caused by human factors. The development of unmanned driving technology and advanced driver assistance technology can achieve

The transformation of automobiles from mechanical products controlled by humans to intelligent products controlled by electronic information systems has been achieved through the use of more

Reliable sensing and control systems can reduce human judgment and decision-making errors during vehicle driving.

Fewer accidents will also help ease traffic congestion and reduce commuting time.

Since 2012, the number and proportion of my country's working-age population aged 16 to 59 has continued to decline.

In 2017, the proportion of the elderly population aged 60 and above reached 17.9% of the total population.

The proportion of the population also exceeds that of children under 10 years old. It is foreseeable that in the next 30 years, the aging problem of Chinese society will become more serious.

In order to achieve sustainable economic development, it is necessary to increase production efficiency while reducing labor expenditure.

Unmanned driving, advanced driver assistance, and service robots reduce manpower costs through machine automation.

At the same time, the popularization of these new technologies can reduce the dependence of the elderly on young people and alleviate the burden on society.

Today's convenient living conditions are based on the demographic dividend, including efficient logistics and transportation.

The 2018 China Truck Driver Survey Report

According to statistics from No.1, 76% of China's total freight volume is completed by road transportation, and the number of truck drivers exceeds 30 million.

The development of the Internet has made instant logistics an indispensable part of daily life in cities and even in rural areas.

Hesai ND AR 00998

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                        Prospectus

Practitioners and food delivery riders are important in the distribution process of e-commerce.

According to the report, in 2019, China's total express delivery business volume reached 63.52 billion pieces, with business revenue reaching 749.78 billion yuan.

The number of people in the food delivery industry exceeded 10 million, the scale of the food delivery industry reached 653.6 billion yuan, and the number of food delivery riders exceeded

7 million people. The arrival of an aging population will bring about a huge labor shortage in these industries.

The improvement of living standards will continue to increase the dependence on logistics and transportation, which brings broad opportunities for the development of intelligent services.

The promotion of unmanned trucks, unmanned cargo vehicles, unmanned terminal delivery vehicles, etc. will solve a large number of

In addition to freeing up labor, lidar, as an important sensor, will also provide technical support for the transformation and development of society.

The development of downstream industries will drive the development of the domestic LiDAR market. From the perspective of unmanned driving,

According to a McKinsey research report, China will be the world's largest autonomous driving market.

The number of autonomous passenger cars will reach 8 million, and autonomous driving will account for 2.3% of total passenger mileage.

KiloMeters Travelled (PKMT) accounts for about 13% of the total. The order amount of travel services based on autonomous driving will

Reaching US$260 billion. Domestic companies such as Baidu, Didi, Pony.ai, WeRide, etc. have already

The trial operation of driverless taxi business is underway. It is expected that the demand for LiDAR will further increase after commercial application.

In terms of advanced driver assistance, China is the world's largest new car sales market.

The "Technical Roadmap for Intelligent Connected Vehicles (Version 2.0)" released in November clearly pointed out that by 2030, my country's L2

The penetration rate of L3 level is expected to exceed 70%, which will generate huge demand for LiDAR; from service robots

In terms of fields, driven by the demand for unmanned logistics, unmanned cleaning, and unmanned operations, the Chinese market has a strong demand for services.

Robots and their laser radars also have great potential; from the perspective of the Internet of Vehicles, the current "new

The total investment in the "Infrastructure Construction" plan is as high as 34 trillion yuan, of which the coordinated development of "5G + Internet of Vehicles" is highly valued by the national government.

The policy has been vigorously promoted, and many places have issued investment plans for key projects and carried out the construction of intelligent network demonstration roads, such as

Zhejiang invested about 70.7 billion yuan to build the first unmanned smart highway, the Hangzhou-Shaoxing-Ningbo Expressway.

The number of smart city projects accounts for about half of the global total. The development of the "new infrastructure" Internet of Vehicles has a great impact on LiDAR.

Demand will maintain steady growth. According to Sullivan's research report, by 2025, China's LiDAR market will

The scale will reach US$4.31 billion, achieving an average annual compound growth rate of 63.1% compared with 2019, among which the automotive sector will

The domains of autonomous driving and advanced driver assistance are the main components.

Hesai ND AR 00999

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus



Source: Sullivan Research

3. Specific details of the deep integration of Hesai's scientific and technological achievements with the industry

Since the company started selling LiDAR, it has served many heavyweight customers at home and abroad, widely distributed in

The fields of human driving, advanced driver assistance, robotics and vehicle networking are also included.

(1) Autonomous driving industry

LiDAR is the core sensor of L4/L5 autonomous driving technology.

Technology companies all use the point cloud data output by laser radar as the main basis for decision-making.

Radar is the main sensor and is usually placed on the roof of a driverless taxi or truck.

A car is usually equipped with multiple LiDARs, covering both sides of the car body or both long and short distances, to meet complex

The company's 40-line and 64-line mechanical LiDAR products have excellent performance and are widely recognized.

It has been widely recognized by leading autonomous driving companies around the world.

For Robotaxi, the company has carried out in-depth cooperation with many high-quality customers.

The company's driverless fleet in California is equipped with the company's products as the main lidar; Bosch Group is the world's largest

A large Tier 1 automotive supplier, which is working with Daimler to conduct autonomous driving in San Jose, USA

The company's fleet uses the company's lidar products for testing and service pilot projects; a company with the world's leading autonomous driving

A company with the technology and unmanned vehicle design capabilities has launched an unmanned electric car without a steering wheel.

The company has launched online car-hailing services in San Francisco and Las Vegas. The laser radar equipped on this model is produced by the company.

Among the top 15 companies in terms of driverless test mileage in 2019 announced by the California DMV,

More than half of them chose our products as the main lidar for their driverless fleets.

Baidu launched a self-driving taxi trial in Changsha in January 2018, and will fully launch self-driving taxis in Beijing in October 2020.

Taxi service, whose new platform based on Hongqi cars uses the company's lidar products. November 2019

Hesai ND AR 01000

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

WeRide opens driverless taxi service in Guangzhou, with over 100 vehicles using the company's laser

Radar products. One of China's largest travel service platforms opened its wireless service to the public in Shanghai in June 2020.

The human-driven test ride service has chosen to use the company's lidar products for its latest fleet.

For Robo Truck, the company has already started cooperation with leading companies. TuSimple is the world's largest

One of the self-driving truck companies, the lidar sensors used in its fleet are its own products.

In June, TuSimple launched the world's first driverless freight network in the United States, with partners including UPS, Penske,

USPS, etc. In July 2020, a well-known domestic vehicle manufacturer announced that its independently developed 5G smart heavy truck was launched in Shanghai.

The company started quasi-commercial operation and planned to transport 20,000 standard containers that year. Its intelligent driving system

The main sensor used in the test is the company's lidar product.



Figure: Application of LiDAR in the autonomous driving industry

(2) Advanced Driver Assistance System (ADAS)

The advanced driver assistance industry mainly refers to the use of laser radar to realize advanced driver assistance functions in passenger cars.

Such as adaptive cruise control, automatic following, etc. Compared with the lidar used in unmanned driving, the laser used in ADAS

Radar has higher requirements for vehicle-standard mass production capacity and reliability, and is more sensitive to cost.

In 2017, the company made a strategic choice, believing that only after LiDAR achieved independent chip architecture could it meet the

The ADAS market has a demand for product performance, cost, and large-scale mass production, so the chip department was established.

As of the signing date of this prospectus, the company has completed the V1.0 LiDAR chip architecture, including the transmitter and receiver.

The upgraded architecture V1.5 of the two receiving chips will be applied to products targeting the ADAS market in 2021.

In May 2019, the company received strategic investment from Bosch Group, the world's largest automotive parts supplier.

The two parties will launch a series of cooperation on lidar products in the ADAS field.

Hesai ND AR 01001

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                              Prospectus

With the accumulation of chip architecture, the company also won the world's largest automotive camera chip supplier An

Strategic investment in Senmei Semiconductor.

(3) Service robot industry

Service robot applications include unmanned delivery, unmanned cleaning, unmanned warehousing, unmanned inspection, etc.

Lidar technology has the advantages of stability, reliability and high performance in realizing robot positioning and navigation.

In-use robots generally move at a low speed, in relatively simple scenarios, and have relatively low requirements for sensors.

The most widely used solution in this type of robot is to place a 360° rotating mid-range laser radar on the robot.

On the top of the robot, the company has carried out in-depth cooperation with many high-quality companies in this field.

The company has established cooperation with one of the world's largest unmanned delivery logistics vehicle companies.

The company's laser radar products are used as the main sensor to achieve safe, intelligent and convenient unmanned delivery functions.

The delivery logistics vehicle company has cooperated with the leading retail giants, convenience stores and restaurant chains in the United States to provide

In September 2020, Baixiniu Zhida (Beijing), a domestic company specializing in unmanned delivery,

Technology Co., Ltd. and Yonghui Supermarket launched an unmanned delivery service in Jiading District, Shanghai, equipped with the company's laser radar

The unmanned delivery vehicles of the company's products cover more than 6,000 households in the surrounding area.

Meituan, a giant in the e-commerce industry, has launched the smart store MAI Shop, which is located in the Shougang Park in Beijing.

It has realized intelligent and automated functions such as unmanned micro-warehouse and unmanned delivery. The unmanned delivery vehicle uses the company's laser radar.

The product was used as the main sensor, achieving an average delivery time of 17 minutes during the trial operation, and 95% of the orders were delivered without human intervention.

During the global COVID-19 outbreak in 2020, the company's LiDAR products also contributed to the fight against the pandemic.

The unmanned delivery logistics vehicle will be equipped with the company's laser radar products for use in California, USA

The domestic company White Rhino provided medical supplies to Wuhan Guanggu Fangcang Hospital.

The unmanned vehicle used for material delivery is equipped with the company's laser radar product as the main sensor.

It has improved the efficiency of material distribution and reduced the risk of infection for staff, and built a

Health line of defense.

Hesai ND AR 01002

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus



Figure: Application of LiDAR in the Robotics Industry

(4) Internet of Vehicles Industry

Based on technologies such as artificial intelligence and 5G, China's automotive industry is entering a new round of digital transformation.

The "new infrastructure" policy promotes the deployment and testing of Internet of Vehicles technology in various regions, and establishes a demonstration of road-side perception.

The laser radar can measure distances with centimeter-level accuracy and high angular resolution.

Intelligent algorithms can accurately identify and track obstacles in complex scenes, output obstacle categories, locations,

Key information such as speed, acceleration, and direction are helpful to improve traffic efficiency.

The Connected Vehicle Industry Innovation Alliance, IMT-2020 (5G) Promotion Group C-V2X Working Group and other units held a press conference in Shanghai

Anting International Automobile City co-hosted the "2020 C-V2X Large-Scale Pilot Application Demonstration Event" and conducted a closed test

More than 180 C-V2X vehicle terminals and 1 roadside unit were deployed in the field, building a real C-V2X scale

As the only provider of LiDAR sensors, the company uses PandarMind products.

In collaboration with Shanghai Songhong Intelligent Automobile Technology Co., Ltd. and Beijing Xingyun Internet Technology Co., Ltd., a pedestrian

The connected environment of the cross-scene opens up the process from LiDAR detecting pedestrians to RSU (Road-Side Unit)

The link in which pedestrian information is broadcast in V2X message format is the first in China to realize edge sensing algorithm-based

It is not possible to conduct public testing of V2X application scenarios with pedestrians crossing the road.

Hesai ND AR 01003

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus



Figure: Application of LiDAR in the Internet of Vehicles Industry

(IV) Industry characteristics and market competition landscape

1. Issuer's market position

According to Velodyne's prospectus, its total sales in 2019 were approximately US$101 million, and its ADAS

The combined market share of the autonomous driving market and the self-driving market accounted for approximately 44% of its product sales, while the prospectus did not disclose the

At the same time, according to *Velodyne Lidar & GRAF*

*Investor Presentation* (released by the U.S. SEC in July 2020), Velodyne's approximately 80%

Revenue comes from product sales, and Velodyne's current situation is that the autonomous driving market share has shrunk to its revenue composition

Correspondingly, the issuer's sales in the driverless market in 2019 exceeded

With sales of USD 37 million, it is one of the lidar suppliers with the highest sales in the field of autonomous driving in the world.

The company's products have served customers including: two of the three largest automakers in North America, four major automakers in Germany,

One of the manufacturers, and an autonomous driving company that has more than half of the top 15 DMV road test mileage in California in 2019.

and most of China's leading autonomous driving companies. These include the world's three largest mobile travel service providers.

Two of the companies, Bosch Group, the world's largest automotive parts supplier, and the world's largest self-driving truck

The company has also invested in well-known companies such as one of the largest self-driving car companies and one of the world's largest autonomous driving delivery companies.

The company is also one of the few companies that supplies core components in batches and has an influential role in the global unmanned driving industry chain.

With the US imposing a 25% tariff, the company is still

It has become the lidar supplier for many leading U.S. autonomous driving companies, and its gross profit margin is higher than that of other companies used in the industry.

Hesai ND AR 01004

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Competitive products from other companies in the same field.

At present, the company's products have obtained multiple designated projects for commercial mass production of unmanned vehicles.

This field will continue to grow rapidly as the commercialization of driverless cars progresses.

For the Advanced Driver Assistance System (ADAS) market, the company is concentrating on developing solutions based on micro-vibration mirrors and rotating mirrors.

The series of products use self-developed special chips and deploy low-cost and high-reliability technology development routes in advance.

In May 2019, the company received a C round of financing led by Bosch Group, the world's largest automotive parts supplier.

The two parties will cooperate on lidar products in the ADAS field.

The company has accumulated a number of high-quality customers in the service robot market.

Sensitivity, the penetration rate of the company's products is lower than that of LiDAR companies that mainly promote low-cost solutions.

In October 2020, the company launched a V1.0 chip-based architecture product: PandarXT, which will significantly enhance the

With technological and cost advantages in the market, sales share is also expected to increase.

As for the Internet of Vehicles market, this segment started the latest. With the support of the "new infrastructure" policy, various regions

Districts have successively invested in the construction and testing of intelligent transportation and smart cities. In response to the perception algorithm requirements of Internet of Vehicles applications,

The company has embedded deep learning perception algorithms into mechanical rotating laser radars and made them available for public sale.

Many customers have carried out demonstration applications in Xiongan New Area, Jiading Intelligent Connected Test Area and other places.

2. Technical level and characteristics

The LiDAR industry has a high level of technology and technical barriers. As an emerging sensor technology,

The laser radar system has a sophisticated and complex structure, with fine optical and mechanical design, transceiver alignment, and sensitive detection of weak signals.

Detection and rapid response are the prerequisites for achieving detection targets. In order to achieve the best detection effect, LiDAR not only

The development process requires a high degree of coordination and coordinated optimization of optical, mechanical, and electrical submodules, and also requires

The production process has matching high-precision manufacturing capabilities.

The laser radar industry has strong technological innovation capabilities and fast product iteration.

Nowadays, LiDAR technology has evolved into a variety of technical architectures, including mechanical, semi-solid, solid, and FMCW.

The innovation of architecture and the expansion of application scope promote each other. With the continuous and large-scale R&D investment of LiDAR companies,

In this case, LiDAR products not only have a longer measurement range, higher detection accuracy, and stronger spatial resolution, but

It is also gradually maturing in terms of reliability, safety, cost control, etc., and its products are updated at a fast pace.

The technical development direction of the LiDAR industry is highly consistent with the semiconductor industry.

Lasers, detectors, control and processing units can all benefit from the development of the semiconductor industry, and transceiver units

Hesai ND AR 01005

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

Arrayization and core module chipization are future development trends and the focus of R&D investment by lidar companies.

Companies in the industry consider their own business development and explore product design, R&D and

manufacture.

The company adheres to the development concept of excellence and seeking truth from facts, focusing on product performance optimization, and solving practical problems.

Guided by the industry's core values, we creatively solved a number of technical problems in the industry and launched a number of leading LiDAR products.

The company is future-oriented, market-oriented, and focuses on innovative product development planning and product layout.

Extensive and in-depth. The specific performance is as follows:

The company takes practical problems as its starting point and focuses on solving industry problems through technological innovation.

The Pandar128 is the industry's leading technology in the current market in terms of performance and integration.

Leading flagship LiDAR; PandarQT is the short-range LiDAR with wide vertical field of view and low power consumption in the current market.

Blind spot LiDAR, Pandar64 is one of the high-line-count LiDARs with the highest market share in the autonomous driving market.

The company focuses on basic technology and the accumulation of laser radar dedicated chips and basic devices:

The chip department was established in 2017 and a multi-generation development route for the core module chip of LiDAR was formulated.

The optical radar transceiver unit has evolved from "point-to-point", "line-to-line" to "face-to-face".

Development and application of dynamic chips, analog front-end chips, waveform digital processing chips, and SoC system-on-chip chips

It will achieve better performance, higher integration and lower production costs. The company has completed chip

The research results of V1.0 are applied to PandarXT, which is the first domestic transceiver to use self-developed chips.

The chip is a leading multi-line rotating mechanical lidar product.

The company is guided by market characteristics and focuses on innovative product development planning, product and technology solution layout.

Widely used: In the face of unmanned driving, advanced driver assistance, service robots, car networking and other fields, lidar

Diversified needs, the company's three-dimensional product matrix covers overall rotation, micro-vibration mirror, rotating mirror, electronic scanning, FMCW

At the same time, based on the chip development strategy and the accumulation of basic devices, the company is able to

Reuse development results in technical solutions to reduce product development costs and speed up product development progress.

3. Major companies in the industry

LiDAR is an emerging high-tech industry, and the early stages of technology development and market development are mainly led by foreign companies.

After joining the competition, domestic LiDAR companies invested heavily in research and development, gradually catching up with the technology and even surpassing the competition.

In terms of company size, most LiDAR companies are fast-growing high-tech start-ups.

In the second half of 2020, overseas LiDAR companies will usher in the special purpose acquisition companies (Special

Hesai ND AR 01006

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Purpose Acquisition Compony (SPAC) completed the IPO boom, and there are already listed companies in the United States

Velodyne, Luminar, Aeva, Innoviz are expected to be listed in the first quarter of 2021, Ouster

It is expected to be completed in the first half of 2021. There are no listed companies in China, so the financial data is comparable in the industry.

Considering both business and financial aspects, comparable companies are divided into two categories.

(1) Basic information of major LiDAR companies in the industry

Major lidar companies in the industry include Velodyne, Luminar, Aeva, and Ouster in the United States.

The following table summarizes the companies from Israel's Innoviz, Germany's Ibeo, and China's RoboSense.

A brief comparison of technology, development and market:

| company | Technical route | Development Stage | Product maturity | Market position and application scenarios | Production Planning |
|---|---|---|---|---|---|
| Hesai Technology China | The products on sale include multi-line LiDARs with different mechanical rotation schemes. The transmitting end of Pandar40P and Pandar64 adopts the optical fiber layout architecture, QT adopts the planar architecture of VCSEL+single photon detector, and XT adopts the chip architecture of Hesai V1.0. In-depth layout of LiDAR chip architecture for application in (semi-) solid-state and pure solid-state LiDAR products | Founded in October 2014, has applied for listing on the Science and Technology Innovation Board | Several products of multi-line mechanical rotating radar have achieved large-scale sales | The products are widely used in the world's leading unmanned driving projects, and also serve the fields of robotics and Internet of Vehicles. | We have our own production line and have formulated a development plan for automated production lines and intelligent factories. |
| Velodyne United States | The products on sale are mainly multi-line laser radars with mechanical rotation solutions; (semi-) solid-state products have been released, but the technical solutions have not been announced to the public; ADAS Software Solutions | Completed in September 2020 Listed on NASDAQ, stock code: VLDR | Several products of multi-line mechanical rotating radar have achieved large-scale sales | From 2006 to 2017, it was the main supplier in the multi-line rotating LiDAR market. Products are widely used in service robots, unmanned driving and other fields. Current products are aimed at testing and | It has its own production line, but gradually turns to the model of third-party OEM. Fabrinet, Nikon, and Veoneer sign multi-year OEM agreement |
| Luminar United States | The product uses 1550 nm lasers, InGaAs detectors, and scanning mirrors; an algorithm perception software solution has been deployed | Completed in December 2020 Listed on NASDAQ, stock code: LAZR | There is no public bulk sale of the product on the market | R&D projects for unmanned driving and passenger cars. A supply agreement was reached with Volvo for the autonomous driving system to be launched in 2022. Currently, there is no large-scale | No public information |
| Eve USA | Layout of chip-based FMCW continuous wave frequency modulation lidar | It is planned to complete the NYSE listing in the first quarter of 2021, stock code: AEV | There is no public bulk sale of the product on the market | application of information display. Cooperated with Audi's autonomous driving subsidiary to provide sensors for passenger cars. | Announced production cooperation with ZF in 2020 |
| Innoviz Israel | The released product is a semi-solid solution, using a two-dimensional micro-vibration mirror as the scanning device; the perception algorithm solution has been deployed | Planned completion in the first quarter of 2021 Listed on NASDAQ, stock code: INVZ | There is no public bulk sale of the product on the market | Currently, there is no large-scale application of information display. A supply agreement was reached with BMW to provide LiDAR for the L3 mass-produced car to be | In 2017, it announced a partnership with Jabil, the world's third largest OEM, and in 2018, it announced a partnership with Magna on the BMW project. |
| Ouster USA | The products on sale are mechanically rotating, using VCSEL and SPAD array chip technology; | It is planned to complete the NYSE listing in the first half of 2021, stock code: | Several products of multi-line mechanical rotating radar have achieved large-scale sales | launched in 2021. One of the main suppliers of medium- and short-range LiDAR. Products are mainly used in service | No public information |

Hesai ND AR 01007

Shanghai Hesai Technology Co., Ltd.                                                                                                          Prospectus

| company | Technical route | Development Stage | Product maturity | Market position and application fields Scenery | Production Planning |
|---|---|---|---|---|---|
| | The pure solid-state solution OUST has been deployed | | | robot, unmanned driving Fields | |
| Ibeo Germany | The products on sale adopt the rotating mirror method ; Published based on VCSEL and SPAD Arrays Pure solid state products | Since 2016, Germany ZF (ZF Friedrichshafen) Its 40% stake | Multi-line semi-rotating mirror scheme Solid-state LiDAR has taken shape Large-scale sales; pure solid There is no public batch Selling products | With Valeo The world's first Automotive-grade LiDAR SCALAÿÿ Valeo Responsible for production and sales, Ibeo receives a license from SCALA is the Currently, only 1. Used in mass-produced vehicles Multi-line LiDAR | No public information |
| RoboSense China | The products on sale are mainly machinery Rotation scheme and micro-mirror method The project also sells laser radar Environmental perception algorithm solution Solution | Announced in October 2018 RMB 300 million strategy Financing, which has been completed To Series C financing | Multi-line mechanical rotating radar Multiple products have been formed Scale sales | Focusing on the robot market, Multi-line mechanical rotating radar Products in domestic robots Major suppliers in the market One, and also has semi-solid State-of-the-art LiDAR products | No public information |

*The technology maturity here is positioned to achieve product scale sales

Velodyne completed its NASDAQ listing in September 2020. As of December 25, 2020,

Velodyne LiDAR has a market value of approximately $4.164 billion. According to Velodyne's forecast, the market value of LiDAR will

The market size will reach US$11.9 billion, of which about US$7.3 billion will come from automotive applications, accounting for about 60%;

The automotive LiDAR market is expected to grow to approximately $16.8 billion in 2026.

In December 2019, Luminar completed its NASDAQ listing. As of December 25, 2020, Luminar's market value was approximately 107.09 billion.

According to Luminar's forecast, the laser radar hardware system and its supporting driverless and ADAS

The market size of software systems will reach $150 billion in 2030.

The comparison of operating income, gross profit margin and net profit of Hesai Technology, Velodyne and Luminar is as follows:

Unit: RMB 10,000

| Company Name | | Hesai Technology | Velodyne (Ticker: VLDR) | shine (Ticker: LAZR) |
|---|---|---|---|---|
| 2019 | Operating income | 34,847.41 | 70,088.33 | 8,710.75 |
| | Gross profit margin | 76.21% | 29.36% | -32.16% |
| | Net Profit | -14,973.35 | -46,467.96 | -65,470.98 |
| 2018 | Operating income | 13,287.01 | 95,567.26 | 7,816.75 |
| | Gross profit margin | 75.61% | 21.60% | 6.44% |
| | Net Profit | 1,611.23 | -41,650.98 | -53,183.55 |
| 2017 | Operating income | 1,947.40 | 122,765.08 | / |
| | Gross profit margin | 74.52% | 44.14% | / |
| | Net Profit | -2,427.23 | 10,626.07 | / |

Hesai ND AR 01008

Shanghai Hesai Technology Co., Ltd.                                                              Prospectus

Note: The financial data of Velodyne and Luminar are quoted from their announcement documents, and the US dollar exchange rate is calculated based on the average exchange rate at the beginning and end of the year.

Aeva will complete its NYSE listing in the first quarter of 2021, and Innoviz will complete its NYSE listing in the first quarter of 2021.

After completing the NASDAQ listing, Ouster plans to complete the NYSE listing in the first half of 2021.

The three companies had limited public data on the date of the disclosure of their share certificates, and could only be analyzed from their estimated revenue and estimated valuation in 2020.

Compare the rows.

Aeva, Innoviz, and Ouster have announced their expected revenue and valuations as follows:

| Company Name | Eve (Ticker: AEVA) | Innoviz (Ticker: INVZ) | Ouster (Ticker: ) |
|---|---|---|---|
| 2020 Expected Revenue | $5 million | USD 5 million | $19 million |
| Expected market value | $2.1 billion | $1.4 billion | $1.9 billion |

In terms of technology selection paths and target markets, Luminar, Aeva, Innoviz, and Ibeo are mainly targeting

Develop corresponding (semi-) solid-state LiDAR for the ADAS market of unmanned driving and mass-produced passenger cars.

The characteristics are different. Luminar uses 1550nm light source and detector instead of the mainstream 905nm light source in the market.

Aeva chose FMCW instead of the mainstream time-of-flight method in the market, and Innoviz adopted

MEMS two-dimensional micro-vibration mirror realizes laser scanning and reception, which reduces the number of lasers and detectors.

For low cost, Ibeo chose a pure solid-state LiDAR solution using VCSEL and SPAD arrays.

In addition to the issuer, the main suppliers of mechanical rotating multi-line lidar include Velodyne, Ouster,

Velodyne is a leading manufacturer of robotics and automation products.

With the first-mover advantage, it was once the main provider in the mechanical rotating lidar market from 2006 to 2017.

The issuer started selling products to the market in 2017 and gradually won the market share of high-line-count LiDAR for unmanned driving.

In terms of technology, the issuer focuses on the underlying research and development of chips.

Digital chip solution, the solution architecture is advanced, but the overall performance of the product is highly dependent on the chip architecture and device

Due to the maturity of components, Ouster's current product performance and cost are not yet competitive. RoboSense focuses on robots

Market direction, it is one of the main suppliers of low-line-count LiDAR in China. With the technical accumulation of mass production and shipment,

The above four mechanical rotating radar companies, including the issuer, are also actively deploying semi-solid and fully solid state

The development of LiDAR. In general, companies that use mechanical rotating multi-line LiDAR as their market entry point,

After reaching a certain scale, most of them will start to deploy chip and algorithm solutions and develop related

We will develop corresponding semi-solid-state and solid-state lidars to enrich our product line and serve a wider market.

In terms of industry applications and market share, Velodyne is still the laser manufacturer with the highest total market revenue.

Hesai ND AR 01009

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Radar Company; Luminar sold hundreds of units in 2019; Aeva and Innoviz sold hundreds of units in 2020.

The expected operating income is $5 million, and the market share is low. Before 2017, Velodyne was almost

The only high-line-count LiDAR manufacturer in the market, after Hesai Technology entered the LiDAR field, foreign manufacturers

The autonomous driving market accounted for more than 50% of Velodyne's revenue in 2017.

The issuer has established a good reputation with its excellent product performance, and its sales volume and operating income have dropped to about 25% in the same period.

The revenue of each business achieved rapid growth.

From the perspective of production mode, some foreign LiDAR companies tend to adopt OEM or cooperate with manufacturers.

Velodyne has signed multi-year contracts with Fabrinet, Nikon, Veoneer, etc.

The OEM agreement gradually shifts from an independent production model to a production model that increases OEM work in third-party factories in Europe and Asia.

Innoviz is working with Jabil to manufacture its products, and is also working with Magna for BMW projects.

Cooperation with large foundries or Tier 1 can reduce the production costs of LiDAR manufacturers.

The investment in production resources will also weaken the control of laser radar manufacturers over production links and production costs.

As an emerging precision sensor, it has a fast iteration speed, and there is no definite industry standard and mature and stable

The production process includes multiple steps of precise assembly and testing for product characteristics, which requires a laser radar factory

Manufacturers have strong control over the production process, and large-scale production capacity will gradually become the core of LiDAR companies.

One of the core barriers. All of the issuer's laser radar products are produced independently, solving many process problems.

We have accumulated production experience. At the same time, combined with the characteristics of the industry, we have developed an automated production line and an intelligent production factory.

Technology development route: With the completion and use of the new manufacturing center, the company's production advantages will be further enhanced.

(2) Comparable companies from the perspective of industry and business model

Currently, there is no listed company in the A-share market whose main business is laser radar. Considering that the company's main business is research and development,

Production and sales of sensors, belonging to the semiconductor and electronic equipment industries, with application areas including automotive electronics,

The A-share listed companies with comparable business to the Company are as follows:

| Company Name | Stock Code | Business Introduction |
| --- | --- | --- |
| Ruichuang Micronano | 688002.SH | The company is an integrated circuit chip enterprise specializing in the development of uncooled infrared thermal imaging and MEMS sensing technology, and is committed to the design and manufacture of application-specific integrated circuits, MEMS sensors and infrared imaging products. The company's products mainly include uncooled infrared thermal imaging MEMS chips, infrared thermal imaging detectors, infrared thermal imaging movements, infrared thermal imagers and optoelectronic systems. The company currently has advanced R&D and manufacturing capabilities such as integrated circuit design, sensor design, device packaging and testing, image algorithm development, and system integration. The company's products are mainly used in military and civilian fields. Among them, military products are mainly used in night vision sighting, precision guidance, optoelectronic loads, and military vehicle assisted driving systems. Civilian products are widely used in security monitoring, automobile assisted driving, outdoor sports, consumer electronics, industrial temperature measurement, forest fire prevention, |

Hesai ND AR 01010

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

| Company Name | Stock Code | Business |
|---|---|---|
| | | Introduction Medical testing equipment and the Internet of Things and many other fields. The company's full range of products can meet the needs of most military and civilian customers. The company |
| Daotong Technology | 688208.SH | focuses on the research and development, production, sales and services of automotive intelligent diagnosis, detection and analysis systems and automotive electronic components. Its products are mainly sold in more than 50 countries and regions such as the United States, Germany, the United Kingdom, and Australia. It is one of the world's leading providers of comprehensive solutions for automotive intelligent diagnosis, detection and TPMS (tire pressure monitoring system) products and services. The company has been deeply involved in the field of global automotive intelligent diagnosis and detection for more than ten years. By closely following the development trend of automobiles and continuously innovating products, it has currently built three major product lines including automotive comprehensive diagnostic products, TPMS series for automotive tire pressure monitoring systems, and ADAS series for automotive intelligent assisted driving systems. Starting with automotive comprehensive diagnostic products, the company has continued to iterate and launch vertical and horizontal products, and has successively developed specialized products such as the TPMS series and ADAS series, and has extended the business of intelligent automotive electronic components (such as tire pressure sensors). At the same time, based on the diagnostic maintenance data and cases accumulated over the years, it has begun to provide integrated |
| Amap Infrared | 002414.SZ | intelligent maintenance cloud services. The company is an enterprise that focuses on the research and development, production and sales of infrared thermal imagers. Its main products are infrared thermal imagers. Through its own accumulated technological innovation strength, the company provides the national defense industry with a new high-tech WQ system with full system localization through the high-speed and efficient innovation mechanism of the new private economy, and gradually completes the transformation from a supporting manufacturer of government equipment products to a complete WQ system provider. The company is the first private enterprise in China to obtain the overall qualification of a complete WQ system. |

4. Industry chain situation

(1) Upstream situation

The upstream industry chain of the LiDAR industry mainly includes lasers and detectors, FPGA chips, analog chips, etc.

Optical component suppliers, as well as optical component manufacturers and processors.

A. Lasers and detectors

Lasers and detectors are important components of LiDAR. Their performance, cost,

Reliability is closely related to the performance, cost, and reliability of LiDAR products.

We will put forward customized requirements for the specifications of lasers and detectors, and work closely with upstream suppliers to customize lasers.

Devices and detectors can help improve the competitiveness of products.

For lasers, the main upstream companies in the industry include OSRAM and AMS.

(ams semiconductor), Lumentum, etc.; Shenzhen Ruibo Optoelectronics Co., Ltd.,

Changzhou Zonghui Xingguang Semiconductor Technology Co., Ltd., etc. For detectors, the main upstream companies in the industry include

First Sensor, Hamamatsu, ON Semiconductor, Sony

(Sony), etc.; domestic Chengdu Liangxin Integrated Technology Co., Ltd., Shenzhen Lingming Photonics Technology Co., Ltd.,

Nanjing Core Vision Microelectronics Technology Co., Ltd., etc.

Hesai ND AR 01011

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Foreign suppliers have been working in the laser and detector industry for a long time, and their products are more mature and reliable.

More practical experience and advantages, and a wider customer base. Domestic suppliers have developed rapidly in recent years, and their products

The performance is close to that of foreign supply chains, and some domestic products have passed the automotive certification (AEC-Q102).

Domestic lasers and detectors have appeared. The automotive-grade components are the basis for the realization of automotive-grade LiDAR.

Compared with foreign suppliers, domestic suppliers have greater advantages in product customization.

The flexibility of the system and the price also have certain advantages.

B. FPGA chip

FPGA chips are usually used as the main control chips of LiDAR. The mainstream suppliers abroad are Xilinx (

Linx), Intel, etc. The main domestic suppliers include Unigroup Guoxin Co., Ltd., Xi'an

Zhiduojing Microelectronics Co., Ltd., etc. The product performance of foreign suppliers is much better than that of domestic suppliers, but

The logic resource scale and high-speed interface performance of domestic products can also meet the needs of lidar.

However, FPGA is not the only choice for LiDAR master chip. High-performance microcontroller can also be used.

(Microcontroller Unit, MCU), Digital Signal Processor (Digital Signal Processor, DSP)

The international mainstream suppliers of MCU are Renesas, Infineon, etc., and DSP

The mainstream suppliers include TI (Texas Instruments), ADI (Analog Devices), etc.

C. Analog chip

Analog chips are used to build light control, photoelectric signal conversion, and electrical signal implementation in LiDAR systems.

The main analog chip suppliers in the world are TI (Texas Instruments), ADI

(Analog Devices), etc. Domestic analog chip suppliers mainly include Silergy Semiconductor Technology Co., Ltd.

Foreign suppliers have accumulated a lot of experience in this field and their technology

Advanced, with sufficient production capacity and high maturity, it is the leader in the industry. Domestic suppliers started later than foreign suppliers.

There is still a certain gap from product richness to technological level, especially in automotive products.

D. Optical components

In terms of optical components, LiDAR companies generally develop and design their own products, and then choose processing within the industry.

The company has completed the production and processing procedures. The technical level of the domestic supply chain of optical components has completely reached or exceeded

The level of foreign supply chains, and with obvious cost advantages, can completely replace foreign supply chains and meet

Product processing needs.

(2) Downstream situation

Hesai ND AR 01012

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.            Prospectus

The downstream industry chain of LiDAR is mainly divided into autonomous driving, advanced driver assistance, and service

Robotics and Internet of Vehicles industries.

A. Unmanned driving industry

The downstream enterprises in this industry mainly include: ÿ Unmanned driving companies, such as GM Cruise, Ford Argo,

Aurora, Zoox (acquired by Amazon in 2020), Navya, Pony.ai, WeRide,

Momenta, Yuanrong Qixing, etc.; ÿ Artificial intelligence technology companies, such as Baidu, SenseTime, etc.; ÿ Travel

Service providers, such as Uber and Lyft abroad, Didi in China, etc. Foreign driverless technology

The technology research started earlier, and in terms of fleet size, technology level and landing speed, it still has a certain advantage compared with domestic

The research and development of unmanned driving technology in China is developing rapidly, with continuous application pilots and projects being implemented.

The gap with foreign companies is narrowing.

B. Advanced driver assistance industry

The downstream companies in this industry mainly include vehicle manufacturers, Tier 1 companies and new car manufacturers around the world.

LiDAR is used in mass-produced vehicle projects, which usually requires LiDAR companies to reach long-term agreements with car manufacturers or Tier 1 companies.

Cooperation, the general project cycle is longer.

C. Service Robot Industry

The downstream enterprises in this industry mainly include: ÿ Robotics companies, such as Nuro, Deka Research,

Canvas Build, Unmanned Solution, domestic Gaoxian, Zhixingzhe, UBTECH, Neolithic, Bai

Rhino, etc., specific application scenarios include unmanned delivery, unmanned cleaning, unmanned warehousing, etc.; ÿ Consumer service industry giants

There are many leading companies, such as Alibaba, Meituan, and JD.com, which specialize in end-to-end instant delivery.

Compared with foreign countries, the market capacity of the service robot industry is large, and the domestic technology development level of service robots is comparable to that of foreign countries.

In terms of the richness of categories and the diversity of implementation scenarios, domestic companies have more advantages.

D. Internet of Vehicles Industry

The downstream enterprises in this industry are mainly providers of Internet of Vehicles solutions, such as Baidu, Datang, Jinyi Technology, and Xingyun.

Internet, Gaoxinxing, etc., through these companies, the vehicle network services including lidar are integrated and sold to various

There are also cases where the governments of laser radar companies and technology parks are directly connected.

Due to the strong promotion of national policies such as the "new infrastructure", the development of the domestic Internet of Vehicles field is faster than that of foreign countries.

Overall, the entire LiDAR industry chain shows rapid development, high technological level and innovative capabilities.

Hesai ND AR 01013

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

From the perspective of comparing foreign industrial chains with domestic industrial chains, foreign

As upstream companies of LiDAR started earlier, they have more experience, especially in the underlying optoelectronic devices and chips.

Foreign laser radar downstream enterprises are also more mature in terms of commercialization progress. However, domestic laser radar

The industry's upstream suppliers and downstream customers have developed rapidly in recent years and are expected to gradually catch up.

5. Issuer's competitive strengths and weaknesses

(1) Issuer's competitive advantages

A. Technical advantages

The company has rich experience in the development and optimization of LiDAR systems and has accumulated profound industry-leading research.

The company has a strong advantage in professional technology. Moreover, the company has a forward-looking grasp of the future development direction of the industry.

In the early stage of lidar development, the company established a chip department, and as the product layout became clear, it deployed

The development route of multiple generations of LiDAR chips. The development and application of core module chips can not only meet

The market expects the development of high-performance, low-cost and high-integration LiDAR, and it can form a strong

The technology "moat" can truly open up the technological gap with competitors and occupy a more advantageous position in the future market.

status.

B. Talent advantage

The laser radar industry is a knowledge and technology-intensive high-tech manufacturing industry. The company has built a professional and complete

A high-level R&D team with rich experience in system development and vitality, which brings together optics, precision machinery,

The team is composed of top experts in cutting-edge industries such as electronics, communications, and artificial intelligence, and has a strong atmosphere of technological innovation.

Two people have been selected for the national talent program, one person has been selected for the Shanghai Youth Rising Star Program, and one person has been selected for the Shanghai Pujiang Talent Program.

1 person is planned, 1 young leading talent in Jiading District, 1 young talent in Jiading District, and 1 person is urgently needed in Jiading District

The company has a technical management team composed of many industry experts with deep

Rich technical accumulation, as well as keen market sense, can proactively grasp the direction of industry development and formulate

Determine the company's product strategy.

C. Customer group advantage

With its excellent technical level, reliable product quality and perfect customer support, the company has

In the early days of the rise of driving technology, we have accumulated a large number of high-quality leading customers at home and abroad in this field.

Usually has a high level of technology and strong development potential, LiDAR point cloud data is the key to its algorithm development,

The data foundation of the system is built, so they often have a high degree of dependence and stickiness on a product.

Hesai ND AR 01014

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

The selection will not be easily changed, so the market is relatively stable. As the customer grows, the company's products

Sales will also increase accordingly. In addition, these top customers have high technical level and they will

In the process, a large number of practical problems were accumulated and feedback was provided. Based on these feedbacks, the company continuously improved the product.

Optimization has formed a positive feedback mechanism of mutual promotion and coordinated improvement.

D. Production advantages

All the laser radar products sold by the company are produced on the company's own production lines, which have accumulated a large number of laser

Radar production experience, compared with some companies in the same industry that rely on third-party foundries, it has stronger cost and

Quality control capabilities. LiDAR production requires high precision, and manual assembly and adjustment in mass production faces high costs,

In order to solve the problem of low efficiency, the company optimized the production process according to the characteristics of the laser radar production process.

The production stations have been automated or semi-automated to improve production efficiency and reduce production costs.

In addition, the company plans to build a factory with a larger area and higher level of automation. With the completion and use of the new factory,

The company's production advantages will also be further enhanced.

(2) Issuer's competitive disadvantages

A. Limited experience in mass production and vehicle regulation

Automotive electronic components in mass-produced vehicles often face harsh and changing environmental conditions.

Before the model is applied, it needs to pass a series of strict automotive regulations tests. As an emerging automotive electronic

Components also need to go through this process before being installed in mass-produced vehicles.

At the beginning of device development, the selection of devices was based on the standards of passing the automotive test, and the process

The selection and layout of components often have a lot of practical experience. In addition, traditional automotive electronics manufacturers have already started

Developed a high-level automated production line and accumulated experience in connecting upstream and downstream, it is easy to form a scale

However, as a new entrant in this field, the company has little experience in mass production and vehicle standardization.

Compared with traditional first-tier suppliers of automotive parts, they have certain disadvantages in these aspects.

The manufacturer's R&D pace may be relatively slow. The company will fully seize the time window and make up for its development shortcomings.

B. Insufficient product penetration in cost-sensitive markets

In the early days of the company's development, due to the limitations of manpower and resources, the development efforts were mainly focused on high-performance products.

In terms of products, we started with the technical "hard bones" in the industry, although we achieved the industry's trust in the company's product quality and performance.

However, the penetration rate in cost-sensitive markets is insufficient. The application of LiDAR is not limited to the most complex

In addition to complex and demanding application scenarios, other applications also have broad market prospects.

Hesai ND AR 01015

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

In order to overcome the disadvantages in competition, the company has developed a three-dimensional product matrix, through reasonable allocation of resources and the use of high-performance products.

With the in-depth experience accumulated in product development and the advantages of the chip development route, we will gradually enter this segment in the future.

Exhale.

C. There is still a gap between algorithm capabilities and those of leading artificial intelligence companies

Although the company is actively investing in the research and development of artificial intelligence algorithms based on lidar perception, compared with professional

Artificial intelligence algorithm companies are still relatively late in starting out and have a certain gap compared to the leading artificial intelligence companies.

As a LiDAR hardware manufacturer, the company has the advantage of combining software and hardware solutions.

With the accumulation of experience in the field of algorithms, this gap will gradually narrow.

6. Opportunities and challenges faced by issuers

(1) Opportunities for industry development

A. The unmanned driving market has huge potential

The development and application of driverless technology can bring great changes to human society.

It can effectively reduce traffic accidents and casualties. In 2018, the World Health Organization calculated that there are 15,000 people killed and 15,000 injured worldwide each year due to traffic accidents.

Nearly 1.35 million people died in traffic accidents. According to the U.S. Department of Transportation, more than 90% of traffic accidents are caused by

Human factors, including driver recognition and decision-making errors, account for more than 70%1.

Equipped with high-performance sensor systems, powerful data analysis capabilities and logical decision-making management programs to respond

Fast and tireless artificial intelligence replacing drivers can effectively reduce the number of traffic accidents and casualties

The application of driverless technology can effectively reduce traffic congestion.

The total time spent in traffic jams is about 130 billion minutes. Autonomous driving systems can use sensors and communications on the vehicle to

The network receives information about nearby traffic participants, as well as information about traffic lights, speed limits, warning signs, etc., so as to

The cruising speed is adjusted in real time, effectively improving the road capacity and traffic efficiency and reducing traffic congestion.

situation and improve the efficiency of social operation.

LiDAR can reconstruct three-dimensional space in real time with high precision, and is the key to the realization of unmanned driving technology.

Autonomous taxis and trucks equipped with LiDAR have been put into use in the United States, China, Singapore, and other countries.

Road tests and small-scale operations are being carried out in many places, starting the commercialization process and bringing economic benefits.

The rapid advancement of technology in the fields of Internet freight and Internet ride-hailing will greatly reduce the manpower support in these industries.

---

1ÿÿÿÿCritical Reasons for Crashes Investigated in the National Motor Vehicle Crash Causation Survey, U.S. Department of Transportation, February 2015

Hesai ND AR 01016

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                    Prospectus

McKinsey research report shows that by 2030, the number of self-driving passenger cars in China will reach

By 8 million vehicles, autonomous driving will account for about 13% of total passenger mileage, and autonomous driving-based travel service subscriptions will account for 1.3% of total passenger mileage.

The huge demand for vehicles in the field and the unmanned driving technology will bring great challenges to human society.

The potential changes brought about by the industry have brought broad application prospects and a huge market for lidar.

B. New infrastructure promotes the rapid development of vehicle-to-road collaboration (V2X)

In March 2020, the Standing Committee of the Political Bureau of the CPC Central Committee held a meeting and proposed to accelerate the development of 5G networks and digital

The progress of new infrastructure construction (i.e. "new infrastructure") such as the Data Center. Then in April, the National Development and Reform Commission

The scope of "new infrastructure" is defined, mainly including information infrastructure, integrated infrastructure and innovative infrastructure.

The integrated infrastructure includes intelligent transportation infrastructure. Vehicle-to-everything (V2X) technology is an important component of smart cities,

The foundation and focus of intelligent transportation, as well as 5G communications, big data centers and artificial intelligence

The construction supports and promotes each other. Driven by the "new infrastructure" policy, 13 provinces, cities and districts have issued

The Ministry of Finance has released its investment plan for key projects in 2020, among which 8 provinces have announced their planned investment amounts, totaling 3.4 trillion yuan.

The vehicle-road collaboration industry structure, with the government as the leading force and multiple entities participating in the collaboration, is accelerating.

According to incomplete statistics reported by People's Daily in July 2020, there are more than 40 vehicle-road collaboration demonstration zones across the country, 13

Regions were selected as pilot areas for the construction of a strong transportation nation, and the test scenarios are gradually moving from closed to open, and from single to

Diversity. Vehicle-road collaboration turns ordinary roads into smart roads, giving them the ability to interact with smart cars and management cloud platforms.

LiDAR combined with intelligent algorithms can provide high-precision traffic elements such as vehicles, pedestrians, and non-motor vehicles.

The information such as location, motion status, identification and tracking can be used to accurately control the traffic conditions globally.

The realization of vehicle-road collaboration is crucial. The market potential of vehicle-road collaboration also provides opportunities for the large-scale application of lidar.

It brings broad opportunities.

C. The aging population increases the demand for smart services

With the development and progress of society, the life expectancy of the population is increasing.

The average life expectancy has reached 77.3 years, which is nearly 6 years higher than the 71.4 years in 2000. Population aging is an inevitable social

The problem we need to face is that in 2018, the proportion of the elderly population over 60 years old reached 17.9% of the total population and is about to

The proportion of the elderly population aged 50 to 59 is also greater than that of children under 10 years old. It can be predicted that in the next 30 years,

The aging problem in China will become more and more serious. Autonomous driving can make it easier for elderly people with limited mobility to travel.

improve their quality of life.

In addition, today's convenient living conditions are based on the rapidly developing service industry, including efficient

Hesai ND AR 01017

Shanghai Hesai Technology Co., Ltd.                                                                                           Prospectus

Logistics, transportation and transit systems, a large number of young and middle-aged laborers are engaged in this industry. According to statistics, the number of truck drivers in China is

The number of express delivery workers exceeds 10 million, and the number of food delivery riders exceeds 7 million.

It is foreseeable that the arrival of population aging will bring huge labor gaps in these industries, but social development

The demand for logistics and transportation will only become stronger, which brings broad application prospects for the development of intelligent services.

The promotion of driverless trucks, unmanned cargo vehicles, and unmanned terminal delivery vehicles will greatly liberate labor and stimulate

As an important sensor, lidar will also provide technical support for the transformation and development of society.

(2) Challenges of industry development

A. Technological changes require continuous high R&D investment

The application market of LiDAR is developing rapidly. The rapid development of the industry is an opportunity as well as a

Challenges: The current technical form and parameter indicators of LiDAR have not yet been finalized, and competition in the industry is fierce.

LiDAR companies are emerging all over the world, LiDAR technology solutions are constantly being upgraded, and downstream markets are booming.

The requirements for LiDAR performance are also increasing. This development trend has a great impact on the innovation ability of enterprises and the quality of their products.

The speed of iteration poses a challenge. Only continuous technological innovation and massive R&D investment can prevent us from being eliminated by the market.

And gain greater development in the growing market. At the same time, the improvement of the overall performance of LiDAR depends on

The chipization of basic components and core functional modules is in line with the development direction of semiconductor technology.

Chip design, process improvement and tape-out production require a large number of high-level technical personnel and long-term large-scale

Capital investment has brought huge challenges to the development of lidar companies.

B. The entry of technology giants intensifies industry competition

LiDAR has a wide range of applications, a rapidly growing market, and the potential to bring about changes in society.

The impact has not only attracted many technology start-ups to join the market, but also has attracted many giant companies around the world.

Companies have joined the competition in the lidar industry, including Google, Apple, Huawei,

Sony and large Tier 1 companies. These companies may have deep experience in sensor R&D and production.

or have accumulated a lot of technical experience in the consumer electronics field, or have a huge presence in the automotive electronics market.

They generally have stronger bargaining power with upstream suppliers and are more recognized by downstream customers.

The brand effect of the company is not only that it has more technical personnel and financial reserves, but also has a greater impact on the laser radar industry.

Although giant companies face relatively low efficiency and product duplication due to their size,

The problem of relatively slow generation speed is that their entry will intensify competition in the industry and accelerate the upgrading of technology.

Replacement.

Hesai ND AR 01018

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

C. The development cycle of mass-produced vehicle projects is long and the returns are slow

Advanced driver assistance is the development direction of the passenger car market. Compared with the unmanned driving market and the robot market,

The mass-produced vehicle market often faces a long collaborative development cycle.

It takes a long time for the laser radar to be installed on mass-produced vehicles to go through a long process of iteration from definition to final launch.

SOP (Start Of Production) also needs to go through multiple iterations and repeated tests and verifications.

Although the product will bring huge economic benefits once it is SOP, the early development process often requires enterprises to invest

The current situation has brought challenges to growing LiDAR companies.

In the market, the use of lidar in mass-produced vehicle projects may face the problem of poor economic benefits in the short term.

# 3. Sales and major customers

1. Main production capacity and output

The company is mainly engaged in high-resolution 3D lidar and laser gas sensors for robotic applications.

During the reporting period, the company divided the production of laser radar and main laser gas sensor products into

The capacity, output and capacity utilization are shown in the following table:

Unit: Number of units

| Product Categories | project | January - September 2020 | 2019 | 2018 | 2017 | |
|---|---|---|---|---|---|---|
| LiDAR | Capacity | 5,070 | 6,188 | 3,120 | 400 | |
| | Yield | 4,270 | 5,408 | 2,734 | 352 | |
| | Capacity Utilization | 84.22% | 87.39% | 87.63% | 88.00% | |
| Main laser gases sensor | Capacity | 1,600 | 250 | 130 | 160 | |
| | Yield | 1,378 | 212 | 111 | 154 | |
| | Capacity Utilization | 86.13% | 84.80% | 85.38% | 96.25% | |

In order to seize industry opportunities and meet the needs of domestic and foreign customers for production capacity guarantee, the company has increased its production capacity during the reporting period.

Strategic expansion was carried out.

(II) Sales volume, sales price and sales revenue of major products

Sales volume, sales price and sales revenue of the company's main product types of laser radar and laser gas sensors

The entry status is shown in the following table:

| Product Categories | project | January to September 20 ... | | | |
|---|---|---|---|---|---|
| LiDAR | Operating income (ten thousand yuan) | 19,058.89 | 32,843.12 | 12,840.80 | 1,433.57 |
| | Sales volume (sets) | 2,132 | 2,890 | 1,232 | 126 |

Hesai ND AR 01019

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

| Product Categories | | Average | January to September 20 … | | | |
|---|---|---|---|---|---|---|
| | | sales price of the project (10,000 yuan/ | 8.94 | 11.36 | 10.42 | 11.38 |
| | | Average price changes | -21.34% | 9.03% | -8.39% | - |
| Main stimulus Phosphorous Gas sensor product | laser oxygen Sensing Device | Operating income (ten thousand yuan) | 4,962.10 | - | - | - |
| | | Sales volume (sets) | 1,175 | - | - | - |
| | | Average sales price (10,000 yuan/ set) | 4.22 | - | - | - |
| | | Price changes | - | - | - | - |
| | laser Methane telemetry | Operating income (ten thousand yuan) | 498.38 | 705.26 | 440.05 | 454.18 |
| | | Sales volume (sets) | 83 | 133 | 94 | 66 |
| | | Average sales price (10,000 yuan/ | 6.00 | 5.30 | 4.68 | 6.88 |
| | | Average price changes | 13.24% | 13.27% | -31.97% | - |

During the reporting period, the company's laser radar sales maintained a rapid growth trend.

The price of Pandar64 dropped compared with 2017, mainly due to the natural decline in the price of 40-line LiDAR.

The sales share of PandarQT increased, resulting in an increase in the average sales price. From January to September 2020, the sales of PandarQT with a lower price increased.

As a result, the average selling price decreased.

(III) Sales to the top five customers

During the reporting period, the company's sales to the top five customers calculated on a consolidated basis are shown in the following table:

| Year | serial number | Customer Name | Sales amount (10,000 yuan) | Proportion of operating income |
|---|---|---|---|---|
| **2020** January- September | 1 | Customer A | 4,524.67 | 17.87% |
| | 2 | Aurora Innovation Inc. | 2,898.12 | 11.45% |
| | 3. | Customer B | 1,952.33 | 7.71% |
| | 4 | Customer C | 1,386.69 | 5.48% |
| | 5 | Customer D | 1,116.11 | 4.41% |
| | | total | **11,877.92** | **46.91%** |
| **2019** year | 1 | Customer E | 8,228.05 | 23.61% |
| | 2 | Bosch Group | 2,459.41 | 7.06% |
| | 3 | Baidu Group | 2,327.88 | 6.68% |
| | 4 | Jingdong Group | 1,454.94 | 4.18% |
| | 5. | Customer F | 1,343.38 | 3.86% |
| | | total | **15,813.66** | **45.38%** |
| **2018** | 1 | Motional Group | 3,779.38 | 28.44% |

Hesai ND AR 01020

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                          Prospectus

| Year serial number | | Customer Name | Sales amount (10,000 yuan) | Proportion of operating income |
|---|---|---|---|---|
| Year 2 | | Aurora Innovation Inc. | 2,094.85 | 15.77% |
| | 3 | Lyft Inc | 866.24 | 6.52% |
| | 4 | Customer C | 785.52 | 5.91% |
| | 5 | Bosch Group | 682.50 | 5.14% |
| | | total | **8,208.49** | **61.78%** |
| **2017** year | 1 | DRIVE.AI | 460.55 | 23.65% |
| | 2 | Bosch Group | 232.95 | 11.96% |
| | 3 | Motional Group | 104.39 | 5.36% |
| | 4 | Customer C | 80.74 | 4.15% |
| | 5 | Shanghai Gas Pudong Sales Co., Ltd. | 58.12 | 2.98% |
| | | total | **936.74** | **48.10%** |

Note: (1) Bosch Group refers to the consolidated holdings of Robert Bosch GmbH, Robert Bosch Kft., Robert Bosch Ltd.,

ROBERT BOSCH (AUSTRALIA) PROPRIETARY LIMITED, Bosch Automotive Components (Suzhou) Co., Ltd.

(2) Baidu Group aggregates the sales of Baidu USA LLC, Beijing Baidu Netcom Technology Co., Ltd., and

Sales volume of Polo Intelligent Driving Technology (Guangzhou) Co., Ltd. and Baidu Intelligent Driving Information Technology (Chongqing) Co., Ltd.; (3)

Jingqi Group has consolidated its holdings in Guangzhou Jingqi Technology Co., Ltd., WeRide Corp, Anqing WeRide Technology Co., Ltd., and Wen

(4) Motional Group refers to the sales of APTIV HOLDINGS (US), LLC, Aptiv Services US, LLC, Aptiv Services Deutschland Gmbh, Delphi

Automotive Systems, LLC, NUTONOMY INC, DELPHI HOLDINGS LLC, and NUTONOMY ASIA PTE LTD.

The business conditions of the companies corresponding to the above customer abbreviations are as follows:

| Customer Short Name | Introduction |
|---|---|
| Client A is a Canadian public company in the industrial manufacturing sector. It purchased laser gas sensors from a subsidiary of the issuer. | |
| Customer B | Companies in the field of autonomous driving have set up operations in both China and the United States, and have received hundreds of millions of dollars in investment from the world's top car manufacturers. Strategic investment; purchase lidar from the issuer. |
| Customer C | A leading company in the field of autonomous driving in North America, focusing on last-mile automatic delivery; purchasing incentives from the issuer Light radar. |
| Client D is a domestic trader who purchased lidar from the issuer on behalf of a well-known domestic technology company. | |
| Customer E | A leading global automaker headquartered in Detroit, with a subsidiary focused on autonomous driving Company; purchase lidar from the issuer. |
| Customer F | Headquartered in Silicon Valley, California, the company has world-leading autonomous driving technology and driverless vehicle design capabilities. Company; purchase lidar from the issuer. |

During the reporting period, the company's top five customers changed. The main reasons are as follows:

The company is booming, with new customers emerging continuously; customers' own investment planning and procurement forecasts in the field of autonomous driving are also increasing.

There are some fluctuations between different years; affected by the 2020 epidemic, the laser used for ventilators

Oxygen sensor sales have grown significantly.

Hesai ND AR 01021

Shanghai Hesai Technology Co., Ltd.                                           Prospectus

## IV. Procurement and major suppliers

1. Procurement of main raw materials

During the reporting period, the main raw materials of the company's products were mechanical parts, fasteners, transceiver semiconductor components, optical

Electronic parts, IC chips, electronic components, packaging materials, etc. The purchase volume, purchase price and purchase amount of main raw materials

The purchase amount is shown in the following table:

| category | project | January to September 20 ... | | | |
|---|---|---|---|---|---|
| Mechanical parts | Purchase quantity (unit) | 731,317 | 530,170 | 295,735 | 68,472 |
| | Average purchase price (yuan/piece) | 26.76 | 45.05 | 57.34 | 81.71 |
| | Purchase amount (ten thousand yuan) | 1,957.15 | 2,388.37 | 1,695.84 | 559.46 |
| fastener | Purchase quantity (unit) | 1,943,926 | 1,515,891 | 1,004,000 | 29,885 |
| | Average purchase price (yuan/piece) | 0.27 | 0.15 | 0.13 | 0.49 |
| | Purchase amount (ten thousand yuan) | 51.58 | 22.22 | 13.39 | 1.45 |
| Transceiver semiconductor components | Purchase quantity (unit) | 1,535,675 | 1,480,792 | 384,866 | 29,026 |
| | Average purchase price (yuan/piece) | 12.11 | 11.69 | 18.16 | 64.52 |
| | Purchase amount (ten thousand yuan) | 1,859.63 | 1,730.91 | 698.97 | 187.27 |
| Optics | Purchase quantity (unit) | 282,985 | 615,629 | 184,637 | 6,876 |
| | Average purchase price (yuan/piece) | 27.62 | 22.45 | 31.28 | 70.45 |
| | Purchase amount (ten thousand yuan) | 781.73 | 1,381.80 | 577.56 | 48.44 |
| IC Chip | Purchase quantity (unit) | 1,563,452 | 2,560,088 | 1,040,352 | 146,162 |
| | Average purchase price (yuan/piece) | 12.38 | 8.75 | 12.29 | 13.32 |
| | Purchase amount (ten thousand yuan) | 1,935.60 | 2,241.23 | 1,278.53 | 194.73 |
| Custom electronic components | Purchase quantity (unit) | 248,692 | 265,197 | 104,348 | 95,499 |
| | Average purchase price (yuan/piece) | 31.37 | 25.15 | 24.43 | 35.77 |
| | Purchase amount (ten thousand yuan) | 780.05 | 667.01 | 254.96 | 341.64 |
| Other standard electronic components | Purchase quantity (unit) | 38,152,705 | 28,607,957 | 18,238,638 | 2,801,627 |
| | Average purchase price (yuan/piece) | 0.26 | 0.43 | 0.30 | 0.85 |
| | Purchase amount (ten thousand yuan) | 1,008.21 | 1,224.11 | 555.00 | 237.82 |
| Packaging materials | Purchase quantity (unit) | 1,010,018 | 747,842 | 495,799 | 100,939 |
| | Average purchase price (yuan/piece) | 5.66 | 5.76 | 3.61 | 3.97 |
| | Purchase amount (ten thousand yuan) | 572.10 | 430.42 | 179.14 | 45.58 |
| Total purchase amount of the above raw materials (10,000 yuan) (1) | | 8,946.04 | 10,086.05 | 5,253.39 | 1,616.39 |
| Total raw material purchases for the current period (10,000 yuan) (2) | | 9,824.20 | 10,890.32 | 5,711.19 | 2,134.98 |

Hesai ND AR 01022

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                              Prospectus

| category | project | January to September 20 ... | | | |
|---|---|---|---|---|---|
| (1)/(2) ratio | | 91.06% | 92.61% | 91.98% | 75.71% |

Due to the large differences in the number and models of components required for the final product, the number of component purchases is

There are fluctuations in quantity and purchase price.

2. Main energy consumption

The company's energy consumption mainly consists of electricity and water, which are mainly consumed by the production department.

The power and water consumption of the door are as follows:

| project | January to September 20 ... | | | |
|---|---|---|---|---|
| Electricity fee (ten thousand yuan) | 334.72 | 176.83 | 59.20 | 17.63 |
| Water fee (ten thousand yuan) | 2.23 | 1.92 | 1.10 | 0.01 |

(III) Main services received

During the reporting period, the company procured labor services from outside during product production, as follows:

| project | January to September 20 ... | | | |
|---|---|---|---|---|
| Labor service (ten thousand yuan) | 1,521.08 | 2,209.55 | 1,113.10 | 177.63 |

(IV) Procurement from the top five suppliers

During the reporting period, the company's purchases from the top five suppliers calculated on a consolidated basis are shown in the following table:

Unit: Ten thousand yuan

| years | sequence Number | Supplier Name | Purchase Content | Purchase Amount | Procurement Total purchases The proportion of |
|---|---|---|---|---|---|
| 2020 January-September | 1 | Arrow (China) Electronic Trading Co., Ltd. Electronic components | 1,538.26 | | 11.06% |
| | 2 | Shanghai Jiayang Enterprise Service Outsourcing Co., Ltd. Labor service | 1,521.08 | | 10.94% |
| | 3 | Algorithm of Shanghai SenseTime Lingang Intelligent Technology Co., Ltd. | | 800.00 | 5.75% |
| | 4 | Cotong Digital Technology (Shenzhen) Co., Ltd. Chips, etc. | | 495.68 | 3.57% |
| | 5 | Shanghai Yiyue Machinery Equipment Co., Ltd. | Mechanical parts | 417.71 | 3.00% |
| | | total | | 4,772.73 | 34.33% |
| 2019 | 1 | Shanghai Jiayang Enterprise Service Outsourcing Co., Ltd. Labor service | 2,209.55 | | 16.18% |
| | 2 | Arrow (China) Electronic Trading Co., Ltd. Electronic components | 1,315.56 | | 9.63% |
| | 3 | Laser of the 13th Research Institute of China Electronics Technology Group Corporation | | 736.66 | 5.39% |
| | 4 | Jiangsu Hujia Precision Machinery Co., Ltd. | Mechanical parts | 617.78 | 4.52% |
| | 5 | Shanghai Runying Precision Machinery Co., Ltd. | Mechanical parts | 534.37 | 3.91% |

Hesai ND AR 01023

Shanghai Hesai Technology Co., Ltd.                                    Prospectus

| years | Sequence Number | Supplier Name | Purchase Content | Purchase Amount | Procurement Total purchases The proportion of |
|---|---|---|---|---|---|
| | | total | | 5,413.92 | 39.64% |
| 2018 | 1 | Labor service of Errand (Shanghai) Internet Technology Co., Ltd. | | 1,113.10 | 16.07% |
| | 2 | Shanghai Runying Precision Machinery Co., Ltd. | Mechanical parts | 548.33 | 7.92% |
| | 3 | Arrow (China) Electronic Trading Co., Ltd. | Electronic components | 374.96 | 5.41% |
| | 4 | Jiangsu Hujia Precision Machinery Co., Ltd. | Mechanical parts | 367.94 | 5.31% |
| | 5 | Chengdu Liangxin Integrated Technology Co., Ltd. | APD | 247.88 | 3.58% |
| | | total | | 2,652.21 | 38.29% |
| 2017 | 1 | Digi-Key Electronics (Shanghai) Co., Ltd. | Electronic components | 216.75 | 8.41% |
| | 2 | Shanghai Haian Investment Co., Ltd. | Labor services | 177.63 | 6.89% |
| | 3 | Jiangsu Hujia Precision Machinery Co., Ltd. | Mechanical parts | 119.76 | 4.64% |
| | 4 | Yunhan Chip City (Shanghai) Internet Technology Co., Ltd. Limited Company | Electronic components | 94.81 | 3.68% |
| | 5 | Kunshan Kaistin Mould Technology Co., Ltd. | Mechanical parts | 90.15 | 3.50% |
| | | total | | 699.10 | 27.11% |

## V. The Issuer's Major Fixed Assets and Intangible Assets

(I) Main fixed assets

The issuer's main fixed assets are production facilities and electronic equipment necessary for operating activities.

As of the end of September 2020, the composition of the issuer's fixed assets is as follows:

Unit: Ten thousand yuan

| project | Accumulated depreciation | of original value of assets | Impairment of assets | Book value of assets |
|---|---|---|---|---|
| Electronic devices | 4,393.94 | 1,186.06 | - | 3,207.88 |
| Transport equipment | 38.19 | 10.73 | - | 27.47 |
| Machinery and equipment related to production activities | 2,228.43 | 236.48 | - | 1,991.95 |
| Utensils, tools and furniture | 556.87 | 183.96 | - | 372.92 |
| total | 7,217.44 | 1,617.23 | - | 5,600.21 |

1. Houses and buildings

As of the date of signing of this prospectus, the Issuer and its subsidiaries do not own any buildings.

2. Lease property

As of the date of signing of this prospectus, the issuer and its subsidiaries have a total of 16 leased properties, specifically

Hesai ND AR 01024

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                           Prospectus

The situation is as follows:

| Serial number | The location of the lessee's property | | Lease Term | Leased Area | Lease Purpose |
|---|---|---|---|---|---|
| 1 | Issuer | Shanghai Fengyi Industrial Development Co., | Room 901-905, No. 499, Lane 1588, Zhuguang Road, Qingpu | August 1, 2019 - December 31, 2021 | 1,542.02 ÿ | Office |
| 2 | Issuer | Ltd. Shanghai Fengyi Industrial Development Co., | District, Shanghai Room 801, No. 499, Lane 1588, Zhuguang | August 1, 2020 - December 31, 2021 | 268.00 ÿ | Office |
| 3 | Issuer | Ltd. Shanghai Fengyi Industrial Development Co., | Road, Qingpu District, Shanghai Room 802, 803, No. 499, Lane | January 21, 2020 - December 31, 2021 | 464.75 ÿ | Office |
| 4 | Issuer | Ltd. Shanghai Fengyi Industrial Development Co., | 1588, Zhuguang Road, Qingpu District, Shanghai Room 807, | August 15, 2020 - December 31, 2021 | 267.88 ÿ | Office |
| 5 | Issuer | Ltd. Shanghai Fengyi Industrial Development Co., | No. 499, Lane 1588, Zhuguang Road, Qingpu District, | January 15, 2021 - December 31, 2021 | 178.36 ÿ | Office |
| 6 | Issuer | Ltd. Shanghai Fengyi Industrial Development Co., Ltd. Shanghai Fengyi Industrial Development Co., Ltd. | Shanghai Room 501, No. 499, Lane 1588, Zhuguang Road, Qingpu | January 1, 2020 - December 31, 2021 | 2,179.29 ÿ | Office |
| 7 | Issuer | Shanghai Yicheng Enterprise Management Co., Ltd. | District, Shanghai Room 201-209, No. 520, Building 2, Lane 1588, Zhuguang Road, Qingpu District, Shanghai 502ÿ503ÿ504ÿ 505ÿ506ÿ507ÿ Room 508, 509, 510, No. | July 1, 2018 - December 31, 2021 | 2,172.20 ÿ | Office |
| 8 | Issuer | Shanghai Yicheng Enterprise Management Co., Ltd. | 403, 404, Building 2, No. 520, Lane 1588, Zhuguang Road, Qingpu District, | November 15, 2018 - December 31, 2021 | 426.49 ÿ | Office |
| 9 | Issuer | Shanghai Yicheng Enterprise Management Co., | Shanghai Room 408, No. 520, Building 2, Lane 1588, Zhuguang Road, Qingpu District, Shanghai | April 1, 2020 - December 31, 2021 | 234.48 ÿ | Office |
| 10 | Issuer | Ltd. Shanghai International Automobile City Development Co., Ltd. | Room 403, Building 19, Lane 56, Antuo Road, Jiading District, Shanghai | April 16, 2018 - April 15, 2021 | 76.80 ÿ | Office |
| 11 | Issuer | Shanghai Zhichuang Guigu Technology Co., Ltd. | No. 468 Xinlai Road, Jiading District, Shanghai, the entire building No. 2, except the restaurant and the power distribution switch station, the east unit on the first and second floors of Building No. 4, and the entire | April 1, 2020 - March 31, 2021 | 12,549.83 ÿ | Office and production |
| 12 | Issuer | Shanghai Lezhiyu Technology Co., Ltd. | building No. 5, except the pump room. No. 438 Xinlai Road, Jiading District, Shanghai | September 1, 2020 - August 31, 2021 | 3,356.98 ÿ | Office and production |

Hesai ND AR 01025

Shanghai Hesai Technology Co., Ltd.                                    Prospectus

| Serial number | The location of the lessee's property | | Lease Term | Leased Area | Lease Purpose |
|---|---|---|---|---|---|
| | | 1st, 3rd, 4th, 5th and 6th floors of Building 4, No. | | | |
| 13 Issuer | Shanghai Lezhiyu Technology Co., Ltd. | 438 Xinlai Road, Jiading District, Shanghai 2nd and 4th floors of Building 3; 2nd floor of Building | July 1, 2020 - June 30, 2021 | 1,945.00 ÿ | Office and production |
| 14 | Hesai Trading | Shanghai Jiading Export Processing Zone Development Co., Ltd. | 4 3rd floor of Building 2, Block 1, No. 4500 Baoqian Road, Jiading District, Shanghai, Area C | May 1, 2020 - April 30, 2021 | 1,000.00 ÿ Office |
| 15 | Oxigra f, Inc. | RLD Family LP | 238 E.Caribbean Drive, Sunnyvale, CA 94089 | June 1, 2015 - May 31, 2023 | 5,500.00 square feet | Office and production |
| 16 | HESAI INC. | Stratton Family Trust | 425 Sherman Avenue, Suite 300, Palo Alto, CA 94306 | August 1, 2019 - July 31, 2021 | 1,827.00 square feet | Office |

As of the signing date of this prospectus, the issuer and its subsidiaries have leased a total of 16 houses.

Some of the leased properties have not been registered, and some lessors have failed to provide the corresponding property ownership certificates.

Defects such as defects in the lease certificate or sublease certificate, and the actual use of some leased houses is inconsistent with the planned use.

The above-mentioned defective leased properties are mainly used for office and production and have not caused significant impact on the issuer's operations.

Even if the leased properties cannot be used, the issuer can easily replace them with new ones.

The controlling shareholder and actual controller of the pedestrian have issued relevant commitments. If there are various legal issues related to the lease of real estate,

The defects caused the issuer and its holding subsidiaries to be required by relevant government authorities to reclaim their houses, be ordered to relocate,

Any form of punishment or legal liability, or the inability to rectify the defects of the house

The controlling shareholder and actual controller of the issuer will fully compensate the issuer for any losses or expenses incurred by continuing the lease.

Any losses, damages, claims, costs and

cost.

(II) Main intangible assets

1. Land use rights

As of September 30, 2020, the Issuer and its subsidiaries did not own any land use rights.

Hesai ND AR 01026

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

2. Trademark

(1) Domestic trademarks

As of September 30, 2020, the Issuer has a total of 40 Chinese trademarks that have obtained trademark registration certificates.

The specific circumstances are as follows:

| Serial number registrant registration number | pattern | Category | valid until | Get Way | Others right |
|---|---|---|---|---|---|
| 1 Issuer 29285821 | 禾赛 HESAI | 9 | 2030 February 6 | original Get | none |
| 2 Issuer 29286124 | 禾赛 | 9 | 2030 February 6 | original Get | none |
| 3 Issuer 29289569 | HESAI | 9 | 2030 February 6 | original Get | none |
| 4 Issuer 29292441 | 禾赛 | 9 | 2030 February 27 | original Get | none |
| 5 Issuer 42525675 | MISSION BEYOND VISION | 35 | 2030 August 6 | original Get the | none |
| 6 Issuer 22042424 | 禾赛 | 9 | 2028 January 13 | original Get | none |
| 7 Issuer 22042508 | HESAI | 9 | 2028 January 13 | original Get | none |
| 8 Issuer 22042789 | HESAI | 12 | 2028 January 13 | original Get | none |
| 9 Issuer 22042797 | | 12 | 2028 February 13 | original Get | none |
| 10 Issuer 22042859 | 禾赛 | 12 | 2028 January 13 | original Get | none |
| 11 Issuer 28749550 | Pandar GT | 12 | 2028 December 13 | original Get the | none |
| 12 Issuer 28756118 | Pandar GT | 9 | 2029 January 20 | original Get | none |
| 13 Issuer 29281598 | | 42 | 2029 February 27 | original Get | none |
| 14 Issuer 29282852 | 禾赛 HESAI | 37 | 2029 January 13 | original Get | none |
| 15 Issuer 29284005 | HESAI | 37 | 2029 January 20 | original Get | none |

Hesai ND AR 01027

Shanghai Hesai Technology Co., Ltd.      Prospectus

| Serial number registrant registration number | pattern | Category | valid until | Get Way | Others right |
|---|---|---|---|---|---|
| 16 Issuer 29284273 | 禾赛 | 35 | 2029 April 27 | original Get | none |
| 17 Issuer 29284294 | HESAI | 35 | 2029 February 20 | original Get | none |
| 18 Issuer 29284920 | 禾赛 HESAI | 38 | 2029 January 13 | original Get | none |
| 19 Issuer 29285236 | 禾赛 | 42 | 2029 January 13 | original Get | none |
| 20 Issuer 29285821A | 禾赛 HESAI | 9 | 2029 March 20 | original Get | none |
| 21 Issuer 29286124A | 禾赛 | 9 | 2029 March 20 | original Get | none |
| 22 Issuer 29286326 | 禾赛 HESAI | 42 | 2029 January 13 | original Get | none |
| 23 Issuer 29287924 | 禾赛 | 38 | 2029 January 13 | original Get | none |
| 24 Issuer 29288011 | | 9 | 2029 September 27 | original Get | none |
| 25 Issuer 29288057 | | 35 | 2029 April 20 | original Get | none |
| 26 Issuer 29288470 | | 37 | 2029 April 20 | original Get | none |
| 27 Issuer 29288514 | HESAI | 42 | 2029 January 13 | original Get | none |
| 28 Issuer 29289587 | HESAI | 9 | 2029 April 20 | original Get | none |
| 29 Issuer 29290347 | 禾赛 HESAI | 35 | 2029 April 20 | original Get | none |
| 30 Issuer 29291746 | 禾赛 | 37 | 2029 January 20 | original Get the | none |
| 31 Issuer 34929001 | 禾赛 | 35 | 2029 October 6 | original Get the | none |
| 32 Issuer 40684087 | PandarQT | 12 | 2030 May 6 | original Get the | none |
| 33 Issuer 40700502 | HESAI PandarQT | 12 | 2030 June 13 | original Get | none |

Hesai ND AR 01028

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                Prospectus

| Serial number registrant registration number | | | pattern | Category | valid until | Get Way | Others right |
|---|---|---|---|---|---|---|---|
| 34 | Issuer | 40702978 | **PandarQT** | 9 | 2030 May 6 | original Get the | none |
| 35 | Issuer | 41856734 | 禾赛贸易 | 37 | 2030 June 20 | original Get | none |
| 36 | Issuer | 42548128 | MISSION BEY⊖ND VISION | 41 | 2030 August 20 | original Get | none |
| 37 | Issuer | 42537234 | MISSION BEY⊖ND VISION | 16 | 2030 September 6 | original Get | none |
| 38 | Issuer | 42522588 | MISSION BEY⊖ND VISION | 41 | 2030 August 13 | original Get | none |
| 39 | Issuer | 42521174 | MISSION BEY⊖ND VISION | 35 | 2030 August 13 | original Get | none |
| 40 | Issuer | 42048600 | **HESAI** Pandar128 | 12 | 2030 August 20 | original Get | none |

(2) Overseas trademarks

As of September 30, 2020, the Issuer has a total of 5 trademarks outside China that have obtained trademark registration certificates.

Registered trademarks, the details are as follows:

| Serial number registrant registration number | | | trademark | kind Don't | Validity period | Get Way | Place of Registration | Others right |
|---|---|---|---|---|---|---|---|---|
| 1 | Issuer | 5817043 | **HESAI** | 9 | July 30, 2019 Date - July 2029 30 days (Initial period) | original Get | No | |
| 2 | Issuer | 017893453 | **HESAI** | 9 | April 30, 2018 April 2028 30 days | original Get | EU No | |
| 3 | Issuer | 5817044 | ⊖ | 9 | July 30, 2019 Date - July 2029 30 days (Initial period) | original Get | No | |
| 4 | Issuer | 017893457 | ⊖ | 9 | April 30, 2018 April 2028 30 days | original Get | EU No | |
| 5 | Issuer | 017893456 | pandar | 9 | April 30, 2018 April 2028 30 days | original Get | EU No | |

Hesai ND AR 01029

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

3. Patents

(1) Domestic patents

As of September 30, 2020, the Issuer has a total of 167 patents in China, of which 38 are

Invention patents, 88 utility model patents, and 41 design patents, the details are as follows:

| Serial number | right holder | Patent Name | Type | Patent Number | Get Original | Application date | efficient the term |
|---|---|---|---|---|---|---|---|
| 1 | Issuer | Weakly absorbing gases in complex environments Detection device and method | invention method Patented Get | 2015102756126 | | 2015 May 26 | 20 Year |
| 2 | Issuer | Indoor gas detection device and method | invention Patented Get | 2015107573193 | | 2015 November 9 | 20 Year |
| 3 | Issuer | Airborne gas telemetry system and method | invention Patented Get | 2015107573780 | original | 2015 November 10 | 20 Year |
| 4 | Issuer | Airborne indoor gas remote sensing system System and Method | invention Patented Get | 2015107573865 | original | 2015 November 10 | 20 Year |
| 5 | Issuer | Remote sensing device for indoor gas method | invention Patented Get | 2015107595347 | original | 2015 November 10 | 20 Year |
| 6 | Issuer's | gas remote sensing device and method | invention Patented Get | 2015108301035 | original | 2015 November 25 | 20 Year |
| 7 | Issuer | Flame based on PLIF technology Detection device and method | invention Patented Get | 2016106466663 | original | 2016 August 9 | 20 Year |
| 8 | Issuer | Wireless measurement based on spectroscopy technology Temperature device and method | invention Patented Get | 2016106472838 | original | 2016 August 9 | 20 Year |
| 9 | Issuer | Optical analysis device for gas and method | invention Patented Get | 2016106486597 | original | 2016 August 9 | 20 Year |
| 10 | Issuer | Remote sensing of gas leaks in buildings method | invention patent Get | 2016109791407 | original | 2016 November 8 | 20 Year |
| 11 | Issuer | Obstacle information acquisition method, Laser pulse emission method and Device | invention patent Get | 2017113032288 | original | 2017 December 8 | 20 Year |
| 12 | The Issuer's LiDAR and Its Working Method | | invention Patented Get | 2018100457034 | original | 2018 January 17 | 20 Year |
| 13 | The Issuer's LiDAR and Its Working Method | | invention patent Get | 2018100457547 | original | 2018 January 17 | 20 Year |
| 14 | Issuer | Vehicle-mounted detection equipment and its parameters Adjustment methods, media, probes Measurement system | invention patent Get | 2018100466461 | original | 2018 January 17 | 20 Year |
| 15 | Issuer | A distributed laser radar | invention Patented Get | 2018102921413 | original | 2018 April 3 | 20 Year |
| 16 | Issuer's | laser radar and its manufacturing method | invention patent Get | 2018103403869 | original | 2018 April 16 | 20 Year |
| 17 | Issuer | A coded laser transceiver Devices, distance measuring devices and lasers Radar System | invention patent Get | 2018106786904 | original | 2018 June 27 | 20 Year |
| 18 | Issuer | A non-uniform pulse energy Multi-beam LiDAR | invention Patent Acquisition | 2018106811785 | original | 2018 June 27 | 20 Year |
| 19 | Issuer | Optical Transmission Module, Laser Emission | Invention | 2018107047083 | Original | 2018 | 20 |

Hesai ND AR 01030

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Serial number | right holder | Patent Name | Type | Patent Number | Get Method and deadline | Application date | efficient |
|---|---|---|---|---|---|---|---|
| | | Modules, LiDAR systems and vehicle | patent | | Acquired on June 29 | | |
| 20 | Issuer | Wireless measurement based on spectroscopy technology Temperature method and device | invention Patented | 2018108008160 | original Get | 2016 August 9 | 20 Year |
| 21 | Issuer | A camera and laser radar Fusion System | invention patent | 2018112764921 | original Get | 2018 October 30 | 20 Year |
| 22 | Issuer | A laser radar Retract the bracket and laser mine Receiving device | invention patent | 2018113717241 | original Get | 2018 November 16 | 20 Year |
| 23 | Issuer | A method to reduce laser gas telemetry Methods and system | invention patent | 2019100979359 | original Get | 2019 January 31 | 20 Year |
| 24 | Issuer | LiDAR | invention patent | 2019101766415 | original Get | 2019 March 8 | 20 Year |
| 25 | Issuer | Laser radar echo processing method Method, ranging method and laser radar DA | invention patent | 2019102463778 | original Get | 2019 March 28 | 20 Year |
| 26 | Issuer | LiDAR | invention Patented | 2019102959839 | original Get | 2019 April 12 | 20 Year |
| 27 | Issuer | LiDAR | invention Patented | 2019102959877 | original Get | 2019 April 12 | 20 Year |
| 28 | Issuer | Laser radar transmission system and Control method thereof, laser radar | invention Patented | 2019103215563 | original Get | 2019 April 19 | 20 Year |
| 29 | Issuer | Laser radar laser transmitter LiDAR | invention Patented | 2019103323407 | original Get | 2019 April 23 | 20 Year |
| 30 | Issuer | LiDAR and its data processing method | invention Patented | 2019103414406 | original Get | 2019 April 25 | 20 Year |
| 31 | Issuer | LiDAR | invention patent | 2019103447522 | original Get | 2019 April 26 | 20 Year |
| 32 | Issuer | Laser radar receiving device, Lidar and its echo processing method | invention patent | 2019103472346 | original Get | 2019 April 26 | 20 Year |
| 33 | Issuer | How to calculate the angle of the drone and gas telemetry methods | invention Patented | 201611239905X | original Get | 2016 December 28 | 20 Year |
| 34 | Issuer | A laser radar | invention Patented | 201810291177X | original Get | 2018 April 3 | 20 Year |
| 35 | Issuer | Laser emitting device and tool Its laser radar | invention patent | 201910155692X | original Get | 2019 March 1 | 20 Year |
| 36 | Issuer | Noise available for LiDAR Identification method and laser radar system | invention patent | 201910322878X | original Get | 2019 April 22 | 20 Year |
| 37 | Issuer | Two-dimensional scanning device and its driver method | invention Patented | 201910367254X | original Get | 2019 April 30 | 20 Year |
| 38 | The issuer's laser | radar and its transmitting device | invention Patented | 201910758323X | original Get | 2019 August 16 | 20 Year |
| 39 | Issuer | simultaneous detection of particulate matter and gas Device | Utility Model Type Patent | 2015203481910 | original Get | 2015 May 26 | 10 Year |

Hesai ND AR 01031

Shanghai Hesai Technology Co., Ltd. | Prospectus

| Serial number | right holder | Patent Name | Type | Patent Number | Get | Application date | efficient the term |
|---|---|---|---|---|---|---|---|
| 40 | Issuer | Airborne following device and airborne Gas Telemetry System | Utility Model Patent | 2015208880758 | method Get | 2015 November 10 | 10 Year |
| 41 | Remote sensing device for indoor gas of the issuer | | utility model Patent | 2015208881125 | original Get | 2015 November 10 | 10 Year |
| 42 | Issuer's indoor gas detection device | | utility model Patent | 2015208881604 | original Get | 2015 November 9 | 10 Year |
| 43 | Issuer's new particle sensor | | utility model Patented | 2015208881712 | original Get | 2015 November 10 | 10 Year |
| 44 | Issuer | all-round detection of indoor gas Device | Utility Model Patented | 2015208881892 | original Get | 2015 November 10 | 10 Year |
| 45 | Issuer | airborne positioning device and airborne gas remote sensing system | Utility Model Patent | 2015208883313 Indoor | original Get | 2015 November 10 | 10 Year |
| 46 | Issuer Separate Gas Remote Sensing Device | | utility model Patent | 2015208883826 | original Get | 2015 November 9 | 10 Year |
| 47 | Issuer's indoor gas remote sensing device | | Utility Model Patent | 2015208901576 | original Get | 2015 November 10 | 10 Year |
| 48 | Issuer Particle Sensor | | utility model Patent | 2015208902884 | original Get | 2015 November 9 | 10 Year |
| 49 | Issuer Gas Telemetry Device | | utility model Patent | 2015209504422 | original Get | 2015 November 25 | 10 Year |
| 50 | Issuer White Pool Regulator | | Utility Model Patented | 2016208541522 | original Get | 2016 August 9 | 10 Year |
| 51 | Issuer | GPS-free drone Surface positioning device and gas telemetry system | Utility Model Patented | 2016208546530 | original Get | August 2016 9 days | 10 Year |
| 52 | Issuer | Flame based on PLIF technology Detection device | Utility Model Patent | 2016208555775 | original Get | 2016 August 9 | 10 Year |
| 53 | Issuer Space Gas Scanning Device | | Utility Model Patented | 2016208557944 | original Get | 2016 August 9 | 10 Year |
| 54 | Issuer | gas flow detection system with window Body telemetry device | Utility Model Patented | 2016208558203 | original Get | 2016 August 9 | 10 Year |
| 55 | Issuer | wireless measurement based on spectral technology Temperature device | Utility Model Patented gas | 2016208559193 | original Get | 2016 August 9 | 10 Year |
| 56 | Issuer | concentration multidimensional distribution detection Measuring device | Utility Model Patented | 2016208581271 | original Get | 2016 August 9 | 10 Year |
| 57 | Issuer | unmanned aerial vehicle with self-positioning function Machine and gas telemetry system | Utility Model Patent | 2016208581727 | original Get | 2016 August 9 | 10 Year |
| 58 | Issuer's new photoelectric rangefinder | | utility model The patented | 2016212016151 | original Get | 2016 November 8 | 10 Year |
| 59 | Issuer | model has the function of road condition detection Functional Vehicle | Utility Model Patented | 2016212016715 | original Get | 2016 November 8 | 10 Year |
| 60 | Issuer | automatic window cleaning function Gas detection device | Utility Model Patented | 2016212016734 | original Get | 2016 November 8 | 10 Year |
| 61 | Issuer | low voltage shutdown function Switching circuit | Utility Model Patented | 2016212026007 | original Get | 2016 November 8 | 10 Year |
| 62 | Issuer | particle detection function Laser ranging device and vehicle | Utility Model Type Patent | 2016212026026 | original Get | 2016 November 8 | 10 Year |

Hesai ND AR 01032

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Serial number | right holder | Patent Name | Type | Patent Number | Get Original | Application date | efficient the term |
|---|---|---|---|---|---|---|---|
| 63 | Issuer | With accurate height measuring device Human Machine | Utility Model Patented | 2016212029378 | method Get | 2016 November 8 | 10 Year |
| 64 | Issuer | vehicle-mounted multi-line laser radar and vehicle Vehicle | Utility Model Patent | 2016212029537 | original Get | 2016 November 8 | 10 Year |
| 65 | Issuer | Quasi-solid-state single-line laser radar | utility model Patent | 2016212051494 | original Get | 2016 November 8 | 10 Year |
| 66 | Issuer's | plumb-keeping device | utility model Patented | 2016212052410 | original Get | 2016 November 8 | 10 Year |
| 67 | Issuer | absorption and imaging technology Gas remote sensing device | Utility Model Patent | 2017206564261 | original Get | 2017 June 7 | 10 Year |
| 68 | Issuer | New Herriot Pool wireless | utility model Patented | 2017206564295 | original Get | 2017 June 7 | 10 Year |
| 69 | Issuer | communication device and laser radar The patent | Utility Model | 2017206564331 | original Get | 2017 June 7 | 10 Year |
| 70 | Issuer | is based on multiple non-uniformly distributed Laser radar | Utility Model Patented | 2017207138007 | original Get | 2017 June 19 | 10 Year |
| 71 | Issuer | multi-line excitation based on motor top Lidar | Utility Model The patent | 2017207138011 | original Get | 2017 June 19 | 10 Year |
| 72 | Issuer | is based on array laser and probe line laser radar for the detector | Utility Model Patented | 2017207138971 Multi- | original Get | 2017 June 19 | 10 Year |
| 73 | Issuer | rotating mirror-based LiDAR system System | Utility Model Patented | 2017213252620 | original Get | 2017 October 16 | 10 Year |
| 74 | Issuer | two-dimensional MEMS scanning mirror LiDAR system | Utility Model Patented laser | 2017213253233 | original Get | 2017 October 16 | 10 Year |
| 75 | Issuer | based on two-dimensional scanning galvanometer Lidar System | Utility Model Patented | 2017213253500 | original Get | 2017 October 16 | 10 Year |
| 76 | Issuer | light source module and multi-beam laser Radar | Utility Model Patent | 2018200899285 | original Get | 2018 January 19 | 10 Year |
| 77 | Issuer | Printed Circuit Board | utility model Patented | 2018200975344 | original Get | 2018 January 19 | 10 Year |
| 78 | Issuer | scanning device and laser radar system System | Utility Model Patent | 2018201303109 | original Get | 2018 January 25 | 10 Year |
| 79 | The issuer has a patent for a laser radar heat dissipation structure, a | | utility model | 2018204635680 | original Get | 2018 April 3 | 10 Year |
| 80 | Issuer | laser radar with an internal air duct. Light Radar | Utility Model Patent | 2018204645466 | original Get | 2018 April 3 | 10 Year |
| 81 | Issuer | for a laser radar Receiving system | Utility Model Patent | 2018208813333 | original Get | 2018 June 8 | 10 Year |
| 82 | The issuer's patent utility model for a laser radar | receiving | utility model | 2018208813348 | original Get | 2018 June 8 | 10 Year |
| 83 | The issuer's patent utility model for a laser radar | rotating | device | 2018208813723 | original Get | 2018 June 8 | 10 Year |
| 84 | The issuer's patent utility model for a laser | emitting device | device | 2018208813761 | original Get | 2018 June 8 | 10 Year |
| 85 | Issuer | A laser radar | bracket Patented | 2018208813780 | original Get | 2018 June 8 | 10 Year |
| 86 | Issuer | wireless power transmission device and its Laser radar with this device | Utility Model Type Patent | 2018208813884 | original Get | 2018 June 8 | 10 Year |

Hesai ND AR 01033

Shanghai Hesai Technology Co., Ltd.      Prospectus

| Serial number right holder | Patent Name | Type | Patent Number | Get Original | Application date | efficient the term |
|---|---|---|---|---|---|---|
| 87 Issuer | A laser radar | Utility Model Patented | 2018208813973 | method Get | 2018 June 8 | 10 Year |
| 88 Issuer | laser with light-shielding function Light radar device | Utility Model Patented | 2018208814092 | original Get | 2018 June 8 | 10 Year |
| 89 Issuer | mechanical rotating laser mine DA | Utility Model Patent | 2018208824164 | original Get | 2018 June 8 | 10 Year |
| 90 Issuer | A laser radar device | utility model Patent | 2018208873974 | original Get | 2018 June 8 | 10 Year |
| 91 The issuer has a patent for a laser radar heat dissipation | | utility model | 2018209139795 | original Get | 2018 June 13 | 10 Year |
| 92 Issuer | device. Fiber fixing device | Utility Model Patent | 2018209140260 | original Get | 2018 June 13 | 10 Year |
| 93 Issuer | A laser emission system | utility model Patent | 2018209144755 | original Get | 2018 June 13 | 10 Year |
| 94 Issuer | A laser radar | Utility Model Patented | 2018209145245 | original Get | 2018 June 13 | 10 Year |
| 95 Issuer | large-field short-range laser radar Reach and vehicles | Utility Model Patent | 2018210090652 | original Get | 2018 June 27 | 10 Year |
| 96 Issuer | LiDAR System | utility model Patent | 2018210174963 | original Get | 2018 June 29 | 10 Year |
| 97 Issuer | Scanning mirror | Utility Model Patent | 2018210287834 | original Get | 2018 June 29 | 10 Year |
| 98 Issuer | LiDAR System | utility model Patented | 2018210287849 | original Get | 2018 June 29 | 10 Year |
| 99 Issuer | camera system parameter standard Fixed device | Utility Model Patent | 2018211078925 | original Get | 2018 July 13 | 10 Year |
| 100 Issuer | A distance measuring device | utility model Patent | 2018211659425 | original Get | 2018 July 23 | 10 Year |
| 101 Issuer | for laser gas detector Data management terminal and its system | Utility Model Patent: | 2018213267283 | original Get | 2018 August 16 | 10 Year |
| 102 Issuer | A transparent laser radar Mirror assembly and LiDAR | Utility Model Patent: | 2018213949066 | original Get | 2018 August 28 | 10 Year |
| 103 Issuer | A transparent laser radar Mirror Group | Utility Model Patented | 2018213956394 | original Get | 2018 August 28 | 10 Year |
| 104 Issuer | laser radar heat dissipation device and LiDAR | Utility Model Patent | 2018214153491 | original Get | 2018 August 30 | 10 Year |
| 105 Issuer | LiDAR System | utility model Patented | 2018214154206 | original Get | 2018 August 30 | 10 Year |
| 106 Issuer | shading component with shading structure Lens group and laser radar | Utility Model Patented | 2018214342347 | original Get | 2018 September 3 | 10 Year |
| 107 Issuer | transmitter, receiver and LiDAR | Utility Model Patented | 2018214342366 | original Get | 2018 September 3 | 10 Year |
| 108 Issuer | PTZ telemetry device and PTZ Gas Laser Telemetry System | Utility Model Patented | 2018215013421 | original Get | 2018 September 13 | 10 Year |
| 109 Issuer | type of laser radar Thermal devices and LiDAR | Utility Model Patent | 2018215450480 | original Get | 2018 September 20 | 10 Year |
| 110 Issuer | Laser Gas Remote Detector | utility model Type Patent | 2018215480999 | original Get | 2018 September 21 | 10 Year |

Hesai ND AR 01034

Shanghai Hesai Technology Co., Ltd.                                                          Prospectus

| Serial number | right holder | Patent Name | Type | Patent Number | Get Original | Application date | efficient the term |
|---|---|---|---|---|---|---|---|
| 111 | Issuer | Laser Gas Remote Detector | Utility Model Patent | 2018215627546 | method Get | 2018 September 21 | 10 Year |
| 112 | Issuer | Laser Gas Detection Device | utility model Patent | 2018216629801 | original Get | 2018 October 12 | 10 Year |
| 113 | Issuer | for a laser radar Receiving circuit, receiving device and LiDAR | Utility Model Patented | 2018216777339 | original Get | 2018 October 16 | 10 Year |
| 114 | Issuer | LiDAR | Utility Model Patent | 2019202987938 | original Get | 2019 March 8 | 10 Year |
| 115 | Issuer | LiDAR | utility model Patent | 2019202988593 | original Get | 2019 March 8 | 10 Year |
| 116 | Issuer | LiDAR | Utility Model Patent | 2019204964061 | original Get | 2019 April 12 | 10 Year |
| 117 | Issuer | LiDAR | utility model Patent | 2019204964080 | original Get | 2019 April 12 | 10 Year |
| 118 | Issuer | Radiator and LiDAR | utility model Patent | 2019213222997 | original Get | 2019 August 13 | 10 Year |
| 119 | Issuer | LiDAR | utility model Patented | 2019221809885 | original Get | 2019 December 9 | 10 Year |
| 120 | Issuer | Gas Spectroscopy Technology Analysis device | Utility Model Patent | 201620855786X | original Get | 2016 August 9 | 10 Year |
| 121 | Issuer | light source | utility model Patent | 201620858138X | original Get | 2016 August 9 | 10 Year |
| 122 | Issuer | new laser radar cover | Utility Model patent | 201621205116X | original Get | 2016 November 8 | 10 Year |
| 123 | Issuer | based on digital micromirror array Detector Imaging LiDAR | Utility Model Patent | 201720656395X | original Get | 2017 June 7 | 10 Year |
| 124 | Issuer | Vertical Torque Measuring Device | utility model Patent | 201720714492X | original Get | 2017 June 19 | 10 Year |
| 125 | Issuer | A beam scanning device | Utility Model Patent | 201820325905X | original Get | 2018 March 9 | 10 Year |
| 126 | Issuer | A laser radar circuit board bracket | Utility Model Patented | 201820881475X RF | original Get | 2018 June 8 | 10 Year |
| 127 | Issuer | LiDAR | appearance design Patented | 2019305971439 | original Get | 2019 October 31 | 10 Year |
| 128 | Issuer | LiDAR | appearance design Patented | 2020300148842 | original Get | 2020 January 9 | 10 Year |
| 129 | Issuer | LiDAR | appearance design Patented | 2020300340866 | original Get | 2020 January 17 | 10 Year |
| 130 | Issuer | Night Light | appearance design Patented | 2020300722678 | original Get | 2020 March 6 | 10 Year |
| 131 | Issuer | USB flash drive | appearance design Patented | 2020300738036 | original Get | 2020 March 6 | 10 Year |
| 132 | Issuer | LiDAR (1) | appearance design Patented | 2020300769157 | original Get | 2020 March 10 | 10 Year |
| 133 | Issuer | LiDAR (2) | appearance design Patent | 2020300789610 | original Get | 2020 March 11 | 10 Year |

Hesai ND AR 01035

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

| Serial number | right holder | Patent Name | Type | Patent Number | Get | Application date | efficient |
|---|---|---|---|---|---|---|---|
| | | | | | Original | | the term |
| 134 | Issuer | LiDAR (3) | Appearance Patented | 2020300818064 | method Get | 2020 March 12 | 10 Year |
| 135 | Issuer | LiDAR (7) | appearance design Patented | 2020301029319 | original Get | 2020 March 24 | 10 Year |
| 136 | Issuer | LiDAR (6) | appearance design Patented | 2020301031751 | original Get | 2020 March 24 | 10 Year |
| 137 | Issuer | LiDAR (5) | appearance design Patented | 2020301031910 | original Get | 2020 March 24 | 10 Year |
| 138 | Issuer | Speakers | appearance design Patented | 202030067882X | original Get | 2020 March 3 | 10 Year |
| 139 | Issuer | LiDAR (4) | appearance design Patented | 202030103193X | original Get | 2020 March 24 | 10 Year |
| 140 | Issuer | Airborne Telemetry | appearance design Patented | 2016305268562 | original Get | 2016 October 26 | 10 Year |
| 141 | Issuer | Handheld Telemeter | appearance design Patented | 2016305318487 | original Get | 2016 October 27 | 10 Year |
| 142 | Issuer | Vehicle-mounted LiDAR | appearance design Patented | 2016305349682 | original Get | 2016 October 28 | 10 Year |
| 143 | Issuer's | vehicle-mounted laser radar | appearance design Patented | 2017302516885 | original Get | 2017 June 19 | 10 Year |
| 144 | Issuer | Autonomous Driving Perception Sensor | appearance design Patented | 2017306690236 | original Get | 2017 December 26 | 10 Year |
| 145 | Issuer | LiDAR | appearance design Patented | 2018302768876 | original Get | 2018 June 5 | 10 Year |
| 146 | Issuer | Rotor | appearance design Patented | 2018302861057 | original Get | 2018 June 8 | 10 Year |
| 147 | Issuer | LiDAR | appearance design Patented | 2018302861108 | original Get | 2018 June 8 | 10 Year |
| 148 | Issuer | Bracket | appearance design Patented | 2018302861184 | original Get | 2018 June 8 | 10 Year |
| 149 | Issuer | Bracket | appearance design Patented | 2018302861199 | original Get | 2018 June 8 | 10 Year |
| 150 | Issuer | Lens module | appearance design Patented | 2018302861216 | original Get | 2018 June 8 | 10 Year |
| 151 | Issuer | LiDAR | appearance design Patented | 2018302865753 | original Get | 2018 June 8 | 10 Year |
| 152 | Issuer | LiDAR | appearance design Patented | 2018302868003 | original Get | 2018 June 8 | 10 Year |
| 153 | Issuer | LiDAR | appearance design Patented | 2018304289753 | original Get | 2018 August 6 | 10 Year |
| 154 | Issuer | LiDAR | appearance design Patented | 2018304289999 | original Get | 2018 August 6 | 10 Year |
| 155 | Issuer | graphics for mobile devices User Interface | Appearance | 2018304548870 | original Get | 2018 August 16 | 10 Year |
| 156 | Issuer | Autonomous Driving Perception Sensor | appearance design Patented | 2018306155804 | original Get | 2018 November 1 | 10 Year |
| 157 | Issuer | LiDAR | appearance design Patent | 2018306187843 | original Get | 2018 November 2 | 10 Year |

Hesai ND AR 01036

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Serial number | right holder | Patent Name | Type | Patent Number | Get Original | Application date | efficient the term |
|---|---|---|---|---|---|---|---|
| 158 | Issuer | Gas remote detector | Appearance Patented | 2018306471869 | Get method | 2018 November 15 | 10 Year |
| 159 | Issuer | LiDAR | appearance design Patented | 2018306988822 | original Get | 2018 December 5 | 10 Year |
| 160 | Issuer | Gas remote detector | appearance design Patented | 2019301851372 | original Get | 2018 November 15 | 10 Year |
| 161 | Issuer | LiDAR | appearance design Patented | 2019302893654 | original Get | 2019 June 5 | 10 Year |
| 162 | Issuer | LiDAR | appearance design Patented | 2019304410348 | original Get | 2019 August 14 | 10 Year |
| 163 | Issuer | Bracket | appearance design Patented | 201830286117X | original Get | 2018 June 8 | 10 Year |
| 164 | Issuer | LiDAR | appearance design Patented | 201830618816X | original Get | 2018 November 2 | 10 Year |
| 165 | Issuer | Headphones Cover | appearance design Patented | 2020300698541 | original Get | 2020 March 4 | 10 Year |
| 166 | Issuer | USB flash drive (1) | appearance design Patented | 2020301705275 | original Get | 2020 April 23 | 10 Year |
| 167 | Issuer | LiDAR | appearance design Patent | 2020301722158 | original Get | 2020 April 23 | 10 Year |

Note: According to the Litigation Settlement and Patent Cross-License Agreement, Hesai Technology and Velodyne agree to cross-license the two parties now and

For all future patents, the Litigation Settlement and Patent Cross-License Agreement will be valid until February 26, 2030.

Except for the aforementioned cross-licensing, as of September 30, 2020, the Issuer and its subsidiaries have no patents in China.

Pledge and other rights.

(2) Overseas patents

As of September 30, 2020, the Issuer and its subsidiaries own a total of 10 patents outside of China.

The details are as follows:

| Sequence Number | | Patent Name of the Right Holder | Patent Number | Application Date | Get Original | Validity | Country |
|---|---|---|---|---|---|---|---|
| 1 | Issuer | Lidar System and Method | 10,473,767 | 2018 June 18 | method Get the | 20 years in the | United States |
| 2 | Issuer | Lidar System and Method | 10,429,495 | 2018 September 6 | original Get the | 20 years in the | United States |
| 3 | Issuer | Lidar System and Method | 10,444,356 | 2018 October 16 | original Get the | 20 years in the | United States |
| 4 | Issuer | Lidar Systems and Methods | 10,295,656 | 2018 October 25 | original Get the | 20 years in the | United States |
| 5 | Issuer | Adaptive Coding for Lidar Systems | 10,466,342 | 2018 October 30 | original Get the | 20 years in the | United States |
| 6 | Issuer | Laser System for Lidar | 10,509,112 | 2019 April 30 | original Get | 20 years in the | United States |
| 7 | Issuer | Scanner Control For | 10,571,552 | 2019 | Original | 20 Years | USA |

Hesai ND AR 01037

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

| sequence Number | | Patent Name | of the Right Holder | Patent Number | Application Date | Get Method obtained on June 18 | Validity | Country |
|---|---|---|---|---|---|---|---|---|
| | | | Lidar Systems | | | | | |
| 8 | Issuer | | Adaptive Coding for Lidar Systems | 10,620,302 | 2019 August 13 | original Acquire | 20 years in the | United States |
| 9 | Issuer | | Sensor for Obstacle detection | DE10 2004 014 041.3 | 2004 March 19 | succession Get the | 20 years in | Germany |
| 10 | Oxigraf, Inc. | | Oxygen Sensor for Tank Safety | 8,667,977 | 2012 March 5 | original Get | 20 years in the | United States |

Note: (1) According to the Litigation Settlement and Patent Cross-License Agreement, Hesai Technology and Velodyne agreed to cross-license the two parties' existing

The Litigation Settlement and Patent Cross-License Agreement will be effective until February 26, 2030 for all current and future patents;

(2) According to the legal opinion issued by a foreign lawyer, the inventors Martin Spies and Johann Spies only used the

The German patent held by Hesai Technology (patent number: DE10 2004 014 041.3) is authorized to be used within the scope of this license.

In addition, as of September 30, 2020, the issuer and its subsidiaries had not set up any other rights such as pledge for their patents outside China.

4. Domain Name

As of September 30, 2020, the Issuer has a total of 4 registered domain names, the details of which are as follows:

| sequence Number | Holder | domain name | Website Registration Number | Registration Date | Expiration Date | Get Way | Others right |
|---|---|---|---|---|---|---|---|
| 1 | Issuer | hesaitech.com.cn | Shanghai ICP No.15056851-1 | 2014 October 9 | 2025 October 9 | original Get the | none |
| 2 | Issuer | hesaitech.net | Shanghai ICP No.15056851-1 | 2014 October 9 | 2025 October 9 | original Get the | none |
| 3 | Issuer | hesaitech.com | Shanghai ICP No.15056851-2 | 2014 October 2 | 2027 October 2 | original Get the | none |
| 4 | Issuer | hesaitech.cn | Shanghai ICP No.15056851-1 | 2014 October 9 | 2025 October 9 | original Get | none |

5. Computer software copyright

As of September 30, 2020, the Issuer has a total of 8 registered computer software copyrights, including

The situation is as follows:

| sequence Number | Software Title | book authority | right scope | Development completion date/ Get time | First release Table date | Valid until End | Registration Number | Get Way | Others right |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Radar assembly system Software V1.0.6 | Issuer | all right | 2017 May 10 | Unpublished | date 2067 December 31 | 2020SR0438086 | original Get | none |
| 2 | Radar Program Interface Automated Verification Software V2.1 | Issuer | all right | 2019 September 30 | Unpublished | 2069 December 31 | 2020SR0267720 | original Get | none |
| 3 | Radar application layer Information communication software V1.0 | Issuer | all right | 2019 October 31 | Unpublished | 2069 December 31 | 2020SR0267725 | original Get | none |
| 4 | Radar temperature cycle test System software V1.0 | Issuer | all right | 2019 September 10 | Unpublished | 2069 December 31 | 2020SR0122204 | original Get | none |

Hesai ND AR 01038

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| sequence Number | Software Title | book authority | right scope | Development completion date/ Get time | First release Table date | Valid until End | Registration Number | Get Way | Others right |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Hesai HS4000 Monitor Control software | Issuer | all right | 2018 July 1 | Unpublished | date 2068 December 31 | 2018SR1016832 | original Get | none |
| 6 | V1.0 Hesai LiDAR Point cloud display application Software V1.0 | Issuer | all right | 2016 January 25 | Unpublished | 2066 December 31 | 2016SR394842 | original Get | none |
| 7 | Hesai Portable PM2.5 Monitoring Network Network Application Software V1.0 | Issuer | all right | 2015 June 30 | Unpublished | 2065 December 31 | 2016SR136143 | original Get | none |
| 8 | Hesai Laser Telemetry Equipment control software V1.0 | Issuer | all right | 2015 September 22 | Unpublished | 2065 December 31 | 2016SR115462 | original Get | none |

Note: According to the "Computer Software Protection Regulations", the software copyright of a legal person or other organization is protected for 50 years.

Years, ending on December 31 of the 50th year after the software was first published, but if the software is not published within 50 years from the date of completion of development

The "Computer Software Protection Regulations" no longer protects.

As of September 30, 2020, the Issuer's main fixed assets, intangible assets and other resources must be

There are no major defects, disputes or potential disputes in the material, nor are there any material adverse effects on the issuer's continued operations.

The situation of sound.

## VI. The Issuer's Core Technology and R&D Status

### 1. Core technology

#### 1. Main core technologies

##### (1) LiDAR core technology



Figure Logic block diagram of the main core technologies of LiDAR

The company develops mechanical

Rotating laser radar, semi-solid laser radar based on micro-vibration mirror solution and rotating mirror solution, and

Hesai ND AR 01039

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Solid-state LiDAR with sub-scanning solution to meet the differentiated demands of LiDAR in different application scenarios.

At the same time, the company is actively developing FMCW lidar technology to prepare for the launch of this solution product in the future.

In addition, general product design technology, general mass production technology, and algorithm technology are the company's product design and development,

Iterative optimization and functional expansion are jointly supported.

| Technology Category Name | | | Application and contribution in the main business and main products The authorized | Patents or other technical protection measures | Maturity | Technology source |
|---|---|---|---|---|---|---|
| LiDAR complete machine and core components | ToF Ranging | Overall rotation scheme | patents and patents in the application in this direction the key technologies in the overall architecture, integration, and working mode of the overall rotating laser radar, which are the core technologies of the existing main products and the main contribution of the main business. The authorized patents and patents in the application in this | 8 patents have been obtained (including 3 overseas patents), 83 patents are being applied for, including 10 PCT patent applications | Mature and stable | Independent research and development |
| | | Micro-mirror solution | direction involve the key technologies in the overall architecture, integration, and working mode of the micro-vibration mirror laser radar and its core component, the micro-vibration mirror. Some of the technologies are applied to the existing main products and are the core technologies of the existing main products. In addition, some technologies are used as technical reserves for future products. The authorized patents and patents in the application in this direction involve the key technologies in the overall | 11 patents have been obtained (including 4 overseas patents), 86 patents are being applied for, including 19 PCT patent applications | Mature and stable | |
| | | Rotating mirror solution | architecture, integration, and working mode of the rotating mirror laser radar, which are the core technologies of the existing main products. The authorized patents and patents in the application in this direction involve the key technologies in the overall architecture, integration, and working mode of the | 16 patents are being applied for, including 1 PCT patent application | Partially mature | |
| | | Electronic scanning solutions | electronic scanning related laser radar. The technology in this direction is mainly used as a technical reserve for future products. The patents in the application in this direction involve the key technologies in the overall architecture, integration, and working mode of the FMCW laser radar and its core component, the linear frequency | 1 patent has been obtained, 8 patents are being applied for, including 2 PCT patent applications | Development Phase | |
| | Coherent ranging | FMCW Solution | modulated narrow linewidth laser. The technology in this direction is mainly used as a technical reserve for future products. The patents in this application involve key technologies in the laser radar emission driver chip and analog front-end chip. Some of these technologies are applied to existing major products and are the core technologies of existing major products and the main | 11 patents are pending, including 1 PCT patent application | Development Phase | |
| Chips and optoelectronic devices | | Self-developed LiDAR chip | contribution to the main business. In addition, some of these technologies are used as technical reserves for future products. The patents in this application involve monolithic integrated detectors, front-end circuits, waveforms, etc. | 19 patents pending, including 2 PCT patent applications | Partially mature | Independent research and development |
| | | Self-developed laser | | 6 patents are being applied for, including 1 PCT patent application | Development Phase | |

Hesai ND AR 01040

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

| Technology Category Name | | The key technologies in the digitization of application and contribution of waveform | Patents or other technical protection measures | Maturity | Technology source |
|---|---|---|---|---|---|
| | radar SoC chip self- developed | algorithm processing in the main business and main products are mainly used as technical reserves for future products. | item | | |
| | optoelectronic devices and micro-optical processes | The authorized patents and patents under application in this direction involve key technologies in new optoelectronic devices. The technologies in this direction mainly serve as technical reserves for future products. | 1 patent has been obtained (including 1 overseas patent), 17 patents are being applied for, including 2 PCT patent applications | Development Phase | |
| Common core technology for LiDAR product design | Hardware system design | The authorized patents and patents in the process of application obtained in this direction involve the key technologies of the laser radar's transmitting and receiving circuit systems, which are the core technologies of the existing main products and the main contribution to the main business. The | 3 patents have been obtained (including 2 overseas patents), 37 patents are being applied for, including 4 PCT patent applications 3 patents have been obtained | Mature and stable | |
| | Coding anti- interference technology | authorized patents and patents in the process of application obtained in this direction involve the key technologies of laser radar anti-crosstalk, which are the core technologies of the existing main products and the main contribution to the main business. The | (including 2 overseas patents), 12 patents are being applied for, including 3 PCT patent applications | Mature and stable | |
| | Close range enhancement technology | authorized patents and patents in the process of application obtained in this direction involve the key technologies of the proximity enhancement of non-coaxial mechanical laser radar for transmission and reception, which are the core technologies of the existing main products and the main contribution to the | 1 patent has been obtained, 18 patents are being applied for, including 5 PCT patent applications | Mature and stable | |
| | Waveform processing algorithms | main business. The authorized patents and patents in the process of application obtained in this direction involve the key technologies of laser radar waveform processing and digital signal processing, which are the core technologies of the existing main products and the main contribution to the main business. The | 3 patents have been obtained, 24 patents are being applied for, including 4 PCT patent applications | Mature and stable | Independent research and development |
| | Advanced Process Physical Design | authorized patents and patents in the process of application obtained in this direction involve the key technologies of process design, heat dissipation design, micro-structure design, and shockproof of laser radar dynamic balancing mechanical components, which are the core technologies of the existing main products and the main contribution to the main business. The | 6 patents have been obtained (including 2 overseas patents), 77 patents are being applied for, including 8 PCT patent applications | Mature and stable | |
| | Non-uniform distribution technology of wire harness | authorized patents and patents in the process of application obtained in this direction involve the key technologies of mechanical laser radar non-uniform distribution of wire harness to improve resolution, which are the core technologies of the existing main products and the main contribution to the main business. The patents | 7 patents have been obtained (including 3 overseas patents), 30 patents are being applied for, including 6 PCT patent applications | Mature and stable | |
| | Functional safety, cyber security and automotive design | applied in this direction involve key technologies in LiDAR fault diagnosis, reliability, electromagnetic compatibility, and environmental adaptability. Some of these technologies are applied to existing major products and are the core technologies of existing major products and the main contribution to the main business. In addition, some of these technologies are used as future products. | 14 patents are being applied for, including 1 PCT patent application | Partially mature | |

Hesai ND AR 01041

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

| Technology Category Name | | The application and contribution of the products in the main business and main | Patents or other technical protection measures | Maturity | Technology Source |
|---|---|---|---|---|---|
| | products are calculated. | | | | |
| Perception algorithm, multi-sensor fusion technology | | The authorized patents and patents in application in this direction involve key technologies in laser radar perception algorithms, multi-sensor fusion system design such as laser radar and camera, and fusion algorithms. Some technologies are applied to existing major products and are the core technologies of existing major products. In addition, some technologies are used as technical reserves for future products. The patents in application in this direction involve key | 1 patent has been obtained, 15 patents are being applied for, including 3 PCT patent applications | Partially mature | Independent research and development |
| Automatic calibration, assembly and mass production testing | | technologies in laser radar calibration methods, calibration devices, automatic assembly and adjustment, testing methods, and devices, which are the core technologies supporting the mass production of existing major products and the main contribution to the main business. | 11 patents pending | Partially mature | Independent research and development |

(2) Core technology of laser gas sensor

| Technology Category Name | Application and contribution in the main business and main products The authorized | Patents or other technical protection measures | Maturity | Technology Source |
|---|---|---|---|---|
| Laser gas sensor | patents and patents under application in this direction involve core technologies such as laser gas sensor overall design, working mode, and detection algorithm. They are the core technologies of existing products and the main contribution to the main business. | 13 patents have been obtained, 29 patents are being applied for, including 6 PCT patent applications | Mature and stable | Independent research and development |

2. The issuer's technological advancement and specific characteristics

The company's technological advancement is reflected in the laser radar complete system, chip research results, laser radar communication

Technology research results, laser gas sensor technology research results, etc.

(1) LiDAR system

LiDAR products can be evaluated and

Compare.

Explicit parameters refer to the information listed in the product parameter table, mainly including distance measurement capability, minimum measurement distance,

Field of view angle, angular resolution, ranging accuracy, point frequency, power consumption, integration (volume and weight), etc.

These parameters are the basic comparison items of LiDAR.

For a comparison of the parameters of the PandarXT range lidar and similar competing products, please refer to Section 2 of this prospectus.

Overview of the Issuer's Technology Advancement, Model Innovation, R&D Technology Industrialization and Future Development

Development Strategy", "(I) Technological Advancement".

Hesai ND AR 01042

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

Other performance indicators refer to the detection performance that is of concern in the actual use of LiDAR, such as noise,

missing points, reflectivity information, actual point cloud density of vehicles and pedestrians, etc. Compared with the parameter table information, these performance

The measurement is more complex, and there is a lack of a unified benchmark for comparison, and the public data available for reference is limited.

In June, the Core Research for Evolutionary Science and Technology (JST) of the Japan Science and Technology Agency

Technology (CREST) and Japan's Open Innovation Platform with Enterprises,

The LiDAR Evaluation Group (supported by the Research Institute and Academia (OPERA)

Since the agency was unable to purchase the company's latest product, Pandar128, on the open market, only

Pandar64, as the company's highest performance lidar, published a review article, the test range includes 4

10 LiDAR products from 10 manufacturers, among which Pandar64 and Pandar40P of our company are

It has leading performance in many aspects, such as distance accuracy, reflectivity information, actual point cloud density of vehicles and pedestrians, and is an ideal choice for

 Ideal for object detection.

Hidden indicators include the reliability, safety, service life, cost control, scalability, etc. of LiDAR products.

These indicators are more difficult to quantify and lack public information.

This can be seen in test fleets or production projects of industry-leading companies.

A. 128-line long-range mechanical rotating laser radar Pandar128

Pandar128 is a long-range mechanical LiDAR released by the company in September 2020.

A long-range mechanical LiDAR product with leading comprehensive performance. The competitive advantages of Pandar128 are as follows: ÿ

In terms of ranging capability, under strong sunlight (100 klux illumination), Pandar128 has a range of 0.3~200

m range, it can achieve stable detection of targets with a reflectivity of 10%. As a long-range LiDAR product,

Pandar128 also takes into account the close-range detection performance, and has a shorter blind spot than similar competing products on the market.

In the case of large or poor accuracy, the closest detection distance of Pandar128 is 0.3m, and it can also maintain

It maintains high ranging accuracy and has the advantage of being the main laser radar. ÿ In terms of angular resolution, Pandar128

The vertical angular resolution of the central area is 0.125°, and the horizontal angular resolution is 0.1° at a frame rate of 10 Hz.

Similar products (often with only 0.2° horizontal angular resolution at 10Hz refresh rate) have higher point cloud density.

For the same target at the same distance, the number of effective detection points is greater. ÿ Comprehensive point frequency, power consumption and volume

Look, Pandar128 is less than 50% of the 128-line product of a certain American company in terms of volume and weight, and only uses about 23%

The increase in power consumption has achieved a 44% increase in frequency, and the integration and energy utilization have been fully optimized.

B. 32-line mid-range mechanical rotating laser radar PandarXT

Hesai ND AR 01043

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                              Prospectus

PandarXT is a medium-range rotating laser mine based on chip architecture released by the company in October 2020.

Based on the company's chip V1.0 technology accumulation, the transceiver modules all use self-developed laser radar chips.

It has the following advantages in comprehensive indicators: ÿ From the perspective of ranging capability, for targets with a reflectivity of 10%,

The detection distance can reach 80 m, which can cover the perception needs of closed park scenes and low-speed logistics scenes.

Through the innovative light-receiving and light-emitting circuit architecture, combined with precise installation and adjustment, a true "zero blind zone" is achieved.

Even if the object is close to the mask, reliable point cloud information can still be output.

The typical value of distance measurement accuracy can reach ±1 cm, and the typical value of distance measurement precision can reach 0.5 cm. Compared with similar products, it can

Provide more accurate and reliable distance information for the robot system. ÿ From the advantages of self-developed dedicated chips,

 The self-developed multi-channel transmitter chip reduces the transmitter drive circuit cost by about 70%.

The chip reduces the cost of analog circuits at the receiving end by about 80%. At the same time, the use of self-developed chips also makes PandarXT

It is competitive in terms of performance consistency, integration, and manufacturability.

(2) LiDAR chip technology

The company established a chip department at the end of 2017 to carry out the research and development of laser radar chips.

The research on dedicated chips for optical radar includes laser driver chips, analog front-end chips, digital technology and chips.

The functions of the LiDAR system are shown in the figure below.

The laser driver chip and multi-channel analog front-end chip have been mass-produced and applied to the development of multiple laser radars.

Project and PandarXT mass production project. High-precision digital technology has been applied to the company's products, analog digital

The conversion chip has entered the late stage of development and the company already has technical reserves in SoC chips.



Figure Schematic diagram of laser radar dedicated chip and functional module

Hesai ND AR 01044

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

A. Self-developed multi-channel laser driver chip



Figure 1. Self-developed multi-channel driver chip

Its technological advancements are as follows:

| name | Main Features |
|---|---|
| High current narrow pulse Impulse drive capability | It can drive GaN to generate current pulses with a pulse width of less than 3 ns and a peak current of more than 30 A. Controlling the laser to generate high peak power and narrow pulse width optical pulse signals is beneficial to improving the laser radar products Long-distance measurement capability and ranging accuracy. |
| Enhanced coding pulse Rush function | It can realize pulse coding function, increase coding types by configuring pulse intensity and pulse width, and increase Strong anti-interference ability. |
| Laser safety Protection function | With monitoring and active protection functions, it will not emit lasers exceeding the safety threshold in the event of a single point failure. of laser pulses. |
| High integration | Ability to integrate multiple channel functions, effectively reducing the number of components and improving the integration of LiDAR degree and reliability. |

The comparison with similar products also used in the LiDAR market is shown in the following table:

| Compare Projects (Test conditions) | Self-developed multi-channel Optical driver chip | TI (Texas Instruments) UCC27611 | illustrate |
|---|---|---|---|
| Number of channels | 4 | 1 | Related to integration, the higher the value, the better |
| Rising edge (1 nF load) 1.6 ns | | 5 ns | Related to the ranging accuracy, the lower the value The better |
| Falling edge (1 nF load) 1.5 ns | | 5 ns | Related to the ranging accuracy, the lower the value The better |
| Peak drive current -6/+8 A | | -4/+6 A | With ranging accuracy and distance measurement capability Off, the higher the absolute value, the better |
| Light intensity adjustment function | | none | Special features can improve the detector dynamics state range and improve the reflectivity measurement accuracy |

B. Self-developed multi-channel analog front-end chip

Hesai ND AR 01045

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus



Figure 1: Self-developed multi-channel analog front-end chip

Its technological advancements are as follows:

| name | Main Features |
|---|---|
| High Dynamic Range | Able to adapt to the signal strength of targets at different distances and with different reflectivity, improving the accuracy of distance measurement and reflectivity Accuracy. |
| High integration | Ability to integrate multiple channel functions, effectively reducing the number of components and improving the integration of LiDAR degree and manufacturability. |
| Low power consumption: The power consumption per channel is only 10.5 mW, which significantly reduces the overall power consumption of the detection end. | |

The comparison with similar products also used in the LiDAR market is shown in the following table:

| Compare Projects (Test conditions) | Self-developed multi-channel module Front-end chip | ADI LTC6561 | illustrate |
|---|---|---|---|
| Number of channels | 16 | 4 | Related to the integration level, the higher the value, the better good |
| Power consumption per channel ÿINP=INN=1.3 Vÿ | 10.5 mW | 50 mW | Related to power consumption and operating temperature range, The lower the value, the better |
| Pulse width stretching (10 mA input peak current flow) | 20 ns | 130 ns | And ranging accuracy, coding anti-interference Function related, the lower the value, the better |
| Adjacent channel isolation | 57 dB | 45 dB | With immunity to crosstalk between channels and close proximity The higher the value, the better |
| Detector voltage regulation | have | none | Special features to improve laser Radar receiver channel consistency |

C. High-speed and high-precision waveform digitization technology and chips

The laser radar system needs to sample and digitize the received photoelectric signal waveform.

The waveform digitization technology is advanced because it can extract the time, distance, reflectivity and other information of the waveform through algorithms.

The degree of advancement will directly affect the performance of LiDAR.

Now as follows.

In terms of high-speed analog to digital converters (ADC), the company has

Hesai ND AR 01046

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                Prospectus

The company has the ability to design circuits and chips. The high-speed ADC chip has entered the late stage of development, and the current version has achieved 1 GSPS

Sampling rate, 10 bit resolution, the measured performance indicators meet the requirements of LiDAR, and have low power consumption,

The following table shows the advantages of small size and other advantages compared with similar products also used in the LiDAR market:

| Compare Projects (Test conditions) | Self-developed high-speed ADC chip | TI (Texas Instruments) ADC08D1000 | illustrate |
|---|---|---|---|
| sampling Rate | 1 GSPS | 1 GSPS | Related to the distance measurement accuracy, the higher the value, the better good |
| Resolution | 10 bit | 8 bit | Related to ranging accuracy and dynamic range, The higher the value, the better |
| Power consumption per channel | 290 mW | 800 mW | Related to power consumption and operating temperature range, the number The lower the value, the better |
| SNR Signal to Noise Ratio ÿFIN=200MHzÿ | 51.0 dB | 47.1 dB | And ranging accuracy, distance measurement capability, detection Dynamic range related, the higher the value, the better |
| Built-in PLL phase-locked loop is | | no | Special features, conducive to cost control and collection Degree |

In terms of high-precision time to digital converter (TDC), the company has

The company has developed circuit and chip design capabilities and has developed circuit IP with a timing accuracy better than 50 ps. The circuit IP has been used in

The company has a variety of lidar products.

In terms of digital waveform algorithms, the company has made significant progress in this technology since it started its LiDAR business in 2016.

Through full waveform algorithm, multi-threshold TDC algorithm and other technologies, it can achieve better than 1 cm

The ranging accuracy reaches the industry-leading level.

(3) General technologies and key components of LiDAR

The accumulation of general technology will provide the company with products with different technical routes, such as mechanical rotary, semi-solid,

It provides a foundation for the research and development and production of solid-state lidar products.

A. LiDAR Hardware System Design

The company has mature LiDAR hardware system design capabilities and platform technology reserves, which can effectively support

It supports rapid and risk-controlled R&D of LiDAR products. Its technological advancement is reflected in the following aspects:

| name | Main Features |
|---|---|
| LiDAR Module Type | The company has a proven LiDAR system-level model (including device and circuit response models, signal processing algorithms, 3D scene simulation environments, etc.), can design and simulate system parameters based on models, Optimize the overall detection efficiency of LiDAR. |
| Laser radar Platform | The company has a mature LiDAR hardware prototype platform (including FPGA, data acquisition system, some optical-mechanical systems, firmware tool chains, etc.), can use the prototype platform to actually verify the system in the early stage of product development Improve the feasibility of system design and reduce the risk of product development. |
| LiDAR Signal Number chain | The company has mastered the core technical reserves and hardware design technologies (such as weak signal detection technology, high-speed power drive technology, analog-digital hybrid circuit design technology, etc.), can improve the signal-to-noise ratio and |

Hesai ND AR 01047

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

| name | Main Features |
|---|---|
| | Various key indicators. |
| Power supply design | The company's power supply system design and simulation technology reserves can achieve non-wireless power supply system efficiency > 95%, wireless power supply system efficiency > 90%, and achieve low power consumption and low heat generation of |
| High-speed data communication | LiDAR. The company has system-level signal integrity design and simulation technology, and has independently developed high-speed wireless communication technology reserves, which realizes high-speed and stable data communication inside the LiDAR and with the outside world. |

B. Optoelectronic Integration Process

Since the company started developing LiDAR, it has been continuously exploring and optimizing optoelectronic integration technology.

As the number of lines and system complexity increase, the advancement of optoelectronic integration technology is reflected, specifically in the laser radar

Compared with similar products on the market, our products have advantages in integration, overall performance, cost control, etc.

The specific manifestations of advancement are as follows:

| name | Main Features |
|---|---|
| Machine integration | Compared with a 64-wire product of a certain American company, Pandar64 has a diameter of only about 50% and a height of only about 40%, but its distance measuring capability is far superior to that product. The volume and weight of Pandar128 are less than 50% of the 128-line product of a certain American company, and its distance measurement performance is comparable. It has achieved a 44% increase in point frequency with only about |
| Integrated process | 23% increase in power consumption. The transmitter has a precision of micrometers, which enables the optimization of laser beam divergence angle regulation, pointing control, and output light energy distribution; the receiver has achieved high-precision array arrangement and aperture packaging, and all processes use surface processes that can be mass-produced; for the entire transmitting and receiving module, the spatial alignment precision reaches the micrometer level, and the angle change under high and low temperatures is less than 0.02°. |

C. Coding anti-interference

When multiple lidars with the same wavelength work together, the lidar system may mistakenly receive other lasers.

The radar signal will generate a large number of noise points in the point cloud, which will cause errors in subsequent obstacle judgment and obstacle avoidance decisions.

Judgement.

The company applied coding technology and released a multi-line mechanical rotary laser with anti-interference function in early 2018.

The optical radar product Pandar40P and subsequent product models have adapted this function. Application of coding technology

Ensure that the echo information will be recognized by the system only when it matches the transmitted signal, effectively reducing the

Noise generated by interference from other laser radars. Taking PandarXT as an example, the two laser radars do not control the phase of the beam.

Under random conditions, the single-frame noise rate (noise point number/total output point number) is lower than $5\times10^{-4}$, and the average noise rate of 10 frames is

The point rate is less than $1.5\times10^{-4}$.

D. Reliability, vehicle regulation and testing standards

The company not only focuses on optimizing the performance of the LiDAR system, but also pays attention to the reliability of the product and the system

In addition, the company actively participates in the international standardization of LiDAR and its applications.

Hesai ND AR 01048

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                        Prospectus

The advanced features are as follows:

| name | Main Features |
|---|---|
| Vehicle reliability | For components, on the basis of considering the compliance of components with AECQ, IPC, JEDEC and LV (Volkswagen) standards are incorporated into the design; for the whole machine, mainstream OEM, ISO, IEC, Based on SAE, ASTM, and GB standards, it covers reliability test items such as electrical, mechanical, climate, protection, and electromagnetic compatibility. At the same time, durability verification tests are carried out on the whole machine and key components (such as lasers, motors, and bearings) to meet the higher reliability requirements of the vehicle- |
| System security | mounted system for LiDAR. Design is carried out in accordance with failure analysis methods such as FMEA, FTA, FMEDA, and STPA, and electrical safety, thermal safety, laser safety, hacker attacks, and other aspects are comprehensively considered to form nearly 10 safety goals. According to different device failure characteristic curves, a series of fault detection technologies have been developed to effectively ensure the |
| LiDAR and its application industry standards | confidence of each line of LiDAR point cloud. As a member unit of the National Technical Committee for Standardization of Optical Radiation Safety and Laser Equipment, the company participates in the discussion and formulation of laser safety standards. In July 2020, the company successfully established the international LiDAR system safety standard UL4700 <Standard for Safety for LiDAR and LiDAR Systems>. Previously, ISO/IEC/SAE/IEEE/GB did not have this technical direction standard. In September 2020, the international automotive Lidar test standard IEEE P2936 <Standard for Test Methods of Automotive Lidar Performance> was successfully established, and the company assumed the responsibilities of a committee unit. Previously, ISO/IEC/SAE/IEEE/GB did not have such a technical standard. In November 2020, as one of the initiators, the China Association of Automobile Manufacturers group standard "Automotive Lidar Detection Technology" was established. |

(4) Laser gas sensor technology

The company was engaged in the development of laser gas sensors in the early days. The laser methane telemetry product is based on tunable diode lasers.

The principle of TDLAS is an echo reflection telemetry method, which can measure methane and methane-containing components.

The whole machine is compact in structure and weighs only 0.76 kg (including battery).

The product has high sensitivity and low false alarm rate. The drone-mounted laser methane telemeter was shortlisted in the 2017

The finalists of the Prism Award. The technological advancement of the laser methane telemeter is reflected in the following aspects:

| name | Main Features |
|---|---|
| Balance between response speed and sensitivity | The self-developed core algorithm is used to dynamically adjust the sampling integration time based on the signal quality. When the signal-to-noise ratio is high, the signal sampling integration time is reduced to obtain a fast response speed. When the signal-to-noise ratio is low, the signal sampling integration time is increased to improve the signal quality and obtain more accurate measurement results, achieving both fast response speed (up to 0.1 s) and high sensitivity (5 ppm*m). The waveform |
| Low false alarm rate | correlation technology is used to evaluate the quality of spectral distortion, avoid signal distortion caused by detector saturation or circuit switching, reduce the false alarm rate of the laser methane telemeter, and no false alarm will occur for indoor leak-free situations. The interference noise |
| Window detection possible | suppression technology is used to reduce the probability of false alarms caused by optical interference on the window glass surface, and indoor leak detection can be performed through windows. |

3. Application and contribution of core technologies in main businesses and products or services

During the reporting period, the company's laser radar, laser gas sensor and other business revenues all came from the laser radar system.

The company has developed core technologies such as computer systems, chip research results, and general optomechanical technologies related to the laser field.

The proportion of core technology revenue to operating revenue is as follows:

Hesai ND AR 01049

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

Unit: Ten thousand yuan

| project | January - September 2020 | 2019 | 2018 2017 | |
|---|---|---|---|---|
| Core technology product revenue | 25,283.41 | 34,798.55 | 13,280.85 | 1,914.67 |
| Operating income | 25,320.52 | 34,847.41 | 13,287.01 | 1,947.40 |
| Proportion of operating income | 99.85% | 99.86% | 99.95% | 98.32% |

4. Protection measures for core technologies

(1) Patent protection

The issuer protects its core technology by applying for patents.

(2) Confidentiality and non-competition system

In addition to the labor agreement, the issuer also adopts the measures of signing confidentiality agreements,

Intellectual property protection agreements, non-competition agreements and other means are used to constrain core technical personnel and protect

The interests of the company's shareholders.

(3) Compensation system and equity incentives

The issuer adopts a strong matrix management and assessment mechanism for core technical personnel, comprehensively evaluating their performance within the department.

and performance in specific projects; the issuer regularly conducts market-oriented evaluation of the remuneration system and salary levels.

Adjust and grant equity incentives to core technical talents to maintain the company's continued attraction to advanced talents.

2. Scientific research strength and achievements

1. Important honors or awards

| No. | Award or honorary name | Awarding Organization | Award time |
|---|---|---|---|
| 1 | Selected in EmTech China 2020 "50 Smart Companies" | MIT Technology Review | November 2020 |
| 2 | Shanghai Science and Technology Little Giant | Shanghai Science and Technology Commission | July 2019 |
| 3 | High-tech enterprise | Shanghai Science and Technology Commission, Shanghai Municipal Finance Bureau, State Administration of Taxation Shanghai Municipal Taxation Bureau | December 2019 |
| 4 | Shanghai "Specialized, Refined, Specialized and Innovative" Small and Medium Enterprises Enterprise (2019-2020) | Shanghai Municipal Commission of Economy and Information Technology | February 2019 |
| 5 | Shanghai Patent Work Pilot Enterprise | Shanghai Intellectual Property Office | June 2019 |
| 6 | Selected in "Searching for the Invisible Champion (Shanghai) | Shanghai Municipal Commission of Economy and Information Technology | July 2019 |
| 7 | Jiading District Enterprise Technology Center | Shanghai Jiading District Economic Committee | December 2019 |
| 8 | 2018 Jiading District Advanced Manufacturing Industry Technology Innovation Award | Shanghai Jiading District People's Government | February 2019 |

Hesai ND AR 01050

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

| Serial number | Award or honor | Awarding Organization | Award time |
|---|---|---|---|
| 9 | 2019 Open Bosch Award | Bosch Group | May 2019 |
| 10 | Second Prize of Shanghai Jiading District Science and Technology Progress Award | Shanghai Jiading District People's Government November 2018 | |
| 11 | Red Dot Product Design AwardZentrum Nordrhein Westfalen | | July 2018 |
| 12 | Jiading District Autonomous Driving LiDAR Engineering Technology Research | Shanghai Jiading District Science and Technology Committee | November 2017 |
| Center 13 Shortlisted for the US Optical Prism Award SPIE & PHOTONICS MEDIA | | | January 2017 |
| 14 | Selected as one of the top ten highlights of China's optical industry technology in 2016 | China Industrial Control Network | February 2017 |

2. Major scientific research projects undertaken

| Serial number | Project/Topic Name | R&D form | Research and Development Results | Ownership of R&D results | Project-level management unit R&D period | |
|---|---|---|---|---|---|---|
| 1 | Low-cost LiDAR based on high-speed signal processing module | Independent research and development | High-performance mechanical rotating laser radar system (64 lines), multi-channel analog front-end ASIC chip, multi-channel laser driver chip, laser radar dedicated algorithm module, etc. | According to laws and regulations, the project undertaking unit shall enjoy | National | National Development and Reform Commission/ Shanghai Development and Reform Commission | November 2017 - June 2020 |
| 2 | Mechanical rotating and solid-state multi-line LiDAR for autonomous driving | Collaborative R&D | Key technologies for high-performance mechanical rotating laser radar systems, high-performance solid-state laser radar systems, and scanning galvanometers in solid-state laser radars | The results and intellectual property rights of each party independently completed belong to each party independently, and the results of joint completion belong to joint ownership. | National | Ministry of Science and Technology | May 2018 - February 2021 |
| 3 | Development and application of autonomous driving environment perception sensor fusion system | Independent research and development | An environmental perception hardware and software solution that integrates LiDAR, camera, and recognition algorithm, including: integrated LiDAR and camera, LiDAR and camera fusion algorithm, etc. | According to laws and regulations, the project undertaking unit shall enjoy | Shanghai Municipality | Shanghai Municipal Commission of Economy and Information Technology | September 2018 - August 2020 |
| 4 | Development and application of hybrid solid-state multi-line lidar for intelligent driving and unmanned driving | Independent research and development | High-performance mechanical rotating LiDAR system (40-line and 20-line), LiDAR anti-crosstalk technology, LiDAR distance measurement enhancement technology | According to laws and regulations, the project undertaking unit shall enjoy | Shanghai Municipality | Shanghai Municipal Commission of Economy and Information Technology | January 2017 - December 2019 |
| 5 | Development of high-precision 32-line hybrid solid-state automotive lidar | Independent research and development | High-performance mechanical rotating LiDAR system (32 lines), LiDAR vertical angle resolution enhancement technology, LiDAR wireless power supply and communication technology | According to laws and regulations, the project undertaking unit shall enjoy | Shanghai Municipality | Shanghai Jiading District Science and Technology Committee | January 2017 - December 2018 |

Hesai ND AR 01051

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

| Serial number | Project/Topic Name | R&D form | Research and Development Results | The ownership of R&D | Project-level management unit | R&D period | |
|---|---|---|---|---|---|---|---|
| 6 | Development and Application of UAV-mounted Natural Gas Leakage Laser Remote Sensing Sensor | Independent research and development | Handheld laser methane telemeter, UAV-mounted gas safety inspection system, (window) gas telemetry key technology, telemetry equipment control and monitoring software | results shall be in accordance with the provisions of laws and regulations, and | Shanghai Municipality | Shanghai Municipal Commission of Economy and Information Technology | January 2017 - December 2018 |
| 7 | Highly sensitive laser gas sensor | Independent research and development | Industrial-grade laser trace oxygen sensor, key technology for trace gas detection | the project undertaking unit shall enjoy the rights and interests of the project undertaking unit. | Shanghai Municipality | Shanghai Science and Technology Commission | January 2015 - December 2016 |

Among the above-mentioned major scientific research projects, the specific details of cooperative research and development are as follows:

| Serial number | Project/ Topic Name | Participating R&D entities and their respective roles | Agreement on ownership and use of R&D results | Application in the issuer's technology and products |
|---|---|---|---|---|
| 1 | Mechanical rotating and solid-state multi-line LiDAR for autonomous driving | Tsinghua University, as the lead unit of the project, is responsible for the project "Research on Environmental Perception Technology for Autonomous Electric Vehicles". Hesai Technology is responsible for Project 1 of the project. Beijing Zhixingzhe Technology Co., Ltd., China First Automobile Group Co., Ltd., and China Automotive Research Institute (Tianjin) Automotive Engineering Research Institute Co., Ltd. are responsible for the decomposition tasks of Project 1. | During the implementation of the project, the scientific and technological achievements and intellectual property rights independently completed within the scope of their respective work shall belong to each party alone. The scientific and technological achievements and intellectual property rights jointly completed by all parties shall be jointly owned. If there is joint patent application, the inventors shall be ranked according to the principle of contribution. Regarding the publication of papers, either party may publish the results completed by that party alone during the implementation of the project in the form of a paper. When jointly publishing a paper, the paper authors will be ranked according to the principle of contribution. | This project verified the autonomous driving electric vehicle (FAW Hongqi E-HS3) Feasibility of LiDAR-based environmental perception solutions |

(III) R&D projects and progress

The company's ongoing R&D projects and their progress are as follows:

| Serial number | Project Name | Project Introduction | R&D Goals | Current stage | 2020 R&D budget investment (10,000 yuan) |
|---|---|---|---|---|---|
| 1 | 128-line mechanical laser radar | This project develops the long-range mechanical rotating laser radar Pandar128 for the unmanned driving market and realizes productization, focusing on solving problems such as integration, channel interference, reliability, etc. The main research contents include: high-integration and low-power system architecture, high-isolation receiving system design, vehicle regulation and functional safety design, etc. | The project develops a 128-line LiDAR that achieves world-leading performance indicators, meets automotive regulations, and complies with functional safety ASIL-B level requirements. | in progress | 6,200.00 |

Hesai ND AR 01052

Shanghai Hesai Technology Co., Ltd.                                                                 Prospectus

| Serial number | Project Name | Project Introduction | R&D Goals | Current stage | 2020 R&D budget investment (10,000 yuan) |
|---|---|---|---|---|---|
| 2 | Low-cost LiDAR based on self-developed chips PandarXT | This project develops PandarXT, a medium-range mechanical rotating laser radar for the cost-sensitive market. Through proprietary intellectual property design, the transceiver module uses self-developed chips and customized devices. This project | The project is expected to achieve the development of medium-range mechanical rotating LiDAR, using self-developed dedicated chips, controlling costs while ensuring that explicit indicators are comparable to similar competing products, and optimizing reliability and consistency. | in progress | 2,500.00 |
| 3 | Ultra-wide-angle, low-cost blind spot-filling laser radar PandarQT2.0 | develops PandarQT 2.0, a short-range mechanical rotating laser radar for blind spot filling, for the unmanned driving market. Based on VCSEL, SiPM and TDC, the laser radar system is designed and integrated, and the automotive standard design is introduced to solve the reliability problem. This project develops PandarST, | The project is expected to achieve the development of a 64-line short-range blind spot filling mechanical rotating laser radar, achieving a leading vertical field of view and a smaller blind spot range, in line with automotive regulations. | in progress | 2,500.00 |
| 4 | LiDAR based on rotating mirror PandarST | a long-range laser radar for the advanced driver assistance market, which realizes horizontal scanning through a rotating mirror and realizes field of view coverage through a linear array of transceivers in the vertical direction. Utilizing the company's chip R&D results, both the transmitter and the receiver use self-developed chips, and the automotive standard design is | The project is expected to achieve the development of forward-facing long-range LiDAR, using self-developed dedicated chips to achieve a compact structure that is easy to integrate and complies with automotive regulations. | in progress | 2,000.00 |
| 5 | Low-cost miniaturized galvanometer scanning laser radar | introduced simultaneously. This project develops PandarGT-mini, a medium-range miniaturized laser radar based on the micro-vibration mirror solution. Utilizing the company's accumulation of micro-vibration mirror technology and chip R&D results, both the transmitter and the receiver use self-developed chips to study the impact of stray | The project is expected to realize a forward-looking mid-range miniaturized laser radar with a price of one hundred dollars. According to the target application requirements, a low-cost scanner that meets the performance requirements will be designed to realize a low-cost and compact laser radar product. | in progress | 1,200.00 |
| 6 | LiDAR transmitter driver chip based on VCSEL laser | light in the coaxial optical path on the near blind spot. This project develops a laser radar transmitter driver chip based on VCSEL laser that can be mass-produced. According to the requirements of the laser radar system, it integrates functions such as intelligent adjustment of light | The project is expected to realize a 16-channel lidar transmitter driver chip. The chip parameter indicators are expected to be better than similar products on the current market, and the cost is controlled at about 1/4 of similar products, meeting automotive regulations. | in progress | 700.00 |
| 7 | SPAD detector chip and system design | intensity, laser safety protection, and enhanced optical pulse coding. This project will develop a linear array laser radar receiver SoC based on SPAD detectors | The project is expected to realize a linear array lidar receiver SoC based on SPAD detectors and chip SPAD detectors that can be mass-produced. | in progress | 1300.00 |

Hesai ND AR 01053

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

| Serial number | Project Name | Project Introduction | R&D Goals | Current stage | 2020 R&D budget investment (10,000 yuan) |
|---|---|---|---|---|---|
| | | The receiving end SoC integrates detectors, front-end circuits, waveform digitization, waveform algorithm processing and other modules on a single chip, achieves photon input, point cloud output, and integrates light control | It has high degree, high integration, low power consumption and high reliability, meeting the requirements of automotive regulations. | | |
| 8 | Array LiDAR receiver based on SPAD detector SoC | functions. This project will develop a new generation of SPAD detector-based array laser radar receiving end SoC that can be mass-produced, and integrates detectors, front-end circuits, waveform digitization, waveform algorithm processing and other modules on a | The project is expected to realize a planar array lidar receiver SoC based on SPAD detectors, which has high sensitivity, high integration, low power consumption and high reliability, and meets automotive regulations. | in progress | 1,200.00 |
| 9 | Fully chip-based solid-state LiDAR PandarFT | single chip. This project will develop a full-chip pure solid-state laser radar, using the development results of self-developed laser radar dedicated chips to form an overall architecture with VSCEL+ driver chip as the transmitting end and SPAD detector-based array laser radar receiving end SoC as the receiving end, and realize scanning and detection of the entire field of view through light sequence control. This project develops a | The project is expected to realize a fully chip-based pure solid-state LiDAR for close-range vehicle blindness compensation and robot applications, with a wide field of view, high resolution, low power consumption and high reliability, supporting grayscale imaging and meeting vehicle regulations. | in progress | 600.00 |
| 10 | FM Continuous Wave ÿFMCWÿ LiDAR | miniaturized frequency modulated continuous wave (FMCW) laser radar for the unmanned driving market, which can provide target distance and target instantaneous line-of-sight velocity information. The main research contents include: low-noise swept frequency light source, hardware implementation of nonlinear frequency correction scheme, peak position extraction strategy, low-noise | The project is expected to realize a miniaturized frequency modulated continuous wave (FMCW) lidar, achieve long-range detection and speed measurement performance, have anti-interference capabilities, and comply with automotive regulations. | in progress | 1,400.00 |
| 11 | Multi-channel high speed ADC chip | detection circuit, etc. This project develops high-speed and high-precision ADC chips suitable for laser radar systems through the design of its own intellectual property rights, reducing system hardware overhead and improving system performance. Multi-channel design improves integration, high-resolution design increases the dynamic range of the receiver, and low-power design solves the power consumption problem of high-line-count radar receivers. | The project is expected to integrate 2-channel ADC, with a sampling rate of 1 GSPS per channel, a resolution of 10 Bits, and a power consumption of less than 300 mW, achieving high-speed Autonomous control of ADC devices. | in progress | 500.00 |

Hesai ND AR 01054

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                              Prospectus

| Serial number | Project Name | Project Introduction | R&D Goals | Current stage | 2020 R&D budget investment (10,000 yuan) |
|---|---|---|---|---|---|
| 12 | LiDAR with integrated perception algorithm | This project develops perception algorithms for unmanned driving/Internet of Vehicles scenarios, including but not limited to LiDAR perception algorithm research, real-time positioning and high-precision map construction, data management platform construction, etc. This | This project is expected to complete high-performance perception algorithms for unmanned driving roadsides/vehicle sides, and high-precision positioning and mapping systems with centimeter-level accuracy for unmanned driving scenarios. | in progress | 300.00 |
| 13 | High-performance LiDAR devices | project develops high-performance LiDAR devices, such as silicon photonic chips, through the design of its own intellectual property rights, and realizes FMCW silicon photonic chips that include silicon-based coherent transceiver modules, hybrid integrated coherent light sources, and | This project is expected to realize high-performance LiDAR devices with performance indicators reaching the industry's first-class level and achieve independent control of LiDAR core components. | in progress | 1,600.00 |
| 14 | LiDAR Perception Algorithms for IoV Applications | optical amplifiers. This project develops PandarMind, a LiDAR with integrated perception algorithms for Internet of Vehicles applications. The algorithm is internally integrated, without the need for additional software transplantation and deployment, and simultaneously outputs point cloud information and algorithm information, displays road traffic information in real time, and supports the fusion of original information and algorithms. | The project is expected to realize a laser radar with integrated perception algorithm, directly outputting the target recognition results processed by the deep learning algorithm. The perception categories include cars, trucks, non-motor vehicles and pedestrians. | in progress | 1200.00 |
| 15 | Methane telemeter and laser oxygen sensor for mines | This project develops laser methane telemetry equipment suitable for mining environments; and develops laser oxygen sensors for ventilator applications. | The mining methane telemeter is expected to reach mining grade by limiting the ignition energy and surface temperature design (intrinsically safe circuit), limiting the shell material anti-spark and anti-static design, explosion-proof battery design, etc.; studying the technical principles, design schemes and processes of laser oxygen sensors. | in progress | 200.00 |

(IV) R&D investment

1. R&D-related internal control systems and their implementation

The company consists of Hesai Research Institute and R&D Center. Each department has clear responsibilities. Hesai Research Institute is responsible for basic

The R&D center is responsible for achieving the performance perfection of new products.

The company has established a series of management systems such as the Shanghai Hesai Technology Co., Ltd. R&D Department Management System

A practical system is used to plan the management of R&D personnel and projects.

2. Recognition basis and accounting method of R&D investment

Expenses in the research phase are recorded in the current period's profit and loss when they occur. Expenses in the development phase meet the following conditions at the same time:

Hesai ND AR 01055

Shanghai Hesai Technology Co., Ltd.                                                                  Prospectus

If the equipment is completed, it shall be recognized as an intangible asset, and the expenditures in the development stage that do not meet the following conditions shall be included in the current profit and loss:

It is technically feasible to complete the intangible asset so that it can be used or sold;

The intention to use or sell; the manner in which the intangible asset generates economic benefits, including evidence of the use of the intangible asset;

The products produced by the production have a market or the intangible assets themselves have a market, and the intangible assets will be used internally.

Ability to prove its usefulness; sufficient technical, financial and other resources to complete the intangible asset

development and has the ability to use or sell the intangible asset; the expenditure attributable to the development phase of the intangible asset can

can be measured reliably.

If it is impossible to distinguish between research and development expenditures, all R&D expenditures incurred shall be included in the current period.

The cost of intangible assets generated by internal development activities only includes the cost of intangible assets from the time when the capitalization conditions are met to the time when the intangible assets are

The total amount of expenditure incurred before the asset reaches its intended use.

Expenses that have been expensed and recognized in profit or loss before the capitalization conditions are met will no longer be adjusted.

During the reporting period, all of the company's R&D investments were expensed and not capitalized.

3. R&D investment

The company has always encouraged innovation and attached great importance to R&D, and all core technologies were obtained through independent research and development.

The company's R&D expenses continued to grow, as follows:

Unit: Ten thousand yuan

| project | January - September **2020** | **2019** | **2018** 2017 | |
|---|---|---|---|---|
| Research and development expenses | 16,312.93 | 16,839.23 | 6,183.93 | 2,940.99 |
| Operating income | 25,320.52 | 34,847.41 | 13,287.01 | 1,947.40 |
| Proportion of operating income | 64.43% | 48.32% | 46.54% | 151.02% |

During the reporting period, the company continued to invest in research and development to maintain the company's technological foresight, leadership and core

Competitive advantage. The company's R&D expenses are mainly composed of labor costs, material costs, outsourced development, design and testing fees, etc.

The company is in a rapid development stage, with large R&D investment, staff salaries, outsourced development, design and testing

The rapid growth of trial fees has led to a high proportion of R&D expenses.

During the reporting period, the comparison between the Company's R&D expense ratio and that of comparable listed companies is shown in the following table:

Unit: Ten thousand yuan

| Stock Code **Company** Name | January - September **2020** 2019 | **2018** 2017 | | |
|---|---|---|---|---|
| 688002.SH Ruichuang Micro-Nano | 11.59% | 16.22% | 16.94% | 17.18% |
| 688208.SH Daotong Technology | 16.68% | 14.03% | 13.91% | 24.05% |

Hesai ND AR 01056

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

| Stock Code | Company Name | January - September 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|
| 002414.SZ Guide Infrared | | 10.64% | 15.73% | 18.47% | 18.10% |
| Average | | **12.97%** | **15.33%** | **16.44%** | **19.78%** |
| Hesai Technology | | **64.43%** | **48.32%** | **46.54%** | **151.02%** |

Note: R&D expense ratio = R&D expense/operating income

During the reporting period, the company's R&D expense ratio was 151.02%, 46.54%, 48.32% and 64.43% respectively.

are significantly higher than the average of comparable companies. The main reason is that there are no A-share lidar companies in the same industry. Lidar

The industry is in a stage of rapid development. At the same time, the company attaches great importance to technology research and development, so the R&D investment is relatively large.

In 2017, due to the small revenue of the company, the R&D expense ratio exceeded 150%.

The utilization rate is higher than that of comparable companies in the same industry. In the future, the company will continue to increase its R&D investment to maintain the market competitiveness of its products.

Competitiveness.

(V) Core technical personnel and R&D team

The company attaches great importance to technology research and development. The R&D management team has remained stable and has rich experience.

As of September 30, 2020, the company's R&D personnel

The company has 270 employees, accounting for 53.78% of the total number of employees, and is an important technical foundation for the company's product innovation.

The company attaches great importance to the training and reserve system of R&D talents, and has established an effective talent training system at all levels.

Training management methods to improve the professional post talents from all dimensions, and have cultivated talents covering all areas of the company's R&D

Provide professional and technical talents in the field, provide a suitable working environment for the growth of R&D personnel, and provide

Continuous motivation.

The company's core technical personnel are Sun Kai, Xiang Shaoqing, Zhu Xuezhou, Wang Rui and Li Na. Please refer to

See Section 5 "Basic Information of the Issuer" of this Prospectus, "IX. Directors, Supervisors and Senior Managers"

"Introduction to staff and core technical personnel".

The issuer shall determine the company's core technology and product development based on the company's years of service, the importance of the position, and the company's core technology and product development.

The key technical personnel are identified as those who have made important contributions to the company's business. The specific identification basis is: ÿ Have a professional qualification that matches the company's business

ÿHold important positions in research and development, technology industrialization, etc.; ÿ

Lead the company's core technology research and development, etc. Details are as follows:

| Name | Position | Education | Basis for Identification |
|---|---|---|---|
| Dr. Kai Sun | Chief Scientist | | As of September 30, 2020, the Issuer has 48 invention patents, including<br>The total number of patents for which Sun Kai is the inventor accounts for 4.2% |
| Xiang Shaoqing | Chief Technology Officer | Master's Degree | The number of patents for which Xiang Shaoqing is the inventor accounts for 93.8% |

Hesai ND AR 01057

Shanghai Hesai Technology Co., Ltd.                                                                                Prospectus

| Name | Position Education | Basis for Identification |
|------|--------------------|--------------------------|
| Zhu Xuezhou, Director of Chip Department, PhD, the number of patents for which Zhu Xuezhou is the inventor accounts for 16.7% | | |
| Wang Rui is the director of the Optical Department. Among them, the number of patents for which Wang Rui is the inventor accounts for 22.9% in total. | | |
| Li Na is an optical engineer with a master's degree. The number of patents for which Li Na is the inventor accounts for 16.7% | | |

The constraint incentive measures implemented by the issuer for core technical personnel are as follows:

(1) Restrictive measures imposed on key technical personnel

The issuer has signed confidentiality and non-competition agreements with the above-mentioned core technical personnel.

The company's core technical personnel strictly abide by the relevant agreements and laws and regulations, and there is no violation of the non-competition clause.

and confidentiality agreements.

(2) Incentive measures for key technical personnel

In order to ensure the normal development of business and achieve smooth performance growth, the company has taken a number of measures to ensure the normal development of business and achieve smooth performance growth.

The specific measures to stabilize the core technical personnel of the company and mobilize their enthusiasm and innovation are as follows:

First, the core technical personnel currently hold shares in the company directly or indirectly.

If the equity incentive plan is implemented later, the company's core technical personnel will be included in the incentive plan according to the incentive plan at that time.

The scope of the project will be expanded to enable core technical personnel and listed companies to share interests.

Second, the company provides core technical personnel with market-competitive salaries and related benefits.

Continue to improve the performance appraisal system and stabilize and motivate core technology by establishing a competitive salary and benefits system

personnel.

Third, the company has maintained a stable core technical staff through self-cultivation and external training.

Create a good atmosphere for rapid growth and development of talents through various means, and fully mobilize the core technical personnel of the target company

Work enthusiasm.

During the reporting period, there were no major changes in the company's core technical personnel.

(VI) Company's technological innovation mechanism

1. Mechanisms to maintain continuous technological innovation

(1) Establishment of R&D institutions

The company's R&D is mainly completed by Hesai Research Institute and R&D Center. The overall idea is: around the company's overall

Product strategic planning, forming Hesai Research Institute to conduct technical pre-research, and the R&D center is divided into chipset, optics, electronics

Hesai ND AR 01058

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

Teams work together to develop products.

Hesai Research Institute conducts R&D on basic components, such as narrow linewidth lasers, integrated optical packages,

On the other hand, combined with the pre-research of technical solutions, POC (Proof Of Concept) is realized

Prototype, to realize the company's accumulation and reserve of cutting-edge technology.

The chipset of the R&D center is developed according to the company's strategy to develop the special chips required for the next generation of products.

The POC prototype and solution analysis of the research institute, as well as the basic universal chip of the chipset, form

The optical group, electronic group, etc. combined the company's reserve technology with existing development and iteration

Generations of experience, product design based on user needs, to achieve stable product functions, optimized performance and high

Reliability. Realize the product from HA sample to SOP at a high R&D iteration speed, and then launch scalable

Products for sale.

(2) Technological innovation model

The company comprehensively considers future strategic planning, business scope, organizational structure and other factors, and has been widely verified

Based on the PACE (Product And Cycle-time Excellence) framework, a product development process

HPD (Hesai Product Development). HPD divides product development into six stages, including

Concept, planning, development, verification, release and life cycle management, the development process goes through multiple rounds of prototype iterations and

HA Sample represents a prototype for design verification and has some key functions.

Continuously optimize performance; HB Sample represents a functional engineering sample with all key performance parameters meeting the standards.

We will continue to optimize product reliability; HC Sample represents a trial production sample using mass production technology, which has passed

Corresponding reliability verification will continuously improve the production process; SOP represents a mature mass production process

Throughout the development process, technical review and decision review will be conducted continuously: TR (Technical Review)

From the perspective of product development, judge whether it meets the requirements of the current stage; DM (decision review) judges from the perspective of investment

Whether the company's return on investment plan is met.

Hesai ND AR 01059

Shanghai Hesai Technology Co., Ltd.                                                              Prospectus

| HPD开发流程 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 阶段名称 | ①概念 | ②计划 | ③开发 | | ④验证 | ⑤发布 | ⑥生命周期 |
| 主要工作 | 确定做什么 | 确定如何做 | 样机开发 | 样机迭代 | 产品验证 量产工艺设计 | 工艺改进 产品发布 | 生产监控 售后监控 |
| 阶段末 评审内容 | TR1 DM1→立项 | TR2 DM2→方案 | TR3 | TR4 | TR5 DM3→发布 | TR6 DM4→开发终止 | / |
| **Sample** | / | / | **HA Sample** | **HB Sample** | **HC Sample** | **SOP** | / |

Figure: HPD product development process of the company

HPD's main process varies with different projects and business scopes.

Depending on the market, the main process will be divided into rapid development or customization process, new technology or platform development process

The company's product development process design can truly achieve demand-driven development,

Reasonable allocation of resources, efficiency and cost considerations, while avoiding "rigid operations" and freeing the development process from

"Work on empty talk" and truly serve business goals.

(3) Talent incentive mechanism

The company has established a result-oriented innovation incentive mechanism for R&D personnel to accelerate the industrialization of scientific research results.

The main features are: implementing a distribution mechanism combining responsibilities and rights according to the different division of labor in different positions in each unit,

That is, the salary system is a combination of job salary and performance appraisal salary; a scientific research reward system has been formulated to reward scientific and technological innovation,

Reward those who have achieved scientific research results; create a good working and living environment and necessary

Scientific research funding; increasing researchers' salaries and benefits, providing equity incentives, etc.

The company focuses on optimizing the company's innovation environment, building unity and cooperation, common development, respect for talents, and encouragement

Innovative and active corporate culture, advocating free communication and collaboration, encouraging new ideas,

New ideas, tolerance of failure and shortcomings, to generate the source of innovation.

Strengthen training methods to promote the rapid growth of a group of young technical personnel and become the backbone of the company's technology research and development

For various new technologies and processes, the company arranges several different forms of professional knowledge training every year.

All technical personnel can quickly learn new knowledge and become multi-skilled.

Actively absorb outstanding external technical R&D talents to continuously improve and perfect the company's technical talent structure.

Hesai ND AR 01060

Shanghai Hesai Technology Co., Ltd.                                                    Prospectus

2. Company's technology reserves and technological innovation arrangements

(1) Company's technical reserves

The company started developing LiDAR in 2016 and has launched a number of mechanical and

Semi-solid-state LiDAR products. In the early stages of R&D, we faced market demand for high-performance, high-integration LiDARs.

The company is keenly aware that chip-based manufacturing is the key to solving these problems.

In 2017, the company established a chip department to develop dedicated chips for LiDAR.

The direction of technological development is becoming clearer: the maturity and application of optoelectronic devices such as VCSEL and single-photon detectors will promote

The application of semiconductor technology will accelerate the upgrading of LiDAR systems.

Around the evolution of the underlying optoelectronic devices, the company has formulated a multi-generation chip development route, with research and development content covering laser drive

dynamic chips, analog front-end chips, digital chips, and receiving-end SoC chips.

Application scenarios: Different LiDAR technology solutions have their own applicable scopes, and each technology architecture conducts product development independently.

This will consume a lot of manpower and material resources. Therefore, the company will combine the chip development route and different product lines will gradually use the same

A chip system enables each product line to benefit from chip development and accelerate product iteration and upgrading.

FMCW LiDAR is another development branch of LiDAR technology.

We have made long-term technical preparations for the core components and engineering prototypes of our company, and have carried out FMCW LiDAR silicon photonics research.

The company is committed to the research of chips and will be able to launch chip-based FMCW LiDAR products in the future.

Develop laser radar production and testing technology, and develop intelligent production equipment and transform automated production lines to

Provide support for mass production of products and optimize product functions by establishing a complete test laboratory and test process

In addition, based on the advantages of LiDAR products and data, the company has developed LiDAR algorithms.

point cloud and image collaborative perception technology, real-time positioning and high-precision mapping technology, and build high

Effective perception data management platform and performance evaluation test system, etc.

The following table shows the technology reserves that the company has developed but has not yet applied to products:

| Classification | Company Technology Reserve | Introduction |
|---|---|---|
| route Lidar chip | Chip development | In view of the development trend of chipization of LiDAR core modules and the technological evolution of underlying optoelectronic devices, the company has formulated a multi-generation chip development route of V1.0, V1.5, V2.0, and V3.0. Chip development covers multi-channel driver chips, multi-channel analog front-end chips, high-precision digital chips, and SoC chips, among which V1.0 driver chips and analog front-end chips have been completed. |
| | Single photon receiver SoC | The self-developed receiving-end SoC chip integrates detectors, front-end circuits, waveform digitization, waveform algorithm processing, laser pulse control and other modules. The first generation of SoC has entered the wafer return test stage, providing a new opportunity for reducing system costs and improving integration. |

Hesai ND AR 01061

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                      Prospectus

| Classification Company Technology Reserve | | Introduction |
|---|---|---|
| | | Technical reserves. |
| | Solid-state laser radar PandarFT | The solid-state laser radar PandarFT is developed based on the electronic scanning solution, using SPAD array and VCSEL array, with self-developed special chips. The preliminary design and small-batch trial production of key chips have been completed, laying the foundation for the launch of solid-state laser radar. |
| FMCW laser narrow linewidth radar | FMCW LiDAR Prototype | For FMCW LiDAR, the company studies and optimizes the light source frequency modulation control accuracy and detection circuit noise suppression methods, and has currently completed the FMCW LiDAR prototype. |
| | | Narrow linewidth lasers are the core components of FMCW lidar. The company has invested in the development of highly integrated, low-cost, highly stable and performance-leading 1550 nm narrow linewidth semiconductor lasers, and has achieved breakthroughs in key performance indicators. |
| | Silicon Photonics Chip Research | The research on silicon photonic chips can realize the chip-based FMCW LiDAR. The company conducts in-depth research on core modules such as external cavity lasers, silicon-based modulators, and silicon-germanium detectors to accumulate experience for the realization of chip-based FMCW LiDAR products. |
| for further research on LiDAR products. At the same time, the company actively participates in the formulation of international, national, industry and group standards. | | The company has accumulated a lot of experience in performance testing, reliability testing and safety testing during the development of LiDAR, and has rich experience in test laboratory design, layout and construction, which provides a basis for further research on LiDAR products. At the same time, the company pays attention to standardization and summarizes the test experience into common standards, and actively participates in the formulation of international, national, industry and group standards. |
| LiDAR Algorithm Research | | Based on the accumulation of LiDAR point cloud data, the company has invested in the research and development of LiDAR-oriented perception algorithm technology, real-time positioning and high-precision map construction technology, providing technical reserves for the development of potential algorithm users in the future. At the same time, the company has invested in the development of an efficient perception data management platform and performance evaluation test system for LiDAR to provide support for internal LiDAR research and development. |

(2) Technological innovation arrangements

Combined with technical reserves, the company carries out technological innovation around the following topics: Continuously promote the development path of chip

line, develop FMCW LiDAR and core components, and promote the construction and standardization of LiDAR test laboratories

Work, and invest in lidar algorithm research, etc.

A. LiDAR Chip Research

a) Chip development route

The current market has continuously increased the requirements for the distance measurement capability and frequency of LiDAR products.

The limitations of laser safety thresholds and product power consumption and heat generation have made it difficult to solve these problems by simply stacking

In order to break through the existing bottleneck, it is necessary to improve the technology and realize the core

The upgrade of transceiver chips improves energy utilization and achieves longer single-point ranging capabilities with less energy.

In response to the above problems, the company has exerted its technological innovation capabilities and planned V1.0, V1.5, V2.0, and V3.0

Hesai ND AR 01062

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                              Prospectus

The development strategy of multi-generation core transceiver unit chip is shown in the figure below. V1.0, V1.5, V2.0 chip research

The research results are aimed at the current mechanical, micro-vibration mirror and rotating mirror technology solutions, which are the upgrade and iteration of these product series.

With the joint technical support of , V3.0 is aimed at the development and application of pure solid-state laser radar PandarFT.



Graph Chip Development Roadmap

V1.0 is aimed at the current mainstream laser radar transceiver solution, that is, the transmitter uses EEL with multi-channel drive

The driver and receiver adopt the architecture of APD combined with multi-channel transimpedance amplifier.

The introduction of parasitic parameters affects the bandwidth and noise performance of the circuit, which in turn affects the distance measurement capability and detection accuracy of the laser radar.

With the increase of signal paths, the system constructed by traditional discrete devices has been difficult to meet the indicators.

The company has improved this mainstream solution by developing a multi-channel laser driver chip and a multi-channel analog

The front-end chip improves the overall performance of the LiDAR, increases channel density and reduces costs.

The V1.0 architecture includes the development of a multi-channel driver chip adapted to EEL and a multi-channel analog front end adapted to APD.

Chips and high-speed ADC chips. Multi-channel driver chips and multi-channel analog front-end chips have been mass-produced.

And applied in PandarXT products.

In V1.5, the laser is upgraded from EEL to VCSEL, and the planar design allows for more flexible layout on the surface.

Multi-channel, the adjustment efficiency and integration are improved accordingly. At the same time, the wavelength temperature drift of VCSEL is small, so a wider range of

Narrow filters reduce ambient light noise exponentially. Detectors evolve into SiPM single photon detectors with photoelectric gain

The improvement of can reduce the impact of circuit noise on the system signal-to-noise ratio, thereby achieving higher energy utilization.

The V1.5 architecture will complete the development of multi-channel driver chips suitable for VCSEL,

Equipped with SiPM's multi-channel analog front-end chip and high-precision TDC chip.

In V2.0, the transmitter uses a VCSEL linear array, and the receiver is upgraded from SiPM to a SPAD array, achieving

Integration of detectors and circuit functional modules under CMOS technology, linear array SoC monolithic integrated photodetector

Hesai ND AR 01063

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                Prospectus

The functional modules include detector, front-end circuit, waveform digitization, waveform algorithm processing, laser pulse control, etc.

Replace FPGA and further improve the performance and integration of the system. With the upgrading and progress of optoelectronic devices, the emission

The energy density and luminous efficiency of the VCSEL at the end will increase year by year, and the PDE detection efficiency of the SPAD at the receiving end will also increase.

The V2.0 architecture will complete the VCSEL

Upgrading of multi-channel driver chips and development of linear array SoC chips based on SPAD detectors.

V3.0 is an evolution from scanning to pure solid-state array LiDAR. Similar to V2.0, V3.0 system

Using SPAD array and VCSEL array as the transceiver unit, the receiving end adopts the array SoC chip, which can

It can realize on-chip processing of single photon signals to obtain point cloud data, and can replace FPGA.

The solution does not include a scanning structure, and has higher integration, better reliability, and better cost control and mass manufacturability.

The V3.0 architecture is expected to complete the VCSEL array driver chip and the SPAD detector-based array SoC chip.

Film development.

b) Self-developed LiDAR SoC chip

SoC chips can realize the monolithic integration of detectors and circuit functional modules under CMOS technology, directly

Real-time output of LiDAR point cloud data, with high integration, suitable for large-scale mass production, and autonomous control of devices

Advantages. Aiming at the development plan of chip V2.0 and V3.0, the company has continued to invest in research and development since 2018.

LiDAR SoC chip, the first generation of SoC chip has entered the film return test stage.

The chip research and technology innovation arrangements are as follows:

| name | Main features: A |
|---|---|
| System on Chip | single chip integrates photodetectors, front-end circuits, waveform digitization, algorithm processing, laser pulse control and other functional modules, which can significantly reduce system complexity and cost. It is suitable for large-scale mass production and has the potential to replace the main control unit FPGA. For |
| High integration | scanning lidar architecture (chip V2.0), line array SoC can integrate dozens to hundreds of channels (pixels); for area array lidar architecture (chip V3.0), area array SoC Tens of thousands of channels (pixels) can be integrated. The single-photon waveform algorithm circuit integrated on the chip can process the photon |
| Single photon waveform algorithm | flow signal in real time and output ranging information, ambient light intensity, reflectivity and other information. |
| encoding and decoding anti-interference function | The pulse encoding and decoding modules are integrated on the chip to realize the anti-interference function of the laser radar. |
| 2.5D Packaging Technology | Use 2.5D chip packaging design technology to improve the integration and data bandwidth of LiDAR SoC chips. |

c) Solid-state LiDAR PandarFT

As the integration of optoelectronic devices and circuits continues to increase, the laser radar transceiver unit has shown a

The development trend is from point to point, line to line, and even face to face.

Hesai ND AR 01064

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                    Prospectus

The VCSEL has good beam quality and wave

The single photon detector has small drift, high integration and is suitable for large-scale production.

It has advantages such as good time resolution, and adopts CMOS technology, which can be integrated with processing circuits or

Package-level integration to achieve system-on-chip.

In response to the chip V3.0 research plan, PandarFT's transmitter uses addressable array VCSEL

The receiving end uses a planar array SPAD detector, which can complete the point cloud measurement in the field of view without the need for a scanning mechanism.

The array laser driver chip used at the transmitting end is independently developed, which realizes the addressable array laser

The time-sharing light control of the device is designed to meet the requirements of functional safety and vehicle regulations. The receiving chip is also independently developed.

It integrates high-precision time measurement, waveform signal processing and other functions. The SPAD array and the receiving end SoC are connected by

2.5D packaging for signal interconnection. This product architecture can significantly reduce material and assembly costs,

Improve the system integration and reliability.

At present, the system parameters of PandarFT products have been clearly defined, and the design of engineering prototypes has been basically completed.

The key chips have been designed and trial-produced in small batches. PandarFT's main target markets include autonomous driving near

In the future, as VCSEL luminous power and SPAD detection efficiency increase,

With the continuous improvement of frequency and integrated circuit technology, the PandarFT product line will have a better resolution and long-distance measurement capability.

Continuously upgrade and upgrade to give full play to the advantages of solid-state LiDAR architecture and serve a broader market.

B. FMCW LiDAR Development

a) FMCW LiDAR prototype

Compared with the traditional pulsed lidar based on time of flight (ToF), FMCW lidar is based on phase

The dry detection method can respond to the Doppler frequency shift caused by the target movement and provide the target's instantaneous line-of-sight velocity information.

Motion information provides an additional dimension for target recognition algorithms in autonomous driving. In addition, FMCW

The LiDAR's analysis of distance and speed is based on the frequency of the beat signal, and it has a natural sensitivity to signals outside the passband.

The company has developed a FMCW LiDAR that can resist interference without coding.

The project carried out in-depth research on low-noise swept-frequency light sources, nonlinear frequency correction, and spectrum broadening.

Peak position extraction, low noise detection circuit and other technical problems, and continuously optimize the frequency modulation accuracy and detection of light sources

Circuit noise suppression method to improve the detection capability of FMCW engineering prototypes. The existing engineering prototypes have achieved 200

The distance accuracy and velocity accuracy within m are controlled at ±7 cm RMS and ±6 cm/s RMS respectively.

b) Research on narrow linewidth lasers

Hesai ND AR 01065

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

The narrow linewidth laser currently used in FMCW lidar is complex in process and difficult in technology.

Therefore, it has always faced problems such as high cost and difficulty in use, and its reliability cannot meet the requirements of vehicle-mounted laser radar.

Based on the application of automotive laser radar, the company has integrated advanced external cavity semiconductor laser technology solutions

Combined with high-reliability optoelectronic packaging technology, we develop miniaturized, low-cost, highly stable, and leading performance

1550 nm narrow linewidth semiconductor laser, with breakthroughs in key performance indicators, such as linewidth <5 kHz,

The maximum operating temperature can reach 70°C, and the output power is >20 mW; it also has excellent reliability, such as anti-mechanical

Shock and vibration, anti-condensation, anti-water vapor, resistance to ambient temperature changes, etc. At present, the product has passed the company's internal

The preliminary testing and verification of the department met the development requirements of FMCW lidar.

c) Silicon photonic chip research

The research on FMCW lidar also includes the research on silicon, silicon germanium, and silicon III-V hybrid integrated chips.

The light source is planned to use an external cavity laser that is a hybrid integration of silicon and III-V materials.

Lightwave Circuit) silicon-based external cavity lasers are smaller in size and can be monolithically integrated with other silicon-based devices;

The optical modulation part will use a silicon-based modulator based on the plasma dispersion effect, which is cheaper than lithium niobate crystals.

The coherent receiving module adopts silicon germanium hybrid integrated materials, which is very suitable for laser radar.

In the detection channel scenario, integrating multiple balanced light detectors into a single chip will significantly improve the consistency of the receiving components.

performance and system stability, while also significantly reducing the cost of multi-channel detection arrays. chip-based

FMCW lidar can significantly reduce system size while using a CMOS-compatible process and a single chip

The success will ensure the consistency of device performance, ensure that the system can be mass-produced, and significantly reduce the cost of devices and

The system cost is low and has broad application prospects.

C. LiDAR test system development

LiDAR systems are complex and sophisticated, and performance and safety tests are extensive and complex.

During use, you need to face complex and changeable external environments, such as seasonal climate changes, rain, snow, fog, etc.

Weather, road bumps and collisions, etc. In order to meet the needs of various laser radar test scenarios, the company conducted

In-depth test laboratory design, layout and use planning. As an emerging sensor, LiDAR is widely used in the world

There is no complete LiDAR testing standard in the world. As a leading enterprise in the automotive LiDAR industry,

In the process of exploring and practicing testing methods, we also focus on summarizing testing experience into common standards and actively participate in

The formulation of group standards, industry standards, national standards and even world standards. The test system R&D plan is as follows:

Long-distance measurement space: The moving speed of the laser radar can be quantitatively controlled to simulate the possible

Hesai ND AR 01066

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

The position of various physical objects in space can be controlled at a distance of 0~200 m.

Relative height, etc., effectively test the performance of lidar in real road tests.

Light control laboratory: Use laser radar or wide-spectrum near-infrared lamps in the same band as the light source to quantitatively control

The illumination, angle, and relative position of the light source can effectively detect the interference between the laser radars and

LiDAR is affected by external lighting.

Environmental laboratory: simulates rain, snow, fog and other weather conditions in a limited space to effectively test laser radar

Performance in all weather conditions.

Destruction simulation laboratory: simulates the damage to the lidar during use, such as stones and sand

Dust, dirt, etc., effectively testing the performance of the LiDAR after being damaged.

Fully automated software laboratory: quantitative simulation of the relative distance and angle between various reflectivity objects and lidar

It can realize functions such as automatic version compilation, automatic upgrade and downgrade, automatic comprehensive point cloud test, etc.

Effectively verify the performance between LiDAR version iterations.

Performance laboratory: Place mobile targets (including a certain number of different

reflectivity and shape targets), can create various emergencies at any time, and effectively test the LiDAR in various extreme

performance in the case.

Reliability Laboratory: The reliability laboratory is built according to GMW3172 and other standards, with salt spray, temperature shock,

Vibration, shock, sealing and other test capabilities to effectively test the performance of LiDAR under various reliability standards

now.

Laser Safety Laboratory: Establish evaluation and testing specifications based on the latest international laser safety standards.

We also conduct innovative discussions on laser safety issues in special scenarios during the application of LiDAR.

Safety goals for the product.

D. LiDAR Algorithm Research

The environmental perception system is an important component of the unmanned driving system and an important

Environmental perception technology is also an important research topic in the current intelligent transportation road-side technology.

The high-precision detection capability of the laser radar sensor and the environmental perception module built based on the laser radar point cloud data have good

Good accuracy and reliability, so it has a wide range of application prospects. Based on the laser radar products launched one after another,

The company has invested in developing perception algorithms for unmanned driving and vehicle-road collaboration scenarios, and real-time laser radar-based

1-1-241

Hesai ND AR 01067

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

Positioning and high-precision map building algorithms, as well as efficient perception data management platforms and performance evaluation test systems.

For perception algorithms, the company simultaneously customizes them by integrating deep learning with traditional pattern recognition methods.

The highly parallel computing optimization based on the laser radar is realized on the low-power FPGA embedded platform.

The overall perception solution covers obstacle detection, identification, tracking and drivable area division.

It can detect various motor vehicles, non-motor vehicles, pedestrians and other obstacles, and the sensing range can cover more than 100 m

On the other hand, the company has also invested in the development of multi-sensor time synchronization and spatial calibration solutions, data level

Front fusion perception solution and object-level post-fusion perception solution to solve the collaborative fusion of lidar and camera

Perception problem.

The company conducts the following research on real-time positioning and high-precision map construction algorithms:

Real-time odometer, joint real-time positioning based on lidar and high-precision map,

High-precision map construction based on GNSS and inertial navigation fusion to achieve centimeter-level accuracy for L4 autonomous driving scenarios

Real-time positioning and high-precision map production with super-precision. At the same time, for the semantic elements in the high-precision map,

The company has developed a semi-automatic map semantic element recognition and production system, including high-precision lanes, intersections,

Traffic lights and other information to achieve efficient production and low-cost updating of high-precision maps.

For the perception data management platform and performance evaluation test system, the company has invested in the development of a multi-sensor source

Data acquisition and storage system, semi-automatic truth value labeling system for multi-sensor fusion, and virtual lidar

Scene simulation system, efficient production, management and secure storage of large-scale high-quality perception data sets, real scene

The annual production throughput of the real-value object frames in the scene can approach millions, providing a basis for deep learning-based perception algorithms.

Provide supervised training and verification data. The software-in-the-loop and hardware-in-the-loop test systems developed simultaneously ensure the perception algorithm

The method and its derivative products can provide reliable performance in both conventional and complex scenarios.

## VII. Qualifications obtained by the issuer

1. Main qualifications related to production and operation

As of the signing date of this prospectus, the main assets related to production and operation owned by the issuer and its domestic subsidiaries are

The quality is as follows:

| Serial number | name | Issuing Agency | Certificate Number | Certified Unit | Issue date | Validity period |
|---|---|---|---|---|---|---|
| 1 | High-tech Enterprise Certificate | Shanghai Municipal Science and Technology Commission, Shanghai Municipal Finance Bureau, State Administration of Taxation Shanghai Municipal Taxation Bureau | GR201931005928 Issuer | | December 6, 2019 | 3 years |

Hesai ND AR 01068

Shanghai Hesai Technology Co., Ltd.                                                                                          Prospectus

| Serial number | name | Issuing Agency | Certificate Number | Certified Unit | Issue date | Validity period |
|---|---|---|---|---|---|---|
| 2 | Customs declaration unit registration certificate | Jiading Customs of the People's Republic of China | 3114965559 Issuer | | March 29, 2017 | Long-term validity |
| 3 | Customs import and export goods consignor and | Jiading Customs of the People's Republic of China | 31149309A5 Issuer | | September 1, 2020 | Long-term validity |
| 4 | consignee registration receipt Customs import and export | Jiading Customs Export Processing Zone Office of the People's Republic of China | 311466000W | Hesai Trading | December 15, 2020 | Long-term validity |
| 5 | goods consignor and consignee registration receipt | / | 04015275 Issuer | | August 25, 2020 | / |
| 6 | Foreign trade operator registration form Foreign trade operator registration form | / | 04002164 | Hesai Trading | May 31, 2019 | / |
| 7 | Stationary pollution source discharge registration receipt | National Pollutant Discharge Permit Management Information Platform of the Ministry of Ecology and Environment | 913101143207427 67K001W | Issuer | December 22, 2020 (Change of registration) | October 9, 2020 - October 8, 2025 |

(II) Main product-related qualifications

As of the signing date of this prospectus, the main domestic qualifications of the issuer and its subsidiaries related to the products

The situation is as follows:

| No. | Name | Product Model | Certification Unit | Issuing Authority | Certificate Number | Validity Period | |
|---|---|---|---|---|---|---|---|
| 1 | Measuring instrument type approval certificate | HS4000 Issuer | | Shanghai Municipal Administration for Market Regulation | 2019C238-31 | / | |
| 2 | Radio transmission equipment type approval certificate | HS4000 Issuer | Information Department | 2020-13617 | | Until June 21, 2024 | |

Note: As of the signing date of this prospectus, the Issuer has submitted an application for renewal of the certificate regarding the changes in the contents of part of the "Certificate of Type Approval of Measuring Instruments".

As of the signing date of this prospectus, some models of laser gas sensor products of the issuer are still in the process of applying for

Measuring instrument type approval certificate and radio transmission equipment type approval certificate, sales of these products during the reporting period

The issuer is currently actively applying for the type approval of measuring instruments for such products in accordance with the requirements.

Approval certificate and radio transmission equipment type approval certificate.

Except for some products that are still applying for the type approval certificate of measuring instruments and the type approval certificate of radio transmission equipment

In addition, the issuer has obtained the necessary funds to operate the issuer's principal business in accordance with the provisions of Chinese laws and regulations.

Business license.

In addition to the above-mentioned domestic main product qualifications, as of the signing date of this prospectus, according to the product target sales

Hesai ND AR 01069

Shanghai Hesai Technology Co., Ltd.                                                                          Prospectus

Different regions and product types, the issuer has separately

Obtained laser product grade certification, IECEx, FCC, ATEX, etc. in major overseas sales regions such as the United States and the European Union.

CE-EMC, RoHS, REACH, WEEE and other product certifications.

## 8. Resource elements shared between the issuer and others

As of the date of signing of this prospectus, the Issuer has any business activities involving the use of other persons' patents as a licensee and the use of other persons' patents as a licensor.

The main case of the party authorizing others to use the patent is the cross-licensing agreement between the party and Velodyne.

The details are as follows:

In August 2019, Velodyne filed a lawsuit in the U.S. District Court for the Northern District of California and the U.S. District Court for the Northern District of California.

The International Trade Commission accused Hesai Technology of infringing its patents related to rotating LiDAR registered in the United States;

In 2017, Hesai Technology filed a lawsuit against Velodyne in the Regional Court of Frankfurt/Main, Germany, accusing Velodyne of

Infringement of its patents related to rotating laser radar registered in Germany; the following year, Hesai Technology

The Intellectual Property Court accused Velodyne of infringing its rotating lidar-related patents registered in China.

On June 24, 2020, Hesai Technology and Velodyne signed the Litigation Settlement and Patent Cross-Licensing Agreement.

According to the Litigation Settlement and Patent Cross-License Agreement, Hesai Technology and Velodyne both

Deny infringement of the other party's patents and agree to cross-license the parties' existing and future patents worldwide

Taking into account the costs and opportunity costs of initiating and responding to international litigation, Hesai Technology agreed to file

Velodyne to pay settlement fee, including one-time patent license compensation and subsequent annual patent license payments

The agreement is valid until February 26, 2030. During the validity period of the agreement, both parties promise not to

The issuer shall not file any patent lawsuit against the other party in the field of rotating laser radar.

The protection period of the rotating lidar-related patent in the United States that Velodyne has accused of infringing will also expire, and Velodyne

will no longer be able to continue to accuse the issuer of infringement based on this patent.

As of the signing date of this prospectus, all legal proceedings for the aforementioned patent disputes have been terminated.

Pedestrian has paid patent license compensation and

Patent licensing fees: the agreement was performed normally and there was no breach of contract.

## IX. The issuer's overseas operations and overseas assets

The issuer is headquartered in Shanghai, China, and has two wholly-owned subsidiaries in the United States: Oxigraf, Inc. and HESAI

INC., please refer to Section 5 of this prospectus for its basic information, main business and main financial data.

"Basic Information of the Issuer" "VI. Information on the Issuer's Controlling Subsidiaries and Shareholding Companies" "(I) Issuer

Hesai ND AR 01070

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

"2. HESAI INC." and "3. Oxigraf, Inc." of "Controlled Subsidiaries".

Hesai ND AR 01071

Shanghai Hesai Technology Co., Ltd.                                                                    Prospectus

## Section 7 Corporate Governance and Independence

1. The issuer's shareholders' meeting, board of directors, board of supervisors, independent directors and board secretary system

Establishment and operation of the system

Since its establishment, the Issuer has been

requirements, and in light of the specific business conditions, we have gradually established and improved the shareholders' meeting, board of directors, board of supervisors,

The independent director and board secretary system and the special committee system have formed a standardized corporate governance structure.

The shareholders' meeting, board of directors and board of supervisors of the company shall comply with relevant laws, regulations, normative documents and the Articles of Association.

and relevant rules of procedure, and all shareholders, directors, supervisors and senior management personnel have performed their duties conscientiously.

Responsibilities: exercise rights and perform obligations in accordance with system regulations.

(I) Establishment and operation of the shareholders' meeting system

On August 5, 2020, the company's founding meeting and the first shareholders' meeting reviewed and approved the Company's Articles of Association.

The General Meeting of Shareholders Rules of Procedure stipulates the powers, convening methods, voting methods, etc. of the general meeting of shareholders.

The Articles of Association and the Rules of Procedure for Shareholders' Meetings are in compliance with the Company Law and the

Governance Guidelines (2018 Revision)", Rules for Shareholders' Meetings of Listed Companies (2016 Revision)", and Rules for Listing on the Science and Technology Innovation Board

And other relevant laws and regulations.

The company has established a complete shareholder meeting system, and shareholders enjoy the rights and interests stipulated in the Company Law and Articles of Association.

As of the signing date of this prospectus, five general meetings of shareholders have been held.

Yes, the details are as follows:

| Serial number | Session | date |
|---|---|---|
| 1 | Founding Meeting and First Shareholders' Meeting | August 5, 2020 |
| 2 | Second Extraordinary General Meeting of Shareholders in 2020 | August 25, 2020 |
| 3 | The Third Extraordinary General Meeting of Shareholders in 2020 | September 20, 2020 |
| 4 | Fourth Extraordinary General Meeting of Shareholders in 2020 | October 25, 2020 |
| 5 | Fifth Extraordinary General Meeting of Shareholders in 2020 | November 27, 2020 |

The procedures for convening and holding the issuer's shareholders' meetings, the content of resolutions, the rules of procedure and the voting results

The results are in compliance with the provisions of the Company Law and other laws, regulations and normative documents, and there is no violation of the Company Law by any shareholder.

Act on the exercise of powers in accordance with the provisions of the Law and other relevant regulations.

Hesai ND AR 01072

Shanghai Hesai Technology Co., Ltd.          Prospectus

(II) Establishment and operation of the board of directors system

In accordance with the provisions of the Company Law, the Company Articles of Association and other regulations, the company has established a board of directors, which is responsible to the general meeting of shareholders.

The board of directors currently consists of 9 directors, including 3 independent directors and 1 chairman.

On the same day, the company's founding meeting and the first shareholders' meeting reviewed and approved the "Rules of Procedure for Board Meetings", which

The Rules of Procedure for Board Meetings are in line with the

The requirements of relevant laws and regulations such as the "Corporate Governance Guidelines for Listed Companies (Revised in 2018)" and the "Corporate Governance Guidelines for Listed Companies (Revised in 2018)"

As of the signing date of this prospectus, six board meetings have been held, the details of which are as follows:

| Serial number | Session | date |
|---|---|---|
| 1 First meeting of the first board of directors | | August 5, 2020 |
| 2 The Second Meeting of the First Board of Directors | | August 10, 2020 |
| 3 The third meeting of the first board of directors | | September 5, 2020 |
| 4 The Fourth Meeting of the First Board of Directors | | October 10, 2020 |
| 5 The fifth meeting of the first board of directors | | November 11, 2020 |
| 6 The Sixth Meeting of the First Board of Directors | | December 18, 2020 |

The procedures for convening and holding the aforementioned board meetings of the issuer, the content of resolutions, rules of procedure and voting

The results are in compliance with the provisions of the Company Law and other laws, regulations and normative documents, as well as the Articles of Association and the Board of Directors.

The directors have not violated the Company Law, the Articles of Association and the Rules of Procedure of the Board of Directors.

The exercise of powers in accordance with the Rules of Procedure and other relevant provisions.

(III) Establishment and operation of the board of supervisors system

In accordance with the provisions of the Company Law, the Company Articles of Association and other regulations, the company has established a Supervisory Board which is responsible to the shareholders' meeting.

The Supervisory Committee is composed of 3 supervisors, including 1 chairman; 1 of them is an employee representative supervisor, and the staff members of the Supervisory Committee are

The workers' representatives are democratically elected by the company's employees through the workers' congress.

The first general meeting of shareholders reviewed and approved the Rules of Procedure for the Board of Supervisors, which defined the powers,

The Rules of Procedure for the Board of Supervisors are in accordance with the Company Law and the

The requirements of the Shanghai Municipal Corporate Governance Guidelines (2018 Revision) and other relevant laws and regulations.

As of the signing date of this prospectus, three meetings of the Board of Supervisors have been held. The details are as follows:

| Serial number | Session | date |
|---|---|---|
| 1 First meeting of the first board of supervisors | | August 5, 2020 |

Hesai ND AR 01073

Shanghai Hesai Technology Co., Ltd.                                                                                    Prospectus

| Serial number | Session | date |
|---|---|---|
| 2 The Second Meeting of the First Board of Supervisors | | October 10, 2020 |
| 3 The third meeting of the first board of supervisors | | November 11, 2020 |

The procedures for convening and holding the aforementioned meetings of the Board of Supervisors of the issuer, the content of resolutions, rules of procedure and voting

The results are in compliance with the Company Law and other laws, regulations and normative documents as well as the Articles of Association and the Supervisory Board.

The supervisors did not violate the Company Law, the Articles of Association and the Rules of Procedure of the Supervisory Committee.

The behavior of exercising powers as required by the Regulations and relevant systems.

(IV) Establishment and operation of the independent director work system

On August 5, 2020, the company's founding meeting and the first shareholders' meeting reviewed and approved the "Independent Directors'

The company has adopted a resolution on the "Working System for Independent Directors" to clearly define the responsibilities of independent directors.

The board of directors shall consist of no less than one-third members, including an accounting professional.

On August 5, 2020, the company's founding meeting and the first shareholders' meeting approved the election of Zhuang Song

Lin, Wang Yu and Yin Huifang are independent directors of the issuer, among whom Yin Huifang is an accounting professional.

Directors shall exercise their rights in strict accordance with the provisions of the Company's Articles of Association, the Independent Directors' Work System and other relevant systems.

Fulfill obligations.

Since their appointment, the independent directors of the issuer have been diligent and responsible, attending the board meetings on schedule and reviewing the directors'

During the board meeting, the board carefully reviewed the proposals and made corresponding suggestions on the specific contents of the proposals.

Question, vote on the board of directors' proposals according to their own independent will, and check the voting results and meeting minutes

Signature. Currently, the issuer has 3 independent directors, which shall not be less than 1/3 of the total number of directors.

The work system has been in operation since then, and has played a positive role in promoting the fairness, justice and impartiality of the company's related-party transaction decisions and ensuring the integrity of the board of directors.

It has played a positive role in ensuring the scientific nature of decision-making and safeguarding the rights and interests of shareholders.

(V) Establishment and operation of the board secretary system

On August 5, 2020, the first meeting of the first board of directors of the company reviewed and approved the "Board of Directors"

Secretary Work Rules and Proposal on the Appointment of Senior Vice President and Secretary of the Board of Directors of the Company,

Cailian serves as the company's senior vice president and secretary of the board of directors for a three-year term.

Strictly perform duties in accordance with the relevant provisions of the "Company Articles of Association" and "Board Secretary Work Rules", and carefully prepare

The board of directors and shareholders' meeting shall promptly inform the company's shareholders and directors of relevant information about the company and establish a

The smooth communication channels have been established to improve the corporate governance structure and the normal operation of the shareholders' meeting, the board of directors and the board of supervisors.

Hesai ND AR 01074

Machine Translated by Google

Shanghai Hesai Technology Co., Ltd.                                                                                                    Prospectus

Played due role.

(VI) Establishment of special committees of the board of directors

On August 5, 2020, the first meeting of the first board of directors of the company reviewed and approved the Nomination Committee

Working Rules of the Compensation and Appraisal Committee Working Rules of the Audit Committee Working Rules of the Strategic Committee

Working Rules, Proposal on the Election of Audit Committee Members, Proposal on the Election of Nomination Committee Members

Proposal on the election of members of the Remuneration and Appraisal Committee; Proposal on the election of members of the Nomination Committee;

The company's board of directors consists of the board of directors nomination committee, the board of directors remuneration and assessment committee, and the board of directors review committee.

The four special committees are the Planning Committee and the Strategic Committee of the Board of Directors.

1. Nomination Committee of the Board of Directors

The Nomination Committee is a special working body of the Board of Directors established in accordance with the Articles of Association.

Responsible for reviewing the selection process, standards and qualifications of the company's directors and senior management and reporting to the board of directors

Make suggestions.

The Nomination Committee is composed of Yin Huifang, Wang Yu and Yang Cailian, among which Yin Huifang and Wang Yu are independent directors.

The Nomination Committee shall have a chairman, Yin Huifang.

2. Remuneration and Appraisal Committee of the Board of Directors

The Remuneration and Appraisal Committee is a special working body of the Board of Directors established in accordance with the Articles of Association.

Mainly responsible for formulating and evaluating the assessment standards for the company's directors and senior management personnel, and responsible for formulating and reviewing

The company's remuneration policies and programs for directors and senior management are accountable to the Board of Directors.

The Remuneration and Appraisal Committee is composed of Yin Huifang, Wang Yu and Xiang Shaoqing, of whom Yin Huifang and Wang Yu are independent

The Remuneration and Appraisal Committee shall have a Chairman, Wang Yu.

3. Audit Committee of the Board of Directors

The Audit Committee is a special working body of the Board of Directors established in accordance with the Articles of Association.

Responsible for the communication, supervision and verification of internal and external audits of the company.

The Audit Committee is composed of Yin Huifang, Wang Yu and Sun Kai, of whom Yin Huifang and Wang Yu are independent directors.

The Accounting Committee shall have a chairman, Yin Huifang, who is an accounting professional.

Hesai ND AR 01075

Smart car innovation and development strategy

The world today is undergoing a major change unseen in a century, with a new round of technological revolution and industrial transformation.

The revolution is in the ascendant, and smart cars have become the strategic direction of the development of the global automotive industry.

Accelerate the innovative development of smart cars and formulate this strategy.

1. Development Trend

Smart cars are equipped with advanced sensors and other devices, using new technologies such as artificial intelligence.

Technology, with autonomous driving function, gradually becomes the new smart mobile space and application terminal

The first generation of cars. Smart cars are often referred to as intelligent connected cars, self-driving cars, etc.

1. Smart cars have become the strategic direction of development of the global automotive industry.

From a technical perspective, cars are gradually transforming from manually controlled mechanical products to electronic information products.

From the perspective of industry, automobiles and related industries are fully integrated.

From the application level, automobile

It will gradually transform from a simple means of transportation into an intelligent mobile space and application terminal.

It is an important carrier of emerging industries. From the perspective of development, some multinational companies have taken the lead in developing industries.

Layout, some countries actively create a good development environment, smart cars have become a strong automobile country

Strategic choice.

(2) The development of smart cars is of great strategic significance to our country.

The development of smart cars is conducive to improving the basic capabilities of the industry and breaking through key technical bottlenecks.

Enhance the ability to lead a new round of scientific and technological revolution and industrial transformation, and cultivate new advantages in industrial development;

It is conducive to accelerating the transformation and upgrading of the automobile industry, cultivating the digital economy, and strengthening new drivers of economic growth.

— 3 —

Hesai ND AR 01076

It is conducive to accelerating the development of a strong manufacturing country, a strong science and technology country, a strong network country, a strong transportation country, and a digital country.

China, the construction of a smart society, enhances the country's comprehensive strength in the new era; is conducive to protecting life

Safety, improve traffic efficiency, promote energy conservation and emission reduction, and enhance people's well-being.

(3) my country has strategic advantages in the development of smart cars.

The socialist system with Chinese characteristics and the national governance system can concentrate resources to accomplish major tasks.

The country's institutional advantages are significant. my country's automobile industry system is perfect and brand quality is gradually improving.

Key technologies continue to break through, and the development foundation is relatively solid. Internet, information and communication and other fields

A number of well-known enterprises have emerged with strong network communication capabilities.

The level of Douyin satellite navigation and positioning system is internationally advanced, and the infrastructure is well supported.

Ranked first in the world, new urbanization construction is advancing rapidly and the market demand prospects are broad.

II. General requirements

1. Guiding ideology

Fully implement the spirit of the 19th CPC National Congress and the Second, Third and Fourth Plenary Sessions of the 19th CPC Central Committee.

Guided by Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era, we should firmly establish the new development theory

concept, comprehensively promote the overall layout of "five in one", coordinate the promotion of the "four comprehensive" strategy

layout, giving full play to the institutional advantages of concentrating resources on major tasks and the advantages of a super-large market

With supply-side structural reform as the main line and the development of Chinese standard smart cars as the direction,

With the goal of building a strong country in intelligent automobiles and the promotion of industrial integration and development as a way to create new

models, cultivate new business formats, enhance industrial basic capabilities and industrial chain levels, and meet people's daily

The growing needs for a better life.

(2) Basic principles

Overall planning and coordinated promotion. Strengthen the top-level design of smart car development and create a supportive

— 4 —

Hesai ND AR 01077

Innovation, encouragement of creativity, and a relaxed and inclusive development environment. Strengthen departmental coordination, industry collaboration,

Link up and down to form a coordinated development force across departments, industries and fields.

Innovation-driven, platform-supported. Establish open source, resource sharing and cooperation mechanisms to build

Build an independent technology system for smart cars. Fully mobilize the enthusiasm of all sectors of society to promote the development of smart cars.

Build an innovative development platform for automobiles and enhance the ability to support strategic implementation.

Market-led, cross-border integration. Give full play to the decisive role of the market in allocating resources.

Stimulate the development of smart cars. Break industry segmentation, strengthen industry integration, and innovate industries.

System, production method, and application model.

Open cooperation, safe and controllable. Coordinated use of domestic and foreign innovation factors and market resources,

Build a new pattern of open cooperation in smart cars. Strengthen industry safety and risk prevention and control, and establish smart

It can improve automobile safety management system and enhance the security protection capability of network information system.

(3) Strategic vision

By 2025, China's standard smart car technology innovation, industrial ecology, and infrastructure

The facilities, regulations and standards, product supervision and network security systems have basically been formed.

Self-driving smart cars have reached large-scale production, and highly self-driving smart cars have been realized.

The commercial application of intelligent transportation systems and smart city related facilities

The vehicle wireless communication network (LTE-V2X, etc.) has achieved regional coverage.

The new generation of vehicle wireless communication network (5G-V2X) is gradually being implemented in some cities and highways.

Launch applications and achieve full coverage of the high-precision space-time benchmark service network.

Looking forward to 2035 to 2050, China's standard intelligent vehicle system will be fully established and more

Improvement. The vision of a safe, efficient, green and civilized smart car power is gradually being realized.

Energy-saving cars can fully meet the people's growing needs for a better life.

— 5 —

III. Main Tasks

1. Build a collaborative and open intelligent vehicle technology innovation system.

1. Breakthrough in key basic technologies. Develop complex system architecture, complex environment perception,

Intelligent decision-making control, human-machine interaction and human-machine co-driving, vehicle-road interaction, network security, etc.

Forward-looking technology research and development, focusing on breakthroughs in new electronic and electrical architecture, multi-source sensor information fusion

knowledge, new intelligent terminals, intelligent computing platforms, vehicle wireless communication networks, high-precision time

Common cross-cutting technologies such as air reference services, basic maps for smart cars, and basic cloud control platforms.

2. Improve test and evaluation technology. Establish and improve the intelligent vehicle test and evaluation system and test

Basic database. Focus on the research and development of virtual simulation, software and hardware combined simulation, and real vehicle road testing

and other technologies and verification tools, as well as a multi-level test and evaluation system.

Capacity building of technical testing and safe operation test and evaluation institutions.

3. Carry out application demonstration pilots. Carry out intelligent vehicle test runs and demonstrations in specific areas

Application, verify the accuracy of vehicle environment perception, scene positioning accuracy, decision-making and control rationality,

System fault tolerance and fault handling capabilities, smart car basic map service capabilities, "people-car

 -Road-Cloud" system coordination, etc. Promote the development of city-level smart cars in places with conditions

Large-scale, comprehensive application pilot projects will support advantageous regions in establishing national vehicle networking pilot zones.

(2) Build a cross-border integrated smart car industry ecosystem.

4. Enhance the core competitiveness of the industry. Promote the development of high-precision automotive sensors, automotive-grade chips,

Research and development and industrialization of intelligent operating systems, in-vehicle intelligent terminals, intelligent computing platforms, etc.

Build an industrial cluster of key components for smart cars. Accelerate the promotion and application of intelligent systems, cultivate

Cultivate smart car brands with international competitiveness.

5. Cultivate new market players, integrate advantageous resources, and establish industrial consortia and alliances.

— 6 —

Hesai ND AR 01079

Encourage vehicle manufacturers to gradually become smart car product providers, and encourage parts manufacturers to gradually

Become a key system integration supplier for smart cars. Encourage enterprises in artificial intelligence, the Internet, etc.

Develop into a leading company in autonomous driving system solutions and encourage information and communication companies to develop

Develop into a smart car data service provider and wireless communication network operator, encourage transportation infrastructure

Facility-related companies develop into smart city transportation system solution providers.

6. Innovate the form of industrial development. Actively cultivate intelligent road facilities, high-precision space-time base

New industries such as quasi-services and smart car basic maps, Internet of Vehicles, network security, smart travel, etc.

Strengthen the application of big data in complex usage scenarios of smart cars, focusing on data value-added,

Cultivate new business models in areas such as travel services, finance and insurance. Priority should be given to exploring

Explore and develop smart car travel services.

7. Promote the application of new technologies. Carry out joint military and civilian research and accelerate the development of Beidou satellite navigation.

The application of navigation positioning system and high-resolution earth observation system in the fields related to smart cars,

Promote vehicle electronic control, high-performance chips, laser/millimeter wave radar, micro-electromechanical systems,

Transformation and application of military technologies with independent intellectual property rights, such as inertial navigation systems, to strengthen autonomous driving

Development and application of systems, cloud control basic platforms, etc. in the field of national defense and military industry.

(3) Build an advanced and complete smart car infrastructure system.

8. Promote the planning and construction of intelligent road infrastructure. Formulate intelligent transportation development plans.

Plan, build smart roads and a new generation of national traffic control network. Promote in stages and regions

The informationization, intelligentization and standardization of road infrastructure. Combined with the commercial deployment of 5G,

Promote the coordinated construction of 5G and Internet of Vehicles. Unify communication interfaces and protocols to promote road infrastructure

Facilities, smart cars, operation services, traffic safety management systems, traffic management and command systems

System and other information interconnection.

— 7 —

Hesai ND AR 01080

9. Build a widely covered wireless vehicle communication network.

Study spectrum use licenses and rapidly promote the construction of wireless vehicle communication networks.

Deployment of mobile communication networks, and establishment of a new generation of vehicle wireless communication networks in key areas and key sections

The network provides ultra-low latency, ultra-high reliability, and ultra-large bandwidth wireless communications and edge computing services.

Deploy narrowband IoT in transportation facilities such as bridges, tunnels, and parking lots to establish information

Database and multi-dimensional monitoring facilities.

10. Build a nationwide high-precision space-time benchmark service capability for vehicles.

There is a Beidou satellite navigation and positioning base station network to promote a unified high-precision space-time benchmark across the country

Service capability building: Strengthen the integration of navigation and communication systems and build a multi-source navigation platform.

Promote the interoperability of Beidou communication services and mobile communication networks, and establish a vehicle emergency system.

Assist the BeiDou system to provide fast auxiliary positioning services.

11. Build a road traffic geographic information system covering the national road network. Develop standard systems.

The first intelligent car basic map, establish and improve the geographic information system including road network information,

Provide real-time dynamic data services. Create and optimize the basic map information database model for smart cars

Promote the establishment of smart car basic map data and satellite remote sensing image data sharing

Mechanism. Build a fast dynamic update and online service system for road traffic geographic information system.

12. Build a national intelligent vehicle big data cloud control basic platform. Make full use of existing equipment

Infrastructure and data resources, and coordinate the construction of a smart car big data cloud control basic platform.

Build a logically coordinated and physically dispersed cloud computing center with unified standards and open sharing infrastructure.

Basic data center, risk-controlled, safe and reliable cloud control basic software, gradually realize vehicle,

Basic data fusion applications in areas such as infrastructure and transportation environment.

(IV) Establish a systematic and comprehensive system of regulations and standards for smart cars.

— 8 —

13. Improve laws and regulations. Carry out the identification and responsibility of "machine drivers" of smart cars.

Confirmation, network security, data management and other legal issues and ethical norms research, clarify the relevant

The legal rights, obligations and responsibilities of the subject. Promote the introduction of regulations on smart car testing and

The introduction, use, supervision and other aspects of the law and regulations will promote the implementation of the Road Traffic Safety Law.

Improve the laws and regulations on surveying, mapping and geographic information.

14. Improve technical standards. Build a Chinese standard system for smart cars. Focus on formulating

Key systems, smart car basic maps, cloud control basic platform, security protection, smart

Technical standards and specifications for digital infrastructure, as well as the coordination of the "people-vehicle-road-cloud" system

Establish vehicle wireless communication technology standards and equipment interface specifications. Establish intelligent vehicle classification

and evaluation criteria, formulate smart car product certification, operational safety, and autonomous driving capability testing

Improve the test standards for simulation scenarios, closed sites, semi-open sites, and public roads

Formulate human-machine control conversion, vehicle-road interaction, vehicle-vehicle interaction and event recording, vehicle incident

Therefore, standards such as product defect investigation.

15. Promote certification and accreditation. Establish and improve enterprise self-assessment, reporting and third-party technical

A certification and accreditation mechanism that combines inspection and certification to build a comprehensive system covering the entire life cycle of smart cars

Certification service system. Carry out key software and hardware functionality, reliability, and security certification,

Establish certification standards and rules for different levels of smart cars. Promote the evaluation of test demonstration areas

Capacity and system building.

(V) Establish a scientific and standardized smart car product supervision system.

16. Strengthen vehicle product management. Improve the production, access, sales, and inspection of smart cars.

Research and formulate safety audit procedures for smart car related products

Strengthen supervision of smart car product R&D, production, manufacturing, import and export, etc.

— 9 —

Machine Translated by Google

Build a quality safety and functional safety prevention and control system, clarify the main body of safety responsibility, and improve intelligent

Evidence collection and handling of road traffic violations, safety accident tracing and accountability

Relevant regulations: Clarify the procedures for model approval and network access permission for automotive wireless communication equipment.

Improve the standards and management methods for smart car field testing, strengthen public road testing review and

Supervision, and promotion of the construction of operational safety and autonomous driving capability testing bases.

17. Strengthen vehicle use management. Issue smart car logo management measures to strengthen

Authentication, real-time tracking and event tracing of smart cars. Establish an open and transparent smart car

Vehicle supervision and accident reporting mechanisms, improve multi-party linkage, information sharing, real-time and accurate transportation

Strengthen the management of network access permission for networked communication equipment in the field of road infrastructure.

Formulate smart car software and hardware upgrades, after-sales services, quality assurance, financial insurance, etc.

We will implement management regulations in this field and actively promote the commercial application of smart cars.

(6) Build a comprehensive and efficient smart car network security system.

18. Improve the security management linkage mechanism. Strictly implement national cybersecurity laws and regulations

and level protection, improve the network security management system for smart cars, and establish a network security system covering automobile manufacturing

Enterprises, electronic component suppliers, network operators, service providers and other key industry chain

The safety responsibility system of each link should be established to carry out risk assessment, grade evaluation, monitoring and early warning, emergency response and other

Response and other mechanisms, and conduct regular network security supervision and inspection.

19. Improve network security protection capabilities. Build multi-layered in-depth defense, combining software and hardware

Safety protection system to strengthen the safety and reliability of vehicle chips, operating systems, application software, etc.

Carry out safety testing of vehicle information systems, service platforms and key electronic components.

Strengthen security management of remote software updates, monitoring services, etc. Implement unified identity and authority authentication

Management. Establish a Beidou system anti-interference and anti-deception security protection system.

— 10 —

Standards and specifications for security level protection, and construction of a smart car network security situation awareness platform

Platform to enhance emergency response capabilities.

20. Strengthen data security supervision and management. Establish a data security system covering the entire life cycle of smart car data.

Establish a long-term security management mechanism to clarify the data security protection responsibilities and specific requirements of relevant entities

Implement classification and grading management of important data to ensure that user information, vehicle information, surveying and mapping

Geographic information and other data are safe and controllable. Improve data security management system, strengthen supervision and inspection,

Carry out assessments on data risks, data outbound security, etc.

IV. Safeguard Measures

1. Strengthen organization and implementation.

Implement the decisions and arrangements of the CPC Central Committee and the State Council, strengthen overall coordination, and promote intelligent

Implement major policies, tasks and projects for the innovative development of automobiles, and promptly resolve major

Give full play to the special committee of the National Manufacturing Power Construction Leading Group on the development of the Internet of Vehicles industry

The working mechanism of the committee and other departments shall fulfill their work tasks according to their responsibilities and form a development partnership.

Cultivate new market players such as smart car innovation and development platforms, and promote the implementation of strategic

Organize well-known experts, scholars and institutions in related fields to provide consulting services.

Strengthen intellectual support.

(2) Improve support policies.

Research and formulate relevant management standards and rules, and introduce measures to promote the development of road traffic autonomous driving

The development of smart cars will be guided by the policies of the government and enterprises to participate in the development of smart cars in a standardized and orderly manner.

Support the research and development and industrialization of basic common key technologies for smart cars, smart transportation and smart

Strengthen the guidance of tax and financial policies and provide

Enterprises that meet the requirements can enjoy the preferential tax deduction for corporate income tax according to the current tax policy.

— 11 —

Implement preferential tax policies for small and medium-sized enterprises and start-ups.

Policy tools, focusing on supporting the development of new business forms and new models.

(3) Strengthen talent guarantee.

Establish a linkage mechanism between major projects and talent introduction, increase the number of international leading talents and backbones

Promote talent exchange in the fields of automobile, information communication, Internet, etc.

Quickly cultivate compound experts and technology leaders. Deepen the integration of industry and education, encourage enterprises to cooperate with higher education

Cooperate with colleges and universities to set up relevant majors and jointly cultivate innovative young and middle-aged scientific and technological talents, engineering technicians

Technical talents, senior technicians and management talents.

(4) Deepen international cooperation.

Encourage domestic and foreign enterprises to strengthen industrial cooperation and jointly carry out basic research and technology development

Support domestic enterprises to accelerate their international market layout and enhance their overseas R&D capabilities.

Encourage foreign-funded enterprises to actively participate in the development of the smart car industry. Make full use of multilateral and bilateral cooperation

and high-level dialogue mechanisms to build an international industrial cooperation platform.

Regional standard formulation and coordination, strengthen international mutual recognition and acceptance of certification and accreditation results.

Promote international exchanges and cooperation on smart car laws and regulations.

(V) Optimize the development environment.

Strengthen the guidance of industrial investment and encourage social capital to focus on key technologies of smart cars

In the fields of research and development, it is strictly prohibited to build or expand automobile production in the name of developing smart cars.

Strengthen the supervision and law enforcement in quality, safety, environmental protection, and anti-unfair competition, and

Standardize the smart car market order. Strengthen intellectual property protection and improve patent protection for technological innovation

Improve credit standards in the field of smart cars and create an honest and abiding environment

Strengthen the popularization of smart car science and public opinion guidance to improve social awareness.

— 12 —

Hesai ND AR 01085

# 智能汽车创新发展战略

当今世界正经历百年未有之大变局，新一轮科技革命和产业变革方兴未艾，智能汽车已成为全球汽车产业发展的战略方向。为加快推进智能汽车创新发展，制定本战略。

## 一、发展态势

智能汽车是指通过搭载先进传感器等装置，运用人工智能等新技术，具有自动驾驶功能，逐步成为智能移动空间和应用终端的新一代汽车。智能汽车通常又称为智能网联汽车、自动驾驶汽车等。

（一）智能汽车已成为全球汽车产业发展的战略方向。

从技术层面看，汽车正由人工操控的机械产品逐步向电子信息系统控制的智能产品转变。从产业层面看，汽车与相关产业全面融合，呈现智能化、网络化、平台化发展特征。从应用层面看，汽车将由单纯的交通运输工具逐渐转变为智能移动空间和应用终端，成为新兴业态重要载体。从发展层面看，一些跨国企业率先开展产业布局，一些国家积极营造良好发展环境，智能汽车已成为汽车强国战略选择。

（二）发展智能汽车对我国具有重要的战略意义。

发展智能汽车，有利于提升产业基础能力，突破关键技术瓶颈，增强新一轮科技革命和产业变革引领能力，培育产业发展新优势；有利于加速汽车产业转型升级，培育数字经济，壮大经济增长新动

— 3 —

Hesai ND AR 01086

鼓励整车企业逐步成为智能汽车产品提供商，鼓励零部件企业逐步成为智能汽车关键系统集成供应商。鼓励人工智能、互联网等企业发展成为自动驾驶系统解决方案领军企业，鼓励信息通信等企业发展成为智能汽车数据服务商和无线通信网络运营商，鼓励交通基础设施相关企业发展成为智慧城市交通系统方案供应商。

6. 创新产业发展形态。积极培育道路智能设施、高精度时空基准服务和智能汽车基础地图、车联网、网络安全、智能出行等新业态。加强智能汽车复杂使用场景的大数据应用，重点在数据增值、出行服务、金融保险等领域，培育新商业模式。优先在封闭区域探索开展智能汽车出行服务。

7. 推动新技术转化应用。开展军民联合攻关，加快北斗卫星导航定位系统、高分辨率对地观测系统在智能汽车相关领域的应用，促进车辆电子控制、高性能芯片、激光/毫米波雷达、微机电系统、惯性导航系统等自主知识产权军用技术的转化应用，加强自动驾驶系统、云控基础平台等在国防军工领域的开发应用。

（三）构建先进完备的智能汽车基础设施体系。

8. 推进智能化道路基础设施规划建设。制定智能交通发展规划，建设智慧道路及新一代国家交通控制网。分阶段、分区域推进道路基础设施的信息化、智能化和标准化建设。结合5G商用部署，推动5G与车联网协同建设。统一通信接口和协议，推动道路基础设施、智能汽车、运营服务、交通安全管理系统、交通管理指挥系统等信息互联互通。

Hesai ND AR 01090

Machine Translated by Google

Smart car innovation and development strategy

The world today is undergoing a major change unseen in a century, with a new round of technological revolution and industrial transformation.

The revolution is in the ascendant, and smart cars have become the strategic direction of the development of the global automotive industry.

Accelerate the innovative development of smart cars and formulate this strategy.

1. Development Trend

Smart cars are equipped with advanced sensors and other devices, using new technologies such as artificial intelligence.

Technology, with autonomous driving function, gradually becomes the new smart mobile space and application terminal

The first generation of cars. Smart cars are often referred to as intelligent connected cars, self-driving cars, etc.

1. Smart cars have become the strategic direction of development of the global automotive industry.

From a technical perspective, cars are gradually transforming from manually controlled mechanical products to electronic information products.

From the perspective of industry, automobiles and related industries are fully integrated.

From the application level, automobile

It will gradually transform from a simple means of transportation into an intelligent mobile space and application terminal.

It is an important carrier of emerging industries. From the perspective of development, some multinational companies have taken the lead in developing industries.

Layout, some countries actively create a good development environment, smart cars have become a strong automobile country

Strategic choice.

(2) The development of smart cars is of great strategic significance to our country.

The development of smart cars is conducive to improving the basic capabilities of the industry and breaking through key technical bottlenecks.

Enhance the ability to lead a new round of scientific and technological revolution and industrial transformation, and cultivate new advantages in industrial development;

It is conducive to accelerating the transformation and upgrading of the automobile industry, cultivating the digital economy, and strengthening new drivers of economic growth.

— 3 —

Hesai ND AR 01096

It is conducive to accelerating the development of a strong manufacturing country, a strong science and technology country, a strong network country, a strong transportation country, and a digital country.

China, the construction of a smart society, enhances the country's comprehensive strength in the new era; is conducive to protecting life

Safety, improve traffic efficiency, promote energy conservation and emission reduction, and enhance people's well-being.

(3) my country has strategic advantages in the development of smart cars.

The socialist system with Chinese characteristics and the national governance system can concentrate resources to accomplish major tasks.

The country's institutional advantages are significant. my country's automobile industry system is perfect and brand quality is gradually improving.

Key technologies continue to break through, and the development foundation is relatively solid. Internet, information and communication and other fields

A number of well-known enterprises have emerged with strong network communication capabilities.

The level of Douyin satellite navigation and positioning system is internationally advanced, and the infrastructure is well supported.

Ranked first in the world, new urbanization construction is advancing rapidly and the market demand prospects are broad.

II. General requirements

1. Guiding ideology

Fully implement the spirit of the 19th CPC National Congress and the Second, Third and Fourth Plenary Sessions of the 19th CPC Central Committee.

Guided by Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era, we should firmly establish the new development theory

concept, comprehensively promote the overall layout of "five in one", coordinate the promotion of the "four comprehensive" strategy

layout, giving full play to the institutional advantages of concentrating resources on major tasks and the advantages of a super-large market

With supply-side structural reform as the main line and the development of Chinese standard smart cars as the direction,

With the goal of building a strong country in intelligent automobiles and the promotion of industrial integration and development as a way to create new

models, cultivate new business formats, enhance industrial basic capabilities and industrial chain levels, and meet people's daily

The growing needs for a better life.

(2) Basic principles

Overall planning and coordinated promotion. Strengthen the top-level design of smart car development and create a supportive

— 4 —

Hesai ND AR 01097

Innovation, encouragement of creativity, and a relaxed and inclusive development environment. Strengthen departmental coordination, industry collaboration,

Link up and down to form a coordinated development force across departments, industries and fields.

Innovation-driven, platform-supported. Establish open source, resource sharing and cooperation mechanisms to build

Build an independent technology system for smart cars. Fully mobilize the enthusiasm of all sectors of society to promote the development of smart cars.

Build an innovative development platform for automobiles and enhance the ability to support strategic implementation.

Market-led, cross-border integration. Give full play to the decisive role of the market in allocating resources.

Stimulate the development of smart cars. Break industry segmentation, strengthen industry integration, and innovate industries.

System, production method, and application model.

Open cooperation, safe and controllable. Coordinated use of domestic and foreign innovation factors and market resources,

Build a new pattern of open cooperation in smart cars. Strengthen industry safety and risk prevention and control, and establish smart

It can improve automobile safety management system and enhance the security protection capability of network information system.

(3) Strategic vision

By 2025, China's standard smart car technology innovation, industrial ecology, and infrastructure

The facilities, regulations and standards, product supervision and network security systems have basically been formed.

Self-driving smart cars have reached large-scale production, and highly self-driving smart cars have been realized.

The commercial application of intelligent transportation systems and smart city related facilities

The vehicle wireless communication network (LTE-V2X, etc.) has achieved regional coverage.

The new generation of vehicle wireless communication network (5G-V2X) is gradually being implemented in some cities and highways.

Launch applications and achieve full coverage of the high-precision space-time benchmark service network.

Looking forward to 2035 to 2050, China's standard intelligent vehicle system will be fully established and more

Improvement. The vision of a safe, efficient, green and civilized smart car power is gradually being realized.

Energy-saving cars can fully meet the people's growing needs for a better life.

— 5 —

III. Main Tasks

1. Build a collaborative and open intelligent vehicle technology innovation system.

1. Breakthrough in key basic technologies. Develop complex system architecture, complex environment perception,

Intelligent decision-making control, human-machine interaction and human-machine co-driving, vehicle-road interaction, network security, etc.

Forward-looking technology research and development, focusing on breakthroughs in new electronic and electrical architecture, multi-source sensor information fusion

knowledge, new intelligent terminals, intelligent computing platforms, vehicle wireless communication networks, high-precision time

Common cross-cutting technologies such as air reference services, basic maps for smart cars, and basic cloud control platforms.

2. Improve test and evaluation technology. Establish and improve the intelligent vehicle test and evaluation system and test

Basic database. Focus on the research and development of virtual simulation, software and hardware combined simulation, and real vehicle road testing

and other technologies and verification tools, as well as a multi-level test and evaluation system.

Capacity building of technical testing and safe operation test and evaluation institutions.

3. Carry out application demonstration pilots. Carry out intelligent vehicle test runs and demonstrations in specific areas

Application, verify the accuracy of vehicle environment perception, scene positioning accuracy, decision-making and control rationality,

System fault tolerance and fault handling capabilities, smart car basic map service capabilities, "people-car

-Road-Cloud" system coordination, etc. Promote the development of city-level smart cars in places with conditions

Large-scale, comprehensive application pilot projects will support advantageous regions in establishing national vehicle networking pilot zones.

(2) Build a cross-border integrated smart car industry ecosystem.

4. Enhance the core competitiveness of the industry. Promote the development of high-precision automotive sensors, automotive-grade chips,

Research and development and industrialization of intelligent operating systems, in-vehicle intelligent terminals, intelligent computing platforms, etc.

Build an industrial cluster of key components for smart cars. Accelerate the promotion and application of intelligent systems, cultivate

Cultivate smart car brands with international competitiveness.

5. Cultivate new market players, integrate advantageous resources, and establish industrial consortia and alliances.

— 6 —

Encourage vehicle manufacturers to gradually become smart car product providers, and encourage parts manufacturers to gradually

Become a key system integration supplier for smart cars. Encourage enterprises in artificial intelligence, the Internet, etc.

Develop into a leading company in autonomous driving system solutions and encourage information and communication companies to develop

Develop into a smart car data service provider and wireless communication network operator, encourage transportation infrastructure

Facility-related companies develop into smart city transportation system solution providers.

6. Innovate the form of industrial development. Actively cultivate intelligent road facilities, high-precision space-time base

New industries such as quasi-services and smart car basic maps, Internet of Vehicles, network security, smart travel, etc.

Strengthen the application of big data in complex usage scenarios of smart cars, focusing on data value-added,

Cultivate new business models in areas such as travel services, finance and insurance. Priority should be given to exploring

Explore and develop smart car travel services.

7. Promote the application of new technologies. Carry out joint military and civilian research and accelerate the development of Beidou satellite navigation.

The application of navigation positioning system and high-resolution earth observation system in the fields related to smart cars,

Promote vehicle electronic control, high-performance chips, laser/millimeter wave radar, micro-electromechanical systems,

Transformation and application of military technologies with independent intellectual property rights, such as inertial navigation systems, to strengthen autonomous driving

Development and application of systems, cloud control basic platforms, etc. in the field of national defense and military industry.

(3) Build an advanced and complete smart car infrastructure system.

8. Promote the planning and construction of intelligent road infrastructure. Formulate intelligent transportation development plans.

Plan, build smart roads and a new generation of national traffic control network. Promote in stages and regions

The informationization, intelligentization and standardization of road infrastructure. Combined with the commercial deployment of 5G,

Promote the coordinated construction of 5G and Internet of Vehicles. Unify communication interfaces and protocols to promote road infrastructure

Facilities, smart cars, operation services, traffic safety management systems, traffic management and command systems

System and other information interconnection.

— 7 —

Hesai ND AR 01100

9. Build a widely covered wireless vehicle communication network.

Study spectrum use licenses and rapidly promote the construction of wireless vehicle communication networks.

Deployment of mobile communication networks, and establishment of a new generation of vehicle wireless communication networks in key areas and key sections

The network provides ultra-low latency, ultra-high reliability, and ultra-large bandwidth wireless communications and edge computing services.

Deploy narrowband IoT in transportation facilities such as bridges, tunnels, and parking lots to establish information

Database and multi-dimensional monitoring facilities.

10. Build a nationwide high-precision space-time benchmark service capability for vehicles.

There is a Beidou satellite navigation and positioning base station network to promote a unified high-precision space-time benchmark across the country

Service capability building: Strengthen the integration of navigation and communication systems and build a multi-source navigation platform.

Promote the interoperability of Beidou communication services and mobile communication networks, and establish a vehicle emergency system.

Assist the BeiDou system to provide fast auxiliary positioning services.

11. Build a road traffic geographic information system covering the national road network. Develop standard systems.

The first intelligent car basic map, establish and improve the geographic information system including road network information,

Provide real-time dynamic data services. Create and optimize the basic map information database model for smart cars

Promote the establishment of smart car basic map data and satellite remote sensing image data sharing

Mechanism. Build a fast dynamic update and online service system for road traffic geographic information system.

12. Build a national intelligent vehicle big data cloud control basic platform. Make full use of existing equipment

Infrastructure and data resources, and coordinate the construction of a smart car big data cloud control basic platform.

Build a logically coordinated and physically dispersed cloud computing center with unified standards and open sharing infrastructure.

Basic data center, risk-controlled, safe and reliable cloud control basic software, gradually realize vehicle,

Basic data fusion applications in areas such as infrastructure and transportation environment.

(IV) Establish a systematic and comprehensive system of regulations and standards for smart cars.

— 8 —

Hesai ND AR 01101

13. Improve laws and regulations. Carry out the identification and responsibility of "machine drivers" of smart cars.

Confirmation, network security, data management and other legal issues and ethical norms research, clarify the relevant

The legal rights, obligations and responsibilities of the subject. Promote the introduction of regulations on smart car testing and

The introduction, use, supervision and other aspects of the law and regulations will promote the implementation of the Road Traffic Safety Law.

Improve the laws and regulations on surveying, mapping and geographic information.

14. Improve technical standards. Build a Chinese standard system for smart cars. Focus on formulating

Key systems, smart car basic maps, cloud control basic platform, security protection, smart

Technical standards and specifications for digital infrastructure, as well as the coordination of the "people-vehicle-road-cloud" system

Establish vehicle wireless communication technology standards and equipment interface specifications. Establish intelligent vehicle classification

and evaluation criteria, formulate smart car product certification, operational safety, and autonomous driving capability testing

Improve the test standards for simulation scenarios, closed sites, semi-open sites, and public roads

Formulate human-machine control conversion, vehicle-road interaction, vehicle-vehicle interaction and event recording, vehicle incident

Therefore, standards such as product defect investigation.

15. Promote certification and accreditation. Establish and improve enterprise self-assessment, reporting and third-party technical

A certification and accreditation mechanism that combines inspection and certification to build a comprehensive system covering the entire life cycle of smart cars

Certification service system. Carry out key software and hardware functionality, reliability, and security certification,

Establish certification standards and rules for different levels of smart cars. Promote the evaluation of test demonstration areas

Capacity and system building.

(V) Establish a scientific and standardized smart car product supervision system.

16. Strengthen vehicle product management. Improve the production, access, sales, and inspection of smart cars.

Research and formulate safety audit procedures for smart car related products

Strengthen supervision of smart car product R&D, production, manufacturing, import and export, etc.

— 9 —

Build a quality safety and functional safety prevention and control system, clarify the main body of safety responsibility, and improve intelligent

Evidence collection and handling of road traffic violations, safety accident tracing and accountability

Relevant regulations: Clarify the procedures for model approval and network access permission for automotive wireless communication equipment.

Improve the standards and management methods for smart car field testing, strengthen public road testing review and

Supervision, and promotion of the construction of operational safety and autonomous driving capability testing bases.

17. Strengthen vehicle use management. Issue smart car logo management measures to strengthen

Authentication, real-time tracking and event tracing of smart cars. Establish an open and transparent smart car

Vehicle supervision and accident reporting mechanisms, improve multi-party linkage, information sharing, real-time and accurate transportation

Strengthen the management of network access permission for networked communication equipment in the field of road infrastructure.

Formulate smart car software and hardware upgrades, after-sales services, quality assurance, financial insurance, etc.

We will implement management regulations in this field and actively promote the commercial application of smart cars.

(6) Build a comprehensive and efficient smart car network security system.

18. Improve the security management linkage mechanism. Strictly implement national cybersecurity laws and regulations

and level protection, improve the network security management system for smart cars, and establish a network security system covering automobile manufacturing

Enterprises, electronic component suppliers, network operators, service providers and other key industry chain

The safety responsibility system of each link should be established to carry out risk assessment, grade evaluation, monitoring and early warning, emergency response and other

Response and other mechanisms, and conduct regular network security supervision and inspection.

19. Improve network security protection capabilities. Build multi-layered in-depth defense, combining software and hardware

Safety protection system to strengthen the safety and reliability of vehicle chips, operating systems, application software, etc.

Carry out safety testing of vehicle information systems, service platforms and key electronic components.

Strengthen security management of remote software updates, monitoring services, etc. Implement unified identity and authority authentication

Management. Establish a Beidou system anti-interference and anti-deception security protection system.

— 10 —

Hesai ND AR 01103

Standards and specifications for security level protection, and construction of a smart car network security situation awareness platform

Platform to enhance emergency response capabilities.

20. Strengthen data security supervision and management. Establish a data security system covering the entire life cycle of smart car data.

Establish a long-term security management mechanism to clarify the data security protection responsibilities and specific requirements of relevant entities

Implement classification and grading management of important data to ensure that user information, vehicle information, surveying and mapping

Geographic information and other data are safe and controllable. Improve data security management system, strengthen supervision and inspection,

Carry out assessments on data risks, data outbound security, etc.

IV. Safeguard Measures

1. Strengthen organization and implementation.

Implement the decisions and arrangements of the CPC Central Committee and the State Council, strengthen overall coordination, and promote intelligent

Implement major policies, tasks and projects for the innovative development of automobiles, and promptly resolve major

Give full play to the special committee of the National Manufacturing Power Construction Leading Group on the development of the Internet of Vehicles industry

The working mechanism of the committee and other departments shall fulfill their work tasks according to their responsibilities and form a development partnership.

Cultivate new market players such as smart car innovation and development platforms, and promote the implementation of strategic

Organize well-known experts, scholars and institutions in related fields to provide consulting services.

Strengthen intellectual support.

(2) Improve support policies.

Research and formulate relevant management standards and rules, and introduce measures to promote the development of road traffic autonomous driving

The development of smart cars will be guided by the policies of the government and enterprises to participate in the development of smart cars in a standardized and orderly manner.

Support the research and development and industrialization of basic common key technologies for smart cars, smart transportation and smart

Strengthen the guidance of tax and financial policies and provide

Enterprises that meet the requirements can enjoy the preferential tax deduction for corporate income tax according to the current tax policy.

— 11 —

Implement preferential tax policies for small and medium-sized enterprises and start-ups.

Policy tools, focusing on supporting the development of new business forms and new models.

(3) Strengthen talent guarantee.

Establish a linkage mechanism between major projects and talent introduction, increase the number of international leading talents and backbones

Promote talent exchange in the fields of automobile, information communication, Internet, etc.

Quickly cultivate compound experts and technology leaders. Deepen the integration of industry and education, encourage enterprises to cooperate with higher education

Cooperate with colleges and universities to set up relevant majors and jointly cultivate innovative young and middle-aged scientific and technological talents, engineering technicians

Technical talents, senior technicians and management talents.

(4) Deepen international cooperation.

Encourage domestic and foreign enterprises to strengthen industrial cooperation and jointly carry out basic research and technology development

Support domestic enterprises to accelerate their international market layout and enhance their overseas R&D capabilities.

Encourage foreign-funded enterprises to actively participate in the development of the smart car industry. Make full use of multilateral and bilateral cooperation

and high-level dialogue mechanisms to build an international industrial cooperation platform.

Regional standard formulation and coordination, strengthen international mutual recognition and acceptance of certification and accreditation results.

Promote international exchanges and cooperation on smart car laws and regulations.

(V) Optimize the development environment.

Strengthen the guidance of industrial investment and encourage social capital to focus on key technologies of smart cars

In the fields of research and development, it is strictly prohibited to build or expand automobile production in the name of developing smart cars.

Strengthen the supervision and law enforcement in quality, safety, environmental protection, and anti-unfair competition, and

Standardize the smart car market order. Strengthen intellectual property protection and improve patent protection for technological innovation

Improve credit standards in the field of smart cars and create an honest and abiding environment

Strengthen the popularization of smart car science and public opinion guidance to improve social awareness.

— 12 —

Hesai ND AR 01105