# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HESAI TECHNOLOGY CO., LTD, et al.,

                                    Plaintiffs,

v.                                                        Civ. Action No. 1:24-cv-01381-PLF

U.S. DEPARTMENT OF DEFENSE, et al.,

                                    Defendants.

## JOINT APPENDIX

### Volume IV of IV (Hesai ND AR 01409–01716)

BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

DANIEL RIESS (TX Bar No. 24037359)
SAMSON COHEN (DC Bar No. 9004821)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 353-3098
Email:  daniel.riess@usdoj.gov

*Counsel for Defendants*

James E. Tysse, D.C. Bar No. 978722
Caroline L. Wolverton, D.C. Bar No. 496433
Lide E. Paterno, D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Email:  jtysse@akingump.com

*Counsel for Plaintiffs*

**Joint Appendix Index**

|  | **Bates No.** |
|---|---|
| **Volume I** | |
| Action Memo for Deputy Secretary of Defense from William A. LaPlante, USD(A&S), re Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters) | Hesai ND AR 00001–00004 |
| Notice of Designation of Chinese Military Company, 89 Fed. Reg. 86230 (October 29, 2024) | Hesai ND AR 00005 |
| Hesai Group Report (September 17, 2024) | Hesai ND AR 00006–00024 |
| Pitchbook, *Hesai Technology (NAS: HSAI)* | Hesai ND AR 00041–00077 |
| SEC, *Hesai Group Form 20-F, 2023 Annual Report* | Hesai ND AR 00078–00366 |
| **Volume II** | |
| Hesai Website, *About Us* | Hesai ND AR 00367–00370 |
| Letter from James Tysse, Akin Gump Strauss Hauer & Field, to Dr. Laura Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy, dated March 8, 2024 | Hesai ND AR 00371–00395 |
| Azo Optics website, *Understanding LiDAR: The Evolution, Applications and Essential Optics for High-Performance Systems* | Hesai ND AR 00396–00399 |
| Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board* (Mandarin) (Excerpts) | Hesai ND AR 00400 Hesai ND AR 00736 |
| Hesai Technology Co., Ltd., *Prospectus for Initial Public Offering of Stock and Listing on the Science and Technology Innovation Board* (English Translation) | Hesai ND AR 00826–01085 |
| National Development and Reform Commission, *Intelligent Vehicle Innovation and Development Strategy* (Mandarin) (Excerpts) | Hesai ND AR 01086 Hesai ND AR 01090 |

1

| | |
|---|---|
| National Development and Reform Commission, *Intelligent Vehicle Innovation and Development Strategy* (English Translation) | Hesai ND AR 01096–01105 |

## **Volume III**

| | |
|---|---|
| National Development and Reform Commission, *Report on the Implementation of the 2023 Plan for National Economic and Social Development and on the 2024 Draft Plan for National Economic and Social Development* | Hesai ND AR 01106–01179 |
| People's Daily, *"The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology* (Mandarin) | Hesai ND AR 01180–01181 |
| People's Daily, *"The Thirteenth Five Year Plan" Special Plan for the Development of Military-Civil Fusion in Science and Technology* (English Translation) | Hesai ND AR 01182–01183 |
| Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology* | Hesai ND AR 01184–01186 |
| SEC, *Form F-1: Hesai Group* | Hesai ND AR 01187–01189 |
| CBDIO, *Full List of the fourth batch of national specialized, Sophisticated and innovative "little giants"* (Mandarin) | Hesai ND AR 01190–01298 |
| CBDIO, *Full List of the fourth batch of national specialized, Sophisticated and innovative "little giants"* (English Translation) | Hesai ND AR 01299–01408 |

## **Volume IV**

| | |
|---|---|
| Shanghai Municipal Commission of Economy and Information Technology, *Announcement of the list of the fourth batch of Shanghai's specialized, sophisticated and innovative "little giants" enterprises* | Hesai ND AR 01409–01427 |
| Bloomberg, *China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War* | Hesai ND AR 01428–01431 |

2

| | |
|---|---|
| Yahoo, *Which Tech Firms Qualify as "Little Giants"? Beijing Releases Criteria for the Ideal Industrial Enterprise* | Hesai ND AR 01432–01437 |
| Hesai Website, *World Intellectual Property Day \| Hesai's ten years of independent innovation and global patent layout* | Hesai ND AR 01438–01445 |
| Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award* (Mandarin) | Hesai ND AR 01446–01449 |
| Sohu Website, *NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award* (English Translation) | Hesai ND AR 01450–01453 |
| SAE-China Website, *Constitution of the Society of Automotive Engineers of China* | Hesai ND AR 01454–01467 |
| CSET, *China Association of Science and Technology 2022 Budget* | Hesai ND AR 01468–01502 |
| Australian Strategic Policy Institute, *China Defence Universities Tracker: Tsinghua University* | Hesai ND AR 01503–01507 |
| Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests* (Mandarin) | Hesai ND AR 01508–01511 |
| Sohu website, *Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests* (English Translation) | Hesai ND AR 01512–01524 |
| National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1)* (Mandarin) | Hesai ND AR 01525–01536 |
| National Innovation Center for Advanced Radio Frequency Devices website; *Development Status of Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zones - East China (Part 1)* (English Translation) | Hesai ND AR 01537–01555 |

| | |
|---|---|
| China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry* (Mandarin) | Hesai ND AR 01556 |
| China Association of Automobile Manufacturers, *The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry* (English Translation) | Hesai ND AR 01557–01558 |
| China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading* (Mandarin) | Hesai ND AR 01559–01560 |
| China Association of Automobile Manufacturers, *Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading* (English Translation) | Hesai ND AR 01561–01563 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee* (Mandarin) | Hesai ND AR 01564-01572 |
| National Public Service Platform for Standards Information Website; *TC114 National Automotive Standardization Technical Committee* (English Translation) | Hesai ND AR 01573–01581 |
| Hesai Website, *China takes the lead in establishing ISO automotive LiDAR working group, with Hesai expert as group leaders* | Hesai ND AR 01582–01585 |
| National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* (Mandarin) | Hesai ND AR 01586–01590 |
| National Technical Committee of Auto Standardization Website; *The 6th International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) Series of Events and Exchange Meetings* (English Translation) | Hesai ND AR 01591–01599 |

4

| | |
|---|---|
| National Public Service Platform for Standards Information Website; *Automotive LiDAR performance requirements and test methods* (Mandarin) | Hesai ND AR 01600–01607 |
| National Public Service Platform for Standards Information Website; *Automotive LiDAR performance requirements and test methods* (English Translation) | Hesai ND AR 01608–01613 |
| Chongqing Daily, *Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder Li Yifan and Witnesses the Signing of the Contract* | Hesai ND AR 01614–01615 |
| CNEVPOST, *LiDAR-maker Hesai to set up software R&D Headquarters in Chongqing* | Hesai ND AR 01616–01621 |
| Nan'an District Science and Technology Bureau, *Interpretation of the "14th Five-Year Plan" for the development of scientific and technological innovation in Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing* | Hesai ND AR 01622–01628 |
| Sohu website, *With an investment of over 1 billion yuan, the Hesai Maxwell Intelligent Manufacturing Center project has been basically completed* | Hesai ND AR 01629–01640 |
| Gasgoo website; *Hesai's Maxwell Intelligence Manufacturing Center nears completion in Jiading District* | Hesai ND AR 01641–01642 |
| Smartautoclub website; *Hesai Technology will Bring a Variety of Latest High-performance LiDAR Models to the 2024 Beijing Auto Show* | Hesai ND AR 01643–01649 |
| Wenhui website, *Jiading Industrial Zone Military-Civilian Integration Industry Alliance was established and 24 key industrial projects were signed* | Hesai ND AR 01650–01651 |
| CNSENS website, *Radar Vision > Hesai* | Hesai ND AR 01652–01653 |
| CNSENS website, *About Us* | Hesai ND AR 01654–01655 |

| | |
|---|---|
| Beihang University, *Announcement of the bidding results of Hesai 32-line LiDAR of AI Research Institute* | Hesai ND AR 01656–01659 |
| Australian Strategic Policy Institute, *The China Defence Universities Tracker Report* | Hesai ND AR 01660–01667 |
| Hesai Website, *Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row* | Hesai ND AR 01668–01673 |
| Email from James Tysse, Akin Gump Strauss Hauer & Feld LLP to HON Laura Taylor-Kale, Assistant Secretary of Defense (Industrial Base Policy) re Hesai Technology Co., Ltd.'s Erroneous and Improper Designation as a "Chinese Military Company" dated April 12, 2024 | Hesai ND AR 01702–01710 |
| Email from HON Laura Taylor-Kale, Assistant Secretary of Defense (Industrial Base Policy) to James Tysse, Akin Gump Strauss Hauer & Feld LLP re Hesai Technology Co., Ltd.'s Erroneous and Improper Designation as a "Chinese Military Company" dated April 18, 2024 | Hesai ND AR 01711–01713 |
| Defense One, *China Claims Breakthroughs in Autonomous Vehicles* | Hesai ND AR 01714–01716 |



HOME | Government Affairs Disclosure | News Center | Online Services | interactive platform | User Services

Enter keywords to search          Full Text Search

Hot searches: Big data | Internet + | Artificial intelligence | Big survey | 14th Five-Year Plan | New energy vehicles



## Government Affairs Disclosure
### GOVERMENT INFORMATION

Navigation of this column —

| | | | | |
|---|---|---|---|---|
| Latest | Public | Disclosure | Basis for | Government |
| Government | Information | | Policies, | Planning |
| Business | Department | Administrative | Salt enterprise | Disclosure Guide |
| Disclosure Annual | acceptance/public | Functions | disclosure | |

Administrative license and administrative penalty information

Salt enterprise disclosure, registration information

interpretations

Home > Public Announcement

## Announcement of the list of the fourth batch of Shanghai's specialized, sophisticated and innovative "little giants" enterprises and the first batch of specialized, sophisticated and innovative "little giants" enterprises that have passed the

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



       

Share online | Background Settings | Language language settings | Feedback Website Error Correction | Online cons Jtation | User login | MORE

Hesai ND AR 01409

Using help | Share online | settings | settings | Correction | consultation | User login | MORE

【Release date: 2022-08-08】

In order to thoroughly implement General Secretary Xi Jinping's important instructions on "cultivating a group of 'specialized, refined, special and new ' small and medium-sized enterprises", and implement the "Guiding Opinions on Promoting the Healthy Development of Small and Medium-sized Enterprises" issued by the General Office of the CPC Central Committee and the General Office of the State Council, the Ministry of Industry and Information Technology has carried out the cultivation of the fourth batch of specialized, refined, special and new "little giants" enterprises and the review of the first batch of specialized, refined, special and new "little giants" enterprises. The relevant review has been completed, and the list

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00~

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01410










Share online | Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

Using help | Share online | Settings | settings | Correction | Consultation | User login | MORE

enterprises have undergone simple name changes, and the list of enterprises that have applied for and passed the review of simple name changes will be publicized (Attachment 3 ).

All sectors of society are welcome to participate in the supervision. If you have any objections, please provide real-name feedback to the Small and Medium Enterprises Bureau of the Ministry of Industry and Information Technology in accordance with the relevant requirements of the "Interim Measures for the Gradient Cultivation and Management of High-quality Small and Medium-sized Enterprises", and provide supporting materials and contact information for verification.

Publicity period : August 8 to August 12 , 2022

Contact number: 010-68205727

Attachment: 1. Public list of the fourth batch of specialized, sophisticated and innovative "little giant" enterprises

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01411

       

Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

using help | Share online | settings | settings | Correction | consultation | user login | MORE

are listed in the public list

3. List of "Little Giant" Enterprises with Specialization, Specialization and Innovation that Have Changed Their Names

Shanghai Municipal Commission of Economy and Information Technology

August 8 , 2022

attachment1

| Public announcement of the fourth batch of specialized, sophisticated and innovative "little giant" enterprises ||
| --- | --- |
| **Serial number** | **Company Name** |
| 1 | Shanghai Jingfeng Mingyuan Semiconductor Co., Ltd. |
| 2 | ASE Semiconductor (Shanghai) Co., Ltd. |
| 3 | Shanghai Jingmeng Silicon Materials Co., Ltd. |
| 4 | Shanghai Feikai Materials Technology Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 014121










Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| 8 | Shanghai Sili Microelectronics Technology Co., Ltd. |
|---|---|
| 9 | Juquan Optoelectronics Technology (Shanghai) Co., Ltd. |
| 10 | Tailing Microelectronics (Shanghai) Co., Ltd. |
| 11 | Kangxi Communication Technology (Shanghai) Co., Ltd. |
| 12 | Shanghai Jiajietong Circuit Technology Co., Ltd. |
| 13 | Shanghai Haili Technology Co., Ltd. |
| 14 | Shanghai China Electronics System Technology Co., Ltd. |
| 15 | Shanghai Hehong Electronic Technology Co., Ltd. |
| 16 | Shanghai Hualing Integrated Circuit Technology Co., Ltd. |
| 17 | Shanghai Xinsheng Electronics Co., Ltd. |
| 18 | Shanghai Xinzhe Microelectronics Technology Co., Ltd. |
| 19 | Shanghai Xuantian Industrial Equipment Co., Ltd. |
| 20 | Shanghai Zhipuxin Microelectronics Co., Ltd. |
| twenty one | Hengtai Semiconductor (Shanghai) Co., Ltd. |
| twenty two | Shanghai Shiyu Precision Machinery Co., Ltd. |
| twenty three | Shanghai General Electronics Co., Ltd. |
| twenty four | Broadchip Electronic Technology (Shanghai) Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104

Hesai ND AR 014131




Background Settings
Language language settings

Feedback Website Error Correction

Online consultation

User login

MORE



| 27 | Yunhan Chip City (Shanghai) Internet Technology Co., Ltd. |
|---|---|
| 28 | Shanghai Silicon Technology Co., Ltd. |
| 29 | Shanghai Yuxin Electronic Technology Co., Ltd. |
| 30 | Shanghai Xinanna Electronic Technology Co., Ltd. |
| 31 | Suntec Semiconductor Technology (Shanghai) Co., Ltd. |
| 32 | Shanghai Hejing Silicon Material Co., Ltd. |
| 33 | Shanghai Xipu Hanxin Electronic Technology Co., Ltd. |
| 34 | CoreWing Information Technology (Shanghai) Co., Ltd. |
| 35 | Shanghai Kunrui Electronic Technology Co., Ltd. |
| 36 | Shanghai Ruixing Microelectronics Technology Co., Ltd. |
| 37 | Shanghai Shuming Semiconductor Co., Ltd. |
| 38 | Shanghai Tianshu Intelligent Semiconductor Co., Ltd. |
| 39 | ACOBESI Precision Electromechanical (Shanghai) Co., Ltd. |
| 40 | Shanghai TouJing Life Sciences Co., Ltd. |
| 41 | Donglai Coating Technology (Shanghai) Co., Ltd. |
| 42 | Shanghai Anpu Mingzhi Automation Equipment Co., Ltd. |
| 43 | Shanghai Sildi Medical Laboratory Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104












Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| 46 | Shanghai Rongsheng Biopharmaceutical Co., Ltd. |
|---|---|
| 47 | Shanghai Zhonglei New Material Technology Co., Ltd. |
| 48 | Shanghai Avite Precision Machinery Co., Ltd. |
| 49 | Shanghai Shenqi Medical Technology Co., Ltd. |
| 50 | Shanghai MicroPort Electrophysiology Medical Technology Co., Ltd. |
| 51 | Shanghai Chenguang Medical Technology Co., Ltd. |
| 52 | Shanghai GeneCare Gene Medical Technology Co., Ltd. |
| 53 | Xibao Biotechnology (Shanghai) Co., Ltd. |
| 54 | Shanghai Liujing Technology Co., Ltd. |
| 55 | Shanghai Push Medical Devices Co., Ltd. |
| 56 | Shanghai Ruiyu Biotechnology Co., Ltd. |
| 57 | Shanghai Xinwei Medical Technology Co., Ltd. |
| 58 | Junshi Biotechnology (Shanghai) Co., Ltd. |
| 59 | Shanghai Bio-Technology Co., Ltd. |
| 60 | Shanghai Xunyuan Biotechnology Co., Ltd. |
| 61 | Shanghai Bodong Medical Technology Co., Ltd. |
| 62 | Shanghai KuaiCang Intelligent Technology Co., Ltd. |
| 63 | Shanghai Linkuan Data Technology Co., Ltd. |
| 64 | ZongMu Technology (Shanghai) Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 014.15

  Language language settings  Background Settings  Feedback Website Error Correction  Online consultation  User login  MORE 

| 67 | Liangfengtai (Shanghai) Information Technology Co., Ltd. |
|---|---|
| 68 | Shanghai Zhihuilin Medical Technology Co., Ltd. |
| 69 | Shanghai Ming'ai Electric Co., Ltd. |
| 70 | Shanghai Xiwen Clothing Co., Ltd. |
| 71 | Ouye Cloud Commerce Co., Ltd. |
| 72 | Shanghai Aisu Information Technology Co., Ltd. |
| 73 | Shanghai Silver Paste Technology Co., Ltd. |
| 74 | Shanghai Nengyu Technology Co., Ltd. |
| 75 | Shanghai Yijiao Technology Co., Ltd. |
| 76 | Shanghai Beibian Technology Co., Ltd. |
| 77 | Shanghai Lianshi Navigation Technology Co., Ltd. |
| 78 | Shanghai Zhongchuan Network Technology Co., Ltd. |
| 79 | Shanghai Shangyuan Pump Manufacturing Co., Ltd. |
| 80 | Haobai Electronic Technology (Shanghai) Co., Ltd. |
| 81 | Shanghai Inkey Information Security Technology Co., Ltd. |
| 82 | Shanghai Huanchuang Communication Technology Co., Ltd. |
| 83 | Shanghai Yunzhou Information Technology Co., Ltd. |
| 84 | E-KELI Information Technology (Shanghai) Co., |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00
Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 014116










Share online | Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| 87 | Qianxun Location Network Co., Ltd. |
| 88 | Shanghai Zhongchen Electronic Technology Co., Ltd. |
| 89 | Shanghai Bochu Electronic Technology Co., Ltd. |
| 90 | Shanghai Weihong Electronic Technology Co., Ltd. |
| 91 | Shanghai Hongyi Software Technology Co., Ltd. |
| 92 | Shanghai Keliang Information Technology Co., Ltd. |
| 93 | Shanghai Detuo Information Technology Co., Ltd. |
| 94 | Puhua Basic Software Co., Ltd. |
| 95 | Shanghai Colinbray Information Technology Co., Ltd. |
| 96 | Shanghai Aikesheng Information Technology Co., Ltd. |
| 97 | Shanghai Jiudao Information Technology Co., Ltd. |
| 98 | Shanghai Xuanyi Technology Co., Ltd. |
| 99 | Shanghai Kumho Sunny Plastics Co., Ltd. |
| 100 | Ritai (Shanghai) Automotive Standard Parts Co., Ltd. |
| 101 | Shanghai Heda Auto Parts Co., Ltd. |
| 102 | Shanghai Eagle Peak Electronic Technology Co., Ltd. |
| 103 | Shanghai Hesai Technology Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 014117

       

Share online | Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| 107 | Shanghai Guangyu Automobile Air Conditioning Compressor Co., Ltd. |
| 108 | Shanghai Jie Hydrogen Technology Co., Ltd. |
| 109 | Shanghai Xi'ai Electronics Co., Ltd. |
| 110 | Shanghai Geer Automobile Technology Development Co., Ltd. |
| 111 | Shanghai Rizhisheng Technology Co., Ltd. |
| 112 | Shanghai Changyuan Electronic Materials Co., Ltd. |
| 113 | Shanghai Jiaocheng Ultrasonic Technology Co., Ltd. |
| 114 | Shanghai Pincheng Holdings Group Co., Ltd. |
| 115 | Shanghai Figurete Automotive Technology Co., Ltd. |
| 116 | Shanghai Shengpu Fluid Equipment Co., Ltd. |
| 117 | Taibo (Shanghai) Environmental Protection Technology Co., Ltd. |
| 118 | Shanghai Tianhai Electronics Co., Ltd. |
| 119 | Shanghai Haoyi Automotive Technology Co., Ltd. |
| 120 | Tianze Precision Technology (Shanghai) Co., Ltd. |
| 121 | Shanghai Yingshuang Motor Co., Ltd. |
| 122 | Shanghai Ximi Automobile Technology Co., Ltd. |
| 123 | Shanghai Mintai Hydraulics Co., Ltd. |
| 124 | Shanghai Aoshi Control Technology Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104












Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

Hesai ND AR 01418

| 127 | Shanghai Aerospace Materials and Structures Testing Co., Ltd. |
|---|---|
| 128 | Shanghai Jingxing Storage Equipment Engineering Co., Ltd. |
| 129 | Shanghai Tianyong Intelligent Equipment Co., Ltd. |
| 130 | Shanghai Fushan Precision Machinery Technology Co., Ltd. |
| 131 | CNBM Triumph Robotics (Shanghai) Co., Ltd. |
| 132 | Shanghai Jiaqiang Automation Technology Co., Ltd. |
| 133 | Shanghai Qinglang Intelligent Technology Co., Ltd. |
| 134 | Shanghai Ningyuan Precision Machinery Co., Ltd. |
| 135 | Shanghai Prisma Electromechanical Technology Co., Ltd. |
| 136 | Tianhai Fusion Defense Equipment Technology Co., Ltd. |
| 137 | CCCC Dredging Technology and Equipment National Engineering Research Center Co., Ltd. |
| 138 | Shanghai Blue Soul Environmental Protection Technology Co., Ltd. |
| 139 | Shanghai Haiweisite Insulation Engineering Co., Ltd. |
| 140 | Shanghai Tieda Telecom Technology Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 014119










Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| 144 | Shanghai Changhe Information Technology Co., Ltd. |
|-----|---------------------------------------------------|
| 145 | Shanghai Baian Sensing Technology Co., Ltd. |
| 146 | Shanghai Kangheng Environmental Co., Ltd. |
| 147 | Shanghai Panda Machinery (Group) Co., Ltd. |
| 148 | Shanghai Zhongtian Aluminum Wire Co., Ltd. |
| 149 | Shanghai Yusheng Special Wire Co., Ltd. |
| 150 | Shanghai Power Generation Equipment Complete Design Institute Co., Ltd. |
| 151 | Ankerui Electric Co., Ltd. |
| 152 | Shanghai Apollo Machinery Co., Ltd. |
| 153 | Shanghai Renol Technology Co., Ltd. |
| 154 | Shanghai Jinzhi Shengdong Electric Power Technology Co., Ltd. |
| 155 | Shanghai Kaigong Valve Co., Ltd. |
| 156 | Shanghai Leyan Electric Co., Ltd. |
| 157 | Shanghai Haidelong Fluid Equipment Manufacturing Co., Ltd. |
| 158 | Shanghai Guoxingnong Modern Agriculture Development Co., Ltd. |
| 159 | Shanghai Fujia Fine Chemical Co., Ltd. |
| 160 | Shanghai Yongguan Zhongcheng New Materials Technology (Group) Co., Ltd. |
| 161 | Daosheng Tianhe Materials Technology |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01420



Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| 164 | Shanghai Pujiang Cable Co., Ltd. |
| 165 | Shanghai Changshun Elevator Cable Co., Ltd. |
| 166 | Shanghai Shengjian Environmental Systems Technology Co., Ltd. |
| 167 | Elkem Silicones (Shanghai) Co., Ltd. |
| 168 | Shanghai Nar Industrial Co., Ltd. |
| 169 | Shanghai Lier Refractory Materials Co., Ltd. |
| 170 | Shanghai Bolong Equipment Technology Co., Ltd. |
| 171 | Honghe Electronic Materials Technology Co., Ltd. |
| 172 | Shanghai Dongsheng New Materials Co., Ltd. |
| 173 | Haolisen Paint (Shanghai) Co., Ltd. |
| 174 | A.R. Pipeline (Shanghai) Co., Ltd. |
| 175 | Shanghai Rukun New Materials Co., Ltd. |
| 176 | Shanghai Changwei Jinci Engineering Plastics Co., Ltd. |
| 177 | Shanghai Qixiang Qingchen New Materials Technology Co., Ltd. |
| 178 | Shanghai Bangzhong Polymer Materials Co., Ltd. |
| 179 | Shanghai Lanke Petrochemical Environmental Protection Technology Co., Ltd. |
| 180 | Shanghai Wansuo Pharmaceutical Co., Ltd. |
| 181 | Shanghai Feilihua Stone Technology Co., Ltd. |
| 182 | Shanghai Yushiro Chemical Industry Co., Ltd. |
| 183 | Shanghai Naite Composite Materials Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01421










| 187 | Shanghai PAKA Chemical Co., Ltd. |
| 188 | Shanghai Industrial Zhentai Chemical Co., Ltd. |
| 189 | Shanghai Wokai Biotechnology Co., Ltd. |
| 190 | Shanghai Ligao Technology Co., Ltd. |
| 191 | Shanghai Lianjing Polymer Materials Co., Ltd. |
| 192 | Shanghai Shenjiang Forging Co., Ltd. |
| 193 | Shanghai Yongchao New Materials Technology Co., Ltd. |
| 194 | Shanghai Xunkai New Material Technology Co., Ltd. |
| 195 | Shanghai Taiyang Technology Co., Ltd. |
| 196 | Shanghai Youchuang Chemicals Co., Ltd. |
| 197 | Shanghai Jisheng Magnetic Materials Co., Ltd. |
| 198 | Ranju (Shanghai) High-tech Materials Co., Ltd. |
| 199 | Shanghai Daqiaokang New Material Technology Co., Ltd. |
| 200 | Shanghai Gantian Optical Materials Co., Ltd. |
| 201 | Shanghai Tianyang Steel Pipe Co., Ltd. |
| 202 | Shanghai Langyi Functional Materials Co., Ltd. |
| 203 | Shanghai Liangtian Chemical Co., Ltd. |
| 204 | Shanghai Bennuo Electronic Materials Co., Ltd. |
| 205 | Shanghai Hiuwei New Materials Co., Ltd. |
| 206 | Shanghai Weiertech Screw Machinery Co., Ltd. |
| | Shanghai Zhongqi Environmental Protection |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01422




Background Settings

Language language settings

Feedback Website Error Correction

Online consultation

User login

MORE

| 210 | Shanghai Jie Ning New Energy Technology Development Co., Ltd. |
|-----|--------------------------------------------------------------|
| 211 | Shanghai Hanzhong Precision Machinery Co., Ltd. |
| 212 | Shibang Industrial Technology Group Co., Ltd. |
| 213 | Shanghai Feiao Gas Equipment Co., Ltd. |
| 214 | Shanghai Guanlong Valve Automation Co., Ltd. |
| 215 | Shanghai Zhengou Industrial Co., Ltd. |
| 216 | Shanghai Jingxing Logistics Equipment Engineering Co., Ltd. |
| 217 | INFINAIR TONGREN BLOWER CO., LTD. |
| 218 | Chuangyuan Xinke (Shanghai) Technology Co., Ltd. |
| 219 | Shanghai Yinuo Welding Technology Co., Ltd. |
| 220 | Super Fastening Systems (Shanghai) Co., Ltd. |
| 221 | Huawei Adhesive Materials (Shanghai) Co., Ltd. |
| 222 | Shanghai Institute of Chemical Technology Testing Co., Ltd. |
| 223 | Shanghai Xinfumei Transmission Technology Service Co., Ltd. |
| 224 | Shanghai Dasong Corrugated Roller Co., Ltd. |
| 225 | Biomedicon Environmental Technology (Shanghai) Co., Ltd. |
| 226 | Shanghai Yimai Industrial Co., Ltd. |
| 227 | Shanghai Fuzhi Information Technology Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104

Hesai ND AR 01423












Share online    Background Settings    Language language settings    Feedback Website Error Correction    Online consultation    User login    MORE

| 230 | Shanghai Beirui Information Technology Co., Ltd. |
|---|---|
| 231 | Shanghai Tianyan Building Relocation Engineering Co., Ltd. |
| 232 | Shanghai Ubiquitous Navigation Technology Co., Ltd. |
| 233 | Shanghai Gongjiu Electric Co., Ltd. |
| 234 | Shanghai First Fluid Machinery Co., Ltd. |
| 235 | Shanghai North Carolina Pharmaceutical Technology Co., Ltd. |
| 236 | Shanghai Langjun Intelligent Technology Co., Ltd. |
| 237 | Shanghai Huachang Environmental Protection Equipment Development Co., Ltd. |
| 238 | Shanghai Huazhibang Technology Co., Ltd. |
| 239 | Hanrui Puze Powder Technology (Shanghai) Co., Ltd. |
| 240 | Shanghai Fluke Technology Development Co., Ltd. |
| 241 | Shanghai Taoshu Biotechnology Co., Ltd. |
| 242 | Shanghai Water Source Construction and Development Co., Ltd. |
| 243 | Xiaotang Technology (Shanghai) Co., Ltd. |
| 244 | Guoke Quantum Communication Network Co., Ltd. |
| 245 | Shanghai Huaming Electric Power Equipment Manufacturing Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104

Hesai ND AR 01424











Background Settings | Language language settings | Feedback Website Error Correction | Online cons-ltation | User login | MORE

Annex 2

## The first batch of specialized, sophisticated and innovative "little giants" passed the review and public announcement list

| Serial number | Company Name |
|---|---|
| 1 | Shanghai Honglida Information Technology Co., Ltd. |
| 2 | Shanghai Bohui Technology Co., Ltd. |
| 3 | Shanghai Tongchen Environmental Protection Co., Ltd. |
| 4 | Shanghai Shape Memory Alloy Materials Co., Ltd. |
| 5 | Shanghai Shenzhou Automobile Energy Saving and Environmental Protection Co., Ltd. |
| 6 | SIASUN CO., LTD. |
| 7 | Nalinwin Nanotechnology (Shanghai) Co., Ltd. |
| 8 | Shanghai GrumMan International Fire Equipment Co., Ltd. |
| 9 | Shanghai Xinyang Semiconductor Materials Co., Ltd. |
| 10 | Shanghai MicroPort Cardiovascular Medical Technology (Group) Co., Ltd. |
| 11 | Shanghai Jinyou Jinhong Intelligent Electric Co., Ltd. |
| 12 | Shanghai Sino-Korean Duco Pump Manufacturing Co., Ltd. |

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01425

       

Background Settings | Language language settings | Feedback Website Error Correction | Online consultation | User login | MORE

| Serial number | Company Name | |
|---|---|---|
| | Before Change | After the change |
| 1 | Datan Energy Technology (Shanghai) Co., Ltd. | Shanghai Datan Energy Technology Co., Ltd. |
| 2 | Kaixinsen (Shanghai) Functional Film Industry Co., Ltd. | Kaixinsen (Shanghai) Functional Film Industry Co., Ltd. |
| 3 | Shanghai Haineng Information Technology Co., Ltd. | Shanghai Haineng Information Technology Co., Ltd. |
| 4 | Shanghai Zhizhen New Energy Equipment Co., Ltd. | Shanghai Zhizhen New Energy Co., Ltd. |
| 5 | Shanghai CNNC Vision Instruments Co., Ltd. | Shanghai CNNC Vision Instruments Co., Ltd. |
| 6 | Pengli Biopharmaceutical Technology (Shanghai) Co., Ltd. | Pengli Biopharmaceutical Technology (Shanghai) Co., Ltd. |
| 7 | Shanghai Yuzhang Electric Equipment Co., Ltd. | Shanghai Yuzhang Electric Co., Ltd. |
| 8 | Shanghai Wanwei Digital Technology Co., Ltd. | Shanghai Wanwei Digital Technology Co., Ltd. |

【return】

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01426










Share online    Background Settings    Language language settings    Feedback Website Error Correction    Online consultation    User login    MORE

Using help | Share online | settings | settings | Correction | consultation | user login | MORE

Sponsor: Shanghai Municipal Commission of Economy and Information Technology
Zip code: 200125 Tel: 23111111
Working hours: Monday to Friday 9:00 -

Shanghai ICP No. 2021016245-2
Shanghai Public Security Network No.: 31011502003506
Government website identification code: 3100000104



Hesai ND AR 01427










Share online | Background Settings | language settings | Website Error Correction | Online consultation | User login | MORE

Record: 1

| | |
|---|---|
| **Title:** | China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War. |
| **Source:** | Bloomberg.com. 1/24/2022, pN.PAG-N.PAG. 1p. |
| **Document Type:** | Article |
| **Subject Terms:** | *Going public (Securities) |
| **Company/Entity:** | Tencent Holdings Ltd. |
| | Alibaba Group Holding Ltd. |
| **Abstract:** | (Bloomberg) -- In today's China, behemoths like Alibaba Group Holding Ltd. and Tencent Holdings Ltd. are out of favor, but "little giants" are on the rise. Read how venture investments in China climbed to a record last year EcoFlow Inc., a portable battery startup in Shenzhen, announced a 100 million yuan fundraising led by Sequoia as the company won the little giant label from MIIT. The little giants label has become a valued measure of government endorsement, a signal for investors and employees that the companies are insulated from regulatory punishment. [Extracted from the article] |
| | *Copyright of Bloomberg.com is the property of Bloomberg, L.P. and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use. This abstract may be abridged. No warranty is given about the accuracy of the copy. Users should refer to the original published version of the material for the full abstract.* (Copyright applies to all Abstracts.) |
| **Full Text Word Count:** | 1429 |
| **Accession Number:** | 154869081 |
| **Database:** | Business Source Complete |

### China's 'Little Giants' Are Its Latest Weapon in the U.S. Tech War

(Bloomberg) -- In today's China, behemoths like Alibaba Group Holding Ltd. and Tencent Holdings Ltd. are out of favor, but "little giants" are on the rise.

That's the designation for a new generation of startups that have been selected under an ambitious government program aimed at fostering a technology industry that can compete with Silicon Valley. These often-obscure companies have demonstrated they're doing something innovative and unique, and they're targeting strategically important sectors like robotics, quantum computing and semiconductors.

Wu Gansha won the little giants title for his autonomous driving startup after a government review of his technology. That gave the Beijing company, Uisee, an extra dose of credibility and financial benefits. Last year, it raised more than 1 billion yuan ($157 million), including money from a state-owned fund. It's also become a unicorn, with a valuation of at least $1 billion.

Hesai ND AR 01428

"It's an honor to wear the little giant label," Wu said. "The essence of the project is that the companies must possess some specialty that others don't have."

The program has been around for more than a decade, but it has taken on new prominence after Beijing launched a sweeping crackdown against leading companies like Alibaba and Tencent. The little giants label has become a valued measure of government endorsement, a signal for investors and employees that the companies are insulated from regulatory punishment. President Xi Jinping has given his personal blessing to the program.

"This is helpful to startups in many ways: It's a subsidy. It's a grant. It's an honor. It's a stamp of approval," said Lee Kai-Fu, founding managing director of the venture firm Sinovation.

The program is key to the Communist Party's ambitious strategy to reposition the country's technology industry. For two decades, China largely followed the Silicon Valley model, allowing entrepreneurs to pursue their ambitions with little government oversight. That led to enormous successes, including e-commerce pioneer Alibaba, social media giant Tencent and ByteDance Ltd., creator of the hit TikTok short-video app.

But in a series of regulatory moves over the past year, Beijing made clear the technology industry must realign to conform with government priorities. Alibaba and Tencent were quickly forced to eliminate anti-competitive practices, while games companies had to limit minors to three hours of online play per week. More broadly, the government has signaled softer internet services are out of favor.

Instead, Beijing aims to shift resources to strategically important technologies like chips and enterprise software. The Ministry of Industry and Information Technology has named 4,762 little giants since 2019, many in semiconductors, machinery and pharmaceutical industries. The designation typically comes with lucrative incentives from the central government or provincial authorities, including tax cuts, generous loans and favorable talent acquisition policies.

"What the country is trying to promote is more hardcore technology," said Yipin Ng, founding partner of Yunqi Partners, a venture fund that is investing in little giants. "In that sense, this is more in line with what they are trying to promote — things that makes China more competitive."

Governments from the U.S. to Africa have established programs to support smaller enterprises, but China's efforts dwarf those in terms of scale, resources and ambition. Xi, the country's most powerful leader since Mao, has instituted a half dozen programs that will collectively disburse trillions of dollars in pursuit of economic might, social stability and technological independence.

The U.S. trade war has stiffened the Communist Party's resolve to build a self-sufficient industry. The country's vulnerability was exposed when Donald Trump's administration blacklisted national champions like Huawei Technologies Co. and Semiconductor Manufacturing International Corp. That prevented them from buying U.S. components such as chipsets and industrial software, crippling operations.

Read how Beijing's crackdown unfolded over a year

The little giants concept dates back to at least 2005, when the local government in Hunan province instituted policies to support small enterprises. The central government's powerful MIIT endorsed the Hunan campaign,

Hesai ND AR 01429

which included land grants and financial support, as a model for developing the private sector. Local governments in places like Tianjin began their own initiatives.

It was in 2018, with the trade war, that the central government began to seriously push the program. MIIT announced a plan to create about 600 little giants that would develop core technologies. The procedure for winning the designation was designed to foster competition and identify the most promising companies.

Candidates apply with a six-page form detailing financial status, number of patents and research accomplishments. In the first round of selection, each province could nominate no more than a dozen companies. The country's top three tech hubs -- Beijing, Shenzhen and Shanghai -- had a combined quota of only 17 candidates.

Guan Yaxin, chief operating officer of Beijing-based ForwardX Robotics, said the process was relatively smooth for her company because it has proven innovations, with 121 patents globally, including 25 in the U.S.

"This government endorsement is very helpful when I expand the business because the clients will understand we are not just a random startup," she said.

MIIT has since expanded the program to thousands of companies, with about 1,000 "priority little giants" at the top of the hierarchy. Members of this rarefied club, which includes Wu's Uisee, receive direct funding from the central government. In January, the Finance Ministry set aside at least 10 billion yuan to fund small and mid-sized enterprises until 2025, with the lion's share directly financing the priority startups' research. The goal is to create 10,000 little giants by 2025.

"It's quite clear that this is a selection of companies very much subordinate to China's specific industrial policy and needs," said Barry Naughton, a professor and China economist at the University of California, San Diego. "They were partially picked because they are good firms, but an equally important criteria is they fit the urgent policy needs of the government right now."

QuicktakeChina's vast blueprint for tech supremacy over the U.S.

There are substantial risks. The success of China's technology industry over the past 10 years came from giving entrepreneurs like Alibaba's Jack Ma and ByteDance's Zhang Yiming free rein to build their businesses. Flipping the model to focus on the government's priorities risks leading to waste and failure, Naughton said.

"These are small companies that are being nurtured because they can potentially be alternative suppliers. How do you nurture them? You throw money at them," he said.

The little giants have become popular targets for venture capitalists, many of whom lost money on portfolio companies during Beijing's crackdown. One VC said that some startups in the program have been able to raise capital in the last six months while boosting their valuations by 50% to 75%. Another VC reportedly invests only in companies identified as little giants by the government.

Zhang Hui, co-founder of Guizhou Changtong Electric Ltd., applied for the program in Guizhou province in 2020 and received the award last year, based on his company's power equipment technology. The startup soon landed more than 100 million yuan from state-backed funds, and other investors have been knocking on his door to offer additional capital.

Hesai ND AR 01430

"Of course, venture investors will chase little giants for investment," he said. "It would be a surprise if they didn't."

Venture investments in China hit a record last year despite the crackdown. The value of deals rose about 50% in 2021 to $130.6 billion, according to the research firm Preqin.

Read how venture investments in China climbed to a record last year

EcoFlow Inc., a portable battery startup in Shenzhen, announced a 100 million yuan fundraising led by Sequoia as the company won the little giant label from MIIT. The four-year-old firm now plans an initial public offering in its hometown city within three years.

The government is also making it easier for these startups to go public, another incentive for entrepreneurs and venture investors. China set up a dedicated stock exchange in Beijing last year to help small enterprises raise capital.

Guan of ForwardX Robotics pointed out that founders retain control over their companies even if they participate in such government programs. Her company, which makes mobile robots used in manufacturing and logistics, has about 300 employees and plans to expand into Japan and the U.S. She sees the government's support as a big benefit as little giants try to grow.

"Many of them are very small now compared with multinationals," she said. "But the government sees the potential for them to become a real giants one day."

(Updates with QuickTake on Beijing's blueprint for the technology industry)

©2022 Bloomberg L.P.

———————————

Copyright of Bloomberg.com is the property of Bloomberg, L.P. and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

Hesai ND AR 01431



My Portfolio   News   Markets   Research   Personal Finance   Videos

South China Morning Post

# Which tech firms qualify as 'little giants'? Beijing releases criteria for the ideal industrial enterprise

**South China Morning Post**
Tue, Jun 28, 2022 • 3 min read

China has unveiled detailed criteria for determining which industrial enterprises qualify as "little giants" as Beijing doubles down on its strategy to create an army of "small but powerful" firms to plug technology gaps.

Beijing already announced a target of cultivating 10,000 little giants by 2025, with officially recognised companies gaining access to preferential treatment such as subsidies, tax cuts, and other grants. That move triggered a rush to identify small and medium sized enterprises (SMEs) that could be contenders in products or processes that could help the country achieve its goal of tech self sufficiency.



According to the latest guidelines published by the Ministry of Industry and Information Technology (MIIT), the body in charge of the project, little giants need to have over three years of experience in a "crucial part of the supply chain" and hold at least 10 per cent market share in their niche.

Do you have questions about the biggest topics and trends from around the world? Get the answers with SCMP Knowledge, our new platform of curated content with explainers, FAQs, analyses and infographics brought to you by our award-winning team.

Little giants must operate in strategically important industries such as semiconductors, software and artificial intelligence, and need to be able to "fix weaknesses" in the domestic supply chain, according to the MIIT application form.

Companies with more than 50 million yuan in annual revenue must also invest at least 3 million yuan (US$450,000) into research and development to qualify.

The regulator plans to develop a database of all high-quality SMEs to track their performance and provide targeted services to each company, according to the regulator.

The newly published notice did not elaborate on the type of supportive measures that would be offered to successful firms. However, last year the central government provided more than 10 billion yuan in subsidies to more than 1,000 national little giant enterprises, Xu Xiaolan, MIIT vice-minister, said earlier this year.



*An exhibitor demonstrates a 5G smart remote cockpit at the 20th China Strait Innovation Projects Fair in Fuzhou City, Fujian Province, June 19, 2022. Photo: Xinhua alt=An exhibitor demonstrates a 5G smart remote cockpit at the 20th China Strait Innovation Projects Fair in Fuzhou City, Fujian Province, June 19, 2022. Photo: Xinhua>*

**Story Continues**          ▤ **View Comments (3)**

⊠

### Buying Nvidia in 2024? Wall Street Legend Issues Urgent A.I. Stock Warning

Chaikin Analytics

Hesai ND AR 01433

Advertisement

Advertisement

Advertisement

Advertisement

Advertisement

Advertisement

Advertisement

# Recommended Stories

### Summit Therapeutics' Lung Cancer Candidate Surpasses Merck's Multi-Billion Dollar Keytruda, Cuts Risk Of Disease Or Death By Half

Sunday, Summit Therapeutics Inc. (NASDAQ:SMMT) released data from the primary analysis of the Phase 3 HARMONi-2 trial of ivonescimab conducted in China, sponsored by collaboration partner Akeso, Inc. The data was presented at the International Association for the Study of ...

Benzinga • 3h ago



---

### GameStop millionaire makes huge bet on battered airline

An investor who made a fortune during the meme stock craze buys a chunk of a top airline

TheStreet • 1d ago



---

### NVIDIA's New Silent Partner Could be the Next Superstar

Nvidia is turning its attention to a new phase of the AI boom. And the world's leading AI company is leaning on three silent partners to pull it off. These could be the next AI superstars.

Ad • Weiss Ratings

---

### Warren Buffett's $5.4 Billion Warning to Wall Street Foreshadows Trouble to Come

The Oracle of Omaha's trading activity at Berkshire Hathaway foretells the peril and promise of what's to come.

Motley Fool • 6h ago



---

### Cathie Wood snatches $8 million of battered tech stock

The tech-heavy Nasdaq Composite Index has climbed 11% year to date.

TheStreet • 1d ago



---

### Merck Dives After Summit — Up 66% — Sneaks In With Keytruda-Walloping Punch

Merck stock tumbled Monday after Summit Therapeutics' cancer drug outperformed blockbuster Keytruda in a study of lung cancer patients.

Investor's Business Daily • 24m ago



---

### AI Bot Flips Wall Street on Its Head: Turns $1K into $50K in Record 30 Days

A new AI trading robot reportedly generated a return of $14,158 from a $3,200 investment over the course of a week, according to verified trading records and third-party verification by MyFxBook.

Ad • FX Market Insights

---

### Apple Slips Ahead Of "Biggest Upgrade Cycle" (Live Coverage)

Apple is holding its fall product launch event Monday, where it will introduce its iPhone 16 AI-enabled smartphones.

Investor's Business Daily • 1h ago



---

### Dow Jones Gains As Palantir Soars; Cathie Wood Snaps Up This AI Stock Amid 35% Plunge (Live Coverage)

The Dow Jones rallied on the stock market today. Palantir stock soared on its S&P 500 nod. Cathie Wood snapped up a plunging AI stock.

Investor's Business Daily • 15m ago



Hesai ND AR 01436

It's not hard to see how these well-seasoned businesses could deliver heaps of passive income to patient investors.

Motley Fool • 6h ago



---

**Buying Nvidia in 2024? Wall Street Legend Issues Urgent A.I. Stock Warning**

Ad • Chaikin Analytics

---

**Another Artificial Intelligence (AI) Stock Just Hiked Its Dividend, This Time by a Whopping 17%**

Here's why I'm not as bullish on this company as on other chip stocks, despite its higher raise.

Motley Fool • 1d ago



---

**7 Giant Investors Dump Nvidia Stock — Including Fidelity**

Think Nvidia CEO Jen-Hsun Huang is aggressively dumping shares of his company this year? Just look at what Fidelity is unloading.

Investor's Business Daily • 3h ago



---



**yahoo!finance**

Copyright © 2024 Yahoo.
All rights reserved.

  

| POPULAR QUOTES | EXPLORE MORE | ABOUT |
|---|---|---|
| Dow Jones | Mortgages | Data Disclaimer |
| S&P 500 | Credit Cards | Help |
| DAX Index | Sectors | Feedback |
| Nvidia | Crypto Heatmap | Sitemap |
| Tesla | Biden Economy | What's New |
| DJT | Financial News | About Our Ads |
| | | Premium Plans |

10/17/24, 8:42 AM    World Intellectual Property Day | Hesai's ten years of independent innovation and global patent layout | News Center | Shanghai Hesai…

Case 1:24-cv-01381-PLF    Document 53-4    Filed 02/14/25    Page 37 of 287

product    Application Industry    News Center    Investor Relations    about Us    Partners    Resource Center    middle / IN

# World Intellectual Property Day | Hesai's ten years of independent innovation and global patent layout

2024-04-26    Hesai Technology    intellectual property

April 26, 2024 is the 24th World Intellectual Property Day, with the theme of "Intellectual Property and Sustainable Development Goals: Building a Shared Future through Innovation and Creation". As a technology-driven enterprise, Hesai Technology has always regarded new quality productivity as the core driving force of development, attaches great importance to technological innovation, and continues to invest a lot of R&D resources to iterate core lidar technology. At present, the company **has more than 1,500 patent layouts worldwide** *, covering multiple key fields such as optics, mechanics, chips, algorithms, etc., firmly ranking in the first echelon of the industry, demonstrating strong innovation capabilities.



Hesai ND AR 01438

## Cutting-edge patented technology

## Building a solid moat

Hesai has brought together geeks and scientists from the world's top universities and technology companies since its early days, forming a team full of curiosity and fighting spirit. Since 2017, Hesai has achieved mass production and shipment worldwide, successfully launched a series of high-performance, high-quality LiDAR products, and quickly became the absolute leader in the global autonomous driving LiDAR market. Hesai began to develop its own LiDAR chip technology 7 years ago, and proactively deployed cutting-edge technologies such as **pure solid-state electronic scanning E-scanning and intelligent point cloud analysis engine (IPE)** , and successfully applied these technologies to mass-produced products, building a solid technical moat for long-term development.

Hesai's continuous technological innovations are applied in each generation of products. In the field of autonomous driving, Hesai has successively launched the Pandar and QT series of 360° rotating lidar products to the market, and has won wide recognition from mainstream autonomous driving companies around the world with its outstanding performance and quality. In the ADAS field, Hesai launched the industry's first "true 128-line" semi-solid-state lidar AT128 in 2021, and successively released the pure solid-state lidar FT120, the ultra-thin long-range lidar ET25, and the AT512 known as the "performance ace", the compact long-range lidar ATX, etc., constantly refreshing the performance standards of the lidar industry and demonstrating strong self-developed technology capabilities. With the gradual improvement of the product matrix, Hesai's product performance, reliability and mass production capabilities have been widely verified by the market.



Hesai's fourth-generation chip architecture, ultra-wide-angle long-range LiDAR ATX

## Join hands with top universities
## to overcome the pain points of the LiDAR industry

As a sensor that actively emits infrared light, LiDAR is likely to face interference from various signals during operation, including interference from LiDARs on other autonomous vehicles, which can lead to deviations in perception results. Even if some compensation can be made at the algorithm level, as long as it does not have complete anti-interference capabilities, there will always be certain risks. This became a major pain point in the LiDAR industry a few years ago.

For Hesai, safety always comes first, and no matter how small the probability of triggering is, it must be resolved with all efforts. In response to this problem, Hesai undertook a sub-topic of the National Key R&D Program project led by Tsinghua University in 2018 and carried out in-depth research. After three years of unremitting efforts, Hesai uses innovative encryption technology to ensure that the LiDAR only receives signals sent by itself and rejects signals sent by other LiDARs or devices, thereby avoiding system misjudgments caused by interference noise. Based on this technology, Hesai has developed and launched a

Hesai ND AR 01440

number of mechanical rotating LiDARs and solid-state LiDARs with anti-interference capabilities, which dominate the global market.



10/17/24, 8:42 AM World Intellectual Property Day | Hesai: Seven years of independent innovation, 1,000 patents highlight - News Center | Shanghai Hesai…

Case 1:24-cv-01381-PLF Document 53-4 Filed 02/14/25 Page 41 of 287



无抗干扰

50 m

Hesai's active anti-interference LiDAR point cloud (above) VS LiDAR point cloud without anti-interference function (below)

After the project was completed, the expert group unanimously determined that "Hesai's LiDAR has reached the international advanced level overall, and its anti-interference technology has reached the international leading level". The project "Key Technologies and Applications of Intelligent Vehicle Environmental Perception" completed by Hesai Technology in cooperation with Tsinghua University and other institutions was awarded **the First Prize for Scientific and Technological Progress of the China Society of Automotive Engineers** in 2023 .

DISA



## Adhere to patent protection

## to promote the continuous emergence of technological achievements

As the market enters a new stage of competition, the protection and innovation of intellectual property rights are becoming increasingly important. Since 2016, Hesai has begun to build and continuously improve its intellectual property management system that meets its business characteristics, and has passed the GB/T29490-2013 (Enterprise Intellectual Property Management Specification) national standard certification.

Hesai has set up a dedicated intellectual property management team to conduct in-depth analysis and evaluation of each of the company's patent achievements to ensure that the patents are highly innovative and have market value. In order to encourage the output of high-value patents and develop new quality productivity, Hesai not only encourages employees to actively propose innovative ideas, but also launches a

Hesai ND AR 01443

high-value patent incentive system to create a strong innovation atmosphere and make the awareness of intellectual property protection deeply rooted in the hearts of the people.



Hesai's fourth-generation chip architecture

On April 19, Hesai launched the innovative product ATX based on the fourth-generation chip architecture, which once again comprehensively upgraded the optical-mechanical design and laser transceiver module, achieving a combination of small size and strong performance. It is the culmination of Hesai's 10 years of technological accumulation. Through powerful technological innovation and self-developed capabilities, Hesai has optimized every module and link of the LiDAR to the extreme, achieving better signal quality, more efficient data processing speed, and higher product reliability.

In the future, Hesai will continue to innovate, continuously bring higher quality and better performance products to customers and consumers, and lead the development of the global LiDAR industry.

*As of April 2024, Hesai has obtained nearly 500 authorized patents and has more than 1,000 patents pending.

Case 1:24-cv-01381-PLF Document 53-4 Filed 02/14/25 Page 44 of 287

# Other News



Starting a new journey, Hesai Columb...

2024-10-10



Let's work together to create a bett...

2024-09-30



The first in the global LiDAR industry!...

2024-09-04

front page    product    Application Industry    News Center    Investor Relations    about Us    Partners    Resource Center        中 / EN

Follow Hesai

Copyright © 2023. Shanghai Hesai Technology Co., Ltd. All rights reserved.    Privacy Policy | Warranty Terms
Shanghai Public Security Network No. 31011802004149 | Shanghai ICP No. 15056851-2

新闻　休育　汽车　房产　国教　教育　时尚　科技　财经　娱乐　更多　无障碍

可操控的车速（上）：谁给电动自行车留了提速的"后门"　　搜索

松果财经

ta的内容 | 1.9万

大图模式

评论

点赞

分享

放大字

# 四维图新获2023年度中国汽车工程学会科学技术奖一等奖

2023-10-26 20:15　　361

10月25日，在第30届中国汽车工程学会年会暨展览会（SAECCE 2023）开幕当天，2023年"中国汽车工业科学技术奖"正式公布并举行颁奖典礼。由清华大学、四维图新等单位联合申报的"**智能汽车环境感知关键技术及应用**"项目获得2023年度中国汽车工程学会科学技术奖一等奖。



"中国汽车工程学会科学技术奖"已设立三十余年，对激励汽车科技人才成长，推动汽车产业科技进步发挥了重要作用，已成为我国汽车产业最具影响力的权威科技奖项之一。

本次获奖项目"智能汽车环境感知关键技术及应用"，研发了基于统一感知表达的可信持续进化感知系统，实现了多场景、多车型高级别自动驾驶全天候产业化应用。

该项目共获得授权发明专利136项，其中美国专利14项，软件著作权60项，发表论文83篇，参与8项地方及团体标准的制定，形成具有自主知识产权的系列核心技术。项目成果在2022年北京冬奥会中得到应用，在国内外多家车企、图商、零部件企业等单位实现了规模化量产应用。其中包括通用、福特、戴姆勒、大众等国际知名汽车制造商。

智能汽车环境感知技术是智能驾驶安全运行不可或缺的重要基础支撑，基于此项技术开发的ADAS智能辅助驾驶系统产品，为主流车企提供规模化前装配套，同时也应用于自动驾驶地图的自动化生产与众源更新，为行业提供数据服务。

热门车推荐


比亚迪
汽油
13.68-1...


比亚迪
汽油
17.58-2...


日产途达
柴油
12.59-1...


坦克50
汽油
33.5-34...


蓝电E5
汽油
9.98-15...

24小时热文

可操控的车速（上）：谁给电动自行车留了提速的"后门"

年度最佳玩乐选择！MIX"宝宝巴士"

售价29.3-40.3万元 星途揽月GV70正式上市

售价27.99-29.99万元 捷途旅行者正式上市

雷克萨斯全新旗舰旗车pk法拉利296 GTB

新闻   休育   汽车   房产   旅游   教育   时尚   科技   财经   娱乐   更多   无障碍

搜索     搜索

**松果财经**

ta的内容 | 1.9万

大图模式

评论

点赞

分享

放大字

据了解，针对我国智能汽车发展面临的环境感知核心传感器受国外垄断、环境智能感知算法难突破等瓶颈问题，项目组在国家自然科学基金、科技部十三五专项、北京市科委冬奥专项、国家工信部项目等支持下，突破了高性能机械旋转式及固态式激光雷达核心关键技术，解决了车载激光雷达被国外垄断的"卡脖子"问题；发明了多源异构传感器融合的全息感知增强技术，解决了复杂道路环境下的准确感知难题；发明了基于统一感知表达的可信持续进化感知系统，实现了智能环境感知技术在不同级别自动驾驶汽车上的产业化落地应用。

作为中国智能汽车产业发展的"领航者"，四维图新多年来致力于自动驾驶系统解决方案、云服务平台、高精度地图、高精度定位以及汽车电子芯片等核心业务，并基于大数据能力，拓展智慧城市乃至万物互联应用。此次"智能汽车环境感知关键技术及应用"项目，四维图新通过研发面向激光点云数据的智能检测方法，构建了高精度地图专业采集系统与自动化处理平台，实现30多类地图要素自动化率达到100%，生产周期缩短40%，形成的自动驾驶地图覆盖了全国44万多公里路网。此外充分利用地图先验信息的网联协同感知增强技术，解决了高级别自动驾驶全天候无盲区精确感知难题。

声明：本文由入驻搜狐公众平台的作者撰写，除搜狐官方账号外，观点仅代表作者本人，不代表搜狐立场。

回首页看更多汽车资讯

**评论**   请遵守《搜狐我来说两句用户公约》

我来说两句…       发表评论

**资讯推荐**

Hesai ND AR 01447



新闻　体育　汽车　房产　旅游　教育　时尚　科技　财经　娱乐　更多　无障碍

搜索

松果财经
ta的内容 | 1.9万

乐道L60 PK Model Y失败 月销832台
怎么竞争?
鬼斗车　　　　　　　　今天 08:33

宝马德国雷根斯堡工厂获2024年度工
厂之卓越量产奖!
宝马客　　　　　　　　今天 08:33

S姐探店: 设计亮眼 配置升级 20万级
家用MPV优选——2024款库斯途
车网传媒　　　　　　　今天 08:20

大图模式

评论

点赞

分享

放大字

9/16/24, 2:21 PM    NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award_Sohu Auto_Sohu.com

Case 1:24-cv-01381-PLF   Document 53-4   Filed 02/14/25   Page 49 of 287

news    physical    car    Real    travel    educate    Fashion    science and    Finance    entertainment    More    Acces
education                                    Est                technologies

美国造车新势力，拆了一辆小米SU7，越拆越绝望    search

Songguo
Finance

18,000

Large Image Mode

Comment

Like

share

Enlarge Word

# NavInfo wins first prize of 2023 China Society of Automotive Engineers Science and Technology Award

2023-10-26 20:15    355

On October 25, at the opening day of the 30th SAE-China Annual Conference and Exhibition (SAECCE 2023), the 2023 "China Automotive Industry Science and Technology Award" was officially announced and the award ceremony was held. The " **Key Technologies and Applications of Intelligent Vehicle Environmental Perception** " project jointly submitted by Tsinghua University, NavInfo and other units won the first prize of the 2023 SAE-China Science and Technology Award.



The "China Society of Automotive Engineers Science and Technology Award" has been established for more than 30 years. It has played an important role in stimulating the growth of automotive science and technology talents and promoting technological progress in the automotive industry. It has become one of the most influential and authoritative science and technology awards in my country's automotive industry.

The winning project, "Key Technologies and Applications of Environmental Perception for Intelligent Vehicles," developed a trusted and continuously evolving perception system based on unified perception expression, and realized the all-weather industrial application of high-level autonomous driving in multiple scenarios and multiple vehicle models.

The project has obtained 136 authorized invention patents, including 14 U.S. patents, 60 software copyrights, published 83 papers, participated in the formulation of 8 local and group

Popular car recomm

Lynk 8
gasolin
202,80

Volvo
diesel f
638,90

Volvo
gasolin
894,90

Xiaom
gasolin
215,90

Hyund
diesel f
195,80



**24-hour hot artic**

A new American car
dismantled a Xiaom
became more despe
it was dismantled

Cadillac's luxury dre
shattered: price cuts
gains cannot save d

Small upgrades mal
difference in Kashga
of the new Ford Exp

Fuel consumption p
kilometers is 4.0L. T
car is not American
consumption of Mor
measured.

Pre-sale starts at RM
for the 2025 Chery T
9 C-DM

9/16/24, 2:21 PM    NavInfo Will Introduce the 2023 China Society of Automotive Engineers Science and Technology Award at Sohu.com

Case 1:24-cv-01381-PLF    Document 53-4    Filed 02/14/25    Page 50 of 287

news    physical    car    Real    travel    educate    Fashion    science and    Finance    entertainment    More    Accout
education              Estate.                                    technology
                                                                                search

companies, graphics companies, and parts companies. General、 Ford, Daimler, public And other internationally renowned automobile manufacturers.

Intelligent vehicle environmental perception technology is an important and indispensable basic support for the safe operation of intelligent driving. The ADAS intelligent assisted driving system products developed based on this technology provide large-scale pre-installation support for mainstream car companies. It is also used in the automated production and crowd-source update of autonomous driving maps, providing data services for the industry.



It is understood that in response to the bottleneck problems faced by the development of my country's smart cars, such as the monopoly of core environmental perception sensors by foreign countries and the difficulty in breaking through environmental intelligent perception algorithms, the project team, with the support of the National Natural Science Foundation, the Ministry of Science and Technology's 13th Five-Year Plan Special Project, the Beijing Science and Technology Commission's Winter Olympics Special Project, and the National Ministry of Industry and Information Technology's projects, has made breakthroughs in the core key technologies of high-performance mechanical rotary and solid-state lidars, solving the "bottleneck" problem of vehicle-mounted lidars being monopolized by foreign countries; invented holographic perception enhancement technology for multi-source heterogeneous sensor fusion, solving the problem of accurate perception in complex road environments; invented a trusted continuously evolving perception system based on unified perception expression, and realized the industrial application of intelligent environmental perception technology in autonomous driving vehicles of different levels.

As a "leader" in the development of China's smart car industry, NavInfo has been committed to core businesses such as autonomous driving system solutions, cloud service platforms, high-precision maps, high-precision positioning, and automotive electronic chips for many

Hesai ND AR 01451

New Hesai unveiled at 2023 China Society of Automotive Engineers Science and Technology Award at Sohu Auto

news   physical   car   Real   travel   educate   Fashion   science and   Finance   entertainment   More   Access

education   Estate.   technology

search

🌰
Songguo
Finance

18.000

method for laser point cloud data, built a high-precision map professional acquisition system and automated processing platform, achieved an automation rate of 100% for more than 30 types of map elements, shortened the production cycle by 40%, and formed an autonomous driving map covering more than 440,000 kilometers of road networks across the country. In addition, the networked collaborative perception enhancement technology that makes full use of map prior information solves the problem of accurate perception of high-level autonomous driving around the clock without blind spots.

Large Image Mode

Statement: This article was written by an author who is a member of Sohu public platform. Except for Sohu official accounts, the views only represent the author himself and do not

Return to the home page to see more car information

Comment

Like

**Comment** Please abide by the "Sohu I Say a Word User Agreement"

Let me say two words...                               Post a

comment

share

**Information Recommendation**

Enlarge Word



**60 million units of glory, Lantu leads Dongfeng's new chapter**
Bangning Studio     Today 13:56

**Official photos of the new Wuling Hongguang MINIEV four-door…**
Car reviews     Today 12:57

**BYD SHARK pickup truck domestic spy photos exposed!…**
Car reviews     Today 12:43

**Audi RS 6 e-tron Avant spy photos exposed! Positioned as a high-…**
Car reviews     Today 12:38

**According to the latest C-IASI collision results, Xiaomi SU7 an…**
Ghost Fighting Car     Today 12:36

**Changes in the sales ranking of pure electric vehicles in August:…**
Ghost Fighting Car     Today 12:35

**2024IAA | New light commercial vehicle E-VALI makes its global…**
Sohu Commercial Vehicle     Today 11:38

**2025 Binzhi renovates big-name SUV and makes guests feel at…**
Automotive Media     Today 11:35

**Ideal Auto: Trying to build a "scholar" persona in the field of…**
Car Circles     Today 11:33







Hesai ND AR 01452

DISA

9/16/24, 2:21 PM    New Hot Articles on 2023 China Society of Automotive Engineers Science and Technology Award_Sohu Auto_Sohu.com

Case 1:24-cv-01381-PLF  Document 53-4  Filed 02/14/25  Page 52 of 287

news    physical    car    Real    travel    educate    Fashion    science and    Finance    entertainment    More    Acces

education              Estate.                              technology

search

**Songguo Finance**

18,000

Large Image Mode

Comment

Like

share

Enlarge Word

**The aesthetic heritage of the traditional luxury brand: the…**
Top Unbounded Aesthetics        Today 11:31

**FAW Toyota's new RAV4 is launched, with a price reduction …**
High-end Life        Today 11:21

**BYD Song PLUS DM-i wins EURO NCAP five-star safety certification**
BYD Auto        Today 11:18

**BYD appears at the International Transport Expo in Hannover,…**
BYD Auto        Today 11:18

**2024IAA | Yellow River hydrogen internal combustion engine…**
Sohu Commercial Vehicle        Today 11:15

**Hongmeng Intelligent Driving is designed to help car companies…**
AutoLab        Today 11:14

**2025 new car launched, Subaru Impreza increases interior texture**
UCAR Chen Qingyi        Today 10:35



**Avita solves the three major problems of range extension**
Car annual ring        Today 10:27



**The mass-produced version of bZ3C has appeared. What if…**
UCAR Chen Qingyi        Today 10:24

**2025 BRZ released, manual sports mode introduced**
UCAR Chen Qingyi        Today 10:19

**MINI John Cooper Works E is coming, is there still hope?**
UCAR Chen Qingyi        Today 10:15

**Outlander has disappeared in China, but Mitsubishi is still…**
UCAR Chen Qingyi        Today 10:11

**The new Chery Tiggo 8 PRO is launched! New 8AT gearbox,…**
Car reviews        Today 10:10

**The new Mercedes-Benz C-Class is on sale. Here are some specia…**
Ghost Fighting Car        Today 10:09

**The new Jeep Grand Cherokee 4xe will be launched on September 2…**
Car reviews        Today 10:06

DISA



**53882** **31597** **174** **79**
Student Member   Ordinary Member   Premium Member   Fellow

**15** **45** **122** **1998**
Vice Chairman Unit   Executive Director Unit   Governing Unit   Ordinary member units

About the Society   **Society Charter**   Council   Secretariat Leadership   G   Branch Offices

Talent Recruitment   contact us

# Society Charter

## Constitution of the Society of Automotive Engineers of China

(Approved by the Ministry of Civil Affairs on May 15, 2024)

### Chapter I General Provisions

Article 1 The name of this Association is China Society of Automotive Engineers, abbreviated as China SAE.

Article 2 The Association is a national, academic, non-profit corporate social organization established in accordance with the law and voluntarily formed by scientific and technological workers in related fields of the automotive industry chain. It is an important social force in promoting the development of science and technology in my country's automotive industry and a bridge and link between the Party and the government and automotive science and technology workers.

Article 3 The purpose of this association: adhere to the guidance of Marxism-Leninism, Mao Zedong Thought, Deng Xiaoping Theory, the important thought of "Three Represents", the Scientific Outlook on Development, and Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era, mobilize and organize the majority of automotive science and technology workers to focus on economic construction,

Hesai ND AR 01454

talents", adhere to the principle of democratic management, and thoroughly implement the socialist thought with Chinese characteristics in the new era. Promote the implementation of the strategy of rejuvenating the country through science and education, the strategy of strengthening the country through talents, and the strategy of sustainable development, conscientiously perform the duties of serving scientific and technological workers, serving innovation-driven development, serving to improve the scientific literacy of the whole people, and serving the scientific decision-making of the Party and the government, promote the construction of open, hub, and platform-type organizations, unite and mobilize the majority of scientific and technological workers to innovate and strive for the realization of the Chinese dream of the great rejuvenation of the Chinese nation.

The Association shall abide by the Constitution, laws, regulations and national policies, practice the core socialist values, promote the spirit of patriotism, observe social ethics, and consciously strengthen the construction of integrity and self-discipline.

Article 4 The Association adheres to the overall leadership of the Communist Party of China, establishes organizations of the Communist Party of China, carries out party activities, and provides necessary conditions for the activities of party organizations in accordance with the provisions of the Constitution of the Communist Party of China.

Article 5 This Association accepts the business guidance and supervision of its business supervisory unit, the China Association for Science and Technology, and the Ministry of Civil Affairs, the national social organization registration and management authority.

Article 6 The Association's domicile is located in Beijing.

## Chapter II Business Scope

Article 7 The business scope of the Association is:

(1) Carry out academic exchanges at home and abroad, organize research and discussion on key academic and technical issues, scientific investigations, technology demonstrations and other activities, strengthen exchanges and cooperation among industries, advocate academic democracy, activate academic thinking, promote discipline development, promote independent innovation, and create a good academic environment;

(ii) Promote the sustainable development of the technological innovation system for the healthy development of the automobile industry and contribute to the overall improvement of enterprises' independent innovatio capabilities;

(3) To host science and technology exhibitions and popular science activities under the commission of government departments or in accordance with the needs of market and industry development; to edit and publish relevant science and technology books and periodicals and audio-visual products in accordance with

actively participate in the formulation of national science and technology policies and regulations and undertake demonstration, feasibility studies and evaluation of economic construction projects;

(5) Organize and carry out scientific and technological consulting services, scientific and technological achievement evaluation, scientific and technological project assessment, and intellectual property services to promote the transformation of scientific and technological achievements;

(6) To carry out various public services commissioned by the government, organize and carry out the evaluation of the professional and technical personnel, commend and reward outstanding scientific and technological workers and recommend talents in accordance with regulations and with approval;

(VII) Organize and carry out the nomination work for the China Society of Automotive Engineers Science and Technology Award and the National Science and Technology Awards upon approval in accordance with regulations;

(8) Deepen and implement the reform of the standardization system, coordinate the development of China Society of Automotive Engineering standards (CSAE standards), and actively participate in the formulation of national and industry technical standards;

(IX) Carry out non-governmental international scientific and technological exchange activities, actively develop and strengthen friendly exchanges with relevant international organizations, relevant automotive institutions and engineers in various countries around the world, and promote international scientific and technological cooperation;

(10) To carry out continuing education, technical training and technical consulting activities for professional and technical personnel in the automotive and related professional fields, to help members and scientific and technological workers to acquire new knowledge, improve their innovation capabilities and levels, and build a home for automotive engineers;

(XI) To establish a public welfare entity for the development of science and technology and for the service of its members, and to establish a public welfare undertaking that is consistent with the purpose of the Society of Automotive Engineers of China;

(XII) Reflect the suggestions, opinions and voices of scientific and technological workers, safeguard the legitimate rights and interests of scientific and technological workers, promote the establishment and improvement of scientific research integrity supervision mechanisms, and promote the construction of academic ethics and style of study;

(XIII) Organize other social public service activities that are consistent with the purpose of the Association and conducive to the development of automotive science and technology and industrial progress.

Article 8 The members of the Association are divided into individual members and group members. Those who are not members of the Association but have made significant contributions to the Association may be granted the title of honorary member with the approval of the Association's Board of Directors.

Article 9 Applicants for membership in this association must meet the following conditions: voluntarily apply and recognize the association's charter, meet the membership requirements and are willing to actively participate in and support the association's activities.

1. Qualifications of individual members

1. Any student majoring in automobile or related majors in ordinary colleges and universities can apply to become a student member.

2. Anyone who meets any of the following conditions can apply to become a general member:

(1) Applicants must have graduated from a bachelor's or junior college degree program and possess professional and technical qualifications equivalent to assistant engineer or above, or possess equivalent professional and technical qualifications;

(2) Those who have been engaged in the automotive and related fields for a long time and have achieved outstanding results in practice;

(3) Managers of science and technology and industry departments who actively and enthusiastically support the work of the Association.

3. Anyone who meets the following conditions may apply to become a candidate for senior membership:

(1) Have obtained professional and technical qualifications of senior engineer, associate researcher, associate professor or above;

(2) Those who have made certain contributions in the fields of academia, engineering and technical science, or have rich practical experience, or have won national, provincial and association-level scientific and technological awards;

(3) Those who have undertaken and engaged in the work of the Society for many years and have made important contributions to the development and construction of the Society.

4. Anyone who meets the following conditions may apply to become a candidate for fellowship. Academicians of the Chinese Academy of Sciences or the Chinese Academy of Engineering in the field of automotive-related science and technology are not subject to membership level and age restrictions and can directly become a fellow of the SAE-China upon invitation and consent from the individual.

(1) Not exceeding 65 years of age (calculated as of January 1 of the current year);

(provincial or ministerial level) ranked in the top 5), or achieved other innovative technological achievements and made significant contributions to industrial development;

(4) Be enthusiastic about providing technical services to the industry and deeply participate in the relevant work of the Association.

Foreign experts and scholars who are scientific and technical personnel working in the automotive-related fields outside mainland China, have high academic achievements and are willing to communicate and cooperate with the Association can apply in person and be admitted as foreign members after discussion and approval by the Association's Board of Directors (Executive Board of Directors).

(II) Qualifications for group membership: enterprises, institutions and relevant academic groups engaged in scientific research, education, production and operation in the automotive and related fields.

Article 10 Membership Procedures:

1. Voluntarily submit an application for membership;

(ii) Approved by the Council (Executive Council) of the Society or its authorized institution; foreign members must be approved by the Council (Executive Council) and reported to the competent authority for approval and filing;

(3) Paying membership fees;

(IV) The membership certificate shall be issued by the Board of Directors or an institution authorized by the Board of Directors.

Article 11 Rights enjoyed by members:

1. Individual members enjoy the following rights:

1. Have the right to elect, be elected and vote (excluding student members and foreign members);

2. Have the right to make suggestions, criticize and supervise the work of the Association;

3. Enjoy priority and preferential rights when participating in activities organized by the Association or obtaining services provided by the Association;

4. Membership is voluntary and withdrawal is free.

(II) Group members enjoy the following rights:

1. Have the right to elect, be elected and vote;

2. Have the right to make suggestions, criticize and supervise the work of the Association;

3. Recommend relevant candidates according to the requirements of the society's board of directors and branch office staff;

4. Representatives shall enjoy priority and preferential rights when participating in activities organized by the Association and obtaining services provided by the Association.

Article 12 Obligations of members

(1) Comply with the Association's Articles of Association;

(2) To safeguard the legitimate rights and interests of the Association;

(3) Implement the resolutions of the Association, complete the work entrusted by the Association, and actively participate in and publicize various activities organized by the Association;

(iv) Report the development and industrial situation to the Association and provide relevant information and materials;

(5) Assist the Association in developing membership;

(6) Pay membership fees in accordance with regulations.

Article 13 Members have the freedom to withdraw from the association. Members who wish to withdraw from the association shall notify the association in writing. If a member does not pay dues or participate in the group's activities for 2 years, he or she will be deemed to have automatically withdrawn from the association, and re-application for membership will require re-approval.

Candidates for directors, executive directors and vice-chairmen of the society should be individual members of the association and pay membership fees on time.

Article 14 If a member damages the reputation of the Society or violates the purpose of the Society, he/she will be expelled after review and verification by the member approval agency.

If an individual member violates the criminal law or is deprived of political rights, or if a group member engages in activities that violate national laws and regulations, their membership will be revoked.

## Chapter 4: Formation and Removal of Organizational Structures and Persons in Charge

Section 1 Members' Representative Conference

Article 15 The highest leadership body of the Association is the Members' Congress. The responsibilities of the Members' Congress are:

1. Formulate and amend the Association's Articles of Association;

(2) To determine the working principles and tasks of the Association;

(3) Review and approve the work report and financial report of the Board of Directors;

(4) Review and approve the work report of the Supervisory Committee;

(5) Elect and remove members of the Board of Directors and members of the Board of Supervisors;

(6) Formulate and amend the standards for collecting membership fees;

(7) Decide on other important matters.

re-election shall not be held by correspondence.

Article 17 The term of the Member Representative Conference is five years. If it needs to be held earlier or later due to special circumstances, it must be proposed by the Standing Council, voted on by the Council, reported to the business supervisory unit for review, and approved by the social group registration and management authority. The longest extension of the term shall not exceed one year.

Section 2 The Council and the Standing Council

Article 18 The Board of Directors is the executive body of the Members' Congress. It leads the Association in carrying out daily work during the adjournment period of the Members' Congress and is accountable to the Members' Congress. The responsibilities of the Board of Directors are:

1. Implement the resolutions of the Members' Congress;

(2) To elect and remove the Chairman, Vice Chairman and Executive Directors, and to appoint and dismiss the Secretary General;

(3) To prepare for the convening of the Members' Representative Conference;

(4) Reporting the work and financial status to the Members' Congress;

(5) Decide on the establishment, change and termination of offices, branches, representative offices and physical organizations;

(6) Decide on the appointment of the Deputy Secretary-General and the principals of various agencies;

7. Lead the work of the various agencies of the Association;

(8) Formulate the internal management system of the Association;

(IX) Responsible for the development and removal of members;

(10) Deciding on the establishment of honorary positions, hiring of consultants, etc.;

(11) Perform other duties as prescribed by the Articles of Association.

Article 19 The directors of the Association shall be elected by the representatives of group members and individual members through full deliberation and democratic consultation in accordance with the conditions for the appointment of directors and the agreed quota of seats, and by secret ballot at the Member Representative Conference. A considerable proportion of the members of the Board of Directors shall be members of the Communist Party of China. Three-quarters of the members of the Board of Directors shall be grassroots frontline scientific and technological workers.

The candidates for the board of directors should be enthusiastic about supporting the work of the association, have academic achievements, be upright, be in good health, and be able to undertake and complete the work assigned by the association. The composition of the board of directors should reflect the combination of old,

adjustment shall be made after approval by the Board of Directors; new group members with a certain scale and industry influence may apply for additional directors during the term, and the addition shall be made after review and approval by the Board of Directors; for directors who are unable to perform their duties, their director qualifications may be terminated after review and approval by the Board of Directors; the proportion of mid-term adjustments shall not exceed one fifth of the total number of original directors.

Article 20 The Council shall meet once a year and may also be convened by correspondence under special circumstances.

Article 21 The board of directors shall be convened only if more than two-thirds of the directors are present, and its resolutions shall take effect only if they are approved by more than two-thirds of the directors present. Resolutions of meetings held by correspondence shall take effect only if they are approved by more than half of all directors.

Article 22 The Association shall establish a Standing Council. The Standing Council shall be elected by the Council and shall be accountable to the Council. During the adjournment period of the Council, it shall exercise the functions and powers in Article 18 of these Regulations except for Items (2), (4) and (11). The number of members of the Standing Council shall not exceed one-third of the number of members of the Council. A considerable proportion of the members of the Standing Council shall be members of the Communist Party of China. Two-thirds of the members of the Standing Council shall be grassroots frontline scientific and technological workers. The members of the Standing Council shall have a reasonable age structure and a considerable proportion of young and middle-aged scientific and technological workers. The number of members of each Standing Council shall not be less than one-third.

Article 23 The Standing Council shall hold a meeting at least once every six months. The Standing Council shall be convened only if more than two-thirds of the Standing Council members are present, and its resolutions shall take effect only if they are approved by more than two-thirds of the Standing Council members present. Under special circumstances, the meeting may be held by correspondence, and the resolutions of the meeting held by correspondence shall take effect only if they are approved by more than half of all the Council members.

Section 3 Supervisory Committee

Article 24 The Association shall establish a Supervisory Board. The Supervisors shall be elected or remov by the Members' Representative Assembly and shall be responsible for supervising the performance of duties of the Board of Directors and the Executive Board of Directors in accordance with the Charter of the Society of Automotive Engineers of China and shall be accountable to the Members' Representative Assembly.

shall serve voluntarily, uphold the principles of fairness, honesty and perseverance, and have the ability and energy to assume the duties of supervisors. The Chairman, Vice Chairman, Secretary General, Executive Director, Director, Financial Manager, Head of Branch and full-time staff of the Association shall not concurrently serve as Supervisors.

Article 26 The main duties of the Supervisory Committee are:

(1) Electing the Chief Supervisor and the Deputy Chief Supervisors;

(2) Attend the Members' Representative Conference and report to it on the work of the Board of Supervisors;

(3) Attending the meetings of the Board of Directors and the Standing Committee of the Board of Directors;

(4) To supervise the performance of duties of the Board of Directors and the Standing Board of Directors;

(V) To supervise the financial operation and management of the Association;

(6) Perform other duties assigned by the Members' Congress.

Article 27 The Board of Supervisors shall be convened at least once every six months by the Chief Supervisor and may be convened at any time when necessary. The meeting of the Board of Supervisors shall be held only if more than two-thirds of the supervisors are present, and its resolutions shall be approved by unanimous votes of the supervisors present. In special circumstances, the meeting may be held by correspondence, and its resolutions shall be approved by unanimous votes of the Board of Supervisors.

Section 4. Society Leaders

Article 28 The Chairman, Vice Chairman and Secretary General shall meet the following conditions:

(1) Love the motherland, adhere to the Party's line, principles and policies, and have good moral character and style of study;

(2) Having high attainments or great influence in the automotive industry;

(3) Be enthusiastic about learning and working, be in good health, and be able to persist in normal work;

(iv) The age of the Chairman and Vice Chairman shall not exceed 65 years of age, and the maximum age of the Chairman shall not exceed 70 years of age. The age of the Secretary General shall not exceed 62 years of age and shall be full-time.

(5) Having not been subjected to criminal punishment of deprivation of political rights;

(6) Having full capacity for civil conduct;

(VII) Democratic work style and strong team spirit.

Article 29 The term of office of the Chairman, Vice Chairman and Secretary General is five years, and they may not be re-elected for more than two terms. If the term of office needs to be extended due to special circumstances, it must be approved by more than two-thirds of the representatives present at the Members' Congress, reported to the business supervisory unit for review, and approved by the national social

Chairman is required to serve as the legal representative, the Chairman shall entrust the Vice Chairman to act as the legal representative, and the Vice Chairman shall approve the appointment of the Vice Chairman, report to the competent authority for business affairs, and obtain approval from the national social organization registration and management authority before the appointment can be implemented.

The legal representative of this association may not concurrently serve as the legal representative of other organizations.

Article 31 The Chairman shall exercise the following powers:

(1) To convene and preside over the meetings of the Board of Directors and the Standing Board of Directors;

(2) Check the implementation of the resolutions of the Members' Congress, the Board of Directors and the Standing Committee.

If the Chairman is unable to perform his duties for some reason, a Vice Chairman shall be appointed by the Chairman or designated by the Executive Council to perform the duties.

Article 32 The Secretary-General shall exercise the following powers:

1. To preside over the daily work of the office and organize the implementation of the annual work plan;

(2) Coordinate the work of various branches, representative offices and entity organizations;

(3) Nominate deputy secretaries-general and principals of branches, representative offices and entity organizations and submit them to the Council (Executive Council) for approval;

(iv) Decide on the employment of full-time staff of administrative offices, representative offices and physical entities.

Article 33 The Secretary-General shall be appointed upon the nomination of the Chairman and the approval of the Board of Directors, and shall go through the filing procedures with the competent authority and the national social organization registration and management authority as required. The Chairman may not concurrently serve as Secretary-General.

## Chapter V Offices, Branches and Representative Offices

Article 34 Within the purpose and business scope stipulated in this constitution, the Association shall establish branches and representative offices according to work needs. The branches and representative offices of the Association are components of the Association and do not have legal person status. They shall not formulate separate constitutions or issue any form of registration certificates. They shall carry out activities and develop members within the scope of the Association's authorization, and the Association shall bear the legal responsibilities. When carrying out activities, branches and representative offices shall use the Association's full name and shall not exceed the Association's business scope.

Hesai ND AR 01463

"Special Fund Management Committee", "Representative Office", "Office", etc. The establishment, change and cancellation of branches shall be discussed and decided by the Board of Directors or the Standing Board of Directors and reported to the competent authority for filing. The Association shall not establish regional branches, and shall not establish branches or representative offices under branches or representative offices.

Article 36 The head of a branch or representative office shall not be over 70 years old and may not serve more than two consecutive terms. If an incumbent county (department) or higher-level leading cadre concurrently serves as the head of a branch, the approval shall be based on the cadre management authority.

Article 37 The finances of branches and representative offices must be included in the unified management of the Association's statutory accounts.

Article 38 The Association shall submit relevant information on its branches and representative offices to the national social group registration and management authority in its annual work report. At the same time, the Association shall promptly disclose relevant information to the public and consciously accept public supervision.

## Chapter VI Asset Management and Utilization Principles

Article 39 Sources of Funding:

(1) Government funding;

(2) income from activities or services provided within the scope of business specified in these Articles of Association;

(3) Income from membership fees;

(iv) Funding and donations from relevant domestic and foreign institutions, groups and individuals;

(5) interest income;

(6) Other lawful income.

Article 40 The Association shall collect membership fees in accordance with relevant national regulations.

Article 41 The funds of the Association shall be used for the development of the business scope and undertakings stipulated in the Articles of Association and shall not be distributed among the members.

Article 42 The office of the Association shall establish a financial management system to ensure that accounting information is legal, true, accurate and complete.

Article 43 The Association shall be equipped with professionally qualified accountants and full-time cashier accordance with the relevant regulations of the Ministry of Finance. Accountants must conduct accounting and implement accounting supervision. When an accountant is transferred, he/she must complete the handover procedures with the person who takes over.

Hesai ND AR 01464

Article 45 State appropriations, subsidies and other expenses must be subject to supervision by the auditing authorities and announced to the public in a timely manner.

Article 46 No unit or individual may encroach upon, embezzle or misappropriate the assets of the society.

Article 47 The salary, insurance and welfare benefits of the Association's full-time staff shall be implemented in accordance with relevant national regulations.

Article 48 The Association must undergo a financial audit before holding an election or replacing the legal representative.

## Chapter VII Procedure for Amending the Articles of Association

Article 49 The formulation and amendment of this Constitution shall be proposed by the Board of Directors (Standing Board of Directors), reviewed by the Members' Representative Assembly, and must be approved by more than two-thirds of the representatives. Voting shall not be conducted by acclamation.

Article 50 The charter discussed and adopted by the member representative assembly shall be submitted to the professional supervisory unit for examination within the prescribed time, and shall take effect after approval by the national social organization registration and management authority.

## Chapter 8 Termination Procedures and Property Disposal after Termination

Article 51 If the Association has completed its purpose or dissolved itself, or needs to be cancelled due to division, merger, etc., the Board of Directors or the Standing Board of Directors shall propose a termination proposal, which shall be voted through by the Members' Representative Assembly and reported to the business supervisory unit for review and approval, and then the cancellation procedures shall be carried out with the national social organization registration and management authority.

Article 52 Before the Association is terminated, it must establish a liquidation organization under the guidance of the business supervisory unit and the custodian unit to clear up the claims and debts. During the liquidation period, no activities other than liquidation may be carried out.

Article 53: The remaining property of the Association after its termination shall be used to develop undertakings related to the Association's purpose under the supervision of the business supervisory unit, the national social organization registration and management authority and the custodian unit in accordance with national regulations.

## Chapter 9: Emblem

Hesai ND AR 01465

Article 56 Members shall not use the association's emblem to engage in production and business activities.

## Chapter 10 Supplementary Provisions

Article 57 This Constitution was adopted by the 10th Members' Representative Conference on October 24, 2023.

Article 58 The right to interpret this charter belongs to the Association's Board of Directors.

Article 59 This charter shall take effect from the date of approval by the national social organization registration and management authority.

# Branch Offices

| | |
|---|---|
| Automobile Manufacturing Branch | Automotive Products Branch |
| Automobile Economic Development Research … | Automotive Application and Service Branch |
| Automotive Technology Education Branch | Automotive Materials Branch |
| Automobile Modernization Management Branch | Automobile Engine Branch |
| Special Vehicle Branch | Mining Truck Branch |
| Motorcycle Chapter | Electric Vehicles Chapter |
| Automobile Body Technology Branch | Low Carbon Fuel and Hydrogen Powered Vehic… |
| Automotive Intelligent Transportation Branch | Automotive Fuels and Lubricants Branch |
| Automotive Non-metallic Materials Branch | Automotive Electronics Technology Branch |
| Automotive Safety Technology Branch | Automotive Environmental Protection Technolo… |

Coating Technology Branch

Suspension Technology Branch

Gear Technology Branch

Technology Management Branch

Automotive Reliability Technology Branch

Automotive Aerodynamics Section

Electromagnetic Compatibility Section

Automotive Thermal System Branch

Chassis Integration Technology Branch

Intelligent Chassis Branch

Automotive Basic Software Branch

Flying Car Chapter

Automobile Fire Safety Technology Branch

Automotive Big Data Application Branch (Prepa…

Automotive Intelligent Cockpit Branch (Preparat…

Scientific and technological achievements eval…

Standardization Working Committee

Youth Work Committee

Digitalization and Intelligent Manufacturing Wor…

Freight Equipment Technology Branch

Vibration and Noise Branch

RV and Camping Engineering Technology Branch

Automobile Anti-corrosion and Aging Branch

Electrical Technology Branch

Intellectual Property Branch

Automotive Lighting Branch

Dimensional Engineering Branch

Automotive Advanced Powertrain System Branch

Automotive Sensors Chapter

Intelligent Connected Vehicle System Architect…

Intelligent Connected Vehicle Safety Branch

Automotive Supply Chain Innovation Session

Automobile Dynamics Branch (Preparatory Co…

Automobile Design Branch (Preparatory Commi…

Science and Technology Awards Working Com…

Talent Work Committee

Smart Shared Mobility Working Committee



| Links |
| --- |

Hesai ND AR 01467



*Translation*

*The following document is the 2022 budget of the China Association of Science and Technology (CAST), a Communist Party-led professional association for Chinese scientists. CAST is funded by the Chinese government and promotes scientific ethics and science popularization. Among other projects, this year's budget funds an effort to reform China's Chinese- and English-language scientific journals.*

**Title**
China Association of Science and Technology 2022 Budget
中国科学技术协会2022年部门预算

**Author**
China Association of Science and Technology (CAST; 中国科学技术协会; 中国科协)

**Source**
CAST website, March 24, 2022.

*The Chinese source text is available online at:*
https://cast.org.cn/module/download/downfile.jsp?classid=0&filename=10cfbc60534940719dd45ba217d2c49b.pdf
An archived version of the Chinese source text is available online at:   https://perma.cc/HDF3-HXET
*U.S. $1 ≈ 6.7 Chinese Yuan Renminbi (RMB), as of July 19, 2022.*

| Translation Date | Translator | Editor |
|---|---|---|
| July 19, 2022 | Etcetera Language Group, Inc. | Ben Murphy, CSET Translation Manager |

# China Association for Science and Technology (CAST)

# 2022 Budget

## March 2022

# Contents

**Part 1:    Overview of the China Association for Science and Technology (CAST)    1**

I.       Primary Responsibilities ........................................................................ 1

II.      Ministry Budgetary Unit Composition .................................................. 2

**Part 2:    CAST 2022 Ministerial Budget........................................................ 4**

I.       Summary of Ministerial Income and Expenditures............................... 4

II.      Summary of Ministerial Income ........................................................... 5

III.     Summary of Ministerial Expenditures................................................... 7

IV.      Summary of Government Fiscal Allocation Income and Expenditures............ 9

V.       General Public Budget Expenditures.................................................... 10

VI.      General Public Budget Basic Expenditures .......................................... 12

VII.     Government Fund Budget Expenditures ............................................. 14

VIII.    State-Owned Capital Operating Budget Expenditure Table .......................... 15

IX.      Government Fiscal Allocation Budget Expenditures for the "Three Public" Expenses.................................................................................. 16

**Part 3:    Description of CAST's 2022 Ministerial Budget................................ 17**

**Part 4:    Glossary ........................................................................................ 29**

# Part 1:  Overview of the China Association for Science and Technology (CAST)

### I.        Primary Responsibilities

On approval by the Chinese Communist Party (CCP) Central Committee in September 1958, the All-China Federation of Natural Science Societies and the China Association for Popularization of Science and Technology (CAPST) merged to form the China Association for Science and Technology (hereinafter referred to as CAST). CAST is a mass organization of Chinese science and technology (S&T) workers, is a people's organization under the leadership of the CCP, is the bridge and link between the Party and the government when contacting S&T workers, and is an important force for the country to promote the development of S&T and to build China into a world S&T powerhouse.[1] According to the *Charter of the China Association for Science and Technology*, CAST fulfills the following primary responsibilities:

1.    To guide S&T workers to study and implement Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era, publicize the Party's line, directives, and policies, keep close contact with S&T workers, reflect their suggestions, opinions, and demands, safeguard the legitimate rights and interests of S&T workers, and build a warm and reliable home for S&T workers.

2.    To carry out academic exchanges, stimulate academic thinking, advocate academic democracy, optimize the academic environment, promote the development of disciplines, coordinate organizations in promoting the cultivation and construction of world-class scientific journals, and promote the establishment of a national innovation system.

3.    To organize S&T workers who carry out S&T innovation, carry out S&T volunteer services, participate in scientific demonstration and consulting services, strengthen self-confidence in innovation, strive to make breakthroughs on key and core technologies (关键核心技术), accelerate the conversion and application of S&T achievements, facilitate innovation and development, and promote the deep integration of S&T innovation and economic and social development.

4.    To advance the spirit of science, popularize scientific knowledge, disseminate scientific ideas and methods, advocate scientific methods, defend the dignity of

---

[1] Translator's note: This translation renders the Chinese word 强国 qiángguó—which literally means "strong nation," and is sometimes translated as "superpower"—as "powerhouse," as in the phrase "S&T powerhouse" (科技强国). For a more thorough discussion in English of the Chinese word qiángguó, see: https://www.newamerica.org/cybersecurity-initiative/digichina/blog/lexicon-wangluo-qiangguo/.

Hesai ND AR 01470

science, and elevate the scientific literacy of the nation.

5.    To improve the self-discipline function of the scientific community, promote the establishment and improvement of the scientific research integrity supervision mechanism, promote the establishment of scientific ethics, strengthen the establishment of S&T ethics, cultivate a good academic style (学风), do propaganda on outstanding S&T workers, cultivate scientific culture, and practice the socialist core values concept (社会主义核心价值观).

6.    To organize S&T workers to participate in the research, consultation, and formulation of national S&T strategies, planning, layout, policies, laws, and regulations, participate in political consultation, scientific decision-making, and democratic supervision of national affairs, and build a high-level S&T innovation think tank with Chinese characteristics.

7.    To organize affiliated associations to undertake, in an orderly fashion, government-entrusted work or transfer functions such as S&T evaluation, professional qualification recognition in the field of engineering and technology, technical standards development, and national S&T awards and recommendations. To support local S&T associations to undertake the government's S&T public service functions.

8.    To focus on stimulating the interest of young people in S&T, promote the construction of S&T talent teams, create more world-class leading S&T talents and innovative teams, and cultivate a reserve army of young S&T talents with international competitiveness. To commend and reward outstanding S&T workers and recommend S&T talents.

9.    To carry out non-governmental international S&T exchange activities, promote international S&T cooperation, support associations, join international S&T organizations, promote the establishment of international S&T organizations or branches, and participate in international S&T affairs and global S&T governance. To strengthen the construction of the Chinese Engineers' Consortium (中国工程师联合体) and expand cooperation with international engineer organizations. To support S&T workers to play an active role in international S&T organizations and major international S&T agendas. To develop friendly exchanges with foreign (extraterritorial) S&T groups and S&T workers and provide services for international S&T organizations and overseas S&T talents to come to China for exchanges, cooperation, innovation, and entrepreneurship.

10.  To establish social welfare (社会公益性) undertakings in line with the objectives of CAST.

## II.    Ministry Budgetary Unit Composition

The composition of CAST departmental budgetary units in 2022 includes CAST

Hesai ND AR 01471

itself, the Institutional Retired Cadres Office (机关离退休干部办公室), and 16 directly affiliated units. The 16 directly affiliated units include:

1. National Academy of Innovation Strategy, CAST
2. Service Center for Societies of CAST (中国科协学会服务中心)
3. Children & Youth Science Center, CAST
4. China Science and Technology Museum
5. China Research Institute for Science Popularization
6. Science & Technology Review Publishing House
7. Service Center for Enterprise Innovation, CAST
8. Rural Special Technology Service Center of CAST
9. CAST Information Center (中国科协信息中心)
10. CAST Internal Service Center (中国科协机关服务中心)
11. China Hall of Science and Technology
12. China Center for International Science and Technology Exchange
13. CAST Training and Talent Service Center (中国科协培训和人才服务中心)
14. CAST New Technology Development Center (中国科协新技术开发中心)
15. CAST Science and Technology Communication Center (中国科协科学技术传播中心)
16. China Science and Technology Press Co., Ltd.

# Part 2: CAST 2022 Ministerial Budget

## I.   Summary of Ministerial Income and Expenditures

Units: Chinese yuan Renminbi (RMB) 10,000

| Income | | Expenditures | |
|---|---|---|---|
| Item | Budgeted amount | Item | Budgeted amount |
| 1. General public budget allocation | 262,205.96 | 1. Diplomacy expenditures | 1,200.00 |
| 2. Government fund (政府性基金) budget allocation | | 2. S&T expenditures | 302,879.98 |
| 3. State-owned capital operating budget appropriation income | 600.00 | 3. Social security and employment expenditures | 6,554.39 |
| 4. Business income (事业收入) | 15,532.73 | 4. Housing expenditures | 3,827.77 |
| 5. Public institution[2] operating income | 395.00 | 5. State-owned capital operating budget expenditures | 600.00 |
| 6. Other income | 779.78 | | |
| **Total current year income** | 279,513.47 | **Total current year expenditures** | 315,062.14 |
| Use of non-fiscal appropriation balance | 3,055.95 | Balance carried over to following year | 692.15 |
| Balance carried forward from previous year | 33,184.87 | | |
| | | | |
| **Total income** | 315,754.29 | **Total expenditures** | 315,754.29 |

---

[2] Translator's note: "Public institutions" (事业单位) are organizations created and led by PRC government departments that provide social services. Unlike state-owned enterprises (SOEs), public institutions do not create material products and are non-profit. Public institutions are not considered government agencies, and their employees are not civil servants. Most public institutions are fully or partially government-funded, but some fully privately funded (but still government-led) public institutions exist. Public institutions typically provide services in areas such as education, science and technology, culture, health, and sanitation.

Hesai ND AR 01473

## II.   Summary of Ministerial Income

Units: RMB 10,000

| Item code | Item name | Total | Balance carried forward from previous year | General public budget allocation | Government fund budget allocation | State-owned capital operating budget appropriation income | Business income Amount | Of which: Education charges | Public institution operating income | Subsidy income from higher levels | Income received from subsidiary units | Other income | Use of non-fiscal appropriation balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **202** | **Diplomatic expenditures** | **1,200.00** | | **1,200.00** | | | | | | | | | |
| **20204** | **International organizations** | **1,200.00** | | **1,200.00** | | | | | | | | | |
| 2020401 | International organization dues | 1,200.00 | | 1,200.00 | | | | | | | | | |
| **206** | **S&T expenditures** | **302,979.98** | **31,054.73** | **254,275.09** | | | **13,628.58** | | **377.20** | | | **779.78** | **2,864.60** |
| **20601** | **S&T management** | **4,230.65** | **480.62** | **3,648.03** | | | **102.00** | | | | | | |
| 2060101 | Administrative operations | 4,187.72 | 480.62 | 3,605.10 | | | 102.00 | | | | | | |
| 2060102 | General administrative management affairs | 42.93 | | 42.93 | | | | | | | | | |
| **20605** | **S&T prerequisites and services** | **425.64** | | **425.64** | | | | | | | | | |
| 2060503 | S&T prerequisites special projects | 425.64 | | 425.64 | | | | | | | | | |
| **20607** | **Science popularization** | **298,323.69** | **30,574.11** | **250,201.42** | | | **13,526.58** | | **377.20** | | | **779.78** | **2,864.60** |
| 2060701 | Institutional operations | 43,194.17 | 3,684.95 | 22,573.06 | | | 13,526.58 | | 377.20 | | | 659.78 | 2,372.60 |
| 2060702 | Science popularization activities | 36,000.99 | 2,330.00 | 33,178.99 | | | | | | | | | 492.00 |
| 2060703 | Youth S&T activities | 11,710.00 | 90.00 | 11,500.00 | | | | | | | | 120.00 | |
| 2060704 | Academic exchange activities | 109,012.97 | 5,923.65 | 103,089.32 | | | | | | | | | |
| 2060705 | S&T museum and stations | 28,234.00 | | 28,234.00 | | | | | | | | | |
| 2060799 | Other Science popularization expenditures | 70,171.56 | 18,545.51 | 51,626.05 | | | | | | | | | |
| **208** | **Social security and employment expenditures** | **6,554.39** | **1,398.99** | **4,180.87** | | | **879.01** | | | | | | **95.52** |
| **20805** | **Pension expenditures of administrative units** | **6,554.39** | **1,398.99** | **4,180.87** | | | **879.01** | | | | | | **95.52** |

Hesai ND AR 01474

| | Item | Total | Balance carried forward from previous year | General public budget allocation | Government fund budget allocation | State-owned capital operating budget appropriation income | Business income | | Public institution operating income | Subsidy income from higher levels | Income received from subsidiary units | Other income | Use of non-fiscal appropriation balance |
| Item code | Item name | | | | | | Amount | Of which: Education charges | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **and public institutions** | | | | | | | | | | | | |
| 2080501 | Retirement from administrative units | 867.68 | 326.30 | 541.38 | | | | | | | | | |
| 2080503 | Management institution for retired staff | 359.87 | 58.28 | 245.59 | | | 56.00 | | | | | | |
| 2080505 | Expenditures on basic old age insurance contributions of government offices and public institutions | 3,819.27 | 896.58 | 2,262.58 | | | 595.96 | | | | | | 64.15 |
| 2080506 | Expenditures on occupational annuity contributions of government offices and public institutions | 1,507.57 | 117.83 | 1,131.32 | | | 227.05 | | | | | | 31.37 |
| **221** | **Housing assurance expenditures** | **4,419.92** | **731.15** | **2,550.00** | | | **1,025.14** | | **17.80** | | | | **95.83** |
| **22102** | **Housing reform expenditures** | **4,419.92** | **731.15** | **2,550.00** | | | **1,025.14** | | **17.80** | | | | **95.83** |
| 2210201 | Housing provident fund | 2,347.87 | 57.00 | 1,370.00 | | | 821.35 | | 17.80 | | | | 81.72 |
| 2210202 | Rent subsidies | 210.36 | 11.00 | 190.00 | | | 7.15 | | | | | | 2.21 |
| 2210203 | Home purchase subsidies | 1,861.69 | 663.15 | 990.00 | | | 196.64 | | | | | | 11.90 |
| **223** | **State-owned capital operating budget expenditures** | **600.00** | | | | **600.00** | | | | | | | |
| **22302** | **State-owned enterprise capital injection** | **600.00** | | | | **600.00** | | | | | | | |
| 2230201 | State-owned sector economic restructuring expenditures | 600.00 | | | | 600.00 | | | | | | | |
| | **Total** | **315,754.29** | **33,184.87** | **262,205.96** | | **600.00** | **15,532.73** | | **395.00** | | | **779.78** | **3,055.95** |

Hesai ND AR 01475

### III.  Summary of Ministerial Expenditures

Units: RMB 10,000

| Item code | Item name | Total | Basic expenditures | Project expenditures | Payments to higher authorities | Public institution operating expenses | Assistance paid to subsidiary units |
|---|---|---|---|---|---|---|---|
| **202** | **Diplomatic expenditures** | **1,200.00** | | **1,200.00** | | | |
| **20204** | **International organizations** | **1,200.00** | | **1,200.00** | | | |
| 2020401 | International organization dues | 1,200.00 | | 1,200.00 | | | |
| **206** | **S&T expenditures** | **302,879.98** | **47,281.89** | **255,598.09** | | | |
| **20601** | **S&T management** | **4,230.65** | **4,187.72** | **42.93** | | | |
| 2060101 | Administrative operations | 4,187.72 | 4,187.72 | | | | |
| 2060102 | General administrative management affairs | 42.93 | | 42.93 | | | |
| **20605** | **S&T prerequisites and services** | **425.64** | | **425.64** | | | |
| 2060503 | S&T prerequisites special projects | 425.64 | | 425.64 | | | |
| **20607** | **Science popularization** | **298,223.69** | **43,094.17** | **255,129.52** | | | |
| 2060701 | Institutional operations | 43,094.17 | 43,094.17 | | | | |
| 2060702 | Science popularization activities | 36,000.99 | | 36,000.99 | | | |
| 2060703 | Youth S&T activities | 11,710.00 | | 11,710.00 | | | |
| 2060704 | Academic exchange activities | 109,012.97 | | 109,012.97 | | | |
| 2060705 | S&T museum and stations | 28,234.00 | | 28,234.00 | | | |
| 2060799 | Other Science popularization expenditures | 70,171.56 | | 70,171.56 | | | |
| **208** | **Social security and employment expenditures** | **6,554.39** | **6,554.39** | | | | |
| **20805** | **Pension expenditures of administrative units and public institutions** | **6,554.39** | **6,554.39** | | | | |

Hesai ND AR 01476

| Item code | Item name | Total | Basic expenditures | Project expenditures | Payments to higher authorities | Public institution operating expenses | Assistance paid to subsidiary units |
|---|---|---|---|---|---|---|---|
| 2080501 | Retirement from administrative units | 867.68 | 867.68 | | | | |
| 2080503 | Management institution for retired staff | 359.87 | 359.87 | | | | |
| 2080505 | Expenditures on basic old age insurance contributions of government offices and public institutions | 3,819.27 | 3,819.27 | | | | |
| 2080506 | Expenditures on occupational annuity contributions of government offices and public institutions | 1,507.57 | 1,507.57 | | | | |
| **221** | **Housing assurance expenditures** | **3,827.77** | **3,827.77** | | | | |
| **22102** | **Housing reform expenditures** | **3,827.77** | **3,827.77** | | | | |
| 2210201 | Housing provident fund | 2,347.87 | 2,347.87 | | | | |
| 2210202 | Rent subsidies | 210.36 | 210.36 | | | | |
| 2210203 | Home purchase subsidies | 1,269.54 | 1,269.54 | | | | |
| **223** | **State-owned capital operating budget expenditures** | **600.00** | | **600.00** | | | |
| **22302** | **State-owned enterprise capital injection** | **600.00** | | **600.00** | | | |
| 2230201 | State-owned sector economic restructuring expenditures | 600.00 | | 600.00 | | | |
| | **Total** | **315,062.14** | **57,664.05** | **257,398.09** | | | |

Hesai ND AR 01477

## IV.  Summary of Government Fiscal Allocation Income and Expenditures

Units: RMB 10,000

| Income | | Expenditures | |
|---|---|---|---|
| **Item** | **Budgeted amount** | **Item** | **Budgeted amount** |
| 1. Current year income | 262,805.96 | 1. Current year expenditures | 289,437.68 |
| (a) General public budget allocations | 262,205.96 | (a) Diplomacy expenditures | 1,200.00 |
| (b) Government fund budget allocations | | (b) S&T expenditures | 279,439.82 |
| (c) State-owned capital operating budget allocations | 600.00 | (c) Social security and employment expenditures | 5,579.86 |
| | | (d) Housing expenditures | 2,618.00 |
| 2. Balance carried forward from previous year | 26,631.72 | (e) State-owned capital operating budget expenditures | 600.00 |
| (a) General public budget allocations | 26,631.72 | | |
| (b) Government fund budget allocations | | | |
| (c) State-owned capital operating budget allocations | | | |
| | | | |
| | | 2. Balance carried over to following year | |
| | | | |
| | | | |
| Total income | 289,437.68 | Total expenditures | 289,437.68 |

Hesai ND AR 01478

## V.  General Public Budget Expenditures

Units: RMB 10,000

| Functional categorization item | | 2021 actual amount | | 2022 budgeted amount | | | | 2022 to 2021 YoY Comparison | | 2022 budget to 2021 actual (less central infrastructure investments) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual amount | Actual amount after deducting central infrastructure investments | Initial Annual Budget | | | Budgeted amount after deducting central infrastructure investments | Increase amount | Increase (%) | Increase amount | Increase (%) |
| Item code | Item name | | | Subtotal | Basic expenditures | Project expenditures | | | | | |
| 202 | **Diplomatic expenditures** | 893.88 | 893.88 | 1,200.00 | | 1,200.00 | 1,200.00 | 306.12 | 34.25 | 306.12 | 34.25 |
| 20204 | **International organizations** | 893.88 | 893.88 | 1,200.00 | | 1,200.00 | 1,200.00 | 306.12 | 34.25 | 306.12 | 34.25 |
| 2020401 | International organization dues | 893.88 | 893.88 | 1,200.00 | | 1,200.00 | 1,200.00 | 306.12 | 34.25 | 306.12 | 34.25 |
| 206 | **S&T expenditures** | 243,505.57 | 225,021.57 | 254,275.09 | 26,178.16 | 228,096.93 | 239,275.09 | 10,769.52 | 4.42 | 14,253.52 | 6.33 |
| 20601 | **S&T management** | 3,117.04 | 3,117.04 | 3,648.03 | 3,605.10 | 42.93 | 3,648.03 | 530.99 | 17.04 | 530.99 | 17.04 |
| 2060101 | Administrative operations | 3,117.04 | 3,117.04 | 3,605.10 | 3,605.10 | | | 488.06 | 15.66 | 488.06 | 15.66 |
| 2060102 | General administrative management affairs | | | 42.93 | | 42.93 | 42.93 | 42.93 | | 42.93 | |
| 20605 | **S&T prerequisites and services** | | | 425.64 | | 425.64 | 425.64 | 425.64 | | 425.64 | |
| 2060503 | S&T prerequisites special projects | | | 425.64 | | 425.64 | 425.64 | 425.64 | | 425.64 | |
| 20607 | **Science popularization** | 240,388.53 | 221,904.53 | 250,201.42 | 22,573.06 | 227,628.36 | 235,201.42 | 9,812.89 | 4.08 | 13,296.89 | 5.99 |
| 2060701 | Institutional operations | 21,912.53 | 21,912.53 | 22,573.06 | 22,573.06 | | 22,573.06 | 660.53 | 3.01 | 660.53 | 3.01 |
| 2060702 | Science popularization activities | 24,140.00 | 24,140.00 | 33,178.99 | | 33,178.99 | 33,178.99 | 9,038.99 | 37.44 | 9,038.99 | 37.44 |
| 2060703 | Youth S&T activities | 10,500.00 | 10,500.00 | 11,500.00 | | 11,500.00 | 11,500.00 | 1,000.00 | 9.52 | 1,000.00 | 9.52 |
| 2060704 | Academic exchange activities | 97,329.33 | 97,329.33 | 103,089.32 | | 103,089.32 | 103,089.32 | 5,759.99 | 5.92 | 5,759.99 | 5.92 |
| 2060705 | S&T museum and stations | 28,434.00 | 28,434.00 | 28,234.00 | | 28,234.00 | 28,234.00 | -200.00 | -0.70 | -200.00 | -0.70 |
| 2060799 | Other Science popularization expenditures | 58,072.67 | 39,588.67 | 51,626.05 | | 51,626.05 | 36,626.05 | -6,446.62 | -11.10 | -2,962.62 | -7.48 |

Hesai ND AR 01479

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **208** | **Social security and employment expenditures** | **4,045.69** | **4,045.69** | **4,180.87** | **4,180.87** | | **4,180.87** | **135.18** | **3.34** | **135.18** | **3.34** |
| **20805** | **Pension expenditures of administrative units and public institutions** | **4,045.69** | **4,045.69** | **4,180.87** | **4,180.87** | | **4,180.87** | **135.18** | **3.34** | **135.18** | **3.34** |
| 2080501 | Retirement from administrative units | 569.84 | 569.84 | 541.38 | 541.38 | | 541.38 | -28.46 | -5.00 | -28.46 | -5.00 |
| 2080503 | Management institution for retired staff | 224.70 | 224.70 | 245.59 | 245.59 | | 245.59 | 20.89 | 9.30 | 20.89 | 9.30 |
| 2080505 | Expenditures on basic old age insurance contributions of government offices and public institutions | 2,167.40 | 2,167.40 | 2,262.58 | 2,262.58 | | 2,262.58 | 95.18 | 4.39 | 95.18 | 4.39 |
| 2080506 | Expenditures on occupational annuity contributions of government offices and public institutions | 1,083.75 | 1,083.75 | 1,131.32 | 1,131.32 | | 1,131.32 | 47.57 | 4.39 | 47.57 | 4.39 |
| **221** | **Housing assurance expenditures** | **2,836.27** | **2,836.27** | **2,550.00** | **2,550.00** | | **2,550.00** | **-286.27** | **-10.09** | **-286.27** | **-10.09** |
| **22102** | **Housing reform expenditures** | **2,836.27** | **2,836.27** | **2,550.00** | **2,550.00** | | **2,550.00** | **-286.27** | **-10.09** | **-286.27** | **-10.09** |
| 2210201 | Housing provident fund | 1,670.00 | 1,670.00 | 1,370.00 | 1,370.00 | | 1,370.00 | -300.00 | -17.96 | -300.00 | -17.96 |
| 2210202 | Rent subsidies | 205.00 | 205.00 | 190.00 | 190.00 | | 190.00 | -15.00 | -7.32 | -15.00 | -7.32 |
| 2210203 | Home purchase subsidies | 961.27 | 961.27 | 990.00 | 990.00 | | 990.00 | 28.73 | 2.99 | 28.73 | 2.99 |
| | **Total** | **251,281.41** | **232,797.41** | **262,205.96** | **32,909.03** | **229,296.93** | **247,205.96** | **10,924.55** | **4.35** | **14,408.55** | **6.19** |

Hesai ND AR 01480

## VI.  General Public Budget Basic Expenditures

Units: RMB 10,000

| Ministerial budget expenditures – economic categorization items | | 2022 Basic expenditures | | |
| Item code | Item name | Total | Personnel expenses | Public expenses |
|---|---|---|---|---|
| **301** | **Salary and benefits expenditures** | **18,729.52** | **18,729.52** | |
| 30101 | Basic salaries | 5,076.28 | 5,076.28 | |
| 30102 | Subsidies and allowances | 3,074.29 | 3,074.29 | |
| 30103 | Bonuses | 229.79 | 229.79 | |
| 30106 | Meal allowances | 28.00 | 28.00 | |
| 30107 | Performance pay | 4,549.67 | 4,549.67 | |
| 30108 | Expenditures on basic old age insurance contributions of government offices and public institutions | 2,446.21 | 2,446.21 | |
| 30109 | Occupational annuity contributions | 1,446.28 | 1,446.28 | |
| 30110 | Contributions to employee basic health insurance | 85.00 | 85.00 | |
| 30112 | Other social security contributions | 117.00 | 117.00 | |
| 30113 | Housing provident fund | 1,370.00 | 1,370.00 | |
| 30114 | Medical expenses | 209.00 | 209.00 | |
| 30199 | Other salary and benefits expenditures | 98.00 | 98.00 | |
| **302** | **Goods and services expenditures** | **12,048.22** | | **12,048.22** |
| 30201 | Office expenses | 459.75 | | 459.75 |
| 30202 | Printing expenses | 280.50 | | 280.50 |
| 30203 | Consulting fees | 115.90 | | 115.90 |
| 30204 | Service charges | 4.76 | | 4.76 |
| 30205 | Water fees | 33.98 | | 33.98 |
| 30206 | Electricity fees | 402.50 | | 402.50 |
| 30207 | Postage and cable fees | 265.59 | | 265.59 |
| 30208 | Heating expenses | 127.60 | | 127.60 |
| 30209 | Property management fees | 1,138.91 | | 1,138.91 |
| 30211 | Travel expenses | 261.73 | | 261.73 |

Hesai ND AR 01481

| | | | | |
|---|---|---:|---:|---:|
| 30213 | Repair and maintenance costs | 951.42 | | 951.42 |
| 30214 | Rental fees | 2,019.22 | | 2,019.22 |
| 30215 | Conference fees | 99.75 | | 99.75 |
| 30216 | Training fees | 84.85 | | 84.85 |
| 30217 | Official reception expenses | 33.82 | | 33.82 |
| 30218 | Special-use material costs | 207.12 | | 207.12 |
| 30226 | Labor costs | 819.89 | | 819.89 |
| 30227 | Contracted business fees (委托业务费) | 3,061.57 | | 3,061.57 |
| 30228 | Trade union funds | 252.62 | | 252.62 |
| 30229 | Welfare expenses | 57.40 | | 57.40 |
| 30231 | Official vehicle operation and maintenance costs | 192.63 | | 192.63 |
| 30239 | Other transportation expenses | 300.80 | | 300.80 |
| 30240 | Taxes and surcharges | 7.15 | | 7.15 |
| 30299 | Other goods and services expenditures | 868.76 | | 868.76 |
| **303** | **Assistance for individuals and families** | **1,145.92** | **1,145.92** | |
| 30301 | Pensions (离休费) | 398.85 | 398.85 | |
| 30302 | Pensions (退休费) | 446.87 | 446.87 | |
| 30304 | Survivors' benefits | 76.50 | 76.50 | |
| 30305 | Subsistence allowances | 10.00 | 10.00 | |
| 30307 | Medical expense assistance | 205.50 | 205.50 | |
| 30309 | Awards | 1.36 | 1.36 | |
| 30399 | Other assistance for individuals and families | 6.84 | 6.84 | |
| **310** | **Capital expenditures** | **985.37** | | **985.37** |
| 31002 | Office equipment procurement | 495.09 | | 495.09 |
| 31003 | Specialized equipment procurement | 307.75 | | 307.75 |
| 31007 | Acquisition and upgrading of information networks and software | 173.53 | | 173.53 |
| 31099 | Other capital expenditures | 9.00 | | 9.00 |
| | **Total** | **32,909.03** | **19,875.44** | **13,033.59** |

## VII.  Government Fund Budget Expenditures

Units: RMB 10,000

| Item code | Item name | 2022 Government Fund Budget Expenditures | | |
|---|---|---|---|---|
| | | Total | Basic expenditures | Project expenditures |
| | | | | |
| | | | | |
| Total | | | | |

Note: CAST has no government fund income, nor expenditures arranged by government funds, so there are no data in this table.

Hesai ND AR 01483

### VIII.   State-Owned Capital Operating Budget Expenditure Table

Units: RMB 10,000

| Item code | Item name | 2022 State-Owned Capital Operating Budget Expenditures | | |
|---|---|---|---|---|
| | | Subtotal | Basic expenditures | Project expenditures |
| **223** | **State-owned capital operating budget expenditures** | **600.00** | | **600.00** |
| **22302** | **State-owned enterprise capital injection** | **600.00** | | **600.00** |
| 2230201 | State-owned sector economic restructuring expenditures | 600.00 | | 600.00 |
| | **Total** | **600.00** | | **600.00** |

## IX.  Government Fiscal Allocation Budget Expenditures for the "Three Public" Expenses[3]

Units: RMB 10,000

| 2021 budgeted amount | | | | | | 2022 budgeted amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | Expenses for official travel abroad | Official vehicle acquisition and operation costs | | | Official reception expenses | Total | Expenses for official travel abroad | Official vehicle acquisition and operation costs | | | Official reception expenses |
| | | Subtotal | Official vehicle acquisition | Official vehicle operation costs | | | | Subtotal | Official vehicle acquisition | Official vehicle operation costs | |
| 377.91 | 151.46 | 192.63 | | 192.63 | 33.82 | 377.91 | 151.46 | 192.63 | | 192.63 | 33.82 |

[3] Translator's note: The "three public" expenses ( "三公" 经费) refer to spending on (1) foreign travel, (2) cars and chauffeurs, and (3) official receptions. Chinese central government and Party Central Committee agencies have been required to publicly disclose their annual spending on these categories—the most visible examples of corruption and waste of public funds, when abused—since 2011.

# Part 3:  Description of CAST's 2022 Ministerial Budget

### I.     Explanations Regarding the Table of CAST's 2022 Ministerial Income and Expenditures

Following comprehensive budgeting principles, all revenue and expenditures of CAST are managed in the ministerial budget. Income includes: General public budget allocation income, state-owned capital operating budget allocation income, business income, public institution operating income, other income, use of non-financial allocation balances, and carryover from the previous year. Expenditures include: Diplomatic expenditures, S&T expenditures, social security and employment expenditures, housing assurance expenditures, and state-owned capital operating budget expenditures. CAST's total revenue and expenditures budget for 2022 amounts to RMB 3,157,542,900.

### II.     Explanations Regarding the Table of CAST's 2022 Ministerial Income

The income budget of CAST in 2022 is RMB 3,157,542,900, of which: general public budget allocation income is RMB 2,622,059,600, accounting for 83.04%; state-owned capital operation budget allocation income is RMB 6 million, accounting for 0.19%; business income is RMB 155,327,300, accounting for 4.92%; public institution operating income is RMB 3.95 million, accounting for 0.13%; other income is RMB 7,797,800, accounting for 0.24%; the use of non-financial appropriations balances was 30.5595 million yuan, accounting for 0.97%; RMB 331,848,700 was carried over from the previous year, accounting for 10.51%.

Hesai ND AR 01486



### III.    Explanations Regarding the Table of CAST's 2022 Ministerial Expenditures

In 2022, CAST's budgeted expenditures totaled RMB 3,150,621,400, with basic expenditures accounting for RMB 576,640,500, or 18.30%, and project expenditures accounting for RMB 2,573,980,900, or 81.70%.



### IV.    Explanations Regarding the Table of CAST's 2022 Fiscal Allocation Income and Expenditures

CAST's total government fiscal appropriation income and expenditure budget for 2022 amounts to RMB 2,894,376,800. Income includes: General public budget appropriation income of RMB 2,622,059,600 in the current year, carry over from the previous year of RMB 266,317,200, and state-owned capital operating budget allocation income of RMB 6,000,000 in the current year. Expenditures include: Diplomatic expenditures of RMB 12,000,000, S&T expenditures of RMB 2,794,398,200, social security and employment expenditures of RMB 55,798,600, housing assurance expenditures of RMB 26,180,000, and state-owned capital operating budget expenditures of RMB 6,000,000.

Hesai ND AR 01488



## V. Explanations Regarding the Table of CAST's 2022 General Public Budget Basic Expenditures

In 2022, in accordance with the relevant requirements of the CCP Central Committee and the State Council on belt-tightening (过紧日子), CAST is practicing strict economy in all undertakings and vigorously reducing general expenditures with a focus on reducing public expenditures and non-urgent non-fixed expenditures such as the CAST organizational concentration project (科协组织凝心聚力工程) in expense items. At the same time, expenditure needs for popular science activities and academic exchange activities must be reasonably guaranteed and reflected in the relevant items. The specific arrangements are as follows:

1. **The 2022 budget for diplomatic expenditures (category) international organizations (sub-category) international organizations membership fees (item)** is RMB 12,000,000, an increase of RMB 3,061,200 or 34.25% over the amount executed in 2021, mainly due to an increase in membership dues.

2. **S&T expenditures (category) S&T administrative affairs (sub-category) administrative operations (item):** The budgeted amount for 2022 is RMB 36,051,000, an increase of RMB 4,880,600, an increase of 15.66%, from the amount executed in 2021, mainly to make up for the lack of funding in previous years.

3. **S&T expenditures (category) S&T administrative affairs (sub-category) general administrative affairs (item):** The budgeted amount for 2022 is RMB 429,300, which are departmental flexible funds arranged by the Ministry of Finance (MOF).

4. **S&T expenditures (category) S&T prerequisites and services (sub-**

**category) S&T prerequisites special projects (item):** The budgeted amount for 2022 is RMB 4,256,400, an increase of RMB 4,256,400 from the amount executed in 2021. The main reason is that, in 2022, a special project to improve scientific research prerequisites will be arranged for central-level scientific institutions.

5.    **S&T expenditures (category) Science popularization (sub-category) institutional operations (item):** The budgeted amount for 2022 is RMB 225,730,600, an increase of RMB 6,605,300, or 3.01%, over the amount executed in 2021.

6.    **S&T expenditures (category) Science popularization (sub-category) science popularization activities (item):** The budgeted amount for 2022 is RMB 331,789,900, an increase of RMB 90,389,900, or 37.44%, over the amount executed in 2021, mainly due to expenditures on the new S&T volunteer service improvement project and other related projects.

7.    **S&T expenditures (category) Science popularization (sub-category) youth S&T activities (item):** The budgeted amount for 2022 is RMB 115 million, an increase of RMB 10 million, or 9.52%, over the amount executed in 2021, mainly due to the increase in expenditures on youth S&T innovation campaign (青少年科技创新行动) projects.

8.    **S&T expenditures (category) Science popularization (sub-category) academic exchange activities (item):** The budgeted amount for 2022 is RMB 1,030,893,200, an increase of RMB 57,599,900, or 5.92%, over the amount executed in 2021, mainly due to the increase in expenditures on projects such as the content construction special projects of the National Communication Center for Science and Technology.

9.    **S&T expenditures (category) Science popularization (sub-category) S&T museum station (item):** The budgeted amount for 2022 is RMB 282,340,000, which is a decrease of RMB 2,000,000, or 0.70%, from the amount executed in 2021.

10.    **S&T expenditures (category) Science popularization (sub-category) other Science popularization expenditures (item):** The budgeted amount for 2022 is RMB 516,260,500, a decrease of RMB 64,466,200, or 11.10%, from the amount executed in 2021. This is mainly due to a decrease in expenditures on projects such as the CAST organizational concentration project.

11.    **Social security and employment expenditures (category) elder care expenditures of administrative units (sub-category) retirement from administrative units and public institutions (item):** The budgeted amount for 2022 is RMB 5,413,800, a decrease of RMB 284,600, or 5.00%, from the amount executed in 2021.

12.    **Social security and employment expenditures (category) elder care expenditures of administrative units (sub-category) management institution for**

**retired staff (item):** The budgeted amount for 2022 is RMB 2,455,900, an increase of RMB 208,900, or 9.30%, from the amount executed in 2021. This is mainly due to an increase in funding for the management institution for retired staff.

13.   **Social security and employment expenditures (category) administrative unit pension expenditures (sub-category) expenditures on basic old age insurance contributions of government offices and public institutions (item):** The budgeted amount for 2022 is RMB 22,625,000, an increase of RMB 951,800, or 4.39%, from the amount executed in 2021.

14.   **Social security and employment expenditures (category) administrative unit pensions (sub-category) expenditures on occupational annuity contributions of government offices and public institutions (item)**: The budgeted amount for 2022 is RMB 11,313,200, an increase of RMB 475,700, or 4.39%, from the amount executed in 2021.

15.   **Housing assurance expenditures (category) housing reform expenditures (sub-category) housing provident fund (item):** The budgeted amount for 2022 is RMB 13.7 million, a decrease of RMB 3 million, or 17.96%, from the amount executed in 2021, mainly due to the decrease in housing provident funds.

16.   **Housing assurance expenditures (category) housing reform expenditures (sub-category) rent subsidies (item):** The budgeted amount for 2022 is RMB 1.9 million, a decrease of RMB 150,000, or 7.32%, from the amount executed in 2021.

17.   **Housing assurance expenditures (category) housing reform expenditures (sub-category) home purchase subsidies (item):** The budgeted amount for 2022 is RMB 9,900,000, an increase of RMB 287,300, or 2.99%, from the amount executed in 2021.

**VI.   Explanations Regarding the Table of CAST's 2022 General Public Budget Expenditures**

In the CAST 2022 general public budget, total basic expenditures amount to RMB 329,090,300, of which:

Personnel expenditures account for RMB 198,754,400, which mainly include: Basic wages, subsidies and allowances, bonuses, food allowances, performance-based wages, old age insurance for government offices and public institutions, occupational pensions, basic employee health insurance, other social security expenditures, housing provident fund contributions, medical expenses, other salary and benefit expenditures, retirement expenses, workers' compensation, living expense subsidies, medical expense subsidies, awards, and other individual and family subsidies.

Public expenditures account for RMB 130,335,900, which mainly include: Office

expenses, printing expenses, consulting expenses, processing expenses, water fees, electricity fees, postage and telecom fees, heating fees, property management fees, travel expenses, maintenance and repair fees, rental expenses, conference expenses, training expenses, official reception expenses, special material fees, labor expenses, contracted business fees, union fees, benefit expenses, maintenance expenses for official vehicles, other transportation expenses, other product and service expenditures, office equipment purchases and installation, special equipment purchasing and installation, and other capital expenditures.

### VII.   Explanations Regarding the Table of CAST's 2022 State-Owned Capital Operating Budget Expenditures

The state-owned capital operating budget of CAST in 2022 is RMB 6 million, which is for expenditures for the construction of the national cultural big data system (国家文化大数据体系).

### VIII.   Explanations Regarding the Description of CAST's 2022 "Three Public" Expenses

In 2022, CAST will allocate a budget of RMB 3,779,100 for the "Three Public" expenses, which is the same as that of 2021. Among them, RMB 1,514,600 is for overseas (extraterritorial) travel for official business, RMB 1,926,300 is for the purchase and operation of official vehicles, and RMB 338,200 is for official receptions.

### IX.   Description of Other Relevant CAST Matters in 2022

### (i) Description of the Status of "Science Popularization" Projects

### 1.   Overview of project

In order to thoroughly implement the spirit of General Secretary Xi Jinping's important expositions on the establishment of citizens' scientific literacy and his important instructions on science popularization, and to implement the requirements of "promoting a scientific spirit and popularizing scientific knowledge" as put forward in the 19th Party Congress Report, CAST, under the leadership of the *Outline of the Nationwide Scientific Literacy Action Plan (2021-2035)*, has established a science popularization funding project. The project aims to focus on the positioning of CAST's "four services" to benchmark the overall situation of the Party and the people's undertakings. Focusing on the bullseye, striving for first-class, empowering the grassroots, and opening up collaboration, we will build a six-in-one high-quality popular science service system of "brand, platform, mechanism, team, reform, and position" to realize collaboration on popular science work, complete coverage of

positions, and the opening of channels, thereby improving the sense of achievement of S&T workers and the public regarding high-quality popular science services.

The project is specifically implemented by CAST. The project content includes the promotion of the implementation of secondary projects including the national scientific literacy campaign, the China Science Communication (科普中国) platform, the Science Popularization to Serve Rural Revitalization Initiative (科普服务乡村振兴行动), the S&T volunteer services improvement project, research on popular science innovation and scientific literacy, the construction of a modern S&T museum system, the youth S&T innovation initiative, and rural science popularization services.

**2.    Basis for project establishment**

The 19th Party Congress Report pointed out that it is necessary to promote the spirit of science, popularize scientific knowledge, and vigorously improve the caliber of citizens (国民素质). The Central Economic Work Conference once again emphasized that it is necessary to accelerate the construction of the new pattern of development (新发展格局) and achieve a high level of S&T self-reliance. To promote the new pattern of development and high-level S&T self-reliance, it is necessary to cultivate fertile soil for innovation and to cultivate an army of high-quality workers. Only with the "plateau" of scientific quality can we hold up the "peak" of S&T innovation. Standing at a new historical starting point and embarking on a new great journey, science popularization must take on a more important mission.

**3.    Implementing entities**

The main entity of the project is the relevant departments and units on the popular science front such as CAST itself, the China Research Institute for Science Popularization, the China Science and Technology Museum, the CAST Children & Youth Science Center, and the Rural Special Technology Service Center of CAST.

**4.    Implementation scheme**

When in the implementation process, according to the project goals, combined with the actual work needs, secondary project lead units must adopt various methods such as government procurement of services, declaration, and review, relying on the joint implementation of national societies, local S&T associations, scientific research institutions, universities, enterprises, and the vast number of popular science organizations to maximize the mobilization of social resources and to jointly promote popular science work.

(1)    Project for the promotion of the implementation of the National Scientific Literacy Campaign: Through the formulation and implementation of plans, mobilization and deployment, pilot demonstrations, and assessments to promote the action of

Hesai ND AR 01493

scientific literacy among the people, build a working mechanism of great alliance and great collaboration, coordinate and encourage relevant ministries, commissions, and localities to widely mobilize social forces such as societies, institutions of higher education, research institutes, and enterprises to implement and complete the task of the national scientific literacy campaign, and improve the sense of achievement of S&T workers and the public.

(2)    China Science Communication Platform Construction Project: Guided by the brand of "China Science Communication," we will build a science popularization service platform for S&T workers, deepen the supply-side reform of popular science, and strengthen the construction of high-quality popular science content.

(3)    Science Popularization to Serve Rural Revitalization Initiative Project: This project organizes and mobilizes national societies, S&T associations at all levels, and S&T workers to actively participate in comprehensive rural revitalization and to aid Tibet and Xinjiang, helps counties targeted for assistance to achieve the effective connection between the consolidation and expansion of poverty alleviation and rural revitalization, and further helps improve the scientific literacy of citizens in Tibet and Xinjiang.

(4)    S&T Volunteer Service Improvement Project: This project extensively mobilizes S&T workers to set up professional and efficient S&T volunteer service teams with different characteristics, carries out a variety of S&T volunteer service activities for the grassroots, vigorously promotes the volunteer service spirit of "dedication, friendship, mutual assistance, and progress," and continues to create a new situation in S&T volunteer service work.

(5)    Science popularization innovation and scientific literacy research project: This project promotes the theoretical research and practical innovation development of popular science, extensively unites and gathers strategic scientists, high-level leading talents and innovative teams, and young S&T workers, and vigorously promotes the construction of high-end science popularization connections, platforms, and hub high-end science popularization think tanks.

(6)    Modern S&T Museum System Construction Project: This project focuses on deepening the supply-side reform of S&T museums, creating a high-quality modern S&T museum system with Chinese characteristics for a new era and building a spiritual education base for scientists (科学家精神教育基地), a cutting-edge S&T experience base, a public safety and health education base, and a collection platform for scientific education resources to better meet the higher demand of the public for science popularization.

(7)    Youth S&T Innovation Initiative Project: With the goal of building an

Hesai ND AR 01494

authoritative national youth S&T education platform and building a youth S&T innovation education resource service center and with the mission of improving the science literacy of young people and cultivating reserve talents for S&T innovation in the new era, it will fully mobilize the strength of all relevant units and increase the participation of social organizations, fully empower innovative technology competitions and popular science activities, and promote the formation of an online and offline youth S&T education ecosystem.

(8)     Rural Science Popularization Service Special Project: This project will continue to carry out S&T and popular science activities for the grassroots and serve the masses, build a platform for the precise connection between S&T workers' popular science services and rural popular science needs, and improve the development vitality and service efficiency of grassroots popular science organizations.

### 5.     Implementation cycle

These projects are multi-year ongoing projects.

### 6.     Annual budget arrangements

In 2022, the general public budget for the project is RMB 727,029,900.

### (ii) Description of the "China S&T Journal Development Project"

#### 1.Overview of project

As an important vehicle for the exchange and display of scientific research achievements, S&T journals are an important part of the national innovation system and an important symbol of national S&T competitiveness and cultural soft power. In order to promote the upgrading of China's S&T journals, promote the consolidation of the foundation for journals, forge ahead, and accumulate the ability and strength of global competition, CAST has established the China S&T Journal Development Project. This project aims to implement the China S&T Excellence Action Plan (hereinafter referred to as the Excellence Plan) and develop basic services for S&T journals. Through top-level design, categorized policies, and coordinated development of Chinese and English journals, the project coordinates the coordinated growth of basic research, technology application, and popular science journals, strengthens the publication management and services of scientific journals, strengthens evaluation-oriented guidance, and strengthens the construction of talent teams, optimizing the development environment of scientific journals. This project also promotes the establishment of the overall development system of S&T journals and forms a new pattern of promoting the development of S&T journals in all aspects.

### 2.     Basis for project establishment

On November 14, 2018, the fifth meeting of the Central Commission for Comprehensively Deepening Reform (中央全面深化改革委员会) reviewed and approved the *Opinions on Deepening Reforms and Cultivating World-Class S&T Journals* (hereinafter referred to as the *Opinions*), and the *Opinions* were jointly issued by CAST, the Central Propaganda Department, the Ministry of Education (MOE), and the Ministry of Science and Technology (MOST) in July 2019. The *Opinions* clearly propose the implementation of the Excellence Plan, fully promotes the process of digitization, specialization, consolidation (集团化), and internationalization, realizes the profound adjustment of the management, operation, and evaluation of S&T journals, and builds a world-class Chinese S&T journal system that is open, innovative, collaborative, and integrated. In order to further implement the spirit of the fifth meeting of the Central Commission for Comprehensively Deepening Reform, this will promote excellent journals with a certain international influence to take the lead on the world stage, forming competitive advantages and leading demonstrations in accordance with the requirements of the *Opinions*. In September 2019, seven departments including CAST, MOF, MOE, MOST, the National Press and Publication Administration, the Chinese Academy of Sciences (CAS), and the Chinese Academy of Engineering (CAE) jointly launched the implementation of the Excellence Plan. The three-year implementation of the Excellence Plan has achieved remarkable results, and the quality and quantity of selected journals have been significantly improved.

### 3. Implementing entities

The main entity of the project is the Service Center for Societies of CAST.

### 4. Implementation scheme

The Service Center for Societies of CAST is responsible for the whole process management of project evaluation, process supervision, annual assessment, and other aspects of project implementation. At the same time, it maintains close communication and coordination with relevant project undertaking units, urges and guides the implementation of project tasks, strengthens internal control and management, and strengthens the enforcement of responsibilities.

(1)    Implementation of the Excellence Plan: Provide stable financial support for selected scientific journals and carry out daily management and annual assessments to help improve the quality of scientific journals.

(2)    Carry out first-class journal establishment support services. Organize the China Science and Technology Periodical Development Forum (中国科技期刊发展论坛), and invite academia, periodical circles, business circles, and relevant government agencies to participate and jointly promote the construction of world-class S&T journals.

Hesai ND AR 01496

5.    **Implementation cycle**

These projects are multi-year ongoing projects.

6.    **Annual budget arrangements**

In 2022, the general public budget for the project is RMB 231,440,000.

**(iii) Institutional Operations Expenditures (机关运行经费)**

CAST's 2022 budget for the financial appropriation of institutional operating funds is RMB 11,496,400, an increase of RMB 3,289,000, or 40.07%, over the 2021 budget, mainly to make up for the lack of previous annual funds.

**(iv) Government Procurement**

In 2022, the total CAST budget for government procurement amounts to RMB 1,118,920,100. Specifically, the budget for government procurement of goods amounts to RMB 169,843,200, the budget for government procurement for projects amounts to RMB 103,506,800, and the budget for government procurement of services amounts to RMB 845,570,100.

**(v) Use of State-Owned Assets**

As of July 31, 2021, the budgetary units of CAST had a total of 56 vehicles, of which, seven are for use by ministerial-level leading cadres, 11 are for confidential communications (机要通信用车), one is for emergency support, and 37 are for other uses. Vehicles used for other purposes are mainly used by directly affiliated institutions for official purposes other than confidential communications and emergency support. There are 37 units (sets) of general-use equipment with a unit value of over RMB 500,000, and 403 units (sets) of special-use equipment with a unit value of over RMB one million. The 2022 ministerial budget arranges for procurement of four vehicles for other uses. The budget also arranges for procurement of six units (sets) of general-use equipment with a unit value of over RMB 500,000 and 30 units (sets) of special-use equipment with a unit value of over RMB 1 million.

**(vi) Budget Performance**

In 2022, performance objective management will be fully implemented for the project expenditures of CAST, involving a budget allocation of RMB 2,298,969,300, including a general public budget allocation of RMB 2,292,969,300 and a state-owned capital operating budget allocation of RMB 6 million. Based on the results of previous annual performance evaluations, the 2022 budget arrangement has been optimized for expenditures on science popularization, academic exchanges, and other projects, and we will further improve management and policies.

In the 2022 departmental budget of CAST, the performance targets for five

Hesai ND AR 01497

projects, including science popularization funds, are reflected in Part V, Appendix.[4]

# IV. Glossary

### I.     Revenue Items

(i) Government fiscal appropriation income: Refers to funds allocated by the central government in the current year.

(ii) Business income: The income earned by public institutions through professional business activities and auxiliary activities.

(iii) Public institution operating income: This refers to income derived by public institutions from engaging in non-independent accounting (非独立核算) business activities undertaken outside of their professional activities and auxiliary activities.

(iv) Other income: Refers to income other than "government fiscal appropriations," "business revenue," and "public institution operating income" described above. This income is mainly derived from property sales and interest on deposits as per the relevant regulations.

(v) Balance carried forward from prior year: Funds arranged in the previous year and carried forward to the current year and still used according to the original purpose.

### II.     Expenditure Items

(i) Diplomatic expenditures: Expenditures used for foreign affairs. CAST involves one sub-category of expenditures—international organizations, which refers to membership dues, donations, United Nations peacekeeping assessments, shares, funds, and other expenditures paid to international organizations. This involves one item-level expenditure account—international organization dues, which refers to the approval of the Chinese government (including the main oversight department of the State Council) to participate in international organizations as well as the dues paid according to the regulations of international organizations.

(ii) S&T expenditures: Reflects expenditures for S&T with three CAST sub-type-level expenditure items:

1.     S&T administrative affairs: Reflects expenditures for S&T administrative affairs and includes two item-level expenditure items:

- Administrative operations: Reflects the basic expenditures of CAST institutions;

- General administrative management affairs: Reflects the administrative project

---

[4] Translator's note: The Appendix is omitted from this translation.

expenditures of CAST institutions.

2.    S&T prerequisites and services (科技条件与服务): Expenditures to improve S&T conditions and provide the foundational and general services for work related to S&T standards, measurement, and testing; collection, processing, and services for S&T data, germplasm resources, specimens, and genetic data; collection, preservation, processing, and services for S&T literature and information resources; and other S&T activities. This includes one item-level expenditure item: S&T prerequisites special projects: S&T prerequisite expenditures borne by units affiliated with the MOE, such as special expenditures to provide S&T literature and information, network environment support, and other necessary S&T prerequisites.

3.    Science popularization: Reflects expenditures for science popularization and includes six item-level expenditure items:

- Institutional operations, referring to the basic expenditures of popular science institutions.

- Science popularization activities: Reflects expenditures for science popularization activities.

- Youth S&T activities: Reflects expenditures for youth S&T activities.

- Academic exchange activities, referring to expenditures on academic exchange activities, compiling academic journals, and grants from associations.

- S&T museums and stations: Reflects expenditures for S&T museums and stations.

- Other science popularization expenditures: Reflects expenditures on other science popularization efforts.

(iii) Social security and employment expenditures: Reflects expenditures used for social security and employment matters. CAST involves one item-level expenditure account — elder care expenditures of administrative units and public institutions, which refers to expenditures used for the elder care of retirees from administrative units and public institutions, including four item-level expenditure subjects:

1.    Retirement from administrative units and public institutions: Retirement funding expenditures for administrative units and public institutions.

2.    Management institution for retired staff: Expenditures for the management institution for retired staff.

3.    Expenditures on basic pension insurance contributions of government offices and public institutions (机关事业单位基本养老保险缴费支出): Reflects expenditures on basic pension insurance contributions actually made by units to implement the pension

Hesai ND AR 01499

insurance system.

4.    Expenditures on occupational annuity contributions of government offices and public institutions: Reflects expenditures on occupational annuity contributions actually made by units to implement the pension insurance system.

(iv) Housing assurance expenditures: Reflects expenditures on housing with one CAST sub-type account - housing reform expenditures; reflects expenditures budgeted for by administrative units and public institutions with government fiscal appropriations and other funds and includes three item-level expenditure items:

1.    Housing provident fund: A long-term housing savings fund contributed to by work units and their active employees in accordance with *Regulations on the Management of the Housing Provident Fund*. This policy began in the mid-1990s and is generally implemented among employees in government offices, enterprises, and public institutions across the country. The minimum contribution ratio is 5% and the maximum contribution ratio is 12% of the employee's salary from the prior year. The bases for contributions by administrative units include the salaries for the posts and grades of civil servants, salaries for posts and technical grades (positions) of workers in government offices, one-time year-end bonuses, special post allowances, and allowances for hardship and remote areas, as uniformly stipulated by the State, and work-related subsidies and living allowances issued after the regulation; the bases for contributions by public institutions include the salaries for posts, pay scale salaries, allowances for hardship and remote areas, and special post allowances, as uniformly stipulated by the State.

2.    Rent subsidy:  The rent subsidy was approved by the State Council and subsidies for the increase in the rent standard for public housing of central units in Beijing began in 2000. Central units in Beijing determine the rent subsidy according to the number of active employees and retirees and the corresponding subsidy standard. The monthly subsidy per capita is RMB 90.

3.    Home purchase subsidies: Home purchase subsidies are paid in accordance with the provisions of the *Circular of the State Council on Further Deepening Urban Housing System Reform and Accelerating Housing Construction* ([1998] No. 23). Since the discontinuation of housing allocation in kind in the second half of 1998, subsidy funds for the monetization reform of housing distribution are disbursed to employees without housing or with non-compliant housing in areas with a housing price-to-revenue ratio of more than four. Central government administrative units began issuing home purchase subsidies in 2000, while local administrative units began issuing them in 1999. Enterprises determine them based on their own circumstances. Implementation on the part of central government units in Beijing is in accordance with the standards stipulated in *Notice of the General Office of the CCP and the General*

Hesai ND AR 01500

*Office of the State Council on Forwarding the "Opinions on Improving the Housing System for Central and State Organs in Beijing"* ([2005] No. 8), while implementation on the part of central government units outside of Beijing is in accordance with the standards stipulated in the policies of local people's governments on the monetary reform of housing appropriation.

(v) State-owned capital operation budgetary expenditures: Expenditures arranged by the state-owned capital operation budgetary income. CAST involves a sub-category of expenditures — state-owned enterprise capital injection, referring to state-owned enterprise capital injection expenditures arranged with state-owned capital operating budget income. This involves one item-level expenditure account — state-owned sector economic restructuring expenditures, referring to expenditures arranged by the state-owned capital operating budget income to support the strategic reorganization of state-owned enterprises, industrial restructuring, and promoting the investment of state-owned capital in key industries and key areas.

(vi) Basic expenditures: Personnel expenditures and office expenditures incurred to ensure the normal operation of agencies and their completion of routine work tasks.

(vii) Project expenditures: Expenditures in addition to basic expenditures that are incurred to complete special administrative tasks or business development goals.

(viii) Institutional operations funding (机关运行经费): This refers to funds used to purchase goods and services in order to ensure the operation of administrative units (including public institutions managed with reference to the Civil Servant Law[5]) including office and printing fees, postage and telecommunications fees, business travel expenses, conference fees, benefit expenses, daily maintenance fees, special materials and general equipment purchase fees, office space utilities fees, office space heating fees, office space property management fees, official vehicle operation and maintenance fees, and other expenses.

(ix) Funding for the "Three Public" expenses: Funding for the "Three Public" expenses is managed in the central fiscal budget. This refers to the use of fiscal allocations from central departments to cover the expenses of official international travel, official vehicle purchases and operation, and official receptions. Of which, official overseas (extraterritorial) travel expenses are the overseas (extraterritorial) travel expenses, inter-city travel expenses once abroad, accommodation expenses, dining

---

[5] Translator's note: A "public institution managed with reference to the Civil Servant Law" (参照公务员法管理事业单位; 参公管理事业单位; 参公事业单位) is, like other "public institutions" (事业单位), a PRC non-government organization that is controlled by the government, typically receives some or all of its funding from the state, and provides public services. Public institutions managed with reference to the Civil Servant Law differ from "ordinary public institutions" (一般事业单位) in that their employees, although not civil servants, are managed in accordance with the PRC Civil Servant Law.

Hesai ND AR 01501

expenses, training fees, and miscellaneous expenses of staff on official business during official international travel. Official vehicle purchase and operating expenses include vehicle purchase expenses (including tax), fuel expenses, repair expenses, tolls, insurance expenses, and safety award expenses. Official reception expenses include the various expenditures on official receptions (including for foreign guests) as per relevant regulations.

Hesai ND AR 01502

DEFENCE UNIVERSITIES

# Tsinghua University

## 清华大学

Tsinghua University is designated very high risk for its high level of defence research and alleged involvement in cyber attacks.

Tsinghua University is considered China's leading university in science and technology. Often characterized as 'China's MIT', Tsinghua is highly ranked globally, while also being the *alma mater* of numerous Chinese leaders, including Xi Jinping. Tsinghua has been included in numerous Chinese educational initiatives, including acting as a Class A institution in the Double First-Class University Plan and with membership in China's C9 League. As of spring 2018, Tsinghua University had 390 research institutions operating across a range of fields. [1]

Tsinghua engages in a range of military research and was awarded secret-level security credentials for classified research in 2007. [2] In advancing military-civil fusion, Tsinghua also continues its 'fine tradition' of serving China's national security and defense, actively creating new platforms and initiatives to support this strategy. [3] Not only its dedicated defence laboratories but also a range of key laboratories and research institutions at the university have received funding from the military. [4] Since at least 2012, Tsinghua has also been jointly supervised by defence industry agency SASTIND as part of a program to deepen its defence research and links to the defence sector. [5]

Tsinghua's defence research covers areas such as artificial intelligence, air-to-air missiles, navigation technology, instrument

**VERY HIGH**
RISK CATEGORY

**SECRET**
SECURITY CREDENTIALS

**8**   MAJOR DEFENCE
        LABORATORIES

👁   ESPIONAGE OR
     MISCONDUCT


Tsinghua University logo

### Aliases

清华大学

**Qinghua University**

**THU**

### Location

science and materials science.

The university trains students for China's nuclear weapons program, military and defence industry. In 2014 it signed a strategic cooperation agreement with the Chinese Academy of Engineering Physics (CAEP)—China's nuclear weapons program. [6] In 2016, CAEP's Materials Institute and Tsinghua established a joint postgraduate training base for teaching, research collaboration and equipment sharing. [7]

Approximately 200 postgraduate students at Tsinghua are sponsored by CAEP or defence industry conglomerates each year through the Chinese government's National Defence Science and Technology Scholarship program. [8] Scholarship recipients are required to work for their sponsoring organisation for five years after graduating. [9] Roughly 2000 of the scholarships are awarded each year, indicating that Tsinghua students are among the primary recipients of them. Documents published by Tsinghua indicate that CAEP planned to sponsor 40 PhD students to study nuclear technology in 2013. [10] CAEP continues to sponsor Tsinghua postgraduates. [11] In 2004, Tsinghua agreed to supervise doctoral students from the PLA's Second Artillery Engineering University, now known as the Rocket Force University of Engineering. [12]

## Major defence laboratories

- Key Laboratory of High Energy Radiation Imaging Fundamental Science for National Defense (高能辐射成像国防重点学科实验室) [13]

  - This laboratory has substantial overlap in personnel with the university's Key Laboratory of Particle & Radiation Imaging, Ministry of Education (粒子技术与辐射成像教育部重点实验室) [14], which is supported by a World Bank loan. [15]

  - Located in the Department of Engineering Physics.

- Key Laboratory for High-precision Navigation Technology of Ministry of Education( 教育部"高精度导航技术"国防重点实验室/高精度导航技术教育部重点实验室) [16]

30 Shuangqing Rd, Haidian, Beijing, China

## Supervising agencies

### Ministry of Education (MOE)

**State Administration for Science, Technology and Industry for National Defense (SASTIND)**

## Categories

**Civilian**

## Topics

**Armament science and technology**

**Artificial intelligence**

**Control science and engineering**

**Cyber**

**Electronics science and technology**

**Information and communication engineering**

**Instrument science and technology**

**Materials science and technology**

**Mechanical engineering**

**Nuclear weapons**

**Physics**

- Precision Instrument Systems and Intelligent Micro Systems Ministry of Education Key Laboratory (B-category) (精密仪器系的智能微系统教育部重点实验室 (B类)) [17]

- High-End Laboratory for Military [Artificial] Intelligence (军事智能高端实验室) [18]

- Military-Civil Fusion Laboratory for Peak Technologies (清华大学军民融合国防尖端技术实验室) [19]

- Tsinghua University–AVIC Air-to-air Guided Missile Research Institute Measurement and Control Joint Laboratory (清华大学-中国空空导弹研究院测控联合实验室) [20]

- Tsinghua University–China East Red Satellite Co. Ltd. Micro Satellite Technology Joint Laboratory (清华大学-航天东方红卫星有限公司微小卫星技术联合实验室) [21]

- Tsinghua University–AVIC Shaanxi Baocheng Aviation Instrument Co. Ltd. Micro-inertial technology and components joint laboratory (清华大学-中航工业陕西宝成微惯性技术及器件联合实验室) [22]

The State Key Laboratory of Intelligent Technology and Systems (智能技术与系统国家重点实验室) is involved in defence-related research but does not appear to be a dedicated defence laboratory. [23]

Tsinghua's Department of Electrical Engineering is heavily involved in defence research on anti-jamming for communications and signal processing. [24]

## Economic espionage and misconduct

Tsinghua's information technology infrastructure has been linked to cyber attacks targeting the Tibetan community, major companies, and government institutions in Alaska, Kenya, Brazil and Mongolia. [25]

## Defence and security links

In 2006, Tsinghua's Multimedia Signal and Intelligent Information Processing Lab (多媒体信号与智能信息处理实验室) in the Department of Electronic Engineering partnered with voice recognition company iFlytek to establish a joint research institute. [26] iFlytek was placed on the US government's Entity List in 2019 as a company implicated in supporting human rights abuses in Xinjiang through its surveillance technologies. [27]

Starting in 2020, Tsinghua and the PLA's Academy of Military Science have launched a new program for joint training of doctoral students in computer science. [28]

In 2004, Tsinghua started a joint doctoral program for students from the PLA's Second Artillery Engineering University, now known as the PLA Rocket Force University of Engineering. By 2013, 35 students from the PLA's strategic missile program had been trained at Tsinghua through the arrangement. [29]

Tsinghua's leadership has prominently highlighted their commitment to supporting China's national strategy of military-civil fusion. [30]

Tsinghua's International Technology Transfer Center in Shenzhen is intended to 'serve as a bridge for the bilateral connection between international technological resources and industrial fields,' contributing to the 'national technological innovation system.' This center was recognized as State-level Technology Transfer Center by the State Economic and Trade Commission and Ministry of Education in September 2002. [31]

## Noteworthy international collaborations

Tsinghua is an associate member of the Consortium Linking Universities of Science and Technology for Education and Research, through which it has collaborated with a number of European institutions.

Tsinghua contributes to the Beijing International Collaboration Base on Micro and Nano Device Technology. [32]

Tsinghua has launched the Sino-Russian International Joint Research

Hesai ND AR 01506

Center for Aerospace Innovation Technology. [33]

Tsinghua's Institute for Interdisciplinary Information Sciences (IIIS) has involved the Tsinghua-MIT-CUHK Research Center for Theoretical Computer Science (CTCS), Tsinghua-Michigan Joint Center for Quantum Information (JCQI), Tsinghua-Waterloo Joint Center for Quantum Computing (JCQC), and Tsinghua-Aarhus Center for the Theory of Interactive Computation (CTIC). [34]

*Last updated 21 November 2019. Unclear about any wording? Visit the terminology page.*

**Research areas**
**Defence labs**
**Terminology**
**About**
**Report**
**Connect**

新闻　体育　汽车　房产　旅游　教育　时尚　科技　财经　娱乐　更多　　　　　　　　　无障碍

**This Is The Highest Rated Hearing Aid In The US**
hear.com

**What are the best affordable cars to buy in 2024?**
Peddle

**Girl Thought She Found A Lizard In Backyard, Vet Turns Pale When**
PARENTLIFE

**White House urges developers to dump C and C++**
InfoWorld

Sponsored Links by Taboola

新闻  体育  汽车  房产  旅游  教育  时尚  科技  财经  娱乐  更多
无障碍

大唐移动与禾赛科技联合开展车路协同相关测试

2021-01-30 00:00

日前，大唐移动通信设备有限公司(以下简称：大唐移动)联合上海禾赛科技股份有限公司(以下简称：禾赛科技)，深入开展了车路协同—"路口盲区检测"场景的相关测试，在减少车路协同业务时延和提高激光雷达扫描精准度方面取得了重要成果。




本次测试在上海嘉定智能网联汽车示范区开展，上海淞泓智能汽车科技有限公司作为上海市智能网联汽车领域唯一一家制造业创新中心，国家智能网联汽车（上海）试点示范区具体运营和管理单位，是承担上海市智能网联汽车道路测试牌照申请、测试和管理工作的唯一单位，对本次测试提供了充分的支持。

据悉，此次测试是通过在路侧部署的禾赛算法雷达将采集到的路口行人、车辆等轨迹信息，通过大唐移动5G智能路侧融合网关，发送给智能汽车上的5G智能车载融合网关，提醒智能汽车在前方路口有可能存在的碰撞点，提高车辆的通行效率和保障人员安全。禾赛科技的该款雷达内部集成算法，能够同时输出原始点云信息和结构化的目标信息，目标检测最远可达120米，实时追踪目标达300个，算法内部高度集成化，可为用户提供更多的便利。

This Is The Highest Rated Hearing
Aid In The US
hear.com

What are the best affordable cars
to buy in 2024?
Peddle

Girl Thought She Found A Lizard
In Backyard, Vet Turns Pale When
PARENTLIFE

White House urges developers to
dump C and C++
InfoWorld

Sponsored Links by Taboola

MEMS

0      588万
文章    总阅读

查看TA的文章>

评论

0

分享

微信分享

新浪微博

QQ空间

复制链接

扫码打开手机搜狐网

无需下载APP
精彩内容随时看

大家都在搜：美国请求中国出借月壤

WEBSITE BLOCKED BY DIS
J6-PENT

热门精选

高人指点！易建联惊天反转！美金
成关键

当年的"剪刀手女孩，    刘涛：我卸妆了
富豪许诺等她10年…    圆：我也卸妆了

1959年彭德怀落难，金    中国胸围最大的
日成为何不顾情面？…    明星排行榜，第

THE
PERSPECTIVE
SEE WHAT THE
OTHER SIDE THINKS
READ MORE

EPPY    W

24小时热文

1    2000名乌军在库尔斯克外
围，普京：他们已失去指
135万 阅读

新闻  体育  汽车  房产  旅游  教育  时尚  科技  财经  娱乐  更多    无障碍

撑，是我们出发点和归属点，"用户说好才是真的好"。

禾赛科技CEO李一帆也指出，车路协同作为新基建浪潮下的重点关注领域，是智慧出行乃至智慧交通的关键环节。禾赛科技始终专注打磨激光雷达产品，并愿意与合作伙伴共同探索将激光雷达在车端和路段的应用更好结合和落地的整体解决方案，不断赋能聪明的车与智慧的路。

在新基建和交通强国等一系列国家顶层设计和政策的大指引下，智慧交通是交通基础设施建设至关重要的一个方面。而车路协同是未来智慧交通发展的重要领域，可以进一步加速自动驾驶发展进程，为智慧出行和科技赋能生活提供更多的可能。后续，双方将达成战略合作，并逐步开放数据服务，为所有自动驾驶车辆提供测试支撑，在5G智能交通领域展开更为深入的合作。  返回搜狐，查看更多

平台声明：该文观点仅代表作者本人，搜狐号系信息发布平台，搜狐仅提供信息存储空间服务。

首赞    阅读 (134)                                    ① 内容举报

## 大家都在看



男人亲过女人的这两个地方，才叫做真爱

不用再等了，来试试上「谷歌浏



中国胸围最大的10位女明星排行榜，第一名胸围高达95cm!



This is The Smartest Hearing Aid in The US
hear.c

What are the best affordable cars to buy in 2024?
Peddle

Girl Thought She Found A Lizard In Backyard, Vet Turns Pale When
PARENT时报

White House urges developers to dump C and C++
InfoWorld



黄言说：你手里有四五百万，儿女盼着你死；你一旦退休...

合肥银泰LV柜姐床照是偷拍了，并且结婚照流出，三观...



为什么黄色网站可以让你免费观看？知道这些真相后，立...



刘涛：我卸妆了，高圆圆：我也卸妆了，景甜：你们逗我...



深夜偷看"成人网站"，还以为没人知道？你可能被安排得明...

不用再等了，来试试上「谷歌浏

我来说两句                                0人参与，0条评论

来说两句吧...
Sponsored Links by Taboola                                登录并发表

搜狐"我来说两句"用户公约

**3**
郭艾伦首秀5+3+2 广州主同曝5连败
2 阅读

"伊朗已下令做好开战准...
2910 阅读

## 搜狐号


新世纪财...    湘潭出台公租房管理细则 市两类家庭可减免租金


两广大地...    解读来了！关于佛山楼市新


新华社    存量房贷利率批量调整落地


布衣租食    个家庭有没有福气，看房知道，不是迷信


新京报    广州、南京、苏州部分银行房贷利率如念，背后原因何


金羊网    广州多家银行接到要求：商款利率不能低于公积金贷款

新闻　　体育　　汽车　　房产　　旅游　　教育　　时尚　　科技　　财经　　娱乐　　更多　　　　　　　无障碍

**This Is The Highest Rated Hearing Aid In The US**
hear.com

**What are the best affordable cars to buy in 2024?**
Peddle

**Girl Thought She Found A Lizard In Backyard, Vet Turns Pale When**
PARENTLIFE

**White House urges developers to dump C and C++**
InfoWorld

Sponsored Links by Taboola

9/16/24, 1:28 PM
Case 1:24-cv-01381-PLF Document 53-4 Filed 02/14/25 Page 111 of 287
Datang Mobile and Hesai Technology jointly carry out self-driving road collaboration related tests

news    physical education    car    Real Estate    travel    educate    Fashion    science and technology    Finance    entertainment

More

**Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now**
Journalistate

**How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming**
CIO | SAP    Learn More

**Beyond Text Generation: An AI Tool That Helps You Write Better**
Grammarly    Install Now

**This old lady lives in a small house of 290 sq. ft. - Take a look**
Tips and Tricks

Sponsored Links by Taboola



Hesai ND AR 01512

news   physical education   car   Real Estate   travel   educate   Fashion   science and technology   Finance   entertainment

More



MEMS
article 0   Total Reading 5,856 m

## Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests

2021-01-30 00:00   Source: MEMS

Recently, Datang Mobile Communications Equipment Co., Ltd. (hereinafter referred to as Datang Mobile) and Shanghai Hesai Technology Co., Ltd. (hereinafter referred to as Hesai Technology) have carried out in-depth tests on the vehicle-road collaboration - "intersection blind spot detection" scenario, and have achieved important results in reducing the latency of vehicle-road collaboration services and improving the accuracy of lidar scanning.



The test was carried out in the Shanghai Jiading Intelligent Connected Vehicle Demonstration Zone. Shanghai Songhong Intelligent Automobile Technology Co., Ltd. is the only manufacturing innovation center in the field of intelligent connected vehicles in Shanghai and the specific operation and management unit of the National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone. It is the only unit responsible for the application, testing and management of Shanghai's intelligent connected vehicle road test licenses, and provided full support for this test.

It is reported that this test is to send the trajectory information of pedestrians and vehicles at the intersection collected by the Hesai algorithm radar deployed on the roadside to the 5G intelligent vehicle-mounted fusion gateway on the smart car through the Datang Mobile 5G intelligent roadside fusion gateway, reminding the smart car of the possible collision points at the intersection ahead, improving the traffic efficiency of vehicles and ensuring the safety of personnel. The internal integrated algorithm of this radar ot can output the original point cloud information and structured target info same time, with the target detection range up to 120 meters and the rea 300 targets. The algorithm is highly integrated internally, which can prov convenience for users.

**Popular Picks**

Too lustful! Japanese supermodel Yamazaki Makoto, this figure is rea

Promoted Links by Tab

Here's How to Save Money on Psoriatic
GoodRx

The peach of the world, Tao Yuelizi's bo proportions are perfect and beautiful bey

55-year-old Wendi Deng and her new boyfriend spent New Year's Eve at the b

Write Like a Champ: Make AI Your Team
Grammarly

Promoted Links by Tab

**PERSPECTIVE**
SEE WHAT THE OTHER SIDE THINKS
READ MORE



CLOSE AD
DISA

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Sponsored Links by Taboola

Hesai ND AR 01513

https://www.sohu.com/a/447585149 256868

2/13

9/16/24, 1:28 PM
Case 1:24-cv-01381-PLF   Document 52-4   Filed 02/14/25   Page 113 of 287
Datang Mobile and Hesai Technology jointly carry out vehicle-road collaboration related tests



Trump suffered another
assassination attempt, a
1.76 million Read

ADVERTISEMENT MoMAGiC

ADVERTISEMENT MoMAGiC

Li Wen, vice president of Datang Mobile's 5G product line, said that vehicle-road collaboration is a major area of future smart transportation development. Continuously optimizing the scenario solutions for vehicle-road collaboration and working with partners to provide effective and strong support to the end vehicle users is our starting point and destination. "It is really good only if users say it is good."

Li Yifan, CEO of Hesai Technology, also pointed out that vehicle-road collaboration, as a key area of focus under the wave of new infrastructure, is a key link in smart travel and even smart transportation. Hesai Technology has always focused on polishing LiDAR products and is willing to work with partners to explore overall solutions that better combine and implement the application of LiDAR on the vehicle side and on the road section, and continuously empower smart cars and smart roads.

Under the guidance of a series of national top-level designs and policies such as new infrastructure and a strong transportation nation, smart transportation is a crucial aspect of transportation infrastructure construction. Vehicle-road collaboration is an important area for the future development of smart transportation, which can further accelerate the development of autonomous driving and provide more possibilities for smart travel and technology-enabled life. Subsequently, the two parties will reach a strategic cooperation and gradually open up data services to provide testing support for all autonomous driving vehicles and carry out deeper cooperation in the field of 5G smart transportation.

Return to Sohu to see more

Platform statement: The views expressed in this article only represent the author himself. Sohu.com is an information publishing platform and Sohu only provides information storage space services.

First Like    Read( 127 )

Tiger Woods' Ex-Wife - Try Not To
Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co.,
Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI
Tool That Helps You Write Better
Grammarly

This old lady lives in a small
house of 290 sq. ft. - Take a look
Tips and Tricks

Sponsored Links by Taboola

Sohu account

Sina Fina...    Talk show from a single player
crowded field

CLOSE AD



Hesai ND AR 01514



Let me say two words 0 people participated, 0 comments

Let me say a few words... Log in and post

Sohu "Let Me Say a Word" User Agreement

Sohu Ente... Family issues are now stable

Entertain... Zhao Lusi is caught up in a "plastic surgery" controversy, and her friends in the circle support h

Spoiler E... TVB's powerful actress appea the Miss Hong Kong finals! S was pregnant and wore high h

ADVERTISEMENT MoMAGIC

## Recommended Reading

Why do girls always have two "black marks" on their buttocks? Today I will show you the truth
Xiaoman is shining · 09-14 12:33

The biggest breasts in history! What is the director's intention in choosing Liu Yan to play Nezha? Is he here to see the breasts or the movie?
Interesting Facts · 09-14 19:52 51

73-year-old Xu Shaoqiang and his wife, who was 30 years younger than him, passed away one after another, leaving his 11-year-old son an orphan and his wife exposed!
Overview · Yesterday 11:34

The "Scissorhands Girl" back then, the rich man promised to wait for her for 10 years, how is she doing now?
Small entertainment · Yesterday 21:26

**Learn More: Major Depressive Disorder**
GoodRx | Sponsored Links Learn More

Why can pornographic websites let you watch for free? After knowing the truth, do you still dare to continue browsing?
Entertain you together · Yesterday 23:20

**Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now**
Journalistate

**How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming**
CIO | SAP

**Beyond Text Generation: An AI Tool That Helps You Write Better**
Grammarly

**This old lady lives in a small house of 290 sq. ft. - Take a look**
Tips and Tricks

Sponsored Links by Taboola

Did Li Tianyi escape from his dream and go to the United States without returning? 84-year-old Li Shuangjiang took refuge with his ex-wife and son and posted a photo with his eldest son! !
Chat about knowledge · Today 02:10 4

Liu Tao: I took off my makeup, Gao Yuanyuan: I took off my makeup too, Jing Tian: Are you guys kidding me?
Small entertainment · Yesterday 21:05

Li Zhiqing won the Miss Hong Kong title, and the scenery of her breasts caused a sensation. Netizens said: Her figure is too amazing!
Mr. Ding · 09-14 13:24

CLOSE AD

Apple clone

Hesai ND AR 01515

news    physical education    car    Real Estate    travel    educate    Fashion    science and technology    Finance    entertainment

More



Soviet Union are reappearing in China, and strange things are happening one after another

Guoge Culture · Today 03:08    1

Three big news: Is the next US president set in stone? The Sino-US relationship has suddenly changed! Putin urgently calls out to China

Early morning comments · Yesterday 06:18

Three major news: No need for the Russian army to fight? 14,000 Ukrainian troops turned their guns around; Blinken strongly condemned

Early morning comments · Yesterday 22:00    3

The salaries of teachers at 985 universities reveal the miserable situation of teachers: The real salary of teachers at Beijing Normal University:

Prospects of Modern Education · 09-14 05:36    3

新一代浏览器

The behaviors that determine longevity are drinking water, exercise, and many people cannot do the first one.

Reading in the dim light · 09-14 20:37

Congratulations, Huo Qigang landed in Beijing and officially took office, debuting in his new position

Xiaohuang Chat Sports · Yesterday 22:58

**Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now**
Journalistate

Eric Tsang: I thought my acting was good enough until I met the Yang brothers selling mooncakes...

Overview · Yesterday 04:01    4

**How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming**
CIO | SAP

37-year-old Zhang Xinyu showed up with a big waist and shoulders, at least 50 pounds fatter, her face is unrecognizable, time flies

**Beyond Text Generation: An AI Tool That Helps You Write Better**
Grammarly

Xijie Talks Entertainment · Yesterday 23:55    1

国产90纳米光刻机可以干什么?

**This old lady lives in a small house of 290 sq. ft. - Take a look**
Tips and Tricks

Sponsored Links by Taboola

Big news! China's domestic DUV lithograph[...] been successfully developed! What are the[...] United States and the Netherlands?

Honeypot Baby · Yesterday 21:49

CLOSE AD

Those who boast that Dongfeng missiles are invincible in satura[...] rest in peace.

Hesai ND AR 01516

DISA



Hiding from the world and keeping a quiet heart - these three zodiac signs are low-key but always make a splash

The stars accompany me in this world · Today 01:00

Massive numbers of people took to the streets, occupied airports, and attacked police. The West has finally shot itself in the foot.

Lv Jingjing · Today 01:10

这个app太牛了！极速浏览器！

China is on fire again! The territory lost for 130 years has finally been recovered, and a large number of rare resources have been found after surveying

Forest Travel Deer · Today 01:50 6

A 58-year-old man loves to eat raw garlic when eating noodles. Six months later, he had a physical examination and the doctor was puzzled: What do you usually eat?

Huahua loves to eat delicious food · Yesterday 23:25 1

Good fortune in late September! These 4 zodiac signs will have a bulging wallet and good luck will knock on their door

The stars accompany me in this world · Yesterday 23:32

31-year-old bicycle internet celebrity "Hailizi" died in a car accident. The scene was too tragic, and the soundtrack came true

Yufeng Entertainment · Yesterday 11:43 6

谷歌浏览器正式版，1对1服务！

The legends of the four constellations: destiny favors you, noble people help you, and your career takes off

Horoscope fan · Yesterday 23:53

Jack Ma: "If the landlords are overthrown, w
become rich?" Is this statement reasonable

Xiaonan talks about agriculture · 09-14 06:11

Case: A man stopped the car and carried his wife into the house
closed the door and drew the curtains: I miss you so much at th
site

Qiu Talks Entertainment · Yesterday 01:55

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Sponsored Links by Taboola

CLOSE AD

More

In October, the four zodiac signs who will be promoted first and then get a pay raise will have a prosperous career and will be successful in everything they do.
Vision Chi Chi · Today 00:06

IE8浏览器

During the Chongqing negotiations, someone asked Chairman Mao whether he could defeat Chiang Kai-shek. Chairman Mao said: Separate the two characters Chiang and Mao and see
Eight O'Clock History · Yesterday 00:13

Why does the West feel uneasy about China's military being equipped with CL-20 explosives?
Lao Hu Talk · Yesterday 19:38

101-year-old Yang Zhenning's monthly salary is amazing! He handed over all his salary. No wonder Weng Fan doesn't care about that little bit of legacy
The other shore flower blooms · Yesterday 23:23

She was the busiest female official, booking a hotel room 265 times a year!
Shanmei talks about games · 09-13 23:34          1

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

This app is awesome! Super fast browser!

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Get hands-on experience with the iPhone 16 Pro priced at 7999 yuan, and tell the truth!
Technologyplus · 09-13 23:29          2

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Why can't you just "pour water into the toilet"? After-sales workers remind you: It seems to save water, but it actually has great hidden dangers
Su Jin's World · 09-13 20:09          1

Sponsored Links by Taboola

Announce to the world! A 5 billion lithograph factory settled in Zhejiang, and the situation want to see occurred
Technology Xiaolei · Yesterday 10:56

CLOSE AD

Russia is getting a little anxious this time. Bombing the Ukraini power plant is useless: Russia finally knows how to fight.

Hesai ND AR 01546 Rock says · Today 05:45





This app is awesome! Super fast browser!

How miserable were the laid-off workers in the 1990s? Why do few people mention it now?

History of the Generals V · Today 02:24 4

"Cold violence" reappears! Two peak matches of the national table tennis team exposed the ugly side of the sports world, and fans called for fairness and justice!

Sports Trainee Officer · Yesterday 19:50 39

Another dark horse emerges from China! With an annual revenue of 811.7 billion, it has surpassed Huawei to become the largest private enterprise. Why?

You and I see the world · 09-14 11:58 1

Kursk situation suddenly changed: Russian civilians and soldiers defected, intelligence and weapons flowed to the Ukrainian army

Mimi's View · Today 00:37 7

"True God" is launched in public beta today, and you will be given millions of divine pets as soon as you go

Why can't Apple make a foldable screen? The reason is actually very simple

Eat an apple · 09-14 06:39 2

"He ran a red light, why should I be held responsible?" The traffic police's punishment aroused public anger, and the car owner turned hostile on the spot

Wen Wei loves travel · Yesterday 01:39

The president came to the CIFTIS to attract investment, and the school and enterprises discussed the transformation of scientific and technological achievements

China Youth Network · Today 06:45

These four zodiac signs never get too close independent and like to be alone

Vision Chi Chi · Today 00:08

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Sponsored Links by Taboola

CLOSE AD

DISA



news    physical education    car    Real Estate    travel    educate    Fashion    science and technology    Finance    entertain

More

The three-day pre-sale sales of the iPhone 16 series were exposed, which was seriously lower than expectations!

Game Boy · Yesterday 23:35

China's first 14 trillion yuan province is born! GDP increased by 130 billion yuan in the first quarter. Can Jiangsu surpass it?

Nanami Shuri · Today 08:42

Xiang Ligang: Don't trust people who interpret the parameters of lithography machines. People who really understand them won't "go online"

Explorer of the Word World · Today 00:27    2

Fame brings gossip. What is behind the Internet celebrities? The exposure of various privacy issues and the collapse of their personalities

Funny Meng Laicai · Today 12:59

Google Music

Yan Xiaotian, who was sentenced to 10 years in prison for stealing birds, is released from prison. The whole network reports this as a "heroic" event, which has aroused public outrage.

Lingying Entertainment · Yesterday 01:50    3

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

Can the elderly no longer take free buses? New adjustments to the elderly bus card: three highlights

Nalan talks about games · 09-14 22:47    8

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

You will make a lot of money more than once in your life. The older you get, the more opportunities you will have. The zodiac signs that can turn things around

Daily Feng Shui · Yesterday 20:21

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

CCTV rarely releases video, the PLA's main attack force on Taiwan appears: the US military dare not act rashly

Weapon Reviews · Yesterday 22:28

Sponsored Links by Taboola

CLOSE AD

DISA

《真封神》今日震撼公测，上线就送千万神

Russia's weapons inventory is at its lowest point. Putin may use in exchange for China's support

More

The Philippines is sending ships to Xianbin Reef! Why can't China be tougher? Singaporean scholar Kishore Mahbubani gives the answer
Yu said it's time to rest  · Yesterday 19:53

The United States finally agreed to add two seats to the five permanent members, but to Modi's disappointment, they were not for India.
Weapons News  · Today 05:08

Who is following the path of capitalism under the guise of socialism?
Hut Product History  · 09-14 00:17

Do you know how to use Google Maps?

Public Opinion Feedback | "Black Myth: Wukong" brings popularity to two temples in Pingyao, and domestic and foreign media "check in" at the world's treasures
Understanding the Rule of Law  · Today 13:07

A talk show caused a huge public outcry, and industry insiders called on the platform to strengthen its review
Beijing Youth Daily  · Yesterday 22:55

With profitability imminent, Hesai Sagitar encounters a purely visual shock. Is this a mixed bag?
Gasgoo  · 09-03 23:06

Xu Shaoqiang passed away. His wife, who was 30 years younger than him, was so sad that she suddenly died of a heart attack. His children posted a message to mourn him.
Open  · Yesterday 06:36

谷歌浏览器正式版，1对1服务！

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Sponsored Links by Taboola

CLOSE AD

What is a common year? What is a leap ye distinguish them? Here are the answers!
Qianqiu Culture  · Today 10:24

The delayed retirement plan is confirmed: men aged 63 and wo 58, two groups of people will become the "biggest beneficiaries"



Let your computer breathe smoothly: How to set up the case fan scientifically

A Concise Guide to Science · Today 12:30

Economist Chen Zhiwu: It is recommended to close the stock market

Mr. Luo's Financial Talk · Yesterday 05:21

Computer browser download, don' t you know yet?

British philosopher Russell: I don't want to expose the shortcomings of the Chinese, but the Chinese have three major shortcomings

The best wind · 09-14 22:32

A breakthrough in domestic aircraft engines has shattered the "monopoly dream" of Europe and the United States!

Technology Fish · 09-14 07:01

The most powerful camera phone ever, it beat all other cameras, and finally Huawei got the advantage

Technology Bibimbap · Today 06:55

What war is there to fight? A military train heading to the front line at the decisive moment was discovered: it was then blown into pieces by 12 missiles

Jufeng Comments · Yesterday 21:12

谷歌浏览器正式版，1对1服务！

The impact of high and low temperature testing on SMT patch quality

Intelli PCBA · 08-08 05:13

Why did Russia buy North Korean missiles missiles? The two wars finally made it clear

Learn as you like · Yesterday 04:14

The situation is over! Ukrainian troops surrendered in large num

Open 520 Room 14 · 09-14 19:55

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Sponsored Links by Taboola

CLOSE AD

More

September 16, Russia and Ukraine: 8,000 Russian troops may be surrounded south of the Seym River, Zelensky talks about the victory plan
North Wind Crossing · Today 05:39

选国外浏览器有哪些? 来这里就对了!

Search

The scene was so tragic that the Philippine ship urgently escaped from Xianbin Reef. When getting off the ship, everyone was given intravenous drips and carried to the ambulance.
Aviation Knowledge Wang Yanan · Yesterday 04:56

"Village-to-Village Connection" Becomes "Village-to-Village Pain", Flat Cement is a Thorn in the Eyes of Farmers? Why?
Churou Chats About Pets · 08-27 23:52

Case: Two couples went on a road trip. The woman pretended to be asleep in the middle of the night, but she saw her husband's shocking behavior and decided to divorce him.
Hongmao talks about anime · Yesterday 01:21

Short selling is prohibited, IPOs are suspended! Three big news hits early this morning (9.15)!
Hot Lucky Pig · 09-14 13:12

《真封神》今日震撼公测, 上线就送千万神宠!

Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now
Journalistate

How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming
CIO | SAP

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

The Kirin 9010 flagship suddenly dropped by 2,261 yuan, with 1GB+1TB+1-inch main camera. Why buy an iPhone 16 Pro?
Technology · Today 10:33

This old lady lives in a small house of 290 sq. ft. - Take a look
Tips and Tricks

Can humans always rule the earth? Scientists have three predictions: They may replace humans
Zou Qianqian · Yesterday 23:40

Sponsored Links by Taboola

5 nm precision extreme ultraviolet interfero technology helps break through the diffract lithography
New Optics · Yesterday 23:00

CLOSE AD

DISA

Hesai ND AR 01523



Xiaomi Mobile and Hesai Technology jointly carry out reliable and collaboration related test

More

### Xiaomi has completely compromised? Snapdragon 8Gen3+12G+256G as low as 3399 yuan, Leica triple camera+IP68

Little Star Digital · Today 10:46

Already reached the end

**Tiger Woods' Ex-Wife - Try Not To Gasp When You See Her Now**
Journalistate

**How Modern Farming (Group) Co., Ltd is revolutionizing dairy farming**
CIO | SAP

**Beyond Text Generation: An AI Tool That Helps You Write Better**
Grammarly

**This old lady lives in a small house of 290 sq. ft. - Take a look**
Tips and Tricks

Sponsored Links by Taboola

CLOSE AD

DISA

Hesai ND AR 01524

(https://hatchip.com/)

# 智能网联（车联网）示范区发展现状分析——华东篇（上）

产业分析　2020/04/13　来源：

发改委、工业和信息化部、国家标准委、公安部、交通运输部等陆续发布相关政策，推进智能网联（车联网）示范区道路测试工作。2018年4月，工业和信息化部、公安部、交通运输部联合印发了《智能网联汽车道路测试管理规范（试行）》，对测试主体、测试驾驶人及测试车辆，测试申请及审核，测试管理，交通违法和事故处理等进行了明确规定。由工信部支持推动**10个国家级智能网联（车联网）测试示范区**，包括国家智能交通综合测试基地（无锡）、国家智能网联汽车（上海）试点示范区、浙江5G车联网应用示范区、国家智能网联汽车（长沙）测试区、武汉智能网联汽车示范区、国家智能汽车与智慧交通（京冀）示范区、国家智能网联汽车应用（北方）示范区、广州智能网联汽车与智慧交通应用示范区、智能汽车集成系统实验区（i-VISTA）、中德合作智能网联汽车车联网四川试验基地。另外**还有超过30个城市级及企业级测试示范点**，遍布我国华东、华中、华北、东北、华南、西南、西北地区，初步形成封闭测试区、半开放道路和开放道路组成的智能网联汽车外场测试验证体系。除此之外，还有**10多个智慧高速公路**开展智能网联试点工作。本系列文章将分析介绍智能网联（车联网）示范区发展现状。主要分为华东、华中、华北、东北、华南、西南和高速公路篇。

Hesai ND AR 01525

## 01 华东智能网联（车联网）示范区整体情况

(https://hatchip.com/)

华东地区包括上海市、江苏省、浙江省、安徽省、福建省、江西省。2019年9月，上海、江苏、浙江、安徽共同签订了《长江三角洲区域智能网联汽车道路测试互认合作协议》。浙江吉利、安徽江淮、江苏中智行获颁首批长三角一体化测试牌照，实现了长三角测试的互联互通，有效规范测试行为，加强检验机构协调合作，提升综合检测能力，推动区域内智能网联汽车道路测试的数据共享与测试结果互认，加快智能网联汽车的技术研发进程，促进车联网应用快速落地。

从整体上看，华东地区智能网联（车联网）示范区主要包括：

**江苏的国家智能交通综合测试基地（无锡）、南京秦淮区/溧水区/江宁区智能网联开放测试区、苏州工业园区和相城区智能网联汽车公共测试道路、常熟中国智能车综合技术研发与测试中心、国家智能交通测试及应用推广基地（常州）、盐城汽车试验场等；**
**上海的国家智能网联汽车（上海）试点示范区、同济大学智能网联汽车测试评价基地、临港智能网联汽车综合测试示范区等；**
**浙江的5G车联网应用示范区（杭州云栖小镇和桐乡乌镇）、杭州余杭区未来科技城和萧山区、宁波杭州湾新区智能网联汽车试验平台、嘉兴嘉善产业新城智能网联汽车测试场、湖州德清自动驾驶与智慧出行示范区等；**
**安徽的合肥自动驾驶5G示范运行线、芜湖奇瑞汽车V2X示范场地、新能源与智能网联汽车综合测试研发基地（池州）等；**
**福建的福州市平潭县无人驾驶汽车测试基地、福州市罗源县5G车路协同自动驾驶联合实验基地、厦门BRT 5G公交站系统等；**
**江西的南昌市、上饶市、赣州市、九江市、鹰潭市、新余市、景德镇市和赣江新区等地开展智能网联汽车试点。**
华东地区智能网联（车联网）示范区从数量上领跑全国其它各个区域。

## 02 江苏

10/25/24, 10:02 AM 智能网联 (车联网) 应用场景展示3-4 Filed 02/14/25 国家智能交通综合测试基地...

Case 1:24-cv-01381-PLF Document 53-4 Filed 02/14/25 Page 126 of 287

## 1. 无锡

(https://hatchip.com/)

国家智能交通综合测试基地（无锡），2017年开始选取小范围区域开展车联网通信技术验证，并进行应用场景测试。覆盖无锡太湖博览中心周边3.7km开放道路6个路口，涵盖9个V2I场景和3 个V2V场景。

2018年，构建城市级LTE-V2X车联网应用测试验证环境，进行平台建设、规模化应用验证。大范围改造了240个交叉路口路侧管控及通信设施，覆盖主城区、太湖新城近170平方公里范围、道路总长280公里，面向普通用户提供覆盖V2I/V2V/V2P/V2N的交通红绿灯信号信息推送、交通事件提醒、主动安全预警、周边交通状况实时获取等12大类26项应用场景的信息服务。面向全市急救车、消防车、公交车等社会服务车辆，测试验证了优先通行服务场景。发展车载前后装用户、手机APP用户、行业用户等约1.2万。



2019年5月，工业和信息化部办公厅正式批复支持无锡创建全国第一个国家级车联网先导区，将部署1条省级公路、1条高速公路、5条主城区高架桥、400个交叉路口路侧管控及通信设施，覆盖260平方公里范围。确定以无锡市民中心、太湖博览中心等6平方公里重点区域为核心创新示范区，提供基于C-V2X开放式的增强场景服务，设计3大集中应用测试区和多条专项测试线路。具体包括

Hesai ND AR 01527

前向碰撞预警、交叉路口碰撞预警、紧急制动预警、车辆盲区/变道预警、异常
车辆提醒、弱势交通参与者、公交信号优先、绿波车速引导、V2X接驳巴士等。

(https://hatchip.com/)

2020年到2021年上半年将进入大规模建设阶段，计划完成1000个交叉路口路
侧管控及通信设施，覆盖面积达到500平方公里。完成全部C-V2X RSU的双模
（Uu+PC5）升级，开展特定场景5G车联网验证，在桥梁道路等关键节点覆盖
NB-IoT等窄带物联网。开展碰撞预警、车速引导、编队行驶等特定场景的5G-
V2X测试验证。进一步开放数据共享，开展大规模V2X应用，渗透率达到30%
以上，基本完成基于"人-车-路-云"协同的城市智慧交通体系建设。

2021年下半年到2022年底进入全区域覆盖阶段，计划完成2000个交叉路口路
侧管控及通信设施，覆盖面积达到1200平方公里。全部部署5G基站，开始规模
化车联网，渗透率达到50%以上，实现"城城"高速公路、快速路、国省道交
互协同（无锡新吴区-苏州相城区）。引导保险、融资、出行等社会资本投入，
培育上游车联网企业，做强做精车联网产业生态，为全国范围内推广做好准
备。

无锡作为全国第一个国家级车联网先导区，在车联网产业发展的各个方面做出
了大量创新和实践。

**①打通了公安交管信息通信数据管道。** 无锡公安交管部门共享开放40余项交管
信息，通过中心平台能力升级、路侧管控设备改造、增加RSU设备，打通公安
交管中心平台、路侧管控设备与车联网通信管道，覆盖车辆、驾驶人、交通管
控、交通事件、交通管制、信号灯灯色、交通状态等数据；

**②提升出行服务水平。** 通过车路协同为驾驶者提供更加精准、实时、主动的路
况信息，动态实时获取前方路况、道路施工情况，在出行之前或者过程中可以
第一时间获取可变车道、潮汐车道、可变限速等动态信息。实现公交车、120

Hesai ND AR 01528

救护车等特种车辆优先通行;

⑤**辅助自动驾驶**。通过推送红绿灯信息起到车速引导作用,作为自动驾驶的一种辅助性支撑信息;路侧斑马线上的摄像头检测到有行人,即时推送信息至车辆,提前进行避让决策;提前获取交通事故等事件信息,选择最佳通行路线;路口盲区会车/变道时,发送预警信息,为车辆自动驾驶提供支撑;

④**终端类型多样,应用场景丰富**。包括车企前装终端、后装车载智能终端、手机V2X-APP、互联网出行服务V2X定制版在内的多厂家、多渠道、多类型终端,适配不同类型V2X应用场合、服务对象及业务场景。

## 2. 南京

南京市工业和信息化局、市公安局、市交通运输局联合发布关于印发《南京市智能网联汽车道路测试管理细则(试行)》的通知,推动南京市自动驾驶技术研究和产业应用,推动交通运输转型升级发展,规范智能网联汽车道路测试管理。

**秦淮区**将在大校机场地区和高铁南站地区,道路总长65公里,覆盖面积19.8平方公里,全面建设C-V2X通信设施,实现公共交通、环卫作业、旅游观光、工厂物流自动驾驶商业化应用。在大校机场跑道公园建设总成2.6公里,占地0.52平方公里测试基地。

**溧水区**在产业新城核心区骆家边路,全长1.62公里,5个交叉路口,建设智能网联汽车示范测试赛道,取得了i-VISTA智能网联汽车试验示范华东基地授牌,赛道除满足无人驾驶汽车测试需求外,还将与中国移动同步建设5G应用示范区,未来车辆可进行5G自动远程驾驶测试,以及增设高速公路、乡村道路、隧道、模拟雨雾天气等场景。

**江宁区**未来科技城测试道路建设高精度传感器和路侧感知设备,实时探测周边道路环境,给无人车提供周边交通环境感知数据。

Hesai ND AR 01529

## 2. 苏州



(https://h...工业园区n/) 11月18日，江苏省工业和信息化厅发布《关于苏州智能网联汽车公共测试道路的公告》，明确苏州工业园区内8.8公里长的智能网联汽车公共测试道路启用。该测试道路区域北至金鸡湖大道、西至星华街、南至独墅湖大道、东至长阳南街，共15个路口，面积2.2平方公里，是江苏首个实现5G全覆盖的智能网联开放式示范区。该区域按照国家车路协同战略规划要求设计，配置多模式通信路侧设备、边缘计算、管控平台等智能设备，共有14个5G基站，平均每个基站的覆盖半径为200米至300米，可以实现复杂环境下的智能网联汽车测试。

后续工业园区将全面构建基于C-V2X通信网络的城市级车路协同应用体系，分期建成占地约13.9平方公里的智能网联汽车测试区，并部署自动驾驶小巴车、环卫车、物流车等示范应用项目。

**相城区**发布了《相城区智能网联汽车示范应用指导意见（试行）》，已通过认定的公共测试道路（一期）由相城区水景路（北天成路-太东路）、西公田路（相融路-水景路）和相融路（太东路-北天成路）构成，总长度8.4公里，共13个交叉路口，具备长直道、弯曲路、交通枢纽道路等真实城市测试车道环境，可满足自动驾驶车辆27项子测试项目和65项测试场景需求。所有交叉路口配置毫米波雷达、激光雷达以及各式监控探头等感知设备，采集数据利用5G网络150 Mbps上行带宽能力，将实时路况推送给附近车辆、云控中心以及其它终端。区域级边缘计算能力达到100万亿次/秒CPU算力与2880万亿次/秒GPU算力，同时具备50倍的备用算力，可满足L4乃至后期更高级别、更复杂路况自动驾驶路测的算力需求。

后续相城区还将继续完善新型交通基础设施，计划建设1500个5G基站，在位于高铁新城的长三角国际研发社区率先实现5G及窄带物联网全覆盖。未来两年，相城区还将把测试道路覆盖到国省道和城市主次干道，满足智能驾驶企业不同测

试需求。

(https://hatchip.com/)

## 4. 常熟

**中国智能车综合技术研发与测试中心**是由常熟市人民政府联合西安交通大学、中科院自动化所、长安大学和青岛智能产业技术研究院成立。服务全省和长三角地区乘用车、商用车、环卫车在城市街区道路下的智能网联测试。长度5公里，占地0.44平方公里，交叉路口15个，包括定时发车巡航、到达场站、自动紧急制动、障碍物识别、交叉路口通行、C-V2X等场景。

2019年发布《常熟市车联网（智能网联汽车）产业发展行动计划（2019-2022年）》，并且已连续承办七届"中国智能车未来挑战赛"。设置城乡道路比赛和高架道路比赛两个内容。城乡道路环境赛程共设置环卫作业车辆遭遇、交通管制引导和交通拥堵等16个交通场景；高架道路环境赛程共设置作业车辆遭遇、前车落物紧急避让和施工路段处理等10个交通场景。

## 5. 常州

**推动新一代国家交通控制网（常州）试点工程。国家智能交通测试及应用推广基地（常州）建设"国家智能商用车质量监督检验中心"**，是交通运输行业除北京通州之外的第2家汽车领域国家级检测中心，也是在智能商用车领域唯一一家国家级检测中心。检验中心已在泰兴规划建设2000亩封闭测试场，一期600亩已建成。在常州建设1平方公里半开放测试场和3平方公里开放测试场。部署V2X车载及路侧设备、可变情报板、智能信号机、环境监测等智能化设备，重点围绕公交车、物流车、危化品车三类重点营运车辆，打造智能网联汽车行业应用示范。

## 6 盐城

DISA

**中汽中心盐城汽车试验场**打造国内一流面向行业的第三方技术服务平台，服务于产品的定型试验、研发验证和研发试验，试验车型以乘用车为主，商用车为辅，占地约6300亩，是国家级机动车检测中心、工业和信息化部授权的公告检验汽车试验场、交通运输部道路运输车辆燃料消耗量检测试验场。试验道路总长60公里，包括最高车速达300km/h以上的高速环道，用于高速变向和操控体验的直径300米动态广场，满足高速直线竞速的长度为2.7km性能路，多种弯角组合的用于车辆驾驶体验&操控状态测试的干湿操控路，同时场地建设有多种附着系数的制动路、越野跑道和疲劳测试道路等。

**盐城经济技术开发区**建设车路协同自动驾驶智能化城市道路"盐城智路"，一期全长约8公里，试运行路段为湘江路（九华山路至普陀山路端）—九华山路（漓江路至湘江路段）。展现覆盖高架路、匝道、高架下辅路、十字路口等十几种复杂的车路协同自动驾驶开放道路测试环境。

## 7. 江苏综述

江苏省在推进智能网联（车联网）示范区工作上力度巨大，成果显著。**《江苏省推进车联网（智能网联汽车）产业发展行动计划（2019-2021年）》**提出，**①加快构建智能整车研发制造体系**，制定实施《汽车及零部件（含新能源汽车）先进制造业集群培育实施方案》，重点以南京、无锡、常州、苏州、盐城等为依托；**②突破重点技术瓶颈**，瞄准高级别智能单车需求，突破77GHz雷达天线、信号处理与算法芯片，加快攻关激光雷达软硬件技术，推进车规级人工智能芯片研发和商业落地，打通C-V2X端到端全产业链技术瓶颈，推动芯片、模组、车载通信单元、路侧设备、数据中心平台等产品产业化和应用；**③提升C-V2X网络覆盖水平**，力争在2021年，推动LTE-V2X网络实现在南京、无锡、苏州等重点城市基本覆盖，在高速公路及重点区域部署C-V2X网络，逐步扩大试点应用规模；**④扩大车联网用户规模**，力争到2021年，新车驾驶辅助系统（L2）搭载率达到30%以上，联网车载信息服务终端的新车装配率达到60%以上。

Hesai ND AR 01532

Case 1:24-cv-01385-RLF　Document 53-4　Filed 02/14/25　Page 132 of 287

# 03 上海

●

(https://hatchip.com/)

## 1. 国家智能网联汽车（上海）试点示范区

2016年6月，位于上海嘉定区伊宁路2155号的国家智能网联汽车（上海）试点示范区封闭道路测试区正式开园。封闭测试区（F-Zone）立足服务智能汽车、V2X网联通讯两大类关键技术的测试及演示，涵盖安全、效率、信息、新能源汽车等四大类应用场景。园区内同时建设了隧道、林荫道、加油/充电站、地下停车场、十字路口、丁字路口、环岛等模拟交通设施，可以为自动驾驶、V2X网联汽车等提供100余种场景的测试验证。

位于上海汽车博览公园内科普体验区（E-Zone），是面向公众开放的智能网联汽车科普体验区，是智能网联汽车、智慧能源、智慧交通和智慧城市科普、体验和交流的主要承载平台。上海汽车博览公园面积1200亩，含各类道路、一座加氢站、一座光储充一体化站和一栋V2G-V2H小木屋。科普体验区主要体验自动驾驶和网联V2X，主要包括编队行驶、车道保持辅助、自适应巡航、自动紧急制动、绿波车速引导等场景。

2017年1月，上海市经信委出台《上海市智能网联汽车产业创新工程实施方案》，将发展智能网联汽车作为上海产业转型升级的战略领航工程。2018年3月，《上海市智能网联汽车道路测试管理办法（试行）》正式发布。

2019年，上海市继续推动公共道路测试在更大范围开放，嘉定拟开放自动驾驶测试城市道路47.8公里（国道5.8公里，省道9.8公里，城市主干道7.2公里，城市次干道14.7公里，城市支路7.2公里，乡村道路3.1公里），上海汽车博览公园内道路4公里，虹桥机场至汽车城高速公路20公里。测试场景由350个增加到

Hesai ND AR 01533

DISA

1580个，将智能网联汽车活动范围伸展至生活中的各个场景，工业区、商业区、生活枢纽、休闲风景。

(https://hatchip.com/)

上海汽车城示范项目包括①**封闭测试区**，②**开放道路5G+MEC+V2X示范区**，③**开放道路4G+MEC+V2X示范区**。其中，封闭测试区用于开发验证最新技术成果；开放道路5G+MEC+V2X示范区道路全长11.1公里，提供城市、社区、乡村道路等环境下的智能网联汽车开放道路技术验证环境；开放道路4G+MEC+V2X示范区道路全长56.7公里，用于将技术成果投入商业应用，为车辆提供安全、效率等方面的服务。

2019年9月，上汽、宝马和滴滴三家企业获得首批上海市示范应用牌照。

## 2. 同济大学智能网联汽车测试评价基地

占地面积达170亩的智能网联汽车测试基地位于同济大学嘉定校区内，在交通环境、交通参与以及信息通信要素方面进行了全新的设计，配备5G通信系统。该基地由同济大学和上汽集团共同建立，由"三区一环"组成。其中，"一环"是指1.3公里的环路设计；"三区"按照地理方位，东区主要用于低自动化驾驶的测试；西区模拟的是城市中的各种结构化道路，包括停车场、直道、环形道路、坡道等；南区模拟的是乡村道路以及一些越野环境。

## 3. 临港智能网联汽车综合测试示范区

Hesai ND AR 01534

根据自动驾驶及车路协同技术发展和验证需求，临港智能网联汽车封闭测试区一期在临港科技城园区2.8平方公里内4.7公里道路及D08-02地块构建封闭测试道路及核心测试广场，部署9个交叉路口路侧管控及通信设施。二期以核心测试广场为链接向临港科技园区4平方公里区域拓展，测试道路长度拓展5-10公里。包括高速公路，城市道路，长度500米的模拟隧道（卫星及通信信号屏蔽，夜光及低光环境），长度500米可控降雨模拟道路等。

# 4. 上海综述

上海市为智能网联汽车产业发展提供创新环境，推动上海成为智能网联汽车示范应用和探索商业化运行先行区。上海正在打造世界级汽车产业集群，未来将依托嘉定、浦东金桥、临港新片区，加快汽车产业高质量发展，引领全球汽车产业创新变革。

除了嘉定智能网联开放道路测试区、临港智能网联综合测试示范区，奉贤区也获批并启动建设上海奉贤智能网联汽车特殊场景道路测试区。该测试区依托临港南桥科技城，将建设园区地面、超大型地下停车库、乡村道路以及环境适应性等特定场景环境下的智能网联和自动驾驶关键核心技术测试区和示范体验区。

| 注：相关资料来自论坛公开发言资料、白皮书、新闻公开资料等

来源：5G行业应用

作者：吴冬升  东南大学博士

声明：

1.本网站所有文章及图片来源于网络，如有问题请及时联系我们。

(https://hatchip.com/)

2.涉及转载的所有文章、图片、音频、视频等文件资料，版权归版权所有人所有。

3.文章内容如无意中侵犯了媒体或个人的知识产权，请联系我们立即删除。



电话：0755 82778186

地址：深圳市福田区中康路136号新一代产业园4栋10楼

邮编：518036

邮箱：hatchip@hatchip.com

版权所有©国家5G中高频器件创新中心 深圳市汇芯通信技术有限公司 ICP备案号：粤ICP备19084717号 1 (https://beian.miit.gov.cn/#/Integrated/index) 粤公网安备 44030402005592号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=44030402005592)

Hesai ND AR 01536

Case 1:24-cv-01381-PLF    Document 50-4    Filed 02/14/25    Page 136 of 287

(https://hatchip.com/)

# Development Status of Intelligent Connected Vehicle (IoV) Demonstration Zones - East China (Part 1)

Industry Analysis    2020/04/13    Source:

The National Development and Reform Commission, the Ministry of Industry and Information Technology, the National Standards Committee, the Ministry of Public Security, the Ministry of Transport and other organizations have successively issued relevant policies to promote road testing in intelligent connected (Internet of Vehicles) demonstration areas. In April 2018, the Ministry of Industry and Information

Hesai ND AR 01537

(https://hatchip.com/)

Technology, the Ministry of Public Security and the Ministry of Transport jointly issued the "Management Specifications for Road Testing of Intelligent Connected Vehicles (Trial)", which clearly stipulates the test subjects, test drivers and test vehicles, test application and review, test management, traffic violations and accident handling. The Ministry of Industry and Information Technology supports the promotion of **10 national-level intelligent connected (Internet of Vehicles) test demonstration areas**, including the National Intelligent Transportation Comprehensive Test Base (Wuxi), the National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone, the Zhejiang 5G Internet of Vehicles Application Demonstration Zone, the National Intelligent Connected Vehicle (Changsha) Test Zone, the Wuhan Intelligent Connected Vehicle Demonstration Zone, the National Intelligent Vehicle and Smart Transportation (Beijing-Hebei) Demonstration Zone, the National Intelligent Connected Vehicle Application (North) Demonstration Zone, the Guangzhou Intelligent Connected Vehicle and Smart Transportation Application Demonstration Zone, the Intelligent Vehicle Integrated System Experimental Zone (i-VISTA), and the Sino-German Cooperation Intelligent Connected Vehicle Internet of Vehicles Sichuan Test Base. In addition , **there are more than 30 city-level and enterprise-level test demonstration sites** throughout East China, Central China, North China, Northeast China, South China, Southwest China, and Northwest China, initially forming an intelligent connected vehicle field test verification system consisting of closed test areas, semi-open roads, and open roads. In addition, there are **more than 10 smart highways** carrying out intelligent connected pilot work. This series of articles will analyze and introduce the development status of intelligent connected (Internet of Vehicles) demonstration areas. It is mainly divided into East China, Central China, North China, Northeast China, South China, Southwest China, and highways.

Case 1:24-cv-01381-RLF   Document 50-4   Filed 02/14/25   Page 138 of 287

(https://hatchip.com/)

# Overall situation of the East China Intelligent Connected Vehicle (Internet of Vehicles) Demonstration Zone

The East China region includes Shanghai, Jiangsu, Zhejiang, Anhui, Fujian, and Jiangxi. In September 2019, Shanghai, Jiangsu, Zhejiang, and Anhui jointly signed the "Yangtze River Delta Region Intelligent Connected Vehicle Road Test Mutual Recognition Cooperation Agreement". Zhejiang Geely, Anhui Jianghuai, and Jiangsu Zhongzhixing were awarded the first batch of Yangtze River Delta integrated test licenses, which realized the interconnection and interoperability of Yangtze River Delta tests, effectively standardized test behaviors, strengthened coordination and cooperation among inspection agencies, and improved comprehensive testing capabilities. It promoted data sharing and mutual recognition of test results for intelligent connected vehicle road tests in the region, accelerated the technical research and development process of intelligent connected vehicles, and promoted the rapid implementation of Internet of Vehicles applications.

Overall, the intelligent connected vehicle (Internet of Vehicles) demonstration area in East China mainly includes:

**Jiangsu's National Intelligent Transportation Comprehensive Test Base (Wuxi), Nanjing's Qinhuai District/Lishui District/Jiangning District Intelligent Network Open Test Area, Suzhou Industrial Park and Xiangcheng District Intelligent Networked Vehicle Public Test Road, Changshu China Intelligent Vehicle Comprehensive Technology R&D**

DISA

Case 1:24-cv-01381-RLH    Document 52-4    Filed 02/14/25    Page 139 of 287

(https://hatchip.com/)

and Test Center, National Intelligent Transportation Test and Application Promotion Base (Changzhou, Yancheng Automobile Proving Ground, etc.;

**Shanghai's National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone, Tongji University Intelligent Connected Vehicle Test and Evaluation Base, Lingang Intelligent Connected Vehicle Comprehensive Test Demonstration Zone, etc.;**

**Zhejiang's 5G Internet of Vehicles application demonstration zones (Hangzhou Yunqi Town and Tongxiang Wuzhen), Hangzhou Yuhang District Future Science and Technology City and Xiaoshan District, Ningbo Hangzhou Bay New Area Intelligent Connected Vehicle Test Platform, Jiaxing Jiashan Industrial New City Intelligent Connected Vehicle Test Field, Huzhou Deqing Autonomous Driving and Smart Mobility Demonstration Zone, etc.;**

**Anhui's Hefei autonomous driving 5G demonstration line, Wuhu Chery Automobile V2X demonstration site, new energy and intelligent networked vehicle comprehensive testing and R&D base (Chizhou), etc.;**

**The unmanned vehicle testing base in Pingtan County, Fuzhou City, Fujian, the 5G vehicle-road collaborative autonomous driving joint experimental base in Luoyuan County, Fuzhou City, and the Xiamen BRT 5G bus station system;**

**Pilot projects for intelligent connected vehicles have been carried out in Nanchang, Shangrao, Ganzhou, Jiujiang, Yingtan, Xinyu, Jingdezhen and Ganjiang New District in Jiangxi Province.**

The number of intelligent connected vehicle (Internet of Vehicles) demonstration zones in East China leads all other regions in the country.

# 02 Jiangsu

## 1. Wuxi

Development Status of Intelligent Connected Vehicles (Internet of Vehicles) Demonstration Zones in East China (Part 1)

(https://hatchip.com/)

The National Intelligent Transportation Comprehensive Test Base (Wuxi) begin to select a small area to carry out vehicle networking communication technology verification and application scenario testing in 2017. It covers 3.7km of open roads and 6 intersections around Wuxi Taihu Expo Center, covering 9 V2I scenarios and 3 V2V scenarios.

In 2018, we built a city-level LTE-V2X vehicle networking application test and verification environment, and carried out platform construction and large-scale application verification. We renovated the roadside control and communication facilities of 240 intersections on a large scale, covering nearly 170 square kilometers of the main urban area and Taihu New City, with a total road length of 280 kilometers. We provided information services for 26 application scenarios in 12 categories, including V2I/V2V/V2P/V2N traffic light signal information push, traffic event reminders, active safety warnings, and real-time acquisition of surrounding traffic conditions. We tested and verified the priority passage service scenario for social service vehicles such as ambulances, fire trucks, and buses throughout the city. We developed about 12,000 vehicle front and rear installation users, mobile phone APP users, and industry users.



Hesai ND AR 01541

(https://hatchip.com/)

In May 2019, the General Office of the Ministry of Industry and Information Technology officials approved the support for Wuxi to create the first national-level vehicle networking pilot zone in the country. It will deploy 1 provincial highway, 1 expressway, 5 viaducts in the main urban area, and 400 intersections with roadside control and communication facilities, covering an area of 260 square kilometers. It is determined that the 6 square kilometers of key areas such as Wuxi Citizen Center and Taihu Expo Center will be the core innovation demonstration area, providing enhanced scenario services based on C-V2X openness, designing 3 centralized application test areas and multiple special test lines. Specifically, it includes forward collision warning, intersection collision warning, emergency braking warning, vehicle blind spot/lane change warning, abnormal vehicle reminder, traffic sign digitization, bus priority autonomous speed control scenario, V2X shuttle bus, etc.



From 2020 to the first half of 2021, the large-scale construction phase will begin. It is planned to complete the roadside control and communication facilities of 1,000 intersections, covering an area of 500 square kilometers. Complete the dual-mode (Uu+PC5) upgrade of all C-

(https://hatchip.com/)

V2X RSUs, carry out 5G vehicle networking verification in specific regions, and cover narrowband Internet of Things such as NB-IoT at key nodes such as bridges and roads. Carry out 5G-V2X test verification for specific scenarios such as collision warning, speed guidance, and platoon driving. Further open up data sharing, carry out large-scale V2X applications, achieve a penetration rate of more than 30%, and basically complete the construction of an urban smart transportation system based on the coordination of "people-vehicle-road-cloud".

From the second half of 2021 to the end of 2022, the full regional coverage phase will be entered. It is planned to complete the roadside control and communication facilities of 2,000 intersections, covering an area of 1,200 square kilometers. All 5G base stations will be deployed, and large-scale Internet of Vehicles will be started, with a penetration rate of more than 50%, and interactive coordination of "city-to-city" highways, expressways, and national and provincial roads will be achieved (Wuxi Xinwu District-Suzhou Xiangcheng District). Guide social capital investment in insurance, financing, travel, etc., cultivate upstream Internet of Vehicles companies, strengthen and refine the Internet of Vehicles industry ecosystem, and prepare for nationwide promotion.

As the first national-level Internet of Vehicles pilot zone in the country, Wuxi has made a lot of innovations and practices in all aspects of the development of the Internet of Vehicles industry.

① **The public security traffic management information communication data pipeline has been opened up.** The Wuxi Public Security Traffic Management Department has shared and opened up more than 40 traffic management information items. By upgrading the capabilities of the central platform, renovating the roadside control equipment, and adding RSU equipment, the communication pipeline

Hesai ND AR 01543

(https://hatchip.com/)

between the public security traffic management center platform, roadside control equipment, and the Internet of Vehicles has been opened up, covering data such as vehicles, drivers, traffic control, traffic events, traffic control, signal light color, and traffic status;

② **Improve the level of travel services** . Through vehicle-road collaboration, drivers can be provided with more accurate, real-time and proactive road condition information, and dynamic and real-time information on road conditions and road construction ahead can be obtained. Before or during travel, dynamic information such as variable lanes, tidal lanes, and variable speed limits can be obtained in the first place. Special vehicles such as buses and 120 ambulances can be given priority passage;

③ **Assisting in autonomous driving.** By pushing traffic light information, it guides the vehicle speed as an auxiliary support information for autonomous driving; when the camera on the zebra crossing detects pedestrians, it pushes the information to the vehicle immediately to make avoidance decisions in advance; it obtains information on traffic accidents and other events in advance to select the best route; when meeting or changing lanes in the blind spot at the intersection, it sends warning information to provide support for the vehicle's autonomous driving;

④**终端类型多样，应用场景丰富。**包括车企前装终端、后装车载智能终端、手机V2X-APP、互联网出行服务V2X定制版在内的多厂家、多渠道、多类型终端，适配不同类型V2X应用场合、服务对象及业务场景。

## **2. 南京**

DISA

Case 1:24-cv-01381-RLF Document 50-4 Filed 02/14/25 Page 144 of 287

南京市工业和信息化局、市公安局、市交通运输局联合发布关于印发《南京市智能网联汽车道路测试管理细则（试行）》的通知，推动南京市自动驾驶技术研发和产业应用，推动交通运输转型升级发展，规范智能网联汽车道路测试管理。

(https://hatchip.com/)

**秦淮区**将在大校机场地区和高铁南站地区，道路总长65公里，覆盖面积19.8平方公里，全面建设C-V2X通信设施，实现公共交通、环卫作业、旅游观光、工厂物流自动驾驶商业化应用。在大校机场跑道公园建设总成2.6公里，占地0.52平方公里测试基地。

**溧水区**在产业新城核心区骆家边路，全长1.62公里，5个交叉路口，建设智能网联汽车示范测试赛道，取得了i-VISTA智能网联汽车试验示范华东基地授牌，赛道除满足无人驾驶汽车测试需求外，还将与中国移动同步建设5G应用示范区，未来车辆可进行5G自动远程驾驶测试，以及增设高速公路、乡村道路、隧道、模拟雨雾天气等场景。

**江宁区**未来科技城测试道路建设高精度传感器和路侧感知设备，实时探测周边道路环境，给无人车提供周边交通环境感知数据。

## 3. 苏州

**工业园区**，11月18日，江苏省工业和信息化厅发布《关于苏州智能网联汽车公共测试道路的公告》，明确苏州工业园区内8.8公里长的智能网联汽车公共测试道路启用。该测试道路区域北至金鸡湖大道、西至星华街、南至独墅湖大道、东至长阳南街，共15个路口，面积2.2平方公里，是江苏首个实现5G全覆盖的智能网联开放式示范区。该区域按照国家车路协同战略规划要求设计，配置多模式通信路侧设备、边缘计算、管控平台等智能设备，共有14个5G基站，平均每个基站的覆盖半径为200米至300米，可以实现复杂环境下的智能网联汽车测试。

Hesai ND AR 01545

后续工业园区将全面构建基于C-V2X通信网络的城市级车路协同应用体系，分期逐步建设占地约1.9平方公里智能无轨导测试区，并部署自动驾驶小巴车、环卫车、物流车等示范应用项目。

**相城区**发布了《相城区智能网联汽车示范应用指导意见（试行）》，已通过认定的公共测试道路（一期）由相城区水景路（北天成路-太东路）、西公田路（相融路-水景路）和相融路（太东路-北天成路）构成，总长度8.4公里，共13个交叉路口，具备长直道、弯曲路、交通枢纽道路等真实城市测试车道环境，可满足自动驾驶车辆27项子测试项目和65项测试场景需求。所有交叉路口配置毫米波雷达、激光雷达以及各式监控探头等感知设备，采集数据利用5G网络150 Mbps上行带宽能力，将实时路况推送给附近车辆、云控中心以及其它终端。区域级边缘计算能力达到100万亿次/秒CPU算力与2880万亿次/秒GPU算力，同时具备50倍的备用算力，可满足L4乃至后期更高级别、更复杂路况自动驾驶路测的算力需求。

后续相城区还将继续完善新型交通基础设施，计划建设1500个5G基站，在位于高铁新城的长三角国际研发社区率先实现5G及窄带物联网全覆盖。未来两年，相城还将把测试道路覆盖到国省道和城市主次干道，满足智能驾驶企业不同测试需求。

## 4. 常熟

**中国智能车综合技术研发与测试中心**是由常熟市人民政府联合西安交通大学、中科院自动化所、长安大学和青岛智能产业技术研究院成立。服务全省和长三角地区乘用车、商用车、环卫车在城市街区道路下的智能网联测试。长度5公里，占地0.44平方公里，交叉路口15个，包括定时发车巡航、到达场站、自动紧急制动、障碍物识别、交叉路口通行、C-V2X等场景。

Hesai ND AR 01546

(https://hatchip.com/)

2019年发布《常熟市车联网（智能网联汽车）产业发展行动计划（2019-2022年）》，并组织开展系列了第一届"常熟智能车未来挑战赛"。设置城乡道路比赛和高架道路比赛两个内容。城乡道路环境赛程共设置环卫作业车辆遭遇、交通管制引导和交通拥堵等16个交通场景；高架道路环境赛程共设置作业车辆遭遇、前车落物紧急避让和施工路段处理等10个交通场景。

## 5. 常州

**推动新一代国家交通控制网（常州）试点工程。国家智能交通测试及应用推广基地（常州）建设"国家智能商用车质量监督检验中心"，** 是交通运输行业除北京通州之外的第2家汽车领域国家级检测中心，也是在智能商用车领域唯一一家国家级检测中心。检验中心已在泰兴规划建设2000亩封闭测试场，一期600亩已建成。在常州建设1平方公里半开放测试场和3平方公里开放测试场。部署V2X车载及路侧设备、可变情报板、智能信号机、环境监测等智能化设备，重点围绕公交车、物流车、危化品车三类重点营运车辆，打造智能网联汽车行业应用示范。

## 6 盐城

**中汽中心盐城汽车试验场** 打造国内一流面向行业的第三方技术服务平台，服务于汽车产品的定型试验、强检试验和研发试验，试验车型以乘用车为主，商用车为辅。占地约6300亩，是国家级机动车检测中心、工业和信息化部授权的公告检验汽车试验场、交通运输部道路运输车辆燃料消耗量检测试验场。试验道路总长60公里，包括最高车速达300km/h以上的高速环道，用于高速变向和操控体验的直径300米动态广场，满足高速直线竞速的长度为2.7km性能路，多种弯角组合的用于车辆驾驶体验&操控状态测试的干湿操控路，同时场地建设有多种附着系数的制动路、越野跑道和疲劳测试道路等。

Hesai ND AR 01547

**盐城经济技术开发区**建设车路协同自动驾驶智能化城市道路"盐城智路",一期全长约8公里,试运行路段为测试段(九华山路至骆驼山路端)—九华山路(瓯江路至湘江路段)。展现覆盖高架路、匝道、高架下辅路、十字路口等十几种复杂的车路协同自动驾驶开放道路测试环境。

(https://hatchip.com/)

## 7. 江苏综述

江苏省在推进智能网联(车联网)示范区工作上力度巨大,成果显著。《**江苏省推进车联网(智能网联汽车)产业发展行动计划(2019-2021年)**》提出,①**加快构建智能整车研发制造体系**,制定实施《汽车及零部件(含新能源汽车)先进制造业集群培育实施方案》,重点以南京、无锡、常州、苏州、盐城等为依托;②**突破重点技术瓶颈**,瞄准高级别智能单车需求,突破77GHz雷达天线、信号处理与算法芯片,加快攻关激光雷达软硬件技术,推进车规级人工智能芯片研发和商业落地,打通C-V2X端到端全产业链技术瓶颈,推动芯片、模组、车载通信单元、路侧设备、数据中心平台等产品产业化和应用;③**提升C-V2X网络覆盖水平**,力争在2021年,推动LTE-V2X网络实现在南京、无锡、苏州等重点城市基本覆盖,在高速公路及重点区域部署C-V2X网络,逐步扩大试点应用规模;④**扩大车联网用户规模**,力争到2021年,新车驾驶辅助系统(L2)搭载率达到30%以上,联网车载信息服务终端的新车装配率达到60%以上。

# 03 Shanghai

## 1. National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone

Hesai ND AR 01548

(https://hatchip.com/)

In June 2016, the closed road test area of the National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone, located at No. 2155 Yining Road, Jiading District, Shanghai, was officially opened. The closed test area (F-Zone) is based on the testing and demonstration of two key technologies: intelligent vehicles and V2X networked communications, covering four application scenarios: safety, efficiency, information, and new energy vehicles. Simulated traffic facilities such as tunnels, boulevards, refueling/charging stations, underground parking lots, crossroads, T-junctions, and roundabouts have been built in the park, which can provide test verification for more than 100 scenarios for autonomous driving, V2X networked vehicles, etc.

Located in the Science and Technology Experience Zone (E-Zone) in the Shanghai Auto Expo Park, it is an intelligent connected vehicle science and technology experience zone open to the public. It is the main platform for popularizing, experiencing and exchanging knowledge on intelligent connected vehicles, smart energy, smart transportation and smart cities. The Shanghai Auto Expo Park covers an area of 1,200 acres, including various roads, a hydrogen refueling station, an integrated photovoltaic storage and charging station and a V2G-V2H cabin. The Science and Technology Experience Zone mainly experiences autonomous driving and connected V2X, including platooning, lane keeping assist, adaptive cruise, automatic emergency braking, green wave speed guidance and other scenarios.

Hesai ND AR 01549



(https://hatchip.com/)

In January 2017, the Shanghai Municipal Commission of Economy and Information Technology issued the "Implementation Plan for the Shanghai Intelligent Connected Vehicle Industry Innovation Project", which regards the development of intelligent connected vehicles as a strategic pilot project for Shanghai's industrial transformation and upgrading. In March 2018, the "Shanghai Intelligent Connected Vehicle Road Test Management Measures (Trial)" was officially released.

In 2019, Shanghai will continue to promote the opening of public road tests on a larger scale. Jiading plans to open 47.8 kilometers of urban roads for autonomous driving tests (5.8 kilometers of national roads, 9.8 kilometers of provincial roads, 7.2 kilometers of urban main roads, 14.7 kilometers of urban secondary roads, 7.2 kilometers of urban branch roads, and 3.1 kilometers of rural roads), 4 kilometers of roads in Shanghai Auto Expo Park, and 20 kilometers of highway from Hongqiao Airport to Auto City. The test scenarios will increase from 350 to 1,580, extending the scope of activities of intelligent connected vehicles to various scenarios in life, including industrial areas, commercial areas, transportation hubs, residential areas, etc.

Hesai ND AR 01550

(https://hatchip.com/)

The Shanghai Auto City demonstration project includes ① **a closed test area, ② an open road 5G+MEC+V2X demonstration area, and ③ an open road 4G+MEC+V2X demonstration area.** The closed test area is used to develop and verify the latest technological achievements; the open road 5G+MEC+V2X demonstration area has a total length of 11.1 kilometers, providing an open road technology verification environment for intelligent connected vehicles in cities, communities, and rural roads; the open road 4G+MEC+V2X demonstration area has a total length of 56.7 kilometers, which is used to put technological achievements into commercial applications and provide safety, efficiency and other services for vehicles.

In September 2019, SAIC, BMW and Didi obtained the first batch of Shanghai demonstration application licenses.



## 2. Tongji University Intelligent Connected Vehicle Test and Evaluation Base

Hesai ND AR 01551

(https://hatchip.com/)

The 170-acre intelligent connected vehicle test base is located in the Jiading campus of Tongji University. It has been completely redesigned in terms of traffic environment, traffic participation, and information and communication elements, and is equipped with a 5G communication system. The base was jointly established by Tongji University and SAIC Motor Corporation and consists of "three zones and one ring". Among them, the "one ring" refers to the 1.3-kilometer loop design; the "three zones" are based on geographical locations. The eastern zone is mainly used for low-automation driving tests; the western zone simulates various structured roads in the city, including parking lots, straight roads, circular roads, ramps, etc.; the southern zone simulates rural roads and some off-road environments.



## 3. Lingang Intelligent Connected Vehicle Comprehensive Testing Demonstration Zone

According to the development and verification needs of autonomous driving and vehicle-road collaboration technology, the construction of the closed test area for Lingang intelligent connected vehicles is divided into two phases. The first phase uses 4.7 kilometers of roads and D08-02

Hesai ND AR 01552

9/16/24, 1:38 PM    Development Status of Intelligent Connected Vehicles (Internet of Vehicles) Demonstration Zone (Part 1) - Industry Anal…

Case 1:24-cv-01381-RLF   Document 52-4   Filed 02/14/25   Page 152 of 287

plots within 3.2 square kilometers of Lingang Science and Technology Park to build closed test roads and core test squares, and deploy roadside control and communication facilities at 9 intersections. The second phase uses the core test square as a link to expand to the 4 square kilometers area of Lingang Science and Technology Park, and the length of the test road is extended by 5-10 kilometers. Including highways, urban roads, a 500-meter-long simulated tunnel (satellite and communication signal shielding, night light and low light environment), a 500-meter-long controllable rainfall simulation road, etc.

(https://hatchip.com/)



## 4. Shanghai Overview

Shanghai provides an innovative environment for the development of the intelligent connected vehicle industry, and promotes Shanghai to become a pilot area for the demonstration and application of intelligent connected vehicles and the exploration of commercial operation. Shanghai is building a world-class automotive industry cluster. In the future, it will rely on Jiading, Pudong Jinqiao, and Lingang New Area to

Hesai ND AR 01553

9/16/24, 1:38 PM    Development Status of Intelligent Connected Vehicle Internet of Vehicles Demonstration Zone in China (Part 1) - Industry Anal…

Case 1:24-cv-01381-RLF   Document 58-4   Filed 02/14/25   Page 153 of 287

accelerate the high-quality development of the automotive industry and lead the innovation and transformation of the global automotive industry.

(https://hatchip.com/)

In addition to the Jiading Intelligent Connected Vehicle Open Road Test Zone and the Lingang Intelligent Connected Vehicle Comprehensive Test Demonstration Zone, Fengxian District has also been approved and started to build the Shanghai Fengxian Intelligent Connected Vehicle Special Scenario Road Test Zone. Relying on the Lingang Nanqiao Science and Technology City, the test zone will build intelligent connected and autonomous driving key core technology test areas and demonstration experience areas in specific scenarios such as the park ground, super-large underground parking garages, rural roads, and environmental adaptability.

| Note: The relevant information comes from forum public speeches, white papers, public news materials, etc.

Source: 5G Industry Applications

Author: Wu Dongsheng, PhD, Southeast University

statement:

1. Some articles and pictures are from the Internet. If you have any questions, please contact us in time.

2. The copyright of all reprinted articles, pictures, audio, video and other file materials belongs to the copyright owner.

3. If the content of the article inadvertently infringes upon the intellectual property rights of the media or individuals, please contact us to delete it immediately.

(https://hatchip.com/)



Tel: 0755-82778186

Address: 10th Floor, Building 4, New Generation Industrial Park, No. 136, Zhongkang Road, Futian District, Shenzhen

Zip code: 518036

Email: hatchip@hatchip.com

Copyright © National 5G Medium and High Frequency Device Innovation Center Shenzhen Huixin Communication Technology Co., Ltd. ICP Registration Number: Guangdong ICP No. 19084717-1 (https://beian.miit.gov.cn/#/Integrated/index) Guangdong Public Security Network No. 44030402005592 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=44030402005592)

Hesai ND AR 01555

[邮箱登录] | English

首页　协会概况　协会工作　统计数据　会员专区　行业政策　标准法规　电动智能　行业动态　党建专栏　社会责任

首页 > 行业政策 > 正文

# 电子信息司赴上海调研智能网联汽车产业发展情况

智能网联汽车是信息技术领域和信息化应用的重要发展方向，发展智能网联汽车是落实《中国制造2025》和国家"互联网+"行动指导意见的重要举措，对推动我国汽车产业与信息技术产业融合创新发展具有重要的意义。为深入了解我国智能网联汽车产业发展情况和存在的问题，更好地推动产业发展，工业和信息化部电子信息司组织赛迪研究院等有关机构组成调研组，由部电子信息司副司长吴胜武带队于2017年7月3—4日赴上海开展了专题调研。上海市经济和信息化委员会相关负责人员一同调研。

调研组实地调研了智能驾驶核心控制器制造商京西重工（上海）公司，了解了智能驾驶核心底盘电控技术的发展现状和发展趋势，参观了汽车底盘电子控制系统（ESP）生产车间。赴国家智能网联汽车（上海）示范区封闭测试区了解了智能驾驶系统测试验证的有关情况，听取了国家智能网联汽车（上海）试点示范区建设的工作汇报。参观了上海市有关互联网汽车企业，了解互联网汽车发展的现状和存在的问题。在汽车创新港召开了智能网联汽车电子基础座谈会，与上海市汽车整机、传感器、零部件、智能驾驶系统等企业，就智能网联汽车技术产品研发、标准制定、产业协同模式等进行了讨论交流。

近年来，工业和信息化部电子信息司组织开展了基于宽带移动互联网的智能汽车与智能交通应用示范，已在全国布局浙江省、北京市-河北省、重庆市、吉林省、湖北省首批5个试点，有力促进了电子信息、通信与汽车制造、智慧交通、城市管理等领域的协同创新和融合发展。此外，部电子信息司还对国家智能网联汽车（上海）试点示范区给予了重点支持，推动企业加强汽车电子产品的技术研发和推广应用。

友情链接　　---- 合作协会 ----　　---- 相关链接 ----　　---- 合作媒体 ----

关于我们 | 联系方式 | 服务内容 | 广告刊例 | 网站地图
Copyright©中国汽车工业协会 | 备案号: 京ICP备05030302-7 | 京公网安备 11010602104120号
地址: 北京市丰台区汽车博物馆东路德诺德中心11号楼33层 | 邮编: 100160 | E-mail:caam@caam.org.cn
电话: 010-63979900

9/16/24, 1:41 PM                    The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry

Case 1:24-cv-01381-RLE    Document 53-4    Filed 02/14/25    Page 156 of 287

[Email login] | English

front page    Association Overview    Association Work    Statistics    Members Area    Industry Policy

Standards and regulations    Electric and Intelligent    Industry News    Party Building Column    Social Responsibility

Home>  Industry Policy  >Main content

# The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry

Intelligent connected vehicles are an important development direction in the field of information technology and information technology applications. The development of intelligent connected vehicles is an important measure to implement "Made in China 2025" and the national "Internet +" action guidelines, and is of great significance to promoting the integrated innovation and development of China's automobile industry and information technology industry. In order to deeply understand the development of China's intelligent connected vehicle industry and existing problems and better promote industrial development, the Electronic Information Department of the Ministry of Industry and Information Technology organized a research team composed of relevant institutions such as CCID Research Institute. The team, led by Wu Shengwu, Deputy Director of the Electronic Information Department of the Ministry, went to Shanghai to conduct a special investigation from July 3 to 4, 2017. Relevant responsible persons of the Shanghai Municipal Economic and Information Commission also conducted the investigation.

The research team conducted on-site investigations at Jingxi Heavy Industry (Shanghai) Co., Ltd., a manufacturer of intelligent driving core controllers, to understand the development status and development trend of intelligent driving core chassis electronic control technology, and visited the production workshop of automobile chassis electronic control system (ESP). The team went to the closed test area of the National Intelligent Connected Vehicle (Shanghai) Demonstration Zone to understand the relevant situation of intelligent driving system testing and verification, and listened to the work report on the construction of the National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone. The team visited relevant Internet car companies in Shanghai to understand the current situation and existing problems of Internet car development. A symposium on the basics of intelligent networked automobile electronics was held at the Automotive Innovation Port, and discussions were held with Shanghai automobile complete machine, sensor, parts, intelligent driving system and other enterprises on the research and development of intelligent networked automobile technology products, standard setting, and industrial collaborative models.

In recent years, the Electronic Information Department of the Ministry of Industry and Information Technology has organized and carried out demonstrations of intelligent automobile and intelligent

Hesai ND AR 01557

The Electronic Information Department went to Shanghai to investigate the development of the intelligent connected vehicle industry transportation applications based on broadband mobile Internet, and has deployed the first batch of five pilot projects in Zhejiang Province, Beijing-Hebei Province, Chongqing City, Jilin Province, and Hubei Province across the country, which has effectively promoted the collaborative innovation and integrated development of electronic information, communications and automobile manufacturing, smart transportation, and urban management. In addition, the Ministry's Electronic Information Department has also given key support to the National Intelligent Networked Automobile (Shanghai) Pilot Demonstration Zone to encourage enterprises to strengthen the **techni**cal research and development and promotion and application of automotive electronic products.

Friendly Links

| ---- Cooperative Association ---- | ---- Related Links ---- | ---- Partner Media ---- |

About Us | Contact Us | Service Content | Advertisement Rules | Site Map

Copyright© China Association of Automobile Manufacturers | Registration No.: Beijing ICP No. 05030302-7 | Beijing Public Security Network No. 11010602104120

Address: 33F, Building 11, Nord Center, Auto Museum East Road, Fengtai District, Beijing | Postal Code: 100160 | E-mail: caam@caam.org.cn

Tel: 010-63979900

Hesai ND AR 01558

[邮箱登录] | English

首页　协会概况　协会工作　统计数据　会员专区　行业政策　标准法规　电动·智能　行业动态　党建专栏　社会责任

首页> 电动智能 >车联网 >控制系统 >正文

# 上海智能网联汽车规模化示范应用启动 落地嘉定

发布时间：2020-06-28　来源：中国新闻网

## 最新新闻

小马智行与四维图新达成战略合作

黑芝麻智能与睿赛德科技达成战略合作，共同打造自动驾驶基...

联合电子与零束达成战略合作

江淮与华为将在智能座舱等方面深入合作

雷诺&Arrival与意法半导体达成芯片供应协议

格芯投40亿美元扩建新加坡芯片厂 年产能将达150万片

上汽、长城、华为等纷纷加持，4D成像雷达量产元年开启

官方供图

行驶、转弯平稳，遇红灯减速缓慢，还能提前避让行人……滴滴自动驾驶车辆已经表现得像一位"老司机"。上海首批智能网联汽车27日首先在滴滴APP上开放体验服务预约，滴滴自动驾驶率先落地嘉定，标志着上海智能网联汽车规模化示范应用启动。

自去年9月，上海颁发首批智能网联汽车载人示范应用牌照后，滴滴成为首个正式启用的项目。为了保障安全，滴滴按政府要求在车上配置了安全员，随时应对突发情况，接管车辆。此外，滴滴还设立了安全护航中心，实时监控车辆行驶状况，在必要时进行远程协助。



上海智能网联汽车规模化示范应用启动 滴滴自动驾驶率先落地嘉定　官方供图

目前，根据交通法规等规定，自动驾驶车辆需保证行驶安全，在固定站点上下车。据滴滴自动驾驶相关负责人介绍，提前报名且通过了审批的用户，如果出行路线起终点都在自动驾驶运行范围内，就可以选择呼叫附近空闲自动驾驶车。

据悉，用户在滴滴APP上报名并通过审核后，可预约体验滴滴自动驾驶，乘客可经过办公区、地铁站、上海汽车会展中心等。滴滴自动驾驶负责人张博说，这是滴滴落地的首个未来城市交通出行项目，也是滴滴自动驾驶首次对公众规模化开放服务，服务融合了车路协同、自动驾驶技术、共享出行网络等多种未来出行技术和解决方案，今后仍会不断扩展到更大区域。

滴滴自动驾驶车辆如此"老司机"般的驾驶技术，实际上经历了4年多从"小路考"到"大路考"的千锤百炼。



上海智能网联汽车规模化示范应用启动 滴滴自动驾驶率先落地嘉定 官方供图

2016年6月，工信部批准建设的国内首个"国家智能网联汽车(上海)试点示范区"封闭测试区在嘉定上海国际汽车城正式运营，开展智能网联汽车测试验证和智慧交通示范。

在这里，智能网联汽车上过陡坡、驶过隧道，感受过砖石、土路和草地等不同路况，也经受过雨雪、高温、大风等考验，并在不同场景下"练习"与红绿灯、路侧智能通讯设备等的实时通信。4年来，测试区已累计为近百家国内外企业提供超过1300天次、10000小时测试服务。

2018年3月1日，上海发放首批智能网联汽车开放道路测试牌照，让"小路考"的优异者驶出封闭测试区，来到车来车往的开放道路接受"大路考"。

截至目前，嘉定可用于智能网联汽车测试的开放道路已达到53.6公里，覆盖面积65平方公里，涉及不同类型与等级道路，测试场景达到1580个，并将智能网联汽车的活动范围延伸至工业区、商业区、交通枢纽、住宅区等生活中的各个场景。测试区内还建立了国内首个智能驾驶全息场景库，已积累2000例交通事故深度调查数据，完成二十余类场景提取。





关注我们
官方微信号：CAAM-1987



Hesai ND AR 01559

此外，自动驾驶车辆能够率先跑上嘉定街头，也离不开嘉定在"新基建"领域的抢先布局。在53.6公里的开放测试道路上，5G信号已经实现了全覆盖，高精度地图采集完毕，同时建设了V2X车路协同应用系统、全息道路感知系统、安全监管监控平台、路侧智能终端等一批服务于智能交通的基础设施，全面支撑智能网联汽车向示范应用、商业化运营大步迈进。

在滴滴成功"试水"的同时，目前上海共有包括上汽、宝马在内的20家车企获得了78张智能网联汽车测试牌照，先途智能、新石器等一批智能网联专用车，已在特定区域内实现无人清扫、移动无人零售、无人配送等一系列功能，AUTOX、小马智行等自动驾驶公司也将陆续推出自动驾驶示范项目。

目前嘉定区域内已经集聚了90余家智能网联汽车相关企业，包括大陆、舍弗勒、法雷奥等外资零部件企业以及地平线、欧菲光、滴滴等国内零部件、出行服务领域企业。同时，全球首个5G智慧交通示范区和国家级智能网联汽车云控平台有序推进，加快实现智能网联汽车规模化示范运营。

"可以说，智能网联汽车的产业生态圈，正在嘉定加快完善。"嘉定区委常委、统战部长，嘉定区世界级汽车产业中心建设领导小组常务副组长陆祖芳表示，"嘉定将继续为智能网联汽车示范应用及商业化试运营做好支撑保障，不断完善示范应用环境，尽快实现百辆级高度自动驾驶车辆在常态应用场景下的示范运营。"

---

友情链接    | ---- 合作协会 ---- | ---- 相关链接 ---- | ---- 合作媒体 ---- |

关于我们 | 联系方式 | 服务内容 | 广告刊例 | 网站地图

Copyright© 中国汽车工业协会 | 备案号：京ICP备05030302-7 | 京公网安备 11010602104120号

地址：北京市丰台区汽车博物馆东路诺德中心11号楼33层 | 邮编：100160 | E-mail:caam@caam.org.cn

电话：010-63979900

DISA

[Email login] | English

front page    Association Overview    Association Work    Statistics    Members Area    Industry Policy

Standards and regulations    Electric and Intelligent    Industry News    Party Building Column    Social Responsibility

Home> Electric intelligence >Internet of Vehicles >Control System >Main content

# Shanghai's large-scale demonstration application of intelligent connected vehicles was launched in Jiading

Release time:2020-06-28  source:China News Network



Official photo

Driving and turning smoothly, slowing down at red lights, and avoiding pedestrians in advance... Didi's self-driving vehicles have performed like "experienced drivers". On the 27th, the first batch of Shanghai's intelligent networked vehicles opened for experience service reservations on the Didi APP. Didi's self-driving was the first to land in Jiading, marking the start of large-scale demonstration applications of Shanghai's intelligent networked vehicles.

Since Shanghai issued the first batch of intelligent connected car manned demonstration application licenses in September last year, Didi became the first project to be officially launched. In order to ensure safety, Didi has deployed safety officers on the car in accordance with government requirements to respond to emergencies and take over the vehicle at any time. In addition, Didi has also set up a safety escort center to monitor the driving status of the vehicle in real time and provide remote assistance when necessary.



Shanghai launches large-scale demonstration application of intelligent connected vehicles. Didi's autonomous driving is the first to land in Jiading. Official photo

At present, according to traffic regulations and other provisions, self-driving vehicles must ensure driving safety and get on and off at fixed stops. According to the relevant person in charge of Didi's self-driving, users who have registered in advance and passed the approval can choose to call a nearby idle self-driving car if the starting and ending points of their travel routes are within the range of self-driving operation.

It is reported that after users sign up on the Didi APP and pass the review, they can make an appointment to experience Didi's autonomous driving. Passengers can pass through office areas, subway stations, Shanghai Automobile Exhibition Center, etc. Zhang Bo, the person in charge of Didi's autonomous driving, said that this is Didi's first future urban transportation project and the first time that Didi's autonomous driving service has been opened to the public on a large scale. The service integrates a variety of future travel technologies and solutions such as vehicle-road collaboration, autonomous driving technology, and shared travel networks, and will continue to expand to larger areas in the future.

Didi's self-driving vehicles have such "veteran" driving skills, which have actually gone through more than four years of tempering from "small road tests" to "big road tests".

Hesai ND AR 01561

## Latest News

Pony.ai and NavInfo reach strategic cooperation

Black Sesame Intelligence and Ruiside Technology have...

United Electronics and Zero Beam reach strategic...

JAC and Huawei will deepen cooperation in areas such as...

Renault & Arrival reach chip supply agreement with...

GlobalFoundries invests $4 billion to expand Singapore...

SAIC, Great Wall, Huawei and others have joined in, and t...






关注我们
官方微信号: CAAM-1987



Shanghai launches large-scale demonstration application of intelligent connected vehicles. Didi's autonomous driving is the first to land in Jiading. Official photo provided

In June 2016, the first closed test area in China, the "National Intelligent Connected Vehicle (Shanghai) Pilot Demonstration Zone", approved by the Ministry of Industry and Information Technology, was officially put into operation in Jiading Shanghai International Automobile City, carrying out intelligent connected vehicle testing and verification and smart transportation demonstration.

Here, intelligent connected cars have gone up steep slopes, through tunnels, experienced different road conditions such as bricks and stones, dirt roads and grass, and have also been tested by rain, snow, high temperatures and strong winds, and have "practiced" real-time communication with traffic lights, roadside intelligent communication equipment, etc. in different scenarios. Over the past four years, the test area has provided more than 1,300 days and 10,000 hours of testing services to nearly 100 domestic and foreign companies.

On March 1, 2018, Shanghai issued the first batch of open road test licenses for intelligent connected vehicles, allowing those who excelled in the "small road test" to drive out of the closed test area and onto open roads with heavy traffic to take the "big road test."

So far, Jiading has 53.6 kilometers of open roads available for testing intelligent connected vehicles, covering an area of 65 square kilometers, involving different types and grades of roads, and 1,580 test scenarios, extending the activity range of intelligent connected vehicles to various scenes in life such as industrial areas, commercial areas, transportation hubs, and residential areas. The first intelligent driving holographic scene library in China has also been established in the test area, which has accumulated in-depth investigation data on 2,000 traffic accidents and completed the extraction of more than 20 types of scenes.

In addition, the fact that self-driving vehicles can be the first to run on the streets of Jiading is also inseparable from Jiading's preemptive layout in the field of "new infrastructure". On the 53.6-kilometer open test road, 5G signals have achieved full coverage, high-precision map collection has been completed, and a number of infrastructure serving intelligent transportation, such as V2X vehicle-road collaborative application system, holographic road perception system, safety supervision and monitoring platform, and roadside intelligent terminals, have been built to fully support the intelligent networked vehicles to move forward towards demonstration application and commercial operation.

While Didi has successfully "tested the waters", a total of 20 car companies in Shanghai, including SAIC and BMW, have obtained 78 smart connected vehicle test licenses. A number of smart connected special-purpose vehicles such as Xiantu Intelligent and Xinshiqi have realized a series of functions such as unmanned cleaning, mobile unmanned retail, and unmanned delivery in specific areas. Autonomous driving companies such as AUTOX and Pony.ai will also launch autonomous driving demonstration projects one after another.

At present, more than 90 intelligent connected vehicle-related enterprises have gathered in Jiading, including foreign auto parts enterprises such as Continental, Schaeffler, and Valeo, as well as domestic auto parts and travel service enterprises such as Horizon, O-Film, and Didi. At the same time, the world's first 5G smart transportation demonstration zone and the national intelligent connected vehicle cloud control platform are being promoted in an orderly manner, accelerating the realization of large-scale demonstration operations of intelligent connected vehicles.

"It can be said that the industrial ecosystem of intelligent connected vehicles is being improved rapidly in Jiading," said Lu Zufang, member of the Standing Committee of the Jiading District Committee, Minister of the United Front Work Department, and Executive Deputy Leader of the Leading Group for the Construction of a World-Class Automotive Industry Center in Jiading District. "Jiading will continue to provide support and guarantee for the demonstration application and commercial trial operation of intelligent connected vehicles, continuously improve the demonstration application

Hesai ND AR 01562

environment, and realize the demonstration operation of hundreds of highly automated
driving vehicles in normal application scenarios as soon as possible."

Friendly Links   [ ---- Cooperative Association  - ]  [ ---- Related Links ---- ]  [ ---- Partner Media ---- ]

About Us | Contact Us | Service Content | Advertisement Rules | Site Map

Copyright© China Association of Automobile Manufacturers | Registration No.: Beijing ICP No. 05030302-7 | Beijing Public Security Network No. 11010602104120

Address: 33F, Building 11, Nord Center, Auto Museum East Road, Fengtai District, Beijing | Postal Code: 100160 | E-mail: caam@caam.org.cn

Tel: 010-63979900

Hesai ND AR 01563

🔒 登录　👤 注册 (https://puac.sacinfo.org.cn/uac/registerv2/register-individual.do?registerServer=http://std.samr.gov.cn/)

 全国标准信息公共服务平台 (https://std.samr.gov.cn/)

## TC114 全国汽车标准化技术委员会

全国标准化技术委员会

　　全国汽车标准化技术委员会编号TC114，由工业和信息化部 (https://std.samr.gov.cn/search/orgOthers?q=%E5%B7%A5%E4%B8%9A%E5%92%8C%E4%BF%A1%E6%81%AF%E5%8C%96%E9%83%A8)筹建及进行业务指导。

　　本届届号第5届，现任秘书长安铁成。

　　负责专业范围为负责全国载货汽车、越野汽车、自卸汽车、牵引汽车、专用汽车、客车、轿车及汽车列车（包括半挂车和全挂车）、摩托车和电动汽车和名词术语、产品分类、技术要求、试验方法等专业领域标准化工作。

| 目录 | 1 基础信息 | 5 相关国标计划 |
|---|---|---|
| | 2 秘书处信息 | 6 相关国家标准 |
| | 3 本届委员 | 7 相关的标准解读视频课程 |
| | 4 下设分委会（SC） | 8 相关行业标准 |

## 基础信息

| | |
|---|---|
| 委员会全称 | 全国汽车标准化技术委员会 |
| 英文全称 | Road Vehicles |
| 委员会简称 | 汽车 |
| 委员会编号 | TC114 |
| 负责专业范围 | 负责全国载货汽车、越野汽车、自卸汽车、牵引汽车、专用汽车、客车、轿车及汽车列车（包括半挂车和全挂车）、摩托车和电动汽车和名词术语、产品分类、技术要求、试验方法等专业领域标准化工作 |
| 本届届号 | 第 5 届 |
| 筹建单位 | 工业和信息化部 |

Hesai ND AR 01564

DISA

业务指导单位    工业和信息化部

对口/相关联国…  IEC/TC69,ISO/TC22

## 秘书处信息

现任秘书长      安铁成

秘书处所在单位  中国汽车技术研究中心有限公司

所在省（市）    天津市

通讯地址        天津市先锋东路68号

邮编            300300

联系人          李维菁

电话            022-84379292

邮箱            lwj1617@163.com

传真            022-24375353

## 本届委员

👤 陈化荣                    👤 陈卫强

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=C3DCCC2F91F56CC778D98EF33B9A86B6  id=714F7CED58FB3B1DD50066C07)

👤 曹飞                      👤 吴炜

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=ADAB349C082920F1C05DCBC6E6F5EF269  id=069891106E268F61C4097FE37)

👤 杨志刚                    👤 应朝阳

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=929AC7D7330F5051DCBA2315169BE0E40  id=41B70004C9F25067F09C280F5A)

👤 芦勇                      👤 习纲

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=D8E03DD5297DB7E472F0868EA57CFFED7  id=C88CFF8EEEA152F9130448B58)

👤 张龙                      👤 王卫明

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=5A7990219BF7969AC743D285AEC404073  id=871DF27D3EBD66F6F2BD22E8B5)

👤 张玉江                    👤 赵策

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=DE0FEAF3D934D36BED9F41AC6B6269EAE  id=BC94B1D7654260626D5A72CB)

👤 周华                      👤 周炜

(https://std.samr.gov.cn/search/personDetailed?  (https://std.samr.gov.cn/search/personDetailed?
id=3C06632CC99220CA8883D31255B90DB43  id=8CADB1C7801DBA609F2D4846C)

DISA
Hesai ND AR 01565

👤 祖文东　　　👤 阚文娟

(https://std.samr.gov.cn/search/personDetailed?id=D82C43991BB6E7449E6EF520 (https://std.samr.gov.cn/search/personDetailed?id=D30F9CE5F5158817A2DE2817366314FF4F)

👤 李普明　　　👤 李淑英

(https://std.samr.gov.cn/search/personDetailed?id=12748BE26CE3D57FD6BF3F6C (https://std.samr.gov.cn/search/personDetailed?id=CB4B3A8533E5E0AD53214AABDE2C7332AB4)

👤 李研　　　👤 廉玉波

(https://std.samr.gov.cn/search/personDetailed?id=41AF6EBE82944ABF7C12D914 (https://std.samr.gov.cn/search/personDetailed?id=9C28C0A04195D63C333EE52C66B4CAC1D5E)

👤 卢晓　　　👤 陆春明

(https://std.samr.gov.cn/search/personDetailed?id=BD9C8A79E42FBA147C59D0F2 (https://std.samr.gov.cn/search/personDetailed?id=E479FB0925 5B8E6D19955625F9F3400BC70)

👤 秦克印　　　👤 阮廷勇

(https://std.samr.gov.cn/search/personDetailed?id=998DCF37A94CE27C5A8E6416 (https://std.samr.gov.cn/search/personDetailed?id=3FE2E594A52571285F5B9865311227D085)

👤 陶吉　　　👤 万蕾

(https://std.samr.gov.cn/search/personDetailed?id=5712C3C82A5F72D12F33E5C968 (https://std.samr.gov.cn/search/personDetailed?id=34AB8B3B188B398D2884440ECFCBAB000)

👤 王青　　　👤 王艳青

(https://std.samr.gov.cn/search/personDetailed?id=5382DF1C4F25E9F548925180D (https://std.samr.gov.cn/search/personDetailed?id=EDB0CB7269216C7892858C7B9230569577)

👤 吴凯　　　👤 丁惟云

(https://std.samr.gov.cn/search/personDetailed?id=0C85E40CE40C018F5F3574F206 (https://std.samr.gov.cn/search/personDetailed?id=C7EE32B63F301CAD36F39123D85CB7D8AE)

👤 傅直全　　　👤 付炳锋

(https://std.samr.gov.cn/search/personDetailed?id=8E7C6203407AAC77C4DF12F7A (https://std.samr.gov.cn/search/personDetailed?id=86611DF4B00A93EF550CE23F7029563BA0D)

👤 高莹　　　👤 顾紫明

(https://std.samr.gov.cn/search/personDetailed?id=CA84C0D216D2377C4BF28152F (https://std.samr.gov.cn/search/personDetailed?id=E8624D292053D6B4133D43971631B7220F)

👤 何涛　　　👤 侯福建

(https://std.samr.gov.cn/search/personDetailed?id=4EA9DE041D0E00C641ADF4Aid (https://std.samr.gov.cn/search/personDetailed?id=2DA3FGE269376935272C8E3435A9983C2)

👤 黄伟中　　　👤 蒋学锋

(https://std.samr.gov.cn/search/personDetailed?id=160358B37BB25AD4C62E205E3 (https://std.samr.gov.cn/search/personDetailed?id=C8D78E9668F05FF045BEC608882164F9E8)

Hesai ND AR 01566

DISA

👤 安铁成  👤 曹斌

(https://std.samr.gov.cn/search/personDetailed?id=E61040345A39557C5B1BC10B49D54FED8B22138DAF91AA1D7699ED80318)

👤 徐清魁  👤 续合元

(https://std.samr.gov.cn/search/personDetailed?id=B2E786C62CEC19DB4151752C4B3054FF34F543DA052A5A1B2F5AF513DB5)

👤 应臻恺  👤 王新

(https://std.samr.gov.cn/search/personDetailed?id=7570822BE98A902F6613B5743098BF1D725A5B4C6496C5BC6F026DCE9E4)

👤 刘宇鹏  👤 康国旺

(https://std.samr.gov.cn/search/personDetailed?id=52333E68EACA1BFF4CEB62DBEC0765EEF5C040F5B9F17600E9E143847D)

👤 王兆  👤 张法涛

(https://std.samr.gov.cn/search/personDetailed?id=B6E39601AAA01E71580EDC4434028ACBFB39DF216B7873C083B03EB4E51)

👤 赵珩  👤 郑贺悦

(https://std.samr.gov.cn/search/personDetailed?id=7B5F670A8725B1D55F00CE367EB3AB73F1DAA146A22C0743E1F4F43FC98)

👤 朱义  👤 邹渊

(https://std.samr.gov.cn/search/personDetailed?id=5FDCA980EF1EC8590EBEE8E7E296A2002AB630FF4789BED97B6C5A6E3)

👤 李俊刚  👤 李克强

(https://std.samr.gov.cn/search/personDetailed?id=D764ED08D7BC9F6E960574E8F7EE42BB9ED15746F3B48AB2A70E1B56E)

👤 李书利  👤 李晓甫

(https://std.samr.gov.cn/search/personDetailed?id=D0378312B4CA53A2BD18E7757F3E8F6961E2D30BE4B00DE4A9847BD0A)

👤 林铁坚  👤 刘斌

(https://std.samr.gov.cn/search/personDetailed?id=5DD17B31358D0F76B24E0DBEE94625BD6603134C6E72F3DB42553FC258)

👤 马春生  👤 庞松

(https://std.samr.gov.cn/search/personDetailed?id=7978EE905E6BE62DBB49A42C82F28F02E50AEA59B86CA45C6F8591B36A7)

👤 沈剑平  👤 宋英杰

(https://std.samr.gov.cn/search/personDetailed?id=776721B5AF795BB9D0714D940DA6EB5712EAB575955C2C8CE9787ABCD)

Hesai ND AR 01567

DISA

👤 万鑫铭 👤 王开宇

(https://std.samr.gov.cn/search/personDetailed?id=9BA78767751CCB10321D04EB3F700F3E33701AF91F4EAA9F35) (https://std.samr.gov.cn/search/personDetailed?id=3C0F9E363D1C6EF03701AF91F4EAA9F35)

👤 王永炜 👤 王志坚

(https://std.samr.gov.cn/search/personDetailed?id=3119C5B7683FBCA90A1A11A80C537EDB8) (https://std.samr.gov.cn/search/personDetailed?id=E5972D8258AF71FC96790F1F03A797CF5)

👤 段保民 👤 冯硕

(https://std.samr.gov.cn/search/personDetailed?id=CA4DF5900D9401D25223BE8E96593EB73) (https://std.samr.gov.cn/search/personDetailed?id=E5673B973AD72DEEE81E115D238352C566)

👤 高戈 👤 高新华

(https://std.samr.gov.cn/search/personDetailed?id=B30AF93AB0ADBE5F696405A6A5DB2D360) (https://std.samr.gov.cn/search/personDetailed?id=6A5DB2D360C39C78D19E54A24D7F64E351)

👤 关乔 👤 郝景贤

(https://std.samr.gov.cn/search/personDetailed?id=7220D99CC16D0FCEB421C6282188C202A) (https://std.samr.gov.cn/search/personDetailed?id=188C202A99EDC341681B091775304DAF2)

👤 侯福深 👤 侯纪伟

(https://std.samr.gov.cn/search/personDetailed?id=C8951F4E3605D5BF8300DDBDD5783BBBF) (https://std.samr.gov.cn/search/personDetailed?id=D5783BBBFDD097FB02D6A4D41338E70989)

👤 李兵

(https://std.samr.gov.cn/search/personDetailed?id=97C9C4DD44BC083AC92F6A1C4D3D737D)

## 下设分委会（SC）

| # | 委员会编号 | 委员会名称 | 专业领域 | 成立年代 |
|---|---|---|---|---|
| 1 | (https://std.s... | 摩托车 | 负责全国摩托车的名词、术语、产品型号编制规则、零… | 1989年 |
| 2 | (https://std.s... | 车轮 | 负责全国车轮、轮辋、轮辐、汽车车轮的术语、代号、… | 1989年 |
| 3 | (https://std.s... | 基础 | 负责全国汽车行业基础件及基础要素等专业领域标准化… | 1989年 |
| 4 | (https://std.s... | 非金属制品 | 负责全国汽车用非金属制品等专业领域标准化工作 | 1989年 |
| 5 | (https://std.s... | 专用汽车 | 负责全国专用汽车（包括厢式车、罐式车、垃圾车、特… | 1989年 |
| 6 | (https://std.s... | 仪表 | 负责全国汽车用车速里程表、转速表、压力表、燃油表… | 1988年 |
| 7 | (https://std.s... | 安全玻璃 | 负责全国汽车用安全玻璃类别、技术要求及性能试验方… | 1989年 |
| 8 | (https://std.s... | 车辆动力学 | 负责全国车辆动力学方面的（包括操纵稳定性、行驶平… | 1989年 |
| 9 | (https://std.s... | 制动 | 负责全国汽车制动器、制动缸、制动泵、真空助力器、… | 1989年 |
| 10 | (https://std.s... | 挂车 | 负责全国挂车及汽车列车的连接尺寸及连接件的技术要… | |

Hesai ND AR 01568

DISA

显示第 1 到第 10 条记录, 总共 29 条记录 每页显示 10▲ 条记录 ‹ 1 2 3 ›

## 相关国标计划

| # | 计划号 | 项目名称 | 制修订 | 计划下达日期 | 项目状态 |
|---|--------|----------|--------|--------------|----------|
| 1 | 20242720-T-339 (ht… | 道路车辆 智能网联汽车感知功… | 制定 | 2024-08-23 | 正在起草 |
| 2 | 20242721-T-339 (ht… | 道路车辆 智能网联汽车感知功… | 制定 | 2024-08-23 | 正在起草 |
| 3 | 20242323-T-339 (ht… | 道路车辆 3.5t以下挂车用安全链 | 制定 | 2024-07-25 | 正在起草 |
| 4 | 20242282-T-339 (ht… | 混合动力汽车用双电层电容器电… | 制定 | 2024-07-25 | 正在起草 |
| 5 | 20242346-Z-339 (ht… | 燃料电池电动摩托车和燃料电池… | 制定 | 2024-07-25 | 正在起草 |
| 6 | 20242297-Z-339 (ht… | 燃料电池电动摩托车和燃料电池… | 制定 | 2024-07-25 | 正在起草 |
| 7 | 20242390-T-339 (ht… | 电动摩托车和电动轻便摩托车换… | 制定 | 2024-07-25 | 正在起草 |
| 8 | 20242144-T-339 (ht… | 汽车用智能变色玻璃 第1部分：… | 制定 | 2024-06-28 | 正在征求意见 |
| 9 | 20242146-T-339 (ht… | 车载显示用盖板玻璃 | 制定 | 2024-06-28 | 正在征求意见 |
| 10 | 20242041-T-339 (ht… | 车用氢燃料发动机用喷氢器 | 制定 | 2024-06-28 | 正在起草 |

显示第 1 到第 10 条记录, 总共 246 条记录 每页显示 10▲ 条记录 ‹ 1 2 3 4 5 … 25 ›

## 相关国家标准

| # | 标准号 | 标准中文名称 | 发布日期 | 实施日期 | 标准状态 |
|---|--------|--------------|----------|----------|----------|
| 1 | GB 4599-2024 (http… | 汽车道路照明装置及系统 | 2024-09-29 | 2025-07-01 | 即将实施 |
| 2 | GB 5920-2024 (http… | 汽车和挂车光信号装置及系统 | 2024-09-29 | 2025-07-01 | 即将实施 |
| 3 | GB 11564-2024 (htt… | 机动车回复反射装置 | 2024-09-29 | 2025-07-01 | 即将实施 |
| 4 | GB 14166-2024 (htt… | 机动车乘员用安全带和约束装置 | 2024-09-29 | 2025-07-01 | 即将实施 |
| 5 | GB 14167-2024 (htt… | 机动车乘员用安全带和约束系统… | 2024-09-29 | 2025-07-01 | 即将实施 |
| 6 | GB 15740-2024 (htt… | 汽车防盗装置 | 2024-09-29 | 2026-01-01 | 即将实施 |

Hesai ND AR 01569

DISA

| # | 标准号 | 标准中文名称 | 发布日期 | 实施日期 | 标准状态 |
|---|--------|--------------|----------|----------|----------|
| 7 | GB 17353-2024 (htt… | 摩托车和轻便摩托车防盗装置 | 2024-09-29 | 2026-01-01 | 即将实施 |
| 8 | GB 27887-2024 (htt… | 机动车儿童乘员用约束系统 | 2024-09-29 | 2025-07-01 | 即将实施 |
| 9 | GB 30510-2024 (htt… | 重型商用车辆燃料消耗量限值 | 2024-09-29 | 2025-07-01 | 即将实施 |
| 10 | GB/T 44644.1-2024… | 道路车辆 50Ω阻抗射频连接系… | 2024-09-29 | 2025-04-01 | 即将实施 |

显示第 1 到第 10 条记录，总共 927 条记录 每页显示 10 ▲ 条记录    ‹ 1 2 3 4 5 … 93 ›

## ▌ 相关的标准解读视频课程

𝒮 GB/T 5137.1-2020《汽车安全玻璃试验方法 第1部分：力学性能试验》国家标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b5590e8e009a)

𝒮 GB/T 38185-2019《商用车电子稳定性控制系统性能要求及试验方法》国家标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b56c34fc009d)

𝒮 GB/T 38186-2019《商用车辆自动紧急制动系统（AEBS）性能要求及试验方法》国家标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b59b7b6001d6)

𝒮 GB 18384-2020 《电动汽车安全要求》国家标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b693aaa201ef)

𝒮 GB 38031-2020《电动汽车用动力蓄电池安全要求》国家标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b696614201f2)

𝒮 GB 38032-2020《电动客车安全要求》国家标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b69da4a601f8)

𝒮 GB 27999-2019《乘用车燃料消耗量评价方法及指标》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87172cbeab0017302dc059e07b1)

𝒮 GB/T 35360-2017《汽车转向系统术语和定义》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87172cbeab0017307eed1980b06)

𝒮 GB/T 36126-2018《汽车用液化天然气加气机》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa3e86f70327)

𝒮 GB/T 37337-2019《汽车侧面柱碰撞的乘员保护》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa450039032e)

𝒮 GB/T 36282-2018《电动汽车用驱动电机系统电磁兼容性要求和试验方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa8687cc0370)

𝒮 GB/T 34598-2017《插电式混合动力电动商用车 技术条件》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa7f36f1035f)

𝒮 GB/T 36123-2018《燃气汽车泄漏报警装置技术要求》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa36d0290320)

Hesai ND AR 01570

⌗ GB/T 34657.2-2017《电动汽车传导充电互操作性测试规范 第2部分：车辆》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa8367bf0367)

⌗ GB/T 24158-2018《电动摩托车和电动轻便摩托车通用技术条件》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fac20ba903ae)

⌗ GB 16897-2022《制动软管的结构、性能要求及试验方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87182fbdf7301832108a05301bc)

⌗ GB/Z 41599-2022《车辆总质量监测》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87183cf8eba0183f32a94fd01ee)

⌗ GB/T 34585-2017《纯电动货车 技术条件》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa7a70880358)

⌗ GB/T 34013-2017《电动汽车用动力蓄电池产品规格尺寸》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa73534a0349)

⌗ GB/T 34014-2017《汽车动力蓄电池编码规则》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa771bb60351)

⌗ GB/T 36883-2018《液化天然气汽车技术条件》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175faa7e7dc0389)

⌗ GB/T 18954-2017《摩托车和轻便摩托车底盘测功机行驶阻力的设定方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fab052db0391)

⌗ GB/T 24156-2018《电动摩托车和电动轻便摩托车 动力性能 试验方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fab91fb8039b)

⌗ GB 19239-2022《燃气汽车燃气系统安装规范》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87182fbdf7301837d7b08f6046f)

⌗ GB/T 41601-2022《旅居车辆 安全通风要求》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87183f9d9dc018416e7797f00ff)

⌗ GB/T 18363—2017《汽车用压缩天然气加气口》标准解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae401761d07353505b4)

⌗ GB/T 18386-2017《电动汽车 能量消耗率和续驶里程 试验方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa595a920336)

⌗ GB/T 37133-2018《电动汽车用高压大电流线束和连接器技术要求》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa8dc3730378)

⌗ GB/T 37153-2018《电动汽车低速提示音》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa9c4b430380)

⌗ GB/T 24157-2017《电动摩托车和电动轻便摩托车续驶里程及残电指示试验方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fabef03e03a4)

⌗ GB/T 33438-2016《摩托车和轻便摩托车碰撞乘员防护试验方法》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fac4f44203b6)

⌗ GB/T 36672-2018《电动摩托车和电动轻便摩托车用锂离子电池》解读 (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fac98bed03c0)

Hesai ND AR 01571

DISA

GB/T 37338-2019《电动摩托车和电动轻便摩托车用仪表》解读 (http://cc.sacinfo.org.cn/course?
id=8a6dd87174d2dae40175facd526603c7)

## 相关行业标准

搜索

| # | 标准号 | 标准名称 | 所属行业 | 发布日期 | 实施日期 | 标准状态 |
|---|--------|----------|----------|----------|----------|----------|
| 1 | QC/T 1152-2021 (ht… | 电动摩托车和… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 2 | QC/T 271-2021 (htt… | 微型货车防雨… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 3 | QC/T 62-2021 (http… | 摩托车和轻便… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 4 | QC/T 1153-2021 (ht… | 汽车紧固连接… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 5 | QC/T 1154-2021 (ht… | 汽车微电机用… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 6 | QC/T 1155-2021 (ht… | 汽车用USB功… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 7 | QC/T 550-2021 (htt… | 汽车用蜂鸣器 | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 8 | QC/T 942-2021 (htt… | 汽车材料中六… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 9 | QC/T 1156-2021 (ht… | 车用动力电池… | 汽车 | 2021-08-21 | 2022-02-01 | 现行 |
| 10 | QC/T 1149-2021 (ht… | 大件运输专用… | 汽车 | 2021-05-17 | 2021-10-01 | 现行 |

显示第 1 到第 10 条记录, 总共 566 条记录 每页显示 10 ▲ 条记录    ‹ 1 2 3 4 5 … 57 ›

### 版权所有 侵权必究

主管：国家市场监督管理总局 国家标准化管理委员会
主办：国家市场监督管理总局国家标准技术审评中心
技术支持：北京中标赛宇科技有限公司
支持电话：010-82261036
备案号：京ICP备18022388号-1 (https://beian.miit.gov.cn/)

### 重要网站链接

国家市场监督管理总局 (http://www.samr.gov.cn/)
国家标准化管理委员会 (http://www.sac.gov.cn/)
国家市场监督管理总局国家标准技术审评中心
(http://ncse.ac.cn/)



 (https://bszs.conac.cn/sitename?

method=show&id=A1B86006AA736CD2E05310291AA



全国标准信息公共服务平台
National public service platform for standards information

front page   National   Industry   Local   Group   Enterprise   International   Foreign   Demonstra   Technical

## TC114 National Technical Committee for Automobile Standardization

`National Technical Committee for Standardization`

The National Technical Committee for Automobile Standardization is numbered TC114 and is organized and guided by the Ministry of Industry and Information Technology .
(https://std.samr.gov.cn/search/orgOthers?
q=%E5%B7%A5%E4%B8%9A%E5%92%8C%E4%BF%A1%E6%81%AF%E5%8C%96%E9%83%A8)

This is the 5th term, and the current Secretary-General is An Tiecheng.

The responsible professional scope includes national standardization of professional fields such as trucks, off-road vehicles, dump trucks, tractor trucks, special-purpose vehicles, buses, cars and trains (including semi-trailers and full trailers), motorcycles and electric vehicles, as well as terminology, product classification, technical requirements, and test methods.

### Table

| | |
|---|---|
| 1 basic information | 5 Related national standard plans |
| 2 Secretariat Information | 6 Relevant national standards |
| 3 Current Members | 7 Related standard interpretation video courses |
| 4 Subcommittee (SC) | 8 Related industry standards |

Hesai ND AR 01573

## basic information

| | |
|---|---|
| **Full name of t...** | National Automobile Standardization Technical Committee |
| **English full na...** | Road Vehicles |
| **Committee Ab...** | car |
| **Committee No.** | TC114 |
| **Responsible p...** | Responsible for the national standardization of professional fields such as trucks, off-road vehicles, dump trucks, tractors, special vehicles, buses, cars and trains (including semi-trailers and full trailers), motorcycles and electric vehicles, as well as terminology, product classification, technical requirements, test methods, etc. |
| **This session ...** | The 5th |
| **Preparatory Unit** | Ministry of Industry and Information Technology |
| **Business Gui...** | Ministry of Industry and Information Technology |
| **Counterpart/R...** | IEC/TC22,ISO/TC22 |

## Secretariat Information

| | |
|---|---|
| **Current Secre...** | An Tiecheng |
| **Secretariat Unit** | China Automotive Technology and Research Center Co., Ltd. |
| **Province (City)** | Tianjin |
| **mailing address** | No. 68, Xianfeng East Road, Tianjin |
| **post code** | 300300 |
| **Contact** | Li Weijing |
| **Telephone** | 022-84379292 |
| **Mail** | lwj1617@163.com |
| **fax** | 022-24375353 |

## Current Members

👤 Hou Fushen
(https://std.samr.gov.cn/search/personDetailed?id=C8951F4E3605D5BF8300DDB2C538FBBF)

👤 Hou Jiwei
(https://std.samr.gov.cn/search/personDetailed?id=DD097FB02D6A4D41338E70989)

👤 Li Bing
(https://std samr gov cn/search/personDetailed?id=97C9C4DD44BC083AC92F6A164EGD7033)

👤 An Tiecheng
(https://std.samr.gov.cn/search/personDetailed?id=5A39557C5B1BC10B43D5F5FA)

👤 Chen Huarong　　👤 Chen Weiqiang

(https://std.samr.cn/search/personDetailed?id=C3DCCC2F91F56CC778D98EC83B5A5C8C07) (https://std.samr.cn/search/personDetailed?id=8B96714F7CED58FB3B1DD50066C07)

👤 Wang Xin　　👤 Lu Yong

(https://std.samr.gov.cn/search/personDetailed?id=4E7E7025A5B4C6496C5BC6F02EDDEE9D) (https://std.samr.cn/search/personDetailed?id=5297DB7E472F0868EAB73F0E2)

👤 Kang Guowang　　👤 Zhang Long

(https://std.samr.gov.cn/search/personDetailed?id=C1565EB5C040F5B9F17600E9E18A3980) (https://std.samr.cn/search/personDetailed?id=7219BF7969AC743D285AE4454D3)

👤 Wang Qing　　👤 Wang Yanqing

(https://std.samr.gov.cn/search/personDetailed?id=5382DF1C4F25E9F548925180DEE00ZB72) (https://std.samr.cn/search/personDetailed?id=69216C7892858C7B9230569577)

👤 Wu Kai　　👤 Wu Wei

(https://std.samr.gov.cn/search/personDetailed?id=0C85E40CE40C018F5F3574F206TEBE286) (https://std.samr.cn/search/personDetailed?id=069891106E268F61C4097FE37)

👤 Yang Zhigang　　👤 Ying Chaoyang

(https://std.samr.gov.cn/search/personDetailed?id=929AC7D7330F5051DCBA2315469D0546) (https://std.samr.cn/search/personDetailed?id=41B70004C9F25067F09C280F5A)

👤 Zhang Yujiang　　👤 Zhao Ce

(https://std.samr.gov.cn/search/personDetailed?id=DE0FEAF3D934D36BED9F41AC6B5265FC5) (https://std.samr.cn/search/personDetailed?id=BC94B1D7654260626D5A72CB)

👤 Zhou Hua　　👤 Zhou Wei

(https://std.samr.gov.cn/search/personDetailed?id=3C06632CC99220CA8883D3126SB94DEB3) (https://std.samr.cn/search/personDetailed?id=8CADB1C7801DBA609F2D4846C)

👤 Zu Wendong　　👤 Kan Wenjuan

(https://std.samr.gov.cn/search/personDetailed?id=D82C43991BB6E7449E6EF52D0430F9CE5F) (https://std.samr.cn/search/personDetailed?id=75158817A2DE2817366314FF4F)

👤 Li Puming　　👤 Li Shuying

(https://std.samr.gov.cn/search/personDetailed?id=12748BE26CE3D57FD6BF3F6CB8F3AB50B) (https://std.samr.cn/search/personDetailed?id=5E0AD53214AABDE2C7332AB4)

👤 Li Yan　　👤 Lian Yubo

(https://std.samr.gov.cn/search/personDetailed?id=41AF6EBE82944ABF7C12D914E9C2CDA49) (https://std.samr.cn/search/personDetailed?id=195D63C333EE52C66B4CAC1D5E)

👤 Lu Xiao　　👤 Lu Chunming

(https://std.samr.gov.cn/search/personDetailed?id=BD9C8A79E42FBA147C59D0F2E4F5EBB2) (https://std.samr.cn/search/personDetailed?id=55B8E6D19955625F9F3400BC70)

👤 Qin Keyin　　👤 Nguyen Dinh Dung

(https://std.samr.gov.cn/search/personDetailed?id=998DCF37A94CE27C5A8E6416E5EDAEE3A) (https://std.samr.cn/search/personDetailed?id=52571285F5B9865311227D085)

Hesai ND AR 01575

👤 Taoji                          👤 Wan Lei
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=5712C3C82A5F72D12F33E5C9683A4BC84)id=188B398D2884440ECFCBAB000)

👤 Feng Shuo                      👤 Fu Zhiquan
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=56BF973AD72DEEE81E115D2889E7C560)id=3407AAC77C4DF12F7A661D046)

👤 Gao Xinhua                     👤 Gao Ying
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=30B2D7F0C39C78D19E54A24B7F5A48850)id=216D2377C4BF28152FDE24D92)

👤 Hao Jingxian                   👤 He Tao
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=18BD0EA99EDC341681B09175340B9CE1)id=41D0E00C641ADF4A12223ACE2)

👤 Huang Weizhong                 👤 Jiang Xuefeng
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=160358B37BB25AD4C62E205B0C070E9658)id=F05FF045BEC608882164F9E8)

👤 Cao Bin                        👤 Cao Fei
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=034CD8B22138DAF91AA1D7699FD7A6349)id=C082920F1C05DCBCFDF5F4710)

👤 Wan Xinming                    👤 Wang Zhao
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=9BA78767751CCB10321D04EB4DECE7362)id=1AAA01E71580EDC443C481C2D)

👤 Xi Gang                        👤 Liu Yupeng
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=5CBE707C88CFF8EEEA152F9A9644A8355)id=BEACA1BFF4CEB62DBEECA52EF)

👤 Wang Weiming                   👤 Wang Kaiyu
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=C09847871DF27D3EBD66F6F2BDF20F0B63)id=D1C6EF03701AF91F4EAA9F35)

👤 Wang Yongwei                   👤 Wang Zhijian
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=3119C5B7683FBCA90A1A11A8C5507D282)id=58AF71FC96790F1F03A797CF5)

👤 Xu Qingkui                     👤 Xuheyuan
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=B2E786C62CEC19DB41517520H3D84FC4F)id=543DA052A5A1B2F5AF513DB5)

👤 Ying Zhenkai                   👤 Zhang Fatao
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=7570822BE98A902F6613B5743B03B5ABF)id=B39DF216B7873C083B03EB4E51)

👤 Zhao Heng                      👤 Zheng Heyue
(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?
id=7B5F670A8725B1D55F00CE367E86B737)id=1DAA146A22C0743E1F4F43FC98)

👤 Zhu Yi                              👤 Zou Yuan

(https://std.samr.gov.cn/search/personDetailed?id=5FDCA980EF1EC8590EBEE8B... (https://std.samr.gov.cn/search/personDetailed?id=...BB630FF4789BED97B6C5A6E3)

👤 Li Jungang                         👤 Li Keqiang

(https://std.samr.gov.cn/search/personDetailed?id=D764ED08D7BC9F6E960574E... (https://std.samr.gov.cn/search/personDetailed?id=...BED15746F3B48AB2A70E1B56E)

👤 Li Shuli                           👤 Li Xiaofu

(https://std.samr.gov.cn/search/personDetailed?id=D0378312B4CA53A2BD18E77... (https://std.samr.gov.cn/search/personDetailed?id=...61E2D30BE4B00DE4A9847BD0A)

👤 Lin Tiejian                        👤 Liu Bin

(https://std.samr.gov.cn/search/personDetailed?id=5DD17B31358D0F76B24E0DB... (https://std.samr.gov.cn/search/personDetailed?id=...603134C6E72F3DB42553FC258)

👤 Ma Chunsheng                       👤 PONSON

(https://std.samr.gov.cn/search/personDetailed?id=7978EE905E6BE62DBB49A42... (https://std.samr.gov.cn/search/personDetailed?id=...0AEA59B86CA45C6F8591B36A7)

👤 Shen Jianping                      👤 Song Yingjie

(https://std.samr.gov.cn/search/personDetailed?id=776721B5AF795BB9D0714D9... (https://std.samr.gov.cn/search/personDetailed?id=...2EAB575955C2C8CE9787ABCD)

👤 Ding Weiyun                        👤 Duan Baomin

(https://std.samr.gov.cn/search/personDetailed?id=7E231B3F301CAD36F39123D... (https://std.samr.gov.cn/search/personDetailed?id=...00D9401D25223BE8E985A2BFA)

👤 Fu Bingfeng                        👤 Gao Ge

(https://std.samr.gov.cn/search/personDetailed?id=84C1F0D0A93EF550CE23F702... (https://std.samr.gov.cn/search/personDetailed?id=...AB0ADBE5F696405A6A6DFAC86)

👤 Gu Ziming                          👤 Guan Qiao

(https://std.samr.gov.cn/search/personDetailed?id=86462C4053D6B4133D439716... (https://std.samr.gov.cn/search/personDetailed?id=...9CC16D0FCEB421C626321AC202)

👤 Hou Fujian

(https://std.samr.gov.cn/search/personDetailed?id=0A3F42069376935272C8E3435A9983C2)

## Subcommittee (SC)

| # | Committee No. | Committee Name | professional field | Establishment |
|---|---|---|---|---|
| 1 | (${base }/se… | motorcycle | Responsible for the standardization of motorcycle … | in 1989 |
| 2 | (${base }/se… | wheel | Responsible for the standardization of the terminol… | in 1989 |
| 3 | (${base }/se… | Base | Responsible for the standardization of basic parts … | in 1989 |
| 4 | (${base }/se… | Non-metal pro… | Responsible for the national standardization of no… | in 1989 |
| 5 | (${base }/se… | Special Purpo… | Responsible for the classification and naming of s… | in 1989 |

Hesai ND AR 01577

| # | Committee No. | Committee Name | professional field | Establishment |
|---|---|---|---|---|
| 6 | (${base }/se… | meter | Responsible for the standardization of the graphic … | 1988 |
| 7 | (${base }/se… | Safety glass | Responsible for the categories, technical requirem… | in 1989 |
| 8 | (${base }/se… | Vehicle Dyna… | Responsible for the standardization of terms, tech… | in 1989 |
| 9 | (${base }/se… | brake | Responsible for the standardization of the terminol… | in 1989 |
| 10 | (${base }/se… | trailer | Responsible for the national standardization of pro… | 1990 |

Showing records 1 to 10, total 29 records Every page shows 10 ▲ Records

‹ 1 2 3 ›

## Related national standard plans

search

| # | Plan No. | project name | Preparation and revision | Planned release date | project status |
|---|---|---|---|---|---|
| 1 | 20241702-T-339 (ht… | Electric vehicle conductive … | Formulate | 2024-05-31 | Soliciting o… |
| 2 | 20241704-T-339 (ht… | Digital communication proto… | Formulate | 2024-05-31 | Soliciting o… |
| 3 | 20241493-T-339 (ht… | Road vehicles - Cables for … | Formulate | 2024-05-31 | Under Draft… |
| 4 | 20241500-T-339 (ht… | Road vehicles - Cables for … | Formulate | 2024-05-31 | Under Draft… |
| 5 | 20241498 T 339 (ht | Road vehicles - Cables for … | Formulate | 2024-05-31 | Under Draft… |
| 6 | 20241496-T-339 (ht… | Road vehicles - Cables for … | Formulate | 2024-05-31 | Under Draft… |
| 7 | 20241051-Q-339 (h… | Fuel consumption limits for … | Revision | 2024-05-28 | Soliciting o… |
| 8 | 20240996-T-339 (ht… | Basic characteristics and di… | Revision | 2024-04-25 | Under Draft… |
| 9 | 20241001-T-339 (ht… | Road simulation bench test … | Formulate | 2024-04-25 | Under Draft… |
| 10 | 20240997-T-339 (ht… | Safety requirements for batt… | Formulate | 2024-04-25 | Under Draft… |

Showing records 1 to 10, total 262 records Every page shows 10 ▲ Records

‹ 1 2 3 4 5 … 27 ›

## Relevant national standards

search

| # | Standard | Standard Chinese name | release date | Implementation date | Standard status |
|---|---|---|---|---|---|
| 1 | GB/T 44039.2-2024… | Road vehicles - Drawbar co… | 2024-05-28 | 2024-09-01 | Coming So… |

| # | Standard | Standard Chinese name | release date | Implementation Date | Standard status |
|---|----------|----------------------|--------------|---------------------|-----------------|
| 2 | GB/T 44084-2024 (… | Steering center area swing t… | 2024-05-28 | 2024-09-01 | Coming So… |
| 3 | GB/T 44082-2024 (… | Strength requirements for m… | 2024-05-28 | 2024-09-01 | Coming So… |
| 4 | GB/T 44039.1-2024… | Road vehicles - Drawbar co… | 2024-05-28 | 2024-09-01 | Coming So… |
| 5 | GB/T 44083.4-2024… | Child restraint systems for r… | 2024-05-28 | 2024-12-01 | Coming So… |
| 6 | GB/T 44083.3-2024… | Child restraint systems for r… | 2024-05-28 | 2024-12-01 | Coming So… |
| 7 | GB/T 18410-2024 (… | Vehicle Identification Numb… | 2024-05-28 | 2024-12-01 | Coming So… |
| 8 | GB/T 18297-2024 (… | Automobile engine perform… | 2024-05-28 | 2024-12-01 | Coming So… |
| 9 | GB/T 13880-2024 (… | Interchangeability of fifth wh… | 2024-05-28 | 2024-12-01 | Coming So… |
| 10 | GB/T 44083.2-2024… | Child restraint systems for r… | 2024-05-28 | 2024-12-01 | Coming So… |

Showing records 1 to 10, total 893 records Every page shows 10 ▲ Records

‹ 1 2 3 4 5 … 90 ›

## Related standard interpretation video courses

𝒮 Interpretation of the national standard GB/T 5137.1-2020 "Test methods for automotive safety glass - Part 1: Mechanical properties test" (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b5590e8e009a)

𝒮 Interpretation of GB/T 38185-2019 "Performance Requirements and Test Methods for Electronic Stability Control Systems for Commercial Vehicles" National Standard (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b56c34fc009d)

𝒮 Interpretation of GB/T 38186-2019 "Performance Requirements and Test Methods for Automatic Emergency Braking Systems (AEBS) for Commercial Vehicles" National Standard (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b59b7b6001d6)

𝒮 Interpretation of GB 18384-2020 "Safety Requirements for Electric Vehicles" National Standard (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b693aaa201ef)

𝒮 Interpretation of the national standard GB 38031-2020 "Safety requirements for power batteries for electric vehicles" (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b696614201f2)

𝒮 Interpretation of the national standard GB 38032-2020 "Safety Requirements for Electric Buses" (http://cc.sacinfo.org.cn/course?id=8a6dd871729dcfd80172b69da4a601f8)

𝒮 Interpretation of GB 27999-2019 "Evaluation Methods and Indicators for Passenger Car Fuel Consumption" (http://cc.sacinfo.org.cn/course?id=8a6dd87172cbeab0017302dc059e07b1)

𝒮 Interpretation of GB/T 35360-2017 "Terms and Definitions of Automotive Steering Systems" (http://cc.sacinfo.org.cn/course?id=8a6dd87172cbeab0017307eed1980b06)

𝒮 Interpretation of GB/T 36126-2018 "Liquefied Natural Gas Dispensers for Automobiles" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa3e86f70327)

Hesai ND AR 01579

⊘ Interpretation of GB/T 37337-2019 "Occupant Protection in Vehicle Side Pole Collision"
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa450039032e)

⊘ Interpretation of GB/T 36282-2018 "Electromagnetic compatibility requirements and test methods for drive motor
systems for electric vehicles" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa8687cc0370)

⊘ Interpretation of GB/T 34598-2017 Technical Requirements for Plug-in Hybrid Electric Commercial Vehicles
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa7f36f1035f)

⊘ Interpretation of GB/T 36123-2018 Technical Requirements for Gas Vehicle Leakage Alarm Devices
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa36d0290320)

⊘ Interpretation of GB/T 34657.2-2017 "Electric Vehicle Conductive Charging Interoperability Test Specification Part
2: Vehicle" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa8367bf0367)

⊘ Interpretation of GB/T 24158-2018 General Technical Requirements for Electric Motorcycles and Electric Mopeds
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fac20ba903ae)

⊘ Interpretation of GB 16897-2022 "Structure, performance requirements and test methods of brake hoses"
(http://cc.sacinfo.org.cn/course?id=8a6dd87182fbdf7301832108a05301bc) 

⊘ Interpretation of GB/Z 41599-2022 "Vehicle Gross Mass Monitoring" (http://cc.sacinfo.org.cn/course?
id=8a6dd87183cf8eba0183f32a94fd01ee)

⊘ Interpretation of GB/T 34585-2017 Technical Requirements for Pure Electric Trucks
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa7a70880358)

⊘ Interpretation of GB/T 34013-2017 Specifications and Dimensions of Power Batteries for Electric Vehicles
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa73534a0349)

⊘ Interpretation of GB/T 34014-2017 "Automotive Power Battery Coding Rules" (http://cc.sacinfo.org.cn/course?
id=8a6dd87174d2dae40175fa771bb60351)

⊘ Interpretation of GB/T 36883-2018 Technical Requirements for Liquefied Natural Gas Vehicles
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175faa7e7dc0389)

⊘ Interpretation of GB/T 18954-2017 "Method for setting the driving resistance of chassis dynamometers for
motorcycles and mopeds" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fab052db0391)

⊘ Interpretation of GB/T 24156-2018 "Test methods for power performance of electric motorcycles and electric
mopeds" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fab91fb8039b)

⊘ Interpretation of GB 19239-2022 "Gas Vehicle Gas System Installation Specification"
(http://cc.sacinfo.org.cn/course?id=8a6dd87182fbdf7301837d7b08f6046f)

⊘ Interpretation of GB/T 41601-2022 "Requirements for safe ventilation of recreational vehicles"
(http://cc.sacinfo.org.cn/course?id=8a6dd87183f9d9dc018416e7797f00ff)

⊘ Interpretation of GB/T 18363-2017 "Compressed Natural Gas Filling Inlets for Automobiles"
(http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae401761d07353505b4)

⊘ Interpretation of GB/T 18386-2017 "Test Method for Energy Consumption Rate and Driving Range of Electric
Vehicles" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa595a920336)

⊘ Interpretation of GB/T 37133-2018 Technical Requirements for High-voltage and High-current Wiring Harnesses
and Connectors for Electric Vehicles (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fa8dc3730378)

⊘ Interpretation of GB/T 37153-2018 "Electric Vehicle Low Speed Warning Tone" (http://cc.sacinfo.org.cn/course?
id=8a6dd87174d2dae40175fa9c4b430380)

Hesai ND AR 01580

🔗 Interpretation of GB/T 24157-2017 "Test methods for driving range and residual power indication for electric motorcycles and electric mopeds" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fabef03e03a4)

🔗 Interpretation of GB/T 33438-2016 "Test methods for collision occupant protection of motorcycles and mopeds" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fac4f44203b6)

🔗 Interpretation of GB/T 36672-2018 "Lithium-ion Batteries for Electric Motorcycles and Electric Mopeds" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175fac98bed03c0)

🔗 Interpretation of GB/T 37338-2019 "Instruments for electric motorcycles and electric mopeds" (http://cc.sacinfo.org.cn/course?id=8a6dd87174d2dae40175facd526603c7)

## Related industry standards

search

| # | Standard | standard name | Industry | release date | Implementation Date | Standard status |
|---|----------|---------------|----------|--------------|--------------------|-----------------|
| 1 | QC/T 1155-2021 (ht… | Car USB … | car | 2021-08-21 | 2022-02-01 | in force |
| 2 | QC/T 1152-2021 (ht… | Technical … | car | 2021-08-21 | 2022-02-01 | in force |
| 3 | QC/T 1153-2021 (ht… | Automobil… | car | 2021-08-21 | 2022-02-01 | in force |
| 4 | QC/T 1154-2021 (ht… | Commutat… | car | 2021-08-21 | 2022-02-01 | in force |
| 5 | QC/T 942-2021 (htt… | Detection … | car | 2021-08-21 | 2022-02-01 | in force |
| 6 | QC/T 62-2021 (http… | Motorcycl… | car | 2021-08-21 | 2022-02-01 | in force |
| 7 | QC/T 1156-2021 (ht… | Technical … | car | 2021-08-21 | 2022-02-01 | in force |
| 8 | QC/T 271-2021 (htt… | Test meth… | car | 2021-08-21 | 2022-02-01 | in force |
| 9 | QC/T 550 2021 (htt | Car Buzzer | car | 2021-08-21 | 2022-02-01 | in force |
| 10 | QC/T 1149-2021 (ht… | Special ve… | car | 2021-05-17 | 2021-10-01 | in force |

Showing records 1 to 10, total 566 records Every page shows 10 ▲ Records

‹ 1 2 3 4 5 … 57 ›

**Copyright infringement is subject to prosecution**

Supervisor: State Administration for Market Regulation, National Standardization Administration

Host: National Standard Technical Evaluation Center of the State Administration for Market Regulation

Technical support: Beijing Zhongbiao Saiyu Technology Co., Ltd.

**Important website links**

State Administration for Market Regulation (http://www.samr.gov.cn/)

National Standardization Administration (http://www.sac.gov.cn/)

National Standard Technical Evaluation Center of the State





(https://bszs.co method=show&



Hesai ND AR 01581



中/ EN

# Hesai Acts as Group Leader for ISO Automotive Lidar Working Group

2022-06-23    News Releases

Recently, the pre-research work for *ISO/PWI 13228 Test Method for Automotive Lidar* has officially kicked off. As the enterprise representative from China, Hesai acts as the group leader in the ISO Working Group (ISO/TC22/SC32/AHG1), and Valeo acts as the deputy group leader. Along with international leading enterprises such as Denso, Bosch, Sony, Nissan and ZF, all parties will jointly formulate the international standards for automotive lidar.



ISO/TC22/SC32/AHG1 working group formally established

According to the research report of CICC, the global market scale of OEM-installed automotive lidar is expected to reach 106.6 billion yuan by 2025. As many series production vehicles equipped with lidar are set to launch within the next two years, it is increasingly important to form international standards for automotive lidar.

The formulation of *ISO/PWI 13228* will impact the global lidar industry in the following ways: First, it provides universally standardized descriptions for automotive lidar **performance**, enabling upstream and downstream enterprises to compare and evaluate lidar products; Secondly, it standardizes the **test methods** for automotive lidars' key performance, which reduces the risk of perception failure and improves the safety of intelligent vehicles on the road; Thirdly, it **standardizes the management** of the automotive lidar market, ensuring lidar products satisfy international basic standards; Finally, it helps enterprises reach  consensus on **terminologies and technical specifications** of automotive lidars, promoting the knowledge exchange and technical cooperation on a global scale.

**Leading the Formulation of Global Lidar Standards**

Hesai ND AR 01582

This is not the first time Hesai took the lead in global lidar standards formulation. In February 2020, Hesai launched the UL4700 Proposal, which was incorporated into the American National Standards, other participating companies including Bosch, Continental AG, Intel, and Motional. In February 2022, Hesai joined IEC TC76 Standardization Committee of the International Electrotechnical Commission on behalf of China, participating in the discussion and formulation of the IEC 60825 Optical Radiation Safety Standards.

In October 2021, under the guidance of National Technical Committee of Auto Standardization, with Hesai as the Chair, Baidu as the Co-chair, they jointly led the pre-research for *GB/T Performance Requirements and Test Methods of Automotive Lidars,* promoting the implementation of China's automotive lidar standardization with over 30 industry-leading enterprises and institutions.

**A Pioneer in the Field of Lidar Safety**

Besides promoting the drafting of automotive lidar standards, Hesai is also a pioneer in lidar safety. Hesai launched the world's first lidar that has obtained ISO 26262 ASIL B Functional Safety Product Certification, certified by German SGS-TÜV.



ISO 26262 ASIL B product certification

Hesai ND AR 01583

In addition, Hesai has developed a 3-in-1 system that includes functional safety, SOTIF and network safety, which is integrated into Hesai's entire product line's lifecycles.



Hesai's 3-in-1 safety system

Hesai will continue to lead the standardization of lidar industry and establish high-standard safety system for all of its products, safeguarding the operations of autonomous driving and ADAS.

# Other News

Hesai ND AR 01584







### Achieving Excellence: How Hesai Delivers Exceptional Quality

2024-09-23

### Lidar: The Missing Technology Needed to Advance the Automatic Assisted Breaking Vision

2024-08-21

### Rain and Fog Got You Down? Lidar Clears the Way for Safer Intelligent Driving

2024-07-26

Downloads     Newsroom     Investors     Company     Careers     Contact     Support

中文 / English



Copyright © 2024 Hesai Group. All Rights Reserved.

Privacy Policy  |  Warranty Policy

 沪公网安备 31011802004149号 | 沪ICP备15056851号-2

HESAI

Hesai ND AR 01585



全国汽车标准化技术委员会
National Technical Committee of Auto Standardization

| 首页 | 研究方向 | 研究成果 | 国际研讨会 | 政策动态 | 资料下 |

当前位置：首页 > 国际研讨会 > 往届新闻 > 详情

---

## 第六届智能网联汽车技术及标准法规国际交流会（ICV 2020）系列活动交流会

浏览：   发布时间：2021-05-25

　　为贯彻落实《汽车产业中长期发展规划》《国家车联网产业标准体系建设指南（智能网联汽车）》《车联网（智能网联汽车）产业发展行动计划》《智能》战略》等关于智能网联汽车标准体系建设的要求，充分发挥标准和法规在智能网联汽车发展过程中的引领和支撑作用，全国汽车标准化技术委员会和国家车联网（汽车）联合举办的"第六届智能网联汽车技术及标准法规国际交流会（ICV2020）"及其系列活动于2020年9月14日-17日在天津成功举办。

　　汽标委智能网联汽车分标委于交流会前组织"智能网联汽车标准验证试验视频展播"活动，该节目于9月14日19：00-21：30在中国汽车报等多个平台线上播出名观众在线收看并参与互动活动。

　　9月15日-16日，来自行业主管部门与欧盟、日本等主要汽车产业国家、地区标准主管部门和联合国（UN）、欧洲汽车工业协会(ACEA)等国际机构以及国内子、通信、交通、互联网等行业的三百余名专家、学者参加会议，汽车、交通、公安、电子和通信五大行业标准化组织及技术机构专家齐聚现场，聚焦智能网联规体系研究与建设，共商智能网联汽车技术研发、产业发展、战略规划等议题。本次大会期间同步开通在线直播通道，得到了行业的广泛关注，累计超过8万人了本次交流会及其系列活动直播。本次交流会按主题分为"智能网联汽车标准引领与政策驱动论坛"、"智能网联汽车产业发展与应用示范论坛"、"智能网联汽车技术支撑论坛暨智能网联汽车标准化需求研究成果发布会"三个环节。

　　9月15日，大会召开了"智能网联汽车标准引领与政策驱动论坛"，邀请政府部门及国内外行业专家针对智能网联汽车领域产业政策、技术发展及标准法规动发言。会议分上午、下午两部分，分别由中国汽车技术研究中心有限公司职工董事、工会主席文宝忠和中国智能网联汽车产业创新联盟秘书长公维洁主持，中国究中心有限公司董事高和生出席会议并代表会议主办方致欢迎词。




国家市场监督管理总局标准技术管理司国焕新副司长、天津市工业和信息化局杨坡副局长出席会议并围绕智能网联汽车规划和战略发表重要讲话。




中国汽车技术研究中心有限公司标准化研究所副所长王兆、联合国智能交通及自动驾驶技术与经济事务官员Francois E. Guichard先生、公安部交通管理科学研究员袁建华、日本交通安全环境研究所（NTSEL）官员Takao Onoda、德国汽车工业协会（VDA）中国办公室总经理Dr. Thomas Meurers、清华大学车辆与运算

Hesai ND AR 01586

DISA

员高博麟、中国电子技术标准化研究院物联网研究中心网络技术研究室主任杨宏、中国信息通信研究院车联网与智慧交通研究部副主任葛雨明、工业和信息化部装备工业发展中心高级工程师李艳文、欧洲汽车工业协会（ACEA）智能移动总监Joost Vantomme、交通运输部公路科学研究院智能交通研究中心主任侯德藻、日产（中国）投资有限公司副总裁佐佐木博树、北京百度网讯科技有限公司智能驾驶事业群组系统架构副总经理张海林、华为技术有限公司智能汽车解决方案BU标准总监高永强等分别作演讲。



在会议的成果发布环节，中国智能网联汽车产业创新联盟正式发布了《智能网联汽车团体标准体系建设指南》，全国汽标委智能网联分标委发布了9项智能网联汽车标准化需求研究成果。中国智能网联汽车产业创新联盟秘书长公维洁详细介绍了智能网联汽车团体标准体系建设指南建设情况。智能网联汽车标准化需求研究项目专家共同发布了包括智能网联汽车与移动终端信息交互功能等9项标准化需求研究成果。汽标委智能网联汽车分标委创新标准化工作模式，主动响应智能网联汽车产业发展对汽车标准化的需求，开展细分领域标准化需求研究，确保标准体系建设与产业发展相协调。



9月16日上午，大会召开了"智能网联汽车产业发展与应用示范论坛"，邀请来自知名企业、高校的相关领域专家围绕智能网联汽车产业发展与应用示范等进行分享。会议由欧洲汽车工业协会（ACEA）北京代表处总监张�little硕主持。



　　重庆长安汽车股份有限公司高级经理梁锋华、戴姆勒大中华区投资有限公司经理薛迟、电子科技大学计算机学院教授李允、东软集团股份有限公司网络安全经理陈静桓、北京地平线机器人技术研发有限公司市场拓展与战略规划副总裁李星宇、罗德与施瓦茨（中国）科技有限公司市场发展经理郭进龙、德斯拜思机电（上海）有限公司(dSPACE) 销售部经理Andreas Gau等分别发表了精彩演讲。



　　9月16日下午，大会召开了"智能网联汽车标准创新与技术支撑论坛暨智能网联汽车标准化需求研究成果发布会"，邀请标准化需求研究项目牵头人解读项目同时邀请来自知名企业的专家在相关技术领域进行分享。会议由中国汽车技术研究中心有限公司标准化研究所副总工程师赵静炜主持。

Hesai ND AR 01588





　　中国汽车技术研究中心有限公司标准化研究所智能网联部部长孙航、高通无线通信技术（中国）有限公司高级总监李俨、阿里巴巴（中国）有限公司集团标
经理王琳、宁波大榭招商国际码头有限公司信息技术部部长张冉、华为技术有限公司智能汽车解决方案BU软件架构标准首席周铮、上海禾赛科技股份有限公司
工程部总监赵鑫、北京百度网讯科技有限公司智能驾驶事业群组技术标准高级经理彭伟、中国汽车技术研究中心有限公司检测认证事业部智能网联部部长秦孔建
车检测认证技术研究中心有限公司前瞻技术部副总工程师曹建永、联合汽车电子有限公司产品信息安全能力中心主任罗勇、中国汽车工程研究院股份有限公司智
测试研究中心副总工程师杨良义等分别发表精彩演讲。





　　智能网联汽车技术及标准法规国际交流会始终秉持"权威性、专业性、国际性"原则，到目前已连续成功召开六届，大会聚焦智能网联汽车标准法规研究及
就智能网联汽车及产业发展特别是标准法规、政策措施等进行研讨与对话，是目前国内最权威的智能网联汽车产业政策、技术及标准法规信息发布与交流3

网站首页 ｜ 网站地图    版权所有：中国汽车技术研究中心有限公司中国汽车标准化研究院    津ICP备2020010153号-2

中国汽车

Hesai ND AR 01590



front page          research direction          Research results          International Seminar          Policy Dynamics          Download

Current location: Home > International Seminars > Previous News > Details

# The 6th International Conference on Intelligent Connected Vehicle Technology, Standards and Regulations (ICV 2020) series of activities

Views:     Published: 2021-05-25

In order to implement the requirements of the "Medium- and Long-Term Development Plan for the Automobile Industry", "Guidelines for the Construction of the National Internet of Vehicles Industry Standard System (Intelligent Connected Vehicles)", "Internet of Vehicles (Intelligent Connected Vehicles) Industry Development Action Plan", "Intelligent Vehicle Innovation and Development Strategy" and other requirements on the construction of the intelligent connected vehicle standard system, and give full play to the leading and supporting role of standards and regulations in the development of intelligent connected vehicles, the "Sixth International Exchange Conference on Intelligent Connected Vehicle Technology and Standards and Regulations（ICV2020）" jointly organized by the National Technical Committee for Automotive Standardization and the National Technical Standards Innovation Base (Automobile) and its series of activities were successfully held in Tianjin from September 14 to 17, 2020.

The Intelligent Connected Vehicle Subcommittee of the Automotive Standards Committee organized a "Intelligent Connected Vehicle Standard Verification Test Video Show" before the exchange meeting. The program was broadcast online on multiple platforms including China Automotive News from 19:00 to 21:30 on September 14, with tens of thousands of viewers watching online and participating in the interactive activities.

From September 15 to 16, more than 300 experts and scholars from industry authorities, major automotive industry countries and regions such as the European Union and Japan, international organizations such as the United Nations（UN）and the European Automobile Manufacturers Association（ACEA）

Hesai ND AR 01591

, and domestic and foreign automotive, electronics, communications, transportation, Internet and other industries attended the meeting. Experts from five major industry standardization organizations and technical organizations such as automobiles, transportation, public security, electronics and communications gathered at the scene to focus on the research and construction of the standard and regulatory system of intelligent connected vehicles, and discuss topics such as intelligent connected vehicle technology research and development, industrial development, and strategic planning. During this conference, an online live broadcast channel was opened simultaneously, which received widespread attention from the industry. A total of more than 80,000 people watched this exchange meeting and its series of live broadcasts online. This exchange meeting was divided into three parts according to the theme: "Intelligent Connected Vehicle Standards Leadership and Policy Driven Forum ", "Intelligent Connected Vehicle Industry Development and Application Demonstration Forum ", and "Intelligent Connected Vehicle Standards Innovation and Technology Support Forum and Intelligent Connected Vehicle Standardization Demand Research Results Release Conference ".

On September 15, the conference held the "Intelligent Connected Vehicle Standards Guidance and Policy Driven Forum ", inviting government departments and domestic and foreign industry experts to give keynote speeches on industrial policies, technological developments, and standards and regulations in the field of intelligent connected vehicles. The meeting was divided into two parts, morning and afternoon, and was chaired by Wen Baozhong, employee director and chairman of the labor union of China Automotive Technology and Research Center Co., Ltd., and Gong Weijie, secretary-general of the China Intelligent Connected Vehicle Industry Innovation Alliance. Gao Hesheng, director of China Automotive Technology and Research Center Co., Ltd., attended the meeting and delivered a welcome speech on behalf of the organizer of the meeting.



Guo Huanxin, Deputy Director of the Standard and Technical Management Department of the State Administration for Market Regulation, and Yang Po, Deputy Director of the Tianjin Municipal Bureau of Industry and Information Technology, attended the meeting and delivered important speeches on the planning and strategy of intelligent connected vehicles.

Hesai ND AR 01592



Wang Zhao, Deputy Director of the Standardization Institute of China Automotive Technology and Research Center Co., Ltd., Mr. Francois E. Guichard , Technical and Economic Affairs Officer of Intelligent Transportation and Automated Driving of the United Nations, Yuan Jianhua, Chief Researcher of the Traffic Management Science Research Institute of the Ministry of Public Security, Takao Onoda , Official of the Japan Traffic Safety and Environment Research Institute ( NTSEL ), Dr. Thomas Meurers , General Manager of the China Office of the German Association of the Automotive Industry ( VDA ), Gao Bolin, Associate Researcher of the School of Vehicle and Transportation Engineering of Tsinghua University, Yang Hong, Director of the Network Technology Research Office of the Internet of Things Research Center of the China Electronics Standardization Institute, Ge Yuming, Deputy Director of the Internet of Vehicles and Intelligent Transportation Research Department of the China Academy of Information and Communications Technology, Li Yanwen, Senior Engineer of the Equipment Industry Development Center of the Ministry of Industry and Information Technology, Joost Vantomme , Director of Intelligent Mobility of the European Automobile Manufacturers Association ( ACEA ), Hou Dezao, Director of the Intelligent Transportation Hiroki Sasaki, Vice President of Nissan (China) Investment Co., Ltd., Zhang Hailin, Deputy General Manager of System Architecture of the Intelligent Driving Business Group of Beijing Baidu Netcom Technology Co., Ltd., and Gao Yongqiang, Standard Director of Intelligent Vehicle Solutions BU of Huawei Technologies Co., Ltd., gave wonderful speeches respectively.

Hesai ND AR 01593



    During the conference results release session, the China Intelligent Connected Vehicle Industry Innovation Alliance officially released the "Guidelines for the Construction of the Group Standard System for Intelligent Connected Vehicles", and the National Automotive Standardization Administration's Intelligent Connected Vehicle Sub-Committee released 9 research results on the standardization needs of intelligent connected vehicles. Gong Weijie, Secretary-General of the China Intelligent Connected Vehicle Industry Innovation Alliance, gave a detailed introduction to the construction of the guidelines for the construction of the group standard system for intelligent connected vehicles. Experts from the leading units of the intelligent connected vehicle standardization demand research project jointly released 9 research results on standardization needs, including the information interaction function between intelligent connected vehicles and mobile terminals. The National Automotive Standardization Administration's Intelligent Connected Vehicle Sub-Committee innovated the standardization work model, actively responded to the needs of intelligent connected vehicle technology and industrial development for automobile standardization, carried out research on standardization needs in subdivided fields, and ensured that the construction of the standard system was coordinated with industrial development.

Hesai ND AR 01594



   On the morning of **September 16**, the conference held the " Intelligent Connected Vehicle Industry Development and Application Demonstration Forum ", inviting experts from well-known companies and universities to share their views on the development and application demonstration of the intelligent connected vehicle industry. The meeting was chaired by Zhang Shuo, Director of the European Automobile Manufacturers Association ( ACEA ) Beijing Office .

Hesai ND AR 01595



Liang Fenghua, senior manager of Chongqing Changan Automobile Co., Ltd., Xue Chi, manager of Daimler Greater China Investment Co., Ltd., Li Yun, professor of the School of Computer Science and Technology of China University of Electronic Science and Technology, Chen Jingxiang, deputy general manager of the Cybersecurity Division of Neusoft Group Co., Ltd., Li Xingyu, vice president of market development and strategic planning of Beijing Horizon Robotics Technology R&D Co., Ltd., Guo Jinlong, market development manager of Rohde & Schwarz (China) Technology Co., Ltd., and **Andreas Gau**, sales manager of dSPACE Mechatronics Technology (Shanghai) Co., Ltd., delivered wonderful speeches respectively.

Hesai ND AR 01596



On the afternoon of September 16，the conference held the " Intelligent Connected Vehicle Standard Innovation and Technology Support Forum and Intelligent Connected Vehicle Standardization Demand Research Results Conference ", inviting the leader of the standardization demand research project to interpret the project research report, and inviting experts from well-known companies to share in related technical fields. The meeting was chaired by Zhao Jingwei, deputy chief engineer of the Standardization Institute of China Automotive Technology and Research Center Co., Ltd.

Hesai ND AR 01597



Sun Hang, Director of the Intelligent Connected Vehicle Department of the Standardization Institute of China Automotive Technology and Research Center Co., Ltd., Li Yan, Senior Director of Qualcomm Wireless Communications Technologies (China) Co., Ltd., Wang Lin, Senior Manager of the Group Standardization Department of Alibaba (China) Co., Ltd., Zhang Ran, Director of the Information Technology Department of Ningbo Daxie China Merchants International Terminal Co., Ltd., Zhou Zheng, Chief of Software Architecture Standards of the Intelligent Vehicle Solutions BU of Huawei Technologies Co., Ltd., Zhao Xin, Director of the Safety and Quality Engineering Department of Shanghai Hesai Technology Co., Ltd., Peng Wei, Senior Manager of Technical Standards of the Intelligent Driving Business Group of Beijing Baidu Netcom Technology Co., Ltd., Qin Kongjian, Director of the Intelligent Connected Vehicle Department of the Testing and Certification Business Department of China Automotive Technology and Research Center Co., Ltd., Cao Jianyong, Deputy Chief Engineer of the Advanced Technology Department of Shanghai Motor Vehicle Testing and Certification Technology Research Center Co., Ltd., Luo Yong, Director of the Product Information Security Capability Center of United Automotive Electronics Co., Ltd., and Yang Liangyi, Deputy Chief Engineer of the Intelligent Connected Vehicle Testing and R&D Center of China Automotive Engineering Research Institute Co., Ltd., delivered wonderful speeches respectively.

Hesai ND AR 01598








    The International Exchange Conference on Intelligent Connected Vehicle Technology, Standards and Regulations has always adhered to the principles of "authority, professionalism and internationality". It has been successfully held for six consecutive sessions. The conference focused on the research and system construction of standards and regulations for intelligent connected vehicles, and discussed and dialogued on the development of intelligent connected vehicle technology and industry, especially standards and regulations, policies and measures. It is currently the most authoritative domestic platform for the release and exchange of information on policies, technologies and standards and regulations for the intelligent connected vehicle industry.

**022-84379292**

No. 68, Xianfeng East Road, Dongli District, Tianjin

ntcas@catarc.ac.cn

Hesai ND AR 01599

🔒 登录    👤 注册 (https://puac.sacinfo.org.cn/uac/registerv2/register-individual.do?registerServer=http://std.samr.gov.cn/)

 全国标准信息公共服务平台 (https://std.samr.gov.cn/)

## 车载激光雷达性能要求及试验方法
Automotive LiDAR performance requirements and test methods

国家标准计划    制定    推荐性

　　国家标准计划《车载激光雷达性能要求及试验方法》由 TC114 (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114)（全国汽车标准化技术委员会）归口，TC114SC29 (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114SC29)（全国汽车标准化技术委员会电子与电磁兼容分会）执行，主管部门为工业和信息化部 (https://std.samr.gov.cn/search/orgOthers?q=%E5%B7%A5%E4%B8%9A%E5%92%8C%E4%BF%A1%E6%81%AF%E5%8C%96%E9%83%A8)。拟实施日期：发布即实施。

　　主要起草单位 上海禾赛科技有限公司、北京百度智行科技有限公司、中国汽车技术研究中心有限公司、华为技术有限公司、深圳市速腾聚创科技有限公司、北京万集科技股份有限公司、长城汽车股份有限公司、深圳市览沃科技有限公司、是德科技（中国）有限公司、莱茵技术（上海）有限公司、安徽江淮汽车集团股份有限公司、吉利汽车研究院（宁波）有限公司、上海集度汽车有限公司、深圳市镭神智能系统有限公司、法雷奥企业管理（上海）有限公司、重庆长安汽车股份有限公司、北醒（北京）光子科技有限公司、常州星宇车灯股份有限公司、北京地平线信息技术有限公司、上海机动车检测认证技术研究中心有限公司、深圳市豪恩汽车电子装备股份有限公司、北京一径科技有限公司、比亚迪汽车工业有限公司、惠州市德赛西威汽车电子有限公司、中国质量认证中心有限公司、宁波舜宇车载光学技术有限公司、中国汽车工程研究院股份有限公司、北京车和家汽车科技有限公司、智己汽车科技有限公司、北京新能源汽车股份有限公司、图达通智能科技(苏州)有限公司、合众新能源汽车股份有限公司、宁波信泰机械有限公司、上海研鼎信息技术有限公司、武汉达安科技有限公司、中国第一汽车集团有限公司、上海蔚来汽车有限公司、大众汽车(中国)投资有限公司、福特汽车（中国）有限公司、上海汽车集团股份有限公司技术中心、深圳市蓉声科技有限公司、森思泰克河北科技有限公司、中国信息通信研究院、上海交通大学 。

　　主要起草人 赵鑫、文清浩、彭伟、李呈光、胡月、张慧、杨旸、孙航、胡攀攀、刘娇杨、王彪、尹树力、任重、武丹丹、浦建开、林本炜、王洋义、李涛、吴季元、忻海、曹军涛、任建峰、朱顺、胡小波、成丽、钱少华、疏达、王向永、王荔、张晓蕾、罗小平、李秋节、王正、徐天、冯涛、杨佳、李华、刘振飞、秦立峰、张洋、孔晨晖、林伟义、傅相林、于醒、苏芮琦、蔡世民、张华珺、张刘杨、王丽桂、高咏、郎杰、林建东、王洪博、王亚飞 。

---

目录
1 项目进度
2 基础信息
3 起草单位
5 相近标准(计划)

DISA

4 起草人

## 项目进度

| 起草 | 征求意见 | 审查 | 批准 | 发布 |
|------|----------|------|------|------|
| ○ | ○ | ○ | ○ | ○ |

| 当前标准计划 |
|:---:|

20230386-T-339 正在批准
车载激光雷达性能要求及试验方法

## 基础信息

| | |
|---|---|
| 计划号 | 20230386-T-339 |
| 制修订 | 制定 |
| 项目周期 | 18个月 |
| 下达日期 | 2023-03-21 |
| 标准类别 | 产品 |
| 中国标准分类号 | T 36 |
| 国际标准分类号 | 43.040.10 |
| 归口单位 | 全国汽车标准化技术委员会 (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114) |
| 执行单位 | 全国汽车标准化技术委员会电子与电磁兼容分会 (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114SC29) |
| 主管部门 | 工业和信息化部 (https://std.samr.gov.cn/search/orgOthers?q=%E5%B7%A5%E4%B8%9A%E5%92%8C%E4%BF%A1%E6%81%AF%E5%8C%96%E9%83%A8) |

## 起草单位

🔗 上海禾赛科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

Hesai ND AR 01601

**DISA**

q=%E4%B8%8A%E6%B5%B7%E7%A6%BE%E8%B5%9B%E7%A7%91%E6%8A%80%E6%9C%89%E9%99%90%E5%85

🔗 中国汽车技术研究中心有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E6%B1%BD%E8%BD%A6%E6%8A%80%E6%9C%AF%E7%A0%94%E7%A9%B6%E4%

🔗 深圳市速腾聚创科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E9%80%9F%E8%85%BE%E8%81%9A%E5%88%9B%E7%A7%91%E6%8A

🔗 长城汽车股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E9%95%BF%E5%9F%8E%E6%B1%BD%E8%BD%A6%E8%82%A1%E4%BB%BD%E6%9C%89%E9%99%90%E5%8

🔗 是德科技（中国）有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%98%AF%E5%BE%B7%E7%A7%91%E6%8A%80%EF%BC%88%E4%B8%AD%E5%9B%BD%EF%BC%89%E6%9

🔗 安徽江淮汽车集团股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%AE%89%E5%BE%BD%E6%B1%9F%E6%B7%AE%E6%B1%BD%E8%BD%A6%E9%9B%86%E5%9B%A2%E8%

🔗 上海集度汽车有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E9%9B%86%E5%BA%A6%E6%B1%BD%E8%BD%A6%E6%9C%89%E9%99%90%E5%8

🔗 法雷奥企业管理（上海）有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B3%95%E9%9B%B7%E5%A5%A5%E4%BC%81%E4%B8%9A%E7%AE%A1%E7%90%86%EF%BC%88%E4%B

🔗 北醒（北京）光子科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E9%86%92%EF%BC%88%E5%8C%97%E4%BA%AC%EF%BC%89%E5%85%89%E5%AD%90%E7%A

🔗 北京地平线信息技术有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E5%9C%B0%E5%B9%B3%E7%BA%BF%E4%BF%A1%E6%81%AF%E6%8A%80%E6%9

🔗 深圳市豪恩汽车电子装备股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E8%B1%AA%E6%81%A9%E6%B1%BD%E8%BD%A6%E7%94%B5%E5%A

🔗 比亚迪汽车工业有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%AF%94%E4%BA%9A%E8%BF%AA%E6%B1%BD%E8%BD%A6%E5%B7%A5%E4%B8%9A%E6%9C%89%E9%

🔗 中国质量认证中心有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E8%B4%A8%E9%87%8F%E8%AE%A4%E8%AF%81%E4%B8%AD%E5%BF%83%E6%9

🔗 中国汽车工程研究院股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E6%B1%BD%E8%BD%A6%E5%B7%A5%E7%A8%8B%E7%A0%94%E7%A9%B6%E9%

🔗 智己汽车科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%99%BA%E5%B7%B1%E6%B1%BD%E8%BD%A6%E7%A7%91%E6%8A%80%E6%9C%89%E9%99%90%E5%8

🔗 图达通智能科技(苏州)有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%9B%BE%E8%BE%BE%E9%80%9A%E6%99%BA%E8%83%BD%E7%A7%91%E6%8A%80(%E8%8B%8F%E5%I

🔗 宁波信泰机械有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%AE%81%E6%B3%A2%E4%BF%A1%E6%B3%B0%E6%9C%BA%E6%A2%B0%E6%9C%89%E9%99%90%E5%8

🔗 武汉达安科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%AD%A6%E6%B1%89%E8%BE%BE%E5%AE%89%E7%A7%91%E6%8A%80%E6%9C%89%E9%99%90%E5%8!

🔗 上海蔚来汽车有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E8%94%9A%E6%9D%A5%E6%B1%BD%E8%BD%A6%E6%9C%89%E9%99%90%E5%8

🔗 福特汽车（中国）有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E7%A6%8F%E7%89%B9%E6%B1%BD%E8%BD%A6%EF%BC%88%E4%B8%AD%E5%9B%BD%EF%BC%89%E6%

🔗 深圳市蓉声科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E8%93%89%E5%A3%B0%E7%A7%91%E6%8A%80%E6%9C%89%E9%99

🔗 中国信息通信研究院

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E4%BF%A1%E6%81%AF%E9%80%9A%E4%BF%A1%E7%A0%94%E7%A9%B6%E9%9

🔗 北京百度智行科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E7%99%BE%E5%BA%A6%E6%99%BA%E8%A1%8C%E7%A7%91%E6%8A%80%E6%9

🔗 华为技术有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8D%8E%E4%B8%BA%E6%8A%80%E6%9C%AF%E6%9C%89%E9%99%90%E5%85%AC%E5%8F%B8)

🔗 北京万集科技股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E4%B8%87%E9%9B%86%E7%A7%91%E6%8A%80%E8%82%A1%E4%BB%BD%E6%9

Hesai ND AR 01603

DISA

🔗 深圳市览沃科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E8%A7%88%E6%B2%83%E7%A7%91%E6%8A%80%E6%9C%89%E9%99

🔗 莱茵技术（上海）有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E8%8E%B1%E8%8C%B5%E6%8A%80%E6%9C%AF%EF%BC%88%E4%B8%8A%E6%B5%B7%EF%BC%89%E6%9

🔗 吉利汽车研究院（宁波）有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%90%89%E5%88%A9%E6%B1%BD%E8%BD%A6%E7%A0%94%E7%A9%B6%E9%99%A2%EF%BC%88%E5%A

🔗 深圳市镭神智能系统有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E9%95%AD%E7%A5%9E%E6%99%BA%E8%83%BD%E7%B3%BB%E7%E

🔗 重庆长安汽车股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E9%87%8D%E5%BA%86%E9%95%BF%E5%AE%89%E6%B1%BD%E8%BD%A6%E8%82%A1%E4%BB%BD%E6%9

🔗 常州星宇车灯股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%B8%B8%E5%B7%9E%E6%98%9F%E5%AE%87%E8%BD%A6%E7%81%AF%E8%82%A1%E4%BB%BD%E6%9

🔗 上海机动车检测认证技术研究中心有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E6%9C%BA%E5%8A%A8%E8%BD%A6%E6%A3%80%E6%B5%8B%E8%AE%A4%E8%A

🔗 北京　径科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E4%B8%80%E5%BE%84%E7%A7%91%E6%8A%80%E6%9C%89%E9%99%90%E5%85

🔗 惠州市德赛西威汽车电子股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%83%A0%E5%B7%9E%E5%B8%82%E5%BE%B7%E8%B5%9B%E8%A5%BF%E5%A8%81%E6%B1%BD%E8%E

🔗 宁波舜宇车载光学技术有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%AE%81%E6%B3%A2%E8%88%9C%E5%AE%87%E8%BD%A6%E8%BD%BD%E5%85%89%E5%AD%A6%E6%E

🔗 北京车和家汽车科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E8%BD%A6%E5%92%8C%E5%AE%B6%E6%B1%BD%E8%BD%A6%E7%A7%91%E6%

🔗 北京新能源汽车股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E6%96%B0%E8%83%BD%E6%BA%90%E6%B1%BD%E8%BD%A6%E8%82%A1%E4%I

DISA

🔗 合众新能源汽车股份有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%90%88%E4%BC%97%E6%96%B0%E8%83%BD%E6%BA%90%E6%B1%BD%E8%BD%A6%E8%82%A1%E4%B

🔗 上海研鼎信息技术有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E7%A0%94%E9%BC%8E%E4%BF%A1%E6%81%AF%E6%8A%80%E6%9

🔗 中国第　汽车集团有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E7%AC%AC%E4%B8%80%E6%B1%BD%E8%BD%A6%E9%9B%86%E5%9B%A2%E6%

🔗 大众汽车(中国)投资有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%A4%A7%E4%BC%97%E6%B1%BD%E8%BD%A6(%E4%B8%AD%E5%9B%BD)%E6%8A%95%E8%B5%84%E6%9

🔗 上海汽车集团股份有限公司技术中心

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E6%B1%BD%E8%BD%A6%E9%9B%86%E5%9B%A2%E8%82%A1%E4%BB%BD%E6%9

🔗 森思泰克河北科技有限公司

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%A3%AE%E6%80%9D%E6%B3%B0%E5%85%8B%E6%B2%B3%E5%8C%97%E7%A7%91%E6%8A%80%E6%9

🔗 上海交通大学

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E4%BA%A4%E9%80%9A%E5%A4%A7%E5%AD%A6)

## 起草人

👤 赵鑫　　　　　　　　👤 文清浩

(https://std.samr.gov.cn/search/personDetailed?　　　　　👤

q=%E8%B5%B5%E9%91%AB&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E6%B1%BD%E8%BD%A6%E6%A

　　　　　　　　　　　(https://std.samr.gov.cn/search/personDetailed?

　　　　　　　　　　　q=%E5%BC%A0%E6%85%A7&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E

👤 胡攀攀　　　　　　　👤 刘娇杨

(https://std.samr.gov.cn/search/personDetailed?　　　　　👤

q=%E8%83%A1%E6%94%80%E6%94%80&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E6%B1%BD%E8%BD

👤 王洋义　　　　　　　👤 李涛

　　　　　　　　　　　(https://std.samr.gov.cn/search/personDetailed?

　　　　　　　　　　　q=%E6%9D%8E%E6%B6%9B&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E

👤 曹军涛　　　　　　　👤 任建峰

👤 成丽　　　　　　　　👤 钱少华

Hesai ND AR 01605

**DISA**

👤 王荔

👤 张晓蕾

(https://std.samr.gov.cn/search/personDetailed?

q=%E5%BC%A0%E6%99%93%E8%95%BE&tcCode=TC114&tcName=%E5%85%A8%E

👤 王正

👤 徐天

(https://std.samr.gov.cn/search/personDetailed?

q=%E7%8E%8B%E6%AD%A3&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E6%B1%BD%E8%BD%A6%E6%A(https://std.samr.gov.cn/search/personDetailed?

q=%E6%9D%8E%E5%8D%8E&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E

👤 刘振飞

👤 孔晨晖

👤 林伟义

👤 苏芮琦

👤 蔡世民

👤 王丽桂

👤 高咏

👤 王洪博

(https://std.samr.gov.cn/search/personDetailed?

q=%E7%8E%8B%E6%B4%AA%E5%8D%9A&tcCode=TC114&tcName=%E5%85%A8%E

👤 王亚飞

(https://std.samr.gov.cn/search/personDetailed?

q=%E7%8E%8B%E4%BA%9A%E9%A3%9E&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E6%B1%BD%E8%BD

👤 彭伟

👤 李呈光

(https://std.samr.gov.cn/search/personDetailed?

q=%E5%BD%AD%E4%BC%9F&tcCode=TC114&tcName=%E5(https://std.samr.gov.cn/search/personDetailed?%B%BD%E6%B1%BD%E8%BD%A6%E6%A

q=%E6%9D%8E%E6%97%B8&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E

👤 孙航

👤 王彪

(https://std.samr.gov.cn/search/personDetailed?(https://std.samr.gov.cn/search/personDetailed?

q=%E5%AD%99%E8%88%AA&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E6%B1%BD%E8%BD%A6&tcName%E5%BD%A8&tcName

👤 尹树力

👤 浦建开

👤 林本炜

👤 吴季元

👤 忻海

👤 朱顺

👤 胡小波

👤 疏达

👤 王向永

👤 罗小平

(https://std.samr.gov.cn/search/personDetailed?

q=%E7%BD%97%E5%B0%8F%E5%B9%B3&tcCode=TC114&tcName=%E5%85%A8%E

👤 李秋节

👤 冯涛

(https://std.samr.gov.cn/search/personDetailed?

q=%E5%86%AF%E6%B6%9B&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E

👤 杨佳

👤 秦立峰

👤 张洋

👤 傅相林

(https://std.samr.gov.cn/search/personDetailed?

q=%E5%BC%A0%E6%B4%8B&tcCode=TC114&tcName=%E5%85%A8%E5%9B%BD%E6%B1%BD%E8%BD%A6%E6%A

Hesai ND AR 01606

DISA

👤 张刘杨          👤 邸杰

👤 林建东

## 相近标准(计划)

🔗 20231016-T-339 智能网联汽车 车载操作系统技术要求及试验方法 (https://std.samr.gov.cn/gb/search/gbDetailed?id=0BBEF87F8DDCDCD2E06397BE0A0A940F)

🔗 20221438-T-339 车载定位系统技术要求及试验方法 第1部分：卫星定位 (https://std.samr.gov.cn/gb/search/gbDetailed?id=F0DFFD3EEB2FE06BE05397BE0A0A129B)

🔗 20182291-T-339 卫星定位车辆信息服务系统 第4部分：车载信息终端性能要求及测试方法 (https://std.samr.gov.cn/gb/search/gbDetailed?id=E116673EAC66A3B7E05397BE0A0AC6BF)

🔗 20230390-T-339 基于LTE-V2X直连通信的车载信息交互系统技术要求及试验方法 (https://std.samr.gov.cn/gb/search/gbDetailed?id=F77B015669BE422CE05397BE0A0A8AC4)

🔗 20233918-T-469 快速公交（BRT）智能系统 第3部分：车载信息终端及车载外围设备技术要求 (https://std.samr.gov.cn/gb/search/gbDetailed?id=0DF31BCCA5B34A0EE06397BE0A0AAD3B)

🔗 20240998-T-339 电动汽车车载动力电池耐久性要求及试验方法 第1部分:轻型汽车 (https://std.samr.gov.cn/gb/search/gbDetailed?id=17380E2D5C4A12AFE06397BE0A0A31F4)

🔗 20241854-Q-339 摩托车和轻便摩托车制动性能要求及试验方法 (https://std.samr.gov.cn/gb/search/gbDetailed?id=1BC23A0E5EE9EC59E06397BE0A0A70AC)

🔗 NB/T 10902—2021 20kW及以下非车载充电机技术条件及安装要求 (https://std.samr.gov.cn/hb/search/stdHBDetailed?id=EF9F3197005616ADE05397BE0A0A31E4)

🔗 GB/T 40856-2021 车载信息交互系统信息安全技术要求及试验方法 (https://std.samr.gov.cn/gb/search/gbDetailed?id=CE1E6A1DD47758F6E05397BE0A0A68DF)

🔗 QC/T 1105-2019 接地螺栓性能要求及试验方法 (https://std.samr.gov.cn/hb/search/stdHBDetailed?id=93ADFE7061756DBAE05397BE0A0AD8EF)

**版权所有 侵权必究**

主管：国家市场监督管理总局 国家标准化管理委员会
主办：国家市场监督管理总局国家标准技术审评中心
技术支持：北京中标赛宇科技有限公司
支持电话：010-82261036
备案号：京ICP备18022388号-1 (https://beian.miit.gov.cn/)

**重要网站链接**

国家市场监督管理总局 (http://www.samr.gov.cn/)
国家标准化管理委员会 (http://www.sac.gov.cn/)
国家市场监督管理总局国家标准技术审评中心
(http://ncse.ac.cn/)


政府网站找错


(https://bszs.conac.cn/sitename?

method=show&id=A1B86006AA736CD2E05310291AA

Hesai ND AR 01607

DISA

🔒 Log in    👤 register (https://puac.sacinfo.org.cn/uac/register/register-index.do?registerServer=http://std.samr.gov.cn/)



全国标准信息公共服务平台

National public service platform for standards information

front page    National    Industry    Local    Group    Enterprise    International    Foreign    Demonstra    Technical    ⬆

## Vehicle-mounted LiDAR performance requirements and test methods

Automotive LiDAR performance requirements and test methods

| National Standards Program |    | Formulate |    | Recommended |

---

The national standard plan "Performance Requirements and Test Methods for Automotive LiDAR" is under the jurisdiction of TC114 (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114) (National Technical Committee for Automotive Standardization) and implemented by TC114SC29 (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114SC29) (Electronics and Electromagnetic Compatibility Branch of the National Technical Committee for Automotive Standardization), and the competent authority is the Ministry of Industry and Information Technology (https://std.samr.gov.cn/search/orgOthers?q=%E5%B7%A5%E4%B8%9A%E5%92%8C%E4%BF%A1%E6%81%AF%E5%8C%96%E9%83%A8) .

The main drafting units include Shanghai Hesai Technology Co., Ltd. , Beijing Baidu Intelligent Driving Technology Co., Ltd. , China Automotive Technology Research Center Co., Ltd. , Shenzhen RoboSense Technology Co., Ltd. , Huawei Technologies Co., Ltd. , Beijing Wanjie Technology Co., Ltd. , Shenzhen

Hesai ND AR 01608

Lanwo Technology Co., Ltd. , China Quality Certification Center , BYD Auto Co., Ltd. , Great Wall Motor Co., Ltd. , Geely Automobile Research Institute (Ningbo) Co., Ltd. , Volkswagen (China) Investment Co., Ltd. , Keysight Technologies (China) Co., Ltd. , and Rheinland Technologies (Shanghai) Co. , Ltd.

## Table

| | |
|---|---|
| 1 project progress | 5 Drafting unit |
| 2 Draft for comments | 6 Similar standards (planned) |
| 3 Proposed adoption of group standard information | |
| 4 basic information | |

## project progress

| Drafting | solicit opinions | Review | approve | release |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

**Current Standard Program**

20230386-T-339
| is seeking comments |
Vehicle-mounted LiDAR performance requirements and test methods

Hesai ND AR 01609

## Draft for comments

📄 Draft for comments.pdf (https://std.samr.gov.cn/dcpspTools/gbPlan/download?
path=%2Fzxd%2F2022004046%2F20_%E6%A0%87%E5%87%86%E8%B5%B7%E8%8D%89%2F20_WD_
📄 Preparation Instructions.pdf (https://std.samr.gov.cn/dcpspTools/gbPlan/download?
path=%2Fzxd%2F2022004046%2F20_%E6%A0%87%E5%87%86%E8%B5%B7%E8%8D%89%2F20_DI_2(

## Proposed adoption of group standard information

## basic information

| | |
|---|---|
| **Plan No.** | 20230386-T-339 |
| **Preparation a…** | Formulate |
| **Project Cycle** | 18 months |
| **Release date** | 2023-03-21 |
| **Standard Cate…** | product |
| **International …** | 43.040.10 |
| **Responsible u…** | National Automobile Standardization Technical Committee (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114) |
| **Execution Unit** | Electronics and Electromagnetic Compatibility Branch of National Technical Committee for Automotive Standardization (https://std.samr.gov.cn/search/orgDetailView?tcCode=TC114SC29) |
| **Responsible …** | Ministry of Industry and Information Technology (https://std.samr.gov.cn/search/orgOthers?q=%E5%B7%A5%E4%B8%9A%E5%92%8C%E4%BF%A1%E6%81%AF%E5%8C%96%E9%83%A8) |

Hesai ND AR 01610

## Drafting unit

🔗 Shanghai Hesai Technology Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%8A%E6%B5%B7%E7%A6%BE%E8%B5%9B%E7%A7%91%E6%8A%80%E6%9C%89%E9%99%90%E5%8

🔗 China Automotive Technology and Research

Center Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E6%B1%BD%E8%BD%A6%E6%8A%80%E6%9C%AF%E7%A0%94%E7%A9%B6%E4%

🔗 Huawei Technologies Co., Ltd

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8D%8E%E4%B8%BA%E6%8A%80%E6%9C%AF%E6%9C%89%E9%99%90%E5%85%AC%E5%8F%B8)

🔗 Shenzhen Lanwo Technology Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E8%A7%88%E6%B2%83%E7%A7%91%E6%8A%80%E6%9C%89%E9%9

🔗 BYD Auto Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%AF%94%E4%BA%9A%E8%BF%AA%E6%B1%BD%E8%BD%A6%E6%9C%89%E9%99%90%E5%85%AC%E5%

🔗 Geely Automobile Research Institute

(Ningbo) Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%90%89%E5%88%A9%E6%B1%BD%E8%BD%A6%E7%A0%94%E7%A9%B6%E9%99%A2%EF%BC%88%E5%A

🔗 Keysight Technologies (China) Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E6%98%AF%E5%BE%B7%E7%A7%91%E6%8A%80%EF%BC%88%E4%B8%AD%E5%9B%BD%EF%BC%89%E6%

🔗 Beijing Baidu Intelligent Driving Technology

Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E7%99%BE%E5%BA%A6%E6%99%BA%E8%A1%8C%E7%A7%91%E6%8A%80%E6%

𝒮 Shenzhen Suteng Juchuang Technology Co.,

Ltd. (https://std.samr.gov.cn/search/orgOthers?

q=%E6%B7%B1%E5%9C%B3%E5%B8%82%E9%80%9F%E8%85%BE%E8%81%9A%E5%88%9B%E7%A7%91%E6%8

𝒮 Beijing Wanji Technology Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%8C%97%E4%BA%AC%E4%B8%87%E9%9B%86%E7%A7%91%E6%8A%80%E8%82%A1%E4%BB%BD%E6%9

𝒮 China Quality Certification Center

(https://std.samr.gov.cn/search/orgOthers?

q=%E4%B8%AD%E5%9B%BD%E8%B4%A8%E9%87%8F%E8%AE%A4%E8%AF%81%E4%B8%AD%E5%BF%83)

𝒮 Great Wall Motor Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E9%95%BF%E5%9F%8E%E6%B1%BD%E8%BD%A6%E8%82%A1%E4%BB%BD%E6%9C%89%E9%99%90%E5%

𝒮 Volkswagen (China) Investment Co., Ltd.

(https://std.samr.gov.cn/search/orgOthers?

q=%E5%A4%A7%E4%BC%97%E6%B1%BD%E8%BD%A6%EF%BC%88%E4%B8%AD%E5%9B%BD%EF%BC%89%E6

𝒮 Rheinland Technologies (Shanghai) Co., Ltd.,

etc. (https://std.samr.gov.cn/search/orgOthers?

q=%E8%8E%B1%E8%8C%B5%E6%8A%80%E6%9C%AF%EF%BC%88%E4%B8%8A%E6%B5%B7%EF%BC%89%E6

## Similar standards (planned)

𝒮 20231016-T-339 Technical requirements and test methods for vehicle-mounted operating systems of intelligent connected vehicles (https://std.samr.gov.cn/gb/search/gbDetailed?id=0BBEF87F8DDCDCD2E06397BE0A0A940F)

𝒮 20221438-T-339 Technical requirements and test methods for vehicle positioning systems Part 1: Satellite positioning (https://std.samr.gov.cn/gb/search/gbDetailed?id=F0DFFD3EEB2FE06BE05397BE0A0A129B)

𝒮 20182291-T-339 Satellite positioning vehicle information service system Part 4: Performance requirements and test methods for vehicle information terminals (https://std.samr.gov.cn/gb/search/gbDetailed?id=E116673EAC66A3B7E05397BE0A0AC6BF)

Hesai ND AR 01612

🔗 NB/T 10902—2021 Technical conditions and installation requirements for non-on-board chargers of 20kW and below (https://std.samr.gov.cn/hb/search/stdHBDetailed?id=EF9F3197005616ADE05397BE0A0A31E4)

🔗 20230390-T-339 Technical requirements and test methods for vehicle information interaction system based on LTE-V2X direct communication (https://std.samr.gov.cn/gb/search/gbDetailed?id=F77B015669BE422CE05397BE0A0A8AC4)

🔗 20233918-T-469 Bus Rapid Transit (BRT) Intelligent System Part 3: Technical Requirements for On-board Information Terminals and On-board Peripheral Equipment (https://std.samr.gov.cn/gb/search/gbDetailed?id=0DF31BCCA5B34A0EE06397BE0A0AAD3B)

🔗 GB/T 40856-2021 Technical requirements and test methods for information security of in-vehicle information interaction systems (https://std.samr.gov.cn/gb/search/gbDetailed?id=CE1E6A1DD47758F6E05397BE0A0A68DF)

🔗 YD/T 3550-2019 Transmission performance requirements and test methods for vehicle-mounted broadband voice communication equipment (https://std.samr.gov.cn/hb/search/stdHBDetailed?id=998D2858B45E98C7E05397BE0A0A95D8)

🔗 YD/T 2308-2011 Transmission performance requirements and test methods for vehicle-mounted narrowband voice communication equipment (https://std.samr.gov.cn/hb/search/stdHBDetailed?id=8B1827F1E637BB19E05397BE0A0AB44A)

🔗 LY 1289-2008 Dimensions, performance and safety requirements for vehicle-mounted winches for forestry machinery (https://std.samr.gov.cn/hb/search/stdHBDetailed?id=8B1827F1AABCBB19E05397BE0A0AB44A)

**Copyright infringement is subject to prosecution**

Supervisor: State Administration for Market Regulation, National Standardization Administration

Host: National Standard Technical Evaluation Center of the State Administration for Market Regulation

Technical support: Beijing Zhongbiao Saiyu Technology Co., Ltd.

**Important website links**

State Administration for Market Regulation (http://www.samr.gov.cn/)

National Standardization Administration (http://www.sac.gov.cn/)

National Standard Technical Evaluation Center of the State





(https://bszs.cor method=show&



Hesai ND AR 01613

9/13/24, 9:18 AM  Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder …

Case 1:24-cv-01381-RLF  Document 53-4  Filed 02/14/25  Page 213 of 287



Hello, please    log in | register                                        繁體版   Intelligent Robots   Accessibility   Caring Edition   Mobile version   Web:

Search for the policies/information/services

| front page | **News** | Government Affairs | Government Services | Interactive communication | Visit Cho |

📍 Home  >  News  >  Chongqing Today

Disclosure

# Hesai Technology Software Global R&D Headquarters Settles in Chongqing Hu Henghua Meets with Hesai Technology Co-founder Li Yifan and Witnesses the Signing of the Contract

Source: Chongqing Daily   Release time: 2023-03-27 07:20          Font size:  [Small] [Large] [Print text]   Share to:

On March 26, Chongqing Economic and Technological Development Zone and Hesai Technology signed an investment agreement for t Hesai Technology Software Global R&D Headquarters Project. Hu Henghua, Deputy Secretary of the Municipal Party Committee and Mayo met with Li Yifan, co-founder and CEO of Hesai Technology, and witnessed the signing of the contract.

City leader Jiang Duntao attended.

On behalf of the municipal government, Hu Henghua welcomed Li Yifan and his delegation to Chongqing for cooperation. He sa that at present, Chongqing is fully implementing the spirit of the 20th National Congress of the Communist Party of China, placi high-quality development of the manufacturing industry in a more prominent position, making every effort to build an importa national advanced manufacturing center, and accelerating the construction of a modern industrial system. We vigorously build world-class intelligent networked new energy vehicle industry cluster, strengthen the coordination of the whole and the parts, ta the construction of the parts industry ecosystem as the top priority, and build a relatively complete parts supply chain syste Hesai Technology is a global leader in autonomous driving and advanced driver assistance laser radar. We hope to actively promo the implementation of cooperation projects, strengthen cooperation with Chongqing vehicle companies, increase the vertic integration of the industrial chain, and expand the application of laser radar in intelligent construction and other aspects. will build a bridge and provide good services for Hesai Technology to connect with cooperative enterprises and expand applicati scenarios.

Li Yifan thanked Chongqing for its strong support for Hesai Technology's development in Chongqi          ing has complete automotive industry chain and a superior business environment. We are full of confidence               n the t sides and will accelerate the development and application of comprehensive lidar solutions, drive more upstre   downstre companies to develop in Chongqing, and help build Chongqing's intelligent networked new energy vehicle industry cluster.

According to the agreement, Hesai Technology will build the Hesai Technology Software Global R&D Headquarters in Chongqi Economic and Technological Development Zone, set up an innovation incubation center, and create a lidar industrial park.

Relevant municipal departments, and leaders of Nan'an District and Chongqing Economic and Technological Development Zo attended the meeting.

Chinese Governm… State Council Dep… Local governmen… Municipal govern… District and count… Other Websites▾ Public Service Uni… News m

Hesai ND AR 01614

9/13/24, 9:18 AM    Hesai Technology Software Global R&D Headquarters Settles in Chongqing / Li Hanghua Meets with Hesai Technology Co-founder ...

Case 1:24-cv-01381-PLF    Document 53-4    Filed 02/14/25    Page 214 of 287

Site Map | Copyright Notice | Contact Us

Host: General Office of Chongqing Municipal People's Government
Copyright: Chongqing Municipal People's Government Website
Website identification code: 5000000095

ICP filing: Chongqing ICP filing number 05003300     International
networking filing: Chongqing Public Security Network filing number
50010302000814







Chongqing
Municipal
Government
WeChat
Official
Account





Get notified when CnEVPost posts a new article.

Cancel    Allow

Home » Industry News    + Follow

# LiDAR-maker Hesai to set up software R&D headquarters in Chongqing



Lei Kang
Mar 27, 2023 10:18 GMT+8

Hesai shipped 80,462 LiDAR units for the full year 2022, up 467.5 percent year-on-year.





Hesai ND AR 01616



Get notified when CnEVPost posts a new article.

in Chongqing Daily today.

Join us on    **Telegram**    or    **Google News**

Hesai is a global leader in LiDARs for autonomous driving and advanced assisted driving, and Chongqing wants it to strengthen its cooperation with local car companies, the report said, citing the city's mayor, Hu Henghua.





Hesai ND AR 01617



Get notified when CnEVPost posts a new article.

On February 9, the company made its NASDAQ debut, becoming the first Chinese LiDAR manufacturing company to list in the US.

Hesai shipped 47,515 LiDAR units in the fourth quarter, up 739.2 percent from 5,662 units in the same period in 2021, it said in its earnings report on March 16.

It shipped 43,351 ADAS LiDAR units in the fourth quarter, compared to 87 units in the same period in 2021.

The company shipped 80,462 LiDAR units in the full year 2022, up 467.5 percent year-on-year.

## LiDAR-maker Hesai posts Q4 revenue growth of 56.6% YoY in 1st earnings report since US IPO



Hesai began trading on the Nasdaq on February 9 and has accumulated a decline of about 36 percent since then.



≡ CnEVPost

**Become A CnEVPost M**

Become a member of CnEVPost for





Get notified when CnEVPost posts a new article.



**China NEV retail exceeds 1 million mark for 1st time in Aug with strong growth in hybrids**



**Shenzhen has nearly twice as many supercharging stations as gas stations**



**Lynk & Co launches 1st BEV model Z10 in China with starting price of $28,600**



**Mercedes-Benz ups investment in China to expand local product lineup**





Hesai ND AR 01619



Get notified when CnEVPost posts a new article.

\#  Hesai Technology        \#  LiDAR


0

  0      0

Lei Kang

Lei Kang joined CnEVPost in October 2
exciting things about the EV industry in
the team: phate@cnevpost.com.



Hesai ND AR 01620



Get notified when CnEVPost posts a new article.

## 0 Comments

Login ▼

G

Start the discussion...

**LOG IN WITH**

**OR SIGN UP WITH DISQUS** (?)

Name

♡    **Share**

**Best**   Newest   Oldest

Home    Nio    Xpeng    Li Auto    BYD    Xiaomi    Tesla

Zeekr    Huawei    Leapmotor    Industr  News    About

Contact Us    Support Us    Privacy Policy    I

Copyright © 2020-2024 CnEVPost. Desig

Information from your device can be used to perso

Do not sell or share my personal i

A RAPTIVE PARTNER SI

Hesai ND AR 01621



Caring Edition

navig

Please enter keywords

📍 Your location:front page >
Government Affairs Disclosure > Policy Interpretation

# Interpretation of the "14th Five-Year Plan" for the development of scientific and technological innovation in Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing

Date: 2022-03-17    Source: Nan'an District Science

and Technology Bureau

Hesai ND AR 01622



# [ Fonts: large , medium, small ]

I. Background and significance of the release of the Plan

Since the 18th National Congress of the Communist Party of China, the Party Central Committee with Comrade Xi Jinping as the core has placed scientific and technological innovation at the core of the overall national development and vigorously implemented the innovation-driven development strategy. The "14th Five-Year Plan" period is a critical period for my country to accelerate the construction of a strong country in scientific and technological innovation and Chongqing to accelerate the construction of a nationally influential scientific and technological innovation center. It is also an important period for scientific and technological innovation to generate new development momentum and promote high-quality social and economic development. Nan'an District and Chongqing Economic Development Zone have always adhered to the innovation-driven development strategy, emphasizing that the innovation chain guides the industrial chain and the industrial chain promotes the development of the innovation chain, constantly expanding new development space and shaping new development advantages. Through in-depth investigation and analysis of the foundation and key issues of scientific and technological innovation development in the district, after detailed research and demonstration, this "Plan" has been formulated and issued, which has important guiding significance for promoting the high-quality scientific and technological innovation work in the district during the "14th Five-Year Plan" period.

II. Overall Approach of the Plan

Nan'an District and Chongqing Economic Development Zone face major opportunities and severe challenges of leapfrog development in scientific and technological innovation. They should be good at cultivating opportunities in crises and opening up new situations in changing situations. The "Plan" is based on the actual development of Nan'an District and Chongqing Economic Development Zone. In accordance wit

DISA
Hesai ND AR 01623

basic principles of demand orientation, innovation-led, open cooperation, and talent-based, it takes scientific and technological innovation as the main driving force for high-quality development, and big data intelligence as the main direction of scientific and technological innovation. It promotes the key core technology research of the industry, improves the research and development capabilities of colleges and universities, enhances the independent innovation capabilities of enterprises, stimulates the innovative vitality of scientific and technological talents, accelerates the transfer and transformation of scientific and technological achievements, deepens open cooperation in scientific and technological innovation, optimizes the development environment of scientific and technological innovation, and promotes Nan'an District and Chongqing Economic Development Zone to become the birthplace and transformation place of important scientific and technological achievements, comprehensively promotes high-quality economic and social development, and helps accelerate the construction of a national influential scientific and technological innovation center.

III. The Plan proposes the goal of scientific and technological innovation development in Nan'an District and Chongqing Economic and Technological Development Zone

The Plan proposes that by 2025, the technological innovation development of Nan'an District and Chongqing Economic and Technological Development Zone will enter a new stage, the construction of the new landmark of the technological innovation center will make important progress, a relatively complete institutional environment, policy system and service supply that adapt to the development of innovation will be formed, and technological innovation will be effectively promoted to lead the economic and social development of the whole district. Eleven quantitative expected indicators are proposed from four aspects. Specifically, they include:

First, the cost of innovation has increased significantly. The proportion of internal R&D expenditure to regional GDP increased from 2.77% to 4%, and the

Hesai ND AR 01624

proportion of R&D expenditure of industrial enterprises above designated size to main business income increased from 1.07% to more than 1.7% .

Second, the number of innovation entities has doubled. We have implemented the science and technology enterprise growth project and cultivated a group of innovative leading enterprises, with the number of science and technology enterprises reaching 2,400 and the number of high-tech enterprises reaching 500 .

三是创新平台支撑能力显著提升。市级以上研发平台数量达到250个，市级新型研发机构（高端）达到9个。

Fourth, the results of innovation and development have been significantly enhanced. The number of valid invention patents has increased to 5,000 , and the number of valid invention patents per 10,000 people has increased to 40. The contribution rate of scientific and technological progress has increased to 65% .

IV. Key Tasks of the Plan

The "Plan" insists on combining regional development planning with key breakthroughs, and scientifically arranges key tasks in accordance with the "seven key directions".

First, we will promote the research of key core technologies for industrial development. We will focus on industries such as advanced manufacturing and modern services, highlight the development leadership of new-generation information industry technologies, advanced manufacturing technologies, and strategic emerging industry technologies, enhance the supply of key technologies in financial services, big health, big cultural tourism, productive services, and life services, and strive to improve the basic support of digital technology and the level of digital industrialization, promote the digital transformation and upgrading of industries, and promote the steady development of data value.

Second, we will enhance the R&D capabilities of universities and research institutes. We will promote the optimal allocation of scientific research forces, enhance the original innovation capabilities of universities, give full play

Hesai ND AR 01625

DISA

important role of scientific research institutes in scientific and technological innovation, strengthen the layout and construction of high-level scientific research platforms such as laboratories, engineering technology centers, and technology innovation centers, accelerate the improvement of the R&D capabilities of universities, develop new scientific research institutions, accelerate the gathering of innovative resources, and serve the implementation of major strategic layouts of the country and Chongqing.

The third is to enhance the independent innovation capability of enterprises. Introduce and cultivate innovative leading enterprises, accelerate the cultivation of technology-based enterprises, promote the integrated development of large, medium and small enterprises, guide leading enterprises and technology-based small and medium-sized enterprises to share innovation resources and carry out collaborative innovation, implement the technology-based enterprise growth project , the "double high" enterprise cultivation project, and the innovation consortium establishment project, and strive to create a new force for innovation and creation.

Fourth, stimulate the innovative vitality of scientific and technological talents. Implement talent introduction and cultivation plans and industrial talent breakthrough actions, optimize the development environment for innovative talents, deepen the reform of talent development systems and mechanisms, stimulate the innovative vitality of talents, implement more active and open talent policies, continue to gather talents, motivate talents, serve talents, and introduce and cultivate talents of all levels and types in an all-round way.

Fifth, accelerate the transfer and transformation of scientific and technological achievements. Improve the ability of innovation platforms to transform achievements, accelerate the construction of innovation and entrepreneurship carriers, enhance innovation and entrepreneurship service capabilities, strengthen the connection between technological innovation and market demand, smooth the channel for transforming scientific and technological achievements into real productivity, improve the achievement transformation service system, and significantly improve the

Hesai ND AR 01626

DISA

effectiveness of the transfer and transformation of scientific and technological achievements.

Sixth, deepen open cooperation in scientific and technological innovation. Plan and promote innovative development with an overall vision, accelerate collaborative innovation in the Chengdu-Chongqing economic circle, deepen scientific and technological innovation cooperation in key regions, promote scientific and technological military-civilian integration innovation, and promote high-quality scientific and technological innovation with high-level open cooperation.

Seventh, optimize the environment for the development of scientific and technological innovation. Improve innovation incentive policies, improve the systematicness and matching of scientific and technological innovation policies, strengthen intellectual property protection, actively create national and municipal science popularization bases, establish a hierarchical and classified innovation and entrepreneurship activity system, and build an environment for the whole society to jointly promote innovation and development.

V. Safeguard Measures of the Plan

In order to promote the scientific and technological innovation development in Nan'an District and Chongqing Economic and Technological Development Zone in an orderly manner, the "Plan" proposes three guarantee measures.

First, we will strengthen organizational leadership. We will set up a district-level science and technology innovation leadership group, strive for a city-district science and technology consultation mechanism, and build a new pattern of science and technology innovation with top-down coordination and resource linkage.

Second, we will strengthen investment in science and technology. We will increase investment in fiscal science and technology funds and raise the level of investment in science and technology funds in the region. We will encourage all types of innovation entities to increase investment in scientific and technological innovation and form a diversified investment mechanism.

Hesai ND AR 01627

DISA

The third is to strengthen monitoring and evaluation. Establish a statistical monitoring mechanism for scientific and technological innovation, carry out mid-term evaluation and final summary evaluation of plan implementation, and regularly monitor the progress of scientific and technological innovation work in Nan'an District and Chongqing Economic and Technological Development Zone.

**Policy original text:**

Notice of the Chongqing Economic and Technological Development Zone Management Committee of the People's Government of Nan'an District, Chongqing on the issuance of the "14th Five-Year Plan" for the scientific and technological innovation and development of Chongqing Economic and Technological Development Zone, Nan'an District, Chongqing

Copyright Chongqing Economic and Technological Development Zone Working Committee of the Communist Party of China

Organizer: Chongqing Economic and Technological Development Zone Management Committee

ICP record: Chongqing ICP record number 16001809

Government website identification code 5001080011



9/13/24, 9:12 AM
Case 1:24-cv-01381-RLF Document 53-4 Filed 02/14/25 Page 228 of 287
Nvidia hovers close to $1 trillion, you can estimate how well Intelligent Manufacturing Century jazz board is basically completed

More

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

And the AI winner is...IBM?
Network World

Sponsored Links by Taboola

Hesai ND AR 01629

news    physical education    car    Real Estate    travel    educate    Fashion    science and technology    Finance    entertain



More
Information is not shocking

26,000    13.82
article    Total million

View his/her articles›

# With an investment of over 1 billion yuan, the Hesai Maxwell Intelligent Manufacturing Center project has been basically completed

2023-08-10 17:33    Published in: Shanxi Province

大家都在搜：为什么说受过教育的女性

ADVERTISEMENT  MoMAGiC

On August 10, it was learned from the official Weibo of Shanghai Jiading that the Hesai Maxwell Intelligent Manufacturing Center project located in Jiading Industrial Zone has been basically completed recently, and it is expected to be put into use before the end of the year.

Comment

O

share

WeChat Share

Sina Weibo

QQ Space

Copy link

Scan code to Sohu
open Mobile
Need to download
APP
Watch exciting
content at any time



(Photo source: Shanghai Jiading)

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

And the AI winner is...IBM?
Network World

Sponsored Links by Taboola

It is reported that the investment in the Hesai Maxwell Intelligent Manufacturing Center project exceeds 1 billion yuan, covers an area of about 40 acres, and the design of the exterior is inspired by an aircraft carrier. It includes a research and development and production building, auxiliary rooms, landscaping and outdoor ancillary projects, supporting roads, etc. Hesai Maxwell Intelligent Manufacturing Center will undertake functional modules such as laser radar research and development, production, and vehicle regulation testing. It plans to adopt the industry's advanced intelligent manufacturing technology and apply a large number of intelligent industrial robots to achieve the goal of automating more than 100 production processes and a 90% automation rate for the entire line.

It is understood that Hesai has currently obtained mass production orders from 11 mainstream automobile manufacturers, and 6 of them will start mass production and delivery by the end of 2023. In addition, Hesai Technology landed on Nasdaq on February 9, becoming the "first Chinese LiDAR stock."

### SEMI Industry Investment Platform

### Automotive Electronics Applications    Return to Sohu to see more

## Popular Picks



The "Scissorhands Girl" back then: rich man promised to wait for her



Liu Tao: I took off my makeup, Gao Yuanyua…

How bold was L in her early yea



The daughter is getting more and more beau…

Why is it difficul abilitate Su Yu?

Platform statement: The views expressed in this article only represent the author himself. Sohu.com is an information publishing platform and Sohu only provides information storage space services.

DISA

Nvidia's ... billion ... ...well Intelligent Driving Center ... basically completed

news   physical education   car   Real Estate   travel   educate   Fashion   science and technology   Finance   ~~entertain~~

More

## Everyone is watching


The "Scissorhands Girl" back t hen, the rich man promised t...


Thrilling! Pan Jinlian and Lu Zh ishen bravely enter the unde...


How bold was Liu Yifei in her e arly years? As soon as she a...


The daughter is getting more a nd more beautiful, and the fa...


Liu Tao: I took off my makeup, Gao Yuanyuan: I took off my ...


A young man from Shanghai kil led 6 policemen in a row. Wh...


Shanghai Jiading Housing Pri


What is the use of pubic hair? Can it be shaved off? What d...

The power of the four was crus hed, and Mr. Hua was almos...

### Let me say two words

O people participated, O comments

Let me say a few words...     Log in and

Sohu "Let Me Say a Word" User Agreement    post

## Recommended Reading

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool
 

Yang Liping went on stage without clothes? Her clothes were all painted, and they were too "eye-catching" when the camera zoomed in!
Small entertainment · 09-11 20:24

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Why can pornographic websites let you watch for free? After knowing the truth, do you still dare to continue browsing?
Entertain you together · Yesterday 21:10

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

And the AI winner is...IBM?
Network World

How bold was Liu Yifei in her early years? As soon as she appeared on stage, her lower body was locked. The fairy also fell
Small entertainment · 09-10 20:58

Sponsored Links by Taboola


The "Scissorhands Girl" back then, the rich man promised to wait for her for 10 years, how is she doing now?
Small entertainment · 09-11 20:52    2


new dining
STARTING AT
$499.99

Huge Savings

Elevate Your Dining Experience with Pieces From ...

Sponsored by Ashley

## 24-hour hot articles

1   It was revealed that Zhe asked Ivan to make a
2.55 million Read

2   Chat and make friends w good-looking people, do
1 million views

3   "Go back quickly!" Quan Hongchan shouted from
320,000 Read

   For the first time in histo US judge ruled that betti
1.07 million Read

## Sohu account


Entertain...   Did you notice that the incide with Brother Xiao Yang is sta to go off track?


China Ne...   Fuyuan City's "Youth Appoin Singing in the East" Youth Si Competition is in full swing


Positive e...   How can traditional opera att young people after "breaking circle"?


Qianjiang...   沈塘桥老金，拉扛箱明星医


Li Honghuo   Is the end of the actor a regul position? Yu Shi is the deputy director of the Chinese Horse


Literature...   A careful reading of Chapter "Jin Ping Mei Cihua" reveals Wu Song is such a cruel man!





Maggie Cheung lives a secluded life in the UK. She was photographed on the street with bald eyebrows and sunken eyes, looking like a little old woman, but the clothes she wore made her look younger!

Fashion blogger LK · 09-11 08:57 7

Liu Tao: I took off my makeup, Gao Yuanyuan: I took off my makeup too, Jing Tian: Are you guys kidding me?

Small entertainment · 09-10 20:17

Case: A woman was sleeping in a car, and suddenly felt a warm sensation in her lower abdomen. She suppressed her nausea and calmly collected evidence

Jingxi loves food · Yesterday 01:28 10

Quan Hongchan was too relaxed after returning home, so she rode an electric donkey out to rock the streets, and the Guangdong 0 car followed and caused heated discussions

Tomato Entertainment Plus · Yesterday 18:38 6

Notice: Application for in-service doctoral examination is about to begin. Do you meet the

Why are Alipay and WeChat Pay not popular in developed countries? Zhou Xiaochuan explains

Wan Gongzi · 09-11 18:02 123

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Why did my country suddenly stop the adoption of Chinese children in the United States? A truth that must be told

Selected What I Saw and Heard · 09-10 22:33 11

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Officially withdraw, Wang Chuqin and Sun Yingsha announced the unexpected decision, the national table tennis team approved

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

Xiaohuang Chat Sports · Today 08:16

And the AI winner is...IBM?
Network World

How did you get caught soliciting prostitution? It was actually very easy to find you. Did you feel panicked?

Hongyu talks about games · 09-10 23:36 6

Sponsored Links by Taboola

Google Chrome official version, 1 to 1 service!

72-year-old civil servant talks about retirement benefits, it's not just netizens being hypocritical

More

The victim wrote a couplet for Xu Jiayin. The first line: RMB is not Xu Jiayin. The second line is too amazing.

Uncle An · 09-10 21:42 74

A unique city in China, with a population of only 2.5 million, but with 12 universities and 3 985 universities

Hongli Talks about Education · 09-11 04:23

Two ministerial-level officials take up new posts

Luwang · Today 08:10

Artificial Intelligence: The Robots Are Coming

In the next 90 days, the fortunes of these four zodiac signs will bloom like flowers in spring

The stars accompany me in this world · Yesterday 00:00

The Fujian aircraft carrier suddenly sailed into the Bohai Sea, close to the carrier-based aircraft base! The first catapult take-off, the J-35 first?

The Blade · Yesterday 12:26 2

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Congratulations! 56-year-old Xie Guangkun becomes a father again, his son holds a 100-day banquet, his 90s wife appears young without makeup

Weekly Fashion Show · Yesterday 23:40 15

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Guizhou Party Secretary Lei Wenrong owns 20 properties in the United States. She has a strong background and is even more ruthless in accepting bribes.

Literature and History · 09-11 23:01 40

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

And the AI winner is...IBM?
Network World

Find this foreign browser and you will know how useful it is!

Sponsored Links by Taboola

Too funny! Huawei's new triple-folding screen phone was photoshopped into a meme by netizens

Hand Talk · Yesterday 10:10 1

Perhaps when the "delayed retirement" policy is implemented, there will be a long queue of people who actively apply.

Teaching and Educating · 09-13 08:15

Hesai ND AR 01059

news    physical education    car    Real Estate    travel    educate    Fashion    science and technology    Finance    entertain



Xu Jiayin finally gave in to save his life, and the three mysterious backers behind him were all arrested, including the bank president Liu

Messenger talks about history · 09-11 22:58    💬 53

Never retreat! All 19 missile divisions have entered a wartime state: What if they directly participate in the war?

Jufeng Comments · Today 00:50    💬 129

Zhuhai's housing prices have dropped, with low down payments, a full range of housing types, and

He killed 52 people overnight and slaughtered 165 police officers in a police compound, becoming China's most violent gangster.

Xiayue Love Life · Yesterday 23:58    💬 2

Fan Bingbing walked the runway in Hong Kong, took a photo with Gan Bi's daughter, and has moved to Hong Kong to live in a luxury house with a monthly rent of 850,000

Gripping Teeth · 09-11 21:48    💬

Is it really difficult to completely block pornographic websites? Or are they deliberately not blocked? Are they really left for you to watch?

Tech Shield · Today 05:16    💬

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

After the Mid-Autumn Festival, the four zodiac signs will have good fortune in both career and wealth. Good luck to Leo, Libra, Sagittarius and Capricorn!

I Ching Master · Yesterday 21:49    💬

Beyond Text Generation: An AI Tool That Helps You Write Better
Gram

What is big data? You will know after reading it.

Audiology Breakthrough On the Highest-rated Hear
hear.com

And the AI winner is...IBM?
Network World

Central government! Changchun Education Bureau is just a microcosm! Education chaos in various places is almost crazy!

Lao Ding Kan Geography · 09-11 06:02    💬 7

Sponsored Links by Taboola

Why is it difficult to rehabilitate Su Yu? Vice Chairman of the Military Commission Yang Shangkun told Chu Qing: He will not do it

Forest Travel Deer · 09-11 22:32    💬 19

Huang Yao, a "greedy slut" in Guizhou, raised 13 goddaughters who took turns sleeping with him, amassed 9.54 million yuan, and was sentenced to suspended death sentence

Xueting History · 09-11 23:01





Hot search number one! 27,285 people infected with HIV in Beijing, a big V reveals the infection path of college students: too open

Half-moon Fashion · Yesterday 00:11

What can the domestically produced 90-nanometer lithography machine do?

Announce to the world! 5 billion lithography machine factory landed in Zhejiang, ASML: getting stronger and stronger?

Technology Xiaolei · Yesterday 05:38 74

An accident occurred on the high-speed train to Shanghai! A man's whole hand was stuck in one move...

Jimu News · Today 02:55

A shares: Today, it became a joke

Victory without limits · Yesterday 02:08 10

The world's seven unsolved mysteries, each one stranger than the other, what is the truth?

Ren Shiqi · 09-11 22:56

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Check if your mobile phone number is invalid! Come and try it!

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Serious loss of state-owned assets: Xie Yumin's corruption case shocked the entire state-owned enterprise!

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

Enjoy the fish · 09-11 23:51

And the AI winner is...IBM?
Network World

Huawei's three-fold screen mobile phone is like a sharp knife inserted into the punisher's chest!

Communication Old Willow · 09-10 09:18 17

Sponsored Links by Taboola

Vivo's new phone officially announced: on sale on September 14

Technology derivatives · 09-10 19:57

Hot search! Details of delayed retirement announced, netizens: What if I don't live to retirement age?

Little Zhuge Brain Chair · Today 04:59

Too sudden! The national unified management accountant registration requirements have been

As a gas planet, what would happen if we tried to land on Jupiter?

Cosmic Observation · Today 08:31

From Faraday to Maxwell

History of the Spiritual · 09-03 22:15

Three major ball games: Shanghai beat Beijing in 4 games, Fujian lost unexpectedly, Jiangsu beat Henan in a tough battle

The female volleyball player who loves sports · 09-11 20:22

Official announcement! The Chinese national football team has completed the naturalization procedures for the big-name new naturalized players ahead of schedule, and will make their debut against Australia

I just love watching football · Yesterday 04:59 14

Artificial Intelligence: The Robots Are Coming

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

The J-16 fired jamming bombs to drive away the Australian military aircraft, and then returned to the airport to urgently repair the engine!

Lao Hu Talk · Yesterday 06:58 4

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

China once again shocked the world, a huge "treasure" worth over 100 billion yuan was discovered in Heilongjiang

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

Liuli talks about science · 09-11 07:04 16

And the AI winner is...IBM?
Network World

-90 degree extremely cold cloud appeared, has Typhoon Bebejia changed? Authoritative forecast: Straight to level 15

Hawthorn Lollipop · Yesterday 22:31

Sponsored Links by Taboola

Why is public opinion so one-sided in the case of "waiting for prostitution"? It shows that the credibility is getting worse and worse!

Yininglao Technology · 09-10 23:09 12









iQOO Z9 Turbo+ is stable, core parameters are exposed, more and more surprises

Qi Ji's thoughts · Today 08:54

Russian female host provoked Chinese guests twice in a row, and Putin immediately responded

Talk about technology · 09-11 08:33 72

Self-developed chips and self-built production lines! This Jiading company has taken the "most difficult road"

Xinmin Evening News · 08-28 21:40

China's tactics have completely changed! No more warnings, direct action. The news quickly became a sensation internationally, and NATO was completely panicked!

Early morning comments · 09-11 06:55

Jiuzhaigou off-season Jiuzhaigou quotation

The girl in the floral dress was recognized as a brave man, and her life photos were leaked. Netizens worshiped her and surrendered.

Dreamy Clouds · Yesterday 21:21

Innovation inspires new momentum! The 7th Chuangxiangjia Innovation and Entrepreneurship Competition is launched

Xinmin Evening News · Yesterday 21:40

Minister Zhang Zonghai: Three standards for beauty pageants, carrying "three treasures" in your briefcase will make things easier

Aurora Theory · 09-11 22:49

The towel will turn yellow and have a bad smell after being used for a long time. Pour a handful of this stuff before washing it and rub it a few times to make it clean as new.

Jiao Jie's Property Market Observation · Yesterday 09:14

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

And the AI winner is...IBM?
Network World

Sponsored Links by Taboola

Shanghai Jiading Housing Prices

Case: An elderly man in Chongqing choked to death while eating oranges. His family demanded 85,000 yuan from a passing woman. The court ruled

Hu Zongnan's favorite general Dai Zhongrong was arrested and sentenced to 10 years in prison. One day he woke up to find the prison door open and no one was watching.
No wind but thoughts arise · 09-11 20:08

Huawei's HarmonyOS NEXT system "flows freely" to achieve cross-end migration and collaboration
Peach Baby Flying · Today 00:01

Quan Hongchan bought a new electric car for her second sister, and two plainclothes policemen protected her and went shopping with Chanbao
SuSu Entertainment · Yesterday 20:53

What is big data? You will know after reading it.

The path and intensity of Typhoon Bebejia No. 13 will be greatly adjusted. Will three typhoons dance together? Forecast: Heavy rain in 5 provinces
Global Science Cat · Yesterday 23:13

Songjiang local original! "The Talented Woman in Troubled Times" was selected for the National Huangmei Opera Excellent Repertoire Performance
Thoughtful Shanghai · Today 08:52

Nvidia's New Rival (Hint: It's Not AMZN)
Motley Fool

Kirin 5G chip + Hongmeng OS + 64 million quad-camera + second-hand 99 new, dropped to 475 yuan, the price is more affordable
Technology · Today 07:50

Beyond Text Generation: An AI Tool That Helps You Write Better
Grammarly

What are the disadvantages of rice cookers? Three major lightning hazards that must be avoided

Audiologist Breaks Silence On the Highest-Rated Hearing Aid
hear.com

Mimi, the Little Appliance Expert · Today 06:27

And the winner is: NBM
Network World

Artificial Intelligence: The Robots Are Coming

Sponsored Links by Taboola

At 12 noon, the Chinese national football team was shaken! Ivan was confirmed to be dismissed, and his successor was revealed. Netizens: It's dawn.
Little Leaf Talks about Football · 09-11 23:56

Geely Xingyuan 9.14 pre-sale live broadcast, the popular small car that foreigners lined up to touch at the Frankfurt Motor Show!

Cool car reviews · Today 03:45

There is a long queue for pre-sale at Huawei flagship store in Shanghai. There are really many rich people. Netizens: How much is it per day?

Post-90s emotional writer · 09-11 21:37

China North Industries Group Corporation Yuxi North East Company holds a production site management training course

Wannan Notes · 08-20 22:06

Shanghai Jiading Housing Prices

If you don't pay, we'll go to war! They're looking for the money from World War II and are demanding 2.25 trillion yuan, not a cent less.

The lone sail goes away · Yesterday 01:56

Forward and save! The time table for delaying the statutory retirement age is released

News and Information · Today 02:48

Physics is an expedition without end: the incompleteness of the theory is the direction of exploration

Zhishe Academic Circle · 09-05 10:31

**Nvidia's New Rival (Hint: It's Not AMZN)**
Motley Fool

With delayed retirement coming, what should individuals, families and businesses do?

Hexun.com · Today 03:03

**Beyond Text Generation: An AI Tool That Helps You Write Better**
Grammarly

Which are the well-known domestic lithography machine manufacturers?

**Audiologist Breaks Silence On the Highest-Rated Hearing Aid**
hear.com

**And the AI winner is...IBM?**
Network World

Announce to the world! A 5 billion lithography machine factory settled in Zhejiang, and ASML did not want to see the situation

Technology Xiaolei · Today 06:10

Sponsored Links by Taboola

Hot search! How are the students who studied funeral services doing now?

Sichuan Science and Technology News · Today 08:04

Mid-year Report Observation | CCB Zhongguancun REIT's Occupancy Rate Challenge

Sina Finance · 09-02 19:35

In front of Shoigu, Wang Yi used very rare words. China explained to Russia in person two issues that Russia was concerned about.
Weapons concentration camp · Yesterday 05:58

Zhuhai' s housing prices have dropped, with low down payments, a full range of housing types, and

Explore nature and grow comprehensively
Food, Drink and Entertainment in Shanghai · 09-11 10:58

The follow-up of parents setting up a trap to film a teacher accepting Wuliangye, the teacher who accepted the gift was exposed, and the parents who set up the trap will also be investigated
Climb to the top and make a halberd · Yesterday 03:51

Sony confirms that some Alpha 7R V cameras may not boot properly after upgrading to firmware 3.00
IT Home · Today 07:57

Zhuhai' s housing prices have dropped, with low down payments, a full range of housing types, and

Central Meteorological Observatory: Typhoon "Bebejia" is expected to land in the coastal areas of Shanghai to northern Fujian
Guangming.com · Yesterday 20:13

Already reached the end

**Nvidia's New Rival (Hint: It's Not AMZN)**
Motley Fool

**Beyond Text Generation: An AI Tool That Helps You Write Better**
Grammarly

**Audiologist Breaks Silence On the Highest-Rated Hearing Aid**
hear.com

**And the AI winner is...IBM?**
Network World

Sponsored Links by Taboola

# HESAI's Maxwell Intelligent Manufacturing Center nears completion in Jiading district

Monika From Gasgoo    | August 11 , 2023

**Shanghai (Gasgoo)-** The construction of the Hesai Technology ("HESAI")'s Maxwell Intelligent Manufacturing Center project in Jiading Industrial Zone has reached its final stages, according to an update from the WeChat account of Jiading district's government. The interior decoration of the R&D and production building is nearly complete, with the aim of becoming operational before the end of the year.

Situated at the core area of Jiading Industrial Zone's northern sector, the HESAI Maxwell Intelligent Manufacturing Center celebrated its foundation ceremony on May 28, 2021.



Hesai ND AR 01641

This manufacturing hub boasts an investment of over one billion yuan, spanning an area of approximately 40 mu (26,700 square meters) with a total floor area of 69,300 square meters. The complex encompasses a R&D and production building, auxiliary facilities, landscaped green areas, outdoor adjunct projects, and supporting road infrastructure. Notably, the center is tasked with functions such as research, production, and vehicle standard testing of LiDAR (Light Detection and Ranging) technology. It plans to deploy cutting-edge intelligent manufacturing techniques and a significant number of industrial robots to achieve an automation rate exceeding 90% for over 100 production processes.

Public records reveal that HESAI, as a leading Chinese developer of autonomous vehicle sensor technology, has secured production contracts with eleven prominent automakers and aims to commence deliveries for six of them by the end of 2023. In the first quarter of this year, HESAI achieved a quarterly revenue of 430 million yuan, reflecting a remarkable 73.0% year-on-year growth. During the same period, the company delivered 34,834 LiDAR units, representing a staggering 402.9% year-on-year increase.

In another significant achievement, HESAI successfully debuted on the NASDAQ stock exchange on February 9th, raising $190 million through its initial public offering (IPO).

Hesai

Gasgoo not only offers timely news and profound insight about China auto industry, but also help with business connection and expansion for suppliers and purchasers via multiple channels and methods. Buyer service: buyer-support@gasgoo.com   Seller Service: seller-support@gasgoo.com

**All Rights Reserved. Do not reproduce, copy and use the editorial content without permission. Contact us: autonews@gasgoo.com.**

Open at APP

9/9/24, 11:05 AM
Case 1:24-cv-01381-PLF   Document 53-4   Filed 02/14/25   Page 242 of 287
Hesai Technology will bring a variety of latest high-performance lidar models to the 2024 Beijing Auto Show

Mon. Sep 9th, 2024   **11:05:11 AM**

🇺🇸 English




2024 BEIJING AUTO SHOW   LIDAR

## Hesai Technology will bring a variety of latest high-performance lidar models to the 2024 Beijing Auto Show



By **Eric Lee**

🕐 APR 22, 2024

The 18th Beijing International Automobile Exhibition will be held from April 25 to May 4, 2024 at the China International Exhibition Center in Beijing. At that time, Hesai Technology, the world's leading automotive lidar company, will bring a number of the latest high-performance lidar models to the exhibition.

Since its inception in 1990, the Beijing International Automobile Exhibition has become an important biennial exhibition event for the global automobile industry in China and an important platform to lead industry development and promote automobile consumption. With the theme of "New Era and New Cars", this auto show will showcase the new achievements of the global automobile industry in technological innovation, reflect the development direction driven by technological innovation and the results of independent innovation of my country's automobile industry, and help the automobile industry to be sustainable and High quality development.







# New lidar product released
# Empowering safe and intelligent driving

 English

Lidar plays an important role as an "airbag" in functions such as urban navigation assisted driving (NOA) and automatic emergency braking (AEB). It is a key sensing sensor to ensure the safety of smart driving.

At the 2024 Beijing Auto Show, Hesai will bring a variety of high-performance lidar products to the exhibition. The site will focus on the newly released compact high-performance long-range lidar ATX, ultra-high-definition long-range lidar AT128, and ultra-thin in-cabin long-range lidar. LiDAR ET25. By continuously launching high-quality, high-performance lidar products, Hesai has achieved large-scale application of lidar in the automotive field, making intelligent driving safer and smarter.

Hesai will also hold a Beijing Auto Show media conference on April 25, 2024 (Thursday) from 11:20-11:40 am (Booth E1-W13). All media friends are welcome to attend.

# New intelligent manufacturing center completed
# Multiple new models unveiled

Hesai has always adhered to the concept of "manufacturing is part of R&D". The newly completed Maxwell Intelligent Manufacturing Center concretizes this concept and maximizes the speed of product iteration. Maxwell carries the world's leading lidar R&D and intelligent manufacturing technology, covering more than 100 lidar function and performance tests and more than 50 vehicle-level tests, with an indoor long-range measurement range of up to 200 meters, realizing a smooth transition from design to production. All-round closed loop. Combined with Hesai's self-built automated lidar mass production factory, it can ensure that lidar, an emerging smart sensor, can achieve large-scale mass production while maintaining a high level of quality, helping OEMs and autonomous driving customers accelerate the implementation of smart driving solutions. .

At this auto show, the new Great Wall Wei brand Lanshan and the hot-selling new model Xiaomi SU7 will be released soon, both of which are equipped with Hesai lidar. The actual cars will be displayed at the Hesai booth. A number of other mass-produced smart models equipped with Hesai lidar and a number of L4-level autonomous driving equipped with Hesai high-performance lidar will also gather at the auto show, and we look forward to everyone attending.

# Point cloud interaction
# Invite you to immerse yourself in lidar experience

What is lidar? How does lidar make smart driving safer? How did LiDAR popularize "getting on the car"?

If you want to know more about LiDAR, you must come to the Hesai booth to experience the most popular "check-in" at the exhibition - LiDAR image-level point cloud interactive display, allowing you to intuitively experience the powerful perception of LiDAR as the core sensor of intelligent driving. ability.

What else do you want to know about lidar? We are waiting to answer your questions at booth E1-W13 of the Shunyi Pavilion of the Beijing Auto Show.

> ❝ **The original article was originally published on the WeChat public account (Hesai Technology):禾赛科技 邀您相约2024北京车展**

Aibang has now established an automotive radar exchange group to integrate upstream and downstream enterprises in the industrial chain such as radar factories, chips, materials, and equipment to promote the development of the lidar industry.

🖼 新闻速览|美国首款激光雷达
量产车为Lucid Air，搭载激光雷
达的威马M7将于22日发布

Welcome to join us. Aibang lidar industry communication There are currently 2,700 people, includi  English je from major lidar manufacturers and OEMs. Click on the tags below to filter

Lidar OEM Autonomous Driving application terminal laser VCSEL light detector sensor Optical element Optical module filter Galvanometer Optical components radome cover adhesive Electronic component semiconductor chip tier1 Parts Non-standard automation Hardware circuit board motor Coating Coating equipment Plastic Products vehicle electronics Surface treatment auto parts equipment Testing Equipment Connector plastic Material software trading acting College graduate School other

Download:

2022 LiDAR Summit Forum Live PPT
Latest LiDAR Industry Trends Report in 2022
2021 LiDAR Innovation Technology and Industrial Chain Summit Forum Guest Speech PPT
Lidar listed company introduction PPT
Lidar industry chain introduction PPT
Foreign lidar supplier PPT
Overview of domestic and foreign lidar suppliers PPT
Lidar equipped with OEM introduction PPT



**≪ Pony.ai's seventh-generation pure electric Robotaxi concept car will be unveiled at the Beijing Auto Show**

**Hesai Technology and Hongjing Zhijia officially reached strategic cooperation ≫**

 By Eric-Lee

## RELATED ARTICLES

LIDAR

全球激光雷达行业首家！禾赛获 ISO 21448 预期功能安全流程认证

🕐 SEP 4, 2024    👤 808, AB

LIDAR

奥比中光发布高性能dToF激光雷达传感器芯片LS635

🕐 AUG 19, 2024    👤 ZHENG, ZHIPENG

LIDAR

固态激光雷达系统设计

🇺🇸 English

<table>
<tr><td>CATEGORIES</td></tr>
</table>

2024 Beijing Auto Show (57)

CMF (15)

CMS (135)

DMS (73)

HUD (433)

Mini-LED (117)

OBC (8)

Robotaxi (1)

Tier 1 (169)

OEM (127)

AI (97)

HMI (174)

Charging door (35)

DCU (49)

smart sunroof (16)

Xiaomi SU (22)

微传感器 (6)

微执行器 (6)

微控制器 (6)

微电机马达 (4)

camera (276)

digital grille (80)

news (443)

smart interior (238)

智能电动出风口 (3)

smart light (398)

DISA



智能运动显示屏 (6)

🇺🇸 English

Autopilot (655)

unknown (247)

Material (71)

IME (38)

millimeter wave radar (265)

Ambient Light (152)

plastics (42)

汽车微电机系统 (21)

Car smart seat (47)

Lidar (804)

Industry News (592)

Industry Exhibition (67)

Surface treatment (77)

Touch (33)

forum (196)

Disign (67)

dimmable glass (155)

light (338)

Display (482)

Smart fragrance (aftermarket) (4)

Car Fragrance System, Fragrance Generator, Air Purifier (39)

Auto Chongqing (49)

Concealed Door Handle (17)

radar (130)

Search

YOU MISSED

DISA

🇺🇸 English

汽车微电机系统    FORUM

邀请函：汽车智能座舱暨微电机控制系统产业论坛（10月24日上海）

🕐 2024-09-08    👤 AB

DCU

MediaTek Dimensity Auto 汽车平台驱动，载你驶入智驾未来

🕐 2024-09-06    👤 ZHENG, ZHIPENG

TIER 1

采埃孚富士康底盘模块业务持续增长

🕐 2024-09-06    👤 ZHENG, ZHIPENG

MILLIMETER WAVE RADAR

视觉之外，「毫米波雷达」的多面应用

🕐 2024-09-05    👤 ERIC-LEE



Guangdong ICP No. 17004167

corporate web    Aibang Community    Aibang Exhibition    Smart auto Club    New consumer electronics information    VDN Community    greencarreports

LiDAR Enterprise Directory    Automotive News Network    Post    Auto Lighting Research Institute    topelectricsuv

## The Civil-Military Integration Industry Alliance of Jiading Industrial Zone was established, and 24 key industrial projects were signed

Wenhui client 2019-04-13 17:26:19

Jiading Industrial Zone Civil-Military Integration Industry Alliance was established today, 24 key industrial projects were signed to join, the newly established Tianzhou Rongzhi Civil-Military Integration Industrial Park in the industrial zone will be committed to opening up the military-civilian integration industry channel, serving aerospace, military defense intelligent equipment and civilian high-end manufacturing, rail transit safety operation, agriculture and forestry plant protection, environmental testing and other areas related to people's livelihood.

The establishment of the military-civilian integration industry alliance in Jiading Industrial Zone is not only a specific measure to connect with the national strategy of military-civilian integration, but also a new starting point for the park to accelerate industrial transformation and upgrading and achieve high-quality economic development. The relevant person in charge of Jiading District said that the military industry has gathered scientific research institutes, universities and other scientific research forces, and has a number of major core technologies in major national science and technology projects, with technological leading advantages; Local regions have resources such as space, capital, and talents, and the military and local governments have broad market prospects for making joint innovations and speeding up the industrialization of scientific and technological achievements by giving full play to their respective advantages.

Tianzhou Rongzhi Civil-Military Integration Industrial Park has a planned land area of 27 hectares and a total investment of 10 billion yuan, which was initiated and established by Tianzhou Rongzhi (Shanghai) Technology Co., Ltd., which will focus on the transformation of a number of military scientific and technological achievements such as aerospace, aviation, rail transit, and unmanned aerial vehicles into civilian fields. Among the 24 projects of the Jiading Industrial Zone Civil-Military Integration Industry Alliance, 14 projects have settled in the Tianzhou Rongzhi Civil-Military Integration Industrial Park, including Shanghai Baoyi Carbon Fiber Co., Ltd., which is

Hesai ND AR 01650

engaged in the design, development and production of carbon fiber composite products, Aerospace Interstellar Energy (Shanghai) Technology Co., Ltd., which is engaged in the research of space electromagnetic wave energy utilization technology, and Shanghai Tianlian Rail Transit Testing Technology Co., Ltd., which develops and produces products in the fields of intelligent detection of intercity rail transit vehicle catenary. Shanghai Junji Sensing Technology Co., Ltd., which is engaged in the technology development of sensors for new energy vehicles, etc.

In the future, Tianzhou Rongzhi Civil-Military Integration Industrial Park will build a "military-to-civilian and civilian-to-civilian" with the purpose of "scientific and technological innovation, industrial aggregation, and military-civilian docking".The industrial integration and development system. At the same time, Jiading Industrial Park will take the establishment of the industrial alliance as an opportunity to help enterprises in the park carry out exchanges and cooperation in the field of military-civilian integration, and promote the development of integrated circuits, Internet of Things, intelligent manufacturing, new energy vehicles and other industries in the park.

Author:          Zhu          Yajun          Bo          Xiaobo
Editor:                        Zhang                   Xiaoming
Responsible Editor: Qian Bei

*Wenhui exclusive manuscript, please indicate the source for reprinting.

Hesai ND AR 01651

navigation

Inertial Measureme... | Satellite navigation | Radar Vision | AI

Please enter keywords



**【PandarXT】 32-line mechanical...**

The 32-line mid-range mechanical laser radar uses Hesai's self-developed chip...

Downloads



**【Pandar64】 Mechanical LiDAR**

64-line mechanical rotating laser radar, 0.167° ultra-high resolution, greatly...

Downloads



**【OT128】 New generation...**

The minimalist architecture is easier to deploy on a large scale. Through high...

Downloads



**【AT128】 Automotive-grade sem...**

Over 1.53 million points per second. The point frequency can directly reflect the...

Downloads



**【Pandora】 Multi-sens...**

The world's first multi-sens... for self-driving cars, integr...

Downloads



**【Pandar40M】 Mechanical LiDAR**

The ranging and resolution optimized for medium and low speed applications...

Downloads



**【Pandar40P】 Mechanical LiDAR**

The 40-line mechanical rotating laser radar has a high level of measurement...

Downloads



**【PandarQT】 Mechanical LiDAR**

64-line short-range mechanical laser radar, 104.2° ultra-wide vertical field of...

Downloads



**【Pandar128】 Mechanical LiDAR**

128-line full-range (0.3 ~ 200m) ultra-high reliability high-performance...

Downloads

Previous page | 1 | Next Page

Online Consultation

Hesai ND AR 01652

© Beijing Huawei Zhongce Technology Co., Ltd. - Inertial navigation, Beidou navigation, LiDAR, gyroscope, accelerometer, inclination sensor, electronic compass
Beijing ICP No. 18053376-1

Beijing ICP No. 18053376

navigation

Bam

kk

Yeah

Hey

Online
Consultation

Hesai ND AR 01653

Case 1:24-cv-01381-PLF          Document 53-1          Filed 02/14/25          Page 253 of 287

navigation

# about Us

The products have strict production technology, perfect R&D and
manufacturing system

Applications span multiple industries and cover every industrial city

Bam

kk

# Company Profile

Yeah

Hey

### Establishment

## 2016



### Company Overview

   Beijing HUAWEI Zhongce Technology Co., Ltd. is a high-tech private enterprise ded
promotion, sales and technical services of new products in high-tech fields such as inertial orien
measurement, satellite navigation positioning, radar vision intelligence, etc. The company is m
aviation, aerospace, weapons, electronics, ships, transportation, and various systems in colleges and
The main products are inertial navigation (IMU/VG/AHRS), satellite navigation (GPS/Beidou
navigation, Beidou teaching system, motion capture system, 3D laser radar, millimeter-wave rad

### R&D and production

Large fully automatic production line

Rigorous manufacturing process

Development and manufacture of advanced systems



Online
Consultation

Hesai ND AR 01654

10/17/24, 9:33 AM    About Us - Beijing HUAWEI Zhongce Technology Co., Ltd.

Case 1:24-cv-01381-PLF    Document 53-4    Filed 02/14/25    Page 254 of 287

navigation    16,
focusing on the promotion
of inertial navigation
sensors.

TLS1700 inclinometers
are widely used in
four-wheel alignment
instruments, and
GPS340T compasses

Mio-X is the first micro nine-
axis heading system in China
to be mass-applied in the
camera car.

## 2018

INS650-D dual-antenna
RTK integrated navigation
has been successfully
applied in many driverless

MTi-30 Netherlands
XSENS inertial AHRS
attitude and heading
system is mass-applied in

The IMU720 serie
attitude and naviga
products have been
successfully devel

## 2020

VLP-16 3D LiDAR
Sales exceeded 200 sets

Copyright © Beijing Huawei Zhongce Technology Co., Ltd. - Inertial navigation, Beidou navigation, LiDAR, gyroscope, accelerometer, inclination sensor, electro
Beijing ICP No. 18053376-1

Bam

kk

Beijing ICP No. 18053376

Yeal

Hey

Online
Consultation

Hesai ND AR 01655

- **Home**
- **Notification Announcement**
- **Procurement Announcements**
- **Transaction announcement**
- Bidding price publicity
- **Regulations**
- **Business processes**
- **Download the service**
- **Party style and clean government**
- **Contact us**

goods

## The bidding results of Hesai 32-line LiDAR of the Artificial Intelligence Research Institute were announced

Release time:2023-08-15 Clicks:89 Publisher:Artificial Intelligence Research Institute

| | | |
|---|---|---|
| Project information | The name of the project | Hesai 32-line LiDAR |
| | Subscribe to the business number | 202308140012 |

Hesai ND AR 01656

|  | The name of the purchasing entity | Institute of Artificial Intelligence |
|---|---|---|
| Transaction information | Completion of the transaction | 119,400 yuan |
|  | Deal Suppliers | Beijing Huawei China Testing Technology Co., Ltd |

| Purchasing list | | | |
|---|---|---|---|
| serial number | Name | Specifications and models | Quantity |
| 1 | Hesai 32-line LiDAR | / | 3 units |

Hesai ND AR 01657

The publicity period is from August 15, 2023 to August 18, 2023. If the suppliers or other stakeholders have any objections to the process and results of the project, they can feedback their opinions to the Institute of Artificial Intelligence of Beijing University of Aeronautics and Astronautics in writing (including contact person, address, and contact number) during the publicity period;

Supervisor: Mr. Jin,

contact information: 010-82338096, email: wuyanyan@buaa.edu.cn.

Hesai ND AR 01658

Chinese Government Procurement Network Central Government Procurement Network Beijing

University of Aeronautics and Astronautics Planning and Finance Department of Beihang

University Legacy website

Copyright 2022 Beijing University of Aeronautics and Astronautics Bidding and Procurement Center

Address: No. 37, Xueyuan Road, Haidian District, Beijing Zip code: 100191

Hesai ND AR 01659

# China's civilian defence universities

Many of China's universities originated as military institutions but have since been developed into civilian universities that are increasingly competitive in global research rankings. However, developments over the past decade highlight the military and security links of more than 60 universities in particular.

## The Seven Sons of National Defence

The 'Seven Sons of National Defence' (国防七子) are a group of leading universities with deep roots in the military and defence industry. They're all subordinate to the Ministry of Industry and Information Technology (工业和信息化部), which oversees China's defence industry through its subordinate agency, SASTIND.

The depth of the Seven Sons' integration with the military suggests that it would be more accurate to describe them as defence universities than as civilian universities. In fact, they call themselves 'defence science, technology and industry work units' or parts of the 'defence system'.[13]

Each year, more than 10,000 graduates from the Seven Sons join the defence research sector—just under 30% of their employed graduates. PhD graduates from these universities are particularly sought after, and as many as half of them go into the defence sector (Figure 1).[14] State-owned defence conglomerates specialising in aircraft, missiles, warships, armaments and military electronics are among their top employers, alongside high-tech companies such as Huawei and ZTE.[15]

**Figure 1: The percentage of employed 2017 or 2018 graduates of the Seven Sons working in the defence system**

Hesai ND AR 01660

The Seven Sons of National Defence and their specialisations

**Beijing Institute of Technology**
Armaments and aeronautics

**Beihang University**
Aeronautics and astronautics

**Harbin Engineering University**
Maritime technology, nuclear, aeronautics, astronautics and armaments

**Harbin Institute of Technology**
Aeronautics and astronautics

**Nanjing University of Aeronautics and Astronautics**
Aeronautics and astronautics

**Nanjing University of Science and Technology**
Armaments

**Northwestern Polytechnical University**
Aeronautics, astronautics, maritime technology and armaments

Hesai ND AR 01661



*Note: Figures for Northwestern Polytechnic University and Harbin Engineering University are for 2017. The remaining figures are for 2018. Source: university graduate employment quality reports (毕业生就业质量年度报告).*

The Seven Sons stand at the forefront of defence research in China. Hundreds of their scientists sit on PLA expert advisory committees and assist or even serve in major military projects, such as fighter jet or aircraft carrier programs.[16] They dominate the ranks of defence research prize and defence technology patent recipients.[17] One Chinese study of military–civil fusion in the university sector estimated that more than half the academics at the Seven Sons have been involved in defence projects.[18] All seven have been accredited at the institutional level to participate in research into and the production of top-secret weapons and defence equipment.

They're also among China's best-funded universities. In 2016, the Seven Sons spent a total of ¥13.79 billion (A$2.88 billion) on research. In 2018, four of them ranked among China's top five universities for funding per research staff member.[19]

Approximately half of their research spending goes towards defence research. Harbin Institute of Technology spent ¥1.973 billion (A$400 million), or 52% of its total research budget, on defence research in 2018.[20] Beihang University spends roughly 60% of its research budget on defence research.[21]

Harbin Institute of Technology's defence research spending alone is comparable to the Australian Department of Defence's. The Australian Government's most recent defence science and technology budget was just under A$469 million. Under current plans, that figure is estimated to decrease to A$418 million by 2023.[22]

Like the Seven Sons of National Defence, the 'Seven Sons of the Arms Industry' (兵工七子) are a group of Chinese universities previously subordinate to the Ministry of Ordnance Industry (兵器工业部), which was dissolved in 1986.[23] Two of them—Beijing Institute of

Hesai ND AR 01662

Case 1:24-cv-01381-PLF    Document 53-4    Filed 02/14/25    Page 262 of 287

Technology and Nanjing University of Science and Technology—are also among the Seven Sons of National Defence (see box). All of them are still involved in researching and developing weapons.

# Universities with national defence characteristics

Recent developments have pushed military–civil fusion far beyond the Seven Sons.[24] Research for the China Defence Universities Tracker has identified 101 agreements signed between defence industry agency SASTIND (or its predecessor, COSTIND) and other agencies since 1999 to 'jointly construct' (共建) 61 universities subordinate to those agencies (see appendix).[25] These agreements encompass leading national universities, such as Tsinghua University and Peking University, as well as provincial universities with strong foundations for defence research.

The Tracker also identifies similar agreements that show how defence industry conglomerates, such as China's leading ballistic missile manufacturer, supervise nine universities.[26] SASTIND's joint-construction agreements have become far more common in recent years.

Fifty-seven of the 101 agreements were signed in the past five years. In 2016 alone at least 38 agreements were finalised (Figure 2).

**The Seven Sons of the arms industry**

Beijing Institute of Technology

Changchun University of Science and Technology

Chongqing University of Technology

Nanjing University of Science and Technology

North University of China

Shenyang Ligong University

Xi'an Technological University

Hesai ND AR 01663

**Figure 2: SASTIND agreements on the 'joint construction' of universities (red bars denote agreements signed by SASTIND's predecessor, COSTIND)**



Through the agreements, SASTIND seeks to build institutions into 'universities with national defence characteristics' by expanding their involvement in training and research on defence technology and deepening their cooperation with defence companies.[27] Specifically, it works to support the establishment of defence research laboratories, to fund defence-related research areas and to facilitate participation in military projects.[28] This has led to the establishment of large numbers of defence laboratories and 'disciplines with national defence characteristics' (国防特色学科) in civilian universities, mostly in the past decade. More than 150 universities have received security credentials that allow them to participate in classified weapons and defence equipment projects.[29]

According to a university supervised by SASTIND, the agency aims to support five to eight defence disciplines and establish one or two defence labs in each university it supervises by 2020 (the end of the 13th Five-Year Plan).[30] This hasn't yet come to fruition and is unlikely to be fully achieved. Nonetheless, it may be the largest push to integrate universities into the defence research system since the beginning of China's reform and opening, covering as many as 53 universities.[31]

Developing talent for China's defence industry is an important objective of military-civil fusion in universities. In 2007, the Chinese government established the National Defence Science and Technology Scholarship to encourage high-achieving university students to join the defence sector.[32]

Every year, the scholarship is given to 2,000 'national defence technology students' who are each sponsored by defence conglomerates or China's nuclear weapons program to study in designated fields.[33] After graduating, they are required to work for their sponsor for five years.[34]

## Defence laboratories

Hesai ND AR 01664

Case 1:24-cv-01381-PLF Document 52-4 Filed 02/14/25 Page 264 of 287

The China Defence Universities Tracker has identified more than 160 defence-focused laboratories in civilian universities. It primarily catalogues three types of defence laboratories:

- national defence science and technology key laboratories (国防科技重点实验室)
- national defence key discipline laboratories (国防重点学科实验室)
- Ministry of Education national defence key laboratories (教育部国防重点实验室).

By 2009, the Chinese Government had established 74 national defence science and technology key laboratories, all of which are jointly supervised by the PLA and SASTIND.[35] The China Defence Universities Tracker has identified 39 in civilian universities; others are found in defence conglomerates and PLA units.

National defence science and technology key laboratories are the best funded and most prestigious kind of defence laboratory, holding the same status as state key laboratories. For example, Northwestern Polytechnical University's national defence science and technology key laboratory for unmanned aerial vehicles has received over ¥420 million (A$87 million) in funding since its establishment in 2001.[36]

Thirty-six national defence key discipline labs, which are lower in status than national defence science and technology key labs and were first established around 2007, have also been identified.[37]

Ministry of Education defence laboratories are a previously unstudied kind of defence laboratory. Fifty-three of them have been identified at 32 universities. According to Shandong University, which hosts three of the labs, they are:

*… approved by the Ministry of Education and entrusted to universities for their establishment in order to expand indigenous science and technology innovation for national defence, cultivate and concentrate high-level national defence science and technology talent, and engage in academic exchange and cooperation on national defence science and technology.*[38]

One of these labs has been accused of carrying out cyberattacks for the PLA (see 'Espionage').

Many of these defence labs obscure their defence links in official translations of their names. National defence science and technology key laboratories often simply call themselves 'national key laboratories'. For example, the National Key Laboratory of Science and Technology on Micro/Nano Fabrication jointly run by Shanghai Jiao Tong University and Peking University was established by the PLA in 1996.[39] National defence key discipline laboratories are often known as 'fundamental science' laboratories. Ministry of Education defence labs are almost always referred to as 'Ministry of Education Laboratory (B-category)' (教育部重点实验室(B类)) or simply as Ministry of Education labs.

Designated defence research areas SASTIND approves 'disciplines with national defence characteristics', such as armament technology and materials science, at universities it supervises after an application process. They're referred to in the China Defence

Case 1:24-cv-01381-PLF Document 50-4 Filed 02/14/25 Page 265 of 287

University Tracker as 'designated defence research areas'. The tracker identifies more than 400 designated defence research areas in universities. Since 2015, at least 280 of these were approved at 53 universities.[40]

Defence disciplines reflect each university's specialities for defence research and serve as stepping stones for the establishment of prestigious defence laboratories. Shenyang Ligong University, one of the 'Seven Sons of the Arms Industry' supervised by SASTIND, stated that its defence disciplines are 'a precursor and foundation for the university to apply to establish national defence key discipline laboratories'.[41]

It's difficult to find detailed information on the operation of defence disciplines. However, one university wrote in 2018 that it expected to receive approximately ¥7 million (A$1.4 million) on average to develop each discipline.[42] If that figure is representative, it indicates a doubling of the funding allocated to each discipline in comparison to a decade ago.[43]

## Security credentials

'Security credentials' refers to the 'weapons and equipment research and production unit secrecy credentials' (武器装备科研生产单位保密资格) that are awarded to universities and companies at the institutional level. Security credentials are divided into three tiers: first class, second class and third class—roughly equivalent to top secret, secret and confidential clearances, respectively.[44]

The issuing of security credentials is overseen by National Administration of State Secrets Protection, the Central Military Commission's Equipment Development Department and SASTIND, or their local equivalents.[45]

Security credentials allow their holders to participate in different levels of classified defence- and security-related projects. Universities with security credentials are required to meet certain standards in their protection and management of classified research and personnel.[46] The credentials indicate a university's involvement in defence projects, as well as the sensitivity of that work.

**A top-secret security credentials plaque awarded to the Beijing Institute of Technology.**

Hesai ND AR 01666



*Source: Beijing Institute of Technology, 'Our university passes the secrecy credentials examination and certification', 24 April 2006, online.*

As of November 2017, more than 150 universities had received security credentials.[47] The tracker has identified eight universities with top-secret security credentials.

Military units don't appear to be subject to this security credentials system but use it to scrutinise those they work with. For example, many procurement notices from the PLA require organisations submitting tenders to hold security credentials.[48]

Hesai ND AR 01667

# Hesai Ranks No. 1 in Global Automotive Lidar for the 2nd Year in a Row

2023-07-25     News Releases

*Lidar expert Yole Group highlights Hesai's record-breaking revenue and shipments*

July 25, 2023, Palo Alto – Hesai Technology (NASDAQ: HSAI) has been named the top automotive lidar company for the second consecutive year by Yole Group, a global advisory and market analysis firm recognized for its expertise in the semiconductor, photonic, and electronic sectors. This achievement comes after another year of rapid growth and important milestones for Hesai, including record-breaking numbers of shipments, exceptional financial results, and strategic design wins.

Yole Intelligence, part of the international market research & strategy consulting company Yole Group, has just released its "LiDAR for Automotive 2023" report, which ranks different companies by several key indicators of success. The report shows the rapid expansion of the lidar industry and confirms Hesai's top position in the global lidar market.

## Hesai Named No. 1 Global Automotive Lidar Supplier

Yole Intelligence valued the global lidar market for passenger cars and robotic cars, including robotaxis, at around $317M in 2022, which corresponds to a 95% YoY increase, largely driven by high demands from OEMs in the passenger car market.

The report names Hesai as the No. 1 global automotive lidar supplier with the biggest market share by revenue. With strong growth momentum in both passenger cars and robotaxis, Hesai secures close to half of the total global automotive lidar market.

Hesai ND AR 01668



## GLOBAL LIDAR MARKET SHARES – 2021 VS. 2022 REVENUES
Source: LiDAR for Automotive report, Yole Intelligence, 2023



## Hesai Ranks No. 1 in the Global Robotic Cars Lidar Market

The report also shows Hesai continuing to lead the global robotic cars lidar market in 2022 with an impressive 67% market share of the $147M market. Hesai's success stems from its strong customer base, including almost every key robotaxi and robotruck player, including major industry names such as Zoox and Aurora.

Hesai ND AR 01669







## ROBOTAXI – LIDAR SENSORS MARKET*

Source: LiDAR for Automotive report, Yole Intelligence, 2023

| Short-range LiDAR | Company | LiDAR supplier | Long-range LiDAR |
|---|---|---|---|
| 4 | Waymo | WAYMO | 1 |
| 0 | Cruise | HESAI OUSTER | 5 |
| 4 | Aurora | blackmore HESAI | 3 |
| 4 | Apollo | HESAI | 1 |
| 4 | Didi | HESAI | 1 |
| 3 | Motional | HESAI OUSTER | 1 |
| 3 | Pony | HESAI | 2 |
| 4 | WeRide | HESAI | 3 |
| 0 | AutoX | HESAI | 2 |
| 0 | Yandex | Yandex | 4 |
| 4 | Zoox | HESAI | 4 |

*Non exhaustive list of companies*

 YOLE Intelligence

www.yolegroup.com | ©Yole Intelligence 2023

## Hesai Leads the Global Passenger Car Lidar Market

Yole Intelligence reports that the global passenger car lidar market, including ADAS applications for L2+ and L3, is increasing rapidly at an impressive rate of 285% YoY growth. Hesai is already at the forefront with 23% market share by revenue and 31% of the design wins in this market.

Hesai ND AR 01671

With the largest projected shipment of ADAS lidar units, Hesai has the greatest potential to lead this market in 2023. Among the 11 OEM customers that Hesai has secured, 6 will begin shipping by the end of 2023, giving it a strong advantage in a competitive landscape.



"We are thrilled to be recognized by Yole Intelligence as the leader in the global lidar market for the second year in a row," said Bob in den Bosch, Senior Vice President of Global Sales. "We've set high targets for growth, development, and strategic wins, and we are happy to see our efforts succeed in the market. Our strength in R&D, our ability to fulfill customer orders, and our capacity to produce lidar for both the ADAS and autonomous mobility markets have allowed us to break shipment records and make lidar ready for mass adoption. We are proud of our ongoing success, and we will continue to make roads safer for everyone."

"Hesai at the forefront in both the passenger car and robotaxi lidar markets," said Pierrick Boulay, Senior Analyst of Yole Intelligence. "Their success in both markets, combined with their strong financial performance, puts them in a position to lead the automotive lidar market this year, and likely for years to come."

2022 has seen the lidar markets at the crossroads as the passenger car lidar market surpassed the lidar market for robotaxis, driven by the accelerating adoption of lidar by OEMs. With the push towards the integration of lidar technologies in affordable vehicles, the lidar market will see even faster growth in a dynamic environment.

*Note: The data in this article represents third party estimates and are not official operational figures of the company. Please refer to the company's financial report for specific information.*

## About Yole Group

Yole Group is an international company recognized for its expertise in the analysis of markets, technological developments, and supply chains, as well as the strategy of key players in the semiconductor, photonics, and electronics sectors. With Yole Intelligence, Yole SystemPlus, and Piséo, the group publishes market, technology, reverse engineering, and costing analyses and provides consulting services in strategic marketing and technology analysis. The Yole Group Finance division also offers due diligence assistance and supports companies with mergers and acquisitions. Yole Group benefits from an international sales network. The company now employs more than 180+ people. More information on www.yolegroup.com.

| | |
|---|---|
| **From:** | Tysse, James <jtysse@akingump.com> |
| **Sent:** | Friday, April 12, 2024 2:04 PM |
| **To:** | Taylor-Kale, Laura D HON (USA) |
| **Cc:** | Najieb-Locke, Halimah A SES (USA); Giordani, Nicoletta S SES (USA); Paterno, Lide; Blanton, Irmie K CIV OSD OUSD A-S (USA); Krass, Caroline D HON (USA) |
| **Subject:** | RE: Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company" |
| **Attachments:** | 2024.04.11 - Letter from L. Paterno to K. Sayler re August 2023 CRS Report.pdf |

Dear Assistant Secretary Taylor-Kale:

In light of the irreparable harm Hesai continues to suffer, I am writing to renew Hesai's request for removal from the 1260H List—or, at a minimum, for the basis of the Department's decision, so that the company can understand and address the erroneous listing. We remain concerned that the Department has relied on inaccurate or misleading information.

To that end, we are attaching a letter we recently sent to the Congressional Research Service, at its invitation, to correct its August 2023 report's categorically false assertion that "Hesai makes autonomous warfighting vehicles for the military." As our letter makes clear, the crucial evidence underlying the CRS report is unreliable and insufficient, and plainly cannot support CRS's unfounded conclusions.

Please let us know when we can meet with you and/or what additional information we can provide to resolve this matter as soon as possible.

Sincerely,
James Tysse

**James E. Tysse**
**Akin**
Direct: +1 202.887.4571 | Internal: 24571
Pronouns: he/him/his (What's this?)

---

**From:** Tysse, James
**Sent:** Thursday, March 14, 2024 9:20 AM
**To:** 'Taylor-Kale, Laura D HON (USA)' ███████████████
**Cc:** Najieb-Locke, Halimah A SES (USA) ███████████████; Giordani, Nicoletta S SES (USA) ███████████████; Paterno, Lide <lpaterno@akingump.com>; Blanton, Irmie K CIV OSD OUSD A-S (USA) ███████████████; Krass, Caroline D HON (USA) ███████████
**Subject:** RE: Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"

Dear Assistant Secretary Taylor-Kale:

Thank you for your email response of March 12, 2024, and for agreeing to consider our letter and the declaration attached thereto. At your suggestion, we filed two FOIA requests through the link you provided yesterday: one seeking the decision memorandum or memoranda (submission ID: 1112176), and the other seeking the broader record your agency relied on in arriving at its determination to include our client on the Chinese military company list under Section 1260H (submission ID: 1112186). We have attached copies of both requests to this message. We are hopeful that your

response indicates that the Department of Defense is willing to act on these requests promptly, and within the statutory 20-day period.

In addition, we appreciate your request to "provide any additional relevant information related to Hesai as it pertains to the Section 1260H List."  As we explained in our letter of March 8, 2024, however, until Hesai understands the basis for its listing, it has no realistic way of determining what information may be "relevant" to the Department of Defense.  Especially because Hesai has no legal obligation to seek the requested records through FOIA (rather than directly from you), Hesai thus respectfully requests, as a sign of good faith, that your office share at least the decision memorandum with Hesai immediately, rather than awaiting the conclusion of the FOIA review process, so that Hesai can directly address any concerns you may have.

Finally, although we have complied with your request to seek documents through FOIA, Hesai continues to suffer irreparable harm due to the listing, and accordingly must continue to pursue all available legal remedies while those requests are pending.  That is particularly true given the possibility that the Department may invoke certain FOIA exemptions, or that there will be a lengthy delay in receiving the requested information.  But if you believe that further information sharing is imminent, or if you or your staff are willing to meet with my client or me, Hesai is willing to reconsider its timeline for taking further action.  Hesai would obviously prefer to resolve this matter promptly outside of litigation, if possible.

Again, we appreciate your response.  Please let us know what additional steps we can take to resolve this matter expeditiously and cooperatively, including by meeting at your earliest convenience.


Sincerely,
James Tysse


**James E. Tysse**
**Akin**
Direct: +1 202.887.4571 | Internal: 24571
Pronouns: he/him/his (What's this?)

---

**From:** Taylor-Kale, Laura D HON (USA) ████████████████████
**Sent:** Tuesday, March 12, 2024 4:14 PM
**To:** Paterno, Lide <lpaterno@akingump.com>; Tysse, James <jtysse@akingump.com>
**Cc:** Najieb-Locke, Halimah A SES (USA) ██████████████████████; Giordani, Nicoletta S SES (USA) <nicoletta.s.giordani.civ@mail.mil>; Blanton, Irmie K CIV OSD OUSD A-S (USA) ████████████████; Krass, Caroline D HON (USA) ███████████████████
**Subject:** RE: Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"


**EXTERNAL Email**

Mr. Tysse,

Thank you for your letter and email dated March 8, 2024.  We very much appreciate the information you provided.  We will consider your letter and the declaration attached thereto in our ongoing assessment of whether Hesai should remain on, or be removed from, the Chinese military company list as required by Section 1260H.

In your letter, you requested the administrative record underlying Hesai's designation as a Chinese military company.  You must submit a Freedom of Information Act request through FOIA.gov at https://www.foia.gov/request/agency-component/5a3d3893-4280-4b69-92c9-b51a688fac79/ to request this information.

Hesai ND AR 01703

Please feel free to provide any additional relevant information related to Hesai as it pertains to the Section 1260H List.

Sincerely,
HON Laura Taylor-Kale

*******************************************
**The Honorable Laura D. Taylor-Kale, PhD**
**Assistant Secretary of Defense for Industrial Base Policy**
Office of the Under Secretary for Acquisition and Sustainment
U.S. Department of Defense


**IBP Mission:** *To work with domestic and international partners to forge and sustain a robust, secure, and resilient industrial base enabling the warfighter, now and in the future.*

---

**From:** Paterno, Lide <lpaterno@akingump.com>
**Sent:** Friday, March 8, 2024 6:07 PM
**To:** Taylor-Kale, Laura D HON (USA) ██████████████████
**Cc:** Najieb-Locke, Halimah A SES (USA) ████████████████████████████; Giordani, Nicoletta S SES (USA) ████████████████████████; Blanton, Irmie K CIV OSD OUSD A-S (USA) ████████████████████████; Krass, Caroline D HON (USA) ██████████████████████; Tysse, James <jtysse@akingump.com>
**Subject:** Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"

Dear Assistant Secretary Taylor-Kale,

Attached, please find a letter from James Tysse on behalf of Hesai Technology Co., Ltd.

Sincerely,

Lide Paterno

CC: Halimah Najieb-Locke; Nicoletta Giordani; I.K. Blanton; Caroline D. Krass

**Lide E. Paterno**
**Akin**
Robert S. Strauss Tower | 2001 K Street N.W. | Washington, DC 20006 | USA | Direct: +1 202.887.4078 | Internal: 24078
Fax: +1 202.887.4288 | lpaterno@akingump.com | akingump.com | Bio

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

Hesai ND AR 01704

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**Lide E. Paterno**
+1 202.887.4078 / fax: +1 202.887.4288
lpaterno@akingump.com

April 11, 2024

Kelley Sayler
Specialist, Advanced Technology and
  Global Security
Congressional Research Service
101 Independence Ave. SE
Washington, DC 20540

Re:    **August 2023 CRS Report's Incorrect And Unsubstantiated Conclusion That Hesai
       Makes Autonomous Warfighting Vehicles For The Military**

Dear Ms. Sayler:

Thank you for sharing the open-source images underlying the August 2023 Congressional Research Service report's assertion that "Hesai makes autonomous warfighting vehicles for the military."  We have consulted with our client over the past few weeks and appreciate the opportunity to respond.

At the outset, we note that the CRS report contains a fundamental and serious mistake:  Hesai does not "make" military vehicles (or any vehicles), sell equipment for use in such vehicles, or take any other action to enable the production of such vehicles.  As explained below, there is significant uncertainty that any of the cited photos depict Hesai's LiDAR—but regardless, such photographs cannot substantiate the extreme (and financially damaging) conclusion that Hesai "makes" (or "enables") military vehicles.  That is true for at least five reasons:  (i) Hesai has never made warfighting vehicles (or any vehicles of any kind); (ii) none of the cited sources reasonably supports the conclusion that Hesai manufactured the LiDAR equipment depicted; (iii) Hesai (like all other companies) cannot fully control the resale or unauthorized use of its products, (iv) Hesai takes active steps to avoid selling or supplying its products to entities on the Military End User List (or other military-related lists); and (v) Hesai's products are not designed or manufactured for military use.

1.  **Contrary to CRS's mistaken conclusion, Hesai has never made any vehicles, let alone
    autonomous warfighting vehicles for the military.**

Hesai does not "make," and has never made, warfighting vehicles for the military—or any vehicles of any kind.  Instead, Hesai solely manufacturers LiDAR units for civilian and commercial automotive uses, not for the military or military-related uses.  As confirmed by the materials in your possession (including the sworn March 8, 2024 declaration of Hesai's CEO), Hesai does not sell, directly or indirectly,

**Akin**

April 11, 2024
Page 2

its LiDAR equipment to the military, has never engaged in scientific research cooperation with the military, and has never provided its equipment for military end use.[1]

### 2. None of the cited sources supports the conclusion that Hesai manufactured the depicted devices, some of which more clearly resemble competitors' products.

Hesai has carefully reviewed the sources you provided. None contains sufficient identifiable information to reasonably conclude that Hesai manufactured the LiDAR equipment shown (much less that Hesai made the exhibition vehicles on which the equipment has ostensibly been affixed).

Most notably, the LiDAR units in the photograph purporting to depict "driverless police patrol cars" in Karamay, China, is almost certainly not a Hesai product. The purported LiDAR units depicted in the article you sent have apparently been affixed to vehicles "manufactured by Zhongke Tianji (Xinjiang) Aerospace Information Co., Ltd."[2] But the article does not mention Hesai, and Hesai has never sold its LiDAR equipment to, nor otherwise transacted with, Zhongke Tianji (Xinjiang) Aerospace Information Co., Ltd.

Beyond that, Hesai's similarly sized LiDAR unit does not feature such a thin top cover—instead, as these photos show, the products made by Hesai's competitors (Ouster and Robosense) do.








RoboSense RS 16            Ouster (Velodyne) VLP-16            Hesai Pandar 128

---

[1] As an aside, Hesai's March 8 letter also explains that Hesai is not "tied to the military's China Electronics Technology Group Corporation," either. We would be happy to provide additional information to rebut whatever contrary source you relied on for that statement.

[2] Gulchehra Hoja, *Driverless police surveillance cars hit streets of Xinjiang's Karamay*, RADIO FREE ASIA (July 14, 2022), https://www.rfa.org/english/news/uyghur/driverless-cars-07142022172350.html.



April 11, 2024
Page 3

Nor do the other two articles you shared provide a basis to conclude that Hesai made or enabled the exhibition vehicles in those photos. Hesai cross-checked its sales records with any information that can be gleaned from the articles, and that thorough review confirmed that Hesai has never engaged in any transaction with the entities apparently responsible for the prototype mock-up vehicles shown—the "National University of Defense Technology"[3] or "Beijing North Vehicle Group Corporation."[4]

Moreover, while some of the LiDAR products depicted in the poor-quality photos arguably resemble Hesai's products, they also resemble several of Hesai's competitors' products, as indicated by the comparisons below:



RoboSense RS32B    Quanergy M8    Hesai Pandar 40

Ouster (Velodyne) VLP-32    Hesai Pandar 128

In short, even assuming the cited photographs are real—and not, for example, photographic mockups or AI-generated—it is impossible to say with confidence that any of them depict Hesai's products. Given the poor quality of the images, the prototype nature of each of the vehicles, the absence of any reference to Hesai or other LiDAR companies in the articles, and the similar appearances of competitors' LiDAR products, these sources simply provide no reliable basis to conclude that Hesai manufactured the LiDAR equipment in question—and certainly no basis to assert that Hesai "made" (or enabled) the military vehicles.

---

[3] *China's latest unmanned combat systems to enter service, aim to win future wars for PLA: reports*, PEOPLE'S DAILY ONLINE (Nov. 13, 2020), http://en.people.cn/n3/2020/1113/c90000-9780052.html

[4] Liu Xuanzun, *China displays land, sea, air combat robots at expo*, GLOBAL TIMES (July 5, 2021), https://www.globaltimes.cn/page/202107/1227901.shtml. This Global Times article is cited for the image featured in the article you provided. Kris Osborn, *Is China's New "Pathbreaker" A Worthy Competitor to U.S. Military RCV's?*, WARRIOR MAVEN (July 13, 2021), https://warriormaven.com/land/china-pathbreaker-drone.



April 11, 2024
Page 4

### 3.  Hesai, like every company, cannot fully control the resale or unauthorized downstream use of its hardware equipment.

Even if one of the photographs could be proven to be Hesai's, that would still not mean that Hesai makes or enables military vehicles.  LiDAR equipment, including equipment manufactured by Hesai, is sold on the open civilian market for consumer automotive use.  The safeguards that are critical to the cybersecurity protections for which Hesai's products have received international (civilian) certifications also prevent the company from actively managing downstream use of its equipment: *i.e.*, Hesai's products cannot store or wirelessly transmit any point cloud images, and neither Hesai nor any third party has access to the data.  Although Hesai's standard sales agreement with new customers prohibits the re-sale of Hesai's LiDAR equipment to the military, no company can completely control the re-sale of its hardware.

In fact, open-source images indicate that LiDAR equipment manufactured by Hesai's U.S.-based competitor, Ouster, appears to have found its way onto modified Russian or Chinese military vehicles:



Source: https://twitter.com/Ninja998998/
status/1509107437357322247



[close-up view of equipment]



Source: https://ouster.com/insights/
blog/a-brand-new-field-of-view

To take another example, the following open-source images appear to depict a military vehicle that has been modified with Ouster's Velodyne HDL-64E and HDL-32E products:



Source: http://www.81.cn/lj/2016-
10/18/content_7308479_4.htm



[close-up view of equipment]



Source: https://www.oreilly.com/library/
view/ros-programming-building/
 9781788627436/ed09903f-c229-4d01-
835a-6a51071e3e33.xhtml

Hesai ND AR 01708



April 11, 2024
Page 5

Although these photographs clearly resemble Ouster's distinctive-looking products, we presume that the Congressional Research Service would never brand Ouster a "maker" (or "enabler") of Russian and Chinese military vehicles based on such evidence alone—even if those photographs could somehow be proven legitimate depictions of Ouster's products. We respectfully ask that Hesai be treated the same way.

**4. Hesai remains committed to limiting its products to civilian use and preventing their use for any military purposes.**

Although no company can fully control what customers do with their technology, Hesai is committed to preventing the improper use or resale of its products, including for any military or warfighting purpose. Hesai has in place a carefully designed customer-screening process, established with the assistance of U.S. counsel, to ensure that the company does not sell its products to any entity listed on the Military End User List, the Entity List, or the Specially Designated Nationals and Blocked Persons List, or to any entity subject to U.S., E.U., U.K., or U.N. blocking measures. As explained in more detail in the March 8 submission, the company also operates independently of government control (from any country) and does not accept government subsidies or other benefits that are not generally available to any technology company, foreign or domestic.

**5. Hesai develops LiDAR equipment far below specifications for military use.**

Not only does Hesai not supply its products for military use, it could not do so. That is because all of Hesai's existing products are strictly designed and manufactured at civilian specifications for commercial and passenger vehicles, which are significantly below battlefield standards for any country's military, to ensure sales at competitive prices in the consumer market. Indeed, it is impossible to use Hesai's products on the battlefield because they do not provide the durability and performance needed for that environment—*i.e.*, they have a lower internal component temperature range, they have a lower vibration/shock endurance, they are not radiation proof, etc. As a result, the U.S. Department of Commerce's Bureau of Industry and Security has classified all of Hesai's LiDAR products as EAR99, meaning that they fall into the same category as most commercial and consumer goods and do not require a license for exports in most situations. Likewise, Hesai's products are not covered by the Chinese government's list of sensitive or strategic technologies restricted from export. Notably, the images in the sources you provided appear to show prototype or exhibition vehicles—not operationalized, mass-produced equipment actually in service.

<center>*****</center>

In sum, even assuming the photos drawn from the foreign-media sources you shared are legitimate, there is no compelling basis to conclude that they depict Hesai's equipment, particularly given the quality of the images, the obvious prototype nature of each of the vehicles, the absence of any reference whatsoever to Hesai (or other LiDAR companies) in the articles, and the similar appearances of competitors' LiDAR products. And even if one or more of the images depicts Hesai equipment that has been repurposed for such an unsanctioned (and ineffective) use, that would still provide no basis for the serious and harmful allegation that Hesai "makes" or "enables" military technology.

Accordingly, we respectfully request that the Congressional Research Service delete that inaccurate statement from its report without delay, along with the false statement that Hesai is "tied to the military's

Hesai ND AR 01709



April 11, 2024
Page 6

China Electronics Technology Group Corporation." We would also welcome the opportunity to similarly review and respond to whatever additional information you noted you may have on this topic.

We appreciate your attention to our concerns, considering that these mistaken assertions have seriously damaged (and continue to damage) Hesai's financial status and reputation. We would be glad to speak with you further or provide any additional information that may be helpful.

Sincerely,

Lide E. Paterno

| | |
|---|---|
| **From:** | Taylor-Kale, Laura D HON (USA) ██████████████ |
| **Sent:** | Thursday, April 18, 2024 2:41 PM |
| **To:** | Tysse, James |
| **Cc:** | Najieb-Locke, Halimah A SES (USA); Giordani, Nicoletta S SES (USA); Paterno, Lide; Blanton, Irmie K CIV OSD OUSD A-S (USA); Krass, Caroline D HON (USA) |
| **Subject:** | RE: Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company" |

Dear Mr. Tysse,

Thank you for your email dated April 12, 2024, and the documentation attached thereto regarding the Congressional Research Service August 2023 report on LiDAR.

We very much appreciate the information provided. We will consider your letter, the attachment, and all the information provided thus far in our ongoing assessment of whether Hesai should remain on, or be removed from, the Chinese military company list as required by Section 1260H.

My team is happy to meet with you to discuss the statutory requirements for inclusion on the Section 1260H List. Please work with Ike Blanton (irmie.k.blanton2.civ@mail.mil) and Peter Atherton (peter.f.atherton.civ@mail.mil), the Action Officers assigned to your request, to arrange a mutually convenient time to meet.

Please feel free to provide any additional relevant information related to Hesai as it pertains to the Section 1260H List to Mr. Blanton or Mr. Atherton at the contact information listed above. If you have questions regarding the foregoing, please do not hesitate to contact Mr. Blanton or Mr. Atherton.

Sincerely,
Dr. Taylor-Kale

*******************************************
**The Honorable Laura D. Taylor-Kale, PhD**
**Assistant Secretary of Defense for Industrial Base Policy**
Office of the Under Secretary for Acquisition and Sustainment
U.S. Department of Defense

**IBP Mission:** *To work with domestic and international partners to forge and sustain a robust, secure, and resilient industrial base enabling the warfighter, now and in the future.*

---

**From:** Tysse, James <jtysse@akingump.com>
**Sent:** Thursday, March 14, 2024 9:20 AM
**To:** Taylor-Kale, Laura D HON (USA) ████████████████████████; Giordani, Nicoletta S SES (USA) ████████████████████████; Paterno, Lide <lpaterno@akingump.com>; Blanton, Irmie K CIV OSD OUSD A-S (USA) ████████████████████████; Krass, Caroline D HON (USA) ████████████
**Subject:** RE: Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"

Dear Assistant Secretary Taylor-Kale:

Hesai ND AR 01711

Thank you for your email response of March 12, 2024, and for agreeing to consider our letter and the declaration attached thereto.  At your suggestion, we filed two FOIA requests through the link you provided yesterday:  one seeking the decision memorandum or memoranda (submission ID:  1112176), and the other seeking the broader record your agency relied on in arriving at its determination to include our client on the Chinese military company list under Section 1260H (submission ID:  1112186).  We have attached copies of both requests to this message.  We are hopeful that your response indicates that the Department of Defense is willing to act on these requests promptly, and within the statutory 20-day period.

In addition, we appreciate your request to "provide any additional relevant information related to Hesai as it pertains to the Section 1260H List."  As we explained in our letter of March 8, 2024, however, until Hesai understands the basis for its listing, it has no realistic way of determining what information may be "relevant" to the Department of Defense.  Especially because Hesai has no legal obligation to seek the requested records through FOIA (rather than directly from you), Hesai thus respectfully requests, as a sign of good faith, that your office share at least the decision memorandum with Hesai immediately, rather than awaiting the conclusion of the FOIA review process, so that Hesai can directly address any concerns you may have.

Finally, although we have complied with your request to seek documents through FOIA, Hesai continues to suffer irreparable harm due to the listing, and accordingly must continue to pursue all available legal remedies while those requests are pending.  That is particularly true given the possibility that the Department may invoke certain FOIA exemptions, or that there will be a lengthy delay in receiving the requested information.  But if you believe that further information sharing is imminent, or if you or your staff are willing to meet with my client or me, Hesai is willing to reconsider its timeline for taking further action.  Hesai would obviously prefer to resolve this matter promptly outside of litigation, if possible.

Again, we appreciate your response.  Please let us know what additional steps we can take to resolve this matter expeditiously and cooperatively, including by meeting at your earliest convenience.


Sincerely,
James Tysse


**James E. Tysse**
**Akin**
Direct: +1 202.887.4571 | Internal: 24571
Pronouns: he/him/his (What's this?)

---

**From:** Taylor-Kale, Laura D HON (USA) ██████████████████
**Sent:** Tuesday, March 12, 2024 4:14 PM
**To:** Paterno, Lide <lpaterno@akingump.com>; Tysse, James <jtysse@akingump.com>
**Cc:** Najieb-Locke, Halimah A SES (USA) ██████████████████████; Giordani, Nicoletta S SES (USA) ██████████████████████; Blanton, Irmie K CIV OSD OUSD A-S (USA) ██████████████████████; Krass, Caroline D HON (USA) ██████████████
**Subject:** RE: Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"


**EXTERNAL Email**

Mr. Tysse,

Thank you for your letter and email dated March 8, 2024.  We very much appreciate the information you provided.  We will consider your letter and the declaration attached thereto in our ongoing assessment of whether Hesai should remain on, or be removed from, the Chinese military company list as required by Section 1260H.

Hesai ND AR 01712

In your letter, you requested the administrative record underlying Hesai's designation as a Chinese military company. You must submit a Freedom of Information Act request through FOIA.gov at https://www.foia.gov/request/agency-component/5a3d3893-4280-4b69-92c9-b51a688fac79/ to request this information.

Please feel free to provide any additional relevant information related to Hesai as it pertains to the Section 1260H List.

Sincerely,
HON Laura Taylor-Kale

*********************************************
**The Honorable Laura D. Taylor-Kale, PhD**
**Assistant Secretary of Defense for Industrial Base Policy**
Office of the Under Secretary for Acquisition and Sustainment
U.S. Department of Defense


**IBP Mission:** *To work with domestic and international partners to forge and sustain a robust, secure, and resilient industrial base enabling the warfighter, now and in the future.*

---

**From:** Paterno, Lide <lpaterno@akingump.com>
**Sent:** Friday, March 8, 2024 6:07 PM
**To:** Taylor-Kale, Laura D HON (USA) ████████████████████
**Cc:** Najieb-Locke, Halimah A SES (USA) ████████████████; Giordani, Nicoletta S SES (USA) ████████████████; Blanton, Irmie K CIV OSD OUSD A-S (USA) ████████████; Krass, Caroline D HON (USA) ████████████; Tysse, James <jtysse@akingump.com>
**Subject:** Hesai Technology Co., Ltd.'s Erroneous And Improper Designation As A "Chinese Military Company"

Dear Assistant Secretary Taylor-Kale,

Attached, please find a letter from James Tysse on behalf of Hesai Technology Co., Ltd.

Sincerely,

Lide Paterno

CC: Halimah Najieb-Locke; Nicoletta Giordani; I.K. Blanton; Caroline D. Krass

**Lide E. Paterno**
**Akin**

Robert S. Strauss Tower | 2001 K Street N.W. | Washington, DC 20006 | USA  Direct: +1 202.887.4078 | Internal: 24078
Fax: +1 202.887.4288 | lpaterno@akingump.com | akingump.com | Bio

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

Hesai ND AR 01713

**Defense One**

A group of 20-somethings built a GPS-independent drone in 24 hours—and caught the eye of US special operations forces

[SPONSORED] Assured access: Amentum's pioneering role in space operations



A robot dance performance in Chongqing, China, Sept 1, 2024. CFOTO / FUTURE PUBLISHING VIA GETTY IMAGES

IDEAS

# China claims breakthroughs in autonomous vehicles

If Chinese companies succeed in solidifying their dominance of the autonomous vehicle and LiDAR markets, the security implications are profound.

**THOMAS CORBETT** and **PETER W. SINGER** | SEPTEMBER 3, 2024 06:46 PM ET

COMMENTARY    THE CHINA INTELLIGENCE    CHINA

   

Autonomous vehicles represent an estimated $2 trillion global market, and are expected to triple in value over the next decade. They are not just the future of transportation, but also have massive applications for the intelligent systems at the center of both U.S. and Chinese military plans.

In this economic and military race for the future, the Chinese Academy of Sciences' Shanghai Institute of Microsystems and Information Technology (SIMIT) claims to have made two new breakthroughs toward overcoming one of the most crucial speedbumps: autonomous vehicles' ability to perceive their surrounding environment and track movements. Their gains in the "brain" of autonomous vehicles are significant, as they come amidst other fast-paced developments with the "eyes" of vehicles, and signal substantial progress in China's quest for autonomous vehicles.

SIMIT's two breakthroughs relate to how autonomous vehicles visually perceive their surroundings and understand objects' movements within them. When mapping out terrain for navigation, autonomous vehicles typically flatten the three-dimensional space into a two-dimensional grid projection. Although this method is quite effective for reducing calculation time, it introduces distortions and misrepresentations of the environment. SIMIT's first breakthrough was to improve the method for streamlining three-dimensional representations, making them a more efficient alternative to two-dimensional projection.

brain of a human naturally projects the flight path of a ball in the air or a bicycle rolling down the street.

These reported breakthroughs come amid intense competition in the fields of autonomous vehicles, advanced driver-assistance systems, and unmanned aerial vehicles. Indeed, any progress towards autonomous capabilities inherently has military applications. For example, commercial drones have been used for reconnaissance and as munitions on Ukrainian battlefields, while the People's Liberation Army, the Pentagon, and many other militaries around the world are developing autonomous vehicles. Under China's policy of Military-Civil Fusion, SIMIT's improved ability to map and track targets thus has value to not just associated car manufacturers, but also the PLA.

## Related articles

**NSA's China-focused 'innovation pipeline' targets economic imbalances**

**US falling dangerously behind China on GPS development: Pentagon's former space-policy leader**

China and the PLA have been doggedly pursuing improvements and new capabilities in this field for years. These particular breakthroughs from SIMIT were realized through contributions from China's National Natural Science Foundation, the Chinese Academy of Sciences, and the "Science and Technology Innovation 2030" project, which directs funding towards organizations working towards applications for artificial intelligence, such as advanced drone technology. Similarly, the Natural Science Foundation focuses on funding high-tech priority areas designated by the Chinese government, including "intelligent unmanned system technology" such as that developed by SIMIT.

Beyond these developments in the "brain" of autonomous vehicles, China is also pushing ahead with the "eyes" that send the signals to the computer to interpret. At the front line of this race towards fully-realized autonomous vehicles is the push to dominate the market for LiDAR (light detection and ranging) systems. Akin to how radar works with radio waves, LiDAR uses lasers to mark distances and create three-dimensional maps of the environment in real-time. Initially intended for landscape and oceanographic mapping, LiDAR quickly became the main "eyes" for self-driving vehicles and driver assistance systems in both military and civilian vehicles. Without LiDAR, any improvements in how autonomous vehicles interpret real-world data would be useless.

U.S. companies controlled the LiDAR market until relatively recently, when Chinese companies rose seemingly out of nowhere to dethrone U.S. dominance through state subsidies and other support. In particular, PRC documents from 2020 note that numerous government organs were directed to surge their aid for "intelligent vehicles" and "establishing an integrated sensory system" for urban environments.

This growing Chinese presence was first spotted in August of 2023, when a Congressional Research Service report highlighted the Chinese push into the LiDAR market. The report found that on top of the typical subsidies provided by Chinese industrial policy, the Chinese government is also allocating resources to acquire foreign IP, encourage foreign manufacturers to establish factories in China, and push for the promotion of Chinese standards on the market. This has led to numerous concerns about how PRC automobile sensors like cameras and LiDAR gather massive amounts of data about their surroundings and even passengers, which could easily be used to gather intelligence.

Following these revelations, the House Committee on the Strategic Competition Between the United States and the Chinese Communist Party asked the U.S. Government to investigate PRC LiDAR firms, their relationship with the PRC government, and the possibility of PRC LiDAR products entering U.S. Government supply chains.

In January, the U.S. Defense Department added PRC LiDAR manufacturer Hesai to the List of Chinese Military Companies Operating Directly or Indirectly in the United States (although it may remove the company from the List pending a court decision). Finally, in July of 2024 the U.S. House Committee on Commerce, Justice, Science, and Related Agencies recommended the U.S. Department of Commerce Bureau of Industry and Security investigate PRC LiDAR manufacturers for ties with the Chinese Communist Party (CCP) and contributions to the PLA. Lawmakers also urged the Department Commerce to add such companies to the department's Entity List, which would make it difficult for the Chinese companies to expand within the United States.

These concerns around PRC LiDAR manufacturers are well-founded. Despite Hesai's convoluted corporate structure, multiple Virgin Islands shells, and U.S. IPO, the company was found to have connections to the China Electronics Technology Group Corporation (CETC), a company founded to supply advanced electronics to the PLA. RoboSense, another Chinese LiDAR manufacturer, has demonstrated ties to the Harbin Institute of Technology (HIT), itself one of the PRC's "Seven

Hesai and RoboSense have both made substantial gains in the LiDAR market, together growing sales from around 10,000 units in 2020 to nearly 500,000 last year.

Such expansion points to China's growing weight in the world of autonomous vehicles, with the new advances in their suite of sensors set to accelerate that trend. If Chinese companies succeed in solidifying their dominance of the autonomous vehicle and LiDAR markets, the security implications are profound. There is already great concern over modern Chinese-manufactured automobiles' ability to sense their surroundings with driver-assistance systems such as rear-view cameras and blindspot warning systems, and their ability to collect far more personal data than consumers realize. Although the U.S. Government is moving to counter these concerns, it is still in the information gathering phase and has not yet implemented controls to address these risks.

As the importance of autonomous vehicles, their suite of sensors, and the security implications therein grows, so too will the need to maintain U.S alternatives to adversarial advancements. If the Chinese Academy of Sciences' SIMIT continues to refine their capabilities, this need will only rise in tandem.

*Thomas Corbett is a research analyst with BluePath Labs. His areas of focus include Chinese foreign relations, emerging technology, and Indo-Pacific security studies.*

*P.W. Singer is a best-selling author of such books on war and technology as* Wired for War, Ghost Fleet, *and* Burn-In; *senior fellow at New America; and co-founder of Useful Fiction, a strategic narratives company.*



## SHARE THIS:

   

**NEXT STORY:** The Navy wants industry's help to reduce sustainment costs





ts next-gen long-range fires capability in Pacific | African governments express rising alarm about Russian disinformation

fires head of Sentinel ICBM program | ULA owners add 'review team' after Pentagon airs concerns about launch schedule



against defense industrial base increasing, NSA chief warns | Defense One eBook: Missile Defense