**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

**JOINT REPORT IN RESPONSE TO JANUARY 27, 2025 MINUTE ORDER**

In a Minute Order dated January 27, 2025, the Court directed the parties to "meet and confer regarding the order of argument and time limits for argument" and to "file a joint report advising the Court of their proposed hearing schedule." Having met and conferred, the parties now file this joint report.

The parties respectfully propose that the order of argument be Plaintiffs, followed by Defendants. The parties further respectfully propose that each side be allotted 30 minutes for argument, subject to the Court's discretion, and that each side have the right to request during argument that the Court reserve some portion of their allotted time for rebuttal.

Dated: February 18, 2025          Respectfully submitted,

 /s/ James E. Tysse
James E. Tysse
D.C. Bar No. 978722
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

1

BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Branch Director

*/s/ Daniel Riess*
DANIEL RIESS (TX Bar #24037359)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-3098
Fax:  (202) 616-8460
E-mail:  daniel.riess@usdoj.gov