# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381 |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter the appearance of Kristina A. Wolfe as additional counsel for Defendants in this action.

Dated: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

LAUREN WETZLER
Deputy Branch Director

 */s/ Kristina A. Wolfe*
DANIEL RIESS (TX Bar #24037359)
KRISTINA A. WOLFE (VA Bar #71570)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 353-4519
Fax: (202) 616-8460
E-mail: kristina.wolfe@usdoj.gov