UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

**JOINT REPORT IN RESPONSE TO MARCH 18, 2025 ORDER**

On March 18, 2025, the Court directed the parties to "meet and confer regarding the order of argument and proposed time limits for argument" and to "file a joint report advising the Court of their proposed hearing schedule on or before March 19, 2025." ECF No. 55, at 3. Having met and conferred, the parties now file this joint report.

The parties respectfully propose that Defendants present their argument first, followed by Plaintiffs. The parties further respectfully propose that each side be allotted 35 minutes for argument, although the parties defer to the Court's discretion on the amount of total time for argument and note that counsel for each side will remain available after this allotted time to respond to any additional questions the Court might wish to ask. Finally, the parties respectfully propose that each side have the right to request during argument that the Court reserve some portion of their allotted time for rebuttal.

Dated: March 19, 2025             Respectfully submitted,

    /s/ James E. Tysse
James E. Tysse
D.C. Bar No. 978722
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com


ERIC J. HAMILTON
Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Branch Director

    /s/ Daniel Riess
DANIEL RIESS (TX Bar #24037359)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 353-3098
Fax:  (202) 616-8460
E-mail:  daniel.riess@usdoj.gov