UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>HESAI TECHNOLOGY CO., LTD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 24-1381 (PLF) |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment [Dkt. No. 42] is

DENIED; it is

FURTHER ORDERED that Defendants' Cross-Motion for Summary Judgment

[Dkt. No. 46] is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from

the docket of the Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/11/25