# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESAI TECHNOLOGY CO., LTD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civ. Action No. 1:24-cv-01381-PLF |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Hesai Technology Co., Ltd. and Hesai Inc. appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Opinion entered in this action on July 11, 2025 (Dkt. Nos. 59, 60), denying Plaintiffs' Motion for Summary Judgment (Dkt. No. 42) and granting Defendants' Cross-Motion for Summary Judgment (Dkt. No. 46); and from any and all of the Court's rulings adverse to Plaintiffs incorporated in, antecedent to, or ancillary to the July 11, 2025 Order and Opinion.

Dated: July 13, 2025

Respectfully submitted,

/s/ James E. Tysse
James E. Tysse (D.C. Bar No. 978722)
Caroline L. Wolverton (D.C. Bar No. 496433)
Lide E. Paterno (D.C. Bar No. 166601)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

*Counsel to Plaintiffs Hesai Technology Co., Ltd and Hesai Inc.*